In the United States District Court
for the
District of Kansas

| | |
|---|---|
| Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard. | Civil Action No. |
| Plaintiffs, | Verification |
| v. | |
| City of Salina, Kansas. | |
| Defendant. | |

## Verification

I, Stephen Howard, have personal knowledge of myself, my activities, and my intentions, including those set out in the Verified Complaint. I verify under penalty of perjury under the laws of the United States of America that the factual statements in the Verified Complaint concerning myself, my activities, and my intentions are true and correct, as are the factual statements concerning Cozy Inn, Incorporated, d/b/a The Cozy Inn. Matters alleged on information and belief I reasonably believe to be true in good faith.

Dated: 2-19 , 2024

*[signature]*

Stephen Howard, individually and
On behalf of Cozy Inn, Incorporated,
d/b/a The Cozy Inn