ARTICLE X. - SALINA BUSINESS IMPROVEMENT DISTRICT DESIGN REVIEW BOARD   <span style="color:blue">Exhibit A</span>

Sec. 2-200. - Created.

By authority of the home rule powers granted to cities by the Kansas Constitution and consistent with the Kansas Business Improvement District Act, there is hereby created the design review board of the Salina Business Improvement District Number 1.

(Ord. No. 86-9163, § 1, 10-20-86; Ord. No. 91-9471, § 1, 10-28-91; Ord. 07-10432, § 1-14-08; Ord. No. 17-10907 , § 1, 11-13-17)

Sec. 2-201. - Membership.

The board shall consist of seven (7) members recommended by the board of advisors of the Salina Business Improvement District Number 1 and appointed by the mayor with the consent of the governing body. Membership shall at all times include at least one (1) representative of the following categories:

(1)  Representative of a business within the Salina Business Improvement District Number 1.

(2)  Property owner within the Salina Business Improvement District Number 1.

(3)  Design professional, including but not limited to a licensed professional engineer, architect or landscape architect.

(Ord. No. 86-9163, § 1, 10-20-86; Ord. No. 07-10432, § 1, 1-14-08; Ord. No. 17-10907 , § 2, 11-13-17)

Sec. 2-202. - Appointment and term.

Those persons first appointed as members of the board shall be appointed for the following terms:

(1)  Two (2) members for a term of one (1) year.

(2)  Two (2) members for a term of two (2) years.

(3)  Three (3) members for a term of three (3) years.

Upon the expiration of the term of each board member, subsequent terms shall be for a period of three (3) years. Any vacancy occurring among the membership of the board shall be filled by appointment of the mayor with the consent of the governing body.

(Ord. No. 86-9163, § 1, 10-20-86; Ord. No. 07-10432, § 1, 1-14-08)

Sec. 2-203. - Compensation.

The members of the board shall serve without compensation.

(Ord. No. 86-9163, § 1, 10-20-86; Ord. No. 07-10432, § 1, 1-14-08)

Sec. 2-204. - Officers.

The officers of the board shall be chair, vice-chair and secretary. The chair and vice-chair shall be elected at the annual meeting and shall serve for a term of one (1) year, or until their successors are elected. The director of planning, or his designee, shall serve as secretary, and he or she may appoint a staff member assistant secretary. No person shall be eligible to hold the office of chair or vice-chair for more than two (2) full, consecutive one-year terms.

(Ord. No. 86-9163, § 1, 10-20-86; Ord. No. 91-9471, § 2, 10-28-91; Ord. No. 07-10432, § 1, 1-14-08)

Sec. 2-205. - Quorum.

A simple majority of the members of the board appointed and qualified at any given time shall constitute a quorum for the purpose of conducting the board's business.

(Ord. No. 86-9163, § 1, 10-20-86; Ord. No. 91-9471, § 3, 10-28-91; Ord. No. 07-10432, § 1, 1-14-08)

Sec. 2-206. - Purpose.

The purpose of the board shall be:

(1) To advise and make recommendations to the board of city commissioners or Salina Business Improvement District Number 1 board of advisors on such matters as, from time to time, may be referred to the board.

(2) To protect and enhance the exterior appearance of property located within the Salina Business Improvement District Number 1 by regulating, according to proper architectural principles, the design, use of materials, finished grade lines, and orientation of new building construction and the alteration, improvement, repair, or demolition of existing buildings through the issuance of certificates of compatibility when proposed plans and specifications warrant.

(3) Issue notice of decision on signage and other matters referred by other duly constituted city boards, commissions, and committees.

(Ord. No. 86-9163, § 1, 10-20-86; Ord. No. 88-9298, § 1, 1-9-89; Ord. No. 91-9471, § 4, 10-28-91; Ord. No. 07-10432, § 1, 1-14-08; Ord. No. 17-10907 , § 3, 11-13-17)

Sec. 2-207. - Certificate of compatibility.

(a) No person shall perform or cause to be performed any work to:

(1) Construct; demolish; or change the existing exterior design, material, color, texture, finish, or appearance of any building or any other improvement to real property in the Salina Business Improvement District Number 1; or

(2) Introduce, change, substitute, or remove any physical feature affecting the appearance of real property in the Salina Business Improvement District Number 1;

without first applying for and obtaining a certificate of compatibility, subject only to the exclusions outlined in subsection (b).

(b) A certificate of compatibility shall not be required:

(1) If the work includes only routine maintenance and results in no change to the existing design, material, color, texture, finish, or appearance of a building or other improvement to real property; or

(2) If circumstances warrant authorization of emergency repairs of a pre-approved nature and scope, in the sole discretion of the building official.

(c) If the work requiring a certificate of compatibility requires any other type of permit, the permit shall not be issued unless a certificate of compatibility has been issued for the work.

(Ord. No. 86-9163, § 1, 10-20-86; Ord. No. 88-9298, § 2, 1-9-89; Ord. No. 07-10432, § 1, 1-14-08, Ord. 16-10819, § 1, 2-1-16; Ord. No. 17-10907 , § 4, 11-13-17)

Sec. 2-208. - Authorization and findings.

Any application for a building permit which relates to property included within the Salina Business Improvement District Number 1 shall, in conjunction with the standard building permit review process, be referred by the city's chief building official to the board. The board is hereby authorized to grant any applicant a certificate of compatibility if, upon the vote of a majority of board members present and voting, any of the following findings can be made:

(1) The general design, material and color of the proposed construction or change present an aesthetically pleasing overall image.

(2) Environmentally harmful effects caused by the clash of contemporary materials with those of older origin, are avoided.

(3) The distinguishing original qualities or character of a building, structure or site and its environment are not to be destroyed and the removal or alteration of any historical material or distinctive architectural features is avoided where possible.

(4)  The proposed use of banners, awnings, or canopies incorporates the use of appropriate materials, colors and graphics, and is compatible with the overall building design.

(5)  Any proposed demolition includes appropriate grading and landscaping of the building site in a manner compatible with the adjoining buildings and streetscape.

In considering applications for certificates of compatibility, the board's decisions shall be based upon the adopted Design Guidelines for Downtown Salina as approved and amended from time to time by resolution of the governing body.

(Ord. No. 86-9163, § 1, 10-20-86; Ord. No. 07-10432, § 1, 1-14-08; Ord. No. 17-10907 , § 5, 11-13-17)

Sec. 2-209. - Review process.

Upon submission of a complete application, administrative staff will make a determination of the scope of the project using the design review board matrix as approved and amended from time to time by resolution of the governing body. Projects determined to be minor will undergo a "minor" review process. All other projects requiring a certificate of compatibility shall undergo a "full" review process.

(1)  *Minor review.* Upon the filing in the development services department of a completed application for a certificate of compatibility for a project qualifying for a minor review, the following process shall occur:

a.  No more than three (3) working days (Monday through Friday, excluding holidays) after the date the completed application is filed, the project will be reviewed by administrative staff.

b.  Administrative staff shall either approve or deny the application unless staff determines that a full review should be scheduled. Written notice of the decision of the administrative staff, including the certificate of compatibility if approved, shall be provided to the applicant and the building services division within seven (7) calendar days after the date the completed application is filed.

c.  If a project is determined to require a full review, the project will be placed on the agenda of the next regularly scheduled meeting of the design review board as set out in subsection (2), full review, a. through d. below.

