In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.**<br><br>Plaintiffs,<br><br>v.<br><br>**City of Salina, Kansas.**<br><br>Defendant. | Civil Action No. 6:24-cv-01027<br><br>Corporate Disclosure Statement |

**Rule 7.1 Corporate Disclosure Statement**

Plaintiff Cozy Inn, Incorporated, d/b/a The Cozy Inn does not have a parent corporation and is not owned by a publicly held corporation.

Kansas Justice Institute
By: Samuel G. MacRoberts, 22781

Dated: Feb. 19, 2024

/s/ Samuel G. MacRoberts
Samuel G. MacRoberts, 22781
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Sam.MacRoberts@KansasJusticeInstitute.org
(913) 213-5018
Attorney for Plaintiffs