In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard,** | Case No. No. 6:24-cv-01027 |
| Plaintiffs, | |
| v. | Entry of Appearance |
| **City of Salina, Kansas**, | |
| Defendant. | |

**Entry of Appearance**

Jeffrey Shaw enters his appearance as counsel of record for Plaintiffs Cozy Inn, Incorporated, d/b/a The Cozy Inn, and Stephen Howard.

Dated: February 19, 2024.

Kansas Justice Institute
By: Jeffrey Shaw, 29767

/s/ Jeffrey Shaw
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Jeff@KansasJusticeInstitute.org
(913) 213-5121
Attorney for Plaintiffs