AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:24-cv-01027

UNITED STATES DISTRICT COURT for the District of Kansas

Plaintiff: Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

Defendant: City of Salina, Kansas via Nikki Goding, Salina City Clerk

This summons for *(name of individual and title, if any)* was received by me on *(date)* February 21, 2024.

☒ I personally served the summons on the individual at *(place)* the office of the Salina City Clerk, 300 W Ash St, Room 206, Salina, Kansas 67401 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 227.00 for travel and $ 270.28 for services, for a total of $ 497.28.

I declare under penalty of perjury that this information is true.

Date: February 21, 2024

*Server's signature*

John Dennis Kriegshauser, Kansas Private Detective D-6180
*Printed name and title*

10600 W 97th Ter, Overland Park, Kansas 66214
*Server's address*

Additional information regarding attempted service, etc:
DOCUMENTS DELIVERED: (1) "SUMMONS IN A CIVIL ACTION" (1 sheet) with "Proof of Service" document (1 sheet) (2) "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" availability notice (1 sheet) (3) "Verified Complaint for Declaratory Judgement and Injunctive Relief; Designation of Place of Trial; Verification; Exhibits A-C" (107 sheets). COMMENTS: Upon arrival at the office of Nikki Goding, the Salina City Clerk, 300 W Ash St, Room 206, Salina, Kansas 67401, I asked the receptionist to contact the City Clerk for receipt of process service. She turned and gestured a person over. I asked the person if they were "Nikki" and they responded that they were. Service was completed at 11:36 (AM) CT on Wednesday, February 21, 2024. Body camera audio/video of the service is available upon request.