**CLARK, MIZE & LINVILLE, CHTD.**
129 S. Eighth, P.O. Box 380
Salina, Kansas 67402-0380
785-823-6325 FAX 785-823-1868

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COZY INN, INCORPORATED, d/b/a THE ) <br> COZY INN; STEPHEN HOWARD ) <br>         Plaintiff, ) <br> ) <br> v.      ) <br> ) <br> CITY OF SALINA, KANSAS ) <br>         Defendant. ) <br> ) | Case No. 6:24-CV-01027 |

### ENTRY OF APPEARANCE

COMES NOW Aaron O. Martin of Clark, Mize & Linville, Chtd., Salina, Kansas, and enters his appearance herein as counsel for Defendant City of Salina, Kansas. All papers, pleadings, court documents, and other written materials should be forwarded to the above-named attorney.

                                               /s/ Aaron O. Martin
                                               Aaron O. Martin, KS 24170
                                               CLARK, MIZE & LINVILLE, CHARTERED
                                               129 South 8th Street, P.O. Box 380
                                               Salina, Kansas  67402-0380
                                               785-823-6325 Telephone
                                               785-823-1868 Facsimile
                                               aomartin@cml-law.com
                                               Attorneys for Defendant City of Salina

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 8th day of March, 2024, I electronically filed the foregoing with the clerk of the court by using CM/ECF filing system.

/s/ Aaron O. Martin
Aaron O. Martin, #24170
Attorneys for Defendant
