### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COZY INN, INCORPORATED, d/b/a THE COZY INN; STEPHEN HOWARD )<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF SALINA, KANSAS )<br>Defendant. )<br>) | Case No. 6:24-CV-01027-TC-ADM |

## CLERK'S ORDER

Now on this 8th day of March, 2024, pursuant to Rule 77.2(a)(2) of the Rules of Practice and Procedure of the United States District Court for the District of Kansas, defendant is hereby granted fourteen (14) additional days within which to answer or file other responsive pleadings to plaintiffs' Complaint filed herein, until March 27, 2024. The answer or other pleading would otherwise be due on March 13, 2024, and the time originally prescribed has not expired.

s/ J. Kendall, Deputy Clerk
Clerk of the District Court

**Submitted by:**

/s/ Aaron O. Martin
Aaron O. Martin, #24170
CLARK, MIZE & LINVILLE, CHARTERED
P.O. Box 380
Salina, KS 67402-0380
Tel. (785) 823-6325; Fax (785) 823-1868
aomartin@cml-law.com
Attorneys for Defendant, City of Salina, Kansas