IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** <br> **d/b/a The Cozy Inn; Stephen Howard,** <br><br> Plaintiffs, <br><br> v. <br><br> **City of Salina, Kansas,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) CASE NO.  6:24-cv-01027-TC-ADM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Todd G. Messenger be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion.   I have verified that the information contained in the affidavit is true and accurate.

Dated this 13th day of March, 2024.

Respectfully submitted,

/s/ *Aaron O. Martin*
Aaron O. Martin, #24170
CLARK, MIZE &
LINVILLE, CHARTERED
P.O. Box 380
Salina, KS 67402-0380
Tel. (785) 823-6325
Fax (785) 823-1868
aomartin@cml-law.com

        Todd G. Messenger, *Pro Hac Vice Pending*
        Amanda C. Jokerst, *Pro Hac Vice Pending*
        Fairfield and Woods, P.C.
        1801 California St, Suite 2600
        Denver, CO 80202
        Tel. (303) 830-2400
        tmessenger@fwlaw.com
        ajokerst@fwlaw.com

        *Attorneys for Defendant City of Salina, Kansas*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2024, I caused the foregoing **MOTION FOR LEAVE TO APPEAR PRO HAC VICE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Jeffrey Shaw.
Samuel G. MacRoberts
Preny Sarkissian
Kansas Justice Institute
12980 Metcalf Avenue, Suite 130
Overland Park, KS 66213
Telephone: 913-213-5121; 913-213-5018
E-mail: jeff@kansasjusticeinstitute.org; sam.macroberts@kansasjusticeinstitute.org

*Attorneys for Plaintiffs*

        */s/ Aaron O. Martin*
        Aaron O. Martin

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** ) | |
| **d/b/a The Cozy Inn; Stephen Howard,** ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | CASE NO.  6:24-cv-01027-TC-ADM |
| ) | |
| **v.** ) | |
| ) | |
| **City of Salina, Kansas,** ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is:  Todd G. Messenger

2. I practice under the following firm name or letterhead:

   Name:  Fairfield and Woods, P.C.

   Address: 1801 California Street, Suite 2600
   Denver, Colorado 80202

   Telephone Number: 303-830-2400

   Fax:  303-830-1033

   Email address: tmessenger@fwlaw.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| Florida | 10/02/2000 | 385514 |
| Colorado | 06/20/2007 | 38783 |
| US Supreme Court | 08/03/2020 | |
| 10th Circuit Court of Appeals | 08/24/2018 | |
| District of Colorado | 08/17/2020 | |
| District of South Florida | 01/12/2001 | |
| District of North Florida | 04/13/2001 | |

4. I have reviewed D. Kan. Rule 83.5.4.  Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

11. This declaration is being signed under penalty of perjury in accordance with 28 U.S.C. § 1746 and served in accordance with D.Kan. Rule 5.1.

Dated this 12TH day of March, 2024.

Respectfully submitted,

*[signature]*

Todd G. Messenger, *Pro Hac Vice Pending*
Amanda C. Jokerst, *Pro Hac Vice Pending*
Fairfield and Woods, P.C.
1801 California St, Suite 2600
Denver, CO 80202
Tel. (303) 830-2400
tmessenger@fwlaw.com
ajokerst@fwlaw.com

Aaron O. Martin, #24170
CLARK, MIZE &
LINVILLE, CHARTERED
P.O. Box 380
Salina, KS 67402-0380
Tel. (785) 823-6325
Fax (785) 823-1868
aomartin@cml-law.com

*Attorneys for Defendant City of Salina, Kansas*

The foregoing was acknowledged before me this 12th day of March, 2024 by Todd G. Messenger, in Denver, Colorado.

Witness my hand and official seal.

*[signature]*
Notary Public
My commission expires: 9/19/26

MOHAMED ELBEDAWI
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224036556
MY COMMISSION EXPIRES 09/19/2026

C:\Users\tmessenger\NEO Office EchoVAULT-CARDDMII\TGM Affidavit PHV 4854-8480-0685 v.1.docx

## CERTIFICATE OF SERVICE

        I hereby certify that on this 12th day of March, 2024, I caused the foregoing **AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Jeffrey Shaw.
Samuel G. MacRoberts
Preny Sarkissian
Kansas Justice Institute
12980 Metcalf Avenue, Suite 130
Overland Park, KS 66213
Telephone: 913-213-5121; 913-213-5018
E-mail: jeff@kansasjusticeinstitute.org; sam.macroberts@kansasjusticeinstitute.org

*Attorneys for Plaintiffs*


                              */s/ Aaron O. Martin*
                              Aaron O. Martin



# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
### Pro Hac Vice Electronic Filing Registration Form

| Field | Value |
|---|---|
| Name: | Todd G. Messenger |
| Office: | Fairfield and Woods P.C. |
| Address: | 1801 California Street Suite 2600 |
| Address: | Denver, Colorado 80202 |
| City: | Denver |
| State: | Colorado |
| Zip: | 80202 |
| Office Phone: | 303-830-2400 |
| Ext.: | 303-894-4469 |
| Fax: | 303-830-1033 |

State Bar #: Colorado - 38783  Florida - 385514

Attorney's Internet E-mail Address: tmessenger@fwlaw.com

Additional email addresses that should receive Notices of Electronic Filing: MElbedawi@fwlaw.com; paralegal@fwlaw.com; smeyer@fwlaw.com

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. You will receive system-generated notices of electronic filings and documents may be retrieved electronically through PACER. The District of Kansas does not permit attorneys admitted pro hac vice to file documents electronically. Local counsel is responsible for all filings.

By registering, I consent to electronic service of all documents. I certify that I am a member in good standing of the bar of all courts where I am admitted. I am applying for or have been granted admission pro hac vice and I have read and am familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov. I agree to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

Attach completed form to motion for leave to appear pro hac vice.

03/12/2024
Date

Applicant's Signature
Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

If you have questions about this form or the pro hac vice admission process, please contact the Attorney Registration clerk at 913-735-2229 or ksd_attorney_registration@ksd.uscourts.gov.