IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COZY INN, INCORPORATED, d/b/a THE COZY INN; STEPHEN HOWARD<br>           Plaintiff,<br><br>v.<br><br>CITY OF SALINA, KANSAS<br>           Defendant. | Case No. 6:24-CV-01027-TC-ADM |

## AMENDED CLERK'S ORDER

Now on this 12th day of March, 2024, pursuant to Rule 77.2(a)(2) of the Rules of Practice and Procedure of the United States District Court for the District of Kansas, defendant is hereby granted fourteen (14) additional days within which to answer or otherwise plead or respond to plaintiffs' Complaint filed herein, until March 27, 2024. The answer or other pleading or response would otherwise be due on March 13, 2024, and the time originally prescribed has not expired.[1]

                                                                 s/ J. Kendall, Deputy Clerk
                                                                 Clerk of the District Court

**Submitted by:**

/s/ Aaron O. Martin
Aaron O. Martin, #24170
CLARK, MIZE & LINVILLE, CHARTERED
P.O. Box 380
Salina, KS  67402-0380
Tel. (785) 823-6325; Fax (785) 823-1868
aomartin@cml-law.com
Attorneys for Defendant, City of Salina, Kansas

---

[1] Defendant City of Salina, Kansas previously requested and obtained a 14-day extension pursuant to a Clerk's Order entered on March 8, 2024. (See Doc. 7). Defendant is requesting this Amended Clerk's Order to clarify that the extension operates to extend the deadline for Defendant to answer or otherwise plead or respond to Plaintiffs' Complaint filed herein.