In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.** | Civil Action No. 6:24-cv-01027-TC-ADM |
| Plaintiffs, | Notice of Filing of Verified Amended Complaint; Certificate of Service. |
| v. | |
| **City of Salina, Kansas.** | |
| Defendant. | |

### Notice of Filing of Verified Amended Complaint

On April 10, 2024, Plaintiffs filed a Verified Amended Complaint (Doc. 16) under Fed. R. Civ. Pro. 15(a)(1)(B) as a matter of course.

Kansas Justice Institute

Dated: April 10, 2024.

/s/ Samuel G. MacRoberts
Samuel G. MacRoberts, 22781
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Sam@KansasJusticeInstitute.org
(913) 213-5018
Attorney for Plaintiffs

**Certificate of Service**

The undersigned certifies that on April 10, 2024, the above document(s) were filed using the CM/ECF system, which will send notification of such filing to all participants, including to: Aaron O. Martin, Todd G. Messenger, and Amanda C. Jokerst.

<u>/s/ Sam MacRoberts</u>
Samuel G. MacRoberts