**In the United States District Court
for the District of Kansas**

———————

Case No. 24-cv-01027-TC-ADM

———————

Cozy Inn, Inc., et al.,

*Plaintiffs*

v.

City of Salina, Kansas,

*Defendant*

———————

**ORDER**

    Plaintiffs Stephen Howard and Cozy Inn, Inc. sued the City of Salina, Kansas, alleging that Salina violated their First and Fourteenth Amendment rights. Doc. 1. Salina moved to dismiss Plaintiffs' complaint. Doc. 13. Salina's motion is now moot. After it filed its motion to dismiss, *id.*, Plaintiffs filed an Amended Complaint, Doc. 16. The Amended Complaint was timely because Rule 15(a) permits any party to "amend its pleading once as a matter of course no later than . . . 21 days after service of a motion under Rule 12(b)." And because the Amended Complaint supersedes the original Complaint, the motion to dismiss is moot. *See Sinclair Wyo. Ref. Co. v. A & B Builders, Ltd.*, 989 F.3d 747, 777 n.17 (10th Cir. 2021) (citation omitted).

    **IT IS THEREFORE ORDERED BY THE COURT THAT** Salina's motion to dismiss, Doc. 13, is DENIED as moot.

    It is so ordered.

Date:  April 11, 2024             s/ Toby Crouse
                                                     Toby Crouse
                                                    United States District Judge