AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:24-cv-01027-TC-ADM

UNITED STATES DISTRICT COURT for the District of Kansas

Plaintiff: Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

Defendant: City of Salina, Kansas via Nikki Goding, Salina City Clerk

This summons for *(name of individual and title, if any)* Goding, Salina City Clerk

was received by me on *(date)* April 10, 2024

☒ I personally served the summons on the individual at *(place)* the office of the Salina City Clerk, 300 W Ash St, Room 206, Salina, Kansas 67401 on *(date)* April 11, 2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 224.65 for travel and $ 269.89 for services, for a total of $ 494.54 .

I declare under penalty of perjury that this information is true.

Date: April 11, 2024

*Server's signature*

John Dennis Kriegshauser, Kansas Private Detective D-6180
*Printed name and title*

10600 W 97th Ter, Overland Park, Kansas 66214
*Server's address*

Additional information regarding attempted service, etc:
Documents Delivered: "SUMMONS IN A CIVIL ACTION" (1 sheet) with "Proof of Service" document (1 sheet), "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" availability notice (1 sheet), and "Verified Amended Complaint for Declaratory Judgement and Injunctive Relief; Designation of Place of Trial; Verification; Exhibits A-D" (151 sheets). Notes: Upon arrival at the office of Nikki Goding, the Salina City Clerk, 300 W Ash St, Room 206, Salina, Kansas 67401, I was approached by Nikki herself (no receptionist was present) and referred to her by name since I had previously served her. She acknowledged her name. Service was completed at 08:40 (AM) CT on Thursday, April 11, 2024. Body camera audio/video of the service is available upon request.