### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COZY INN, INCORPORATED, d/b/a THE COZY INN; STEPHEN HOWARD )<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF SALINA, KANSAS )<br>Defendant. )<br>) | Case No. 6:24-CV-01027-TC-ADM |

## CLERK'S ORDER

Now on this 17th day of April, 2024, pursuant to Rule 77.2(a)(2) of the Rules of Practice and Procedure of the United States District Court for the District of Kansas, defendant is hereby granted fourteen (14) additional days within which to answer or otherwise plead or respond to plaintiffs' Amended Complaint filed herein, until May 9, 2024. The answer or other pleading or response would otherwise be due on April 25, 2024, and the time originally prescribed has not expired.

/s/ Jeffrey S. Hokanson, Deputy Clerk
Clerk of the District Court

**Submitted by:**

s/ Aaron O. Martin
Aaron O. Martin
Bar Number 24170
Attorney for Defendant City of Salina, Kansas
CLARK, MIZE &
LINVILLE, CHARTERED
P.O. Box 380
Salina, KS 67402-0380
Tel. (785) 823-6325
Fax: (785) 823-1868
Email: aomartin@cml-law.com

s/ Todd G. Messenger
Todd G. Messenger,
CO Bar Number 38783
Pro Hac Vice Attorney for Defendant City of Salina, Kansas
Fairfield and Woods, P.C.
1801 California St.,
Ste. 2600
Denver, CO 80202
Tel. (303) 830-2400
Fax: (303) 830-1033
Email: tmessenger@fwlaw.com

s/ Amanda C. Jokerst
Amanda C. Jokerst
CO Bar Number 47241
Pro Hac Vice Attorney for Defendant City of Salina, Kansas
Fairfield and Woods, P.C.
1801 California St.,
Ste. 2600
Denver, CO 80202
Tel. (303) 830-2400
Fax: (303) 830-1033
Email: ajokerst@fwlaw.com