IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** <br> **d/b/a The Cozy Inn; Stephen Howard,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **City of Salina, Kansas,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) CASE NO.  6:24-cv-01027-TC-ADM <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION

Defendant City of Salina, Kansas ("the City"), by and through its attorneys Fairfield and Woods, P. C. Clark, Mize & Linville, Chartered, and Plaintiffs, Cozy Inn, Incorporated d/b/a The Cozy Inn and Stephen Howard ("Plaintiffs") by and through their attorneys, the Kansas Justice Institute, hereby submits the following Stipulation:

Plaintiffs brought a lawsuit against the City of Salina ("City") challenging the constitutionality of certain portions of the City's Sign Code.  The parties have stipulated to maintain the status quo during the pendency of the civil action Case No. 6:24-CV-01027-TC-ADM ("Civil Action"), which may be concluded by dismissal, settlement, judgment of the United States District Court, District of Kansas, or further written agreement of the parties.  The parties stipulate that, without prejudice to the City of Salina's defenses as to the merits of this matter, the City of Salina will not take any enforcement action against the Plaintiffs respecting the sign located at 108 N. 7th Street Salina, Kansas that is the subject matter of Plaintiffs' Verified Complaint (Doc. 1), during the pendency of the Civil Action. This includes the assessment of fines, fees, or other penalties from November 3, 2023, through the pendency of the Civil Action. The parties further stipulate that,

without prejudice to Plaintiffs' claims as to the merits of this matter, Plaintiffs will maintain the status quo of the sign located at 108 N. 7th Street Salina, Kansas that is the subject matter of Plaintiffs' Verified Complaint and Plaintiffs will take no further action to modify or complete the sign during the pendency of the Civil Action.  Except as provided herein, each party reserves any and all rights concerning their respective claims and defenses in this case, whether in this proceeding or in some subsequent proceeding.  This stipulation and any statements made in this stipulation shall not be admitted into evidence in any court or proceeding for purposes of proving or supporting a claim or defense of any party hereto, however, this stipulation may be admitted for the sole purpose of enforcement of its terms.

Respectfully submitted  this 19th day of April, 2024.

*s/* Samuel G. MacRoberts
Samuel G. MacRoberts
Bar Number 22781
Jeffrey Shaw
Bar Number 29767
Attorneys for Plaintiffs, Cozy Inn
Incorporated d/b/a The Cozy Inn;
Stephen Howard
Kansas Justice Institute
12980 Metcalf Avenue, Suite 130
Overland Park, KS 66213
Tel. (913)213-5121
Fax:(913)213-5018
Email: jeff@kansasjusticeinstitute.org;
sam.macroberts@kansasjusticeinstitute.org

s/ Aaron O. Martin
Aaron O. Martin,
Bar Number 24170
Attorney for Defendant, City of Salina
CLARK, MIZE & LINVILLE, CHARTERED
P.O. Box 380
Salina, KS 67402-0380
Tel. (785) 823-6325
Email:  aomartin@cml-law.com

*s/* Todd G. Messenger
Todd G. Messenger
CO Bar Number 38783
Amanda C. Jokerst,
CO Bar Number 47241
Pro Hac Vice Attorneys for Defendant,
City of Salina
Fairfield and Woods, P.C.
1801 California St, Suite 2600
Denver, CO 80202
Tel. (303) 830-2400
Fax: (303) 830-1033
Email:  tmessenger@fwlaw.com;
ajokerst@fwlaw.com

_____
Stephen Howard, on behalf of Plaintiffs

_____
City of Salina representative, on behalf of Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2024, I caused the foregoing **STIPULATION** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Jeffrey Shaw.
Samuel G. MacRoberts
Kansas Justice Institute
12980 Metcalf Avenue, Suite 130
Overland Park, KS 66213
Telephone: 913-213-5121; 913-213-5018
E-mail: jeff@kansasjusticeinstitute.org; sam.macroberts@kansasjusticeinstitute.org

*Attorneys for Plaintiffs*

          */s/* Aaron O. Martin
          Aaron O. Martin