IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** | ) |
| **d/b/a The Cozy Inn; Stephen Howard,** | ) |
| | ) |
| **Plaintiffs,** | ) CIVIL ACTION |
| | ) CASE NO.  6:24-cv-01027-TC-ADM |
| | ) |
| v. | ) |
| | ) |
| **City of Salina, Kansas,** | ) |
| | ) |
| **Defendant.** | ) |

### DEFENDANT'S MOTION TO EXCEED PAGE LIMITS FOR ITS BRIEF IN SUPPORT OF ITS MOTIONS TO DISMISS

Defendant City of Salina, Kansas ("the City"), by and through its attorneys Fairfield and Woods, P. C. and Clark, Mize & Linville, Chartered, respectfully moves to exceed page limits pursuant to D. Kan. Rule 7.1(d)(4) and in support thereof states as follows:

1. The City anticipates filing a Motion to Dismiss the Amended Complaint.  Pursuant to D. Kan. Rule 7.1(d)(3), the City is limited to 15 pages.  District of Kansas case law interprets the page limit to include the caption, signature block and certificate of service.  Accordingly, the City requests this Court allow its Brief in Support of its Motion to Dismiss to exceed the 15 page limit by two pages.

2. On April 10, 2024, Plaintiffs filed an Amendment Complaint.  The Amended Complaint is 40 pages long and sets forth 316 enumerated allegations, including new allegations, revised claims, as well as changes to the previously presented theory of the case.

3. Given the expansive nature of the Amended Complaint, the City anticipates that it will need two additional pages to appropriately and concisely address the issues that are germane

to its Motion to Dismiss. The City submits that the additional two pages will allow it to address all of the claims in the Amended Complaint and explain why they should be dismissed.

4. The deadline for the City to file its Motion to Dismiss is May 9, 2024. This motion is timely as it is filed at least three days before the deadline for the City to file its Motion to Dismiss and supporting brief. *See* D. Kan. Rule 7.1 (d)(4).

WHEREFORE, the City respectfully asks this Court to grant it two additional pages for its brief supporting its forthcoming Motion to Dismiss the Amended Complaint.

Respectfully submitted this 26th day of April, 2024.

| s/ Aaron O. Martin | s/ Todd G. Messenger | s/ Amanda C. Jokerst |
|---|---|---|
| Aaron O. Martin | Todd G. Messenger, | Amanda C. Jokerst |
| Bar Number 24170 | CO Bar Number 38783 | CO Bar Number 47241 |
| Attorney for Defendant City of Salina, Kansas | Pro Hac Vice Attorney for Defendant City of Salina, Kansas | Pro Hac Vice Attorney for Defendant City of Salina, Kansas |
| CLARK, MIZE & LINVILLE, CHARTERED | Fairfield and Woods, P.C. | Fairfield and Woods, P.C. |
| P.O. Box 380 | 1801 California St., Ste. 2600 | 1801 California St., Ste. 2600 |
| Salina, KS 67402-0380 | Denver, CO 80202 | Denver, CO 80202 |
| Tel. (785) 823-6325 | Tel. (303) 830-2400 | Tel. (303) 830-2400 |
| Fax: (785) 823-1868 | Fax: (303) 830-1033 | Fax: (303) 830-1033 |
| Email: aomartin@cml-law.com | Email: tmessenger@fwlaw.com | Email: ajokerst@fwlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2024, I caused the foregoing **DEFENDANT'S MOTION TO EXCEED PAGE LIMITS FOR ITS BRIEF IN SUPPORT OF ITS MOTIONS TO DISMISS** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Jeffrey Shaw.
Samuel G. MacRoberts
Kansas Justice Institute
12980 Metcalf Avenue, Suite 130
Overland Park, KS 66213
Telephone: 913-213-5121; 913-213-5018
E-mail: jeff@kansasjusticeinstitute.org; sam.macroberts@kansasjusticeinstitute.org

*Attorneys for Plaintiffs*

 

*/s/ Aaron O. Martin*
Aaron O. Martin