## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** | ) |
| **d/b/a The Cozy Inn; Stephen Howard,** | ) |
| | ) |
| **Plaintiffs,** | ) **CIVIL ACTION** |
| | ) **CASE NO.   6:24-cv-01027-TC-ADM** |
| **v.** | ) |
| | ) |
| **City of Salina, Kansas,** | ) |
| | ) |
| **Defendant.** | ) |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)

Defendant, City of Salina, Kansas ("City"), by and through its attorneys of record, Fairfield and Woods, P.C. and Clark, Mize & Linville, Chartered, respectfully moves to dismiss with prejudice the Amended Complaint for Declaratory Judgment and Injunctive Relief ("Complaint") filed by Plaintiffs, Cozy Inn, Incorporated (d/b/a The Cozy Inn) and Stephen Howard ("Plaintiffs"), pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and in support thereof states:

This matter involves Plaintiffs' constitutional challenge to certain provisions of the Salina Code of Ordinances ("Salina Code"), specifically: (1) Chapter 42, Article X ("Sign Code"), which promotes the "public health, safety and welfare . . . through a comprehensive system of reasonable, effective, consistent, content-neutral and non discriminatory sign standards and requirements . . .," (Sign Code § 42-500); and (2) Chapter 2, Article X, Salina Code ("BID Code"), which contains a design review process that the City adopted for new construction, building alterations, demolitions, and exterior aesthetic changes to buildings in its downtown Business Improvement District No. 1.

As set forth more fully in the accompanying *Defendant's Brief in Support of Defendant's Motion to Dismiss* ("Brief"), the Complaint must be dismissed in its entirety because Plaintiffs

cannot satisfy the standing requirement. Plaintiffs cannot satisfy their burden respecting the redressability element of standing.

Further, as set forth more fully in the Brief, Plaintiffs' "Claim One" must be dismissed in its entirety because it fails to state a plausible claim that the Sign Code and BID Code are content based on their face or as-applied to Plaintiffs, that in the alternative, the Sign Code and the BID Code fail "intermediate scrutiny," or that either the Sign Code or BID Code are an impermissible prior restraint. In the alternative, if the Court finds the Sign Code distinguishes between commercial and noncommercial speech, the distinction is not a classification that renders the Sign Code content based, the Sign Code passes the "commercial speech test," and as-applied challenges to commercial speech regulations are not justiciable.  Finally, Plaintiffs' "Claim Two" must be dismissed in its entirety because it fails to state a plausible claim that the Sign Code or BID Code are void for vagueness, as the Sign Code fairly warns of what is proscribed and Plaintiffs' speech is clearly within the scope of the City's regulation. Accordingly, Defendant respectfully requests the Complaint be dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) for Plaintiffs' lack of standing and failure to state a claim upon which relief may be granted.

Respectfully submitted this 9th day of May, 2024.

| s/ Aaron O. Martin | s/ Todd G. Messenger | s/ Amanda C. Jokerst |
|---|---|---|
| Aaron O. Martin | Todd G. Messenger, | Amanda C. Jokerst |
| Bar Number 24170 | CO Bar Number 38783 | CO Bar Number 47241 |
| Attorney for Defendant City of Salina, Kansas | Pro Hac Vice Attorney for Defendant City of Salina, Kansas | Pro Hac Vice Attorney for Defendant City of Salina, Kansas |
| CLARK, MIZE & LINVILLE, CHARTERED | Fairfield and Woods, P.C. | Fairfield and Woods, P.C. |
| P.O. Box 380 | 1801 California St., Ste. 2600 | 1801 California St., Ste. 2600 |
| Salina, KS 67402-0380 | Denver, CO 80202 | Denver, CO 80202 |
| Tel. (785) 823-6325 | Tel. (303) 830-2400 | Tel. (303) 830-2400 |
| Fax: (785) 823-1868 | Fax: (303) 830-1033 | Fax: (303) 830-1033 |
| Email: aomartin@cml-law.com | Email: tmessenger@fwlaw.com | Email: ajokerst@fwlaw.com |

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2024, I caused the foregoing **DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Jeffrey Shaw and Samuel G. MacRoberts
Kansas Justice Institute
12980 Metcalf Avenue, Suite 130
Overland Park, KS 66213
Telephone: 913-213-5121; 913-213-5018
E-mail: jeff@kansasjusticeinstitute.org; sam.macroberts@kansasjusticeinstitute.org

*Attorneys for Plaintiffs*

                                                  s/ Aaron O. Martin
                                                Aaron O. Martin