In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard**, <br><br> Plaintiffs, <br><br> v. <br><br> **City of Salina, Kansas**, <br><br> Defendant. | Case No. No. 6:24-cv-01027-TC-ADM <br><br><br> Motion to Disregard Newly Raised Argument or for Leave to File Sur-Reply; Exhibit 1 (Proposed Sur-Reply); Certificate of Service |

**Motion to Disregard Newly Raised Argument or for Leave to File Sur-Reply**

For the first time in its reply brief, Salina raises a new "government interest" in support of its speech restrictions: traffic safety. *See* Doc. 33 at 2-3. Plaintiffs respectfully move this Court for an Order disregarding the government's newly raised justification; or in the alternative, for an Order granting leave to file the attached sur-reply, and any other relief the Court deems just or necessary.

**Memorandum in Support**

Plaintiffs filed a civil rights lawsuit challenging the constitutionality of Salina's mural-sign code regime. Doc. 16. The lawsuit alleges the mural-sign code regime violates the First Amendment, is an unconstitutional prior restraint, and is unconstitutionally void for vagueness under the Fourteenth Amendment.

Salina filed a motion to dismiss. Doc. 26. In that briefing, Salina asserted only two government interests in support of its speech restrictions, "aesthetics and property values." Doc. 27 at 8-9, 13. The Plaintiffs addressed both. *See* Doc. 31 at 8-9, 11-12. For the first time in its reply brief, Salina raises a new interest: traffic safety. *See* Doc. 33 at 2-3.

This newly raised justification should be disregarded. *See United States v. Harrell*, 642 F.3d 907, 918 (10th Cir. 2011). Alternatively, Plaintiffs request leave to file the attached sur-reply. A

1

sur-reply is permitted with leave of court under rare circumstances. *Grohmann v. HCP Prairie Vill. KS OPCO LLC*, 516 F. Supp. 3d 1267, 1272 (D. Kan. 2021). Such circumstances include "when a moving party raises new material for the first time in a reply[.]" *Id.*; *Green v. New Mexico*, 420 F.3d 1189, 1196 (10th Cir. 2005).

For the reasons above, Plaintiffs request this Court to disregard the newly raised argument or leave to file the attached sur-reply—which *only* addresses the government's new argument—or for any other appropriate relief.

Dated: June 18, 2024.                     Kansas Justice Institute

/s/ Samuel G. MacRoberts
Samuel G. MacRoberts, 22781
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Sam.MacRoberts@KansasJusticeInstitute.org
Jeff@KansasJusticeInstitute.org
(913) 213-5018
Attorneys for Plaintiffs

**Certificate of Service**

The undersigned certifies that on June 18, 2024, the above document(s) were filed using the CM/ECF system, which will send notification of such filing to all participants, including to: Aaron O. Martin, Todd G. Messenger, and Amanda C. Jokerst.

/s/ Samuel G. MacRoberts
Samuel G. MacRoberts
