# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** ) <br> **d/b/a The Cozy Inn; Stephen Howard,** ) <br> ) <br> Plaintiffs, ) CIVIL ACTION <br> ) CASE NO.   6:24-cv-01027-TC-ADM <br> ) <br> v. ) **Certificate of Service** <br> ) **(Defendant's Responses to Plaintiffs'** <br> ) **Requests for Admission, Requests for** <br> ) **Production (including production** <br> ) **of documents), and First Set of** <br> ) **Interrogatories and** <br> **City of Salina, Kansas,** ) <br> Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, counsel for Defendant caused to be delivered via electronic mail, a true copy of Defendant's Responses to Plaintiffs' Requests for Admission, Requests for Production and First Set of Interrogatories as well as the production of documents corresponding to the Responses to Request for Production:

Jeffrey Shaw
Samuel G. MacRoberts
Kansas Justice Institute
12980 Metcalf Avenue, Suite 130
Overland Park, KS 66213
Telephone: 913-213-5121; 913-213-5018
E-mail: jeff@kansasjusticeinstitute.org;
sam.macroberts@kansasjusticeinstitute.org

Respectfully submitted July 18, 2024,

| s/ Aaron O. Martin | s/ Todd G. Messenger | s/ Amanda C. Jokerst |
|---|---|---|
| Aaron O. Martin | Todd G. Messenger, | Amanda C. Jokerst |
| Bar Number 24170 | CO Bar Number 38783 | CO Bar Number 47241 |
| Attorney for Defendant City of Salina, Kansas | Pro Hac Vice Attorney for Defendant City of Salina, Kansas | Pro Hac Vice Attorney for Defendant City of Salina, Kansas |
| CLARK, MIZE & LINVILLE, CHARTERED | Fairfield and Woods, P.C. | Fairfield and Woods, P.C. |
| P.O. Box 380 | 1801 California St., Ste. 2600 | 1801 California St., Ste. 2600 |
| Salina, KS 67402-0380 | Denver, CO 80202 | Denver, CO 80202 |
| Tel. (785) 823-6325 | Tel. (303) 830-2400 | Tel. (303) 830-2400 |
| Fax: (785) 823-1868 | Fax: (303) 830-1033 | Fax: (303) 830-1033 |
| Email: aomartin@cml-law.com | Email: tmessenger@fwlaw.com | Email: ajokerst@fwlaw.com |