In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard**, <br><br> Plaintiffs, <br><br> v. <br><br> **City of Salina, Kansas**, <br><br> Defendant. | Case No. No. 6:24-cv-01027 <br><br><br> Certificate of Service <br> (Plaintiffs' Second Set of Interrogatories Pursuant to Fed. R. Civ. P. 33; Second Set of Request for Production of Documents Pursuant to Fed. R. Civ. P. 34) |

**Certificate of Service**

I hereby certify that on the below date, I caused to be delivered *via* electronic mail, a true copy of the above documents(s), to the following:

Amanda C. Jokerst
Todd G. Messenger
Fairfield and Woods, P.C.
1801 California St., Ste. 2600
Denver, CO 80202

Aaron O. Martin
Clark, Mize & Linville, Chartered
P.O. Box 380
Salina, KS 67402-0380

Dated: August 1, 2024.

                                      Kansas Justice Institute
                                      By: Jeffrey Shaw, 29767

                                      <u>/s/ Jeffrey Shaw</u>
                                      Jeffrey Shaw, 29767
                                      12980 Metcalf Avenue, Suite 130
                                      Overland Park, Kansas 66213
                                      Jeff@KansasJusticeInstitute.org
                                      (913) 213-5121
                                      Attorney for Plaintiffs