In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.** | Civil Action No. 6:24-cv-01027-TC-ADM |
| Plaintiffs, | Deposition Notices; Certificate of Service. |
| v. | |
| **City of Salina, Kansas.** | |
| Defendant. | |

## Deposition Notices

Plaintiffs will take the following oral depositions below, lasting day-to-day, until completed, and will be taken for all purposes allowed under the Federal Rules of Civil Procedure:

| Deponent | Date and Time | Location |
|---|---|---|
| Lauren Driscoll | Sept. 10, 2024 9:00 a.m. | Clark, Mize & Linville 129 S. 8th St. Salina, Kansas 67401 |
| Mike Schrage | Sept. 11, 2024 9:00 a.m. | Clark, Mize & Linville 129 S. 8th St. Salina, Kansas 67401 |
| Brad Anderson | Sept. 12, 2024 9:00 a.m. | Clark, Mize & Linville 129 S. 8th St. Salina, Kansas 67401 |
| Dustin Herrs | Sept. 12, 2024 1:00 p.m. | Clark, Mize & Linville 129 S. 8th St. Salina, Kansas 67401 |
| Dustin Michelson | Sept. 12, 2024 2:30 p.m. | Clark, Mize & Linville 129 S. 8th St. Salina, Kansas 67401 |

| By: | Appino & Biggs Reporting Service Inc. | 5111 SW 21st Street Topeka, Kansas 66604 | (785) 273-3063 |
|---|---|---|---|

The depositions shall be transcribed by a certified court reporter, who is authorized by law to administer oaths and to take such depositions.

Dated: August 2, 2024.                            Kansas Justice Institute
By:  Samuel G. MacRoberts, 22781

/s/ Samuel G. MacRoberts
Samuel G. MacRoberts
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Sam.MacRoberts@KansasJusticeInstitute.org
(913) 213-5018
Attorney for Plaintiffs

**Certificate of Service**

The undersigned certifies that on August 2, 2024, the above document(s) were filed using the CM/ECF system, which will send notification of such filing to all participants, including to: Aaron O. Martin, Todd G. Messenger, and Amanda C. Jokerst.

/s/ Sam MacRoberts
Samuel G. MacRoberts