IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

COZY INN, INCORPORATED d/b/a THE COZY INN, and STEPHEN HOWARD,

    Plaintiffs,

v.

CITY OF SALINA, KANSAS,

    Defendant.

Case No. 24-1027-TC-ADM

## ORDER

On August 14, 2024, the court convened a discovery conference at the parties' request to discuss defendant's responses to certain of plaintiffs' discovery requests. As set forth in more detail on the record, the court directed the parties to further meet and confer about the disputed discovery responses by **August 21, 2024**. To the extent defendants wish to supplement those responses, they must do so by **August 23, 2024.** As to any unresolved disputes, the court, in consultation with the parties, set the following briefing schedule and page limits for plaintiffs to bring a motion to compel:

- Plaintiffs' motion to compel is due by **August 30, 2024**, and is limited to 10 pages;
- Defendant's response is due by **September 9, 2024**, and is limited to 10 pages; and
- Plaintiffs' reply is due by **September 12, 2024**, and is limited to 2½ pages.

**IT IS SO ORDERED.**

Dated August 14, 2024, at Kansas City, Kansas.

                                                      s/ Angel D. Mitchell
                                                     Angel D. Mitchell
                                                     U.S. Magistrate Judge