In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.**<br><br>Plaintiffs,<br><br>v.<br><br>**City of Salina, Kansas.**<br><br>Defendant. | Civil Action No. 6:24-cv-01027-TC-ADM<br><br>Plaintiffs' Withdrawal of Filed Objection to Defendant's Expert Disclosure and Report; Certificate of Service. |

**Plaintiffs' Withdrawal of Filed Objection to Defendant's Expert Disclosure and Report**

Pursuant to the stipulation of Defendant that Plaintiffs' objections to the Defendant's expert disclosure and report were served on Defendant in a timely manner, Plaintiffs withdraw the filing of Document 48.

Dated: August 30, 2024.

Kansas Justice Institute
By:  Jeffrey Shaw, 29767

/s/ Jeffrey Shaw
Samuel G. MacRoberts, 22781
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Sam@KansasJusticeInstitute.org
Jeff@KansasJusticeInstitute.org
(913) 213-5018
Attorney for Plaintiffs

1

## Certificate of Service

The undersigned certifies that on August 30, 2024, the above document(s) were filed using the CM/ECF system, which will send notification of such filing to all participants, including to: Aaron O. Martin, Todd G. Messenger, and Amanda C. Jokerst.

<u>/s/ Jeffrey Shaw</u>
Jeffrey Shaw