IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** ) | |
| **d/b/a The Cozy Inn; Stephen Howard,** ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | CASE NO. 6:24-cv-01027-TC-ADM |
| ) | |
| v. ) | Certificate of Service |
| ) | Defendant's Amended |
| **City of Salina, Kansas,** ) | Responses to Plaintiffs' First Set of |
| ) | Interrogatories, Requests for |
| ) | Production, Requests for Admission |
| ) | and Supplemental Privilege Log |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, counsel for Defendant caused to be delivered via electronic mail, a true copy of Defendant's Amended Responses to Plaintiffs' First Set of Interrogatories, Amended Responses to Plaintiffs' Request for Production, Amended Responses to Plaintiffs' Request for Admission, and Supplemental Privilege Log to the following:

Jeffrey Shaw
Samuel G. MacRoberts
Kansas Justice Institute
12980 Metcalf Avenue, Suite 130
Overland Park, KS 66213
Telephone: 913-213-5121; 913-213-5018
E-mail: jeff@kansasjusticeinstitute.org;
sam.macroberts@kansasjusticeinstitute.org

Respectfully submitted this 30th day of August 2024.

| s/ Aaron O. Martin | s/ Todd G. Messenger | s/ Amanda C. Jokerst |
|---|---|---|
| Aaron O. Martin<br>Bar Number 24170<br>Attorney for Defendant City of Salina, Kansas<br>CLARK, MIZE & LINVILLE, CHARTERED<br>P.O. Box 380<br>Salina, KS 67402-0380<br>Tel. (785) 823-6325<br>Fax: (785) 823-1868<br>Email: aomartin@cml-law.com | Todd G. Messenger,<br>CO Bar Number 38783<br>Pro Hac Vice Attorney for Defendant City of Salina, Kansas<br>Fairfield and Woods, P.C.<br>1801 California St., Ste. 2600<br>Denver, CO 80202<br>Tel. (303) 830-2400<br>Fax: (303) 830-1033<br>Email: tmessenger@fwlaw.com | Amanda C. Jokerst<br>CO Bar Number 47241<br>Pro Hac Vice Attorney for Defendant City of Salina, Kansas<br>Fairfield and Woods, P.C.<br>1801 California St., Ste. 2600<br>Denver, CO 80202<br>Tel. (303) 830-2400<br>Fax: (303) 830-1033<br>Email: ajokerst@fwlaw.com |