In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.** | Civil Action No. 6:24-cv-01027-TC-ADM |
| Plaintiffs, | Notice of 30(b)(6) Deposition to Defendant City of Salina, Kansas; Exhibit A; Certificate of Service. |
| v. | |
| **City of Salina, Kansas.** | |
| Defendant. | |

**Notice of 30(b)(6) Deposition to Defendant City of Salina, Kansas**

Plaintiffs will take the following oral deposition, pursuant to Fed. R. Civ. Pro. 30(b)(6), of the Defendant City of Salina, Kansas, through one or more officers, directors, agents or other representatives who shall be designated to testify on the Defendant regarding the matters set forth in Exhibit A, lasting day-to-day, until completed, and will be taken for all purposes allowed under the Federal Rules of Civil Procedure:

| Deponent | Date and Time | Location |
|---|---|---|
| 30(b)(6) Representative for the Defendant City of Salina, Kansas | Sept. 30, 2024 9:00 a.m. | Clark, Mize & Linville 129 S. 8th St. Salina, Kansas 67401 |

| By: | Appino & Biggs Reporting Service Inc. | 5111 SW 21st Street Topeka, Kansas 66604 | (785) 273-3063 |
|---|---|---|---|

The depositions shall be transcribed by a certified court reporter, who is authorized by law to administer oaths and to take such depositions.

/
/
/
/
/

1

Dated: September 3, 2024.

Kansas Justice Institute
By: Jeffrey Shaw, 29767

/s/ Jeffrey Shaw
Samuel G. MacRoberts, 22781
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Sam.MacRoberts@KansasJusticeInstitute.org
(913) 213-5018
Attorney for Plaintiffs

## Certificate of Service

The undersigned certifies that on September 3, 2024, the above document(s) were filed using the CM/ECF system, which will send notification of such filing to all participants, including to: Aaron O. Martin, Todd G. Messenger, and Amanda C. Jokerst.

/s/ Jeffrey Shaw
Jeffrey Shaw