In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard**, <br><br> Plaintiffs, <br><br> v. <br><br> **City of Salina, Kansas**, <br><br> Defendant. | Case No. No. 6:24-cv-01027 <br><br><br> Certificate of Service <br> (Plaintiffs' Second Supplemental Initial Disclosures and Documents 217-301 Pursuant to Fed. R. Civ. Pro. 26(a)(1)&(e)) |

**Certificate of Service**

I hereby certify that on the below date, I caused to be delivered *via* electronic mail, a true copy of the above documents(s), to the following:

Amanda C. Jokerst
Todd G. Messenger
Fairfield and Woods, P.C.
1801 California St., Ste. 2600
Denver, CO 80202

Aaron O. Martin
Clark, Mize & Linville, Chartered
P.O. Box 380
Salina, KS 67402-0380

Dated: September 4, 2024.

Kansas Justice Institute
By: Jeffrey Shaw, 29767

/s/ Jeffrey Shaw
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Jeff@KansasJusticeInstitute.org
(913) 213-5121
Attorney for Plaintiffs