# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** ) | |
| **d/b/a The Cozy Inn; Stephen Howard,** ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | CASE NO.  6:24-cv-01027-TC-ADM |
| ) | |
| v. ) | Certificate of Service |
| ) | (Defendant's Response to Plaintiffs' |
| **City of Salina, Kansas,** ) | Second Set of Interrogatories, |
| ) | Defendant's Response to Plaintiffs' |
| ) | Second Request for Production of |
| ) | Documents, and  Defendants' |
| ) | Supplemental Privilege and Redaction |
| ) | Log |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, counsel for Defendant caused to be delivered via electronic mail, a true copy of Defendant's Response to Plaintiffs' Second Set Interrogatories, Defendant's Response to Plaintiffs' Second Request for Production of Documents, and Defendant's Supplemental Privilege and Redaction Log to the following:

Jeffrey Shaw
Samuel G. MacRoberts
Kansas Justice Institute
12980 Metcalf Avenue, Suite 130
Overland Park, KS 66213
Telephone: 913-213-5121; 913-213-5018
E-mail: jeff@kansasjusticeinstitute.org;
sam.macroberts@kansasjusticeinstitute.org

Respectfully submitted this 5th of September 2024.

| s/ Aaron O. Martin | s/ Todd G. Messenger | s/ Amanda C. Jokerst |
|---|---|---|
| Aaron O. Martin | Todd G. Messenger, | Amanda C. Jokerst |
| Bar Number 24170 | CO Bar Number 38783 | CO Bar Number 47241 |
| Attorney for Defendant City of Salina, Kansas | Pro Hac Vice Attorney for Defendant City of Salina, Kansas | Pro Hac Vice Attorney for Defendant City of Salina, Kansas |
| CLARK, MIZE & LINVILLE, CHARTERED | Fairfield and Woods, P.C. | Fairfield and Woods, P.C. |
| P.O. Box 380 | 1801 California St., Ste. 2600 | 1801 California St., Ste. 2600 |
| Salina, KS 67402-0380 | Denver, CO 80202 | Denver, CO 80202 |
| Tel. (785) 823-6325 | Tel. (303) 830-2400 | Tel. (303) 830-2400 |
| Fax: (785) 823-1868 | Fax: (303) 830-1033 | Fax: (303) 830-1033 |
| Email: aomartin@cml-law.com | Email: tmessenger@fwlaw.com | Email: ajokerst@fwlaw.com |