In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard**,<br><br>Plaintiffs,<br><br>v.<br><br><br><br>**City of Salina, Kansas**,<br><br>Defendant. | Case No. No. 6:24-cv-01027<br><br><br>Certificate of Service<br>(Plaintiffs' Response to Defendant's First Set of Interrogatories; Verification; Plaintiffs' Response to Defendant's First Set of Requests for Admission; Plaintiffs' Response to Defendant's First Set of Requests for Production of Documents; Documents 0335-0373; Privilege Log) |

**Certificate of Service**

I hereby certify that on the below date, I caused to be delivered *via* electronic mail, a true copy of the above documents(s), to the following:

Amanda C. Jokerst
Todd G. Messenger
Fairfield and Woods, P.C.
1801 California St., Ste. 2600
Denver, CO 80202
Aaron O. Martin
Clark, Mize & Linville, Chartered
P.O. Box 380
Salina, KS 67402-0380

Dated: September 13, 2024.

Kansas Justice Institute
By: Jeffrey Shaw, 29767
/s/ Jeffrey Shaw
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Jeff@KansasJusticeInstitute.org
(913) 213-5121
Attorney for Plaintiffs