In the United States District Court
for the
District of Kansas

| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.** | Civil Action No. 6:24-cv-01027-TC-ADM |
|---|---|
| Plaintiffs, | Deposition Notice; Certificate of Service. |
| v. | |
| **City of Salina, Kansas.** | |
| Defendant. | |

## Deposition Notice

Plaintiffs will take the following oral depositions below, lasting day-to-day, until completed, and will be taken for all purposes allowed under the Federal Rules of Civil Procedure:

| Deponent | Date and Time | Location |
|---|---|---|
| Dean Andrew | Sept. 30, 2024<br>9:00 a.m. | Clark, Mize & Linville<br>129 S. 8th St.<br>Salina, Kansas 67401 |

| By: | Appino & Biggs Reporting Service Inc. | 5111 SW 21st Street<br>Topeka, Kansas 66604 | (785) 273-3063 |
|---|---|---|---|

The depositions shall be transcribed by a certified court reporter, who is authorized by law to administer oaths and to take such depositions.

Dated: September 18, 2024.

Kansas Justice Institute
By:  Jeffrey Shaw

/s/ Jeffrey Shaw
Samuel G. MacRoberts, 22781
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Sam.MacRoberts@KansasJusticeInstitute.org
(913) 213-5018
Attorney for Plaintiffs

1

**Certificate of Service**

The undersigned certifies that on September 18, 2024, the above document(s) were filed using the CM/ECF system, which will send notification of such filing to all participants, including to: Aaron O. Martin, Todd G. Messenger, and Amanda C. Jokerst.

/s/ Jeffrey Shaw
Jeffrey Shaw

2