Exhibit A

Definitions

The following definitions shall apply to the requests set forth below:

a. "Mural-sign code regime" means Salina's written sign code, Salina's unwritten policies and practices, Salina's Sign Permit requirement, Salina's Downtown Salina Business Improvement District review process, the Certificate of Compatibility requirement, and it's concomitant enforcement penalties.

Topics and Items

Topic 1: Alleged Governmental purpose/interest
- The governmental purpose or interest allegedly furthered by the mural-sign code regime. This includes the facts and circumstances supporting the governmental purpose alleged in Salina City Code § 42-500(1)-(8), generally, and as applied to The Cozy's mural.
- The facts and circumstances supporting the government's contention that its application of the mural-sign code regime promotes the following claimed government interests, both in general and as applied to The Cozy's mural:
    - Pedestrian Safety
    - Traffic Safety
    - Aesthetics
    - Property Values
    - Preventing Sign Wars

Topic 2: The Mural-Sign Code Regime
- The operation, interpretation, and enforcement of the mural-sign code regime.
- The City's interpretation of definitions contained within Salina City Code § 42-500 et seq., including §§ 42-682, 42-706, 42-707, 42-708, 42-764, 42-765, 42-768, 42-781. If the witness testifies about other defined terms, then he will need to testify about those definitions.
- Use of the following phrases when determining whether a display is a regulated sign: "pertains to the goods or services for sale;" "part of a commercial transaction;" "all on the basis of a commercial message;" "display calculated to attract the attention of the public;" "announce, directs attention to, or advertise;" "commercial speech."
- Use of the "coffee house" hypothetical when determining whether a display is a regulated sign or an unregulated mural. See Bates Number 0027, line 10 – 0028, line 4; 0030, line 16-23.
- The facts and circumstances supporting the government's contention that the mural-sign code regime is content- and speaker- neutral.
- The methodology used by the government to determine what is or is not unregulated "art," and what is a regulated sign.
- The City's understanding of what is a "mural" and what is a "sign."
- The facts and circumstances surrounding the purported "misunderstanding between art and signs and commercial speech." Bates 0009, line 24-25.

- The facts and circumstances surrounding variances, waivers, or other informal exemptions from the mural-sign code regime for physical displays.
- The facts and circumstances surrounding the "comprehensive review of the City's sign regulations," as referenced in Bates Number 0001 of Plaintiffs' Initial Disclosures.
- Whether the statements made by Mike Schrage and Lauren Driscoll about how the City enforces the mural-sign code regime at the November 13, 2023, City Commission meeting are city policy.
- The government's purpose for retention of Wendey Moeller of Compass Point Planning to consult on the mural-sign code regime and the City's communications with Ms. Moeller.
- The process for obtaining a sign permit and certificate of compatibility.
- The methodology utilized in measuring the size of signs.
- The methodology utilized in determining if a mural is "used to announce, direct attention to, or advertise."
- The methodology utilized in determining if a "proposed construction or change presents an aesthetically pleasing overall image."
- The methodology utilized in determining if contemporary materials "clash" with "those of older origin" and cause "[e]nvironmentally harmful effects".
- The methodology utilized in determining if the "distinguishing original qualities or character of a building" will be destroyed by a change.
- The methodology utilized in determining if a mural is "not located inside a building."
- The methodology utilized in determining frontage.
- The methodology utilized in determining when a sign has been abandoned.
- The methodology utilized in determining when a sign is a nonconforming sign.
- How the "orientation" of a sign impacts it's classification or regulation under the mural-sign code regime.
- The methodology utilized in determining the "orientation" of a sign.

Topic 3:   Mural-Sign Code Regime as applied to other murals in Salina

- The facts, circumstances, and methodology surrounding the government's determination of whether various physical displays constitute signs under the sign code.
- The facts and methodology utilized by the government to determine whether the following murals constitute a sign under the sign code:
    - Paragraph 84 of Plaintiffs Amended Complaint (the side mural at The Yard)
    - Bates Number 0095 of Plaintiffs' Initial Disclosures (the front mural at The Yard)
    - Paragraph 74 of Plaintiffs Amended Complaint (the Fire Station # 2 mural)
    - Paragraph 90 of Plaintiffs Amended Complaint (the KU Medical School mural)
    - Paragraph 96 of Plaintiffs Amended Complaint (the Salina Art Center mural)
    - Paragraph 104 of Plaintiffs Amended Complaint (the Mural at the Mill)
    - Bates Number 0093 of Plaintiffs' Initial Disclosures (the Bull Durham Tobacco mural)
    - Bates Number 0100 of Plaintiffs' Initial Disclosures (the Schlotzky's mural)

