IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** </br> **d/b/a The Cozy Inn; Stephen Howard,** </br> </br> Plaintiffs, </br> </br> v. </br> </br> **City of Salina, Kansas,** </br> </br> Defendant. | </br> </br> </br> Civil Action No.   6:24-cv-01027-TC-ADM </br> </br> </br> </br> </br> </br> |

## JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE TO CONDUCT EXPERT DEPOSITIONS

Plaintiffs Cozy Inn, Incorporated, d/b/a The Cozy Inn and Stephen Howard ("Plaintiffs") and Defendant City of Salina, Kansas ("City"), by and through their respective counsel, hereby submit this Joint Motion to Extend the Discovery Deadline to Conduct Expert Witness and Rebuttal Expert Witness Depositions:

1. Pursuant to the [Doc. 29] Scheduling Order, the discovery deadline is October 18, 2024.

2. The Parties have diligently conducted discovery, including multiple depositions, in advance of the discovery deadline.

3. Defendant's expert witness, Mark White, was disclosed on August 16, 2024, but required surgery shortly thereafter and will not be available for a deposition before October 18, 2024 due to his medical condition, and the Parties agree that it is most appropriate to depose Defendant's expert witness before deposing Plaintiffs' rebuttal expert witness, Charles Taylor.

4. The Parties agree that should the instant motion be granted, a deposition of Mark White would be taken on October 31, 2024, and a deposition of Charles Taylor would be taken on November 13, 2024.

5. The Parties seek a short extension of the discovery deadline, to and including November 13, 2024, for the limited purpose of conducting the depositions of Defendant's expert, Mark White, and Plaintiffs' rebuttal expert, Charles Taylor.

6. This Motion is filed jointly by both Parties.

7. This is the Parties' first request for an extension.

8. This Motion to extend the discovery deadline for the limited purpose of conducting the depositions of Defendant's expert, Mark White, and Plaintiffs' rebuttal expert, Charles Taylor, will not operate to delay trial or any hearing or pretrial conference.

9. This Motion is filed in accordance with D. Kan. Rule 6.1(a) and (c) and pursuant to Fed. R. Civ. P. 29.

WHEREFORE, the Parties respectfully request the Court grant the Parties an extension through November 13, 2024 for the limited purpose of conducting the depositions of Defendant's expert, Mark White, and Plaintiffs' rebuttal expert, Charles Taylor.

Respectfully submitted this 4th day of October, 2024

| *s/ Aaron O. Martin* | *s/ Todd G. Messenger* | *s/ Amanda C. Jokerst* |
|---|---|---|
| Aaron O. Martin | Todd G. Messenger, | Amanda C. Jokerst |
| Bar Number 24170 | CO Bar Number 38783 | CO Bar Number 47241 |
| Attorney for Defendant City of Salina, Kansas | Pro Hac Vice Attorney for Defendant City of Salina, Kansas | Pro Hac Vice Attorney for Defendant City of Salina, Kansas |
| CLARK, MIZE & LINVILLE, CHARTERED | Fairfield and Woods, P.C. | Fairfield and Woods, P.C. |
| P.O. Box 380 | 1801 California St., Ste. 2600 | 1801 California St., Ste. 2600 |
| Salina, KS 67402-0380 | Denver, CO 80202 | Denver, CO 80202 |
| Tel. (785) 823-6325 | Tel. (303) 830-2400 | Tel. (303) 830-2400 |
| Fax: (785) 823-1868 | Fax: (303) 830-1033 | Fax: (303) 830-1033 |
| Email: aomartin@cml-law.com | Email: tmessenger@fwlaw.com | Email: ajokerst@fwlaw.com |

s/ Jeffrey Shaw
Jeffrey Shaw
Bar Number 29767
Attorney for Plaintiffs
KANSAS JUSTICE INSTITUTE
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Tel. (913) 213-5121
Email: Jeff@KansasJusticeInstitute.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2024, I caused the foregoing **JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE TO CONDUCT EXPERT DEPOSITIONS** to be served on the counsel via electronic mail, as follows:

Jeffrey Shaw
Samuel G. MacRoberts
Kansas Justice Institute
12980 Metcalf Avenue, Suite 130
Overland Park, KS  66213
Telephone:  (913) 213-5121
E-mail: jeff@kansasjusticeinstitute.org
*sam.macroberts@kansasjusticeinstitute.org*
*Attorneys for Plaintiffs*

      *s/ Aaron O. Martin*
      Aaron O. Martin