# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COZY INN, INCORPORATED d/b/a THE COZY INN and STEPHEN HOWARD,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SALINA, KANSAS,<br><br>    Defendant. | Case No. 24-1027-TC-ADM |

## ORDER

On October 23, 2024, the court convened a discovery conference at defendant's request to discuss plaintiffs' responses to defendant's written discovery requests. As set forth in more detail on the record, the parties agreed to continue meeting and conferring on these discovery issues. Should any issues remain unresolved, the court set the following briefing schedule and page limits for defendant to file a motion to compel:

- Defendant's motion to compel is due by **November 6, 2024**, and is limited to 7 pages.
- Plaintiffs' response is due by **November 13, 2024**, and is limited to 7 pages.
- Defendant's reply is due by **November 15, 2024**, and is limited to 2 pages.

**IT IS SO ORDERED.**

Dated October 23, 2024, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge