# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** ) | |
| **d/b/a The Cozy Inn; Stephen Howard,** ) | |
| ) | |
| **Plaintiffs,** ) | **Civil Action No.   6:24-cv-01027-TC-ADM** |
| ) | |
| **v.** ) | |
| ) | |
| **City of Salina, Kansas,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL ORDER

Plaintiffs Cozy Inn, Incorporated, d/b/a The Cozy Inn and Stephen Howard ("Plaintiffs") and Defendant City of Salina, Kansas ("City"), by and through their respective counsel, hereby submit this Joint Motion for Extension of Time to File Pretrial Order:

1. Pursuant to the [Doc. 29] Scheduling Order, the proposed pretrial order is due November 4, 2024.

2. Due to ongoing depositions and discovery conferrals in this case, as well as other time constraints, the parties are requesting additional time to meet and confer as required under Rule 16 regarding the pretrial order.

3. Counsel for the parties are all in agreement that an extension is needed to complete the proposed pretrial order.

4. The parties therefore ask this Court for a brief extension of time to file the pretrial order to Friday, November 8, 2024, so that counsel for the parties can attempt to resolve and/or narrow any disputed issues prior to the filing of the proposed order.

5. This is the Parties' first request for an extension of this deadline.

6. This Motion will not operate to delay trial or any hearing or pretrial conference.

7. This Motion is filed in accordance with D. Kan. Rule 6.1(a) and (c).

WHEREFORE, the Parties respectfully request the Court grant the Parties an extension through November 8, 2024 within which to submit the pretrial order.

Respectfully submitted this 31st day of October, 2024

*s/ Aaron O. Martin*
Aaron O. Martin
Bar Number 24170
Attorney for Defendant City of Salina, Kansas
CLARK, MIZE & LINVILLE, CHARTERED
P.O. Box 380
Salina, KS 67402-0380
Tel. (785) 823-6325
Fax: (785) 823-1868
Email: aomartin@cml-law.com

*s/ Todd G. Messenger*
Todd G. Messenger,
CO Bar Number 38783
Pro Hac Vice Attorney for Defendant City of Salina, Kansas
Fairfield and Woods, P.C.
1801 California St., Ste. 2600
Denver, CO 80202
Tel. (303) 830-2400
Fax: (303) 830-1033
Email: tmessenger@fwlaw.com

*s/ Amanda C. Jokerst*
Amanda C. Jokerst
CO Bar Number 47241
Pro Hac Vice Attorney for Defendant City of Salina, Kansas
Fairfield and Woods, P.C.
1801 California St., Ste. 2600
Denver, CO 80202
Tel. (303) 830-2400
Fax: (303) 830-1033
Email: ajokerst@fwlaw.com

s/ Jeffrey Shaw
Jeffrey Shaw
Bar Number 29767
Attorney for Plaintiffs
KANSAS JUSTICE INSTITUTE
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Tel. (913) 213-5121
Email: Jeff@KansasJusticeInstitute.org

s/ Samuel G. MacRoberts
Samuel G. MacRoberts
Bar Number 22781
Attorney for Plaintiffs
KANSAS JUSTICE INSTITUTE
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Tel. (913) 213-5018
Email: Sam.MacRoberts@KansasJusticeInstitute.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October, 2024, I caused the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL ORDER** to be served on the counsel as follows:

Jeffrey Shaw
Samuel G. MacRoberts
Kansas Justice Institute
12980 Metcalf Avenue, Suite 130
Overland Park, KS  66213
Telephone:  (913) 213-5121
E-mail: jeff@kansasjusticeinstitute.org
*sam.macroberts@kansasjusticeinstitute.org*
*Attorneys for Plaintiffs*

    *s/ Aaron O. Martin*
    Aaron O. Martin