IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

COZY INN, INCORPORATED
d/b/a The Cozy Inn and
STEPHEN HOWARD,

      Plaintiffs,

v.                                                    Case No. 24-1027-TC-ADM

CITY OF SALINA, KANSAS,

      Defendant.

## ORDER

On November 19, 2024, the court convened a final pretrial conference in this case. The parties appeared through counsel. As discussed in further detail on the record, the parties must submit their revisions and any comments to the draft pretrial order by **November 26, 2024**. Revisions must be made in redline and submitted in Word format as an attachment to an email sent to *ksd_mitchell_chambers@ksd.uscourts.gov*. The court will reconvene the final pretrial conference on **December 4, 2024,** at 3:30 p.m. by telephone (913-423-1010; conference ID 172-480-243).

During the conference, the court also discussed defendant's contention that plaintiffs' expert report exceeded the scope of a proper rebuttal expert disclosure. The court set the following deadlines and parameters for an anticipated motion to strike:

- Defendant's motion is due by **December 3, 2024,** and is limited to 10 pages.
- Plaintiffs' response is due by **December 13**, **2024,** and is limited to 10 pages.
- Defendant's reply is due by **December 18, 2024,** and is limited to 3 pages.

**IT IS SO ORDERED.**

Dated November 19, 2024, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge
