In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.** | Civil Action No. 6:24-cv-01027-TC-ADM |
| Plaintiffs, | Plaintiffs' Motion for an Extension of Time to File their Motion for Summary Judgment; Certificate of Service. |
| v. | |
| **City of Salina, Kansas.** | |
| Defendant. | |

**<u>Plaintiffs' Motion for an Extension of Time to File their Motion for Summary Judgment</u>**

Plaintiffs move for a 30-day extension of time to file its motion for summary judgment. In support of the motion, Plaintiffs state the following:

1. Plaintiffs' motion for summary judgment is currently due on December 20, 2024. *See* Doc. 92, Pretrial Order.

2. On December 9, 2024, the same day the pretrial order was filed, Defendant Salina amended its BID Code and Design Guidelines.

3. Salina informed Plaintiffs about the December 9, 2024, amendments *via* email on Friday, December 13, 2024, at 11:34 a.m.

4. The BID Code and Design Guidelines were being challenged by the Plaintiffs. *See* Doc. 16; Doc. 92, Pretrial Order. Salina had been defending those guidelines. *See* Doc. 92. *See also*, Doc. 27, Salina's memorandum in support of its motion to dismiss. Salina believes Plaintiffs' claims against the BID code are now moot.

5. Plaintiffs informed Salina they were moving for a 30-day extension and requested Salina provide their position on the extension. As of the filing of this motion, Plaintiffs have not received a response from Salina.

1

6. Plaintiffs request a 30-day extension to consider the effect, if any, Salina's code amendments have on Plaintiffs' case.

Dated: December 13, 2024.

Kansas Justice Institute

/s/ Samuel G. MacRoberts
Samuel G. MacRoberts, 22781
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Sam.MacRoberts@KansasJusticeInstitute.org
Jeff@KansasJusticeInstitute.org
(913) 213-5018
Attorneys for Plaintiffs

## Certificate of Service

The undersigned certifies that on December 13, 2024, the above document(s) were filed using the CM/ECF system, which will send notification of such filing to all participants, including to: Aaron O. Martin, Todd G. Messenger, and Amanda C. Jokerst.

/s/ Samuel G. MacRoberts
Samuel G. MacRoberts