# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**COZY INN, INC, ET AL.,**   )   Case Number: **24-1027**
                             )
               Plaintiffs,   )
                             )
**CITY OF SALINA, KANSAS,**  )
                             )
               Defendant(s). )   Date of Hearing: **12/16/24**
_____)

## CIVIL MINUTE SHEET – TELEPHONE CONFERENCE

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TIME IN COURT: | **9 mins.** |

**APPEARANCES:**

- PLAINTIFFS' COUNSEL:   **Samuel MacRoberts / Jeffrey Shaw**
- DEFENDANT'S COUNSEL:   **Todd Messenger/Amanda Jokerst/Aaron Martin**

The parties discuss the pending motion for extension of time, Doc. 93, and how it could affect the trial setting and other deadlines. The Court will confer with magistrate judge to decide on next steps and will issue an order accordingly.