**Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard**

**v.**

**City of Salina, Kansas**

**Civil Action No. 6:24-cv-01027-TC-ADM**

**Index of Exhibits**

| Exhibit | Title |
| --- | --- |
| **Exhibit A** | Defendant's Expert Disclosure |
| **Exhibit B** | Defendant's Expert Report: Mark White |
| **Exhibit C** | Deposition Excerpts: Defendant's Expert Mark White |
| **Exhibit D** | S. Mark White, *Content-Neutral Sign Codes After Reed And Austin*, Sign Research Foundation (Nov. 2022) |
| **Exhibit E** | Plaintiffs' Expert Report: Charles R. Taylor, Ph.D. |
| **Exhibit F** | Deposition Excerpts: Plaintiffs' Expert Charles R. Taylor, Ph.D. |