IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Cozy Inn, Incorporated, | :CIVIL ACTION |
| d/b/a The Cozy Inn; | :CASE NO. |
| Stephen Howard, | : |
| | :6:24-cv-01027-TC-ADM |
| Plaintiffs, | : |
| | : |
| -vs.- | : |
| | : |
| City of Salina, Kansas, | : |
| | : |
| Defendants. | : |

NOVEMBER 13, 2024

ZOOM VIDEOCONFERENCE DEPOSITION OF

CHARLES R. TAYLOR, Ph.D., held via remote teleconference hosted by U.S. Legal Support, located at 1818 Market Street, Suite 1400, Philadelphia, Pennsylvania, on Wednesday, November 13, 2024, at 10:05 a.m., before Michelle Keys, a Stenographer and Notary Public of the Commonwealth of Pennsylvania.

# Exhibit F

```
 1  traffic safety, the common citizens of Salina?
 2  A.     I -- I don't think you need to be an expert
 3  in traffic safety to know that that sign wouldn't
 4  cause traffic accidents.
 5  Q.     So as a layperson, you need no expertise in
 6  traffic safety to evaluate traffic safety impacts?
 7  A.     I -- I think laypeople can have an opinion as
 8  to what would cause them to have an accident and
 9  what would not.  And I think the weight of the
10  evidence in the academic literature, tons and tons
11  of studies -- less so recently because it's, in my
12  opinion, pretty much settled science that on-premise
13  signs don't cause traffic accidents.
14  Q.     If laypeople opinions on traffic safety are
15  adequate, why do we have all of this scientific
16  research on traffic safety?
17  A.     I never said they were adequate.  You're
18  putting words in my mouth.
19                MR. MESSENGER:  Well, can --
20                Court Reporter, can you read back the
21         testimony with respect to common citizens
22         believing that the sign does not cause
23         traffic safety problems.
24                          - - -
25                (Whereupon, the stenographer read
```