## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** <br> **d/b/a The Cozy Inn; Stephen Howard,** <br><br> Plaintiffs, <br><br> v. <br><br> **City of Salina, Kansas,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) **CIVIL ACTION** <br> ) **CASE NO. 6:24-cv-01027-TC-ADM** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### INDEX OF EXHIBITS TO DEFENDANT'S MOTION TO EXCLUDE PLAINTIFFS' REBUTTAL EXPERT PURSUANT TO F.R.E.702

Exhibit A – Defendant's Expert Disclosure

Exhibit B – Expert Report of S. Mark White

Exhibit C – Plaintiffs' Rebuttal Expert Disclosure

Exhibit D – Expert Report of Charles R. Taylor, Ph.D.

Exhibit E – Excerpts from Deposition of Charles R. Taylor, Ph.D.

Exhibit F - Cozy Responses to First RPD