Charles R Taylor PhD
November 13, 2024

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS


Cozy Inn, Incorporated,          :CIVIL ACTION
d/b/a The Cozy Inn;              :CASE NO.
Stephen Howard,                  :
                                 :6:24-cv-01027-TC-ADM
              Plaintiffs,        :
                                 :
      -vs.-                      :
                                 :
City of Salina, Kansas,          :
                                 :
              Defendants.        :


              NOVEMBER 13, 2024


              ZOOM VIDEOCONFERENCE DEPOSITION OF

CHARLES R. TAYLOR, Ph.D., held via remote teleconference

hosted by U.S. Legal Support, located at 1818 Market

Street, Suite 1400, Philadelphia, Pennsylvania, on

Wednesday, November 13, 2024, at 10:05 a.m., before

Michelle Keys, a Stenographer and Notary Public of the

Commonwealth of Pennsylvania.

EXHIBIT E

Charles R Taylor PhD
November 13, 2024

1              What sort of engineering were you

2    doing?

3    A.      Nuclear engineering.

4    Q.      Nuclear engineering?   Okay.

5              Okay.   What was your course of study

6    to obtain that general degree?

7    A.      It's -- it's through the College of Liberal

8    Arts.   So as I was taking the engineering courses,

9    you know, early on, I got to take some electives and

10   took business courses, and especially a marketing

11   course that I really liked.   So I realized that --

12   that I wanted to go on and -- and do a business

13   degree, but by the time I made that decision, it was

14   a little bit late in the game to try to switch over

15   to the business school.

16   Q.      Okay.   So the coursework you took was mostly

17   related to business, then?

18   A.      I would say it was -- it was a real mix

19   because of starting in engineering, and then --

20   ultimately it was liberal arts degree and so a

21   majority of them weren't business.   I think I had

22   five business courses as an undergrad.

23   Q.      Okay.   Did you ever take a course in urban

24   planning?

25   A.      No.

Charles R Taylor PhD
November 13, 2024

1   Q.      Okay.  And what was the focus of that degree?

2   A.      It's -- I had a marketing concentration.

3   It's a general management and business degree.

4   Q.      Okay.

5           Okay.  And what was the course of

6   study during that program?

7   A.      Business, including finance, accounting,

8   management, marketing, economics.

9   Q.      And what classes did you take?

10  A.      Well, courses in those areas, the -- you

11  know, that I -- that I just mentioned.  Just a

12  variety of different -- a variety of different

13  business courses.

14  Q.      Okay.  Any classes in urban planning?

15  A.      No.

16  Q.      Regional planning?

17  A.      No.

18  Q.      Urban design?

19  A.      No.

20  Q.      Landscape architecture?

21  A.      No.

22  Q.      Traffic engineering?

23  A.      No.

24  Q.      Transportation planning?

25  A.      No.

Charles R Taylor PhD
November 13, 2024

1    A.    I minored in advertising and communication.

2    So I had multiple courses in -- in both of those

3    areas.  Also, there was a core -- there was a core

4    group of courses, so, like one economics course, one

5    finance course, one accounting course.  And then a

6    variety of other marketing courses, statistics

7    courses, methods courses.

8    Q.    Okay.  Did you take any classes in urban

9    planning in your Ph.D. program?

10   A.    No.

11   Q.    Regional planning?

12   A.    No.

13   Q.    Urban design?

14   A.    No.

15   Q.    Landscape architecture?

16   A.    No.

17   Q.    Traffic engineering?

18   A.    No.

19   Q.    Transportation planning?

20   A.    No.

21   Q.    And by this, I mean, yeah, roads.  Like the

22   design of roads and multi-modal networks, if that

23   makes sense.

24   A.    Yeah.

25   Q.    Not things like trucking logistics and

Charles R Taylor PhD
November 13, 2024

1   whatnot.

2   A.      Well, logistic classes certainly covered like

3   multi-modal forms of transportation, but I didn't --

4   you had asked about transportation planning, and I

5   would say the answer to that is no.

