**Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard**

**v.**

**City of Salina, Kansas**

**Civil Action No. 6:24-cv-01027-TC-ADM**

**Plaintiffs' Response to Defendant's Motion to Strike Plaintiffs' Rebuttal Expert**

**Index of Exhibits**

| Exhibit | Title |
| --- | --- |
| **Exhibit A** | Plaintiffs' Expert Disclosure |
| **Exhibit B** | Plaintiffs' Expert Report: Charles Taylor, Ph.D. |
| **Exhibit C** | Plaintiffs' Expert Curriculum Vitae: Charles Taylor, Ph.D. |
| **Exhibit D** | Defendant's Expert Disclosure |
| **Exhibit E** | Defendant's Expert Report: Mark White, Esq. |
| **Exhibit F** | Deposition Excerpts: Plaintiffs' Expert Charles R. Taylor, Ph.D. |
| **Exhibit G** | Deposition Excerpts: Defendant's Expert Mark White, Esq. |
| **Exhibit H** | Defendant's Response to Plaintiffs' Second Set of Interrogatories |
| **Exhibit I** | Deposition Excerpts: Dustin Herrs as 30(b)(6) Representative |