In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard**, <br><br> Plaintiffs, <br><br> v. <br><br> **City of Salina, Kansas**, <br><br> Defendant. | Case No. No. 6:24-cv-01027 <br><br><br> Plaintiffs' Rebuttal Expert Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2) |

**Plaintiffs' Rebuttal Expert Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2)**

Plaintiffs, through counsel, provide the following disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure. Plaintiffs reserve the right to supplement these disclosures and to introduce new information in connection with any amended pleading, answer, motion, hearing, and/or trial as discovery proceeds. These disclosures do not constitute waiver of any privilege or work product protection and are without prejudice to any other objection.

1. **Retained Rebuttal Expert**

Plaintiffs retained Charles R. Taylor, Ph.D., to provide expert rebuttal testimony. Taylor is the John A. Murphy Professor of Marketing and a Senior Research Fellow at the Center for Marketing and Consumer Insights at Villanova University. Professor Taylor is an expert in signage and will provide expert testimony about the report and deposition testimony of Defendant's retained expert, Mark White. He has authored an expert rebuttal report, attached as Exhibit A, and is expected to testify consistent with the facts and opinions detailed in his report. Mr. Taylor will opinion evidence consistent with Federal Rule of Evidence 702, 703, and 705. Taylor's curriculum vitae and list of all publications authored in the previous ten years are attached as Exhibit B. A list of all other cases in which, during the previous four years, Mr. Taylor has testified as an expert is contained in the report. A statement of the compensation to be paid for the study and testimony in the case is contained in the report.

1

|  |  |
|---|---|
|  | Kansas Justice Institute |
| Dated: September 20, 2024. | /s/ Jeffrey Shaw<br>Samuel G. MacRoberts, 22781<br>Jeffrey Shaw, 29767<br>12980 Metcalf Avenue, Suite 130<br>Overland Park, Kansas 66213<br>Sam@KansasJusticeInstitute.org<br>Jeff@KansasJusticeInstitute.org<br>(913) 213-5018<br>Attorney for Plaintiffs |