### *Charles R. Taylor*

Villanova School of Business                    .
Department of Marketing
Villanova University
Villanova, PA 19085-1678

Phone: (610) 519-4386
Fax:   (610) 519-5364
E-Mail: raymond.taylor@villanova.edu

## EDUCATION

| | |
|---|---|
| 1992 | Ph.D.  in Marketing, Michigan State University, East Lansing, MI. |
| 1987 | M.B.A., Michigan State University, East Lansing, MI. |
| 1984 | B.G.S., University of Michigan, Ann Arbor, MI. |

## ACADEMIC EMPLOYMENT

| | |
|---|---|
| 2004- present | John A. Murphy Endowed Chair in Marketing, Villanova University and Senior Research Fellow, Center for Marketing and Public Policy Research |
| 2007 (Fall) | Visiting Distinguished Professor, Ludwig Maximilians University, Munich Germany |
| 2004-2016 | Professor, IIE & Global MBA Program, Korea University, Seoul, Korea |
| 2000 - Present | Professor of Marketing, Villanova University |
| 1998 - 1999 | Associate Professor of Marketing, Villanova University |
| 1992 - 1997 | Assistant Professor of Marketing, Villanova University Courses Taught: Advertising (MBA), Branding (MBA), International Marketing (MBA and Undergraduate), Strategic Marketing Management (MBA), Principles of Marketing (Undergraduate). |
| 1988 - 1992 | Associate Instructor and Research Assistant, Michigan State University Courses Taught: International Marketing, Marketing Strategy, Retailing |

## RESEARCH INTERESTS

<u>Advertising, Branding, and Integrated Marketing Communications</u> - Advertising effects research; Online product reviews; Super Bowl and big event advertising; Consumer behavior and decision making;  Digital advertising; Branding and equity; Outdoor advertising and on-premise signage

<u>Marketing and Public Policy Issues Related to Advertising and Consumer Behavior</u> -  Consumer decision making, Consumer privacy; Advertising regulation; Digital advertising effectiveness; commerce; Tobacco and alcohol marketing; Pharmaceutical marketing; Trademark issues.

<u>Global Advertising and Marketing</u> - Marketing and advertising in Asia and Europe; International marketing and public policy issues including: "Made in" labeling and its effects; Factors involved on foreign market entry mode choice; Methodological issues, including techniques for enhancing data equivalence, comparability, and reliability; Advertising effects in diverse cultures.

## INDUSTRY EXPERIENCE/ CONSULTING

Consulting clients have included Peloton, ADT Alarm Systems, LLC, General Motors, GNC Holdings, Inc., Next-Gen, Inc., Swedish Match, Inc., Philip Morris USA, Samsung Electronics, Swedish Match, Inc., Live Nation, Inc., Walker Furniture, McCann Erickson Worldwide, Clear Channel Communications, Infinity Broadcasting, ClubCom Media, Inc., Magic Media, Inc., Eller Media, Centre for Information on Beverage Alcohol (London), Lamar Outdoor, Interstate Outdoor, Craig Realty, Borden Park, L.P., Dechert L.L.P., Greenberg Trauig, L.L.P., Sussman Godfrey, L.L.P.,  Arnold and Porter L.L.P., Winston & Strawn, Brown Rudnick, L.L.P., Mattioni and Associates, The Rossbacher Firm, The International Sign Association, The Signage Foundation for Communication Excellence, M of Toms River, Outdoor Advertising Association of America, Missouri Outdoor Advertising Association, Texas Outdoor Advertising Association. Held positions with R.L. Polk and Company, and General Motors prior to entering academia.

## MEDIA COMMENTATOR

Commentator in numerous media outlet on advertising and other marketing and branding issues. Senior contributor for Forbes.com. Frequently quoted in outlets such as the Associated Press, MSNBC television, Fox television, NBC television, CBS television, Cheddar TV, CBS.com, ABC.com, Reuters, Forbes, Business Week, the Wall Street Journal, the New York Times, USA Today, Arirang Television, the Washington Post, the Philadelphia Inquirer, San Francisco Examiner, the Los Angeles Times, Advertising Age, Brandweek, Adweek, Variety, Mashable, Yahoo.com, Accesshollywood.com, Sportsillustrated.cnn.com, French Foreign Press Association, the Boston Globe, the Dallas Morning News, the New York Post,  China Daily.com, and many others.

## INVITED SPEECHES

Presentations at several Universities and industry associations.  Universities include Harvard, Columbia, Tuck School of Business (Dartmouth), Yonsei University,  Korea University, University of Texas at Austin, Rutgers, University of Antwerp (Belgium), University of Amsterdam (Netherlands), University of Munich (Germany), King's College London, Harbin Institute of Technology (China), Seoul National University (Korea), University of Klagenfurt (Austria), University of Madrid (Spain), Masaryk University (Czech Republic), Shanghai Jiao Tong University, East China Normal University, Seoul National University, Ewha Women's University, and Changwon National University.  Featured/keynote speaker at meetings of ICORIA (European Advertising Association), Emerging Markets Conference Board, ICAMA (Asian Marketing Association, China Advertising Association, the Korea Advertising Society, International Sign Association, Conference on Corporate and Marketing Communications, the Signage Foundation, Asia Pacific Law Students Association, the Outdoor Advertising Association of America, and the U.S. Transportation Research Board.

## REVIEWING AND EDITING

*Editor in Chief*

International Journal of Advertising (2008 – present, SSCI)

*Associate Editor*

Journal of Public Policy and Marketing (2006 – 2009, SSCI)

Journal of Advertising (2008 – 2009, SSCI)

*Editorial Review Board Member:*

Journal of Advertising (2003 – present, SSCI); Senior Advisory Board

Journal of Public Policy and Marketing (1997 – present, SSCI)

Journal of Advertising Research (2001-2004 and 2016-present SSCI)

International Journal of Advertising, (2006 – 2008. SSCI)

International Marketing Review, (2005-present, SSCI); Senior Advisory Board

Journal of Business Research (2000 – 2015, SSCI)

Journal of Current Issues and Research in Advertising (2001 - present)

Journal of Consumer Affairs (2002 – present, SSCI)

Psychology and Marketing (1994 – 2022, SSCI)

Journal of International Marketing (2000- present)

Advances in International Marketing (1996 - present)

Journal of Marketing Communications (2006 – present)

Journal of Marketing Theory and Practice (2007 – present); Senior Advisory Board

***Special Issue Editor***:

European Journal of Marketing, The Janus Face of Customer Service (2020)

Journal of Advertising, Special Issue on Advertising Regulation and Self Regulation, (2008).

International Journal of Advertising, Special Issue on Advertising in Asia Pacific (2008)

Psychology and Marketing, Special Issues on E-Commerce and Mobile Commerce, with Doo Hee Lee (2008).

Advances in International Marketing, Cross-Cultural Buyer Behavior (2007).

Journal of Advertising, Special Issue on International Advertising (2005).

Advances in International Marketing, "New Directions in International Advertising Research," 2002.

Journal of Public Policy and Marketing, Section including best conference papers, 2001.

Psychology and Marketing, "Emerging Issues in Advertising," 2000.

Advances in International Marketing, Special issue on "Marketing in Asia Pacific," 1996.

Journal of Public Policy and Marketing, Section including best conference papers, 1996.

*Ad hoc reviewer:*

Journal of Marketing
Journal of Marketing Research
International Marketing Review
Journal of International Marketing
Journal of Interactive Marketing
Journal of Services Marketing
Journal of Macromarketing
Journal of Marketing Theory and Practice
Asian Journal of Communication
Sex Roles
Proposal reviewer for the Government of Hong Kong's Competitive Grant program and the United Kingdom's Economic and Social Research Council.

## *Conference Organization*

Academic Excellent Chair, 2024 Global Marketing Conference, Seoul

Academic Excellence Chair, 2019, Global Fashion Management Conference, Paris

Academic Excellence Chair, 2018, Global Marketing Conference at Tokyo

Academic Excellence Chair, 2016 Global Marketing Conference at Hong Kong

Academic Excellence Chair, 2014 Global Marketing Conference at Singapore

Academic Excellence Chair, 2012 Global Marketing Conference at Seoul

Co-Chair, 2010 Global Marketing Conference at Tokyo

Co-Chair, 2008 American Marketing Association Marketing and Public Policy Conference

Co-Chair, 2008 Global Marketing Conference, Shanghai Jiao Tong University, Shanghai, China.

Co-Chair, 2007 American Academy of Advertising Asia Pacific Conference, Korea University, Seoul, Korea

Co-Chair, 2006 Academy of Marketing Science Cultural Perspectives in Marketing Conference.

Co-Chair, 2003 American Academy of Advertising Conference

Co-Chair, 2001 American Academy of Advertising Conference

Co-Chair, 2001 American Marketing Association Marketing and Public Policy Conference

Co-Chair, 1996 American Marketing Association Marketing and Public Policy Conference

Co-Chair, 1992 Joint Conference of the American Marketing Association and Korean
       Marketing Association

***Reviewer for Annual Conferences***

American Academy of Advertising Annual Conference
American Marketing Association Summer Educators' Conference
American Marketing Association Winter Educators' Conference
American Marketing Association Public Policy and Marketing Conference
Academy for International Business Conference
Society for Marketing Advances Conference
Academy of Marketing Science Conference

## AWARDS AND HONORS

"Measuring Hard Sell and Soft Sell Advertising Appeals," Journal of Advertising, 39 (2), 5-20. Voted as one of the best 15 articles to appear in the 50 year history of Journal of Advertising (reprinted in 50th anniversary issue).

Listed in Research.com's Top Scientists in Business and Management (2022 and 2023).

Keynote Speaker, ICAMA Conference, Jeju, Korea (2022)

Outstanding Paper Award "The Future of Advertising Research: New Directions and Research Needs." Voted best paper to appear in Journal of Marketing Theory and Practice in 2021.

Keynote Speaker, Global Fashion Management Conference 2021

Emerging Markets Conference Board Distinguished Speaker, 2018 (Johannesburg, South Africa), 2019 (Delhi India), 2020 (Llujbiana, Slovenia), 2021 (Puebla, Mexico)

Keynote Speaker, Korean Marketing Association Annual Conference (2020)

Keynote Speaker, ICAMA Conference (2020)

Faculty Speaker, 2014, 2015, 2016, and 2017, Doctoral Consortium, International Conference on Research in Advertising (European Advertising Academy)

Faculty Speaker, 2008, 2011, 2016, and 2017 American Academy of Advertising Doctoral Consortium Emerging Scholars Symposium.

Flemming Hansen Award for Outstanding Lifetime Achievement to Advertising Research, presented by European Advertising Academy, 2017.

Ivan L. Preston Outstanding Contribution to Research Award (for outstanding lifetime contribution to advertising research, presented by American Academy of Advertising), 2012.

Best Paper Award "Measuring Soft-Sell Versus Hard-Sell Advertising Appeals," Selected as best paper to appear in *Journal of Advertising* in 2010.

Chairman of the Executive Board, Academic Advisory Council for Signage Research, 2019-2021 (served a Vice-Chair 2017-2019)

Villanova Outstanding Faculty Research Award 2009 (lifetime achievement)

President, American Academy of Advertising 2005.

Vice President, American Academy of Advertising, 2001.

## AWARDS AND HONORS (Cont.)

Treasurer, American Academy of Advertising 2002-2003.

Chairman of the American Academy of Advertising's Research Committee, 1998-2000.

Best Paper Award, "Cigarette Advertising Bans' Effect on Consumption: A Meta Analysis," Journal of Advertising, Selected as best paper to appear in *Journal of Advertising* in 2008.

Best Paper Award, "The EXPERF Scale: A Cross-National Generalized Export Performance Measure," Winner of Hans B. Thorelli Award for Best Paper that Advances International Marketing Theory and Thought in 1998, Journal of International Marketing.

Best Paper Award, "A Comparison of Alternative Paradigms for Describing Economic Development," - Winner of the Charles C. Slater award for the best paper to appear in Journal of Macromarketing in 1994

Best Paper Award, "A Review of the Effects of Cigarette Advertising Bans," 2006 *American Marketing Association Marketing and Public Policy Conference*, Long Beach, CA.

Best Conference Paper Award, "The Financial Impact of Loyalty Programs in the Hotel Industry: A Social Exchange Theory Perspective,"2012 Global Marketing Conference- Seoul.

Finalist, Best Paper Award, *Journal of Advertising*, 2006.

Outstanding Reviewer Award, *Journal of Advertising*, 2004.

Outstanding Reviewer Award, 1999 Society for Marketing Advances Conference.

Who's Who in the World; Who's Who in American Education; Who's Who in the East.

Fulbright Senior Specialist, 2001 (taught class at Masaryk University, Brno, Czech Republic)

Invited Speaker, Marketing and Public Policy Conference Doctoral Consortium, 2002, 2003, 2007, 2009.

Invited Speaker, Society for Marketing Advances Doctoral Consortium, 2002.

Member of Board of Directors, American Marketing Association Marketing and Society Special Interest Group 2000- 2003.

