## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** ) | |
| **d/b/a The Cozy Inn; Stephen Howard,** ) | |
| ) | |
| **Plaintiffs,** ) | Civil Action No.  6:24-cv-01027-TC-ADM |
| ) | |
| **v.** ) | |
| ) | |
| **City of Salina, Kansas,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S EXPERT DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(2)**

Defendant City of Salina, Kansas (the "City"), by and through its attorneys Fairfield and Woods, P. C. and Clark, Mize & Linville, Chartered, hereby submits its Expert Disclosure Pursuant to Fed. R. Civ. P. 26(a)(2) as follows:

**RETAINED EXPERT**

The City identifies the following retained expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) as follows:

1.     Mark White, Esq., AICP, White & Smith, LLC, 200 NE Missouri Road, Suite 200, Lee's Summit, MO 64086, (816) 221-8700. Mr. White is an expert in urban and regional planning, zoning, form-based zoning and New Urbanism, and land use.  He is expected to testify pursuant to Fed. R. Civ. P. 26(a)(2)(B) consistently with, and in support of, his opinions and statements as detailed in his expert report submitted herewith and attached as **Exhibit A**.  Mr. White's curriculum vitae, a list of his publications in the last 10 years, and a statement of his compensation to be paid for his study, report and testimony are submitted with his report, and also attached as **Exhibit A**.  Mr. White has not testified as an expert at trial or by deposition in

the last 4 years. Additionally, research, analysis and other assistance undertaken by Mr. White's colleagues is to be compensated as follows: Tyson Smith - $350/hr.; Sean Scoopmire - $200/hr.; and Justin Wallace and Caitlin Cameron - $150/hr.

In addition to the opinions and statements outlined in the expert report attached as **Exhibit A**, Mr. White may also provide rebuttal testimony to any other matters raised by any expert endorsed by Plaintiffs in the same or related fields of expertise as Mr. White.

Mr. White may offer opinion evidence at trial under Federal Rules of Evidence 702, 703, and/or 705. He may also provide deposition testimony or affidavit testimony concerning the subject maters and opinions expressed by him in deposition, this expert report, supplemental expert reports, and/or affidavits as part of his endorsement and disclosure under Fed. R. Civ. P. 26.

As discovery in this matter is ongoing, and as authorized pursuant to Fed. R. Civ. P. 26(e)(2), the City reserves the right to supplement this disclosure.

Respectfully submitted this 16th day of August, 2024.

| *s/ Aaron O. Martin* | *s/ Todd G. Messenger* | *s/ Amanda C. Jokerst* |
|---|---|---|
| Aaron O. Martin | Todd G. Messenger, | Amanda C. Jokerst |
| Bar Number 24170 | CO Bar Number 38783 | CO Bar Number 47241 |
| Attorney for Defendant City of Salina, Kansas | Pro Hac Vice Attorney for Defendant City of Salina, Kansas | Pro Hac Vice Attorney for Defendant City of Salina, Kansas |
| CLARK, MIZE & LINVILLE, CHARTERED | Fairfield and Woods, P.C. | Fairfield and Woods, P.C. |
| P.O. Box 380 | 1801 California St., Ste. 2600 | 1801 California St., Ste. 2600 |
| Salina, KS 67402-0380 | Denver, CO 80202 | Denver, CO 80202 |
| Tel. (785) 823-6325 | Tel. (303) 830-2400 | Tel. (303) 830-2400 |
| Fax: (785) 823-1868 | Fax: (303) 830-1033 | Fax: (303) 830-1033 |
| Email: aomartin@cml-law.com | Email: tmessenger@fwlaw.com | Email: ajokerst@fwlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2024, I caused the foregoing **DEFENDANT'S EXPERT DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(A)(2)** to be served on counsel of record for Plaintiffs, by electronic mail as follows:

Jeffrey Shaw
Sam MacRoberts
Kansas Justice Institute
12980 Metcalf Avenue, Suite 130
Overland Park, KS  66213
Telephone:  (913) 213-5121; (913) 213-5018
E-mail: jeff@kansasjusticeinstitute.org; sam.macroberts@kansasjusticeinstitute.org
*Attorneys for Plaintiffs*

                                                   *s/ Amanda C. Jokerst*
                                                   Amanda C. Jokerst, Esq.