# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** | ) |
| **d/b/a The Cozy Inn; Stephen Howard,** | ) |
| | ) |
|        **Plaintiffs,** | ) **CIVIL ACTION** |
| | ) **CASE NO.  6:24-cv-01027-TC-ADM** |
| | ) |
| **v.** | ) |
| | ) |
| **City of Salina, Kansas,** | ) |
| | ) |
|        **Defendant.** | ) |

**INDEX OF EXHIBITS TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO STRIKE OR EXCLUDE OPINIONS OF ATTORNEY MARK WHITE**

Exhibit 1 – Excerpts from Deposition of Mark White