**Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard**

**v.**

**City of Salina, Kansas**

**Civil Action No. 6:24-cv-01027-TC-ADM**

**Index of Exhibits**

| Exhibit | Title |
|---|---|
| **Exhibit A** | Deposition Excerpts: Defendant's Expert Mark White |