## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** | ) |
| **d/b/a The Cozy Inn; Stephen Howard,** | ) |
| | ) |
| **Plaintiffs,** | ) CIVIL ACTION |
| | ) CASE NO.  6:24-cv-01027-TC-ADM |
| | ) |
| **v.** | ) |
| | ) |
| **City of Salina, Kansas,** | ) |
| | ) |
| **Defendant.** | ) |

## INDEX OF EXHIBITS TO
## DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE (ECF 98)

Exhibit A – Excerpts from Deposition of Charles R. Taylor, Ph.D.

Exhibit B – Westlaw Docket for Borden Park, L.P. v. City of San Antonio

Exhibit C – Westlaw Docket for Peterson et al v. Downers Grove, The Village of

Exhibit D – Westlaw Docket for Lamar OCI South Corporation v. City of Oxford, Mississippi

Exhibit E – Expert Report of Charles R. Taylor, Ph.D.

Exhibit F – Relevant Portions of Stutts Report–The Role of Driver Distraction in Traffic Crashes