TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 06/21/2019**

Today's Date: 1/24/2025
Source: U.S. District Court, Western District of Texas (San Antonio)

| | |
|---|---|
| **Court:** | U.S. District Court, Western District of Texas (San Antonio) |
| **Case Title:** | Borden Park, L.P. v. City of San Antonio |
| **Case:** | 5:03-CV-00491 |
| **Judge:** | Judge W. Royal Furgeson, Jr |
| **Date Filed:** | 06/11/2003 |
| **Date Closed/Terminated:** | 08/16/2006 |
| **Case Status:** | CLOSED |

## CASE INFORMATION

| | |
|---|---|
| **Case Number:** | 5:03CV00491 |
| **Jury Demand:** | Both |
| **Demand:** | $0 |
| **Nature of Suit:** | Other Statutes: Other Statutory Actions (890) |
| **Key Nature of Suit:** | Other Federal Statutes; Other Federal Statutory Actions (340.75) |
| **Jurisdiction:** | Federal Question |
| **Cause:** | 28 USC 1331 Federal Question: Other Civil Rights |

## PARTICIPANT INFORMATION

### Borden Park, L.P.

| | |
|---|---|
| **Party Description:** | Doing Business As Star Storage-Downtown San Antonio |
| **Type:** | Plaintiff |
| **Attorney:** | Andrew Harper Estes |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Lynch, Chappell & Alsup, PC |
| **Attorney Address:** | 300 N. Marienfeld, # 700 |
| | Midland, TX 79701 |
| **Attorney Phone:** | 432-683-3351 |
| **Attorney Fax:** | 432-683-2587 |
| **Email Address:** | hestes@lcalawfirm.com |
| **Attorney:** | Dawn M. Knepper |
| **Status:** | LEAD ATTORNEY |
| **Attorney Terminated:** | TERMINATED: 07/11/2005 |
| **Firm Name:** | Ogletree Deakins Nash Smoak & Stewart, P.C. |
| **Attorney Address:** | 695 Town Center Drive |
| | Suite 1500 |
| | Costa Mesa, CA 92626 |
| **Attorney Phone:** | 714-800-7938 |
| **Attorney Fax:** | 714-754-1298 |
| **Email Address:** | dawn.knepper@odnss.com |
| **Attorney:** | Gay Gueringer |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Richie & Gueringer, P.C. |

| | |
|---|---|
| **Attorney Address:** | 112 E. Pecan Street |
| | Suite 1420 |
| | San Antonio, TX 78205 |
| **Attorney Phone:** | 210-220-1080 |
| **Attorney Fax:** | 210-220-1088 |
| **Email Address:** | gg@rg-sanantonio.com |
| **Attorney:** | Matthew F. Wymer |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Akerman LLP |
| **Attorney Address:** | 112 East Pecan |
| | Suite 2750 |
| | San Antonio, TX 78205 |
| **Attorney Phone:** | 210-582-0217 |
| **Attorney Fax:** | 210-582-0231 |
| **Email Address:** | matthew.wymer@akerman.com |

## Steve Arronge

| | |
|---|---|
| **Type:** | Movant |
| **Attorney:** | J. Stephen Weakley |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | LAW OFFICE OF STEVE WEAKLEY, P.C. |
| **Attorney Address:** | 5150 Broadway, No. 403 |
| | San Antonio, TX 78209 |
| **Attorney Phone:** | 210-364-7406 |
| **Attorney Fax:** | 210-587-6537 |
| **Email Address:** | stevew@steveweakleylawyer.com |

## Habib Erkan

| | |
|---|---|
| **Type:** | Movant |
| **Attorney:** | J. Stephen Weakley |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | LAW OFFICE OF STEVE WEAKLEY, P.C. |
| **Attorney Address:** | 5150 Broadway, No. 403 |
| | San Antonio, TX 78209 |
| **Attorney Phone:** | 210-364-7406 |
| **Attorney Fax:** | 210-587-6537 |
| **Email Address:** | stevew@steveweakleylawyer.com |

## City of San Antonio

| | |
|---|---|
| **Type:** | Defendant |
| **Attorney:** | Fred Riley Jones |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Goode Casseb Jones Riklin Choate & Watson, P.C. |
| **Attorney Address:** | 2122 North Main Avenue |
| | P.O. Box 120480 |
| | San Antonio, TX 78212-9680 |
| **Attorney Phone:** | 210-733-6030 |
| **Attorney Fax:** | 210-733-0330 |

Borden Park, L.P. v. City of San Antonio, 5:03CV00491 (2003)

| | |
|---|---|
| Email Address: | jones@goodelaw.com |
| Attorney: | Michael R. Hedges |
| Status: | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| Firm Name: | Goode Casseb Jones Riklin Choate & Watson |
| Attorney Address: | 2122 North Main Avenue |
| | P.O. Box 120480 |
| | San Antonio, TX 78212-9680 |
| Attorney Phone: | 210-733-6030 |
| Attorney Fax: | 210-733-0330 |
| Email Address: | hedges@goodelaw.com |

**DOCKET PROCEEDINGS (292)**

| Entry #: | Date: | Description: | | |
|---|---|---|---|---|
| 247 | 08/16/2006 | Final JUDGMENT in favor of defendant against plaintiff. Signed by Judge W. Royal Furgeson Jr.. (rg1, ) (Entered: 08/17/2006) | View | Add to request |
| 246 | 08/16/2006 | Opinion dismissing plaintiff's claims and denying 237 defendant's Motion for Attorney Fees Signed by Judge W. Royal Furgeson Jr.. (rg1, ) (Entered: 08/17/2006) | View | Add to request |
| 245 | 06/02/2006 | RESPONSE to Motion re 237 MOTION for Attorney Fees MOTION for Declaratory Judgment MOTION for Permanent Injunction , filed by City of San Antonio. (rg1, ) (Entered: 06/05/2006) | View | Add to request |
| 244 | 05/26/2006 | Sealed Document filed by Borden Park, L.P.. (rg1, ) (Entered: 05/31/2006) | Send Runner to Court | |
| 243 | 05/19/2006 | Sealed Document filed by City of San Antonio. (rf) (Entered: 05/22/2006) | Send Runner to Court | |
| | 05/19/2006 | Received one copy of exhibits to SEALED DOCUMENT # 243, which has been forwarded to Court. (rf) (Entered: 05/22/2006) | Send Runner to Court | |
| 242 | 05/16/2006 | RESPONSE to Plaintiff's Motion 237 for Attorney Fees MOTION for Declaratory Judgment MOTION for Permanent Injunction , filed by City of San Antonio. (rg1, ) (Entered: 05/18/2006) | View | Add to request |
| 241 | 05/05/2006 | Memorandum of law on the issue of 237 MOTION for Attorney Fees - declaratory judgment by City of San Antonio. (rg1, ) (Entered: 05/08/2006) | View | Add to request |

Borden Park, L.P. v. City of San Antonio, 5:03CV00491 (2003)

| | | | |
|---|---|---|---|
| 240 | 05/05/2006 | Memorandum of law on the issue of 237 MOTION for Attorney Fees MOTION for Declaratory Judgment MOTION for Permanent Injunction by City of San Antonio. (rg1, ) (Entered: 05/08/2006) | View   Add to request |
| 239 | 05/05/2006 | Memorandum of Law on plaintiff's "vested rights" claim by City of San Antonio. (rg1, ) (Entered: 05/08/2006) | View   Add to request |
| 238 | 05/05/2006 | MOTION to enter judgment on the jury verdict by City of San Antonio. (rg1, ) (Entered: 05/08/2006) | View   Add to request |
| 237 | 05/05/2006 | MOTION for Attorney Fees, MOTION for Declaratory Judgment, MOTION for Permanent Injunction (PDF document is not available electronically at this time) by Borden Park, L.P.. (rg1, ) (Entered: 05/08/2006) | Send Runner to Court |
| 236 | 04/25/2006 | Minutes of proceedings for Status Conference conducted on 4/25/06 by Judge Furgeson. Court Reporter: Denver Roden (rg1) (Entered: 04/26/2006) | View   Add to request |
| | 04/25/2006 | Status conference held (rg1) (Entered: 04/26/2006) | Send Runner to Court |
| 235 | 04/21/2006 | Order setting status conference to 5:00 4/25/06 signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 04/24/2006) | View   Add to request |
| 234 | 04/21/2006 | Order sequestering jury during deliberations. signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 04/24/2006) | View   Add to request |
| 233 | 04/21/2006 | Jury verdict for City of San Antonio Unredacted Jury Verdict sealed pursuant to E-Government Act of 2002 (rg1) (Entered: 04/24/2006) | View   Add to request |
| 232 | 04/21/2006 | Jury note No. 3 filed Jury note sealed pursuant to E-Government Act of 2002 (rg1) (Entered: 04/24/2006) | View   Add to request |
| 231 | 04/21/2006 | Court's Response to jury note number 2 [225-1] (rg1) (Entered: 04/24/2006) | View   Add to request |
| 230 | 04/21/2006 | Court Response to jury note number 2 [229-1] (rg1) (Entered: 04/24/2006) | View   Add to request |
| 229 | 04/21/2006 | Jury note number 2 filed Jury note sealed pursuant to E- | View   Add to request |

