TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 10/16/2019**

Today's Date: 1/24/2025
Source: U.S. District Court, Northern District of Illinois (Chicago)

| | |
|---|---|
| **Court:** | U.S. District Court, Northern District of Illinois (Chicago) |
| **Case Title:** | Peterson et al v. Downers Grove, The Village of |
| **Case:** | 1:14-CV-09851 |
| **Judge:** | Honorable Edmond E. Chang |
| **Date Filed:** | 12/08/2014 |
| **Other Dockets:** | Case in other court: 16-03055 |
| **Date Closed/Terminated:** | 02/04/2016 |
| **Case Status:** | KIM, TERMED |

**SYNOPSIS INFORMATION**

| | |
|---|---|
| **Allegations:** | Plaintiff sought a declaration stating defendant to limit the maximum allowable wall signs area facing the driveway in accordance with the ordinance. |
| **Damages:** | Declaratory judgment, nominal damages, permanent and preliminary relief, expenses, fees and costs. |
| **COMPLAINT (MANUALLY RETRIEVED)** | Original Image of this Document (PDF) |

**CASE INFORMATION**

| | |
|---|---|
| **Case Number:** | 1:14CV09851 |
| **Jury Demand:** | None |
| **Demand:** | $1,000 |
| **Nature of Suit:** | Civil Rights: Other Civil Rights (440) |
| **Key Nature of Suit:** | Civil Rights; Other Federal Civil Rights (110.45) |
| **Jurisdiction:** | Federal Question |
| **Cause:** | 42 USC 1983 Civil Rights Act |

**PARTICIPANT INFORMATION**

### Robert Peterson

| | |
|---|---|
| **Party Description:** | Owner of Liebundguth Moving & Storage, Inc. |
| **Type:** | Plaintiff |
| **Attorney:** | Jacob Huebert |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Attorney Address:** | Liberty Justice Center |
| | 190 S. LaSalle Street, Suite 1500 |
| | Chicago, IL 60603 |
| **Attorney Phone:** | 312-263-7668 |
| **Email Address:** | jhuebert@libertyjusticecenter.org |
| **Attorney:** | Jeffrey M. Schwab |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Attorney Address:** | Liberty Justice Center |
| | 190 South LaSalle Street |
| | Suite 1500 |

|                     |                                  |
|---------------------|----------------------------------|
|                     | Chicago, IL 60603                |
| **Attorney Phone:** | 312-263-7668                     |
| **Email Address:**  | jschwab@libertyjusticecenter.org |

## Leibundguth Moving & Storage, Inc.

|                         |                                   |
|-------------------------|-----------------------------------|
| **Type:**               | Plaintiff                         |
| **Party Terminated:**   | TERMINATED: 01/30/2015            |
| **Attorney:**           | Jacob Huebert                     |
| **Status:**             | ATTORNEY TO BE NOTICED            |
| **Attorney Address:**   | Liberty Justice Center            |
|                         | 190 S. LaSalle Street, Suite 1500 |
|                         | Chicago, IL 60603                 |
| **Attorney Phone:**     | 312-263-7668                      |
| **Email Address:**      | jhuebert@libertyjusticecenter.org |
| **Attorney:**           | Jeffrey M. Schwab                 |
| **Status:**             | ATTORNEY TO BE NOTICED            |
| **Attorney Address:**   | Liberty Justice Center            |
|                         | 190 South LaSalle Street          |
|                         | Suite 1500                        |
|                         | Chicago, IL 60603                 |
| **Attorney Phone:**     | 312-263-7668                      |
| **Email Address:**      | jschwab@libertyjusticecenter.org  |

## Leibundguth Storage & Van Service, Inc.

|                       |                                  |
|-----------------------|----------------------------------|
| **Type:**             | Plaintiff                        |
| **Attorney:**         | Jeffrey M. Schwab                |
| **Status:**           | ATTORNEY TO BE NOTICED           |
| **Attorney Address:** | Liberty Justice Center           |
|                       | 190 South LaSalle Street         |
|                       | Suite 1500                       |
|                       | Chicago, IL 60603                |
| **Attorney Phone:**   | 312-263-7668                     |
| **Email Address:**    | jschwab@libertyjusticecenter.org |

## The Village of Downers Grove

|                        |                                     |
|------------------------|-------------------------------------|
| **Party Description:** | an Illinois municipal corporation   |
| **Type:**              | Counter Claimant                    |
| **Attorney:**          | Scott M. Day                        |
| **Status:**            | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:**         | Attorney at Law                     |
| **Attorney Address:**  | 300 East 5th Avenue                 |
|                        | Suite 365                           |
|                        | Naperville, IL 60563                |
| **Attorney Phone:**    | 708-637-9811                        |
| **Email Address:**     | smd@dayrobert.com                   |