(2)  *Full review.* Upon the filing in the development services department of a completed application for a certificate of compatibility for a project requiring a full review, the following process shall occur:

a.  No more than twenty-three (23) calendar days after the date the completed application is filed, the project will be scheduled for review at a public hearing by no less than a quorum of the board.

b.  No less than seven (7) calendar days prior to the hearing, notice of the date, time, and place of the hearing and a statement of the nature of the proposed application shall be mailed by first class mail to the record owners of the property immediately adjacent to the subject property. ("Adjacent properties" shall mean those properties that share a property line with the subject property, excluding any street rights-of-way).

c.  The hearing shall be conducted and a record of the proceedings shall be preserved in such a manner and according to such procedures as the board may prescribe by its own rule. Any interested person or party may appear and be heard at the hearing in person, by agent, or by attorney. The board may request a report on any proposed application from any governmental official or agency, or any other person, firm or corporation. If such a report is made, a copy shall be made available to the applicant and any other interested person in the development services department.

d.  The board shall either approve or deny the application at the hearing, unless the board determines that compelling circumstances require that the hearing be continued. Written notice of the decision of the board, including the certificate of compatibility, if approved, shall be provided to the applicant and the building services division within seven (7) days after the date of the board's decision.

(3)  *Denial of a certificate of compatibility.* Any denial of a certificate of compatibility by either administrative staff or the board shall be accompanied by a statement of the reason(s) for the denial, which shall include recommendations to the applicant concerning changes in the proposed project, if any, that would allow the administrative staff or board to

reconsider the denial. An applicant may submit an amended application that takes into consideration the recommendations of administrative staff or the board.

(Ord. No. 86-9163, § 1, 10-20-86; Ord. No. 88-9298, § 3, 1-9-89; Ord. No. 07-10432, § 1, 1-14-08)

Sec. 2-210. - Appeal.

(a) *Appeal from an administrative decision.* Any person dissatisfied with an administrative decision to either grant or deny a certificate of compatibility may appeal the decision to the board by filing a notice of appeal in the development services department on a form provided by that office. The notice of appeal must be filed within five (5) calendar days of the date of the administrative decision. The board shall consider the appeal within fourteen (14) calendar days in the same manner as a full review of a new application.

(b) *Appeal from a board decision.* Any person dissatisfied with a decision by the board to either grant or deny a certificate of compatibility may appeal the decision to the board of city commissioners by filing a notice of appeal in the office of the city clerk on a form provided by that office. The notice of appeal must be filed within fourteen (14) calendar days of the date of the board's decision. The board of city commissioners shall conduct a public hearing on the appeal and shall within thirty (30) calendar days of the date the appeal was filed:

(1) Uphold the decision of the design review board.

(2) Reverse the decision of the design review board.

(3) Refer the matter back to the design review board for further consideration, with or without specific instructions.

(Ord. No. 86-9163, § 1, 10-20-86, Ord. No. 07-10432, § 1, 1-14-08)

Sec. 2-211. - Stop work orders.

Whenever any work is being done contrary to the provisions of this article, or other pertinent laws or ordinances implemented through the enforcement of this article, the building official may order the work stopped by notice in writing served on any person involved in the performance of such work or the owner of record of the property. Any such person or owner of record shall immediately stop such work and shall not resume work until the building official has determined that the project is in compliance with any applicable requirements of this article.

(Ord. No. 86-9163, § 1, 10-20-86; Ord. 07-10432, § 1, 1-14-08)

Secs. 2-212—2-224. - Reserved.

**Editor's note—** Ord. No. 07-10432 repealed § 2-212 pertaining to decision on appeal.

ARTICLE X. - SIGNS

> *Footnotes:*
> --- **(10)** ---
> **Cross reference—** *Sign code, § 8-381 et seq.*

DIVISION 1. - GENERALLY

Sec. 42-500. - Purpose.

This article promotes the public health, safety and welfare of the community through a comprehensive system of reasonable, effective, consistent, content-neutral and nondiscriminatory sign standards and requirements, narrowly drawn to:

(1) Ensure that all signs installed in the city are compatible with the character and visual environment of the community and promote the goals, objectives and policies of the comprehensive plan;

(2) Balance public and private objectives by allowing adequate avenues for both commercial and non-commercial messages;

(3) Improve pedestrian and traffic safety by promoting the free flow of traffic and the protection of pedestrians and motorists from injury and property damage caused by, or which may be fully or partially attributable to, unsecured, cluttered, distracting, and/or illegible signage;

(4) Protect the aesthetic appearance of the city's natural and built environment for its citizens and visitors;

(5) Prevent property damage, personal injury, and litter caused by signs that are improperly constructed or poorly maintained;

(6) Protect property values, the local economy, and quality of life by preserving and enhancing the appearance of the streetscape; and

(7) Provide for the placement of temporary signs in limited circumstances, without regard to the communicative content of the sign.

(8) Provide consistent design standards that enable the fair and consistent enforcement of these sign regulations.

(9) Enhance the city's ability to maintain its public rights-of-way.

(Ord. No. 17-10882 , § 1, 7-10-17)

Sec. 42-501. - Permits.

No sign, except for normal repair and for signs listed in sections 42-504 and 42-505, shall be painted, constructed, erected, remodeled, relocated or expanded until a zoning certificate (sign permit) for such sign has been obtained pursuant to the procedure set forth in this article.

(Code 1966, § 36-900)

Sec. 42-502. - Zoning certificate (sign permit) required.

(a)  The zoning certificate (sign permit) must be obtained from the office of the zoning administrator.

(b)  A zoning certificate (sign permit) shall be either issued or refused by the zoning administrator within ten (10) days after the receipt of an application therefore or within such further period as may be agreed to by the applicant. No zoning certificate for any sign shall be issued unless the sign complies with the regulations of this article.

(c)  A zoning certificate (sign permit) shall become null and void four (4) months after the date on which it is issued unless within such four-month period, construction, building, moving, remodeling or reconstruction of a structure or sign is commenced or a use is commenced.

(Code 1966, § 36-901)

Sec. 42-503. - Sign standards.

(a)  The gross surface area of a sign shall be the sum of all surface areas of all sign faces, except that for signs designed as double faced signs, with both faces parallel and the distance between the faces does not exceed two (2) feet, then only one (1) face of the sign shall be considered in determining the gross surface area. When two (2) or more signs are located on a zoning lot, the gross surface area of all signs on the lot shall not exceed the maximum allowable for the district regulations. For computing the area of any wall sign which consists of letters, numbers and symbols mounted or painted on a wall, the area shall be deemed to be the area of the smallest rectangular figure which can encompass all of the letters, numbers or symbols.

(b)  Sign height shall be measured from ground level at the base of or below the sign to the highest element of the sign.

(c)  All signs must conform to the regulations and design standards of the building code of the city and all wiring of all electrical signs must conform to the electrical code of the city.

(d)  Illuminated signs shall be shaded wherever necessary to avoid direct casting of light upon property located in any residential district or upon any public street or park. Any illuminated sign located on a lot adjacent to or across the street from any residential district, which sign is visible from such residential district, shall be illuminated only during business hours or between the hours of 7:00 a.m. and 10:00 p.m.

(e)

Electronic changeable copy signs.

(1)   Electronic changeable copy signs shall be permitted: (i) in residential districts subject to the limitations of Section 42-517(7); (ii) in U districts subject to the limitations of Section 42-518(9); (iii) in P districts subject to the limitations in Section 42-518.2(7); (iv) in H-M districts; (v) in the C-1, C-2, C-3, C-5, C-6 and C-7 commercial districts; and (vi) in the I-2 and I-3 industrial districts. No electronic changeable copy signs shall be permitted in the C-4 district, except on theatres listed on a historic register. Applications for electronic changeable copy signs for historic theatres shall be reviewed and approved by the Heritage Commission. Electronic changeable copy signs shall comprise only a portion of the overall theatre marquee or sign design package for the theatre.