- - o Bates Number 0103 of Plaintiffs' Initial Disclosures (the Sharp Training Center mural)
  - o Bates Number CITY000899-000900 (the Original Grande mural)
  - o Bates Number 0120 of Plaintiffs' Initial Disclosures (Symphony of Sunflowers mural)
- The facts and circumstances surrounding the government's involvement in planning, organizing, artist selection, promoting, permitting, or funding the Boom Salina Street Art & Mural Festival.
- The facts and circumstances surrounding the government's involvement in planning, organizing, artist selection, promoting, permitting, or funding the Salina Kanvas Project.
- The facts and methodology utilized by the City in making the determination of whether the murals created for the Boom Salina Street Art & Mural Festival constitute a sign under the sign code.
- The facts and methodology utilized by the City in making the determination of whether the murals created for the Salina Kanvas Project constitute a sign under the sign code.
- The methodology utilized by the City "to ensure that the Boom mural content does not contain content that could be interpreted as a sign."  Bates Number CITY 000352.
- The methodology utilized by the City to "coordinate closely with Boom Salina to confirm that none of their murals would intentionally or unintentionally include commercial speech subject to our sign codes."  Bates Number CITY 000261
- The methodology utilized by the government in making the determination of whether displays by houses of worship, non-profit organizations, schools, government entities, political campaigns, or issue advocacy organizations constitute a sign under the sign code.
- The methodology utilized by the City in determining whether a mural requires a certificate of compatibility from the Design Review Board.
- The facts and methodology utilized by the government to determine whether the following murals require a certificate of compatibility from the Design Review Board:
  - o The Yard's front mural, as depicted in Bates Number 0095 of Plaintiffs' Initial Disclosures
  - o The Yard's side mural, as depicted in Paragraph 84 of Plaintiffs' Amended Complaint
  - o Salina Art Center's mural, as depicted in Paragraph 96 of Plaintiffs' Amended Complaint
  - o KU Salina Campus mural, as depicted in Paragraph 90 of Plaintiffs' Amended Complaint
  - o The murals created for the Boom Salina Street Art & Mural Festival
  - o The murals created for the Salina Kanvas Project

Topic 4:      Mural-Sign Code Regime as applied to The Cozy
- The facts and circumstances surrounding the enforcement of the mural-sign code regime against The Cozy, including the determination the painting was a sign, the size measurement, the design review board process, the sign permitting process.

- The facts and circumstances surrounding the government's determination that Plaintiffs' mural is a sign.
- The facts and circumstances surrounding the government's determination that Plaintiffs' mural exceeded the size limits of the sign code.
- The facts and circumstance surrounding the government's review of Plaintiffs' sign permit and certificate of compatibility applications.
- Whether the City believes that The Cozy's completed mural, as depicted in Paragraph 28 of the Amended Complaint, does not depict burger-esque flying saucers piloted by aliens attacking The Cozy with blasts of ketchup and mustard.
- The changes the City believes are necessary to turn The Cozy's physical display "into a mural rather than a sign."
- The statement in the City Minutes for the November 13, 2023, City Commission meeting that there is a "misunderstandings surrounding the mural as its content falls under sign provisions in the City Code rather than art". Bates Number CITY 000173.
- Whether the City believes The Cozy's mural "constitutes commercial speech subject to sign code regulation." Bates Number CITY000218.
- The City's talking point that "A distinction is commonly made between murals and art when compared to commercial speech." Bates Number CITY000220.
- Whether the City believes that the Cozy's mural "aesthetically might look similar to murals in the downtown and elsewhere, it contains a commercial message promoting a business and its product which makes it a wall sign subject to the applicable zoning codes which include size limitations among other things." Bates Number CITY000261.
- The facts and circumstances surrounding the government's determination that Plaintiffs' mural requires a certificate of compatibility from the Design Review Board.
- The facts and circumstances surrounding the government's placement of Plaintiffs' application for a sign permit and certificate of compatibility "on-hold," as referenced in Bates Number 0001 of Plaintiffs' Initial Disclosures.
-

Topic 5:     Discovery Responses
- The facts and circumstances surrounding the government's responses to discovery requests, including response to First Set of Interrogatories 1-11, Second Set of Interrogatories 1, and Requests for Admission 12, 13, 14, 20, 26, 32.
- The facts and circumstances surrounding the following documents produced by the government: Bates Number CITY 000004-5; 21-22; 31-32; 87-98; 129-138; 164-168; 173; 178; 184; 218; 220; 221-225; 242-245; 255-260; 261-262; 368-369; 503; 595-657; 899-900; 901-902; 1163-1165; 1168-1169; 1393-1402.
- All documents produced by the City for authentication purposes.
- Any documents referred by the 30(b)(6) witness in testimony or documents that contradict the 30(b)(6) witness' testimony.