6   Q.      Okay.  And land use?

7   A.      No.

8   Q.      Zoning?

9   A.      No.

10  Q.      Architecture?

11  A.      No.

12  Q.      Do you have any professional experience

13  outside of academia?

14  A.      Yes.

15  Q.      And what would that be?

16  A.      I -- I worked for General Motors, you know,

17  between degrees and -- and, from time to time, I've

18  done consulting.

19  Q.      So in -- at General Motors, what did you do?

20  A.      Worked in market analysis.

21  Q.      Tell me more.

22              MR. SHAW:  Objection.

23              THE WITNESS:  We -- we used advanced

24          statistical techniques to analyze buyer

25          behavior.  We worked on projects like

Charles R Taylor PhD
November 13, 2024

```
 1              engine choice modeling, customer
 2              satisfaction studies.
 3    BY MR. MESSENGER:
 4    Q.     Okay.  And as a consultant, what kind of
 5    consulting do you do?
 6    A.     We consulted ad agencies and companies about
 7    advertising, and in some -- in some cases, signage.
 8    Q.     And what's the nature of the signage
 9    consulting?
10    A.     I've done work for the outdoor advertising
11    companies helping them understand what the -- what's
12    effective with -- with billboard advertising.
13    Q.     Okay.  Have you -- do you have any other
14    professional work outside of being an expert
15    witness, being a consultant, working at GM?
16    A.     Yeah.  I edit a leading academic journal, and
17    I get a stipend from doing that.
18    Q.     And tell me about that journal.
19    A.     It's -- it's called The International Journal
20    of Advertising.  And it's a social science citation
21    listed academic journal.  And I'm in charge of the
22    review -- review process.  It's basically a
23    peer-reviewed academic journal.
24    Q.     Okay.  Have you published in any planning
25    journal like the Journal of the American Planning
```

Charles R Taylor PhD
November 13, 2024

1    Association or any other publication?

2    A.    No.

3    Q.    Okay.  What journals have you published in?

4    A.    I think I've published something on the order

5    of 120 or more peer-reviewed articles.  So -- so the

6    Journal of Advertising, the -- The International

7    [sic] Journal of Signage and Wayfinding.  Got

8    published in the Journal of Public Policy and

9    Marketing, Journal of Advertising Research, Journal

10   of Current Issues in Research and Advertising, and

11   there is a lot more listed on my vitae.

12   Q.    Okay.  I looked at your articles in the

13   Journal of Signage and Wayfinding, and it seemed

14   like they were advocating for bringing stakeholders

15   to the table to discuss sign regulation.

16             Is that accurate?

17   A.    No, I wouldn't characterize it that way.

18   Q.    How would you characterize it?

19   A.    I -- I -- I think it's -- it's important

20   to -- to balance various factors in signage

21   regulation.  I also think it's very important to

22   look at the impact of signage on businesses and the

23   economic vitality of the community.  And I think

24   that's a particularly important factor.

25   Q.    Does that factor relate to safety,

Charles R Taylor PhD
November 13, 2024

1    aesthetics, or property values?

2    A.     I would think the economic vitality of the

3    community would relate to property values.

4    Q.     But does it relate to safety or aesthetics?

5    A.     I think it relates to aesthetics in the sense

6    that sometimes some planners and organizations like

7    Scenic America put aesthetics above economics in --

8    in drafting the codes, in my opinion.

9    Q.     Okay.  Let's see.

10                    Have you ever published an article on

11   urban design?

12   A.     No, although my -- my -- the book that I

13   coauthored in 2005 certainly goes -- covers some

14   aspects of urban design.

15   Q.     Okay.  Have you ever published a -- an

16   article on transportation systems?

17   A.     No.

18   Q.     Traffic safety?

19   A.     Again, the -- you know, the book has a whole

20   chapter on traffic safety.