Winner of American Academy of Advertising Competitive Research Fellowship Award, 1994.

"The Effectiveness of Brand Differentiating Strategies in Korean Advertising," Chosen as Best Paper in Advertising Track at the International Academy of Business Disciplines Conference.

**AWARDS AND HONORS (Cont.)**

Richard D. Irwin Foundation Dissertation Fellowship, 1991.

American Marketing Doctoral Consortium Fellow, 1990, University of Florida.

"Relationships Between Cultural Variations and Differences in Japanese and US Television Advertising," chosen as Outstanding Paper in the Promotion Track at the 1989 Conference of the Southern Marketing Association.

Member of Beta Gamma Sigma, Michigan State University Chapter.

Member of Phi Beta Phi, Villanova University Chapter.

**CONGRESSIONAL TESTIMONY**

Charles R. Taylor (2003), **"**The Importance of the Availability of Billboards to Rural Businesses in America," Testimony to the U.S. House of Representatives Committee on Small Business, Subcommittee on Rural Enterprise, Agriculture and Technology, May 15, 2003.

## BOOKS/ EDITED VOLUMES

Lynne Eagle, Stephan Dahl, Patrick DePelsmacker, and Charles R. Taylor (2021), *The SAGE Handbook of Marketing Ethics*, London: Sage.

Marc G. Weinberger, Charles S. Gulas, and Charles R. Taylor (2021), *Humor in Advertising. Classic Perspectives and New Insights*.  London: Routledge.

Sukki Yoon, Yung-Kyun Choi, and Charles R. Taylor (2021), *Leveraged Marketing Communications: The Importance of Studying the Transfer of Object-to-Brand Associations*, London: Routledge.

Shu-Chuan Chu, Juran Kim, and Charles R. Taylor (2019), *Electronic Word of Mouth as a Promotional Technique: New Insights from Social Media*.  London: Routledge.

Zotos, Yorgos C., Stacy Landreth Grau, and Charles R. Taylor (2018), *Current Research on Gender Issues in Advertising*, London: Routledge.

Marko Sarstedt, Manfred Schwaiger, and Charles R. Taylor (2011), *Measurement and Research Methods in International Marketing*, (S. Zou., Series Editor).  London: Elsevier. (special issue of *Advances in International Marketing*).

John C. Kozup, Charles R. Taylor and Ronald Paul Hill (2008),  *Proceedings of the 2008 Marketing and Public Policy Conference*.  Chicago, IL: American Marketing Association.

Charles R. Taylor and Doo-Hee Lee (2007), Cross-Cultural Buyer Behavior (special issue of *Advances in International Marketing*), London: Elsevier.

Charles R. Taylor, Doo Hee Lee, Robert King and Changjo Yoo (2007), *Proceedings of the 2007 American Academy of Advertising/ Korea Advertising Society Asia Pacific Conference*, Seoul: Dongguk University.

Charles R. Taylor, Susan Claus and Thomas Claus (2005), *The Marketing Functions of Signs: Understanding Signage and Its Impact on the Economy*, Washington:  U.S. Small Business Administration.

Charles R. Taylor (2002), *New Directions in International Advertising*, (special issue of Advances in International Marketing).  London: Elsevier Science.

Charles R. Taylor (2001), *Proceedings of the American Academy of Advertising Conference*. Villanova, PA: Villanova University.

Ronald Paul Hill and Charles R. Taylor (2001), Proceedings of the 2001 Marketing and Public Policy Conference, Chicago, IL: American Marketing Association.

## BOOKS/ EDITED VOLUMES

Charles R. Taylor (1996), *Marketing in Asia Pacific: and Beyond*. Greenwich, CT: JAI Press.

Ronald Paul Hill and Charles R. Taylor (1996), *Proceedings of the 1996 Marketing and Public Policy Conference*.  Chicago, IL: American Marketing Association.

Charles R. Taylor, S.W. Kopp, T. Nevett, and Stanley C. Hollander (1991), *Marketing History: It's Many Dimensions: Proceedings of the Fifth Conference on Historical Research in Marketing and Marketing Thought*.  East Lansing, MI: Michigan State University Press.

## REPRINTED ARTICLES

International Marketing: Modern and Classic Papers (2008), Stanley J. Paliwoda and John K. Ryans (eds.), London, Edward Elgar. Charles R. Taylor and Shintaro Okazaki, "Who Standardizes Advertising More Frequently and Why Do They Do So? A Comparison of U.S. and Japanese Subsidiaries' Advertising Practices in the European Union," from *Journal of International Marketing* (2006).

International Marketing: Modern and Classic Papers (2008), Stanley J. Paliwoda and John K. Ryans (eds.), London, Edward Elgar.  Matthew B. Myers, Roger J. Calantone, Thomas J. Page Jr. and Charles R. Taylor, "Academic Insights: An Application of Multiple-Group Causal Models in Assessing Cross-Cultural Measurement Equivalence," from *Journal of International Marketing* (2000).

Readings in Advertising, Society, and Consumer Culture (2007), Roxanne Hovland, Joyce Wolburg, and Eric Haley, Eds. CA: M.E. Sharpe, Inc.:  Charles R. Taylor and Barbara B. Stern, "Asian-Americans:  Television Advertising and the 'Model Minority' Stereotype," reprinted from *Journal of Advertising* (2006).

## BOOK REVIEWS

Taylor, Charles R. (2003), "Review of *Cross-Cultural Survey Methods*," by Janet A. Harkness, Fons J.R. Van de Vijver, and Peter Ph. Mohler, Wiley-Interscience, *Journal of Marketing Research*, 40 (August), 246-247.

Taylor, Charles R. (1994), "Review of *New and Improved: The Story of Mass Marketing in America*," by Richard Tedlow, *Journal of Marketing,* 58 (3), 123-126.

## JOURNAL ARTICLES

Taylor, Charles R., Benjamin Borenstein, and Aniruddha Pangarkar (2024), "What, No Logos? Why Some Minimalists Prefer Quiet Luxury," *Psychology & Marketing*, forthcoming.

Auffrey, Christopher, Matthew Isaac, Steven Kopp, Hannah Marriott, Aparna Sundar, Charles Taylor, and Franklin Velasco (2024), "A Stakeholder Approach to the Regulation of On-Premise Signs." *Interdisciplinary Journal of Signage and Wayfinding* 8(1), 5-22.

Milfeld, Tyler, Matthew Pittman and Charles R. Taylor (2024), "Green with Arrogance: Dominant Brands Benefit from Arrogant Appeals," *Journal of Current Issues & Research in Advertising*, 1–23. https://doi.org/10.1080/10641734.2024.2346711.

Cho, Minjung, Eunju Ko, and Charles R. Taylor (2024), "The Use of Non-fungible Tokens (NFTs) as Promotional Devices to Build Brands: An Application of Lovemark Theory." *Journal of Global Fashion Marketing*, forthcoming.

Benjamin E. Borenstein and Charles R. Taylor (2024) "The Effects of Targeted Digital Advertising on Consumer Welfare," *Journal of Strategic Marketing*, 32(3), 317-332.

Rathee, Shelly, Charles R. Taylor and Akash Gupta (2024), "The Appeal of Blurred Imagery: Enhancing Advertising and Brand Attitudes for Luxury Goods," *Journal of Business Research*, 182, 114795.

Cho, Minjung, Eunju Ko, and Charles R. Taylor (2024), "Do Non-fungible Tokens Create Long-Term Value for Luxury Brands? The Effect of NFT Promotions on Customer Equity." *Computers in Human Behavior*, 108347, forthcoming.

Charles R. Taylor, Mahdi Rajabi, Shelly Rathee and Somayeh Zamani (2023) The Impact of Self-Identification with Global Consumer Culture on eWOM Generation: A Test of Global Consumer Culture Theory, *Journal of Marketing Communications*, 1-27. DOI: 10.1080/13527266.2023.2227646.

Tae-Hyun Baek, Jungkyeun Kim, Sukki Yoon, Yung Kyun Choi and Charles R. Taylor (2023), "The COVID-19 Threat and Luxury Advertising." *Journal of Consumer Behaviour*, 22(3), 582–596.

Chen Lou, Charles R. Taylor & Xuan Zhou (2023), "Influencer Marketing on Social Media: How Different Social Media Platforms Afford Influencer–Follower Relation and Drive Advertising Effectiveness," *Journal of Current Issues & Research in Advertising*, 44(1) 60-87.

Dayun Jeong, Eunju Ko, and Charles R. Taylor (2023), "Don't Touch the Merchandise! Factors Associated with Consumer Preference for Contact Free Shopping," *Journal of Business Research*, 154 (January), 113261.

## JOURNAL ARTICLES

Marla Royne Stafford & Charles R. Taylor (2022), "Analyzing the Impact of the Leading Articles in the Journal of Advertising from Its First 50 Years: An Integrative Framework," *Journal of Advertising*, 51 (5), 624–642.

Biswajiti Parita, Charles R. Taylor and Abhishek Abhishek (2022), "Introducing Roadblock Advertising in the Digital Context: Does Paying to Limit Competing Messages Pay Off?" *Journal of Advertising Research*," 62 (3), 271-288.

Sophia Mueller, Sandra Diehl, Charles R. Taylor, Ralf Terlutter and Barbara Mueller (2022), "Do CSR Ads with Public Health Messages Pertaining to Covid-19 Actually Help Consumers, Advertisers, and Society? Insights from the United States and Germany" *Journal of Current Issues and Research in Advertising*, 43 (4), 337-359.

Charles R. Taylor (2022), "Academic Research on Signage: Research Directions to Add Value to Stakeholders," 6 (1) *Interdisciplinary Journal of Signage and Wayfinding*, 21-26.

Lars Bergkvist and Charles R. Taylor (2022), "Reviving and Improving Brand Awareness as a Construct in Advertising Research," *Journal of Advertising*, 51, 294-307.

Yuli Zhang,  Hyokjin Kwak, Puzakova Marina, and Charles R. Taylor (2021), "Space between Products on Display: The Impact of Interspace on Consumer Estimation of Product Size," *Journal of the Academy of Marketing Science*, 49(6), 1109-1131.

Alexander Mafael, Sascha Raithel, Charles R. Taylor and David W. Stewart (2021), "Measuring the Role of Uniqueness and Consistency to Develop Effective Advertising," *Journal of Advertising*, 50(4), 494-504.

Aniruddah Pangarkar, Paurav Shukla, and Charles R. Taylor (2021), "Minimalism in Consumption: A Typology and Brand Engagement Strategies," *Journal of Business Research,* 127 (April), 167-178.

Charles R. Taylor and Les Carlson (2021), "The Future of Advertising: New Directions and Research Needs," *Journal of Marketing Theory and Practice*,  29(1), 51-62.

Sukki Yoon, Kacy Kim, Ashok K. Lawani, Patrick T. Vargas, and Charles R. Taylor (2021), "Culture and Health Persuasion," *Journal of Current Issues and Research in Advertising*, 42(1), 83-101.

Charles R. Taylor, Philip J. Kitchen, Matthew Sarkees and Christian Lolk (2020), "Addressing the Janus Face of Customer Service: A Typology of New Age Service Failures," *European Journal of Marketing*, 54 (10), 2295-2316.

Yoon-Na Cho and Charles R. Taylor (2020), "The Role of Ambiguity and Skepticism in the Effectiveness of Sustainability Labeling," *Journal of Business Research*, 120 (11) 379-388.

## JOURNAL ARTICLES

Yuli Zheng, Hyokjin Kwak, Marina Puzakova, and Charles R. Taylor (2020), "When Distraction May Be a Good Thing: The Role of Distraction in Low-Fit Brand Extension Evaluations," *Psychology and Marketing*, 37 (4), 604-621.

Yoon-Na Cho, Yohan Kim and Charles R. Taylor (2020), "Does Feeling Guilt Facilitate "Green" Purchases: Insights on a Global Issue from a U.S. Consumer Survey," *Advances in International Marketing*, vol. 27, forthcoming.

Seoyoung Kim, Sungkyu Lee, Jong-Ho Lee & Charles R. Taylor (2020) Can Premium Private Labels Compete with Luxury Brands: The Impact of Advertising on Perceived Luxuriousness, *International Journal of Advertising*, 39 (6), 761-782.

Charles R. Taylor,  Alexander Mafael, Sascha Raithel, Carissa M. Anthony, and  David W. Stewart (2019), "Portrayals of Minorities and Women in Super Bowl Advertising," *Journal of Consumer Affairs*, 51 (4), 1535–1572.

Shintaro Okazaki, Charles R. Taylor, Patrick Vargas, and Jorg Henseler, (2019) "Disasters, Hope, and Globalization: Exploring Self-identification with Global Consumer Culture in Japan," *International Marketing Review*, 36 (5), 726-747.

Eunju Ko, John P. Costello, and Charles R. Taylor (2019), "What is a Luxury Brand? A New Definition and Review of the Literature," *Journal of Business Research*, 99 (9), 405-413

Charles R. Taylor, Yoon-Na Cho, Carissa M. Anthony, and Danielle B. Smith. (2018), "Photoshopping of Models in Advertising: A Review of the Literature and Future Research Agenda." *Journal of Global Fashion Marketing* 9 (4), 379-398.