| | | Government Act of 2002 (rg1) (Entered: 04/24/2006) | |
|---|---|---|---|
| 228 | 04/21/2006 | Court's Charge/Instructions to the Jury signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 04/24/2006) | View   Add to request |
| 227 | 04/21/2006 | Minutes of proceedings for Jury Trial conducted on 4/21/06 by Judge Furgeson. Court Reporter: Denver Roden (rg1) Modified on 04/24/2006 (Entered: 04/24/2006) | View   Add to request |
| 226 | 04/21/2006 | Court's Response to jury note number one [225-1] (rg1) (Entered: 04/24/2006) | View   Add to request |
| | 04/21/2006 | Jury trial held. Jury resumes deliberation. Jury note number one and two addressed in open court. Judge Mathy receives verdict in light of Judge Furgeson's absence. Verdict in favor of defendant City of San Antonio. Jurors discharged. Court in recess. (rg1) (Entered: 04/24/2006) | Send Runner to Court |
| | 04/21/2006 | Jury trial concluded (rg1) (Entered: 04/24/2006) | Send Runner to Court |
| 225 | 04/20/2006 | Jury note no. 1 filed Jury note sealed pursuant to E-Government Act of 2002 (rg1) (Entered: 04/24/2006) | View   Add to request |
| 224 | 04/20/2006 | Order sequestering jury during deliberations. signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 04/21/2006) | View   Add to request |
| 223 | 04/20/2006 | Order refusing City of San Antonio's Request for Jury Charge/Instruction - Substantive Due Process signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 04/21/2006) | View   Add to request |
| 222 | 04/20/2006 | Order refusing City of San Antonio's Request for Jury Charge/Instruction - Damages. signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 04/21/2006) | View   Add to request |
| 221 | 04/20/2006 | Order refusing City of San Antonio's Request for Jury Charge/Instruction - ordinance in question... signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 04/21/2006) | View   Add to request |

Borden Park, L.P. v. City of San Antonio, 5:03CV00491 (2003)

| | | | | |
|---|---|---|---|---|
| 220 | 04/20/2006 | Order refusing City of San Antonio's Request for Jury Charge/Instruction - Substantive Due Process signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 04/21/2006) | View | Add to request |
| 219 | 04/20/2006 | Order refusing City of San Antonio's Request for Jury Charge/Instruction - Burden of Proof signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 04/21/2006) | View | Add to request |
| 218 | 04/20/2006 | Minutes of proceedings for Jury Trial conducted on 4/20/06 by Judge Furgeson. Court Reporter: Denver Roden (rg1) (Entered: 04/21/2006) | View | Add to request |
| 217 | 04/20/2006 | Minutes of proceedings for Jury Trial conducted on 4/19/06 by Judge Furgeson. Court Reporter: Denver Roden (rg1) Modified on 04/21/2006 (Entered: 04/21/2006) | View | Add to request |
| | 04/20/2006 | Jury trial held. Partie argue charge before the Court. Court takes up proffer with the parties. Court charges jury. Opening statment heard. Jury retires to deliberate. Court in recess to until 4/21/06. (rg1) (Entered: 04/21/2006) | Send Runner to Court | |
| 216 | 04/19/2006 | Transcript filed for dates of 4/13/06 (Proceedings Transcribed: Redirect Testimony of Bobby Michael McGlone) (Court Reporter: Denver B. Roden) (rg1) (Entered: 04/20/2006) | View | Add to request |
| | 04/19/2006 | Jury trial held. Jurors excused for today. Court has charge conference with the parties. Court would like parties here at 8:30 am to argue jury charge. Court in recess to until 4/20/06. (rg1) (Entered: 04/21/2006) | Send Runner to Court | |
| 215 | 04/17/2006 | Minutes of proceedings for Jury Trial conducted on 4/17/06 by Judge Furgeson. Court Reporter: Denver Roden (rg1) (Entered: 04/18/2006) | View | Add to request |
| 214 | 04/17/2006 | Motion by City of San Antonio for judgment as a | View | Add to request |

|  |  |  |  |
|---|---|---|---|
|  |  | matter of law (rg1) (Entered: 04/18/2006) | |
|  | 04/17/2006 | Jury trial held. Witnesses Michael Clack, Nicholas Harris, Martyn Glen testimony heard. Witness Kelly Skinner heard before the court but testimony was found to be not relevant and will not be heard before the jury. Trial to continue 4/18/06, 9:00am. (rg1) (Entered: 04/18/2006) | Send Runner to Court |
| 213 | 04/14/2006 | Minutes of proceedings for Jury Trial conducted on 4/13/06 by Judge Furgeson. Court Reporter: Denver Roden (rg1) (Entered: 04/17/2006) | View  Add to request |
| 212 | 04/13/2006 | Response by Borden Park, L.P. to defendant's motion for judgment as a matter of law (rg1) (Entered: 04/14/2006) | View  Add to request |
|  | 04/13/2006 | Jury trial held. Direct and cross examination of Mr. Simpson held. Plaintiff rest. Defendant's oral motion for judgment as a matter of law denied. Defense calls Ann McGlone, Jo Souter. Court in recess until April 17, 2006, 10:00am. (rg1) (Entered: 04/17/2006) | Send Runner to Court |
| 211 | 04/12/2006 | Minutes of proceedings for Jury Trial conducted on 4/12/06 by Judge Furgeson. Court Reporter: Denver Roden (rg1) (Entered: 04/13/2006) | View  Add to request |
|  | 04/12/2006 | Jury trial held. Ms. Gueringer calls Charles Taylor to the stand. Mr. Hedges on cross- examination of Mr. Taylor. Mr. Estes calls David Simpson to the stand. Court in recess until 4/13/06, 9:00am. (rg1) (Entered: 04/13/2006) | Send Runner to Court |
| 210 | 04/11/2006 | Minutes of proceedings for Jury trial conducted on 4/11/06 by Judge Furgeson. Court Reporter: Denver Roden (rf) (Entered: 04/11/2006) | View  Add to request |
| 209 | 04/11/2006 | Minutes of proceedings for Jury Trial conducted on 4/10/06 by Judge | View  Add to request |

Borden Park, L.P. v. City of San Antonio, 5:03CV00491 (2003)

| | | | | |
|---|---|---|---|---|
| | | Furgeson. Court Reporter: Denver Roden (rf) (Entered: 04/11/2006) | | |
| 208 | 04/10/2006 | Minutes of proceedings for Jury trial conducted on 4/5/06 by Judge Furgeson. Court Reporter: Denver Roden (rf) (Entered: 04/10/2006) | View | Add to request |
| | 04/10/2006 | Jury trial held. Mr. Hedges on cross-examination of Mr. Erkan, Mr. Estes on re-cross. Mr. Gueringer calls Andrea DeLaune (sworn in) to the stand. Mr. Hedges on cross-examination of Ms. DeLaune. Mr. Estes calls Larry Gottsman (sworn in) to the stand. Mr. Hedges on cross-examination of Mr. Gottsman. Mr. Estes calls Florencio Pena (sworn in) to the stand. Mr. Hedges on cross-examniation of Ms. Pena. Court's in recess until tomorrow at 9:00 a.m. (rf) (Entered: 04/11/2006) | Send Runner to Court | |
| | 04/10/2006 | Jury trial held. Mr. Estes calls Paul Grafe (sworn in) to the stand. Mr. Hedges on cross-examination. Mr. Estes calls Mr. Pena back to the stand. Mr. Jones on cross-examination of Mr. Pena. Court's in recess until tomorrow at 9:00 a.m. (rf) (Entered: 04/11/2006) | Send Runner to Court | |
| 207 | 04/05/2006 | Minutes of proceedings for Jury trial conducted on 4/4/06 by Judge Furgeson. Court Reporter: Denver Roden (rf) (Entered: 04/05/2006) | View | Add to request |
| | 04/05/2006 | Jury trial held. Mr. Hedges on cross-examination of Mr. Banes. Ms. Gueringer calls Mark Morehead (sworn in) to the stand. Mr. Jones on cross-examination. Mr. Estes call Habib Erkan (sworn in) to the stand. Court's in recess until Monday at 9:00 a.m. (rf) (Entered: 04/10/2006) | Send Runner to Court | |
| | 04/04/2006 | Jury trial held. Juror's sworn in, Court gives preliminary instructions. Opening statements heard from Mr. | Send Runner to Court | |