## The Village of Downers Grove

| | |
|---|---|
| **Party Description:** | an Illinois municipal corporation |
| **Type:** | Defendant |
| **Attorney:** | Scott M. Day |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Attorney at Law |
| **Attorney Address:** | 300 East 5th Avenue |
| | Suite 365 |
| | Naperville, IL 60563 |
| **Attorney Phone:** | 630-637-9811 |
| **Email Address:** | smd@drm.law |

## Leibundguth Storage & Van Service, Inc.

| | |
|---|---|
| **Type:** | Counter Defendant |
| **Attorney:** | Jeffrey M. Schwab |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Attorney Address:** | Liberty Justice Center |
| | 190 South LaSalle Street |
| | Suite 1500 |
| | Chicago, IL 60603 |
| **Attorney Phone:** | 312-263-7668 |
| **Email Address:** | jschwab@libertyjusticecenter.org |

## Robert Peterson

| | |
|---|---|
| **Party Description:** | Owner of Liebundguth Moving & Storage, Inc. |
| **Type:** | Counter Defendant |
| **Attorney:** | Jacob Huebert |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Attorney Address:** | Liberty Justice Center |
| | 190 S. LaSalle Street, Suite 1500 |
| | Chicago, IL 60603 |
| **Attorney Phone:** | 312-263-7668 |
| **Email Address:** | jhuebert@libertyjusticecenter.org |
| **Attorney:** | Jeffrey M. Schwab |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Attorney Address:** | Liberty Justice Center |
| | 190 South LaSalle Street |
| | Suite 1500 |
| | Chicago, IL 60603 |
| **Attorney Phone:** | 312-263-7668 |
| **Email Address:** | jschwab@libertyjusticecenter.org |