(2)   All electronic changeable copy signs must be equipped with a photo cell dimmer or some other automatic dimmer control that automatically adjusts for day and night brightness. The sign owner or sign installer shall provide written certification from the equipment manufacturer that the sign is so equipped. No electronic changeable copy sign shall exceed a brightness level of three-tenths (0.3) foot-candle above ambient light as measured using a foot candle meter at a preset distance depending on sign size. The measuring distance shall be determined using the following equation: the product of the square root of the sign copy area times one hundred (100). Text and moving pictorial images shall be permitted; however, blinking, flashing, rotating, revolving, spinning or fluttering lighting or graphic animation is not allowed. Transitions between messages must fade, scroll or reveal. No signs with moving parts, revolving beacons, strobe lights or signs which emit an audible sound, shall be permitted in any district.

(f)   No sign shall block any required accessway or window.

(g)   No sign shall be attached to a tree or utility pole whether on public or private property.

(h)   On corner and through lots, each lot line that abuts a street or highway shall be considered a separate street frontage.

(i)   No metal sign shall be located within eight (8) feet vertically and four (4) feet horizontally of electric wires or conductors in free air carrying more than forty-eight (48) volts, whether or not such wires or conductors are insulated or otherwise protected.

(j)   No sign shall be maintained at any location where by reason of its position, size, shape or color it may obstruct, impair, obscure, interfere with the view of, or be confused with any traffic-control sign, signal or device, or where it may interfere with, mislead or confuse traffic.

(k)   No sign shall be located in any vision triangle formed by the curb lines of any two (2) intersecting streets, except signs mounted ten (10) feet or more above the ground whose supports do not constitute an obstruction. See also section 42-81.

(l)

No sign shall be permitted to be located in the public-right-of-way in any zoning district, except for the following:

(1)  Signs placed or authorized by the city, county, state, or federal government for the protection of the public health, safety, and general welfare, including, but not limited to, the following:

   a.  Emergency and warning signs necessary for public safety;

   b.  Traffic and wayfinding signs;

   c.  Signs showing the location of public facilities including public and private hospitals and emergency medical services; and

   d.  Any sign, posting, notice, or similar sign placed by or required by a governmental agency in carrying out its responsibilities to protect the public health, safety, and general welfare.

(2)  Projecting signs within the C-4 (central business) zoning district, provided that no such sign may project over the public right-of-way more than half the width of the abutting public sidewalk or alley. Any sign so extending must be a minimum of ten (10) feet above grade.

(3)  Movable A-frame and sandwich board signs within the C-4 (central business) zoning district complying with section 35-40.2 of the Salina Code.

(4)  Neighborhood entry signs placed and displayed in any RS, R, R-1, R-2, R-2.5, R-3 or MH residential zoning district, if authorized by the city pursuant to a written license agreement which shall specify the message content, size, placement, illumination, design, and material to be used.

(5)  Vertical banners attached to light or utility poles in any zoning district, if authorized by the governing body pursuant to a banner program.

(6)  Decorative flags within the Salina Business Improvement District No. 1, if authorized by the governing body pursuant to a decorative flag program.

(7)  Temporary signs placed and displayed in the unpaved public right-of-way for a city street, in any zoning district, during the period prior to an election, in accordance with the requirements set forth in subsection 42-508(d).

(8)  Signs authorized by the city to be permanently affixed on bus benches in the public right-of-way at bus stops located on arterial streets. Signs affixed to bus benches must face toward the adjacent public street. If signs are placed on bus benches by a private contractor pursuant to an agreement between the city and such contractor, the agreement shall be in writing and shall specify the allowable message content, size, placement, illumination, design, and material for each of the signs, so as to minimize the visual impacts of such signs on the general public and surrounding properties.

(m)  All signs which are more than four (4) feet above grade shall be securely fastened so as to prevent movement.

(n) Any time a sign is removed from its structural support, except for the purposes of maintenance, repair, replacement, repainting or cleaning, or due to an act of God, the structural support shall be removed within twenty-four (24) hours, provided further, that if a sign removed for the purposes of maintenance, repair, replacement, repainting or cleaning, or due to an act of God, if not reinstalled within thirty (30) days of the removal, then the structural support shall be removed within twenty-four (24) hours.

(Code 1966, § 36-901; Ord. No. 80-8821, § 1, 11-24-80; Ord. No. 81-8857, § 1, 6-22-81; Ord. No. 90-9381, §§ 1, 9, 5-14-90; Ord. No. 06-10337, § 1, 7-10-06; Ord. No. 19-10990 , § 1, 1-14-19; Ord. No. 19-11020 , § 1, 12-2-19)

Sec. 42-504. - Exemptions generally.

The following signs shall be exempt from the requirements of this article:

(1) Noncommercial flags displayed on private property;

(2) Signs placed or authorized by the city, county, state, or federal government for the protection of the public health, safety, and general welfare, including, but not limited to, the following:

   a. Emergency and warning signs necessary for public safety;

   b. Traffic and wayfinding signs;

   c. Signs showing the location of public facilities including public and private hospitals and emergency medical services; and

   d. Any sign, posting, notice, or similar sign placed by or required by a governmental agency in carrying out its responsibilities to protect the public health, safety, and general welfare;

(3) Signs placed in or attached to a motor vehicle, bus, or railroad car that is regularly used for purposes other than the display of signs;

(4) Onsite handheld signs;

(5) Memorial signs and tablets displayed on private property;

(6) Address numerals and other signs required to be maintained by law or governmental order, rule or regulation, provided that the content and size of the signs does not exceed the requirements of such law, order, rule or regulation;

(7) Small signs, not exceeding five (5) square feet in area, displayed on private property for the convenience of the public, including signs to identify entrance and exit drives, parking areas, one-way drives, restrooms, freight entrances, and the like;

(8) Scoreboards in athletic stadiums;

(9) Window signs affixed to the interior of a window that do not display an advertising message or cover more than thirty-three (33) percent of the total window area on a single wall.

(Code 1966, § 36-903; Ord. No. 90-9381, §§ 2, 9, 5-14-90; Ord. No. 04-10218, § 1, 10-11-04; Ord. No. 19-11020 , § 2, 12-2-19)

**Editor's note—** Ord. No. 04-10218, adopted § 42-504, combining former §§ 42-504, 8-386, and 8-387.

Sec. 42-505. - Exemption from zoning certificate requirement.

The following signs shall be exempt from the zoning certificate (sign permit) requirements of section 42-502, but shall comply with all of the other requirements of this article and of the applicable district regulations;

(1) Illuminated nameplate signs not exceeding two (2) square feet in gross surface area accessory to a single-family or two-family dwelling;

(2) Illuminated identification signs not exceeding forty (40) square feet in gross surface area accessory to a multiple-family dwelling;

(3) Illuminated bulletin board signs not exceeding forty (40) square feet in gross surface area accessory to a church, school or public or nonprofit institution; subject to the provisions of section 42-503(d);

(4) Illuminated business signs when located on property used for agricultural purposes and pertaining to the sale of agricultural products produced on the premises.

(Code 1966, § 36-904)


Sec. 42-506. - Classification of signs—Functional types.

The following signs are classified by function:

(1) *Advertising sign.* A sign displaying a commercial message that directs attention to a business, commodity, service or entertainment conducted, sold, or offered at a location other than the premises on which the sign is located, or to which it is affixed (off-premise sign).

(2) *Bulletin board sign.* A sign that indicates the name of an institution or organization on whose premises it is located and which contains the name of the institution or organization, the name or names of persons connected with it, and announcements of persons, events or activities appearing or occurring at the institution. Such signs may also present a greeting or similar message.

(3) *Business sign.* A sign displaying a commercial message that directs attention to a business or profession conducted, or to a commodity or service sold, offered or manufactured, or an entertainment offered, on the premises where the sign is located or to which it is affixed.

(4) *Identification sign.* A sign having the name and address of a building, business, development or establishment. Such signs may be wholly or partly devoted to a readily recognized symbol.