21   Q.     Okay.

22                    MR. MESSENGER:  So to the court

23             reporter, Michelle, I -- I have a bunch of

24             exhibits that I think probably the best

25             way to do it would be to -- to upload them

Charles R Taylor PhD
November 13, 2024

```
1                           -  -  -
2                 (Whereupon, Exhibit A was marked for
3            identification.)
4                           -  -  -
5                 MR. MESSENGER:  Let me know if that
6            worked.
7                 Did everybody get it in the chat?
8                 THE STENOGRAPHER:  I see it in the
9            chat.
10                MR. MESSENGER:  Okay.  And will you
11           mark that as Exhibit A electronically?
12                THE STENOGRAPHER:  Yep.
13                MR. MESSENGER:  Thank you.
14   BY MR. MESSENGER:
15   Q.    So do you see here that it -- it represents
16   that you're the John A. Murphy, professor of
17   marketing?
18   A.    Yes.
19   Q.    And a senior research fellow at the Center
20   for Marketing and Consumer Insights at Villanova?
21   A.    Yes.
22   Q.    Is that accurate?
23   A.    Yes.
24   Q.    So in your role as a professor of marketing
25   in the Center for Marketing, what -- what do you do?
```

Charles R Taylor PhD
November 13, 2024

1    A.      Responsible for encouraging and fostering

2    research on -- on marketing -- marketing consumer

3    insights, especially among the Villanova faculty.

4    Q.      Among faculty?  How does that work?

5    A.      We have some budget to support academic

6    research, and the center as a whole interacts with

7    people in -- in industry as well, but my role in the

8    center is more on the research side.

9    Q.      Okay.  How does that center get funded?

10   A.      Basically donations, mostly from alumni.

11   Q.      Are there any corporate contributions?

12   A.      I -- I think there have been some.

13   Q.      What sorts of companies are funding that?

14   A.      I -- I honestly don't know.

15   Q.      Does your research get funded independently

16   of these funding sources sometimes?

17   A.      There are -- there are times when -- when

18   I've had research funded by -- by an outside group.

19   Q.      Have you ever had research funded by the

20   International Sign Association?

21   A.      I believe so, yes.

22   Q.      What about The Signage Foundation or its

23   precursor organization, which I think was something

24   like the Signage Foundation for Excellence or

25   something like this.

Charles R Taylor PhD
November 13, 2024

1    board.  The -- the chairman of it was a gentleman

2    named Robert James Claus, who, as far as I know,

3    didn't run a sign company.

4    Q.    What classes do you teach?

5    A.    Branding -- branding, advertising, and global

6    marketing.

7    Q.    In your branding classes, what does the

8    curriculum look like?

9    A.    We teach about how to -- you know, how to

10   build brands and -- and various different attributes

11   of what makes -- makes a good brand.  Steps you need

12   to go through to develop the deeper connection with

13   the -- with the consumer.

14   Q.    Okay.  What about in your advertising

15   courses?

16   A.    Well, really go over advertising pretty

17   holistically from a communications -- you know,

18   communications and marketing perspective.  And it's

19   really broadly a promotion class, so it does

20   cover -- it does cover signage, for example, and

21   related forms of promotion.

22   Q.    How does it cover signage?

23   A.    Two different PowerPoint decks where I go

24   over -- one of them is on the marketing functions of

25   on-premise signs, and one of them is on the

Charles R Taylor PhD
November 13, 2024

1    report says that you're responsible for teaching

2    marketing courses right here, I guess, at both the

3    undergraduate and graduate levels; is that correct?

4    A.      Yes.

5    Q.      And did we go over the full range of courses

6    that you taught in the questioning that we just did?

7    A.      In terms of courses I've taught in

8    recent years, yes.

9    Q.      And that's at both the undergraduate and the

10   graduate levels?

11   A.      Yes.

12   Q.      Do you teach any classes in urban planning?

13   A.      No.

14   Q.      Do you teach any classes in regional

15   planning?