Aronte M. Bennett, John C. Kozup, and Charles R. Taylor (2018), "Country-of-Origin Effects and Consumer Evaluations of Ads within the Context of Economic Crises," *Journal of Current Issues and Research in Advertising*, 39 (1), 52-56.

Schirmer, Nadine A., Manfred Schwaiger, Charles R. Taylor, and John P. Costello (2018), "Consumer Response to Disclosures in Digitally Retouched Advertisements." *Journal of Public Policy & Marketing*, 37 (1), 131-141.

George R. Franke and Charles R. Taylor (2017), "Public Perceptions of Billboards: A Meta-Analysis," *Journal of Advertising*, 46 (3), 395-410.

Jieun Choi, Charles R. Taylor, and Doo-Hee Lee (2017), "Do Resonant Ads Resonate with Consumers?  The Interaction of Wordplay, Regulatory Focus, and Need for Cognition and its Impact on Persuasion," *Journal of Advertising Research*, 57 (1), 82-93.

## JOURNAL ARTICLES

Charles R. Taylor & John P. Costello (2017), "What Do We Know About Fashion Advertising? A Review of the Literature and Suggested Research Directions," *Journal of Global Fashion Marketing*, 7 (1), 1-20.

Lars Bergkvist and Charles R. Taylor (2016), "Leveraged Marketing Communications: A Framework for Explaining the Effects of Secondary Brand Associations," *Academy of Marketing Science Review*, 6 (3), 157–175.

Aronté M. Bennett, Stacey Menzel Baker, Samantha Cross, J.P. James, Gregory Bartholomew, Akon E. Ekpo, Geraldine Rosa Henderson, Martina Hutton, Apoorv Khare, Abhijit Roy, Tony Stovall and Charles Ray Taylor (2016), "Omission and Commission as Marketplace Trauma," *Journal of Public Policy and Marketing*, 35 (2), 280-291.

Charles R. Taylor and Matthew Sarkees (2016), "Do Bans on Illuminated On-Premise Signs Matter? Balancing Environmental Impact with the Impact on Businesses," *International Journal of Advertising*, 35 (1), 61-73

Sascha Raithel, Charles R. Taylor, and Stefan Hock (2016), "Are Super Bowl Ads a Super Waste of Money? Examining the Intermediary Roles of Customer-based Brand Equity and Customer Equity Effects," *Journal of Business Research*, 69 (9), 3788-3794.

Jieun Choi, Doo-Hee Lee and Charles R. Taylor (2016), "The Influence of Purchasing Context and Reversibility of Choice on Consumer Responses Toward Personalized Products and Standardized Products," *Psychological Reports*, 18 (2), 510-26

Charles R. Taylor and Shintaro Okazaki (2015), "Do Global Brands Use Similar Executional Styles Across Cultures? A Comparison of U.S. and Japanese Television Advertising*," Journal of Advertising*, 44 (3), 276-288.

Yung Kyun Choi, Sukki Yoon, and Charles R. Taylor (2015), "How Character Presence in Advergames Affects Brand Attitude and Game Performance: A Cross-cultural Comparison," *Journal of Consumer Behaviour*, 14 (6), 357-368.

Juran Kim, Charles R. Taylor, Kyung Hoon Kim, and Ki Hoon Lee  (2015), "Measures of Perceived Sustainability," *Journal of Global Scholars of Marketing Science*," 25 (2), 182-193

Yung Kyun Choi and Charles R. Taylor (2014), "How Do 3-Dimensional Images Promote Products on the Internet?"  *Journal of Business Research*, 67 (10), 2164-2170.

Johnny JiungYee Lee, Michael L. Capella, Charles R. Taylor, Mi (Meg) Luo and Colin B. Gabler (2014), "The Financial Impact of Loyalty Programs in the Hotel Industry: A Social Exchange Theory Perspective," *Journal of Business Research*, 67 (10), 2139–2146.

## JOURNAL ARTICLES

Marina Puzakova, Hyokjin Kwak and Charles R. Taylor (2013), "The Role of Geography of Self in "Filling In" Brand Personality Traits: Consumer Inference of Unobservable Attributes," *Journal of Advertising*, 42 (1), 16-29.

Juran Kim, Ki Hoon Lee and Charles R. Taylor (2013), "Effects of Mobile Direct Experience on Perceived Interactivity and Attitude toward Smartphone Applications," *Journal of Global Scholars of Marketing Science*, 23 (3), 282-296.

Minsun Yeu, Hee-Sook Yoon, Charles R. Taylor and Doo-Hee Lee (2013), "Are Banner Advertisements in Online Games Effective," *Journal of Advertising,* 42 (2/3), 241-250.

Shintaro Okazaki and Charles R. Taylor (2013), "Social Media and International Advertising: Theoretical Challenges and Future Directions," *International Marketing Review*, 30 (1) 56-71.

Charles R. Taylor, Matthew Sarkees and Hae-Kyong Bang (2012), "Understanding the Value of On-Premise Signs as Marketing Devices to Businesses for Legal and Public Policy Purposes," *Journal of Public Policy and Marketing*, 31 (2), 185-194.

Sophie Hieke and Charles R. Taylor (2012), "A Critical Review of the Literature on Nutritional Labeling: Conceptual and Methodological Directions for Future Research," *Journal of Consumer Affairs*, 46 (1), 120-156.

Christian M. Ringle, Marko Sarstedt, Rainer Schlittgen and Charles R. Taylor (2012), "PLS Path Modelling and Evolutionary Segmentation," 66 (9), *Journal of Business Research*, 1318-1324.

Eunju Ko, Charles R. Taylor, Heewon Sung, Jooyeon Lee, Udo Wagner, David Martin-Consuegra Navarro, Fanghua Wang (2012), "Global Marketing Segmentation Usefulness in the Sportswear Industry," *Journal of Business Research*, (65) 11, 1565-1575.

John C. Kozup, Charles R. Taylor, Michael L. Capella, and Jeremy Kees (2012), "Sound Disclosures: Assessing When a Disclosure is Worthwhile," *Journal of Public Policy and Marketing*, 31 (2), 313-322.

Michael L. Capella, Charles R. Taylor and Jeremy Kees (2012), "Tobacco Harm Reduction Advertising in the Presence of a Government Mandated Warning" *Journal of Consumer Affairs*, 46 (2), 235-259.

Charles R. Taylor and C. Luke Bowen (2012), "New Developments for Measuring Return on Investment (ROI) for Internet Advertising: Building Toward a 'Brand Scorecard Approach," *Journal of Advertising and Promotion Research*, 1 (1), 9-38.

Charles R. Taylor, C. Luke Bowen, and Hae-Kyong Bang (2011), "The State of Methodological Practice in International Marketing Research," *Advances in International Marketing*, 22 (1), 143-167.

## JOURNAL ARTICLES

John B. Ford, Barbara Mueller, and Charles R. Taylor (2011), "The Tension between Strategy and Execution: Challenges for International Advertising Research," *Journal of Advertising Research*, 51 (1), 27-41.

Sascha Raithel, Sebastian Scharf, Charles R Taylor, Manfred Schwaiger, Lorenz Zimmermann (2011), "Marketing Accountability: Applying Data Envelopment Analysis to Assess the Impact of Advertising Efficiency on Shareholder Value," *Advances in International Marketing*, 22 (1), 115-139.

Karen L. Becker-Olsen, Charles R. Taylor, Ronald Paul Hill, and Goksel Yalcinkaya (2011), "A Cross Cultural Look at Corporate Social Responsibility Marketing Communications in Mexico and the United States: Strategies for Global Brands," *Journal of International Marketing*, 19 (2) 30-44.

Hyun Joung Lee, Doo-Hee Lee, Charles R. Taylor, and Jong-Ho Lee (2011), Do Online Brand Communities Help Build and Maintain Relationships with Consumers? A Network Theory Approach," *Journal of Brand Management*, 19 (3), 213-227.

Hao Zhang, Eunju Ko, and Charles R. Taylor (2011)," Advertising Appeals Strategy: Moderating Effect on the Relationship between Innovation and Customer Equity Drivers in China," *Advances in International Marketing*, 22, 111–136.

Shintaro Okazaki, Barbara Mueller, and Charles R. Taylor (2010), "Measuring Hard Sell and Soft Sell Advertising Appeals," *Journal of Advertising*, 39 (2), 5-20.

Schwaiger, Manfred, Marko Sarstedt and Charles R. Taylor (2010), "Art for the Sake of the Corporation: Audi, BMW Group, DaimlerChrysler, Montblanc, Siemens, and Volkswagen Help Explore the Effect of Sponsorship on Corporate Reputations," *Journal of Advertising Research*, 50 (1), 77-89.

Shintaro Okazaki, Barbara Mueller, and Charles R. Taylor (2010), "Global Consumer Culture Positioning: Testing Perceptions of Soft-Sell and Hard-Sell Advertising Appeals Between U.S. and Japanese Consumers," *Journal of International Marketing*, 18 (2), 20-34.

Herbert Jack Rotfeld and Charles R. Taylor (2009). "The Advertising Regulation and Self-Regulation Issues Ripped from the Headlines with (sometimes missed) Opportunities for Disciplined Multi-disciplinary Research*," Journal of Advertising*, 38 (4), 5-14.

Charles R. Taylor (2009), "Editorial: The Six Principles of Digital Advertising*," International Journal of Advertising*, 28 (3), 411-418.

Michael L. Capella, Charles R. Taylor, Randall C. Campbell, and Lance S. Longwell (2009), "Do Pharmaceutical Marketing Activities Raise Prices? Evidence from Five Major Therapeutic Classes," *Journal of Public Policy and Marketing*, 28 (2), 146-161.

## JOURNAL ARTICLES

Mary Anne Raymond, Jong Won Lim, Charles R. Taylor, and Roger Gomes (2009), "Hyundai Motor Company's Paradigm for Success in World Markets," *Journal for Global Business Development*, Volume 1 (9), 27 – 36.

Charles R. Taylor and Michael L. Capella (2008), "A Model of Harm Reduction in the Context of Marketing," *Journal of Public Policy and Marketing*, 27 (2), 187-196.

Charles R. Taylor, Kyung Hoon Kim, Eunju Ko, Myung Hwan Park, Dong Ryul Kim and Hak Il Moon (2008), "Does Having a Market Orientation Lead to Higher Levels of   Relationship Commitment and Business Performance for Industrial Robot Sales Engineers?  Evidence from the Korean Robotics Industry," *Industrial Marketing Management*, 37 (7), 825-832.

Doo-Hee Lee, Seunghee Im and Charles R. Taylor (2008), "Voluntary Self-Disclosure of Information on the Internet: A Multi-method Study of Motivations and Consequences of Disclosing Information on Blogs," *Psychology and Marketing*, 25 (7) 692-710.

Michael L. Capella, Charles R. Taylor and Cynthia Webster (2008), "Cigarette Advertising Bans' Effect on Consumption: A Meta Analysis," *Journal of Advertising*, 37 (2), 7-18. (Selected as Best Paper to appear in *Journal of Advertising* in 2008)

Shintaro Okazaki and Charles R. Taylor (2008), "What is SMS Advertising and Why Do Multinationals Adopt It? An Empirical Study in European Markets," *Journal of Business Research*, 61 (1), 4-12.

Beibei Dong, Shaoming Zou and Charles R. Taylor (2008), "Factors that Influence Multinational Corporations' Control of Their Operations in Foreign Markets:  An Empirical Investigation," *Journal of International Marketing*, 16 (1), 98-119.

Seunghee Im, Doo-Hee Lee, Charles R. Taylor and Catherine D'Orazio (2008), "The Influence of Consumer Self-Disclosure on Web Sites on Advertising Response," *Journal of Interactive Advertising*, 9 (1).

Shintaro Okazaki, Charles R. Taylor and Jonathan Doh (2008), Market Convergence and Advertising Standardization in the European Union, *Journal of World Business*, 43 (1), 384-400.

Eunju Ko, Charles R. Taylor, Udo Wagner, and Hyun-Ah Ji, (2008) "Relationships Among CEO Image, Corporate Image and Employment Brand Value in the Fashion Industry," *Journal of the Global Academy of Marketing Science*, 18 (4), 307-331.

Charles R. Taylor, Michael L. Capella, and John C. Kozup (2007), "Does DTC Advertising Provide Information or Create Market Power?  Evidence from the U.S. and New Zealand," *Advances in International Marketing*, 1-30.

## JOURNAL ARTICLES

Eunju Ko, Eunyoung Kim, Charles R. Taylor, Kyung Hoon Kim,  and Ie Jeong Kang (2007), "Cross-National Market Segmentation in the Fashion Industry: A Study of European, Korean, and US Consumers," *International Marketing Review*, 24 (5), 629-651 .