| | | | |
|---|---|---|---|
| | | Estes and Mr. Hedges. Mr. Estes calls David Arrington (sworn in) to the stand. Mr. Hedges on cross-examination. Court admits plaintiff's and defendant's exhibits. Ms. Gueringer calls Jeff Bane (sworn in) to the stand. Mr. Hedges on cross-examination. Court's in recess until tomorrow at 9:00 a.m. (rf) (Entered: 04/05/2006) | |
| 206 | 04/03/2006 | Minutes of proceedings for Jury Selection/Trial conducted on 4/3/6 by Judge Furgeson. Court Reporter: Denver Roden (rg1) (Entered: 04/04/2006) | View  Add to request |
| | 04/03/2006 | Jury selection held . Voir dire begins. Jury selected. (rg1) (Entered: 04/04/2006) | Send Runner to Court |
| | 04/03/2006 | Voir dire begins (rg1) (Entered: 04/04/2006) | Send Runner to Court |
| | 04/03/2006 | Jury trial begun (rg1) (Entered: 04/04/2006) | Send Runner to Court |
| 205 | 03/31/2006 | Notice by Borden Park, L.P. of: Proposed Jury Questionnaire (rg1) (Entered: 04/03/2006) | View  Add to request |
| 204 | 03/31/2006 | Response by Borden Park, L.P. to Defendant's objections to trial exhibits [201-1] (rg1) (Entered: 04/03/2006) | View  Add to request |
| 203 | 03/31/2006 | Proposed partial Jury instructions by Borden Park, L.P. (rg1) (Entered: 04/03/2006) | View  Add to request |
| 202 | 03/31/2006 | Minutes of proceedings for Pretrial Conference conducted on 3/31/6 by Judge Furgeson. Court Reporter: Denver Roden (rg1) (Entered: 04/03/2006) | View  Add to request |
| | 03/31/2006 | Pretrial conference held. Trial issues/causes of action, jury questionnaire, voir dire, jury selection, number of jurors, motions in limine discussed with the parties. (rg1) (Entered: 04/03/2006) | Send Runner to Court |
| 201 | 03/30/2006 | Submission for the Court's Review of Exhibits to which it objects by City of San Antonio (rg1) (Entered: 03/31/2006) | View  Add to request |

| | | | | |
|---|---|---|---|---|
| 200 | 03/30/2006 | Notice by City of San Antonio of: Defendant's Draft Proposed Charge of the Court (rg1) (Entered: 03/31/2006) | View | Add to request |
| 199 | 03/29/2006 | Trial Brief by City of San Antonio (rg1) (Entered: 03/30/2006) | View | Add to request |
| 198 | 03/27/2006 | Exhibit list by City of San Antonio (rg1) (Entered: 03/28/2006) | View | Add to request |
| 197 | 03/27/2006 | Motion by City of San Antonio in limine (rg1) (Entered: 03/28/2006) | View | Add to request |
| 196 | 03/24/2006 | Motion by Borden Park, L.P. in limine (rg1) (Entered: 03/27/2006) | View | Add to request |
| 195 | 03/22/2006 | Objections by Borden Park, L.P. to Trial Exhibit List (rg1) (Entered: 03/23/2006) | View | Add to request |
| 194 | 03/22/2006 | Amended Trial Exhibit list by Borden Park, L.P. (rg1) (Entered: 03/23/2006) | View | Add to request |
| 193 | 03/20/2006 | Trial Brief by Borden Park, L.P. (rg1) (Entered: 03/21/2006) | View | Add to request |
| 192 | 03/20/2006 | Designation of Trial Witnesses and Testifying experts filed by Borden Park, L.P. (rg1) (Entered: 03/21/2006) | View | Add to request |
| 191 | 03/20/2006 | Trial Exhibit list by Borden Park, L.P. (rg1) (Entered: 03/21/2006) | View | Add to request |
| 190 | 03/20/2006 | Third Amended Disclosure and Designation of Potential Witnesses and Testifying experts filed by City of San Antonio (rg1) (Entered: 03/21/2006) | View | Add to request |
| 189 | 03/17/2006 | Minutes of proceedings for Status Conference conducted on 3/17/6 by Judge Furgeson. Court Reporter: Denver Roden (rg1) (Entered: 03/20/2006) | View | Add to request |
| 188 | 03/17/2006 | Pretrial disclosures and Designation of Potential Trial Exhibits filed by City of San Antonio (rg1) (Entered: 03/20/2006) | View | Add to request |
| 187 | 03/17/2006 | Order setting miscellaneous hearing to 9:00 3/22/06 signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 03/20/2006) | View | Add to request |
| 186 | 03/17/2006 | Order setting pretrial conference to 2:00 3/31/06 | View | Add to request |

signed by Hon. W. R.
Furgeson Jr. (rg1) (Entered:
03/20/2006)

| | 03/17/2006 | Status conference held. Court to hold hearing on objectins to exhibits on 3/22/06 and pretrial hearing set for 3/31/06. (rg1) (Entered: 03/20/2006) | Send Runner to Court |
| 185 | 03/10/2006 | Order set status conference for 10:00 3/17/06 signed by Hon. W. R. Furgeson Jr. (rf) (Entered: 03/10/2006) | View / Add to request |
| 184 | 01/09/2006 | Order Motion hearing re motion for protective order [183-1] set for 4:00 1/17/06 signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 01/09/2006) | View / Add to request |
| 183 | 12/16/2005 | Objections, Motion by City of San Antonio for protective order and Response to Plaintiff's Fifth Set of Requests for Production (rg1) (Entered: 12/19/2005) | View / Add to request |
| 182 | 12/09/2005 | Minutes of proceedings for Motion hearing conducted on 12/9/05 by Judge Furgeson. Court Reporter: Roden (tm) (Entered: 12/12/2005) | View / Add to request |
| 181 | 12/09/2005 | Order DENYING motion for partial summary judgment of first amendment and Texas Constitution article I, section 8 [136-1] signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 12/12/2005) | View / Add to request |
| 180 | 12/09/2005 | Order DENYING motion for clarification of the Court's order on plaintiff's second motion for partial summary judgment regarding re-facing signs without a permit [168-1] signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 12/12/2005) | View / Add to request |
| | 12/09/2005 | Motion hearing held for motion for clarification [168-1] (tm) (Entered: 12/12/2005) | Send Runner to Court |
| 179 | 12/02/2005 | Reply by Borden Park, L.P. to response to motion for partial summary judgment of first amendment and Texas Constitution article I, section 8 claims [136-1] (tm) (Entered: 12/05/2005) | View / Add to request |
| 178 | 11/21/2005 | Response by City of San Antonio motion for partial summary judgment of first amendment and Texas Constitution article I, section 8 claims [136-1] (ga) (Entered: 11/22/2005) | View / Add to request |
| 177 | 11/17/2005 | Order setting hearing on plaintiff's motion for clarification | View / Add to request |