### CALENDAR INFORMATION
View Calendar Information

**DOCKET PROCEEDINGS (92)**

| Entry #: | Date: | Description: | | |
|---|---|---|---|---|
| 91 | 10/16/2019 | CERTIFIED COPY OF OPINION from the USCA for the 7th Circuit; Argued 3/27/17; Decided 9/24/19 in USCA case no. 16-3055; AFFIRMED. (gcy, ) (Entered: 10/16/2019) | View | Add to request |
| 90 | 10/16/2019 | CERTIFIED COPY OF USCA FINAL JUDGMENT dated 9/24/19 regarding notice of appeal 76 ; USCA No. 16-3055; The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date. (gcy, ) (Entered: 10/16/2019) | View | Add to request |
| 89 | 10/16/2019 | MANDATE of USCA dated 10/16/19 regarding notice of appeal 76 ;USCA No.16-3055 ; No record to be returned. (gcy, ) (Entered: 10/16/2019) | View | Add to request |
| 88 | 02/14/2017 | CERTIFIED copy of order dated 2/14/2017 from the 7th Circuit regarding notice of appeal 76 ; Appellate case no. : 16-3055; This matter comes before the court for its consideration of the MOTION TO RESCHEDULE ORAL ARGUMENT, filed on February 13, 2017, by counsel for Appellee Village of Downers Grove, Although the court will ordinarily respect requests by counsel made in advance of the scheduling of an appeal for oral argument, that the court avoid scheduling argument for a particular day or week, Circuit Rule 34(b)(3), postponement of oral argument, once oral argument is scheduled, will be granted only in extraordinary circumstances. Circuit Rule 34(e). Such circumstances have not been demonstrated in this instance. Accordingly, the motion is DENIED and oral argument will proceed as | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 87 | 02/13/2017 | scheduled. (jh, ) (Entered: 02/14/2017) USCA RECEIVED on 2/13/2017 the long record regarding notice of appeal 76 (ek, ) (Entered: 02/14/2017) | View | Add to request |
| 86 | 02/13/2017 | CERTIFIED and transmitted to the USCA for the 7th Circuit the long record on appeal 76 (USCA no. 16-3055) (ek, ) (Entered: 02/13/2017) | View | Add to request |
| 85 | 02/13/2017 | NOTICE to Transmit Record on Appeal regarding notice of appeal 76 ; USCA Case No. 16-3055. (jh, ) (Entered: 02/13/2017) | View | Add to request |
| 84 | 08/15/2016 | DESIGNATION by Downers Grove, The Village of of record on appeal : USCA Case No. 16-3055 (Day, Scott) (Entered: 08/15/2016) | View | Add to request |
| 83 | 08/05/2016 | SEVENTH CIRCUIT transcript information sheet by Leibundguth Storage & Van Service, Inc. (Schwab, Jeffrey) (Entered: 08/05/2016) | View | Add to request |
| 82 | 08/05/2016 | DESIGNATION by Leibundguth Storage & Van Service, Inc. of record on appeal : USCA Case No. 16-3055. (jh, ) (Entered: 08/05/2016) | View | Add to request |
| 81 | 07/29/2016 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 76 ; USCA Case No. 16-3055. (jh, ) (Entered: 07/29/2016) | View | Add to request |
| 80 | 07/28/2016 | NOTICE of Correction regarding 79 (ek, ) (Entered: 07/28/2016) | View | Add to request |
| 79 | 07/28/2016 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 76 . Notified counsel (ek, ) (Main Document 79 replaced on 7/28/2016) (ek, ). (Entered: 07/28/2016) | View | Add to request |
| 78 | 07/28/2016 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 76 (ek, ) (Entered: 07/28/2016) | View | Add to request |
| 77 | 07/28/2016 | DOCKETING Statement by Leibundguth Storage & Van Service, Inc. regarding notice of appeal 76 | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 76 | 07/28/2016 | (Schwab, Jeffrey) (Entered: 07/28/2016) NOTICE of appeal by Leibundguth Storage & Van Service, Inc. regarding orders 53 , 75 Filing fee $ 505, receipt number 0752-12196409. (Schwab, Jeffrey) (Entered: 07/28/2016) | View | Add to request |
| 75 | 06/29/2016 | ENTERED AMENDED JUDGMENT on 6/29/2016:Emailed notice(slb, ) (Entered: 06/29/2016) | View | Add to request |
| 74 | 06/29/2016 | MEMORANDUM Opinion and Order signed by the Honorable Edmond E. Chang. For the reasons stated in the Opinion, Plaintiffs' motion to alter judgment 63 is denied. The Court will enter, however, an amended judgment to reflect that Leibundguth's challenge to Section 9.050(C)(5)s size restriction is not moot for Article III purposes, but that its claim is still dismissed for the same reasons Leibundguth's challenge to the other size restriction in § 9.050(A) was dismissed.Emailed notice(slb, ) (Entered: 06/29/2016) | View | Add to request |
| 73 | 05/27/2016 | MINUTE entry before the Honorable Edmond E. Chang: The parties will be notified of the decision on the Rule 59 motion via posting on the docket. The status hearing of 05/31/2016 is vacated. Emailed notice (slb, ) (Entered: 05/27/2016) | View | Add to request |
| 72 | 04/19/2016 | MINUTE entry before the Honorable Edmond E. Chang: Plaintiff's Rule 59 motion 63 is fully briefed and under advisement. Status hearing of 04/21/2016 is reset to 05/31/2016 at 9:30 AM.Emailed notice (slb, ) (Entered: 04/19/2016) | View | Add to request |
| 71 | 03/17/2016 | REPLY by Plaintiff Leibundguth Storage & Van Service, Inc. to motion to alter judgment 63 | Docket Status View | Add to request |