(5) *Menu board sign.* An on-site sign designed and used for the display of menu items and pictures and/or prices of menu items.

(6)

*Nameplate sign.* A sign giving the name and/or address of the owner or occupant of a building or premises on which it is located, and where applicable, a professional status.

(Code 1966, 36-905; Ord. No. 04-10218, § 1, 10-11-04; Ord. 07-10396, § 1, 7-9-07; Ord. No. 17-10882 , § 2, 7-10-17)

**Editor's note—** Ord. No. 04-10218 adopted § 42-506, combining §§ 8-385 and former 42-506.

Sec. 42-507. - Same—Structural types.

The following signs are classified as types:

(1)  *Awning, canopy and marquee sign.* A sign that is mounted or painted on, or attached to, an awning, canopy or marquee that is otherwise permitted by this chapter. No such sign shall project more than twenty-four (24) inches above, below, or twelve (12) inches beyond the physical dimensions of the awning, canopy or marquee, and a minimum of eight (8) feet of clearance shall be provided above grade.

(2)  *Banner sign.* A temporary sign composed of cloth, canvas, plastic, fabric, or similar light-weight, non-rigid material that is mounted to a wall, canopy, or solid fence with cord, rope, cable, or a similar method.

(3)  *Changeable copy sign.* Any sign on which message copy can be changed through the use of attachable letters and numerals or by electronic switching of lamps, light emitting devices, or illuminated tubes. This includes public message displays or any sign which features automatic switching such as time and temperature signs.

(4)  *Electronic changeable copy sign/Computer-operated electronic message signs.* A sign containing a computer or digital software generated message or other automated or remote method of changing copy.

(5)  *Feather flag.* A temporary, freestanding, vertical sign, also referred to as a teardrop flag, swooper flag or wind flag, consisting of a loose polyknit or other semi-rigid membrane sign face that flutters in the wind from a pole or staff attached to, anchored or placed into the ground.

(6)  *Flashing sign.* A sign which contains an intermittent or flashing, pulsating, blinking or traveling light source which includes signs that give the illusion of intermittent or flashing light by means of animation, or an externally mounted intermittent light source.

(7)  *Ground sign.* Any sign placed upon or supported by, and permanently affixed to, the ground independently of the principal building or any accessory structure on the property.

(8)  *Illuminated sign.* Any sign which is directly lighted by any electrical light source, internal or external, regardless of technology.

(9)

*Inflatable sign.* Any sign made of flexible material enlarged, activated or inflated by inserted air or gas, which floats, is tethered in the air, or is located on the ground or on a building.

(10)  *Mobile sign.* A sign that is not permanently affixed to the ground or a building and is designed or constructed to be easily moved from one (1) location to another, including signs mounted upon or designed to be mounted on a trailer, even if the sign has had its wheels removed.

(11)  *Pole sign.* A sign that is mounted on a freestanding pole, the bottom edge of which sign is six (6) feet or more above ground level.

(12)  *Projecting sign.* A sign that is wholly or partly dependent upon a building for support and which projects more than twelve (12) inches from such building.

(13)  *Pylon sign.* A freestanding sign, other than a pole sign, permanently fixed to the ground by shafts, posts or other supports wrapped with an aesthetic veneer, but not having the appearance of a solid base.

(14)  *Roof sign.* A sign erected, constructed and maintained wholly upon or projecting above any portion of the roof of a building or having the roof as the principal means of support. A mansard shall be considered part of the wall of the building.

(15)  *Rotating sign.* Any sign or portion of a sign which moves in a revolving or similar manner.

(16)  *Temporary sign.* A sign that is to be displayed for a short period of time and not designed or constructed for permanent display, including but not limited to yard signs, banners, flags, balloons, feather flags, and inflatable signs. Temporary signs shall not include mobile signs.

(17)  *Wall sign.* A sign fastened to or painted on a wall of a building or structure in such a manner that the wall becomes merely the supporting structure or forms the background surface, and which does not project more than twelve (12) inches from such building.

(18)  *Yard sign.* A temporary, freestanding sign made of lightweight or nondurable materials such as paper, cardboard, canvas, fabric, wood, metal, or vinyl that is supported by a frame, pole, or other support structure placed directly in the ground without foundation or other anchor. Yard signs shall not include banner signs.

(Ord. No. 88-9283, § 1, 11-14-88; Ord. No. 90-9381, §§ 3, 9, 5-14-90; Ord. No. 07-10396, § 1, 7-9-07; Ord. No. 17-10882 , § 3, 7-10-17)

Sec. 42-508. - Temporary signs, banner signs, and mobile signs.

(a)  The following temporary signs shall be exempt from the zoning certificate (sign permit) requirements of section 42-502, and shall be allowed to display any commercial or noncommercial message on a property with the owner's consent in addition to any other signs allowed under this article and the applicable district regulations:

(1)  Two (2) yard signs may be placed and displayed on an individual residential lot in any RS, R, R-1, R-2, R-2.5, R-3 or MH residential zoning district.

(2) Two (2) freestanding temporary signs of any type except feather flags, inflatable signs or banners may be placed and displayed on property located in any A-1, U, H-M, P, C-1, C-2, C-3, C-4, C-5, C-6, C-7, I-1, I-2 or I-3 zoning district and on property occupied by multi-family apartments, assisted living facilities and nursing homes.

(b) On property located in any A-1, U, H-M, P, C-1, C-2, C-3, C-4, C-5, C-6, C-7, I-1, I-2 or I-3 zoning district, or on property occupied by multi-family apartments, assisted living facilities and nursing homes, temporary signs allowed under subsection (a) shall not exceed six (6) feet in height or thirty-two (32) square feet of sign area.

(c) On property located in any RS, R, R-1, R-2, R-2.5, R-3 or MH residential zoning district, other than property occupied by multi-family apartments, assisted living facilities and nursing homes, temporary signs allowed under subsection (a) shall not exceed six (6) feet in height or eight (8) square feet of sign area.

(d) Notwithstanding any other provision in this article:

(1) An unlimited number of temporary signs may be placed and displayed on private property either by or with the permission of the owner or tenant of such private property in any zoning district for a period of up to forty-five (45) days prior to an election involving candidates for a federal, state or local election that represent the district in which the private property is located or involving an issue on the ballot of an election within the district in which the private property is located. In years during which a primary election is held, any signs authorized under this subsection with respect to the primary election may continue to be placed and displayed during the period between the primary election and immediately following the general election, except to the extent that displaying a sign is in violation of applicable electioneering laws.

(2) To comply with K.S.A. 25-2711 (even though the unpaved area of platted right-of-way for city streets is city property and not private property), an unlimited number of temporary signs may also be placed and displayed in the unpaved public right-of-way immediately abutting private property either by or with the permission of the owner or tenant of such private property during the same periods of time described in subsection (1) above. The area referred to as "the unpaved public right-of-way immediately abutting private property" shall include any unpaved public right-of-way physically separated from such private property by an intervening pedestrian sidewalk or hike-bike path but shall not include (i) any unpaved public right-of-way physically separated from such private property by an intervening public street, alleyway, drive, or other public use (other than a pedestrian sidewalk or hike-bike path), (ii) any median separating lanes of traffic in public roadways or (iii) any interstate interchange.

(3) Temporary signs placed and displayed pursuant to this subsection shall comply with the following requirements:

a.  Temporary signs must be removed within two (2) days following the election except in years during with a primary election is held, in which case the signs shall be removed within two (2) days following the general election.

b.  No temporary sign shall exceed six (6) feet in height or eight (8) square feet of sign area.

c.  In all areas on private or public property at any corner formed by intersecting public streets or public streets intersecting private driveways, all temporary signs shall comply with setback requirements contained in section 35-51, so as not to impede sight lines or sight distance for safety reasons.