16   A.      No.

17   Q.      Do you teach any classes in urban design?

18   A.      No.

19   Q.      Do you teach any classes in landscape

20   architecture?

21   A.      No.

22   Q.      Do you teach any classes in traffic

23   engineering?

24   A.      No.

25   Q.      Do you teach any classes in transportation

Charles R Taylor PhD
November 13, 2024

```
1   planning?

2   A.      No.

3   Q.      Do you teach any classes in land use?

4   A.      No.

5   Q.      Do you teach any classes in land use

6   planning?

7   A.      No.

8   Q.      Do you teach any classes in zoning?

9   A.      No.

10  Q.      Do you teach any classes in architecture?

11  A.      No.

12  Q.      Have you ever taught any classes in urban

13  planning?

14  A.      No.

15  Q.      Have you ever taught any classes in land use

16  planning?

17  A.      No.

18  Q.      Regional planning?

19  A.      No.

20  Q.      Urban design?

21  A.      No.

22  Q.      Landscape architecture?

23  A.      No.

24  Q.      Traffic engineering?

25  A.      No.
```

Charles R Taylor PhD
November 13, 2024

1    Q.    Have you ever been excluded as an expert

2    witness in a case?

3    A.    No.

4    Q.    Have you ever had your report excluded or

5    parts of it stricken?

6    A.    The -- in the Guantanamera case, I think

7    there was -- there was one paragraph that I wasn't

8    allowed to testify on out of a 25-page report.

9    Q.    Okay.  Have you ever been proffered or

10   tendered as an expert witness, but failed to be

11   admitted as an expert witness?

12   A.    No.

13   Q.    Have you ever been admitted as an expert

14   witness in urban planning?

15   A.    No.

16   Q.    Traffic safety?

17   A.    I don't think I've been formally designated

18   that way, but I have -- I have provided testimony on

19   traffic safety and signage cases.

20   Q.    But never formally designated as a traffic

21   safety expert, correct?

22   A.    I don't think so, no.

23   Q.    Have you ever testified in defense of a

24   municipal sign code?

25   A.    No.

Charles R Taylor PhD
November 13, 2024

1    BY MR. MESSENGER:

2    Q.    Did you review how the City of Salina

3    developed its current sign regulations?

4    A.    No.

5    Q.    Do you know who was involved in those

6    determinations?

7    A.    No.

8    Q.    Have you reviewed sign codes in your

9    professional capacity over the last 25 years, other

10   than the City of Salina?

11   A.    Yeah.  I've read -- I've read some, yes.

12   Q.    Okay.  Is it common for a sign code to have

13   a -- an allocation of signage based on the frontage

14   of a lot or a building?

15              MR. SHAW:  Objection to scope.

16              THE WITNESS:  Again, you know, I'm

17         not an urban planning expert.  So I can --

18         you know, I can say I've seen codes that

19         do that.

20   BY MR. MESSENGER:

21   Q.    Okay.  And how is Salina's code different

22   from those codes?

23              MR. SHAW:  Objection to scope.

24              THE WITNESS:  Yeah, again, I'm -- I'm

25         not -- I'm not putting myself forward an

Charles R Taylor PhD
November 13, 2024

```
 1                    urban planning expert.  The -- the codes
 2                    vary a lot from one -- you know, from one
 3                    municipality to another.
 4    BY MR. MESSENGER:
 5    Q.    Is Salina's code more or less permissive than
 6    average in terms of the amount of area of wall sign
 7    an owner can have based on the front footage of
 8    their building?
 9                    MR. SHAW:  Objection to scope.
10                    THE WITNESS:  I don't -- I'm not an
11                    urban planning expert, and so I -- I can't
12                    say for sure.
13    BY MR. MESSENGER:
14    Q.    Do you know why a municipality would tie the
15    amount in signage on a wall to the front footage of
16    the building?
17                    MR. SHAW:  Objection to scope.
18                    THE WITNESS:  Yeah, again, that's --
19                    that's an urban planning question.  And
20                    I'm not -- not testifying in that area.
21    BY MR. MESSENGER:
22    Q.    So Mark White talked about urban planning
23    issues, and your report is a rebuttal to
24    Mark White's report; is that correct?
25    A.    Yes, to the extent that Mr. White argued that
```

Charles R Taylor PhD
November 13, 2024

1   A.    Yeah.  I don't think -- I don't know that I

2   knew that the district court dismissed it, but...