Manfred Schwaiger, Carsten Renhak, Charles R. Taylor and Hugh M. Cannon (2007), "Can Comparative Advertising be Effective in Germany? A Tale of Two Campaigns," *Journal of Advertising Research*, 47 (1), 2-13.

Stacy Landreth, Georgina Roselli and Charles R. Taylor (2007), "Where's Tamika Catchings?  A Content Analysis of Female Athlete Endorsers in Magazine Advertisements*," Journal of Current Issues and Research in Advertising*, 29 (Spring), 55-65.

Koo Won Suh, Charles R. Taylor, and Doo Hee Lee (2007), "A Typology of the Marketing Communications Functions of Web Sites: A Cross-National Comparison, *Advances in International Marketing*, 18 (1), 271-292.

Steven W. Kopp, John C. Kozup, Tracy A. Suter, and Charles R. Taylor (2007), "Protecting the Global Brand in the European Union," *Journal of Euromarketing*, 17 (1), 23-34.

Charles R. Taylor, George R. Franke and Hae-Kyong Bang (2006), "Use and Effectiveness of Billboards: Perspectives from Selective-Perception Theory and Retail-Gravity Models," *Journal of Advertising*, 35 (Winter), 21-34.

Shintaro Okazaki, Charles R. Taylor and Shaoming Zou (2006), "Advertising Standardization's Positive Impact on the Bottom Line:  A Model of When and How Standardization Improves Financial and Strategic Performance," *Journal of Advertising*, 35 (Fall), 17-33.

Charles R. Taylor and Shintaro Okazaki (2006), "Who Standardizes Advertising More Frequently and Why Do They Do So? A Comparison of U.S. and Japanese Subsidiaries' Advertising Practices in the European Union," *Journal of International Marketing*, 14 (1), 98-120.

Charles R. Taylor, Stacy Landreth and Hae-Kyong Bang (2005), "Asian Americans in Magazine Advertising: Portrayals of the "Model Minority" *Journal of Macromarketing*, 25 (2), 153-162.

Charles R. Taylor (2005), "How Excessive Restrictions on Signage Backfire," *Journal of Consumer Marketing*, 22 (6), 304-305.

Charles R. Taylor (2005), "Moving International Advertising Research Forward:  A New Research Agenda," *Journal of Advertising*, 34 (Winter), 7-16.

Charles R. Taylor, Barry J. Babin and Kyung Hoon Kim (2005), "Marketing to Asian Americans: The Impact of Acculturation and Interpersonal Influence on Ethnocentric Consumer Preferences," *Journal of the Global Academy of Marketing Science*, 15 (3), 187-210.

## JOURNAL ARTICLES

Hae-Kyong Bang, Mary Anne Raymond, Charles R. Taylor, and Young Sook Moon (2005), "A Comparison of Service Quality Dimensions Conveyed in Advertisements for Service Providers in the U.S. and Korea: A Content Analysis*," International Marketing Review*, 22 (3), 309-326.

Charles R. Taylor and P. Greg Bonner (2003), "Comment on American Media and the Smoking-related Behaviors of Asian Adolescents*." Journal of Advertising Research*, 43, (December), 419-430.

Shaoming Zou, Charles R. Taylor, and Er Fang (2003), "MNC Control over Foreign Market Ventures: Do Host Governments Still Play a Major Role?" *Advances in International Marketing*, 14, 35-48.

Charles R. Taylor and George R. Franke (2003), "Business Perceptions of Billboards in the U.S. Economy," *Journal of Advertising Research*, (June), 150-161.

Charles R. Taylor, Michael G. Walsh, and Christopher A. Lee (2003), "The Challenge Posed by Product Standards Disputes in International Trade:  The U.S./EU Beef Controversy and a Proposed Framework for Resolving Standards Disputes," *Journal of Consumer Affairs*, 37 (1), 101-122.

Charles R. Taylor (2002), "What's Wrong with International Advertising Research?"  *Journal of Advertising Research*, 42 (6), 48-54.

Charles R. Taylor and Michael G. Walsh (2002), "Legal Strategies for Protecting Brands From Genericide: Recent Trends in Evidence Weighted in Court Cases," *Journal of Public Policy & Marketing*, 21 (1), 160-167.

Charles R. Taylor, P. Greg Bonner, and Michael Dolezal (2002) "Advertising in the Czech Republic:  Czech Perceptions of Effective Advertising and Advertising Clutter," *Advances in International Marketing*, 12, 137-149.

Charles R. Taylor and Chad Johnson (2002), "Research on Standardization vs. Specialization of Advertising in the 1990s:  A Review and Directions for Further Research," *Advances in International Marketing*, 12, 45-66.

Charles R. Taylor, Kyung Hoon Kim, Dong Yul Kim, and Hak Il Moon (2002), "Antecedents of Brand Loyalty in South Korean Rice Market," *Journal of the Global Academy of Marketing Science*, 9 (1) 175-188.

Gregory E. Osland, Charles R. Taylor, and Shaoming Zou (2001), "Selecting International Modes of Entry and Expansion," *Marketing Intelligence and Planning*, 19 (3), 153-161.

Charles R. Taylor (2000), "Emerging Issues in Marketing," *Psychology and Marketing*, 17 (6), 441-448.

## JOURNAL ARTICLES

Charles R. Taylor, George R. Franke and Michael L. Maynard (2000), "Attitudes Toward Direct Marketing and its Regulation: A Comparison of the United States and Japan*," Journal of Public Policy & Marketing*, 19 (2), 228-237.

Charles R. Taylor and Mary Anne Raymond (2000), "An Analysis of Product Category Restrictions in Advertising in Four East Asian Markets*," International Marketing Review*, 17 (3), 287-304.

Charles R. Taylor, Shaoming Zou, and Gregory E. Osland (2000), "Foreign Market Entry Strategies of Japanese MNCs," *International Marketing Review*, 17 (2), 146-163.

Matthew B. Meyers, Roger J. Calantone, Thomas J. Page, Jr. and Charles R. Taylor (2000), "An Application of Multiple-Group Causal Models in Assessing Cross-Cultural Measurement Equivalence," *Journal of International Marketing*, 8 (4), 108-121.

Alan Shao, Mary Anne Raymond, and Charles R. Taylor (1999), "Shifting Advertising Appeals in Taiwan," *Journal of Advertising Research*, 39 (6), 61-69.

Michael Maynard and Charles R. Taylor, (1999), "Girlish Images Across Cultures: Analyzing Japanese vs. U.S. *Seventeen Magazine* Ads," *Journal of Advertising*, 28 (1), 39-48.

Charles R. Taylor and Glenn S. Omura (1999), "A Political Economy Interpretation of the Economic Growth and Subsequent Crisis in the Republic of Korea," *Journal of Global Focus*, 11 (4), 49-62.

Shaoming Zou, Charles R. Taylor, and Gregory E. Osland, (1998) "The EXPERF Scale: A Cross-National Generalized Export Performance Measure," *Journal of International Marketing*, 6(3), 37-58.

Charles R. Taylor, Shaoming Zou, and Gregory Osland (1998), "International Market Entry Mode Choice By U.S. and Japanese Firms: A Test of Transaction Cost Economics Theory," *Thunderbird International Business Review*, 40 (4), 389-412.

Charles R. Taylor and Hae-Kyong Bang (1997), "Portrayals of Latinos in Magazine Advertising," *Journalism and Mass Communication Quarterly*, 74 (2), 285-303.

Charles R. Taylor and Barbara B. Stern (1997), "Asian-Americans:  Television Advertising and the 'Model Minority' Stereotype," *Journal of Advertising*, 26 (2), 1-15.

Charles R. Taylor, R. Dale Wilson, and Gordon E. Miracle (1997), "The Impact of Information Level Strategies on the Effectiveness of Korean vs. U.S. Television Commercials," *Journal of Advertising*, 26 (1), 1-18.

## JOURNAL ARTICLES

Charles R. Taylor (1997), "A Technology Whose Time Has Come or The Same Old Litter on a Stick?  An Analysis of Changeable Message Billboards," *Journal of Public Policy & Marketing*, 16 (Spring), 179-186.

Charles R. Taylor, Shaoming Zou and Aysegul Ozsomer (1996), "Advertising and Its Effect on Industrial Concentration: A Contingency Perspective," *Journal of Current Issues and Research in Advertising*, 18 (Spring), 35-44.

Charles R. Taylor and Gordon E. Miracle (1996), "Foreign Elements in Korean and U.S. Television Advertising," *Advances in International Marketing*, 7, 175-195.

Michael Maynard and Charles R. Taylor (1996), "A Comparative Analysis of Japanese and U.S. Attitudes toward Direct Marketing," *Journal of Direct Marketing*, 10 (1), 34-44.

Charles R. Taylor and Glenn S. Omura (1995), "Analyzing Economic Development in The Republic of Korea: An Evaluation of Paradigms of Marketing and Economic Development," *Journal of Macromarketing*, 15 (2), 66-91.

Charles R. Taylor, Ju Yung Lee, and Barbara B. Stern (1995), "Portrayals of African, Hispanic, and Asian Americans in Magazine Advertising," *American Behavioral Scientist*, 38 (4), 608-621.

Charles R. Taylor and Weih Chang (1995), "The History of Outdoor Advertising Regulation in the United States," *Journal of Macromarketing*, 15 (1), 47-59.

Charles R. Taylor and Ju Yung Lee (1994), "Not in Vogue: Portrayals of Asian Americans in Magazine Advertising." *Journal of Public Policy & Marketing*, 13 (2), 239-245.

Charles R. Taylor, Gordon E. Miracle, and R. Dale Wilson (1994), "The Impact of Brand Differentiating Messages on Effectiveness in Korean Advertising," *Journal of International Marketing*, 2 (4), 31-52.

Charles R. Taylor and John C. Taylor (1994) "Regulatory Issues in Outdoor Advertising: A Content Analysis of Billboards," *Journal of Public Policy & Marketing*, 13 (Spring), 97-107.

Steve W. Kopp and Charles R. Taylor (1994), "Games, Contests, Sweepstakes, and Lotteries: Prize Promotion and Public Policy," *Research in Marketing*, 12, (Fall), 151-166.

Charles R. Taylor and Glenn S. Omura (1994), "A Comparison of Alternative Paradigms for Describing Economic Development," *Journal of Macromarketing*, 14 (2), 6-20.

Gordon E. Miracle, Charles R. Taylor, and Kyu Yeol Chang (1992), "Culture and Advertising Executions: A Comparison of Selected Characteristics of Japanese and US Television Commercials," *Journal of International Consumer Marketing*, 4 (4), 89-113.

## JOURNAL ARTICLES

Gordon E. Miracle, Kyu Yeol Chang, and Charles R. Taylor (1992) "Culture and Advertising Executions:  A Comparison of Selected Characteristics of Korean and US Television Commercials," *International Marketing Review*, 9 (4), 5-17.

Jay L. Laughlin and Charles R. Taylor (1991), "An Approach to Industrial Market Segmentation," *Industrial Marketing Management*, 20 (2), 127-136.

Charles R. Taylor and Steve W. Kopp (1991), "Games, Contest, and Sweepstakes Run Afoul: A State of Legal Disorder," *Journal of Public Policy & Marketing*, 10 (1), 199-213.

# BOOK CHAPTERS

Mueller, Sophia, Charles R. Taylor and Barbara Mueller (2022), "Managing Change Related to Consumer Privacy Laws: Targeting and Personal Data Use in a More Regulated Environment." In: Karmasin, M., Diehl, S., Koinig, I. (eds) Media and Change Management. Springer, Cham. https://doi.org/10.1007/978-3-030-86680-8_15

Lynne Eagle, Stephan Dahl, Patrick DePelsmacker, and Charles R. Taylor (2021), "Introduction to Marketing Ethics," in Sage Handbook of Marketing Ethics, Lynne Eagle, Stephan Dahl, Patrick DePelsmacker, and Charles R. Taylor, eds., 3-19.

Charles R Taylor and Mivena Pantequi  (2021), "Religious and Cross-Cultural Perspectives on Marketing Ethics," in *Sage Handbook of Marketing Ethics*, Lynne Eagle, Stephan Dahl, Patrick DePelsmacker, and Charles R. Taylor, eds., 43-57.

Christian Lolk and Charles R. Taylor (2021), "Pharmaceutical Marketing Ethics," in *Sage Handbook of Marketing Ethics*, Lynne Eagle, Stephan Dahl, Patrick DePelsmacker, and Charles R. Taylor, eds., 326-338.

Charles R. Taylor, Shintaro Okazaki, and Barbara Mueller, (2019), "Theory Advancement in International Advertising: Drawing on Theories from Strategic Management and International Business," in Advertising Theory, 2nd ed. (S. Rodgers and E. Thorson, eds.).  New York: Routledge.

Charles R. Taylor (2018), "How Does Your Advertising Affect Consumers?" in Mapping Out Marketing: Navigating Lessons from the Ivory Trenches, Ronald Paul Hill, Catherine Mary Lamberton and Jennifer Swartz (eds.), London: Routledge.