| | | | | |
|---|---|---|---|---|
| | | of the Court's order on plaintiff's second motion for partial summary judgment regarding re-facing signs without a permit [168-1] for 9:30 12/9/05 signed by Hon. W. R. Furgeson (tm) (Entered: 11/18/2005) | | |
| 176 | 11/14/2005 | Order DENYING motion to exclude opinions of Lawrence C. Clark [159-1] signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 11/15/2005) | View | Add to request |
| 175 | 11/14/2005 | Order DENYING motion to exclude opinions of Dr. Charles F. Floyd and brief in support [157-1] signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 11/15/2005) | View | Add to request |
| 174 | 11/10/2005 | Minutes of proceedings for Motion hearing conducted on 11/10/05 by Judge Furgeson. Court Reporter: Roden (tm) (Entered: 11/14/2005) | View | Add to request |
| 173 | 11/10/2005 | Sur-reply by City of San Antonio to plaintiff's reply to defendant's response to motion to exclude opinions of Dr. Charles F. Floyd [169-1] (tm) (Entered: 11/14/2005) | View | Add to request |
| | 11/10/2005 | Motion hearing held for motion to exclude [157-1], [159-1] (tm) (Entered: 11/14/2005) | Send Runner to Court | |
| 172 | 11/09/2005 | Order GRANTING defendant's second motion for enlargement of time [170-1]. Deadline is extended to 11/21/05 signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 11/10/2005) | View | Add to request |
| 171 | 11/07/2005 | Response by City of San Antonio to plaintiff's motion for clarification of the Court's order on plaintiff's second motion for partial summary judgment regarding re-facing signs without a permit [168-1] (ga) (Entered: 11/08/2005) | View | Add to request |
| 170 | 11/07/2005 | Unopposed second amended motion by City of San Antonio for enlargement of time (ga) (Entered: 11/08/2005) | View | Add to request |
| 169 | 11/02/2005 | Reply by Borden Park, L.P. to defendant's response to plaintiif's motion to exclude opinions of Dr. Charles F. Floyd and brief in support [157-1] (ga) (Entered: 11/03/2005) | View | Add to request |
| 168 | 10/26/2005 | Motion by Borden Park, L.P. for clarification of the Court's | View | Add to request |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | order on plaintiff's second motion for partial summary judgment regarding re-facing signs without a permit (tm) (Entered: 10/27/2005) |  |  |
| 167 | 10/24/2005 | Order setting motion to exclude [159-1] [157-1] for 3:30 11/10/05 signed by Hon. W. R. Furgeson Jr. (ga) (Entered: 10/26/2005) | View | Add to request |
| 166 | 10/24/2005 | Response by City of San Antonio to motion to exclude opinions of Lawrence C. Clark [159-1] (tm) (Entered: 10/25/2005) | View | Add to request |
| 165 | 10/24/2005 | Response by City of San Antonio to motion to exclude opinions of Dr. Charles F. Floyd and brief in support [157-1] (tm) (Entered: 10/25/2005) | View | Add to request |
| 164 | 10/24/2005 | Agreed Order on motion of Habib Erkan to quash notice of intention to take deposition and request for protective order signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 10/25/2005) | View | Add to request |
| 163 | 10/19/2005 | Order denying as moot motion for hearing on docket no.122 [149-1] signed by Hon. W. R. Furgeson Jr. (ga) (Entered: 10/20/2005) | View | Add to request |
| 162 | 10/19/2005 | Order denying motion to disregard defendant's response to plaintiff's objections to report and recommendations of the United States Magistrate Judge [110-1] signed by Hon. W. Furgeson Jr. (ga) (Entered: 10/20/2005) | View | Add to request |
| 161 | 10/17/2005 | Order GRANTING defendant's unopposed amended motion to exceed response to dispositive motion page limit [156-1], and motion for enlargement time [156-2]. Deadline is extended to 11/8/05 signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 10/18/2005) | View | Add to request |
| 160 | 10/17/2005 | Appendix by Borden Park, L.P. d/b/a Star Storage - Downtown, San Antonio (ga) (Entered: 10/18/2005) | View | Add to request |
| 159 | 10/17/2005 | Motion by Borden Park, L.P. with memorandum in support to exclude opinions of Lawrence C. Clark (ga) (Entered: 10/18/2005) | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 158 | 10/14/2005 | Appendix for motion to exclude opinions of Dr. Charles F. Floyd and brief in support [157-1] by Borden Park, L.P. (rg1) (Entered: 10/17/2005) | View | Add to request |
| 157 | 10/14/2005 | Motion by Borden Park, L.P. to exclude opinions of Dr. Charles F. Floyd and brief in support (rg1) (Entered: 10/17/2005) | View | Add to request |
| 156 | 10/13/2005 | Unopposed amended motion by City of San Antonio to exceed response to dispositive motion page limit 'amended' , and for enlargement time 'amended' [137-1] [137-2] (tm) (Entered: 10/14/2005) | View | Add to request |
| | 10/11/2005 | Mail addressed to Steve Arronge, Habib Erkan : order [155-1] : returned by post office marked RTS / No Forward On File (ga) (Entered: 10/20/2005) | Send Runner to Court | |
| 155 | 09/30/2005 | Order denying motion to exclude testimony of plaintiff's designated expert Claus [120-1] signed by Hon. W. R. Furgeson Jr. (ga) (Entered: 09/30/2005) | Docket Status View | Add to request |
| 154 | 09/28/2005 | Minutes of proceedings for Hearing on Mag appeal; motion to quash and plaintiff's advisory to the court conducted on 9/28/05 by Judge Furgeson. Court Reporter: Roden (tm) (Entered: 09/29/2005) | View | Add to request |
| | 09/28/2005 | Hearing on appeal of Magistrate's order; motion to quash and plaintiff's advisory to the court held. (tm) (Entered: 09/29/2005) | Send Runner to Court | |
| 153 | 09/27/2005 | Fourth amended scheduling order extending Discovery cutoff 12/16/05 ; Jury Selection set for 9:30 4/3/06 ; Jury trial set for 9:30 4/3/06 signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 09/28/2005) | View | Add to request |
| 152 | 09/26/2005 | Response by City of San Antonio to Plaintiff's "Advisory" Seeking to Alter Plaintiff's Signs by Refacing Without a Permit [148-1] (ga) (Entered: 09/26/2005) | View | Add to request |
| 151 | 09/23/2005 | Reply by City of San Antonio to plaintiff's response to motion to quash notices of intention to take oral depositions on Sept 13 and 14, 2005 [131-1], | View | Add to request |

|         |            | motion for protective order (ga) (Entered: 09/26/2005) |  |  |
|---------|------------|--------------------------------------------------------|--|--|
| 150 | 09/23/2005 | Order setting hearing on plaintiff's Advisory to the Court [148-1] to 4:30 9/28/05 signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 09/26/2005) | View | Add to request |
| 149 | 09/22/2005 | Unopposed motion by Borden Park, L.P. for hearing on docket no.122 (ga) (Entered: 09/22/2005) | View | Add to request |
| 148 | 09/22/2005 | Advisory to the court filed by Borden Park, L.P. (ga) (Entered: 09/22/2005) | View | Add to request |
| 147 | 09/16/2005 | Response by Borden Park, L.P. to Erkan's motion to quash notices of intention to take oral depositions on Sept 13 and 14, 2005 [131-1], and motion for protective order [131-2] (tm) (Entered: 09/19/2005) | View | Add to request |
| 146 | 09/14/2005 | Order granting motion to quash notices of intention to take oral depositions on Sept 13 and 14, 2005 [131-1] signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 09/15/2005) | View | Add to request |
|     | 09/14/2005 | Mooted motions motion for protective order [131-2] (tm) (Entered: 09/15/2005) | Send Runner to Court |  |
| 145 | 09/13/2005 | Order REINSTATING Borden Park's motion for partial summary judgment [136-1] and San Antonio's motion for leave to file response to dispositive motion out of page limit [137-1], and motion to extend time to file response to Borden Park's third motion for partial summary judgment [137-2] signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 09/14/2005) | View | Add to request |
| 144 | 09/08/2005 | Minutes of proceedings for Status Conference conducted on 9/7/05 by Judge Furgeson. Court Reporter: Roden (tm) (Entered: 09/09/2005) | View | Add to request |
|     | 09/07/2005 | Status conference held. Court moves trial date to 2/13/06 at 9:00. Hearing set for appeal of magistrate's order and motion to quash for 9/28/05 at 4:30 (tm) (Entered: 09/09/2005) | Send Runner to Court |  |
| 143 | 09/06/2005 | Joint advisory to the court filed by Borden Park, L.P., City of San Antonio regarding the dispositive motion deadline (tm) (Entered: 09/07/2005) | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 142 | 09/06/2005 | Reply by City of San Antonio to defendant's appeal of Magistrate's order on motion to exclude claus [134-1] (tm) (Entered: 09/07/2005) | View | Add to request |
| 141 | 09/01/2005 | Response by Borden Park, L.P. to Magistrate appeal [134-1] (ct) (Entered: 09/02/2005) | View | Add to request |
| 140 | 09/01/2005 | Order setting status conference to 3:00 9/7/05 signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 09/02/2005) | View | Add to request |
| 139 | 09/01/2005 | Order striking motion for partial summary judgment of first amendment and Texas Constitution article I, section 8 [136-1], denying motion for leave to file response to dispositive motion out of page limit [137-1], denying to extend time to file response to Borden Park's third motion for partial summary judgment [137-2] signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 09/02/2005) | View | Add to request |
| 138 | 09/01/2005 | Order VACATING order referring matters to Magistrate Judge signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 09/02/2005) | View | Add to request |
| | 09/01/2005 | CASE NO LONGER REFERRED TO Judge Pamela A. Mathy (tm) (Entered: 09/02/2005) | Send Runner to Court | |
| 137 | 08/31/2005 | Motion by City of San Antonio for leave to file response to dispositive motion out of page limit , and to extend time to file response to Borden Park's third motion for partial summary judgment (ct) (Entered: 09/01/2005) | View | Add to request |
| 136 | 08/26/2005 | Third motion by Borden Park, L.P. with memorandum in support for partial summary judgment of first amendment and Texas Constitution article I, section 8 claims (tm) (Entered: 08/29/2005) | View | Add to request |
| 135 | 08/26/2005 | Order granting motion for leave to file third motion for partial summary judgment out of page limit [133-1] signed by Judge Pamela A. Mathy (tm) (Entered: 08/29/2005) | View | Add to request |
| | 08/26/2005 | Appendix for motion for partial summary judgment of first amendment and Texas | Send Runner to Court | |