| | | | | |
|---|---|---|---|---|
| 70 | 03/03/2016 | (Schwab, Jeffrey) (Entered: 03/17/2016) RESPONSE by Downers Grove, The Village of in Opposition to MOTION by Plaintiff Leibundguth Storage & Van Service, Inc. to alter judgment 63 (Day, Scott) (Entered: 03/03/2016) | View | Add to request |
| 69 | 02/04/2016 | MINUTE entry before the Honorable Edmond E. Chang: On Plaintiff's Rule 59 motion 63 , Defendant shall respond by 03/03/2016. Plaintiffs shall reply by 03/17/2016. To track the case, a status hearing is set for 04/21/2016 at 9 a.m.Emailed notice (slb, ) (Entered: 02/04/2016) | View | Add to request |
| 68 | 02/04/2016 | ENTERED JUDGMENT on 2/4/2016:Emailed notice(slb, ) (Entered: 02/04/2016) | View | Add to request |
| 67 | 02/04/2016 | MEMORANDUM Opinion and Order signed by the Honorable Edmond E. Chang. For the reasons stated in the Opinion, Plaintiffs' motion to stay 54 is denied and the Court relinquishes jurisdiction over Downers Grove's state-law counterclaim, which is dismissed without prejudice. A separate AO-450 judgment shall be entered. Civil case terminated. Emailed notice(slb, ) (Entered: 02/04/2016) | Docket Status View | Add to request |
| 66 | 02/04/2016 | MINUTE entry before the Honorable Edmond E. Chang: The status hearing of 02/04/2016 is vacated. The Court will be issuing, today, an order via posting on the docket. Emailed notice (Chang, Edmond) (Entered: 02/04/2016) | View | Add to request |
| 65 | 02/03/2016 | NOTICE of Motion by Jeffrey M. Schwab for presentment of motion to alter judgment 63 before Honorable Edmond E. Chang on 2/8/2016 at 08:30 AM. (Schwab, Jeffrey) (Entered: 02/03/2016) | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 64 | 02/03/2016 | MEMORANDUM by Leibundguth Storage & Van Service, Inc. in support of motion to alter judgment 63 (Attachments: # 1 Exhibit A) (Schwab, Jeffrey) (Entered: 02/03/2016) | View | Add to request |
| 63 | 02/03/2016 | MOTION by Plaintiff Leibundguth Storage & Van Service, Inc. to alter judgment (Schwab, Jeffrey) (Entered: 02/03/2016) | View | Add to request |
| 62 | 01/29/2016 | MINUTE entry before the Honorable Edmond E. Chang:Attached to this minute entry is the parties' letter agreement on scheduling, which the Court adopts: the position papers or motions on retaining supplemental jurisdiction over Defendant Village's counterclaim due by 01/21/2016, with cross responses on 01/28/2016. Plaintiffs' motion for stay of the 54(b) judgment and prosecution due 01/21/2016. Defendant Village's response to the stay motion due by 01/28/2016. The Court will endeavor to decide the stay motion on 02/04/2016. The Village agrees to waive the right to prosecute violations through 02/04/2016.Emailed notice (Attachments: # 1 Exhibit Letter) (slb, ) (Entered: 01/29/2016) | View | Add to request |
| 61 | 01/28/2016 | Defendant's Response to Plaintiff's Motion to Stay Enforcement of the Sign Ordinance During Post-Judgment Motions and Pending Appeal by Downers Grove, The Village of (Day, Scott) (Entered: 01/28/2016) | View | Add to request |
| 60 | 01/28/2016 | Defendant's Response to Plaintiff's Brief in Support of the Court Relinquishing Supplemental Jurisdiction by Downers Grove, The Village of (Day, Scott) (Entered: 01/28/2016) | View | Add to request |
| 59 | 01/28/2016 | RESPONSE by Plaintiff Leibundguth Storage & Van Service, Inc. to other 57 | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 58 | 01/28/2016 | Defendant's Memorandum of Law Addressing Supplemental Jurisdiction (Schwab, Jeffrey) (Entered: 01/28/2016) NOTICE of Motion by Jeffrey M. Schwab for presentment of motion to stay,, motion for relief, 54 before Honorable Edmond E. Chang on 2/8/2016 at 08:30 AM. (Schwab, Jeffrey) (Entered: 01/28/2016) | View | Add to request |
| 57 | 01/21/2016 | Defendant's Memorandum of Law Addressing Supplemental Jurisdiction Over State Law Counterclaim by Downers Grove, The Village of (Day, Scott) (Entered: 01/21/2016) | View | Add to request |
| 56 | 01/21/2016 | MEMORANDUM by Leibundguth Storage & Van Service, Inc. in support of the Court relinquishing supplemental jurisdiction (Schwab, Jeffrey) (Entered: 01/21/2016) | View | Add to request |
| 55 | 01/21/2016 | MEMORANDUM by Leibundguth Storage & Van Service, Inc. in support of motion to stay, motion for relief,, 54 (Schwab, Jeffrey) (Entered: 01/21/2016) | View | Add to request |
| 54 | 01/21/2016 | MOTION by Plaintiff Leibundguth Storage & Van Service, Inc. to stay regarding entered judgment 53 During Post-Judgment Motions and Pending Appeal (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Schwab, Jeffrey) (Entered: 01/21/2016) | View | Add to request |
| 53 | 01/07/2016 | ENTERED JUDGMENT. Mailed notice (meg, ) (Entered: 01/07/2016) | View | Add to request |
| 52 | 01/07/2016 | MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. After a substantial discussion of the various lingering issues, the Court decided as follows: first, the Court will enter a Rule 54(b) judgment on the federal claims and corresponding federal counterclaim, | View | Add to request |