(e)  In addition to the temporary signs allowed under subsection (a):

(1)  Feather flags may be placed and displayed on property located in any A-1, U, H-M, P, C-1, C-2, C-3, C-4, C-5, C-6, C-7, I-1, I-2 or I-3 zoning district and on property occupied by multi-family apartments, assisted living facilities or nursing homes. Two (2) feather flags for every fifty (50) feet of street frontage, not exceeding a total of six (6) flags per street frontage, may be displayed on a property for a period not exceeding thirty (30) consecutive days for up to six (6) events in a calendar year. Feather flags shall not exceed thirteen (13) feet in height, shall be set back from any adjoining street a distance equal to its height, shall be securely anchored to the ground, and must be removed by the owner if the flag becomes tattered, torn, or damaged.

(2)  One (1) inflatable sign may be placed and displayed on property located in any A-1, U, H-M, P, C-1, C-2, C-3, C-4, C-5, C-6, C-7, I-1, I-2 or I-3 zoning district and on property occupied by multi-family apartments, assisted living facilities or nursing homes. An inflatable sign may be displayed for a period not exceeding fourteen (14) consecutive days for up to four (4) events in a calendar year. An inflatable sign shall not exceed twenty (20) feet in height, shall be securely anchored to the ground, shall be set back from any adjoining street a distance equal to its height, and must be removed by the owner if the inflatable device becomes tattered, torn, or damaged.

(f)  Banners placed over an existing sign face, placed at least eight (8) feet above ground level on existing poles or other supports which serve another primary purpose or placed on an existing building, canopy, solid fence, or other structure located behind the front yard setback line shall be exempt from the zoning certificate (sign permit) requirements of section 42-502, but shall comply with all of the requirements of this article and the applicable district regulations.

(g)  Mobile signs may be permitted upon issuance of a zoning certificate (sign permit) and when in compliance with all of the other requirements of this article, the applicable district regulations, and the following provisions:

(1)  Only one (1) mobile sign shall be allowed on a zoning lot.

(2)  Mobile signs shall not exceed thirty-two (32) square feet in area.

(3)  Mobile signs shall not be placed within twenty-five (25) feet of an existing pole sign or ground sign, within fifty (50) feet of another mobile sign or within the clear vision triangle of any street or driveway.

(4)  Mobile signs shall not be placed on the premises of an establishment which has an existing pole sign or ground sign located in the front yard.

(5)  Mobile sign permits shall be valid for not more than thirty (30) days. Each establishment may be issued not more than four (4) permits during a calendar year for a combined total of sixty (60) days.

(6)  Mobile signs shall be of rigid construction and anchored or weighted to prevent movement or overturning by wind.

(7)  Electrical lines shall not lie on the ground where vehicular or pedestrian traffic is permitted. Use of aboveground extension cords is prohibited. All wiring shall comply with the electrical code of the city.

(8)  Use of red, yellow, or green external lighting shall be prohibited. Any light shall be constant in intensity or color at all times.

(h)  Except for temporary signs allowed pursuant to subsection (d), no sign authorized under this section shall be placed or displayed within the public right-of-way.

(Ord. No. 88-9283, § 2, 11-14-88; Ord. No. 96-9776, § 1, 1-6-97; Ord. No. 17-10882 , § 4, 7-10-17; Ord. No. 19-11016 , § 1, 9-23-19; Ord. No. 22-11135 , § 1, 10-17-22)

Sec. 42-509. - Maintenance and safety.

All signs, including attendant braces, supports, guys and anchors, shall be kept in a safe and sound structural condition and maintained in a presentable state of appearance. Defective parts shall be repaired or replaced and display surfaces shall be kept neatly painted or posted and readable at all times. Every sign and its immediate surroundings shall be maintained in a clean and sanitary condition and free of all offensive substances, rubbish and weeds. All maintenance required is the responsibility of the owner of the sign. Where ownership cannot be determined, the property owner is responsible for the maintenance of the sign. If the zoning administrator shall find that any sign is unsafe, insecure, has been abandoned, or has been erected or is being maintained in violation of the article, he shall give written notice to the owner thereof to repair, alter or remove the sign so as to comply with the standards herein set forth.

(Ord. No. 90-9381, § 4, 5-14-90)

Sec. 42-510. - Abandoned signs.

Any sign which no longer advertises a bona fide business conducted, product sold or service provided shall be deemed to be abandoned and shall be removed at the expense of the owner. Sign panels shall be removed within ninety (90) days of the vacation of the premises or discontinuance of the advertised activity. Sign frames and poles shall be removed within one (1) year of vacation of the premises or discontinuance of the advertised activity unless new sign panels are installed advertising a bona fide activity. Provided however, an appeal for an extension of up to one (1) year for removal of sign frames and poles may be granted by the design review board or board of zoning appeals when found to be justified. The installation of new sign panels on the same sign frame and pole shall not require the issuance of a new sign permit. If however, a new permit shall be required then the sign shall comply with the provisions of this article.

(Ord. No. 90-9381, § 7, 5-14-90; Ord. No. 98-9897, § 1, 11-2-98)

Sec. 42-511. - Sign substitution.

The owner of any sign which is otherwise allowed by this article may substitute noncommercial copy in lieu of any other commercial or noncommercial copy. This substitution of copy may be made without any additional approval or permitting. The purpose of this provision is to prevent any inadvertent favoring of any particular commercial or noncommercial message over any other noncommercial message. This provision prevails over any more specific provision to the contrary.

(Ord. No. 17-10882 , § 5, 7-10-17)

Sec. 42-512. - Electronic changeable copy advertising signs.

Advertising signs located within the city limits shall not incorporate any of the following types of displays: electronic changeable copy signs, digital graphic signs or digital animated signs; except for advertising signs lawfully constructed and maintained within two hundred (200) feet of an interstate highway right-of-way.

(Ord. No. 18-10982 , § 1, 10-22-18)

Secs. 42-513—42-515. - Reserved.

DIVISION 2. - DISTRICT REGULATIONS

Sec. 42-516. - A-1 agricultural district.

The following sign regulations shall apply in the A-1 agricultural district:

(1)   Functional types permitted: any type listed in section 42-506, except advertising signs and electronic changeable copy signs.

(2)  Structural types permitted:

    a.  Ground signs;

    b.  Wall signs.

(3)  Number of signs permitted: One (1) per zoning lot.

(4)  Maximum gross surface area: thirty-two (32) square feet.

(5)  Maximum height: thirty (30) feet.

(6)  Required setback: None required, except that in no case shall a sign project over public property.

(Code 1966, § 36-907(1); Ord. No. 19-10990 , § 2, 1-14-19)

Sec. 42-517. - RS, R, R-1, R-2, R-2.5, R-3 and MH residential districts.

The following sign regulations shall apply in the RS, R, R-1, R-2, R-2.5, R-3 and MH residential districts:

(1)  Functional types permitted:

    a.  Bulletin board signs;

    b.  Business signs;

    c.  Construction signs;

    d.  Identification signs;

    e.  Nameplate signs;

    f.  Real estate signs.

(2)  Structural types permitted:

    a.  Ground signs;

    b.  Wall signs;

    c.  Awning, canopy and marquee signs (when used in conjunction with a conditional use along a collector or arterial street only).

(3)  Number of signs permitted:

    a.  Ground sign: one (1) per zoning lot.

    b.  Wall signs: two (2) per zoning lot.

    c.  Awning, canopy and marquee signs: one (1) per zoning lot.

    d.  A maximum of three (3) signs is permitted per zoning lot.