3   Q.    Okay.  Would you read for me the highlighted

4   text?

5   A.    "It need not try to prove that aesthetic

6   judgments are right."

7   Q.    Okay.  And here, would you go ahead and read

8   that highlighted text for me?

9   A.    "Likewise, with size, many people view signs

10  as a necessary evil and believe that smaller equals

11  less evil.  Unless the government has engaged in

12  content or viewpoint discrimination, the aesthetic

13  judgment supports legislation."

14  Q.    Were you familiar with this case when you

15  prepared your report?

16  A.    I didn't -- I hadn't read that decision.  No.

17  Q.    Okay.  Now, you -- you opine that there's no

18  evidence that the City considered aesthetics in

19  terms of drafting its sign code; is that right?

20  A.    I don't know that I said that exactly.  Main

21  point is that aesthetics -- aesthetics are

22  subjective.

23  Q.    Okay.  Now, with respect to the documents

24  that you reviewed in preparation of your rebuttal

25  report, did you review the legislative history of

Charles R Taylor PhD
November 13, 2024

1    the City's sign code?

2    A.     No.

3    Q.     Okay.  And yet you concluded that the City

4    didn't reflect proper opinions when determining

5    whether to regulate signs in the way that it does?

6    A.     My memory of what I said is that -- is that

7    aesthetics -- aesthetics are a matter of opinion

8    and -- and are subjective in terms of -- in terms of

9    how important they are.

10   Q.     But you have no idea what opinions went into

11   the formulation of the City sign code; is that

12   correct?

13              MR. SHAW:  Objection to form.

14   BY MR. MESSENGER:

15   Q.     Do you understand the question, Dr. Taylor?

16   A.     I didn't review the whole history of how they

17   developed the sign code, no.  I did read -- I did

18   read a little bit -- saw a hearing, read a hearing

19   that -- that got into it just a little bit.

20   Q.     About how the sign code was adopted?  You

21   read the adoption ordinance hearing?

22   A.     I don't remember if it was the adoption

23   ordinance hearing.

24   Q.     Did you read a hearing from November of 2023?

25   A.     It might have been.  It's been a while.

Charles R Taylor PhD
November 13, 2024

1    department of transportation --

2    A.      No.

3    Q.      -- as an employee?

4    A.      No.

5    Q.      Have you ever administered a sign code?

6    A.      No.

7    Q.      Do you understand the mechanics of how the

8    Salina sign code works on a particular site?

9                    MR. SHAW:  Objection to form.

10                   THE WITNESS:  I wouldn't have any

11          detailed knowledge of that, no.

12   BY MR. MESSENGER:

13   Q.      If you were to buy a building in Salina,

14   would you be able to read the sign code and

15   independently figure out how much signage could go

16   on that --

17                   Actually, let me ask you a different

18   question.

19                   Did you evaluate how much signage the

20   Cozy Inn could have independently?

21   A.      Didn't do any holistic analysis.  I think

22   I -- I think I read something that -- that said how

23   much space could be allocated to a painting.

24   Q.      All right.  And can you tell me how much

25   income you make doing expert witness reports?

Charles R Taylor PhD
November 13, 2024

1  that the public interest -- the public individuals,

2  that you would have to survey the public in order to

3  find out what's aesthetically appropriate?

4  A.    Well, the businesses and the employees of

5  those businesses matter as well.  And I'm saying I

6  think they should take it into account.

7  Q.    But what if they don't?  Does the Downers

8  Grove case say they have to?

9              MR. SHAW:  Objection to form and

10            scope.