Charles R. Taylor and John P. Costello (2017), "International Digital Advertising: Lessons from Around the World,"in *Digital Advertising: Theory and Research* (3rd ed.). Shelly Rodgers and Esther Thorson (eds.), New York: Routlege. 345-361.

Charles R. Taylor and John P. Costello (2017), "Corporate Social Responsibility and the Portrayal of Minority Groups in Advertising," in *Handbook of Integrated Corporate Social Responsibility Communication*.  Sandra Diehl, et al. (eds.). Springer International Publishing, 361-375.

Charles R. Taylor, C. Luke Bowen and Hoin Ryu (2014), "Corporate Social Responsibility: A Look at Eastern Nations," in *Handbook of Marketing and Corporate Social Responsibility*. (Ronald P. Hill and Ryan Langan, eds.), 234-251.

Charles R. Taylor and John B. Ford (2014), "Research Methods for International Advertising Studies: A Practical Guide," in *The Handbook of International Advertising Research*, (Hong Cheng, ed.), New York: John Wiley and Sons, 32-47.

## BOOK CHAPTERS

Barbara Mueller and Charles R. Taylor (2013), "Convergence in Global Markets: The Great Standardization vs. Localization Debate is Finally Put to Rest," in *Media Convergence and Management*, Sandra Diehl and Matthias Karmasin (eds.), Springer, 89-106.

Charles R. Taylor (2013), "Seven Simple Rules to Better Customer Service," in *The Dominant Influence of Marketing in the 21st Century: The Marketing Leviathan*. (Philip Kitchen, ed.), New York: Palgrave McMillan.

Michael L. Capella and Charles R. Taylor (2013), "Pharmaceutical DTC Advertising Provides Valuable Information to Health-care Consumers," in *Advertising and Society: An Introduction*. (Carol J. Pardun, ed.), 146-153.

Charles R. Taylor and C. Luke Bowen (2012), "Best Practices for Cross-Cultural Advertising Research: Are the Rules Being Followed?" in *Handbook of Research on International Advertising*.  (Shintaro Okazaki, ed.).  London: Edward Elgar.

Charles R. Taylor, Shintaro Okazaki, and Barbara Mueller, (2011), "Theory Advancement in International Advertising: Drawing on Theories from Strategic Management and International Business," in *Advertising Theory*, (S. Rodgers and E. Thorson, eds.).  New York: Routledge.

Charles R. Taylor and George R. Franke (2011), "Public Opinion Toward Digital Billboards in the United States: An Analysis of Recent Polls," in *Advances in Advertising Research* (Volume II): Breaking New Ground in Theory and Practice, (Shintaro Okazaki, ed.).  Heidelber, Germany: Gabler.

Charles R. Taylor (2011), "The Role of Signage in Marketing: Outdoor Advertising, Out-of home Media, and On-Premise Signs," in *Wiley International Encyclopedia of Marketing: Advertising and Integrated Marketing Communications*, (J.N, Sheth, N.K. Malholtra, M.A. Belch, and G.E.Belch, eds.), West Sussex, UK: Wiley, 197-202.

Charles R. Taylor (2011), "Standardization/Adaptation of International Marketing Strategy," in *Wiley International Encyclopedia of Marketing: Advertising and Integrated Marketing Communications*, (J.N, Sheth, N.K. Malholtra, D.C. Bello, and D.A..Griffiths, eds.), West Sussex, UK: Wiley, 97-102.

Charles R. Taylor (2006), "The Future of International Advertising Research:  Suggestions for Moving the Discipline Forward," *International Advertising and Communication:  Current Insights and Empirical Findings*, (Sandra Diehl and Ralf Terlutter (eds.), Frankfurt, Germany: Forschungsgruppe Konsum und Verhalten, 491-506.

Shintaro Okazaki and Charles R. Taylor (2006), "Antecedents and Consequences of Advertising Standardization:  A Conceptual Model and Research Propositions, *International Advertising and Communication:  Current Insights and Empirical Findings*,(Sandra Diehl and Ralf Turlutter (eds.), Frankfurt, Germany: Forschungsgruppe Konsum und Verhalten, 439-454.

## BOOK CHAPTERS

Shaoming Zou, Charles R. Taylor, and S. Tamer Cavusgil (2003), "The Political Economy Explanation of International Market Entry Mode Choice: An Exploratory Study," *Handbook of Marketing Research*, Subhash Jain, ed., Cornwall, UK: MPG Books, 134-147.

Michael L. Capella and Charles R. Taylor (2013), "Pharmaceutical DTC Advertising Provides Valuable Information to Health-care Consumers," in Advertising and Society: An Introduction. (Carol J. Pardun, ed.), 146-153.

Charles R. Taylor, Gordon E. Miracle, and Kyu Yeol Chang (1994), "The Difficulty of Standardizing International Advertising: Some Propositions and Evidence from Japanese, Korean, and U.S. Television Advertising. *Global and Multinational Advertising*, Basil Englis, ed.,  Hillsdale, NJ: Lawrence Erlbaum, 171-191.

## CONFERENCE PROCEEDINGS

Cho, Minjung., Eunju Ko and Charles R. Taylor (2023) The Effect of NFT Marketing Activities on Customer Equity and Satisfaction Regarding Luxury Brands. Proceedings of the Global Marketing Conference, Seoul, Korea.

Charles R. Taylor (2023) "Major Research Needs and Common Pitfalls in Publishing Advertising and Society Research, Proceedings of the American Academy of Advertising, p.73.

Chen Lou, Charles R. Taylor and Xuan Zhou (2022), Context is the New King: The Role of Different Social Media Platforms in Influencer-Follower Relation and Influencer Advertising Effectiveness, Proceedings of the 2022 Annual Conference of the American Academy of Advertising, p.51.

Sophia Mueller, Charles R. Taylor, Barbara Mueller, Sandra Diehl and Ralf Terlutter (2021) Covid-19 Advertising: Are Corporate Social Responsibility Appeals Beneficial to Consumers? Proceedings of the International Conference on Research in Advertising.

Louisa Ha, Yang Yang, Liselot Hudders, Steffi De Jans, Chen Lou, Eva A. van Reijmersdal, Tatiana Domingues-Aguiar, Charles Ray Taylor, Yoon-Na Cho, and Mivena Panteqi (2021), The New Rich and Famous: The Status Quo of Research in Influence Advertising, Theoretical Implications and Opportunities. Proceedings of the Annual Conference of the American Academy of Advertising.

Dayun Jeong, Eunju Ko, and Charles R. Taylor (2020), "A New Perspective on Digital Well-Being and Distancing Behavior," *Proceedings of the Global Marketing Conference*, Seoul, Korea.

Yoon-Na Cho,  Mivena Panteqi, and Charles Taylor (2020), "Do Instagram Influencers Need to be Perfect? The Changing Role of Social Norms on the Effectiveness of Influencers," *Proceedings of the Global Marketing Conference*, Seoul, Korea.

Yoon-Na Cho and Charles R. Taylor, (2018), "The Role of Ambiguity in the Effectiveness of Sustainability Labeling," Proceedings of the 2018 Global Marketing Conference at Tokyo, 223-224

Bradley James Wilson, David Roca, Charles R. Taylor and Camilo Villegas (2018), "The Dark Side of the Cannes Awards: 'Truchos' or Fake Ads as Seen by Colombian Creative Agency Staff," *Proceedings of the 2018 ICORIA Conference*, Valencia, Spain.

Hyerinne Hahn, Jong-Ho Lee, Charles R. Taylor, and Jung Min Jang (2017), How Do the Characteristics of Premium Private Label Affect Perceived Luxuriousness? The Moderating Role of Change Seeking, Price Consciousness and Vulnerability. *Proceedings of the 2017 Mystique of Luxury Brands Conference*, Seoul, Korea.

Katharina Ninaus, Sandra Diehl, Charles R. Taylor and Ralf Terlutter (2017), "Always-On? Persuading Technology Users To Disconnect From Work: The Effects Of Message Frame, Regulatory Focus And Self Efficacy On The Effectiveness Of Health Messages," *Proceedings of the 2017 International Conference on Research in Advertisin*g, Ghent, Belgium.

Seoyoung Kim, Sungkyu Lee, Jong-Ho Lee, and Charles R. Taylor (2017), "Advertising's Influence on Perceived Luxuriousness of a Premium Private Label," *Proceedings of the Global Fashion Marketing Conference of the of Global Alliance of Marketing and Management Associations*. Vienna, Austria.

Nadine Schirmer, Manfred Schwaiger, Charles R. Taylor and John P. Costello. (2016), "Consumer Response to Disclaimers in Digitally Retouched Advertisements," Proceedings of 2016 Global Marketing Conference, Hong Kong. Seoul: Global Alliance of Management and Marketing Scholars.

Seoyoung Kim, Sungkyu Lee, Jong-Ho, and Charles R. Taylor (2016) "Drivers of Perceived Luxuriousness of a Premium Private Label Product," *Proceedings of 2016 Global Marketing Conference, Hong Kong*. Seoul: Global Alliance of Management and Marketing Scholars.

Charles R. Taylor (2016) "How Much Should Teaching be Adapted to Local Markets," Proceedings of the American Academy of Advertising Annual Conference, Seattle, WA.  184-185.

Charles R. Taylor, John P. Costello and Eunju Ko. (2015), The State of Knowledge on Luxury Brand Marketing: A Review of the Literature," *Proceedings of the Global Fashion Marketing Conference of Global Alliance of Marketing and Management Associations*, Florence, Italy.

Antigone G. Kyrousi, Charles R. Taylor and George G. Panigyrakis (2015), "That Other Woman: The Evolved Mechanism of Female Competition and Advertising Portrayals of Women in Decorative Roles," *Proceedings of the 2015 International Conference on Research in Advertising*, London, England.

Sascha Raithel, Charles R. Taylor & Stefan (2014), "Are Super Bowl Ads a Super Waste of Money? The Intermediary Role of Customer Equity and Brand Equity on Stock Price." *Proceedings of the Global Marketing Conference of the Global Alliance of Marketing and Management Associations*, 5(1).

Juran Kim, Charles R.Taylor, and Kyung Hoon Kim. (2014), "Measures of Perceived Sustainability," *Proceedings of the Global Marketing Conference of the Global Alliance of Marketing and Management Associations* 4(1).

Charles R. Taylor and Shintaro Okazaki (2013) "Culture and Advertising Executions Revisited," *Proceedings of the 2013 International Conference on Research in Advertising*, Zagreb, Croatia.

Taylor, Charles R. (2012), "The Future of Advertising is Solid as a BRIC," *Proceedings of the American Academy of Advertising Annual Conference*, Myrtle Beach, SC. "

Johnny Jiung Lee, Michael L. Capella, Charles R. Taylor, Mi Luo and Colin Gabler (2012), "The Financial Impact of Loyalty Programs in the Hotel Industry: A Social Exchange Theory Perspective," *Proceedings of the 2012 Global Marketing Conference at Seoul.*

Yung Kyun Choi and Charles R. Taylor (2012), "Persuasive Effects of 3D Advertising: Role of Product Type, Need for Touch, and Mental Imagery," *Proceedings of the 2012 Global Marketing Conference at Seoul.*

Yung Kyun Choi, Sukki Yoon, and Charles R. Taylor (2011), Spokes-character Effects in Advergaming: The Influence of Character Presence, Product Type, and National Culture on Consumers' Brand Evaluation and Performance," *Proceedings of the American Academy of Advertising Conference*, p.114

Charles R. Taylor and Michael L. Capella (2010), "Measuring the Effects of Marketing Smokeless Tobacco as Harm Reduction," *Proceedings of the 2010 Global Marketing Conference at Tokyo.*

Seunghee Im, Doo-Hee Lee, Charles R. Taylor and Jinkyung Goo (2010), "Cultural Differences in Emotional Advertising," *Proceedings of the 2010 Global Marketing Conference at Tokyo.*

Christian Ringle, Marko Sarstedt, Rainer Schlitginn, and Charles R. Taylor (2010) "Using Genetic Algorithm Segmentation in PLS Path Modeling: Addressing Heterogeneity Assumptions," *Proceedings of the 2010 Global Marketing Conference at Tokyo.*

Charles R. Taylor (2010), "Public Opinion toward Digital Billboards in the United States: An Analysis of Recent Polls," *Proceedings of the 9th International Conference on Research in Advertising*, Madrid, Spain: European Academy of Advertising.

Sophie Hieke and Charles R. Taylor (2010), "An Empirical Study on the Effectiveness of Nutritional Labelling in Germany," *Proceedings of the American Marketing Association's Marketing and Public Policy Conference*, Chicago: American Marketing Association, 28-29.

Charles R. Taylor and Peter Neijens (2009). "Trends in European Advertising: Cross Media Campaigns, Advertising during Events, Brand Placement, Advertising Strategies in the New EU Member States and Emotional Brand Experiences," *Proceedings of the 2009 Conference of the American Academy of Advertising*, Cincinatti, Ohio.

Charles R. Taylor et al. (2008), "The View from Europe: Insights on Cutting Edge Issues in Europe." *Proceedings of the American Academy of Advertising Conference*, San Mateo, CA, forthcoming.