|        |            | Constitution article I, section 8 claims [136-1] by Borden Park, L.P. received marked and placed with file (tm) (Entered: 08/29/2005) |  |  |
|--------|------------|---|---|---|
| 134 | 08/25/2005 | Appeal of Magistrate Judge's order on defendant's motion to exclude testimony of plaintiff's designated expert James Claus [130-1] (tm) (Entered: 08/26/2005) | View | Add to request |
| 133 | 08/25/2005 | Motion by Borden Park, L.P. for leave to file third motion for partial summary judgment out of page limit (third motion for summary judgment receive stamped) (ct) (Entered: 08/26/2005) | View | Add to request |
| 132 | 08/19/2005 | Memorandum by Steve Arronge, Habib Erkan in support of motion to quash notices of intention to take oral depositions on Sept 13 and 14, 2005 [131-1], motion for protective order [131-2] (tm) (Entered: 08/22/2005) | View | Add to request |
| 131 | 08/19/2005 | Motion by Steve Arronge, Habib Erkan to quash notices of intention to take oral depositions on Sept 13 and 14, 2005 , and for protective order (tm) (Entered: 08/22/2005) | View | Add to request |
| 130 | 08/15/2005 | Order denying motion to exclude testimony of plaintiff's designated expert Claus [120-1] signed by Judge Pamela A. Mathy (tm) (Entered: 08/16/2005) | View | Add to request |
| 129 | 08/11/2005 | Order granting motion for protective order [126-2], denying motion to quash deposition notice and subpoena duces tecum [126-1] signed by Judge Pamela A. Mathy (tm) (Entered: 08/12/2005) | View | Add to request |
|        | 08/11/2005 | Mooted motions motion to modify deposition notice and subpoena duces tecum [126-3] pursuant to Court's Order doc. no. 129 (tm) (Entered: 08/22/2005) | Send Runner to Court | |
| 128 | 08/09/2005 | Supplement filed by Borden Park, L.P. Re: motion to quash deposition notice and subpoena duces tecum [126-1], motion for protective order [126-2], motion to modify deposition notice and | View | Add to request |

subpoena duces tecum [126-3] (ct) (Entered: 08/10/2005)

127  08/09/2005    Response by City of San Antonio motion to quash deposition notice and subpoena duces tecum [126-1], motion for protective order [126-2], motion to modify deposition notice and subpoena duces tecum [126-3] (ct) (Entered: 08/10/2005)    [View]    [Add to request]

126  08/08/2005    Motion by Borden Park, L.P. to quash deposition notice and subpoena duces tecum , and for protective order , and in the alternative to modify deposition notice and subpoena duces tecum (ct) (Entered: 08/09/2005)    [View]    [Add to request]

125  08/08/2005    Order WITHDRAWING and VACATING order setting jury selection/trial [124-1] filed on 8/5/05. The Jury selection will remain at 9:30 12/5/05 , as well as the Jury trial to remain at 9:30 12/5/05 signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 08/09/2005)    [View]    [Add to request]

124  08/05/2005    Order setting Jury selection to 9:00 10/24/05 , and setting Jury trial to 9:00 10/24/05 signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 08/08/2005)    [View]    [Add to request]

123  08/05/2005    Order granting in part, denying in part Defendant's motion to dismiss [84-1] signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 08/08/2005)    [View]    [Add to request]

122  08/05/2005    Order granting in part, denying in part Plaintif's second motion for partial summary judgment [87-1]. Plaintiff's request for attorney's fees is DENIED signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 08/08/2005)    [View]    [Add to request]

121  07/29/2005    Response by Borden Park, L.P. motion to exclude testimony of plaintiff's designated expert Claus [120-1] (ct) (Entered: 08/01/2005)    [View]    [Add to request]

120  07/18/2005    Motion by City of San Antonio to exclude testimony of plaintiff's designated expert Claus (ct) (Entered: 07/19/2005)    [View]    [Add to request]

119  07/11/2005    Notice of withdrawal of counsel and notice of attorney appearance for Borden Park,    [View]    [Add to request]

| | | | | |
|---|---|---|---|---|
| | | L.P. by Matthew F. Wymer (tm) (Entered: 07/12/2005) | | |
| 118 | 06/06/2005 | Reply by City of San Antonio to response to motion to enlarge number of interrogatories [114-1] (tm) (Entered: 06/07/2005) | View | Add to request |
| 117 | 06/02/2005 | Order granting motion to enlarge number of interrogatories [114-1] signed by Judge Pamela A. Mathy (tm) (Entered: 06/06/2005) | View | Add to request |
| | 06/02/2005 | Mooted motions motion for production to plaintiff [115-1] pursuant to Court's Order dkt no. 117 (tm) (Entered: 06/09/2005) | Send Runner to Court | |
| 116 | 05/31/2005 | Response by Borden Park, L.P. and objections to defendant's motion to enlarge number of interrogatories [114-1], and objections to defendant's motion for production to plaintiff [115-1] (tm) (Entered: 06/01/2005) | View | Add to request |
| 115 | 05/19/2005 | Second interrogatoties and motion by City of San Antonio for production to plaintiff (tm) (Entered: 05/20/2005) | View | Add to request |
| 114 | 05/19/2005 | Motion by City of San Antonio to enlarge number of interrogatories (tm) (Entered: 05/20/2005) | View | Add to request |
| 113 | 04/06/2005 | Amended designation of potential witnesses and testifying experts filed by City of San Antonio (tm) (Entered: 04/07/2005) | View | Add to request |
| 112 | 03/10/2005 | Agreed third amended scheduling order setting: Discovery cutoff 10/25/05; Pretrial order to be submitted on or before 11/4/05 ; Jury Selection set for 9:30 12/5/05 ; Jury trial set for 9:30 12/5/05 signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 03/11/2005) | View | Add to request |
| 111 | 03/07/2005 | Response by City of San Antonio to plaintiff's motion to disregard defendant's response to plaintiff's objections to report recommendations of the United States Magistrate Judge [110-1] (tm) (Entered: 03/08/2005) | View | Add to request |
| 110 | 03/04/2005 | Motion by Borden Park, L.P. to disregard defendant's response to plaintiff's objections to report | View | Add to request |

109  02/25/2005    and recommendations of the
United States Magistrate Judge
(tm) (Entered: 03/07/2005)
Response by City of San
Antonio to plaintiff's report &
recommendation objection
[105-1] (tm) (Entered:
02/28/2005)                         View    Add to request

| | | | | |
|---|---|---|---|---|
| 108 | 02/24/2005 | Combined Witness, Exhibit and Expert List by City of San Antonio (tm) (Entered: 02/25/2005) | View | Add to request |
| 107 | 02/24/2005 | Third amended privilege log filed by City of San Antonio (tm) (Entered: 02/25/2005) | View | Add to request |
| 106 | 02/22/2005 | Notice of attorney appearance for Borden Park, L.P. by Andrew Harper Estes as co-counsel (tm) (Entered: 02/23/2005) | View | Add to request |
| 105 | 02/15/2005 | Objections to report and recommendations [103-1] by Borden Park, L.P. (tm) (Entered: 02/16/2005) | View | Add to request |
| 104 | 02/11/2005 | Objections to report and recommendations [103-1] by City of San Antonio (tm) (Entered: 02/14/2005) | View | Add to request |
| | 02/04/2005 | Acknowledgment receipt of Fred Jones magistrate report and recommendations (tm) (Entered: 02/07/2005) | Send Runner to Court | |
| | 02/04/2005 | Acknowledgment receipt of City of San Antonio's attorney Michael Hedges magistrate report and recommendations (tm) (Entered: 02/07/2005) | Send Runner to Court | |
| | 02/02/2005 | Acknowledgment receipt of Gay Gueringer magistrate report and recommendations (tm) (Entered: 02/02/2005) | Send Runner to Court | |
| | 02/02/2005 | Acknowledgment receipt of Dawn M. Knepper magistrate report and recommendations (tm) (Entered: 02/02/2005) | Send Runner to Court | |
| 103 | 01/28/2005 | Report and recommendation of Judge Mathy recommending that defendant's motion for summary judgment [84-2] be granted ini part and denied in part, [84-1], and Borden Park's second motion for partial summary judgment [87-1] should be denied without prejudice. (Sent copies by certified mail of faxed if authorization is on file.) (tm) (Entered: 04/11/2005) | View | Add to request |
| 102 | 01/11/2005 | Reply by Borden Park, L.P. to response to motion for partial summary judgment [87-1] (tm) (Entered: 01/12/2005) | View | Add to request |
| 101 | 01/11/2005 | Reply by City of San Antonio to response to motion to dismiss [84-1], motion for summary | View | Add to request |