| | | | |
|---|---|---|---|
| | | because there is no just reason for delay of entry of judgment on those claims. Second, with regard to the state-law claims, over which jurisdiction was exercised under supplemental jurisdiction, the parties shall file position papers, by 01/21/2016, on whether the Court should relinquish supplemental jurisdiction over the claims. The parties may cross-respond by 01/28/2016. Status hearing continued to 02/04/2016 at 9:00 a.m. Mailed notice (meg, ) (Entered: 01/07/2016) | |
| 51 | 12/14/2015 | MEMORANDUM Opinion and Order signed by the Honorable Edmond E. Chang. For the reasons stated in the Opinion, Defendant's motion for summary judgment 35 is granted and Plaintiff's motion for summary judgment 39 is denied. A separate AO-450 shall be entered. As explained in the conclusion of the Opinion, a temporary stay of the judgment is entered until 12/28/2015, in order to allow the parties to confer on a possible agreement about fines pending appeal, or absent that, for Plaintiffs to file a motion for stay pending appeal. The status hearing of 12/17/2015 is reset to 01/07/2016 at 10:00 a.m.Emailed notice(slb, ) (Entered: 12/15/2015) | Docket Status<br>View  Add to request |
| 50 | 11/30/2015 | MINUTE entry before the Honorable Edmond E. Chang: The Court has the cross-motions for summary judgment under advisement, so the status hearing of 12/02/2015 is reset to 12/17/2015 at 9:45 a.m.Emailed notice (slb, ) (Entered: 11/30/2015) | View  Add to request |
| 49 | 10/27/2015 | MINUTE entry before the Honorable Edmond E. Chang: In light of the fully | View  Add to request |