(4)  Maximum gross surface area:

    a.  Bulletin board signs: thirty-two (32) square feet.

    b.  Business signs: eight (8) square feet.

    c.  Construction signs: thirty-two (32) square feet.

d.  Identification signs: thirty-two (32) square feet.

e.  Nameplate signs: two (2) square feet.

f.  Real estate signs: eight (8) square feet per lot, provided that one sign of not more than one hundred (100) square feet in area announcing the sale of lots and/or homes in a subdivision may be located on such development. Such signs shall be removed at the end of three (3) years from the date of issuance of permit, or when seventy-five (75) percent of the lots in the subdivision or development have been sold, whichever occurs sooner.

g.  Business signs: when used in conjunction with a conditional use and only along a collector or arterial street; one (1) square foot of sign area for each lineal foot of building frontage, not to exceed thirty-two (32) square feet.

(5)  Maximum height:

a.  All signs shall be placed flat against a building or designed as part of an architectural feature thereof except that signs may be detached if they do not exceed a height of eight (8) feet or project into any required building setback area.

b.  No height limit is specified for signs placed flat against or painted on the wall of a building, or other attached signs provided all other provisions of this section are complied with.

(6)  Required setback:

a.  All signs, except real estate and construction signs, shall maintain the same setback required for principal structures.

b.  Detached grounds signs used in conjunction with a conditional use shall be set back at least ten (10) feet from the front property line.

(7)  Illumination: No sign shall be illuminated, except that identification signs and bulletin board signs may be internally or externally illuminated, provided that no direct light shall be cast upon any residential property. In addition, churches, schools, nursing homes, rehabilitation centers, assisted living facilities, governmental facilities, YMCAs and parks and recreational facilities and athletic fields, may have one (1) freestanding electronic changeable copy identification or bulletin board sign subject to the following limitations:

a.  The electronic message center portion of the sign may not exceed fifty (50) percent of the total sign area.

b.  The sign must set back at least ten (10) feet from the front property line and must be set perpendicular to the adjoining public street, provided that signs on corner lots may be set at a forty-five (45) degree angle at street intersections.

c.  The sign may not exceed a height of eight (8) feet.

d.  All electronic message center signs must be equipped with a photo cell dimmer or some other automatic dimmer control and may not operate between 10:00 p.m. and 6:00 a.m.

e. No minimum hold time or interval of change shall be required.

f. Text and moving pictorial images shall be permitted, however, no sign shall have blinking, flashing or fluttering lights or any other illuminating device that changes the intensity, brightness or color of the sign background.

(Code 1966, § 36-907(2); Ord. No. 80-8825, § 1, 12-15-80; Ord. No. 85-9074, § 1, 6-3-85; Ord. No. 91-9424, § 1, 2-4-91; Ord. No. 03-10126, § 1, 1-13-2003; Ord. No. 09-10517, § 1, 9-28-09)

Sec. 42-518. - U University district.

The following sign regulations shall apply in the university district:

(1)  Functional types permitted:

    a. Bulletin board signs;

    b. Construction signs;

    c. Identification signs;

    d. Nameplate signs.

(2)  Functional types conditional:

    a. Advertising signs facing outward on the rear side of a scoreboard structure.

(3)  Structural types permitted:

    a. Ground signs;

    b. Pole signs;

    c. Scoreboard mounted signs;

    d. Wall signs.

(4)  Structural types conditional:

    a. Signs mounted on the rear side of a scoreboard structure with a gross surface area and sign height in excess of the maximum size and height specified in subsections (6) and (7) and/or with a setback that is less than the minimum setback in subsection (8).

(5)  Number of signs permitted: no limitation except as specified in subsection (4).

(6)  Maximum gross surface area:

    a. One (1) square foot for each six (6) lineal feet of building frontage except as noted in b. below.

    b. Outdoor football/soccer stadiums shall be permitted no more than two (2) signs not to exceed one hundred sixty (160) square feet each. These signs shall be located within fifty (50) feet of the outdoor stadium and separated by a minimum of fifty (50) feet.

(7)

Maximum height: No height limit is specified for signs placed flat against a building, painted on the wall of a building or designed as a part of an architectural feature thereof. Detached signs shall not exceed ten (10) feet in height.

(8)  Required setback:

a.  All signs of thirty-two (32) square feet or less shall maintain a minimum setback of ten (10) feet.

b.  All signs larger than thirty-two (32) square feet in area shall maintain the required setback for principal structures in the "U" university district.

(9)  Illumination: No signs shall be illuminated, except the following:

a.  Identification signs and bulletin board signs may be internally or externally illuminated, provided that no direct light shall be cast upon any residential property.

b.  Electronic changeable copy signs not associated with advertising signs facing outward on the rear side of scoreboard structures subject to the following limitations:

1.  All electronic message center signs must be equipped with a photo cell dimmer or some other automatic dimmer control and may not operate between 10:00 p.m. and 6:00 a.m., except when a scheduled public event extends beyond 10:00 p.m., the sign may operate no later than 30 minutes after the conclusion of the event.

2.  No minimum hold time or interval of change shall be required.

3.  Text and moving pictorial images shall be permitted, however, no sign shall have blinking, flashing or fluttering lights or any other illuminating device that changes intensity, brightness or color of the sign background.

4.  The electronic message center portion of the sign shall not exceed fifty (50) percent of the total sign area.

5.  The sign shall not exceed a height of ten (10) feet.

6.  Educational institutions may have a maximum of one (1) freestanding electronic changeable copy identification or bulletin board sign for the institution and one (1) freestanding electronic changeable copy identification or bulletin board sign for an associated athletic stadium.

c.  Electronic changeable copy signs associated with advertising signs facing outward on the rear side of the scoreboard structure provided that:

1.  An electronic changeable copy sign conditional use permit must first be approved by the planning commission.

2.  The sign shall be subject to the area, sign height limitations and setback requirements established under subsection 42-518(4)a.

(Ord. No. 80-8825, § 2, 12-15-80; Ord. No, 12-10664, § 1, 12-17-12; Ord. No. 15-10801, § 1, 9-21-2015)

Sec. 42-518.1. - Reserved.

Sec. 42-518.2. - P district.

The following sign regulations shall apply in the P district:

(1) *Functional types permitted:* Any type listed in section 42-506, except advertising signs, which shall only be allowed in accordance with subsection (7).

(2) *Structural types permitted:*

    a. Ground signs;

    b. Pole signs when used in conjunction with an approved conditional use, on properties located on a collector or arterial street, athletic stadiums, or public arenas; and

    c. Wall signs.

(3) *Number of signs permitted:*

    a. Ground sign:

       1. Secondary schools (high schools) shall have a maximum of one (1) sign per street frontage.

       2. All other zoning lots shall have a maximum of one (1) ground sign.

    b. Pole signs: Each zoning lot shall have a maximum of one (1) pole sign as allowed in subsection (2).b.

    c. Wall signs:

       1. Secondary schools (high schools) shall have no limit on the total number of wall signs.

       2. All other zoning lots shall have a maximum of two (2) wall signs.

    d. Total number of signs: A maximum of four (4) signs is permitted per zoning lot, except that secondary schools (high schools) shall have no limit on the total number of wall signs.

(4) *Maximum gross surface area:*

    a. Ground signs:

       1. When used in conjunction with an approved conditional use or on properties located on an arterial or collector street, the maximum gross surface area shall be sixty-four (64) square feet.

       2. For secondary schools (high schools) located on an arterial street, the maximum gross surface area shall be one hundred (100) square feet.

       3. For all other zoning lots, the maximum gross surface area shall be thirty-two (32) square feet, except as provided in subsection (d) below.

    b. Pole signs:

    1. When used in conjunction with an approved conditional use or on properties located on an arterial or collector street, the maximum gross surface area shall be sixty-four (64) square feet.

    2. For all other zoning lots, the maximum gross surface area shall be thirty-two (32) square feet, except as provided in subsection (d) below.

  c. Wall signs:

    1. For secondary schools (high schools), the maximum gross surface area for all wall signs combined shall be one (1) square foot of sign area for each one (1) foot of building frontage.