11             THE WITNESS:  Well, you know, the --

12            the Downers Grove case was five years ago,

13            and while I'm not a legal expert, it's my

14            understanding that there's been some other

15            important cases related to -- to signage

16            decisions.  And I -- I -- I don't agree

17            with the opinion in the Downers Grove

18            case.

19  BY MR. MESSENGER:

20  Q.    Now, you said, though, that you don't have

21  any idea what the legislative history of this Salina

22  sign code is; is that correct?

23             MR. SHAW:  Objection to form.

24             THE WITNESS:  I -- I didn't study the

25            legislative history, no.

Charles R Taylor PhD
November 13, 2024

1   the area of signs where you opined that aesthetics

2   was a legitimate government interest?

3   A.      It's -- I mean, my -- my point is that it

4   should be -- that it should be balanced.  And given

5   the specific facts of the case, the cases I've been

6   involved in, I haven't -- I don't think it's been --

7   it's been a legitimate interest.

8   Q.      Have you ever reviewed a sign code and

9   independently evaluated whether that sign code

10  advances aesthetics?

11  A.      No.

12  Q.      Have you ever turned away work on the basis

13  that the sign code actually advances traffic safety

14  or aesthetics?

15              MR. SHAW:  Objection to form.

16  BY MR. MESSENGER:

17  Q.      Let me -- let me ask that as two separate

18  questions.

19              Have you ever turned away a request

20  to be an expert witness in a sign case?

21  A.      I -- I think I have.

22  Q.      And what was the basis for doing that?

23  A.      I -- I really don't remember.  But, in

24  general, before I take any expert witness case, I

25  have to -- I have to agree with the side of the case

Charles R Taylor PhD
November 13, 2024

1   that I'm on.

2   Q.     Okay.  So in that capacity, do you do an

3   independent review of the sign code to make sure

4   that it advances or does not advance aesthetic

5   interests?

6   A.     No.

7   Q.     Do you do a review of the legislative record

8   of the sign code to make sure that it reflects

9   public opinion of the stakeholders you've

10  identified?

11  A.     Given the scope of what I do, there wouldn't

12  be any reason to do that.

13  Q.     And why is that?

14  A.     Because I'm just saying it -- it's not a case

15  that the -- it's not a case that, you know,

16  communities, you know, don't have an interest in --

17  in promoting aesthetics.  What I'm questioning is

18  whether the code really does promote aesthetics.

19  And I think this is -- this is a good example where

20  this particular restriction, in my opinion, does not

21  do -- there's not evidence that it contributes to

22  aesthetics.

23  Q.     Which particular restriction are you talking

24  about?

25  A.     This -- the issue of -- of businesses --

Charles R Taylor PhD
November 13, 2024

1    codes?

2                    No.

3    Q.    Now, I want to go back to the Stutts article

4    really quick.  Let's see.

5                    So now I'm not really interested in

6    what Professor Stutts would say at a conference, as

7    that's not in your report.

8                    Can you just tell me here, again,

9    that -- is outside person, object, and event a major

10   source of distraction compared to the other

11   distractions that Stutts studied in this report?

12   A.    It -- it's one of the highest categories,

13   yes.

14   Q.    And in that -- on the same page, it says that

15   such distractions include signs; is that right?

16   A.    It doesn't specify what type of sign, but it

17   says "signs."

18   Q.    It does say "signs," right?

19   A.    It does, yes.

20   Q.    Okay.

21                   Okay.  I want to get into your --

22   your book a little bit here so we can understand the

23   citations to that in your expert report.  I'm going

24   to stop sharing this and I'm going to bring your

25   book up.