Charles R. Taylor, et al. (2008), "The Influence of Consumer's Self-Disclosure on Advertising Response." *Proceedings of the Global Marketing Conference,* Shanghai: Korean Academy of Marketing Science.

Charles R. Taylor, et al. (2008), "Examination of Smart Clothing Attributes, Perceived Risk and Intention to Adopt between Two Cultural Groups." *Proceedings of the Global Marketing Conference,* Shanghai: Korean Academy of Marketing Science.

Charles R. Taylor, et al. (2008), "Segmentation and Targeting Sportswear Consumers in Global Markets." *Proceedings of the Global Marketing Conference.*  Shanghai: Korean Academy of Marketing Science.

Manfred Schwaiger, Marko Sarstedt, Charles R. Taylor (2008), "Long-Term Effects of Culture Sponsoring on Corporate Reputation – An Experimental Study".  *Proceedings of the Global Marketing Conference,* Shanghai: Korean Academy of Marketing Science.

Michael L. Capella, Charles R. Taylor, and Randall Campbell (2008), "Does DTC Advertising Raise the Price of Sleeping Pills?  The Impact of Pharmaceutical Advertising on Price Sensitivity," *Proceedings of the American Academy of Advertising Conference*, San Mateo, CA, 219-225.

Charles R. Taylor (2007), "Recent Trends in International Advertising Research: Current State of Knowledge and Where We Need to Go," *Proceedings of the 2007 Conference of the American Academy of Advertising.*

Koo-Won Suh, Doo-Hee Lee, and Charles R. Taylor (2007), "Dimensions of Advertising Creativity," Proceedings of the AAA/ KAS Asia Pacific Conference, Korea University.  Seoul: Korea Advertising Society.

Charles R. Taylor and Changjo Yoo (2007), "Special Session on Social Responsibility of Tobacco Firms." *Proceedings of the AAA/ KAS Asia Pacific Conference, Korea University*. Seoul: Korea Advertising Society.

Charles R. Taylor, et al. (2006), "Impact of Nationality and Fashion Lifestyle on Attitudes toward Advertising and Brand." *Proceedings of the Cultural Perspectives in Marketing Conference,* Academy of Marketing Science Korean Academy of Marketing Science.

Charles R. Taylor, et al. (2006), "Relationship between Marketing Orientation and Business Performance of Sales Engineers of Industrial Robots." *Proceedings of the Cultural Perspectives in Marketing Conference,* Academy of Marketing Science Korean Academy of Marketing Science.

Michael L. Capella and Charles R. Taylor (2006), "A Review of the Effect of Cigarette Advertising Bans," *Proceedings of the American Marketing Association's Marketing and Public Policy Conference*, Chicago: American Marketing Association, pps. 188-189.

Charles R. Taylor (2005), "Moving International Advertising Research Forward: A New Research Agenda," *Proceedings of the 4th International Conference on Research in Advertising*, Sandra Diehl. Ralf Terlutter, and Peter Weinberg (eds.), Saarbrucken, Germany: Saarland University, p.14.

Shintaro Okazaki and Charles R. Taylor (2005), "Antecedents and Consequences of Advertising Standardization: A Conceptual Model and Research Propositions," *Proceedings of the 4th International Conference on Research in Advertising*, Sandra Diehl. Ralf Terlutter, and Peter Weinberg (eds.), Saarbrucken, Germany: Saarland University, pps. 145-152.

Okazaki, Shintaro and Charles R. Taylor, (2005), "Understanding Advertising Standardization in an European Context: An Empirical Model", in Proceedings of the 34th European Marketing Academy (EMAC) Conference 2005 "Rejuvenating Marketing: Contamination, Innovation, Integration", Milan, Italy: Bocconi University.

Charles R. Taylor, Stacy Landreth and Hae-Kyong Bang (2005), "The Good, the Bad, and the Ugly of Media Portrayals of the 'Model Minority,'" *Proceedings of the 30th Annual Macromarketing Conference*, (Mark Peterson and Ronald Paul Hill, eds), p. 63.

Charles R. Taylor and Michael Walsh (2005), "What Does 'Made in the USA' Mean? A Review of Legislation and Litigation Pertaining to Country of Origin Claims," *Proceedings of the 2005 Marketing and Public Policy Conference*, forthcoming.

Charles R. Taylor and George R. Franke (2004), "An Assessment of the Highway Beautification Act's Consistency with American Public Opinion," *Proceedings of the 2004 Marketing and Public Policy Conference*, 83-85.

Charles R. Taylor, (2003) "What's Wrong with International Advertising Research (and What's Right)," *Proceedings of the 2003 Conference of the American Academy of Advertising*, (Les Carlson, ed.), p.3.

Charles R. Taylor, (2003) "Meet the Editors: Journal of Advertising and Some Journals You Might Not Have Considered but Should," (special session) *Proceedings of the 2003 Conference of the American Academy of Advertising*, (Les Carlson, ed.), p.147.

Charles R. Taylor and Michael Walsh (2003), "Resolving Product Standards Disputes," portion of special session on "Challenges to Public Policy: Emerging Issues in International Markets," *Proceedings of the 2003 Marketing and Public Policy Conference*, p.59.

Garrett, Jason, Shaoming Zou, and Charles R. Taylor (2003), "International Advertising: A Review of the Empirical Research from 1990 to 2002," *Proceedings of the American Marketing Association Summer Educators' Conference,* Chicago, IL.

Shaoming Zou, Charles R. Taylor, S. Tamer Cavusgil (2003), "The Political Economy Explanation of International Market Entry Mode Choice: An Exploratory Study," The State of the Art Research in International Marketing, Subhash Jain, ed., University of Connecticut - CIBER.

Charles R. Taylor (2002), "Publishing Public Policy Research:  Journals and Their Editors," *Proceedings of the 2002 Marketing and Public Policy Conference*, Chicago: American Marketing Association.

Mary Anne Raymond and Charles R. Taylor (2000)  "Legal Restrictions on Advertising by Product Category in China, Japan, South Korea, and Taiwan," *Proceedings of the 2000 Marketing and Public Policy Conference*, p.22-23.

Charles R. Taylor and Michael Maynard (1999), "Attitudes Toward Direct Marketing and Its Regulation: A Comparison of the U.S. and Japan," *Proceedings of the 1999 Marketing and Public Policy Conference.*

Charles R. Taylor and Michael Maynard (1999), "The Impact of a Culture's Communication Style on Attitudes Toward Direct Marketing: Comparing Japan and The United States" *Proceedings of the American Academy of Advertising Conference*, p.194-195.

Charles R. Taylor (1998), "Agency Perspectives on Cultural Factors Influencing Advertising in Taiwan," *Proceedings of the 1998 Conference of the American Academy of Advertising*, p.316.

Charles R. Taylor and Alan Shao (1998), "Advertising Strategies in Taiwan," *Proceedings of the 1998 Conference of the American Academy of Advertising*, p.315.

Mary Anne Raymond, Charles R. Taylor, and Alan Shao (1998), "Socio-Cultural Factors Understanding Restrictions and Regulations Affecting Advertising across Product Types in Taiwan," *Proceedings of the 1998 Marketing and Public Policy Conference*, p.67.

Michael B. Mazis and Charles R. Taylor (1998), "The Regulation of Advertising in Sensitive Product Categories: Global Perspectives," *Proceedings of the 1998 Marketing and Public Policy Conference*, p.64-65.

Charles R. Taylor and John C. Taylor, (1997) "The Information Content of Outdoor Advertisements: An Analysis of Retailers' Use of Institutional and Promotional Information Cues," *Proceedings of the American Marketing Association Marketing Communications Conference*, p.56-58.

Charles R. Taylor and Barbara B. Stern, (1997), "Advertising Portrayals of Asian Americans:

The Asian American View," *Proceedings of the 1997 Conference of the American Academy of Advertising,* p.269-271.

Barbara B. Stern, Charles R. Taylor, Hae-Kyong Bang, Wei-Na Lee, and Hairong Li (1997), "Asian-Americans: Insights for Advertisers on Appealing to an Attractive, Yet Misunderstood Demographic Group," *Proceedings of the 1997 Conference of the American Academy of Advertising*, p.269.

Charles R. Taylor, Shaoming Zou, and Gregory E. Osland (1996), "International Market Entry Mode Choice by U.S. and Japanese MNCs: A Cross-Cultural Assessment of the Transaction Cost Analysis Framework," *Proceedings of the 1996 American Marketing Association Summer Educators' Conference*, C. Droge and R. Calantone (eds.), p.402.

Charles R. Taylor (1996), "Televised Portrayals of Asian Americans," *Proceedings of the 1996 American Academy of Advertising Conference,* p.119-120.

Charles R. Taylor (1995), "Brand Differentiation and Advertising Effectiveness," *Proceedings of the Joint Conference of the Korean Marketing Association and the American Marketing Association*, J.W. Lim and S.T. Cavusgil, (eds.), p.302-321.

Charles R. Taylor and Gordon E. Miracle (1995), "Foreign Elements in Korean and U.S. Television Advertising," *Proceedings of the Joint Conference of the Korean Marketing Association and the American Marketing Association*, J.W. Lim and S.T. Cavusgil (eds.), p.93-94.

Charles R. Taylor and Thomas J. Page, Jr. (1994), "A Comparison of the Effectiveness of Brand Differentiating Messages in Korean and U.S. Television Advertising," *Proceedings of the Fourth Symposium on Cross-Cultural Consumer and Business Studies*, p.179-182.

Charles R. Taylor and Ju Yung Lee (1994), "Not in Vogue: Portrayals of Asian Americans in Magazine Advertising," *Proceedings of the 1994 Marketing and Public Policy Conference*, p.158.

Charles R. Taylor, Doo Hee Lee, and Hae-Kyong Bang (1993), "Advertising Strategies in Korea and the United States," *Proceedings of the Decision Science Institute's International Conference*, Seoul, Korea, Byung S. Kang and Jong U. Choi (eds.), p.788-791.

Charles R. Taylor and Doo Hee Lee (1993), "A Comparison of the Effectiveness of High Information Level Strategies in Korean and U.S. Advertising," *Proceedings of the Decision Science Institute's International Conference*, Seoul, Korea, Byung S. Kang and Jong U. Choi (eds.), p.776-779.

Charles R. Taylor and Jay L. Laughlin (1993), "The Effectiveness of Brand Differentiating Strategies in Korean Advertising," *Proceedings of the International Academy of Business Disciplines Conference*, F. V. Mastrianna and Abass Alhahfaji (eds.), p.414-418.

Charles R. Taylor and Weih Chang (1993), "The History of Outdoor Advertising Regulation in the United States," *Proceedings of the Sixth Conference on Historical Research in Marketing and Marketing Thought*, p.283-299

Charles R. Taylor and Glenn S. Omura (1992), "Back to the Political Economy Paradigm in the Study of Marketing in Economic Development: A Case Analysis of South Korea," in *Proceedings of the Macromarketing Seminar*, Breukelen, Netherlands, p.551-576.

Charles R. Taylor and Shaoming Zou, (1992) "Advertising and its Effect on Industrial Concentration: The Case of the Soft Drink Industry," *Proceedings of the Conference of the American Academy of Advertising*, p.42-43.

Steven W. Kopp and Charles R. Taylor (1991), "Try Your Luck! A History of Prize Promotions!," *Proceedings of the Fifth Conference on Historical Research in Marketing and Marketing Thought*, p.285-299

Gordon E. Miracle, Charles R. Taylor, and Kyu Yeol Chang (1990) "The Difficulty of Standardizing International Advertising: Some Propositions and Evidence from Japanese, U.S. and South Korea Television Advertising," *Proceedings of the Advertising & Consumer Psychology Conference*, p.5.

Gordon E. Miracle, Kyu Yeol Chang, and Charles R. Taylor (1989) "Relationships Between Cultural Variations and Differences in Japanese and US Television Advertising," *Positioning for the 1990s: Proceedings of the 1989 Southern Marketing Association Conference,* R.L. King (ed.), p.347-351.

Charles R. Taylor and John C. Taylor (1989), "Towards a General Theory of the Effects of Deregulation on Competitive Structure and Performance," *Positioning for the 1990s: Proceedings of the 1989 Southern Marketing Association Conference*, R.L. King (ed.), p.438-442.

John C. Taylor and Charles R. Taylor (1989), "Marketing Related Public Policy Issues:  The Role of Marketing Academicians and the Value of an Historical Context Approach," *Proceedings of the Fourth Conference on Historical Research in Marketing and Marketing Thought*, T. Nevett, K. Whitney, and S. Hollander, (eds.), p.213-236.

## PRESENTATIONS

"Meet the Editors" American  Marketing Association (February 2023).

"Building a Successful Academic Career: The Role of Research," Keynote presentation to the Business Association of Latin America (BALAS), Lisbon, Portugal. (August, 2022)

"How to Publish in Advertising Journals," Emerging Markets Conference Board, Lllujbiana, Slovenia. April (2022)

"New Issues in Advertising Research," Keynote Presentation to ICAMA Conference, Jeju, Korea. (October, 2023)

"Meet the Editors," International Conference on Research in Advertising, (June 2022).