|   |   | judgment [84-2] (tm) (Entered: 01/12/2005) | | |
|---|---|---|---|---|
| 100 | 01/11/2005 | Order granting plaintiff's unopposed motion for leave to exceed page limit [98-1] signed by Judge Pamela A. Mathy (tm) (Entered: 01/12/2005) | View | Add to request |
| 99 | 01/11/2005 | Order granting motion for leave to enlarge page limits for reply to response to second amended motion to dismiss or, the alternative, for summary judgment [97-1] signed by Judge Pamela A. Mathy (tm) (Entered: 01/12/2005) | View | Add to request |
| 98 | 01/10/2005 | Unopposed motion by Borden Park, L.P. for leave to exceed page limit (Reply to defendant's response to second motion for partial summary judgment placed on left side of file) (tm) (Entered: 01/11/2005) | View | Add to request |
| 97 | 01/10/2005 | Unopposed motion by City of San Antonio for leave to enlarge page limits for reply to response to second amended motion to dismiss or, in the alternative, for summary judgment (Reply placed on left side of file) (tm) (Entered: 01/11/2005) | View | Add to request |
| 96 | 01/10/2005 | Exhibit list by Borden Park, L.P. (tm) (Entered: 01/11/2005) | View | Add to request |
| 95 | 01/10/2005 | Designation of potential witness and expert witness filed by Borden Park, L.P. (tm) (Entered: 01/11/2005) | View | Add to request |
| 94 | 12/29/2004 | Response by City of San Antonio in opposition to motion for leave to file response exceeding page limit (Reponse to second motion to dismiss placed with file) [88-1] (rg1) (Entered: 01/03/2005) | View | Add to request |
| 92 | 12/27/2004 | Response by Borden Park, L.P. to defendant's second motion for partial summary judgment [87-1] (tm) (Entered: 12/28/2004) | View | Add to request |
| 91 | 12/27/2004 | Order granting motion for leave to file response exceeding page limit [88-1] signed by Judge Pamela A. Mathy (tm) (Entered: 12/28/2004) | View | Add to request |
| 90 | 12/22/2004 | Objections by City of San Antonio to statement of facts and summary judgment | View | Add to request |

|     |            |                                                                                                                                                      |        |                  |
| --- | ---------- | ---------------------------------------------------------------------------------------------------------------------------------------------------- | ------ | ---------------- |
|     |            | evidence [87-1] (tm) (Entered: 12/27/2004)                                                                                                            |        |                  |
| 89  | 12/22/2004 | Response by City of San Antonio to plaintiff's second motion for partial summary judgment [87-1] (tm) (Entered: 12/27/2004)                           | View   | Add to request   |
| 88  | 12/22/2004 | Motion by Borden Park, L.P. for leave to file response exceeding page limit (Reponse to second motion to dismiss placed with file) (tm) (Entered: 12/27/2004) | View   | Add to request   |
| 87  | 11/23/2004 | Second Motion by Borden Park, L.P. for partial summary judgment (rg) (Entered: 11/29/2004)                                                            | View   | Add to request   |
| 86  | 11/23/2004 | Order granting motion for leave to file second motion for partial summary judgment [85-1] signed by Judge Pamela A. Mathy (rg) (Entered: 11/24/2004)  | View   | Add to request   |
| 85  | 11/22/2004 | Motion by Borden Park, L.P. for leave to file second motion for partial summary judgment (rg) (Entered: 11/23/2004)                                   | View   | Add to request   |
| 84  | 11/22/2004 | Second Motion by City of San Antonio to dismiss , or/ alt for summary judgment (lp) (Entered: 11/23/2004)                                             | View   | Add to request   |
| 83  | 11/22/2004 | Second Amended answer by City of San Antonio : answer [11-1] (lp) (Entered: 11/23/2004)                                                               | View   | Add to request   |
|     | 11/22/2004 | Received plaintiff's second motion for partial summary judgment along with statement of facts supporting the motion (rg) (Entered: 11/23/2004)        | Send Runner to Court |          |
| 82  | 11/10/2004 | Order denying motion for more definite statement [80-1] signed by Judge Pamela A. Mathy (tm) (Entered: 11/12/2004)                                    | View   | Add to request   |
| 81  | 10/25/2004 | Response by Borden Park, L.P. motion for more definite statement [80-1] (tm) (Entered: 10/26/2004)                                                    | View   | Add to request   |
| 80  | 10/12/2004 | Motion by City of San Antonio for more definite statement (tm) (Entered: 10/13/2004)                                                                  | View   | Add to request   |
| 79  | 10/08/2004 | Order granting in part, denying in part motion third amended Scheduling order [60-1] [78-1] resetting scheduling order deadlines: Discovery deadline on 4/11/05 ; Deadline for filing of all motions by 4/25/05 signed | View   | Add to request   |

| | | | | |
|---|---|---|---|---|
| | | by Judge Pamela A. Mathy (tm) (Entered: 10/12/2004) | | |
| 78 | 10/06/2004 | Unopposed motion by City of San Antonio to enter third amended Scheduling order [60-1] (tm) (Entered: 10/07/2004) | View | Add to request |
| 77 | 09/23/2004 | Order denying without prejudice amended motion 'amended' to dismiss [45-1], denying without prejudice amended motion for summary judgment [45-2], denying witout prejudice motion for partial summary judgment [27-1]. New briefing schedule shall be applied to Borden Park: new dispositive motions due 10/21/04, response due 11/22/04, and reply due 12/6/04. Jury selection and trial set for 1/10/05 is VACATED until further ordered by this court. Order which abates all discovery is VACATED without prejudice [75-1]. Motion for leave to serve in excess of thirty requests for admission [68-1] is GRANTED and plaintiff is allowed to propound 19 additional requests for admission on defendant signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 09/24/2004) | View | Add to request |
| 76 | 09/20/2004 | ORDER referring case to U.S. Magistrate Judge Mathy. It is finally ORDERED that the Order entered on 9/17/04, referring specific motions to the Magistrate Judge is VACATED. signed by Hon. W. R. Furgeson Jr. (rg) (Entered: 09/21/2004) | View | Add to request |
| | 09/20/2004 | Case referred to Judge Pamela A. Mathy (rg) (Entered: 09/21/2004) | Send Runner to Court | |
| 93 | 09/17/2004 | Amended complaint by Borden Park, L.P. , amending complaint [1-1] (Pages: 29) (tm) (Entered: 01/03/2005) | View | Add to request |
| 75 | 09/17/2004 | Ordered that Plaintiff's Motion for Leave teo Serve in Excess of Thirty Requests for Admissions is abated. signed by Hon. W. R. Furgeson Jr. (mj) (Entered: 09/20/2004) | View | Add to request |
| 74 | 09/17/2004 | Order granting motion for leave to file second amended complaint [65-1] signed by | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | Hon. W. R. Furgeson Jr. (mj) (Entered: 09/20/2004) | | |
| 73 | 09/17/2004 | Order referring motions : referred amended motion 'amended' to dismiss [45-1] to Judge Pamela A. Mathy, referred amended motion for summary judgment [45-2] to Judge Pamela A. Mathy, referred motion for partial summary judgment [27-1] to Judge Pamela A. Mathy signed by Hon. W. R. Furgeson Jr. (mj) (Entered: 09/20/2004) | View | Add to request |
| 72 | 09/16/2004 | Reply by Borden Park, L.P. to response to motion for leave to file second amended complaint [65-1] (ct) (Entered: 09/17/2004) | View | Add to request |
| 71 | 09/16/2004 | Minutes of proceedings for Motion for Leave to Amend conducted on September 16, 2004 by Judge Furgeson. Court Reporter: Denver Roden (ct) (Entered: 09/17/2004) | View | Add to request |
| 70 | 09/15/2004 | Response by City of San Antonio in opposition to motion for leave to serve in excess of thirty requests for admission [68-1] (rg) (Entered: 09/16/2004) | View | Add to request |
| 69 | 09/14/2004 | Order Motion hearing motion for leave to serve in excess of thirty requests for admission [68-1] for 2:30 9/16/04, motion for leave to file second amended complaint [65-1] for 2:30 9/16/04 signed by Hon. W. R. Furgeson Jr. (ct) (Entered: 09/15/2004) | View | Add to request |
| 68 | 09/10/2004 | Motion by Borden Park, L.P. for leave to serve in excess of thirty requests for admission (ct) (Entered: 09/13/2004) | View | Add to request |
| 67 | 09/07/2004 | Notice by Borden Park, L.P. of: Certificate of Conference concerning Plaintiff's Motion for Leave to File Second Amended Complaint (ct) (Entered: 09/08/2004) | View | Add to request |
| 66 | 09/07/2004 | Response by City of San Antonio in opposition to motion for leave to file second amended complaint [65-1] (ct) (Entered: 09/08/2004) | View | Add to request |
| 65 | 08/26/2004 | Motion by Borden Park, L.P. for leave to file second amended | View | |