| | | | | |
|---|---|---|---|---|
| | | briefed cross-motions for summary judgment, the status hearing of 10/29/2015 is reset to 12/02/2015 at 9:15 AM.Emailed notice (slb, ) (Entered: 10/27/2015) | | |
| 48 | 10/05/2015 | RULE 56 (a) Statement Reply to Defendant's Response to Plaintiff's Statement of Facts (Schwab, Jeffrey) (Entered: 10/05/2015) | View | Add to request |
| 47 | 10/05/2015 | REPLY by Plaintiff Leibundguth Storage & Van Service, Inc. to motion for summary judgment 39 (Schwab, Jeffrey) (Entered: 10/05/2015) | View | Add to request |
| 46 | 09/21/2015 | RULE 56 (a) Statement Reply to Plaintiff's Response to Defendant's Statement of Facts and Response to Plaintiff's Statement of Facts (Attachments: # 1 Exhibit 1)(Day, Scott) (Entered: 09/21/2015) | View | Add to request |
| 45 | 09/21/2015 | REPLY by Defendant Downers Grove, The Village of in support of its Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Day, Scott) (Entered: 09/21/2015) | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 44 | 09/04/2015 | MINUTE entry before the Honorable Edmond E. Chang: Defendant's unopposed extension motion 42 is granted: Defendant's combined reply and response is due on 09/21/2015 and the Plaintiff's reply on its own motion is due on 10/05/2015.Emailed notice (Chang, Edmond) (Entered: 09/04/2015) | View | Add to request |
| 43 | 08/31/2015 | Extend Briefing Schedule NOTICE of Motion by Scott M. Day for presentment of motion by filer to set a briefing schedule 42 before Honorable Edmond E. Chang on 9/9/2015 at 08:30 AM. (Day, Scott) (Entered: 08/31/2015) | View | Add to request |
| 42 | 08/31/2015 | MOTION by Defendant Downers Grove, The Village of to set a briefing schedule Extend (Day, Scott) (Entered: 08/31/2015) | View | Add to request |
| 41 | 08/24/2015 | MEMORANDUM by Leibundguth Storage & Van Service, Inc. in support of motion for summary judgment 39 and response to defendant's motion for summary judgment (Schwab, Jeffrey) (Entered: 08/24/2015) | Docket Status View | Add to request |
| 40 | 08/24/2015 | RULE 56 (a)(3) Statement by Leibundguth Storage & Van Service, Inc. regarding motion for summary judgment 39 (Attachments: # 1 List of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K) (Schwab, Jeffrey) (Entered: 08/24/2015) | View | Add to request |
| 39 | 08/24/2015 | MOTION by Plaintiff Leibundguth Storage & Van Service, Inc. for summary judgment and response to defendant's motion for summary judgment (Schwab, Jeffrey) (Entered: 08/24/2015) | View | Add to request |
| 38 | 07/24/2015 | Statement of Uncontested Material Facts (Attachments: # 1 Exhibit 2 2005 Sign Ord, # 2 Exhibit 3 2015 Sign Ord, # 3 Exhibit 4 Staff Report, # 4 Exhibit 5 Dep Peterson, # | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | 5 Exhibit 6 Dep Taylor, # 6 Exhibit 7 Dep Popovich, # 7 Exhibit 8 Dep Ainsworth, # 8 Exhibit 9 Dep Pointner, # 9 Exhibit 10 SOS, # 10 Exhibit 11 Aff Popovich, # 11 Exhibit 12 Community Sign Regs, # 12 Exhibit 13 Summary Chart, # 13 Exhibit 14 Treatises)(Day, Scott) Modified on 7/27/2015 by the clerk's office (jl). (Entered: 07/24/2015) | | |
| 37 | 07/24/2015 | Statement of Uncontested Material Facts (Attachments: # 1 Exhibit 1A - Aff Holden w docs, # 2 Exhibit 1B - Aff Holden w docs, # 3 Exhibit 1C - Aff Holden w docs, # 4 Exhibit 1 D - Aff Holden w docs, # 5 Exhibit 2 - 2005 Sign Ord)(Day, Scott) Modified on 7/27/2015 by the clerk's office (jl). (Entered: 07/24/2015) | View | Add to request |
| 36 | 07/24/2015 | Memorandum in Support of its Motion for Summary Judgment. (Attachments: # 1 Exhibit A - 2005 Sign Ord, # 2 Exhibit B - 2015 Sign Ord, # 3 Exhibit C - Staff Report, # 4 Exhibit D - Affidavit Popovich, # 5 Exhibit E - Summary Chart)(Day, Scott) Modified by the clerks office on 7/27/2015 (jl, ). (Entered: 07/24/2015) | View | Add to request |
| 35 | 07/24/2015 | MOTION by Defendant Downers Grove, The Village of for summary judgment (Day, Scott) (Entered: 07/24/2015) | Docket Status View | Add to request |
| 34 | 07/15/2015 | MINUTE entry before the Honorable Edmond E. Chang: Plaintiff's motion to bar expert 31 Pete Pointner is denied without prejudice. A briefing schedule is already set on the cross motions for summary judgment. That is the proper place to brief the issue of the admissibility of expert evidence that is relied on by Defendants, because the defense motion will be specific on what opinions, if any (or a subset), the defense actually relies on in moving for (or responding to) summary judgment. Then there will be a concrete dispute to decide, rather than just a wholesale attack on the | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | opinions. Additionally, the expert dispute will be in the actual context of the motions that matter, namely, the summary judgment motions. The Court strove to set the 4-brief schedule to maximize efficiency for both the parties and the Court; this expert-related motion upends that. If Plaintiff needs extra pages (beyond the 20-page limit already granted) in briefing the summary judgment motion, Plaintiff can ask for that when appropriate. Emailed notice (slb, ) (Entered: 07/15/2015) | | |
| 33 | 07/13/2015 | NOTICE of Motion by Jeffrey M. Schwab for presentment of motion to bar 31 before Honorable Edmond E. Chang on 7/16/2015 at 08:30 AM. (Schwab, Jeffrey) (Entered: 07/13/2015) | View | Add to request |
| 32 | 07/13/2015 | MEMORANDUM by Leibundguth Storage & Van Service, Inc. in support of motion to bar 31 Defendant's Expert Report and Testimony (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Schwab, Jeffrey) (Entered: 07/13/2015) | View | Add to request |
| 31 | 07/13/2015 | MOTION by Plaintiff Leibundguth Storage & Van Service, Inc. to bar Defendant's Expert Report and Testimony (Schwab, Jeffrey) (Entered: 07/13/2015) | Docket Status View | Add to request |
| 30 | 05/22/2015 | MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Both parties reported that they will be filing a motion for summary judgment. The Court sets a briefing schedule to have four briefs instead of six: Defendant's opening motion for summary judgment due 07/24/2015. Plaintiff's combined cross-motion for summary judgment and response to Defendant's motion for summary judgment due 08/24/2015 (do not notice it for presentment). Defendant's combined reply on its own motion and Defendant's | View | Add to request |