    2. For all other zoning lots, the maximum gross surface area for each wall sign shall be thirty-two (32) square feet.

  d. Athletic stadiums and public arenas shall be permitted to have one (1) either ground or pole sign on the same zoning lot as the athletic stadium or public arena with a maximum gross surface area of one hundred (100) square feet.

(5) *Maximum height:* No height limit is specified for signs placed flat against or painted on the wall of a building, or other attached signs provided all other provisions of this section are complied with. Detached signs may not exceed eight (8) feet in height, except that pole signs for approved conditional uses, properties located on a collector or arterial street, athletic stadiums, or public arenas may be up to twenty (20) feet in height.

(6) *Required setback:* Detached ground signs and pole signs shall be set back at least ten (10) feet from the front property line.

(7) *Illumination:* Signs may be internally or externally illuminated, provided that no direct light shall be cast upon any residential property. In addition, schools, athletic stadiums, public arenas, community centers, convention centers, governmental buildings and offices, aquatic centers, and parks and recreation facilities may have as its permitted ground or pole sign one (1) freestanding electronic changeable copy sign subject to the following limitations:

  a. The electronic message center portion of the sign may not exceed fifty (50) percent of the allowable sign area, except for secondary schools (high schools), where the electronic message center portion of the sign may cover up to sixty-seven (67) percent of the allowable sign area.

  b. The sign must set back at least ten (10) feet from the front property line and must be set perpendicular to the adjoining public street, provided that signs on corner lots may be set at a forty-five-degree angle at street intersections.

  c. The sign may not exceed a height of eight (8) feet, except that pole signs for approved conditional uses, properties located on a collector and arterial street and at athletic stadiums and public arenas may be up to twenty (20) feet in height.

d. All electronic message center signs must be equipped with a photo cell dimmer or some other automatic dimmer control that automatically adjusts for day/night brightness. The sign owner or sign installer shall provide written certification from the equipment manufacturer that the sign is so equipped.

e. The sign shall only operate between 7:00 a.m. to 10:00 p.m., with the exception of scheduled public events.

f. No minimum hold time or interval of change shall be required.

g. Text and moving pictorial images shall be permitted, however, no sign shall have blinking, flashing or fluttering lights or any other illuminating device that changes the intensity, brightness or color of the sign background.

h. The sign may be used as an advertising sign if the sign location is eligible for a pole sign.

(Ord. No. 12-10640, § 1, 6-11-12; Ord. No. 18-10929 , §§ 1, 2, 3-19-18)

Sec. 42-519. - C-1 restricted business district.

The following sign regulations shall apply in the C-1 restricted business district:

(1) *Functional types permitted:* Any type listed in section 42-506, except advertising signs.

(2) *Structural types permitted:* Any type listed in section 42-507, except roof signs, projecting signs and mobile signs.

(3) *Number of signs permitted:*

a. *Ground sign:* One (1) per zoning lot.

b. *Pole sign:* One (1) per zoning lot.

c. *Others:* Two (2) per zoning lot.

(4) *Maximum gross surface area:* One (1) square foot of sign area for each lineal foot of building frontage, not to exceed thirty-two (32) square feet.

(5) *Maximum height:*

a. All signs shall be placed flat against a building or designed as part of an architectural feature thereof except that signs may be detached it they do not exceed a height of eight (8) feet or project into any required building setback area.

b. No height limit is specified for signs placed flat against or painted on the wall of a building, or for other attached signs provided all other provisions of this section are complied with.

(6) *Required setback:* Entire sign shall be set back ten (10) feet.

(7) *Illumination:* Illuminated signs shall be permitted.

(Code 1966, § 36-907(3))

Sec. 42-520. - C-2 neighborhood shopping district.

The following sign regulations shall apply in the C-2 neighborhood shopping district:

(1) *Functional types permitted:* Any type listed in section 42-506, except advertising signs.

(2) *Structural types permitted:* Any type listed in section 42-507, except mobile signs, projecting signs, and roof signs.

(3) *Number of signs permitted:* Two (2) per business.

(4) *Maximum gross surface area:* One (1) square foot of sign area for each lineal foot of building frontage.

(5) *Maximum height:* Thirty (30) feet.

(6) *Required setback:* No minimum setback, except that pole sign supports must maintain a ten-foot setback.

(7) *Illumination:* Illuminated signs shall be permitted.

(Code 1966, § 36-907(4))


Sec. 42-521. - C-3 and C-4 commercial districts.

The following sign regulations shall apply in the C-3 shopping center and C-4 central business districts:

(1) *Functional types permitted.* Any type listed in section 42-506, except that advertising signs for other than special public events sponsored by governmental, philanthropic and nonprofit organizations shall be prohibited in the C-4 district and district and advertising signs other than computerized electronic message displays shall be prohibited in the C-3 district.

(2) *Structural types permitted.* Any type listed in section 42-507, except that mobile signs and roof signs shall be prohibited in the C-4 district.

(3) *Number of signs permitted.* No maximum limitation in the C-3 district. In the C-4 district, four (4) signs per business with a maximum of ten (10) signs per zoning lot; provided, however, the following additional restrictions shall apply:

   a. No more than one (1) projecting sign or ground/pole sign shall be allowed per street frontage.

   b. Ground/pole signs shall be allowed only on zoning lots without buildings or those with buildings having a front yard setback of ten (10) feet or more.

   c. Ground/pole signs and projecting signs shall not be allowed in combination along the same street frontage.

(4) *Maximum gross surface area:*

   a.

In the C-3 district, four (4) square feet of sign area for each lineal foot of building frontage; where no building frontage exists, one (1) square foot of sign area for each lineal foot of street frontage.

b. In the C-4 district, three (3) square feet of sign area for each lineal foot of building frontage for allowable signage other than a ground/pole sign or a projecting sign; where no building frontage exists, one (1) square foot of sign area for each lineal foot of street frontage. Irrespective of building or street frontage, no property or zoning lot shall be restricted to less than thirty-six (36) square feet of sign area. No more than sixty-seven (67) percent of allowable sign area may be displayed on any building wall or street frontage. In regards to projecting signs and ground/ pole signs, the following maximum area limitations shall apply:

| Building Frontage | Projecting Signs* | Ground/Pole Signs |
|---|---|---|
| 25 feet or less | 30 sq. ft. | 45 sq. ft. |
| 26—50 feet | 36 sq. ft. | 54 sq. ft. |
| 51 feet or more | 48 sq. ft. | 72 sq. ft. |

*The maximum area for a projecting sign on a building wall without street frontage shall be four (4) square feet.

(5) *Maximum height.* In the C-3 and C-4 districts, ground/pole signs may not exceed thirty (30) feet in height above grade. In the C-4 district, projecting or wall signs may not project above the lowest point of the roof of the structure to which it is attached.

(Ord. No. 90-9381, §§ 5, 9, 5-14-90; Ord. No. 07-10425, § 1, 12-03-07)

Sec. 42-522. - C-5, C-6 and C-7 commercial districts.

The following sign regulations shall apply in the C-5, service commercial, C-6, heavy commercial and C-7, highway commercial districts:

(1) Functional types permitted: any type listed in section 42-506.

(2) Structural types permitted: any type listed in section 42-507.

(3) Maximum gross surface area:

a. Four (4) square feet of sign area for each lineal foot of building frontage.

    b.  Where no building frontage exists, four (4) square feet of sign area for each lineal foot of street frontage.

(4)  Maximum height:

    a.  Signs located on an arterial, collector or residential street: Fifty (50) feet.

    b.  Signs oriented toward a designated interstate highway and located on property within six hundred sixty (660) feet of the interstate right-of-way: Fifty (50) feet above the interstate roadbed and associated bridges and ramps, with a maximum sign height of seventy (70) feet. Where the interstate roadbed is below the grade elevation of adjoining property, the maximum sign height shall be fifty (50) feet.

    c.  Artificially raising the ground level through filling or berming for the sole purpose of increasing sign height shall not be permitted.