Charles R Taylor PhD
November 13, 2024

```
1    effectively deliver its message; is that correct?
2              MR. SHAW:  Objection to form.
3              THE WITNESS:  It does, but that
4          doesn't mean that the driver is going to
5          take that time to -- to read it.
6    BY MR. MESSENGER:
7    Q.    But the business owner benefits if the driver
8    does, correct?
9              MR. SHAW:  Objection to form and
10         scope.
11             THE WITNESS:  You know, it depends on
12         whether the driver has any interest in --
13         in that business.
14             But the key point is that drivers are
15         not going to allow themselves to be
16         distracted to the point where it
17         compromises traffic safety.
18   BY MR. MESSENGER:
19   Q.    But your authoritative work on this topic
20   suggests that a sign with six words on it at
21   30 miles an hour takes approximately two seconds to
22   read; is that correct?
23   A.    Well, it -- what it -- what it's saying is
24   that's how long it would take to read it.
25   Q.    Did you study how tall the letters were on
```

Charles R Taylor PhD
November 13, 2024

1   the Cozy sign?

2   A.      No.

3   Q.      Do you know what the speed limit is on the

4   road in front of the Cozy Inn?

5   A.      No.

6   Q.      Would it surprise you if I said it was

7   30 miles per hour?

8   A.      No, it wouldn't surprise me.

9   Q.      All right.  Let's go back to your book.

10                  And I'm going to stop share for a

11  second, just so I can find the proper page.

12                  Okay.  Can you see the highlighted

13  text here?

14  A.      Yes.

15  Q.      Will you read that to me?

16                  MR. SHAW:  Hold on.  Can you tell me

17           what page that's at?

18                  MR. MESSENGER:  Oh.  Yeah, certainly,

19           Mr. Shaw.  That would be -- and these are

20           only page numbered on the right-hand side.

21                  So it would be page 8.2.  Chapter 8,

22           page 8.2.  It's on page 20 of the PDF.

23                  MR. SHAW:  Thank you.

24  BY MR. MESSENGER:

25  Q.      Dr. Taylor, do you need me to zoom in on

Charles R Taylor PhD
November 13, 2024

```
 1              on -- on the specific area and -- and also
 2              what specific -- what signs they have.
 3   BY MR. MESSENGER:
 4   Q.    Does it matter how many other signs they
 5   have?
 6              MR. SHAW:  Objection to form and
 7              scope.
 8              THE WITNESS:  It's -- you know, I'm
 9              not -- it's -- you know, in my report, I'm
10              not offering an opinion on the conspicuity
11              of -- you know, of Cozy's -- of Cozy's
12              signs.
13   BY MR. MESSENGER:
14   Q.    But you are offering an opinion that
15   conspicuity is important, correct?
16   A.    It's -- the -- the signage is important.
17   Q.    The conspicuity of signage is important?
18              MR. SHAW:  Objection to form.
19              THE WITNESS:  The -- the opinion is
20              that the signage plays important marketing
21              functions that should be taken into
22              account in -- in formulating sign codes
23              and specific aspects of sign codes.
24   BY MR. MESSENGER:
25   Q.    Can you say that again?
```

Charles R Taylor PhD
November 13, 2024

1   representation of the graphic that we used in that

2   discussion when we were talking about conspicuity?

3   A.      Yeah.  It's -- I mean, it's modified from the

4   book and I would note that I -- in the report, I

5   don't offer any opinion on the conspicuity of the

6   Cozy Inn sign.  But that is a mod- -- that is a

7   modified version of the picture from the book.

8   Q.      And you agree that you the watched me draw

9   this red rectangle with the white filling in

10  realtime as we were discussing whether that sign

11  would become more conspicuous if it got larger; is

12  that correct?

13  A.      Yes.

14  Q.      All right.  I think that objection is

15  resolved as well, so we can move on.

16               MR. SHAW:  I mean, I'll renew the

17          objection to Exhibit H in that it is not

18          the complete article and it contains

19          highlights that have changed the pages

20          that are included.

21               MR. MESSENGER:  Okay.

22  BY MR. MESSENGER:

23  Q.      Let me see here.  Let's -- let's stop this

24  share.

25               I want to talk about -- hang on a