"Meet the Editors," American Academy of Advertising Conference, (April 2022).

"Strategies for Publishing in Top Functional Area Journals," Keynote speech presented to Emerging Marketing Conference Board Annual Conference, Puebla, Mexico. (November 2021)

"Hot Topics in Advertising and Luxury Brand Research in 2021," Keynote speech presented to GAMMA Global Fashion Marketing Conference, Seoul, Korea. (November 2021).

"Meet the Editors," Society for Marketing Advances Conference, Orlando (November, 2021).

"Meet the Editors," International Conference on Research in Advertising, (June 2021).

"Meet the Editors," American Academy of Advertising Conference, (April 2021).

"Meet the Editors," Society for Marketing Advances Conference, New Orleans (November, 2020).

"Meet the Editors," Global Marketing Conference (GAMMA), Seoul, Korea, (virtual). (November, 2020).

"Developing an Effective Research Stream in Marketing," Keynote speech to 6th International AR & VR Conference, (virtual: Lisbon, Portugal), November 2020.

"Advertising in Emerging Markets," (2020) Keynote speech to ICAMA Conference, (virtual-Bangkok, Thailand).

"Key Trends in Advertising Research," (2020) Keynote speech to Korean Marketing Association, September 2020 (virtual- Seoul, Korea)

"The Future of Advertising in Emerging Markets," Keynote session at the Emerging Markets Conference Board, May, 2020 (virtual- Lllujbiana, Slovenia)

"Meet the Editors," Society for Marketing Advances Conference, New Orleans (November, 2019).

"Meet the Editors." Global Fashion Management Conference at Paris (July, 2019).

"Hot Topics in Advertising Research," Keynote speech presented at Asian Advertising Summit, Singapore (June 2019).

"How to Be a Better Reviewer and Why You Should Care," Presenter in panel session at the 2019 American Academy of Advertising Conference, Dallas, TX.

"Building a Successful Publishing Career." Keynote speech presented at Business Association of Latin American Studies, Lima, Peru (April, 2019).

"Meet the Editors," 2019 Annual Conference of the Emerging Markets Conference Board, "Driving Marketing Excellence through Experiences in Emerging Economies," Delhi, India (January 2019)

"Big Event Advertising Effectiveness: Can it Still Impact Brands? Evidence from Super Bowl Advertising," Keynote speech presented at the Asian Advertising Summit, Hong Kong Baptist University.  Hong Kong (May, 2018).

"Super Bowl Advertising: Is it Effective in Brand Building?"  Keynote speech presented at ICAMA Conference, Bangkok. Thailand (April 2018).

"Tips for Publishing Your Work and Building a Career," Keynote speech at Emerging Marketing Conference Board conference, Johannesburg, South Africa (April, 2018).

"Technology Innovation and Advertising: Implications for Education and Research," Special session panelist.  American Academy of Advertising Annual Conference. New York, NY, (March, 2018).

"Meet the Editors," Part of panel at 2018 ICORIA Conference, Ghent, Belgium (June, 2017).

"Strategies for Building a Career in Advertising Research," Presented at Doctoral Consortium of American Academy of Advertising, Boston. Mass. (April, 2017)

"Consumer Response to Disclaimers in Digitally Retouched Advertisements," Presented at the 2016 Global Marketing Conference, Hong Kong. (July 2016)

"Drivers of Perceived Luxuriousness of a Premium Private Label Product," Presented at the 2016 Global Marketing Conference, Hong Kong. (July 2016)

"How Much Should Teaching be Adapted to Local Markets," Presented at the 2016 American Academy of Advertising Annual Conference, Seattle, WA.   (April 2016)

"Meet the Editors" Panel at 2016 Global Marketing Conference at Hong Kong.

"Meet the Editors" International Conference on Research in Advertising. Doctoral   Symposium, Llujbiana, Slovenia. (June 2016)

Global Branding Strategies," Yonsei University special lecture, (October 2016).

"Meet the Editors," Society for Marketing Advances Annual Conference (2015), San Antonio, TX. (November).

"Building a Research Agenda and Publishing in Top Advertising Journals," Doctoral Consortium of European Advertising Academy. London, England (July 2015).
"Meet the Editors," ICORIA Conference, London, England (July, 2015).

"Meet the Editors," Global Fashion Marketing Conference of GAMMA (June, 2015).

"The State of Knowledge on Luxury Brand Marketing: A Review of the Literature," Global Fashion Marketing Conference of Global Alliance of Marketing and Management Associations (June 2015).

"That Other Woman: The Evolved Mechanism of Female Competition and Advertising Portrayals of Women in Decorative Roles," ICORIA Conference, London, England, (July 2015).

"Are Super Bowl Ads a Super Waste of Money? The Intermediary Role of Customer Equity and Brand Equity on Stock Price." Presented at the 2014 Global Marketing Conference of the Global Alliance of Marketing and Management Associations.

"Culture and Advertising Executions Revisited," Presented at 2013 ICORIA Conference, Zagreb, Croatia.

"Meet the Editors," Presented at the 2012 ICORIA Conference, Stockholm, Sweden, (June, 2012).

"Cultural Differences in Emotional Advertising," Presented at the 2010 Global Marketing Conference at Tokyo.  (September, 2010).

"Meet the Editors." Presented as part of special session at the 2010 Global Marketing Conference at Tokyo (Semptember, 2010).

"Using Genetic Algorithm Segmentation in PLS Path Modeling: Addressing Heterogeneity Assumptions," Presented at the 2010 Global Marketing Conference at Tokyo.  (September, 2010).

"Designing Effective Digital Advertising: Current State of Knowledge and Thoughts on Digital Advertising in China," Keynote session speaker at the First Annual Academic Symposium of the

Chinese Advertising Education Committee of the Chinese Association of Higher Education. (August, 2010).

"Meet the Editors," Presentation in Meet the Editors Panel at the 9th Conference on Research in Advertising, Madrid, Spain, (June 2010).

"Public Opinion Toward Digital Billboards in the United States: An Analysis of Recent Polls," Presented at the 9th International Conference on Research in Advertising, Madrid, Spain.  (June, 2010).

"Publishing in the International Journal of Advertising," Presented in the Meet the Editors Session of the International Conference on Research in Advertising, hosted by European Advertising Academy, Klagenfurt, Austria (June 2009).

"Six Principles of Effective Digital Advertising," Presented at Dongguk University, Seoul, Korea, (May, 2009).

"Effective Advertising in New Media," Presented at Yonsei University, Seoul, Korea.

"Designing Effective Interactive Advertising." Presented at Ewha Womens' University, Seoul, Korea (May, 2009).

"Designing Effective Interactive Advertising," Presented to the Marketing Science Institute's Mobile Marketing Symposium, Cambridge, MA (December 2008).

"What Should I Do with This Review," Presented to 2008 American Academy of Advertising Emerging Scholar Symposium, San Mateo, CA.

"Principles of Interactive Advertising," Presented at the Autonomous University of Madrid, Spain, December 2008.

"Current Issues in Internet Advertising" Presented at Ludwig Maximillians University, Munich, Germany, October 2008.

Advertising and the Internet: Principles and Best Practices: Presented at University of Amsterdam, October 2008.

"Recent Trends in International Advertising Research: Current State of Knowledge and Where We Need to Go," 2007 Conference of the American Academy of Advertising, Burlington, VT.

Key Trends in Advertising Research: Key Research Topics, Presented to the Korea Advertising Society, Seoul, Korea, August, 2007.

"The Marketing Functions of On-Premise Signs" Presented at the 2006 National Signage Research Symposium at the International Sign Association Conference, September, 2006, Las Vegas, Nevada.

"Portrayals of Asian Americans in Advertising." (2006), Special presentation at the University of Texas at Austin.

"Smoke and Mirrors:  Advertising and Tobacco" panelist in session at the National Center for Addiction and Substance Abuse (Columbia University) panel "Up in Smoke: Tobacco and American Youth," moderated by Jackie Judd,  (September 2006), New York.

"A Review of the Effect of Cigarette Advertising Bans," American Marketing Association's Marketing and Public Policy Conference, June, 2006, Long Beach, CA.

 "Marketing Trends and the New Media: It's Still All About the Brand," Featured speech to ADKOR 2005, The 2005 Korea Advertising Congress.  Organized by the Korean Federation of Advertising Agencies.  Seoul, Korea, November 8, 2005.

"Hot Topics in U.S. Advertising," Special Presentation to the Korean Advertising Society, Seoul Korea, July 6, 2005.

"Moving International Advertising Research Forward:  A New Research Agenda," Presented at the 4th International Conference on Research in Advertising, June 2005, Saarbrucken, Germany: Saarland University, p.14 (keynote speaker).

"The Good, the Bad, and the Ugly of Media Portrayals of the 'Model Minority,'" (2005) Presented at the 30th Annual Marketing Conference, St. Petersburg, FL. (plenary session).

"On-Premise Signs as Storefront Marketing Devices and Systems," Presented at the 2005

National Signage Research Symposium at the International Sign Association Conference, May, 2005, Las Vegas, Nevada. (plenary session).

"Asian Americans in Advertising: Portrayals of the Model Minority," Presented to the 11th Asia Pacific Law Students Association Conference on Law and Public Policy, Harvard University, March 2005, Cambridge, MA.

"Advertising Standardization and its Impact on Financial and Strategic Performance:  Evidence from Japanese and U.S. Subsidiaries Operating in the EU," Presented at the Korean Academy of Marketing Science Fall Meeting, November 2004, Jeonju, Korea.

"Deceptive Advertising and Corporate Responsibility: The Role of Self-Regulation," Presentation to the Philadelphia Advertising Club, Philadelphia, PA, November 2004.

"An Assessment of the Highway Beautification Act's Consistency with American Public Opinion," Presented at the 2004 Marketing and Public Policy Conference, Salt Lake City, Utah.

"Regulation of On-Premise and Off-Premise Signs: Perspectives from Three Research Studies," Presented to the Transportation Research Board Meeting, January, 2004, Washington, DC.

"Building a Career in Marketing and Public Policy Research," Presented at the Doctoral Consortium of the 2003 Marketing and Public Policy Conference," Washington, DC.

"Resolving Product Standards Disputes," Presented at the 2003 Marketing and Public Policy Conference, Washington, DC.
"The Impact of Sign Regulation on Marketing Activities and Business Valuation," Presented at the 1st National Signage Research Association, Las Vegas, NV.

"What's Wrong (and What's Right) with International Advertising Research," Presented at the 2003 meeting of the American Academy of Advertising, Broomfield, CO.

"A Survey of Alternatives to Billboards and 30 Years of Public Opinion towards Billboards," part of "Billboard Experts" panel, 2002 Outdoor Advertising Legal Seminar, Washington DC.

"Making Good Decisions Pertaining to Departmental, College, and External Service Early in an Academic Career," Presented to the Doctoral Consortium of the 2001 Conference of the Society from Marketing Advances, New Orleans, LA.

"Legal Restrictions on Advertising by Product Category in China, Japan, South Korea, and Taiwan," Presented at the 2000 Marketing and Public Policy Conference, Washington, DC.

"Attitudes Toward Direct Marketing and its Regulation: A Comparison of the U.S. and Japan," Presented at the 1999 meeting of the American Academy of Advertising, Albuquerque, NM.

"Advertising Strategies in Taiwan," Presented at the 1998 meeting of the American Academy of Advertising, Lexington, KY.

"The Regulation of Advertising in Sensitive Product Categories: Global Perspectives," Presented at the 1998 Marketing and Public Policy Conference, Washington, DC.

"Foreign Market Entry Mode Strategies of Japanese and U.S. Firms," Presented at the 1998 meeting of the Academy of Marketing Science, Norfolk, VA.

"The Information Content of Outdoor Advertisements: An Analysis of Retailers' Use of Institutional and Promotional Information Cues," Presented at the 1998 American Marketing Association Marketing Communications Conference, Dublin, Ireland.

"Advertising Portrayals of Asian Americans: The Asian American View," Presented at the 1997 Conference of the American Academy of Advertising, St. Louis, MO.

"A Cross-Cultural Assessment of the Transaction Cost Analysis Framework," Presented at the 1996 American Marketing Association Summer Educators' Conference, San Diego, CA.

"Regulatory Issues in Direct Marketing:  A Comparison of the U.S. and Japan," Presented at the 1996 Marketing and Public Policy Conference, Arlington, VA.

"Televised Portrayals of Asian Americans," Presented at the 1996 American Academy of Advertising Conference, Vancouver.

"Brand Differentiation and Advertising Effectiveness," Presented at the 1995 Joint Conference of the American Marketing Association and the Korean Marketing Association.
"Magazine Portrayals of Ethnic Minorities," Presented at the 1995 Conference of the American Academy of Advertising, Tuscon, AZ.