|   |   | complaint (tm) (Entered: 08/27/2004) |  |
|---|---|---|---|
| 64 | 05/14/2004 | Advisory to the court filed by Borden Park, L.P., City of San Antonio regarding the status of this case. (rg1) (Entered: 05/17/2004) | Send Runner to Court |
| 63 | 04/16/2004 | Transcript filed for dates of 3/23/04 (Proceedings Transcribed: Motion Hearing) (Court Reporter: Denver Roden) (fe) (Entered: 04/19/2004) | Send Runner to Court |
| 62 | 03/23/2004 | Minutes of proceedings for Motion for Summary Judgment Hearing conducted on 03/23/04 by Judge Furgeson. Court Reporter: Roden (rg1) (Entered: 03/24/2004) | Send Runner to Court |
| 61 | 03/23/2004 | Order staying pending amended motion for summary judgment [45-2], motion for partial summary judgment [27-1]. Plaintiff shall advise the court by 5/14/04 of the s tatus of its claims. signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 03/24/2004) | View   Add to request |
|   | 03/23/2004 | Motion hearing held for the following motions: [45-2], [27-1] motion for summary judgment. parties are ordered to report back in 45 days. If matters are not worked out, then the Court will hold hearing on pending motions. (rg1) (Entered: 03/24/2004) | Send Runner to Court |
| 60 | 03/12/2004 | Scheduling order setting Discovery cutoff 12/10/04 Pretrial order to be submitted on or before 12/17/04 ; Jury Selection set for 9:30 1/10/05; Jury trial set for 9:30 1/10/05. signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 03/15/2004) | View   Add to request |
| 59 | 03/12/2004 | Order granting unopposed motion to enter second amended scheduling order [58-1] signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 03/15/2004) | View   Add to request |
| 58 | 03/11/2004 | Unopposed Motion by Borden Park, L.P. to enter second amended scheduling order (fe) (Entered: 03/12/2004) | Send Runner to Court |
| 57 | 02/12/2004 | Reply by City of San Antonio to response to amended motion 'amended' to dismiss [45-1], | Send Runner to Court |

| | | | |
|---|---|---|---|
| | | amended motion for summary judgment [45-2] (rg1) (Entered: 02/12/2004) | |
| 56 | 02/12/2004 | Order granting defendant's motion to enlarge page limits for reply to plaintiff's response to defendant's amended motion to dismiss... [55-1] signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 02/12/2004) | View   Add to request |
| 55 | 02/10/2004 | Unopposed Motion by City of San Antonio to enlarge page limits for reply to plaintiff's response to defendant's amended motion to dismiss... (Reply attached) (rg1) (Entered: 02/11/2004) | Send Runner to Court |
| 54 | 02/10/2004 | Reply by Borden Park, L.P. to response to plaintiff's motion for partial summary judgment [27-1] (rg1) (Entered: 02/11/2004) | Send Runner to Court |
| 52 | 02/09/2004 | Order Motion hearing regarding amended motion for summary judgment [45-2] set for 10:30 3/23/04, motion for summary judgment for 10:30 3/23/04, motion for partial summary judgment [27-1] for 10:30 3/23/04 signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 02/09/2004) | View   Add to request |
| 53 | 02/06/2004 | Advisory to the court filed by City of San Antonio regarding withdrawal of motions filed 11/13/03. (rg1) (Entered: 02/09/2004) | Send Runner to Court |
| | 02/06/2004 | Advisory to the Court regarding Withdrawal motion to dismiss [51-1], motion for summary judgment [51-2] filed 11/13/03. (rg1) (Entered: 02/09/2004) | Send Runner to Court |
| 50 | 02/03/2004 | Response by Borden Park, L.P. to City of San Antonio's amended motion 'amended' to dismiss [45-1], amended motion for summary judgment [45-2] (fe) (Entered: 02/04/2004) | Send Runner to Court |
| 49 | 02/03/2004 | Order granting plaintiff's motion to exceed page limits for plaintiff's response to defendant's amended motion to dismiss or, in alternative for sumary judgment [47-1] signed by Hon. W. R. Furgeson Jr. (fe) (Entered: 02/04/2004) | View   Add to request |

| 48 | 02/03/2004 | Defendant City of San Antonio's First Supplemental Rule 26 Initial Disclosures. (fe) (Entered: 02/04/2004) | Send Runner to Court |
| 47 | 01/30/2004 | Unopposed Motion by Borden Park, L.P. to exceed page limits for plaintiff's response to defendant's amended motion to dismiss or, in the alternative for sumary judgment (response attached) (rg1) (Entered: 02/02/2004) | Send Runner to Court |
| 46 | 01/30/2004 | Response by City of San Antonio to plaintiff's motion for partial summary judgment [27-1] (rg1) (Entered: 02/02/2004) | Send Runner to Court |
| 45 | 01/23/2004 | Amended motion by City of San Antonio : 'amended' to dismiss , or in the alternative for summary judgment and supporting brief (kc) (Entered: 01/26/2004) | Send Runner to Court |
| 44 | 01/23/2004 | Order granting motion to enlarge page limits for de fendant's amended motion to dismiss... (amended motion attached) [42-1] signed by Hon. W. R. Furgeson Jr. (kc) (Entered: 01/26/2004) | View    Add to request |
| 43 | 01/21/2004 | Supplement filed by Borden Park, L.P. Re: motion for partial summary judgment [27-1] (rg1) (Entered: 01/22/2004) | Send Runner to Court |
| 42 | 01/21/2004 | Motion by City of San Antonio to enlarge page limits for de fendant's amended motion to dismiss... (amended motion attached) (rg1) (Entered: 01/22/2004) | Send Runner to Court |
| 41 | 12/17/2003 | Answer by City of San Antonio to amended complaint; jury demand (rg1) (Entered: 12/19/2003) | Send Runner to Court |
| 40 | 12/17/2003 | First Amended complaint by Borden Park, L.P. , amending complaint [1-1] (Pages: 24) (rg1) (Entered: 12/19/2003) | View    Add to request |
| 39 | 12/17/2003 | Amended Scheduling order setting Joining of parties, amending of pleadings on 12/15/03 Discovery cutoff 5/14/04 ; Jury Selection set for 9:30 5/24/04 ; Jury trial set for 9:30 5/24/04 , termed motions signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 12/18/2003) | View    Add to request |

| 38 | 12/17/2003 | Order granting motion to enter amended scheduling order [35-1] signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 12/18/2003) | View | Add to request |
| 37 | 12/17/2003 | Order granting motion to amend complaint [1-1] (First Amended Complaint attached) [33-1] signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 12/18/2003) | View | Add to request |
| 36 | 12/17/2003 | Order granting motion for leave to file amended answer [34-1] signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 12/18/2003) | View | Add to request |
| 35 | 12/15/2003 | Unopposed Motion by Borden Park, L.P. to enter amended scheduling order (rg1) (Entered: 12/16/2003) | Send Runner to Court | |
| 34 | 12/15/2003 | Motion by City of San Antonio for leave to file amended answer (amended answer attached) (rg1) (Entered: 12/16/2003) | Send Runner to Court | |
| 33 | 12/11/2003 | Unopposed Motion by Borden Park, L.P. to amend complaint [1-1] (First Amended Complaint attached) (rg1) (Entered: 12/12/2003) | Send Runner to Court | |
| 51 | 11/13/2003 | Motion by City of San Antonio to dismiss , or, in the alternative, for summary judgment (rg1) (Entered: 02/06/2004) | Send Runner to Court | |
| 32 | 11/13/2003 | First Supplemental Answer by City of San Antonio (rg1) (Entered: 11/17/2003) | Send Runner to Court | |
| 31 | 11/13/2003 | Minutes of proceedings for pending motions hearing conducted on 11/13/03 by Judge Furgeson. Court Reporter: Roden (rg1) (Entered: 11/14/2003) | Send Runner to Court | |
| 30 | 11/13/2003 | Order denying motion for sanctions [21-2], denying motion to compel dft to respond to requests for production [21-1] granting motion for leave to file first supplemental answer [23-1] signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 11/14/2003) | View | Add to request |
| 29 | 11/13/2003 | Order granting motion for leave to file motion for partial summary judgment in excess of page limit [26-1] signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 11/14/2003) | View | Add to request |