| | | | Docket Status | |
|---|---|---|---|---|
| | | response to Plaintiff's cross-motion due 09/14/2015. Plaintiff's reply on its own motion due 09/28/2015. Each brief may use 20 pages. Status hearing set for 10/29/2015 at 9:30 a.m. Emailed notice (slb, ) (Entered: 05/22/2015) | | |
| 29 | 04/27/2015 | MEMORANDUM Opinion and Order signed by the Honorable Edmond E. Chang on April 27, 2015. For the reasons stated in the Opinion, Defendant's motion to dismiss 13 is denied. Emailed notice (slb, ) (Entered: 04/27/2015) | View | Add to request |
| 28 | 04/03/2015 | TRANSCRIPT OF PROCEEDINGS held on 1-30-15 before the Honorable Edmond E. Chang. Court Reporter Contact Information: Krista Burgeson, Krista_Burgeson@ilnd.uscourts.gov, 312-435-5567. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 4/24/2015. Redacted Transcript Deadline set for 5/4/2015. Release of Transcript Restriction set for 7/2/2015. (Burgeson, Krista) (Entered: 04/03/2015) | View | Add to request |
| 27 | 03/25/2015 | MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Counsel for both sides reported that all fact discovery has been completed and Plaintiff will be making an expert-report disclosure. Plaintiff's expert report to be submitted to Defendant by 04/20/2015. The deposition of Plaintiff's expert to be completed by 05/11/2015. | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | For the reasons stated in open Court, Defendant may hold off on disclosing any rebuttal expert. Status hearing set for 05/22/2015 at 9:00 a.m.Emailed notice (slb, ) (Entered: 03/26/2015) | | |
| 26 | 03/18/2015 | AFFIDAVIT of Service filed by Defendant Downers Grove, The Village of regarding Subpoena served on ATG Trust Company on 03/13/2015 (Day, Scott) (Entered: 03/18/2015) | View | Add to request |
| 25 | 03/12/2015 | REPLY by Defendant Downers Grove, The Village of to Motion to Dismiss for Failure to State a Claim 13 , memorandum in support of motion 14 (Day, Scott) (Entered: 03/12/2015) | View | Add to request |
| 24 | 03/11/2015 | Answer to Affirmative Defenses to Counterclaim by Downers Grove, The Village of (19) (Day, Scott) (Entered: 03/11/2015) | View | Add to request |
| 23 | 03/04/2015 | RESPONSE by Leibundguth Storage & Van Service, Inc., Robert Petersonin Opposition to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM 13 (Schwab, Jeffrey) (Entered: 03/04/2015) | View | Add to request |
| 22 | 03/04/2015 | MINUTE entry before the Honorable Edmond E. Chang: Plaintiffs' motion to file instanter 17 response to dismissal motion is granted. Plaintiffs shall file it as a separate docket entry. Emailed notice (slb, ) (Entered: 03/04/2015) | View | Add to request |
| 21 | 03/02/2015 | AFFIDAVIT of Service filed by Defendant Downers Grove, The Village of regarding Subpoena served on ATG Trust Company on 02/17/2015 (Day, Scott) (Entered: 03/02/2015) | View | Add to request |
| 20 | 02/27/2015 | Rule 7.1 Disclosure Statement by Leibundguth Storage & Van Service, Inc. (Schwab, Jeffrey) (Entered: 02/27/2015) | View | Add to request |
| 19 | 02/27/2015 | Plaintiffs' ANSWER to counterclaim and Affirmative Defenses by Leibundguth Storage & Van Service, Inc., Robert Peterson(Schwab, Jeffrey) (Entered: 02/27/2015) | View | Add to request |
| 18 | 02/27/2015 | NOTICE of Motion by Jeffrey M. Schwab for presentment of motion for leave to file 17 before Honorable Edmond E. Chang | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | on 3/5/2015 at 08:30 AM. (Schwab, Jeffrey) (Entered: 02/27/2015) | | |
| 17 | 02/27/2015 | MOTION by Plaintiffs Leibundguth Storage & Van Service, Inc., Robert Peterson for leave to file Response to Defendant's Motion to Dismiss (Attachments: # 1 Exhibit A) (Schwab, Jeffrey) (Entered: 02/27/2015) | View | Add to request |
| 16 | 02/13/2015 | MINUTE entry before the Honorable Edmond E. Chang: On Defendant's motion to dismiss 13 , Plaintiffs shall respond by 02/26/2015. Defendant may reply by 03/12/2015. Emailed notice (slb, ) (Entered: 02/13/2015) | View | Add to request |
| 15 | 02/10/2015 | NOTICE of Motion by Scott M. Day for presentment of Motion to Dismiss for Failure to State a Claim 13 before Honorable Edmond E. Chang on 2/17/2015 at 08:30 AM. (Day, Scott) (Entered: 02/10/2015) | View | Add to request |
| 14 | 02/05/2015 | MEMORANDUM by Downers Grove, The Village of in support of Motion to Dismiss for Failure to State a Claim 13 (Attachments: # 1 Exhibit Exhibit A)(Day, Scott) (Entered: 02/05/2015) | View | Add to request |
| 13 | 02/05/2015 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Day, Scott) (Entered: 02/05/2015) | Docket Status View | Add to request |
| 12 | 02/05/2015 | Verified ANSWER to amended complaint , COUNTERCLAIM filed by Downers Grove, The Village of against All Plaintiffs . by Downers Grove, The Village of(Day, Scott) (Entered: 02/05/2015) | View | Add to request |
| 11 | 01/30/2015 | MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. The Court commends the parties on a productive conferral to advance the litigation in an expeditious way. The first-round of written discovery request must be issued by 02/06/2015. Both sides shall respond to the discovery requests by 02/27/2015. Rule 26(a)(1) disclosures due by | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | 02/13/2015. Fact discovery to be completed by 03/31/2015. Leave of Court is given to Plaintiffs to file an amended complaint. Status hearing set for 03/25/2015 at 9:30 a.m., at which time the parties will discuss a potential expert discovery schedule, and if appropriate, the Court also will set the briefing schedule on the cross-motions for summary judgment (with 4 briefs rather than 6). As represented by defense counsel during the hearing, Defendant has agreed not to enforce the sign ordinance against Plaintiffs' sign until the decision on the cross-motions, including no accrual of daily fines during this pendency. Emailed notice (slb, ) (Entered: 02/04/2015) | | |
| 10 | 01/30/2015 | First AMENDED complaint by Robert Peterson, Leibundguth Storage & Van Service, Inc. against All Defendants and terminating Leibundguth Moving & Storage, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Schwab, Jeffrey) (Entered: 01/30/2015) | View | Add to request |
| 9 | 01/29/2015 | MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, and in advance of the status hearing, the Court asks the parties to consider whether an accelerated trial on the merits (under Rule 65(a)(2) or otherwise), after appropriate discovery, is a more sensible way to proceed rather than a preliminary-injunction hearing, which offers only a preliminary resolution to the case. This plan would almost surely require a longer forbearance period, beyond 04/17/2015. Emailed notice (slb, ) (Entered: 01/29/2015) | View | Add to request |
| 8 | 01/23/2015 | STATUS Report of all Parties by Leibundguth Moving & Storage, Inc., Robert Peterson (Schwab, Jeffrey) (Entered: 01/23/2015) | View | Add to request |