(5)  Required setback: none required, except that any sign which exceeds two hundred (200) square feet in gross surface area shall maintain the same setback required for principal structures, and in no case shall a sign project over public property.

(6)  Illumination: illuminated signs shall be permitted.

(Code 1966, § 36-907(6); Ord. No. 95-9708, § 1, 10-16-95)

Sec. 42-523. - I-1 industrial park district.

The following sign regulations shall apply in the I-1 industrial park district:

(1)  Functional types permitted: any type listed in section 42-506, except advertising signs.

(2)  Structural types permitted: any type listed in section 42-507, except roof signs.

(3)  Number of signs permitted: two (2) per establishment.

(4)  Maximum gross surface area: one (1) square foot for each lineal foot of street frontage.

(5)  Maximum height: thirty (30) feet.

(6)  Required setback: ten (10) feet.

(7)  Illumination: illuminated signs shall be permitted.

(Code 1966, § 36-907(7); Ord. No. 08-10467, § 1 9-29-08)

Sec. 42-524. - I-2 and I-3 industrial districts.

The following sign regulations shall apply in the I-2 light industrial and I-3 heavy industrial districts:

(1)  Functional types permitted: any type listed in section 42-506.

(2)  Structural types permitted: any type listed in section 42-507.

(3)  Number of signs permitted: no limitation.

(4)  Maximum gross surface area: four (4) square feet for each lineal foot of street frontage.

(5)  Maximum height:

    a.  Roof sign: thirty (30) feet above the highest point of the structure on which the sign is located.

    b.  All other signs: thirty (30) feet.

(6)  Required setback: none required.

(7)  Illumination: illuminated signs shall be permitted.

(Code 1966, § 36-907(8))

Sec. 42-525. - Historic signs.

(a)  Specific provisions of this sign ordinance may be waived by the board of city commissioners for designated historic signs upon application by the owner or by city-initiated application.

(b)  Upon filing of said application, the heritage commission, with or without review and recommendation from the Salina Business District Number 1 Design Review Board, may recommend, and the city commission may declare, a sign to be of "historic significance" by making findings according to the guidelines below. Except for requirement pertaining to safety, structural integrity or maintenance, a sign so designated shall be deemed to conform to this article.

(c)  To be designated "historically significant," a sign must be found to comply with all of the following guidelines:

(1)  The sign has been in continuous existence at the present location for not less than twenty-five (25) years.

(2)  The sign possesses such exemplary design, technology, craftsmanship, materials and/or a means of illumination that it significantly enhances the cultural, historical and/or aesthetic quality of the community.

(3)  The sign has not been significantly altered from its historic period or, if altered, is restorable to its historic function and appearance.

(d)  Once designated "historically significant," removal of the sign shall be subject to the provisions of article IX, regarding demolition or removal of heritage landmarks.

(Ord. No. 90-9381, § 8, 5-14-90)

Secs. 42-526—42-540. - Reserved.

Sec. 42-764. - Sign.

*Sign* is any writing (including letters, words or numerals), pictorial representation (including illustrations or decorations), emblem (including devices, symbols, or trademarks), flag, banner, streamer, pennant, string of lights, or display calculated to attract the attention of the public, or any other figure of similar character which:

(1)   Is a structure or any part thereof, or a portable display, or is attached to, painted on, or in any other manner represented on a building or other structure or on the ground;

(2)   Is used to announce, direct attention to, or advertise; and

(3)   Is not located inside a building.

(Code 1966, § 36-1301(145))

Sec. 42-765. - Sign, advertising.

*Advertising sign* is a sign which directs attention to a business, commodity, service, or entertainment conducted, sold, or offered at a location other than the premises on which the sign is located, or to which it is affixed (off-premise sign).

(Code 1966, § 36-1301(146))

Sec. 42-766. - Sign, awning, canopy, and marquee.

*Awning, canopy and marquee sign* is a sign that is mounted or painted on, or attached to, an awning, canopy, or marquee that is otherwise permitted by these regulations. No such sign shall project more than twenty-four (24) inches above, below, or twelve (12) inches beyond the physical dimensions of the awning, canopy, or marquee, and a minimum of eight (8) feet of clearance shall be provided above grade.

(Code 1966, § 36-1301(147))

Sec. 42-767. - Sign, bulletin board.

*Bulletin board sign* is a sign that indicates the name of an institution or organization on whose premises it is located and which contains the name of the institution or organization, the name or names of persons connected with it, and announcements of persons, events, or activities occurring at the institution. Such signs may also present a greeting or similar message.

(Code 1966, § 36-1301(148))

Sec. 42-768. - Sign, business.

*Business sign* is a sign which directs attention to a business or profession conducted, or to a commodity or service sold, offered or manufactured, or an entertainment offered, on the premises where the sign is located or to which it is affixed.

(Code 1966, § 36-1301(149))

Sec. 42-769. - Sign, canopy.

See "sign, awning, canopy, and marquee."

(Code 1966, § 36-1301(150))

Sec. 42-770. - Sign, construction.

*Construction sign* is a temporary sign indicating the names of architects, engineers, landscape architects, contractors, and similar artisans involved in the design and construction of a structure or project only during the construction period and only on the premises on which the construction is taking place.

(Code 1966, § 36-1301(151))

Sec. 42-771. - Sign, ground.

*Ground sign* is any sign placed upon, or supported by, the ground independently of the principal building or structure on the property. Signs on accessory structures shall be considered ground signs.

(Code 1966, § 36-1301(152))

Sec. 42-772. - Sign, identification.

*Identification sign* is a sign giving the name and address of a building, business, development or establishment. Such signs may be wholly or partly devoted to a readily recognized symbol.

(Code 1966, § 36-1301(153))

Sec. 42-773. - Sign, marquee.

See "sign, awning, canopy, and marquee."

(Code 1966, § 36-1301(154))

Sec. 42-774. - Sign, mobile.

*Mobile sign* is a sign which is designed to be easily transported and is attached to a trailer or other nonmotive powered vehicle.

(Code 1966, § 36-1301(155))

Sec. 42-775. - Sign, nameplate.

*Nameplate sign* is a sign giving the name and/or address of the owner or occupant of a building or premises on which it is located, and where applicable, a professional status.

(Code 1966, § 36-1301(156))

Sec. 42-776. - Sign, off-premise.

See "sign, advertising."

(Code 1966, § 36-1301(157))

Sec. 42-777. - Sign, pole.

*Pole sign* is a sign that is mounted on a free-standing pole, the bottom edge of which sign is six (6) feet or more above ground level.

(Code 1966, § 36-1301(158))

Sec. 42-778. - Sign, projecting.

*Projecting sign* is a sign that is wholly or partly dependent upon a building for support and which projects more than twelve (12) inches from such building

(Code 1966, § 36-1301(159))

Sec. 42-779. - Sign, real estate.

*Real estate sign* is a sign pertaining to the sale or lease of the lot or tract of land on which the sign is located, or to the sale or lease of one or more structures, or a portion thereof located thereon.

(Code 1966, § 36-1301(160))

Sec. 42-780. - Sign, roof.

*Roof sign* is a sign erected, constructed and maintained wholly upon or over the roof of a building and having the roof as the principal means of support.

(Code 1966, § 35-1301(161))

Sec. 42-781. - Sign, wall.

*Wall sign* is a sign fastened to or painted on a wall of a building or structure in such a manner that the wall becomes merely the supporting structure or forms the background surface, and which does not project more than twelve (12) inches from such building.

(Code 1966, § 36-1301(162))