 "Culture's Consequences in Advertising: The Impact of Information Level Strategies on the Effectiveness of Korean and U.S. Advertising," Presented at the 1994 Conference of the American Academy of Advertising, Tuscon, AZ.

"Not in Vogue: Portrayals of Asian Americans in Magazine Advertising," Presented at the 1994 Marketing and Public Policy Conference, Arlington, VA.

"A Comparison of the Effectiveness of High Information Level Strategies in Korean and U.S. Advertising," Presented at the Decision Science Institute's 1993 International Conference, Seoul, Korea.

"Advertising Strategies in Korea and the United States," Presented at the Decision Science Institute's 1993 International Conference, Seoul, Korea.

Guest Speaker on the Topic of, "Implications of Marketing and Public Relations for Parks and Recreation Programs," at Taegu University, Taegu, Korea.

"Litter on a Stick or the Lifeblood of Small Business: Regulatory Issues in Outdoor Advertising, presented at the 1993 Marketing and Public Policy Conference, East Lansing, MI.

"The History of Outdoor Advertising Regulation in the United States," Presented at the Sixth Conference on Historical Research in Marketing and Marketing Thought (April 1993).

"Journal Special Sections and the Advancement of Knowledge: A Product Life Cycle Case Study," Presented at the 1992 AMA Winter Educators Conference, San Antonio, TX.

"Advertising and its Effect on Industrial Concentration: The Case of the Soft Drink Industry," Presented at the 1992 Conference of the American Academy of Advertising, San Antonio, TX.

Guest speaker on the topic of, "Comparing Television Advertising in Korea and the United States," at the Korea University, Seoul, Korea (September, 1991).

"Retail Television Advertising: Is it Really Unsophisticated?" Presented at the Symposium on Patronage Behavior and Retail Strategy, Baton Rouge, LA (1991).

"Try Your Luck: A History of Prize Promotions in the United States," Presented at the Fifth Conference on Historical Research in Marketing and Marketing Thought, East Lansing, MI (May 1991).

"Relationships Between Cultural Variations and Differences in Japanese and US Television Advertising," Presented at the 1989 Southern Marketing Association Conference, New Orleans, LA.

"Marketing Related Public Policy Issues:  The Role of Marketing Academicians and the Value of a Historical Context Approach," Presented at the Fourth Conference on Historical Research in Marketing and Marketing Thought, Charleston, SC (May, 1989).

Served as Panelist on the "Advertising in the 21st Century" session at the 1989 Southern Marketing Association Conference, New Orleans.

## EDITORIALS

Charles R. Taylor (2024), "Understanding Podcast Advertising: The Need for More Research," *International Journal of Advertising* 43(6), 931-932.

Charles R. Taylor (2024),  "Ad Skipping, The 'Ad Free Internet' and Privacy: A Call for Research," *International Journal of Advertising* 43(3), 403-404.

Charles R. Taylor (2023) "Sonic Branding as a Promotional Tool: A Concept Whose Time Has Come and a Call for Research," *International Journal of Advertising*, 42(8), 1239-1241.

Charles R. Taylor (2023) "Thoughts on Cross-cultural Advertising Research in 2023," *International Journal of Advertising*, 42(6), 969-971.

Charles R. Taylor (2023) "Non-fungible Tokens (NFTs) as Promotional Devices: Research Needs and Future Projections," *International Journal of Advertising*, 42(5), 799-800.

Charles R. Taylor (2023) "Digging Deeper on Diversity and Inclusion in Advertising Research: A Call to Action," *International Journal of Advertising*, 42(4), 639-640.

Charles R. Taylor (2023) Getting Sentimental About the Need for More Research on Nostalgia in Advertising," *International Journal of Advertising*, 42(3), 459-460.

Charles R. Taylor (2023) "New Thoughts on Advertising's Impact on Consumer Prices," International Journal of Advertising, 42(2), 261-262.]

Charles R. Taylor, Douglas C. West, Colin McDonald & Michael Waterson (2023) "Reflections on the *International Journal of Advertising* on the Journal's History and First 40 years, *International Journal of Advertisin*g, 42(1), 13-17.

Charles R. Taylor (2022), "Hitting the Mark with Active Agers: A Call for More Research on Older Consumers," *International Journal of Advertising*, 41(7), 1179-1180.

Charles R. Taylor (2022) "Future Needs in Gender and LGBT Advertising Portrayals," *International Journal of Advertising*, 41(6), 971-973.

Charles R. Taylor (2022) Advertising and Small Businesses: The Need for More Research, *International Journal of Advertising*, 41(4), 589-590.

Charles R. Taylor (2022), "Research on Advertising in the Metaverse: A Call to Action," *International Journal of Advertising*, 41(3), 383-384.

Charles R. Taylor (2021) "A Call for More Research on Authenticity in Corporate Social Responsibility Programs"*, International Journal of Advertisin*g, 40(7), 969-971.

Charles R. Taylor (2021), "Generational Research and Advertising to Various Age Cohorts," *International Journal of Advertising*, 40(5), 683-685,

Charles R. Taylor (2021), Charting the Path Forward for the International Journal of Advertising, *International Journal of Advertising*, 40(2), 145-147.

Charles R. Taylor (2021), "On Hideki Matsuyama and the Need for More Study of Global Brand Equity," *International Journal of Advertising*, 40(3), 325-326.

Charles R. Taylor (2020) "The Urgent Need for More Research on Influencer Marketing,"*International Journal of Advertising*, 39(7), 889-891,

Charles R. Taylor (2020), "Advertising and Covid-19," *International Journal of Advertising*, 39(5), 587-589.

Charles R. Taylor (2020), "Common Mistakes Made in Submissions to Leading Advertising Journals," *International Journal of Advertising,* 39(3), 329-331.

Charles R. Taylor (2019) "What the Business Roundtable's Statement on the Purpose of a Corporation Means for the Study of Corporate Social Responsibility in Advertising, *International Journal of Advertising*, 38 (8), 1067-1069.

Charles R. Taylor (2019) Editorial: Artificial intelligence, Customized Communications, Privacy, and the General Data Protection Regulation (GDPR), *International Journal of Advertising*, 38 (5), 649-650,

Charles R. Taylor (2019), "Over the Top, Connected, Programmatic and Addressable Television! What Does It All Mean? Definitions and a Call for Research." *International Journal of Advertising*, 38 (3), 343–344

Charles R. Taylor (2019), "The International Journal of Advertising Now Welcomes 'Perspectives' Papers," *International Journal of Advertising*, 38 (2), 171-172,

Charles R. Taylor (2019), Taylor's theorem part II: advice for socially responsible advertisers, *International Journal of Advertising*, 38 (1), 1-4.

Charles R. Taylor (2018), "The New Era of Electronic Word of Mouth (eWOM): 'Be More Chill' Overrules the Critics," *International Journal of Advertising*, 37 (5), 849-851.

Charles R. Taylor (2018), "Global Consumer Culture and Advertising Research," *International Journal of Advertising*, 37 (4), 505-507.

Charles R. Taylor (2018), "Red Alert: On The Need for More Research on Corporate Social Responsibility Appeals in Advertising," *International Journal of Advertising*, 37 (3), 337-339.

Charles R. Taylor (2018), "Generational Research and Advertising to Millennials*, International Journal of Advertising*, 37 (2), 165-167.

Charles R. Taylor (2017), "How to Avoid Marketing Disasters: Back to the Basic Communications Model, but with Some Updates Illustrating the Importance of E-word-of-mouth Research," *International Journal of Advertising*, 36 (4), 515-519.

Charles R. Taylor (2017), "Where Has the Research on Client–agency Relationships gone? The Need for a Deeper Understanding of the Future of Account Management, International Journal of Advertising," 36 (3), 393-395.

Charles R. Taylor (2017), "Native Advertising: The Black Sheep of the Marketing Family," *International Journal of Advertising*, 36 (2), 207-209.

Charles R. Taylor (2017), "The Importance of Research by Cross-national Teams," *International Journal of Advertising*, 36 (1), 1-2

Charles R. Taylor (2016), "On to a New Year," International Journal of Advertising, 35 (6), 907-908.

Charles R. Taylor (2016), "How Much Does an NCAA Basketball Championship Matter: A Call for Research on the Public Relations Impact of Athletic Success," *International Journal of Advertising*, 35 (4), 617-621.

Charles R. Taylor (2016), "Advertising for Luxury and Fashion Goods: An Emerging Area," *International Journal of Advertising*, 35 (3), 389-390.

Charles R. Taylor (2016), "Some Interesting Findings about Super Bowl Advertising," *International Journal of Advertising*, 35 (2), 167-170.

Charles R. Taylor (2015), "The Imminent Return of the Advertising Jingle*," International Journal of Advertising*, 34 (5), 717-719.

Charles R. Taylor (2015), "A Call for More Research on 'Ggreen'or Environmental Advertising," *International Journal of Advertising*, 34 (4), 573-575.

Charles R. Taylor (2015), "On the New Era of Zipping and Zapping: The Need for Research on How Advertisers Deal with an Era of Time-shifted Television Program Viewing on a Variety of Devices," *International Journal of Advertising*, 34 (3), 403-405.

Charles R. Taylor (2015), "Creating Win–win Situations via Advertising: New Developments in

Digital Out-of-home Advertising," *International Journal of Advertising*, 34 (2), 177-180.
Charles R. Taylor (2015), "The International Journal of Advertising in 2015 and Beyond,"
*International Journal of Advertising*, 34 (1), 1-2.

Charles R. Taylor (2014), "Conducting State-of-the-art Cross-cultural Research," *International
Journal of Advertising*, 33 (4), 627-631.
Charles R. Taylor (2014), "Should Tax Deductibility for Advertising be Eliminated? The
Research Evidence says No," *International Journal of Advertising*, 33 (2),197-202.

Charles R. Taylor (2014), "Corporate Social Responsibility and Advertising: Does it Extend to
Taking Stances on Social Issues?" *International Journal of Advertising*, 33 (1), 11-15.

Charles R. Taylor (2013), "Customised Communications: Relevance vs Privacy in Targeted
Messaging," *International Journal of Advertising*, 32 (4), 483-485.

Charles R. Taylor (2013), "On the Economic Effects of Advertising – Evidence that Advertising
= Information,". *International Journal of Advertising,* 32 (3), 339-342.

Charles R. Taylor (2013), "The Advertising Literature and the Role of the *International Journal
of Advertising*," *International Journal of Advertising, 32 (2), 179-182.*

Charles R. Taylor (2013), "Hot Topics in Advertising Research," *International Journal of
Advertising,* 32 (1), 7-12.

Charles R. Taylor (2012), "Back to the Future: Some Topics We Should Not Forget About in
Advertising research," *International Journal of Advertising*, 31(4), 699-702.

Charles R. Taylor (2012), "The London Olympics 2012: What Advertisers Should Watch,"
*International Journal of Advertising*, 31 (3), 459-464.

Charles R. Taylor (2012), "On Advertising in the BRICs and Other Emerging Markets,"
*International Journal of Advertising*, 31 (2), 227-230.

Charles R. Taylor (2011) Making Academic Research on Advertising More Managerially
Relevant," *International Journal of Advertising, 30 (5), 739-742.*

Charles R. Taylor (2011), "New Directions for Research on Targeting Minority G*roups*,"
*International Journal of Advertising, 30 (4), 553-558.*

Charles R. Taylor (2011), "On Advertising Research that Makes an I*mpact*," *International
Journal of Advertising, 30 (3), 369-371.*

Charles R. Taylor (2011), "On Puffery, Professor Preston, and the Societal Effects of
Advertising," *International Journal of Advertising*, 30 (2), 201-204.

Charles R. Taylor (2010), "Campaigning for More Research on Political Advertising," *International Journal of Advertising*, 29 (5), 681-685.

Charles R. Taylor (2010), "Innovation in Traditional Media: Keeping Our 'Eyes On' An Innovative New Measurement System for Out of Home Advertising," *International Journal of Advertising*, 29 (4), 521-525.

Charles R. Taylor (2010) Measuring Return on Investment from Advertising: 'Holy Grail' or Necessary Tool? *International Journal of Advertising*, 29 (3), 345-348.

Charles R. Taylor (2010), "Integrated Marketing Communications in 2010 and Beyond," *International Journal of Advertising*, 29 (2), 161-164.

Charles R. Taylor (2010), "Toward Stronger Theory Development in International Advertising Research," *International Journal of Advertising*, 29 (1), 9-14.

Charles R. Taylor (2009), "Product Placement: A Hot Topic Gets Hotter," *International Journal of Advertising*, 28 (5), 753-756.

Charles R. Taylor (2009), "On the Need for Advertising and Public Policy Research," *International Journal of Advertising*, 28 (4), 601-604.

Charles R. Taylor (2009), "Looking Ahead: The Future of the International Journal of Advertising," *International Journal of Advertising*, 28 (2), 195-197.

## POPULAR BUSINESS PRESS COLUMNS

Forbes Senior Contributor (Forbes.com) .  Available at:
https://www.forbes.com/sites/charlesrtaylor/?sh=2d8f63ac3bef

# REFERENCES

Available on request.