|    | 11/13/2003 | Motion hearing held for the following motions: [23-1], [21-1], [21-2]. Order to be entered. (rg1) (Entered: 11/14/2003) | Send Runner to Court |
|----|------------|---------------------------------------------------------------------------------------------------------------------|-----------------------|
| 28 | 11/12/2003 | Statement of Facts by Borden Park, L.P. in support of motion for partial summary judgment [27-1] (rg1) (Entered: 11/13/2003) | Send Runner to Court |
| 27 | 11/12/2003 | Motion by Borden Park, L.P. for partial summary judgment (rg1) Modified on 11/13/2003 (Entered: 11/13/2003) | Send Runner to Court |
| 26 | 11/12/2003 | Motion by Borden Park, L.P. for leave to file motion for partial summary judgment in excess of page limit (rg1) Modified on 11/13/2003 (Entered: 11/13/2003) | Send Runner to Court |
| 25 | 11/04/2003 | Order Motion hearing on motion for leave to file first supplemental answer [23-1] for 1:30 11/13/03 signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 11/05/2003) | View    Add to request |
| 24 | 11/03/2003 | Response by City of San Antonio motion to compel dft to respond to requests for production [21-1] (rg1) (Entered: 11/04/2003) | Send Runner to Court |
| 23 | 10/30/2003 | Motion by City of San Antonio for leave to file first supplemental answer (fe) (Entered: 10/31/2003) | Send Runner to Court |
|    | 10/30/2003 | Received "Defendant's First Supplemental Answer". (fe) (Entered: 10/31/2003) | Send Runner to Court |
| 22 | 10/23/2003 | Order hearing on motion to compel dft to respond to requests for production [21-1] set for 2:30 11/4/03 signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 10/23/2003) | View    Add to request |
| 21 | 10/20/2003 | Motion by Borden Park, L.P. to compel dft to respond to requests for production , for sanctions (rg1) (Entered: 10/21/2003) | Send Runner to Court |
| 20 | 08/29/2003 | Alternate Dispute Resolution Report filed by Borden Park, L.P., Party(s) do not agree to Alternate Dispute Resolution (rg1) (Entered: 09/02/2003) | Send Runner to Court |
| 19 | 08/20/2003 | Alternate Dispute Resolution Report filed by City of San Antonio, Party(s) do not agree | Send Runner to Court |

|    |            | to Alternate Dispute Resolution (rg1) (Entered: 08/21/2003) |                         |
|----|------------|-----------------------------|-------------------------|
| 18 | 08/14/2003 | Scheduling order setting Joining of parties, amending of pleadings on 10/30/03 Deadline for filing of all motions 2/13/04 Discovery cutoff 1/23/04 ; Alternate Dispute Resolution Report due by 8/29/03 ; Jury Selection set for 9:00 4/5/04 ; Jury trial set for 9:00 4/5/04 , termed motions signed by Hon. W. R. Furgeson Jr. (lp) (Entered: 08/15/2003) | View   Add to request |
| 17 | 08/14/2003 | Notice of filing initial disclosures by City of San Antonio (lp) (Entered: 08/15/2003) | Send Runner to Court |

|   | 08/05/2003 | Terminated motion to vacate briefing schedule for plaintiff's motion for temporary injunction [16-1].Per order document # 15. (mj) (Entered: 08/05/2003) | Send Runner to Court |
|---|---|---|---|
|   | 08/04/2003 | Terminated motion for permanent injunction [1-4]; Scheduling order entered - relief requested in complaint. (mj) (Entered: 08/04/2003) | Send Runner to Court |
| 16 | 08/01/2003 | Joint Motion by Borden Park, L.P. to vacate briefing schedule for plaintiff's motion for temporary injunction (rg1) (Entered: 08/04/2003) | Send Runner to Court |
|   | 07/30/2003 | Terminated motion for Writ of Certiorari [1-1] (mj) (Entered: 07/30/2003) | Send Runner to Court |
| 15 | 07/29/2003 | Order mooting joint motion to extend briefing schedule for plaintiff's motion for temporary injunction [12-1], mooting motion for temporary injunction [1-3] signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 07/30/2003) | View    Add to request |
| 14 | 07/23/2003 | Answer by Borden Park, L.P. (lp) (Entered: 07/24/2003) | Send Runner to Court |
| 13 | 07/21/2003 | Transcript filed for dates of 05/28/03 (Proceedings Transcribed: Hearing on motion for Temporary Injunction) (Court Reporter: Denver B. Roden) (rg1) (Entered: 07/23/2003) | Send Runner to Court |
| 12 | 07/09/2003 | Joint motion by Borden Park, L.P., City of San Antonio to extend briefing schedule for plaintiff's motion for temporary injunction (fe) (Entered: 07/09/2003) | Send Runner to Court |
| 11 | 07/03/2003 | Answer by City of San Antonio; jury demand (rg1) (Entered: 07/03/2003) | Send Runner to Court |
| 10 | 06/30/2003 | Briefing Scheduling for Plaintiff's Motion for Temporary Injunction - mooting motion for temporary restraining order [1-2] setting answer due to 7/3/03 for City of San Antonio , discovery deadline 7/14/03 , Alternate Dispute Resolution Report Deadline 7/23/03 signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 07/01/2003) | View    Add to request |
| 9 | 06/30/2003 | Order hearing on motion for temporary injunction [1-3] set for 2:30 8/14/03 signed by | View    Add to request |

|   |            |                                                                                                                                                                      |                       |
|---|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------|
|   |            | Hon. W. R. Furgeson Jr. (rg1) (Entered: 07/01/2003)                                                                                                                   |                       |
| 8 | 06/25/2003 | Minutes of proceedings for Status Conference conducted on 06/25/03 by Judge Furgeson. Court Reporter: Denver Roden (rg1) (Entered: 06/27/2003)                        | Send Runner to Court  |
|   | 06/25/2003 | Status conference held. Temporary injunction addressed. Scheduling deadlines set. (rg1) (Entered: 06/27/2003)                                                         | Send Runner to Court  |
| 7 | 06/24/2003 | Response by Borden Park, L.P. to defendant's motion for continuance of preliminary injunction hearing [4-1] (rg1) (Entered: 06/26/2003)                               | Send Runner to Court  |
| 6 | 06/24/2003 | Response by Borden Park, L.P. to defendant's motion for continuance of preliminary injunction hearing, or in the alternative, motion to reconsider. [4-1] (fe) (Entered: 06/25/2003) | Send Runner to Court  |
| 5 | 06/23/2003 | Order granting motion for continuance of preliminary injunction hearing [4-1] set status conference for 10:30 6/25/03 signed by Hon. W. R. Furgeson Jr. (fe) (Entered: 06/25/2003) | View   Add to request |
| 4 | 06/23/2003 | Motion by City of San Antonio for continuance of preliminary injunction hearing (fe) (Entered: 06/25/2003)                                                            | Send Runner to Court  |
| 3 | 06/16/2003 | Return of service executed as to City of San Antonio on 6/13/03 by personal service on Yolanda L. Ledesma (rg) (Entered: 06/18/2003)                                  | Send Runner to Court  |
| 2 | 06/13/2003 | Order Motion hearing for motion for temporary restraining order [1-2] for 10:30 6/25/03 signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 06/16/2003)                 | View   Add to request |
| 1 | 06/11/2003 | Complaint filed. Filing Fee: $ 150.00 Receipt # 183450 (Pages: 25) (ct) (Entered: 06/12/2003)                                                                         | Send Runner to Court  |
| 1 | 06/11/2003 | Demand for jury trial by Borden Park, L.P. (ct) (Entered: 06/12/2003)                                                                                                 | Send Runner to Court  |
| 1 | 06/11/2003 | Motion by Borden Park, L.P. for Writ of Certiorari , and for temporary restraining order , and for temporary injunction ,                                             | View   Add to request |

|  |  |  |
|---|---|---|
| 06/11/2003 | and for permanent injunction (ct) Modified on 06/12/2003 (Entered: 06/12/2003) Case assigned to Hon. W. R. Furgeson Jr. (ct) (Entered: 06/12/2003) | Send Runner to Court |

TO ORDER COPIES OF ANY DOCUMENTS LISTED
ABOVE, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document**                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.