| # | Date | Description | | |
|---|---|---|---|---|
| 7 | 12/29/2014 | ATTORNEY Appearance for Defendant Downers Grove, The Village of by Scott M. Day; Notice. (as, ) (Entered: 01/05/2015) | View | Add to request |
| 6 | 12/23/2014 | WAIVER OF SERVICE returned executed by Robert Peterson, Leibundguth Moving & Storage, Inc.. Downers Grove, The Village of waiver sent on 12/9/2014, answer due 2/9/2015. (Schwab, Jeffrey) (Entered: 12/23/2014) | View | Add to request |
| 5 | 12/12/2014 | MINUTE entry before the Honorable Edmond E. Chang: Status hearing set for 01/30/2015 at 9:30 a.m. The parties must file a joint initial status report with the content described in the attached status report requirements at least 3 business days before the initial status hearing. Plaintiff must still file the report even if not all Defendants have been served or have responded to requests to craft a joint report. Additionally, the parties must read Judge Chang's Case Management Procedures on the Court's website; those Procedures are considered standing orders in this case. Emailed notice (Attachments: # 1 Status Report Requirements) (slb, ) (Entered: 12/12/2014) | View | Add to request |
| 4 | 12/08/2014 | ATTORNEY Appearance for Plaintiffs Leibundguth Moving & Storage, Inc., Robert Peterson by Jacob Horst Huebert (Huebert, Jacob) (Entered: 12/08/2014) | View | Add to request |
| 3 | 12/08/2014 | ATTORNEY Appearance for Plaintiffs Leibundguth Moving & Storage, Inc., Robert Peterson by Jeffrey M. Schwab (Schwab, Jeffrey) (Entered: 12/08/2014) | View | Add to request |
| 2 | 12/08/2014 | CIVIL Cover Sheet (Schwab, Jeffrey) (Entered: 12/08/2014) | View | Add to request |
| 1 | 12/08/2014 | COMPLAINT filed by Robert Peterson, Leibundguth Moving & Storage, Inc.; Filing fee $ 400, receipt number 0752-10133188. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Schwab, Jeffrey) (Entered: 12/08/2014) | View | Add to request |

| | | |
|---|---|---|
| 12/08/2014 | CASE ASSIGNED to the Honorable Edmond E. Chang. Designated as Magistrate Judge the Honorable Young B. Kim. (daj, ) (Entered: 12/09/2014) | Send Runner to Court |

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW COURTEXPRESS 1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document** © 2025 Thomson Reuters. No claim to original U.S. Government Works.