TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 12/06/2023**

Today's Date: 1/24/2025
Source: U.S. District Court, Northern District of Mississippi (Western)

| | |
|---|---|
| **Court:** | U.S. District Court, Northern District of Mississippi (Western) |
| **Case Title:** | Lamar OCI South Corporation v. City of Oxford, Mississippi |
| **Case:** | 3:12-CV-00002 |
| **Judge:** | District Judge Sharion Aycock |
| **Date Filed:** | 01/09/2012 |
| **Date Closed/Terminated:** | 12/09/2013 |
| **Case Status:** | CLOSED, SAA2 |

## CASE INFORMATION

| | |
|---|---|
| **Case Number:** | 3:12CV00002 |
| **Referred To:** | Magistrate Judge David A. Sanders |
| **Jury Demand:** | None |
| **Nature of Suit:** | Civil Rights: Other Civil Rights (440) |
| **Key Nature of Suit:** | Civil Rights; Other Federal Civil Rights (110.45) |
| **Jurisdiction:** | Diversity |
| **Cause:** | 28 USC 1343 Violation of Civil Rights |

## PARTICIPANT INFORMATION

### Lamar OCI South Corporation

| | |
|---|---|
| **Type:** | Plaintiff |
| **Attorney:** | Jeffrey Dean Leathers |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | GREER, RUSSELL, DENT & LEATHERS, PLLC |
| **Attorney Address:** | P.O. Box 907 |
| | Tupelo, MS 38802-0907 |
| **Attorney Phone:** | 662-842-5345 |
| **Attorney Fax:** | 662-842-6870 |
| **Email Address:** | jleathers@greerlawfirm.com |
| **Attorney:** | Lisa A. Reppeto |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Attorney Address:** | P. O. Box 1005 |
| | 39215-1005 |
| | Jackson, MS 39201 |
| **Attorney Phone:** | 601-592-1010 |
| **Attorney Fax:** | 601-592-6060 |
| **Email Address:** | lreppeto@cwplaw.com |
| **Attorney:** | Mark D. Herbert |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Taggart, Rimes & Wiggins |
| **Attorney Address:** | 1022 Highland Colony Pkwy |
| | Ste 101 |
| | Ridgeland, MS 39157 |

Lamar OCI South Corporation v. City of Oxford, Mississippi, 3:12CV00002 (2012)

| | |
|---|---|
| **Attorney Phone:** | 601-898-8400 |
| **Email Address:** | mark@trwlawyers.com |
| **Attorney:** | Sabrina B. Ruffin |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE LLP |
| **Attorney Address:** | P.O. Box 427 |
| | Jackson, MS 39205-0427 |
| **Attorney Phone:** | 601-949-4900 |
| **Email Address:** | sruffin@joneswalker.com |

## City of Oxford, Mississippi

| | |
|---|---|
| **Type:** | Defendant |
| **Attorney:** | Pope S. Mallette |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Mayo Mallette PLLC |
| **Attorney Address:** | 5 University Office Park |
| | 2094 Old Taylor Road |
| | Suite 200 |
| | Oxford, MS 38655 |
| **Attorney Phone:** | 662-236-0055 |
| **Attorney Fax:** | 662-236-0035 |
| **Email Address:** | pmallette@mayomallette.com |
| **Attorney:** | Elise Kilpatrick Atkins |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | MAYO MALLETTE, PLLC |
| **Attorney Address:** | P.O. Box 1456 |
| | Oxford, MS 38655 |
| **Attorney Phone:** | 662-236-0055 |
| **Email Address:** | eatkins@mayomallette.com |
| **Attorney:** | J. Cal Mayo, Jr. |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | MAYO MALLETTE, PLLC |
| **Attorney Address:** | P.O. Box 1456 |
| | Oxford, MS 38655 |
| **Attorney Phone:** | 662-236-0055 |
| **Attorney Fax:** | 662-236-0035 |
| **Email Address:** | cmayo@mayomallette.com |
| **Attorney:** | Paul Bowie Watkins, Jr. |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Mayo Mallette PLLC |
| **Attorney Address:** | 5 University Office Park |
| | 2094 Old Taylor Road |
| | Suite 200 |
| | Oxford, MS 38655 |
| **Attorney Phone:** | 662-236-0055 |
| **Attorney Fax:** | 662-236-0035 |
| **Email Address:** | pwatkins@mayomallette.com |

## CALENDAR INFORMATION

**View Calendar Information**

**DOCKET PROCEEDINGS (165)**

| Entry #: | Date: | Description: | Docket Status | |
|---|---|---|---|---|
| 151 | 12/09/2013 | ORDER DISMISSING CASE BY REASON OF SETTLEMENT. CASE CLOSED. Signed by District Judge Sharion Aycock on 12/09/13. (gs) | View | Add to request |
| 150 | 08/07/2013 | ORDER Governing Pretrial Conference and Preparation of Final Pretial Order. Signed by Mag. Judge David A. Sanders on 8/7/2013. (egs) | View | Add to request |
| 149 | 08/07/2013 | NOTICE of Final Pretrial Conference set for 12/13/2013 at 10:00 AM in Judge Sanders Chambers before Mag. Judge David A. Sanders. (egs) | View | Add to request |
| 148 | 08/07/2013 | NOTICE of Trial: Non-Jury Trial reset for 1/13/2014 09:00 AM in Aberdeen Courtroom 1 before District Judge Sharion Aycock. (gs) | View | Add to request |
| | 08/07/2013 | TEXT ORDER granting 147 Motion to Continue. The trial date is hereby TERMINATED and the STAY is extended in this case. The trial shall be reset by separate notice. No further order shall issue from the court. Signed by District Judge Sharion Aycock on 8/7/2013. (psk)(no document attached) | Send Runner to Court | |
| | 08/07/2013 | Trial deadlines terminated by Text Order. Signed by District Judge Sharion Aycock on 8/7/2013. (psk) | Send Runner to Court | |
| 147 | 08/01/2013 | Joint MOTION to Continue and to Extend Temporary Stay by Lamar OCI South Corporation. (Reppeto, Lisa) | View | Add to request |
| 146 | 05/02/2013 | NOTICE of Final Pretrial Conference set for 9/20/2013 at 10:00 AM in Judge Sanders Chambers before Mag. Judge David A. Sanders. (egs) | View | Add to request |
| 145 | 05/02/2013 | NOTICE of Trial: Non-Jury Trial reset for 10/7/2013 09:00 AM in Aberdeen Courtroom 1 before District Judge Sharion Aycock. (gs) | View | Add to request |
| 144 | 04/30/2013 | Joint MOTION to Continue and Temporary Stay | View | Add to request |

| | | | |
|---|---|---|---|
| | 04/30/2013 | by Lamar OCI South Corporation. (Reppeto, Lisa) TEXT ORDER granting 144 Motion to Continue. Trial currently scheduled June 3, 2013, is continued until October 7, 2013. The case is temporarily stayed. The parties shall provide a status update to the court on or before August 1, 2013. No further order shall issue from the court. Signed by District Judge Sharion Aycock on 4/30/2013. (psk) (no document attached) | Send Runner to Court |
| 143 | 04/29/2013 | RESPONSE to Motion re 131 MOTION in Limine filed by City of Oxford, Mississippi. (Watkins, Paul) | View    Add to request |
| 142 | 04/29/2013 | RESPONSE in Opposition re 135 MOTION to Seal Third Motion in Limine filed by Lamar OCI South Corporation. (Reppeto, Lisa) | View    Add to request |
| 141 | 04/29/2013 | RESPONSE in Opposition re 134 Second MOTION in Limine filed by Lamar OCI South Corporation. (Reppeto, Lisa) | View    Add to request |
| 140 | 04/29/2013 | RESPONSE in Opposition re 133 First MOTION in Limine filed by Lamar OCI South Corporation. (Reppeto, Lisa) | View    Add to request |
| 139 | 04/25/2013 | ORDER TO SHOW CAUSE on Article III standing. Show Cause Response due by 5/3/2013. Signed by District Judge Sharion Aycock on 4/25/2013. (psk) | View    Add to request |
| 138 | 04/24/2013 | MEMORANDUM IN SUPPORT re 121 Memorandum in Support, 120 MOTION to Strike 110 Response in Opposition to Motion, [Exhibit B]. (Reppeto, Lisa) | View    Add to request |
| 137 | 04/24/2013 | REPLY to Response to Motion re 120 MOTION to Strike 110 Response in Opposition to Motion, [Exhibit B] filed by Lamar OCI South Corporation. (Reppeto, Lisa) | View    Add to request |
| 136 | 04/22/2013 | MEMORANDUM IN SUPPORT re 135 MOTION to Seal Third Motion in | View    Add to request |

| | | | | |
|---|---|---|---|---|
| | | Limine (Non-Confidential). (Watkins, Paul) | | |
| 135 | 04/22/2013 | MOTION to Seal Third Motion in Limine by City of Oxford, Mississippi. (Watkins, Paul) | View | Add to request |
| 134 | 04/22/2013 | Second MOTION in Limine by City of Oxford, Mississippi. (Watkins, Paul) | View | Add to request |
| 133 | 04/22/2013 | First MOTION in Limine by City of Oxford, Mississippi. (Attachments: # 1 Exhibit Watkins Email, # 2 Exhibit Ruffin Email) (Watkins, Paul) | View | Add to request |
| 132 | 04/22/2013 | MEMORANDUM IN SUPPORT re 131 MOTION in Limine . (Reppeto, Lisa) | View | Add to request |
| 131 | 04/22/2013 | MOTION in Limine by Lamar OCI South Corporation. (Reppeto, Lisa) | View | Add to request |
| 130 | 04/19/2013 | BRIEF re 129 Response to Motion, . (Watkins, Paul) | View | Add to request |
| 129 | 04/19/2013 | RESPONSE to Motion re 120 MOTION to Strike 110 Response in Opposition to Motion, [Exhibit B] filed by City of Oxford, Mississippi. (Attachments: # 1 Exhibit A - Declaration of Paul Watkins Jr., # 2 Exhibit B - Excerpts from Akers Depo) (Watkins, Paul) | View | Add to request |
| | 04/17/2013 | NOTICE OF RECEIPT re 123 Notice of Conventional Filing - 1 CD labeled "Exhibit 29 to Rebuttal in Support of Motion for Summary Judgment" received and on file in Oxford clerk's office (jtm) | Send Runner to Court | |
| 128 | 04/15/2013 | MEMORANDUM IN SUPPORT re 127 Reply to Response to Motion, . (Reppeto, Lisa) | View | Add to request |
| 127 | 04/15/2013 | REPLY to Response to Motion re 95 MOTION for Summary Judgment filed by Lamar OCI South Corporation. (Attachments: # 1 Exhibit A - April 15, 2010 Notice, # 2 Exhibit B - March 20, 2009 Notice, # 3 Exhibit C - February 19, 2013 Minutes) (Reppeto, Lisa) | View | Add to request |
| 126 | 04/15/2013 | MEMORANDUM IN SUPPORT re 125 Reply | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 125 | 04/15/2013 | to Response to Motion, . (Reppeto, Lisa) REPLY to Response to Motion re 94 MOTION to Strike 77 Notice of Service filed by Lamar OCI South Corporation. (Attachments: # 1 Exhibit A - Exerpts from Deposition of J. Wachtel, # 2 Exhibit B - Affidavit of M. McFall) (Reppeto, Lisa) | View | Add to request |
| 124 | 04/15/2013 | REPLY to Response to Motion re 92 MOTION to Strike 86 Notice of Service, 85 Notice of Service, 52 Notice of Service Experts filed by City of Oxford, Mississippi. (Watkins, Paul) | View | Add to request |
| 123 | 04/15/2013 | NOTICE OF CONVENTIONAL FILING of Exhibit 29 to Rebuttal in Support of Motion for Summary Judgment by Paul Bowie Watkins, Jr on behalf of City of Oxford, Mississippi. (Watkins, Paul) | View | Add to request |
| 122 | 04/15/2013 | REPLY to Response to Motion re 87 MOTION for Summary Judgment filed by City of Oxford, Mississippi. (Attachments: # 1 Exhibit 30 - Oxford Eagle page) (Watkins, Paul) | View | Add to request |
| 121 | 04/15/2013 | MEMORANDUM IN SUPPORT re 120 MOTION to Strike 110 Response in Opposition to Motion, [Exhibit B]. (Reppeto, Lisa) | View | Add to request |
| 120 | 04/15/2013 | MOTION to Strike 110 Response in Opposition to Motion, [Exhibit B] by Lamar OCI South Corporation. (Attachments: # 1 Exhibit A - 1-4-13 Letter, # 2 Exhibit B - 1-7-13 Email, # 3 Exhibit C - Responses to Request for Production) (Reppeto, Lisa) | View | Add to request |
| | 04/10/2013 | TEXT ORDER granting 116 Motion for Leave to File Excess Pages. The Court allows ten pages over the 35 page limit as imposed by the Local Rules for the Defendant's Reply. No further order shall issue from the court. Signed by District Judge Sharion | Send Runner to Court | |

| | | | | |
|---|---|---|---|---|
| | | Aycock on 4/10/2013. (psk) (no document attached) | | |
| 119 | 04/09/2013 | REPLY to Response to Motion re 116 MOTION for Leave to File Excess Pages filed by City of Oxford, Mississippi. (Watkins, Paul) | View | Add to request |
| 118 | 04/08/2013 | RESPONSE in Opposition re 116 MOTION for Leave to File Excess Pages filed by Lamar OCI South Corporation. (Reppeto, Lisa) | View | Add to request |
| 117 | 04/08/2013 | EXHIBIT re 105 Response in Opposition to Motion,,, Corrected EXHIBIT F. (Reppeto, Lisa) | View | Add to request |
| | 04/08/2013 | NOTICE OF CORRECTION re 105 Response in Opposition to Motion - corrected Exhibit F to be refiled (jtm) | Send Runner to Court | |
| 116 | 04/05/2013 | MOTION for Leave to File Excess Pages by City of Oxford, Mississippi. (Attachments: # 1 Exhibit A - Email Reppeto and Watkins) (Watkins, Paul) | View | Add to request |
| | 04/05/2013 | NOTICE of Receipt of Exhibits (8 DVD's and 1 CD) re 107 Notice of Conventional Filing - on file in Oxford Clerk's office (jtm) (Entered: 04/08/2013) | Send Runner to Court | |
| 115 | 04/04/2013 | BRIEF re 110 Response in Opposition to Motion, . (Watkins, Paul) | View | Add to request |
| 114 | 04/04/2013 | EXHIBIT re 110 Response in Opposition to Motion, . (Attachments: # 1 Exhibit J - Oxford Eagle pages, # 2 Exhibit K - Oxford Eagle pages, # 3 Exhibit L - Excerpts from Land Development Code, # 4 Exhibit M - Declaration of Tim Akers) (Watkins, Paul) | View | Add to request |
| 113 | 04/04/2013 | EXHIBIT re 110 Response in Opposition to Motion, . (Attachments: # 1 Exhibit F - 10.26.04 minutes and notice, # 2 Exhibit G - 11.10.04 minutes and notice, # 3 Exhibit H - Declaration of Janice Antonow, # 4 Exhibit I - Declaration of Jon Fisher) (Watkins, Paul) | View | Add to request |
| 112 | 04/04/2013 | EXHIBIT re 110 Response in Opposition to Motion, . | View | Add to request |

|     |            |                                                                                                                                                                                                                     |      |                |
|-----|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------------|
|     |            | (Attachments: # 1 Exhibit E - 10.07.04 minutes and notice) (Watkins, Paul)                                                                                                                                          |      |                |
| 111 | 04/04/2013 | EXHIBIT re 110 Response in Opposition to Motion, . (Attachments: # 1 Exhibit C - Declaration of Lucy Schultze, # 2 Exhibit D - 9.20.04 minutes and notice) (Watkins, Paul)                                          | View | Add to request |

Lamar OCI South Corporation v. City of Oxford, Mississippi, 3:12CV00002 (2012)

| | | | | |
|---|---|---|---|---|
| 110 | 04/04/2013 | RESPONSE in Opposition re 95 MOTION for Summary Judgment filed by City of Oxford, Mississippi. (Attachments: # 1 Exhibit A - Excerpts from Deposition of Michael McFall, # 2 Exhibit B - 9.23.04 Minutes and Notice) (Watkins, Paul) | View | Add to request |
| 109 | 04/04/2013 | BRIEF re 108 Response to Motion, . (Watkins, Paul) | View | Add to request |
| 108 | 04/04/2013 | RESPONSE to Motion re 94 MOTION to Strike 77 Notice of Service filed by City of Oxford, Mississippi. (Attachments: # 1 Exhibit A - Excerpts from Wachtel Deposition, # 2 Exhibit B - Ex. 12 to Wachtel Deposition, # 3 Exhibit C - Wachtel Expert Report, # 4 Exhibit D - 2009 AASHTO Report, # 5 Exhibit E - 2009 FHWA Report) (Watkins, Paul) | View | Add to request |
| 107 | 04/04/2013 | NOTICE OF CONVENTIONAL FILING of Exhibits E, F & T to Plaintiff's Response to Defendant's Motion for Summary Judgment [Doc. 103] by Lisa Anderson Reppeto on behalf of Lamar OCI South Corporation. (Reppeto, Lisa) | View | Add to request |
| 106 | 04/04/2013 | MEMORANDUM IN SUPPORT re 93 Brief, 105 Response in Opposition to Motion,,, 92 MOTION to Strike 86 Notice of Service, 85 Notice of Service, 52 Notice of Service Experts. (Reppeto, Lisa) | View | Add to request |
| 105 | 04/04/2013 | RESPONSE in Opposition re 92 MOTION to Strike 86 Notice of Service, 85 Notice of Service, 52 Notice of Service Experts filed by Lamar OCI South Corporation. (Attachments: # 1 Exhibit A - Michael McFall Affidavit, # 2 Exhibit B - Taylor Expert Reports, # 3 Exhibit C - Declaration of Taylor, # 4 Exhibit D - Wachtel Deposition Excerpts, # 5 Exhibit E - 2007 VTTI Study, # 6 Exhibit F - 2009 FHWA Study, # 7 Exhibit G.1 - 100 Car Study, # 8 Exhibit G.2 - 100 Car Study, # 9 Exhibit G.3 - 100 Car Study, # 10 Exhibit G.4 - 100 Car Study, # 11 Exhibit G.5 - 100 Car Study, # 12 Exhibit G.6 - 100 Car Study, | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | # 13 Exhibit H - 1993 Gibbons Paper, # 14 Exhibit I - 2002 Harbluk Study, # 15 Exhibit J - Johnson & Cole Study, # 16 Exhibit K - Wachtel Expert Report) (Reppeto, Lisa) | | |
| 104 | 04/04/2013 | MEMORANDUM IN SUPPORT re 103 Response in Opposition to Motion,,, 91 Brief, 89 Exhibits to Other Document, 88 Exhibits to Other Document,, 87 MOTION for Summary Judgment , 90 Exhibits to Other Document, . (Reppeto, Lisa) | View | Add to request |
| 103 | 04/04/2013 | RESPONSE in Opposition re 87 MOTION for Summary Judgment filed by Lamar OCI South Corporation. (Attachments: # 1 Exhibit A - Oxford Eagle Article - 4/13/90, # 2 Exhibit B - Oxford Eagle Article - 9/20/90, # 3 Exhibit C - 1990 Ordinance, # 4 Exhibit D - Oxford Eagle Article - 5/17/90, # 5 Exhibit G - 2004 Ordinance, # 6 Exhibit H - Michael McFall Affidavit, # 7 Exhibit I - October 2011 Lamar Letter, # 8 Exhibit J - Taylor Expert Reports, # 9 Exhibit K - Gibbons Expert Reports, # 10 Exhibit L - Oxford Eagle Article - 8/14/90, # 11 Exhibit M - Akers Deposition excerpts, # 12 Exhibit N - Antonow Deposition excerpts, # 13 Exhibit Oliver Deposition excerpts, # 14 Exhibit P - Patterson Deposition excerpts, # 15 Exhibit Q - Taylor Deposition excerpts, # 16 Exhibit R - Howell Deposition excerpts, # 17 Exhibit S - Baker Deposition excerpts, # 18 Exhibit U - PowerPoint - Lamar Proposal) (Reppeto, Lisa) | View | Add to request |
| | 03/28/2013 | TEXT ORDER granting 101 Motion for Extension of Time to File Response/Reply re Motion for Summary Judgment and Daubert motion. Responses due by 4/4/2013. No further order shall issue from the court. Signed by District Judge Sharion Aycock on 3/28/2013. (psk)(no document attached) | Send Runner to Court | |
| | 03/28/2013 | Set/Reset Deadlines: Responses to motions for summary judgment 87 , 95 , and | Send Runner to Court | |

|     |            |                                                                                                                                                                                                                                                                                                    |                      |                |
| --- | ---------- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | -------------------- | -------------- |
|     |            | motions to strike 92 , 94 , due 4/4/2013. (psk)                                                                                                                                                                                                                                                    |                      |                |
| 102 | 03/26/2013 | JOINDER re 101 Joint MOTION for Extension of Time to File Response/Reply as to 91 Brief, 93 Brief, 89 Exhibits to Other Document, 88 Exhibits to Other Document,, 94 MOTION to Strike 77 Notice of Service , 96 Memorandum in Support, [8 . (Watkins, Paul)                                           | View                 | Add to request |
| 101 | 03/25/2013 | Joint MOTION for Extension of Time to File Response/Reply as to 91 Brief, 93 Brief, 89 Exhibits to Other Document, 88 Exhibits to Other Document,, 94 MOTION to Strike 77 Notice of Service , 96 Memorandum in Support, 87 MOTION for Summary Judgment , 90 Exhibits to Other Document, 95 MOTION for Summary Judgment , 97 Memorandum in Support, 92 MOTION to Strike 86 Notice of Service, 85 Notice of Service, 52 Notice of Service Experts, 99 Exhibits to Other Document by Lamar OCI South Corporation. (Reppeto, Lisa) | View                 | Add to request |
| 100 | 03/18/2013 | NOTICE OF SERVICE of Errata Sheet for the 30(b)(6) Deposition of Lamar given by M. McFall on 2/6/13 by Lisa Anderson Reppeto on behalf of Lamar OCI South Corporation to Defendant. (Reppeto, Lisa)                                                                                                 | View                 | Add to request |
| 99  | 03/14/2013 | EXHIBIT re 87 MOTION for Summary Judgment Ex. 10, pages 9-12. (Watkins, Paul)                                                                                                                                                                                                                      | View                 | Add to request |
| 98  | 03/14/2013 | NOTICE OF CORRECTION: Pages 9-12 sideways, atty asked to re-file pages 9 -12 only re 87 MOTION for Summary Judgment (tab)                                                                                                                                                                           | Send Runner to Court |                |
| 97  | 03/13/2013 | MEMORANDUM IN SUPPORT re 94 MOTION to Strike 77 Notice of Service . (Reppeto, Lisa)                                                                                                                                                                                                                | View                 | Add to request |
| 96  | 03/13/2013 | MEMORANDUM IN SUPPORT re 95 MOTION for Summary Judgment . (Reppeto, Lisa)                                                                                                                                                                                                                          | View                 | Add to request |
| 95  | 03/13/2013 | MOTION for Summary Judgment by Lamar OCI South Corporation. (Attachments: # 1 Exhibit A - Public Notice of Hearing and Proof of Publication, # 2 Exhibit B - Public Hearing Transcript, #                                                                                                           | View                 | Add to request |

3 Exhibit C - Public Notice of
Special Meeting, # 4 Exhibit D
- Special Meeting Transcript, #
5 Exhibit E - Ordinance 2009-4)
(Reppeto, Lisa)

| | | | | |
|---|---|---|---|---|
| 94 | 03/13/2013 | MOTION to Strike 77 Notice of Service by Lamar OCI South Corporation. (Attachments: # 1 Exhibit A - City of Oxford Ordinance 2009-4, # 2 Exhibit B - Affidavit of Michael McFall, # 3 Exhibit C - Expert Report of Jerry Wachtel, # 4 Exhibit D - R. Gibbons curriculum vitae, # 5 Exhibit E - Taylor curriculum vitae, # 6 Exhibit F - Expert Report of Taylor, # 7 Exhibit G - Expert Report of Gibbons, # 8 Exhibit H - Collective Excerpts from 2009 Wachtel Deposition, # 9 Exhibit I - Supplemental Report of Taylor, # 10 Exhibit J - Collective Excerpts from 2013 Wachtel Deposition, # 11 Exhibit K - Excerpts from 2009 AASHTO Report, # 12 Exhibit L - Excerpts from 2009 - FHAR Report, # 13 Exhibit M - Research Study by J. Wachtel, # 14 Exhibit N - Metro Fuel Expert Report, # 15 Exhibit O - 2009 FHAR Report, # 16 Exhibit P. Supplemental Expert Report of Gibbons) (Reppeto, Lisa) | View | Add to request |
| 93 | 03/13/2013 | BRIEF re 92 MOTION to Strike 86 Notice of Service, 85 Notice of Service, 52 Notice of Service Experts. (Watkins, Paul) | View | Add to request |
| 92 | 03/13/2013 | MOTION to Strike 86 Notice of Service, 85 Notice of Service, 52 Notice of Service Experts by City of Oxford, Mississippi. (Attachments: # 1 Exhibit A - Sign Ordinance, # 2 Exhibit B - Ordinance 1990-13, # 3 Exhibit C - PC Minutes 8.13.90, # 4 Exhibit D - Taylor Expert Report, # 5 Exhibit E - Gibbons Expert Report, # 6 Exhibit F - Gibbons Supp Report, # 7 Exhibit G - Excerpts from Wachtel Depo, # 8 Exhibit H - Excerpts from McFall Depo, # 9 Exhibit I - Excerpts from Taylor transcript (Gulfport), # 10 Exhibit J - Taylor Expert Report (Gulfport), # 11 Exhibit K - Excerpts from Gibbons | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | transcript (Gulfport)) (Watkins, Paul) | | |
| 91 | 03/13/2013 | BRIEF re 87 MOTION for Summary Judgment . (Watkins, Paul) | View | Add to request |
| 90 | 03/13/2013 | EXHIBIT re 87 MOTION for Summary Judgment 24 - 28. (Attachments: # 1 Exhibit 24 - Minutes and notice re 9.20.04, # 2 Exhibit 25 - Minutes and notice re 10.7.04, # 3 Exhibit 26 - Minutes and notice re 10.26.04, # 4 Exhibit 27 - Minutes and notice re 11.10.04, # 5 Exhibit 28 - Excerpts from 2004 LDC) (Watkins, Paul) | View | Add to request |
| 89 | 03/13/2013 | EXHIBIT re 87 MOTION for Summary Judgment 21 - 23. (Attachments: # 1 Exhibit 21 - Taylor Expert Report (Gulfport), # 2 Exhibit 22 - Circuit Ct Complaint, # 3 Exhibit 23 - Minutes and notice re 8.23.04) (Watkins, Paul) | View | Add to request |
| 88 | 03/13/2013 | EXHIBIT re 87 MOTION for Summary Judgment 11 - 20. (Attachments: # 1 Exhibit 11 - Ordinance 2013-3, # 2 Exhibit 12 - Excerpts from McFall Depo, # 3 Exhibit 13 - Lamar Billboard Photos w Specs, # 4 Exhibit 14 - Declaration of Tim Akers, # 5 Exhibit 15 - Minutes re 1990 Ordinance amendments, # 6 Exhibit 16 - Email from Watkins, # 7 Exhibit 17 - Email from Herbert, # 8 Exhibit 18 - Taylor Expert Report, # 9 Exhibit 19 - Gibbons Expert Report, # 10 Exhibit 20 - Gibbons Supp. Report) (Watkins, Paul) | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 87 | 03/13/2013 | MOTION for Summary Judgment by City of Oxford, Mississippi. (Attachments: # 1 Exhibit 1 - Sign Ordinance, # 2 Exhibit 2 - Minutes re psg of 1990 ordinance, # 3 Exhibit 3 - Ordinance 1990-13, # 4 Exhibit 4 - Declaration of City Clerk, # 5 Exhibit 5 - PC 8.13.90 minutes, # 6 Exhibit 6 - 1990 Cir Ct Case, # 7 Exhibit 7 - Excerpts from Vision 20-20, # 8 Exhibit 8 - Declaration of Janice Antonow, # 9 Exhibit 9 - Declaration of Jon Fisher, # 10 Exhibit 10 - Declaration of Randy Barber) (Watkins, Paul) | View | Add to request |
| | 03/11/2013 | Set/Reset Deadlines: Motions due by 3/13/2013. (egs) | Send Runner to Court | |
| 86 | 02/26/2013 | NOTICE OF SERVICE of Supplemental Expert Report of Dr. Ronald Gibbons by Lisa Anderson Reppeto on behalf of Lamar OCI South Corporation to Defendant. (Reppeto, Lisa) | View | Add to request |
| 85 | 02/26/2013 | NOTICE OF SERVICE of Supplemental Expert Report of Charles R. Taylor, Ph.D. by Lisa Anderson Reppeto on behalf of Lamar OCI South Corporation to Defendant. (Reppeto, Lisa) | View | Add to request |
| 84 | 02/22/2013 | ORDER denying 54 Motion to Amend/Correct. Signed by U.S. Magistrate Judge David A. Sanders on 2/22/13. (def) | View | Add to request |
| 83 | 02/20/2013 | ORDER granting 81 Motion to Extend CMO. Discovery due by 2/26/2013. Motions due by 3/12/2013. Signed by U.S. Magistrate Judge David A. Sanders on 2/20/13. (def) | View | Add to request |
| 82 | 02/18/2013 | NOTICE OF SERVICE of Plaintiff's Supplemental Responses to Defendant's First Set of Interrogatories and Request for Production of Documents by Lisa Anderson Reppeto on behalf of Lamar OCI South Corporation to City of Oxford, Mississippi. (Reppeto, Lisa) | View | Add to request |
| 81 | 02/15/2013 | MOTION to Extend CMO Deadlines by Lamar OCI South Corporation. (Attachments: # 1 Exhibit A - 1/25/13 Email, # 2 Exhibit B - 1/28/13 Email, # 3 Exhibit C - 2/4/13 Email, | View | Add to request |

|    |            |                                                                                                                                                                                                                                                                                                                       |      |                |
|----|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------------|
|    |            | # 4 Exhibit D - 2/5/13 Email, # 5 Exhibit E - 2/14/13 Email, # 6 Exhibit F - 2/15/13 Email) (Ruffin, Sabrina)                                                                                                                                                                                                          |      |                |
| 80 | 02/07/2013 | ORDER granting in part and denying in part 47 Motion to Compel. Signed by U.S. Magistrate Judge David A. Sanders on 2/7/13. (def)                                                                                                                                                                                     | View | Add to request |
| 79 | 02/06/2013 | NOTICE to Take Deposition of Jerry Wachtel by Lisa Anderson Reppeto on behalf of Lamar OCI South Corporation (Reppeto, Lisa)                                                                                                                                                                                          | View | Add to request |
| 78 | 01/25/2013 | NOTICE OF SERVICE of Supplemental Initial Disclosures by Paul Bowie Watkins, Jr on behalf of City of Oxford, Mississippi. (Watkins, Paul)                                                                                                                                                                             | View | Add to request |
| 77 | 01/25/2013 | NOTICE OF SERVICE of Designation of Expert by Paul Bowie Watkins, Jr on behalf of City of Oxford, Mississippi. (Watkins, Paul)                                                                                                                                                                                        | View | Add to request |
| 76 | 01/25/2013 | REPLY to Response to Motion re 54 MOTION to Amend/Correct 24 Answer to Amended Complaint filed by City of Oxford, Mississippi. (Attachments: # 1 Exhibit 13.01.04 E-mail, # 2 Exhibit B - 13.01.17 Email, # 3 Exhibit C - Notice of 30(b)(6) depo, # 4 Exhibit D - Ordinance 1990-13, # 5 Exhibit E - 09.18.90 minutes, # 6 Exhibit F - 09.20.90 article) (Watkins, Paul) | View | Add to request |
| 75 | 01/23/2013 | NOTICE to Take Deposition by Paul Bowie Watkins, Jr on behalf of City of Oxford, Mississippi (Watkins, Paul)                                                                                                                                                                                                          | View | Add to request |
| 74 | 01/23/2013 | NOTICE to Take Deposition of Michael McFall by Pope S. Mallette on behalf of City of Oxford, Mississippi (Mallette, Pope)                                                                                                                                                                                             | View | Add to request |
| 73 | 01/23/2013 | SEALED Reply in Support of its 47 Motion to Compel Complete Responses to City's First Set of Discovery Requests. (Attachments: # 1 Exhibit G, # 2 Exhibit H, # 3 Exhibit I, # 4 Exhibit J) (tab)                                                                                                                      | View | Add to request |
| 72 | 01/23/2013 | NOTICE OF CONVENTIONAL FILING of Reply in Support of Motion to Compel by Paul                                                                                                                                                                                                                                         | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | Bowie Watkins, Jr on behalf of City of Oxford, Mississippi. (Watkins, Paul) | | |
| 71 | 01/22/2013 | ORDER granting 56 Motion to Seal. Signed by U.S. Magistrate Judge David A. Sanders on 1/22/13. (def) | View | Add to request |
| 70 | 01/18/2013 | NOTICE to Take Deposition of City of Oxford, Mississippi pursuant to Rule 30(b)(6) by Mark D. Herbert on behalf of Lamar OCI South Corporation (Herbert, Mark) | View | Add to request |
| 69 | 01/18/2013 | NOTICE to Take Deposition of Ernest "E.O." Oliver by Mark D. Herbert on behalf of Lamar OCI South Corporation (Herbert, Mark) | View | Add to request |
| 68 | 01/18/2013 | NOTICE to Take Deposition of George "Pat" Patterson by Mark D. Herbert on behalf of Lamar OCI South Corporation (Herbert, Mark) | View | Add to request |
| 67 | 01/18/2013 | NOTICE to Take Deposition of Dr. Janice Antonow by Mark D. Herbert on behalf of Lamar OCI South Corporation (Herbert, Mark) | View | Add to request |
| 66 | 01/18/2013 | NOTICE to Take Deposition of Preston E. Taylor by Mark D. Herbert on behalf of Lamar OCI South Corporation (Herbert, Mark) | View | Add to request |
| 65 | 01/18/2013 | NOTICE to Take Deposition of Ulysses "Coach" Howell by Mark D. Herbert on behalf of Lamar OCI South Corporation (Herbert, Mark) | View | Add to request |
| 64 | 01/18/2013 | NOTICE to Take Deposition of Richard Devoe by Mark D. Herbert on behalf of Lamar OCI South Corporation (Herbert, Mark) | View | Add to request |
| 63 | 01/18/2013 | NOTICE to Take Deposition of Dr. Baker by Mark D. Herbert on behalf of Lamar OCI South Corporation (Herbert, Mark) | View | Add to request |
| 62 | 01/18/2013 | JOINDER re 59 Notice (Other) . (Ruffin, Sabrina) | View | Add to request |
| 61 | 01/17/2013 | MEMORANDUM IN SUPPORT re 60 Response in Opposition to Motion . (Ruffin, Sabrina) | View | Add to request |
| 60 | 01/17/2013 | RESPONSE in Opposition re 54 MOTION to Amend/Correct 24 Answer to Amended Complaint filed by Lamar OCI South Corporation. (Ruffin, Sabrina) | View | Add to request |

| 59 | 01/17/2013 | NOTICE by Paul Bowie Watkins, Jr on behalf of City of Oxford, Mississippi, Lamar OCI South Corporation of Joint Stipulation (Watkins, Paul) | View | Add to request |
|----|------------|------------------------------------------------------------------------------------------------------------------------------------------------|------|----------------|
| 58 | 01/11/2013 | NOTICE to Take Deposition of Lamar OCI South Corporation 30(b)(6) by Paul Bowie Watkins, Jr on behalf of City of Oxford, Mississippi (Watkins, Paul) | View | Add to request |
| 57 | 01/07/2013 | MEMORANDUM IN SUPPORT re 56 MOTION to Seal Rebuttal to Motion to Compel. (Watkins, Paul) | View | Add to request |
| 56 | 01/07/2013 | MOTION to Seal Rebuttal to Motion to Compel by City of Oxford, Mississippi. (Watkins, Paul) | View | Add to request |
| 55 | 01/04/2013 | MEMORANDUM IN SUPPORT re 54 MOTION to Amend/ Correct 24 Answer to Amended Complaint . (Watkins, Paul) | View | Add to request |
| 54 | 01/04/2013 | MOTION to Amend/Correct 24 Answer to Amended Complaint by City of Oxford, Mississippi. (Attachments: # 1 Exhibit A - 1990 Circuit Court Case, # 2 Exhibit B - Proposed Amended Answer, # 3 Exhibit Defendant's First Interrogs, RFP, RFA) (Watkins, Paul) | View | Add to request |
| 53 | 01/04/2013 | NOTICE OF SERVICE of Plaintiff's Second Supplemental Response to Defendant's First Set of Interrogatories and Request for Production of Documents by Sabrina B. Ruffin on behalf of Lamar OCI South Corporation to City of Oxford, Mississippi. (Ruffin, Sabrina) | View | Add to request |
| 52 | 12/28/2012 | NOTICE OF SERVICE of Plaintiff's Designation of Experts by Lisa Anderson Reppeto on behalf of Lamar OCI South Corporation to Defendant. (Reppeto, Lisa) | View | Add to request |
| 51 | 12/27/2012 | MEMORANDUM IN SUPPORT re 47 MOTION to Compel Complete Responses to Discovery Requests, 50 Response in Opposition to Motion, 48 Brief . (Ruffin, Sabrina) | View | Add to request |
| 50 | 12/27/2012 | RESPONSE in Opposition re 47 MOTION to Compel Complete Responses to Discovery | View | Add to request |

|    |            | Requests filed by Lamar OCI South Corporation. (Ruffin, Sabrina) | | |
|----|------------|------------------------------------------------------------------|---|---|
| 49 | 12/14/2012 | NOTICE OF SERVICE of Plaintiff's Supplemental Responses to Defendant's First Set of Interrogatories and Request for Production of Documents by Lisa Anderson Reppeto on behalf of Lamar OCI South Corporation to Defendant. (Reppeto, Lisa) | View | Add to request |
| 48 | 12/10/2012 | BRIEF re 47 MOTION to Compel Complete Responses to Discovery Requests. (Watkins, Paul) | View | Add to request |
| 47 | 12/10/2012 | MOTION to Compel Complete Responses to Discovery Requests by City of Oxford, Mississippi. (Attachments: # 1 Exhibit A - Good Faith Certificate, # 2 Exhibit B - City's Discovery, # 3 Exhibit C - Lamar's Discovery Responses, # 4 Exhibit D - Good Faith Letter, # 5 Exhibit E - Response to Good Faith Letter, # 6 Exhibit F - Lamar's Initial Disclosures) (Watkins, Paul) | View | Add to request |
| 46 | 11/21/2012 | PROTECTIVE ORDER. Signed by U.S.Magistrate Judge David A. Sanders on 11/21/12. (def) | View | Add to request |
| 45 | 11/14/2012 | NOTICE of Attorney Appearance by Sabrina B. Ruffin on behalf of Lamar OCI South Corporation (Ruffin, Sabrina) | View | Add to request |
|    | 11/09/2012 | Reset Case Management Order Deadlines: Discovery due by 2/19/2013. Motions due by 3/5/2013. Plaintiffs Designation of Experts due by 12/28/2012. Defendants Designation of Experts due by 1/25/2013. (tab) | Send Runner to Court | |
| 44 | 11/08/2012 | ORDER denying 42 Motion to Stay, but granting in part, motion to amend the case managment order. Signed by U.S. Magistrate Judge David A. Sanders on 11/8/12. (def) | View | Add to request |
| 43 | 11/08/2012 | RESPONSE to Motion re 42 MOTION to Stay Or in the Alternative, for Extension of Time filed by City of Oxford, Mississippi. (Attachments: # 1 Exhibit A (12.10.31 good faith letter), # 2 Exhibit B (12.11.06 | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | Reppeto to Watkins), # 3 Exhibit C (Email thread Mallette - Herbert)) (Mallette, Pope) | | |
| 42 | 11/06/2012 | MOTION to Stay Or in the Alternative, for Extension of Time by Lamar OCI South Corporation. (Attachments: # 1 Exhibit A (Amended Case Management Order)) (Herbert, Mark) | View | Add to request |
| 41 | 10/10/2012 | ORDER granting 38 Motion for Extension of Time. Signed by U.S. Magistrate Judge David A. Sanders on 10/10/12. (def) | View | Add to request |
| | 10/10/2012 | Set/Reset Case Management Order Deadlines: Plaintiffs Designation of Experts due by 11/26/2012. Defendants Designation of Experts due by 12/31/2012. (def) | Send Runner to Court | |
| 40 | 10/05/2012 | NOTICE OF SERVICE of Responses to Plaintiff's First Set of Interrogatories by Paul Bowie Watkins, Jr on behalf of City of Oxford, Mississippi to Plaintiff. (Watkins, Paul) | View | Add to request |
| 39 | 10/05/2012 | NOTICE OF SERVICE of Responses to Plaintiff's First Set of Requests for Production of Documents by Paul Bowie Watkins, Jr on behalf of City of Oxford, Mississippi to Plaintiff. (Watkins, Paul) | View | Add to request |
| 38 | 10/02/2012 | MOTION for Extension of Time to Designate Experts (Unopposed) by Lamar OCI South Corporation. (Reppeto, Lisa) | View | Add to request |
| 37 | 10/01/2012 | ORDER granting 35 Motion for Extension of Time. Defendant given until 10/5/2012 to respond to outstanding discovery referred to in this motion. Signed by Mag. Judge David A. Sanders on 10/1/2012. (jkj) | View | Add to request |
| 36 | 09/26/2012 | NOTICE OF SERVICE of Response to Requests for Admissions by Paul Bowie Watkins, Jr on behalf of City of Oxford, Mississippi to Plaintiff. (Watkins, Paul) | View | Add to request |
| 35 | 09/26/2012 | MOTION for Extension of Time to Respond to First Set of Interrogatories and Requests for Production of Documents by City of Oxford, Mississippi. | View | Add to request |

|    |            | (Attachments: # 1 Exhibit A) (Watkins, Paul) | | |
|----|------------|------------------------------|--------|----------------|
| 34 | 08/24/2012 | NOTICE OF SERVICE of Requests for Admissions by Lisa Anderson Reppeto on behalf of Lamar OCI South Corporation to City of Oxford, MS. (Reppeto, Lisa) | View | Add to request |
| 33 | 08/24/2012 | NOTICE OF SERVICE of Requests for Production of Documents by Lisa Anderson Reppeto on behalf of Lamar OCI South Corporation to City of Oxford, MS. (Reppeto, Lisa) | View | Add to request |
| 32 | 08/24/2012 | NOTICE OF SERVICE of Interrogatories by Lisa Anderson Reppeto on behalf of Lamar OCI South Corporation to City of Oxford, MS. (Reppeto, Lisa) | View | Add to request |
| 31 | 08/09/2012 | NOTICE OF SERVICE of Response to Requests for Admissions by Mark D. Herbert on behalf of Lamar OCI South Corporation to Defendant. (Herbert, Mark) | View | Add to request |
| 30 | 08/09/2012 | NOTICE OF SERVICE of Plaintiff's Responses to Defendant's Request for Production of Documents by Mark D. Herbert on behalf of Lamar OCI South Corporation to Defendant. (Herbert, Mark) | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 29 | 08/09/2012 | NOTICE OF SERVICE of Response to Defendant's First Set of Interrogatories by Mark D. Herbert on behalf of Lamar OCI South Corporation to Defendant. (Herbert, Mark) | View | Add to request |
| 28 | 07/31/2012 | ORDER granting 27 Motion for Extension of Time. Responses to interrogatories, requests for production and admission due by August 9, 2012. Signed by U.S. Magistrate Judge David A. Sanders on 7/31/12. (def) | View | Add to request |
| 27 | 07/26/2012 | MOTION for Extension of Time (Unopposed) by Lamar OCI South Corporation. (Reppeto, Lisa) | View | Add to request |
| 26 | 07/12/2012 | NOTICE of Attorney Appearance by Lisa Anderson Reppeto on behalf of Lamar OCI South Corporation (Reppeto, Lisa) | View | Add to request |
| 25 | 07/12/2012 | NOTICE of Attorney Appearance by Mark D. Herbert on behalf of Lamar OCI South Corporation (Herbert, Mark) | View | Add to request |
| 24 | 06/27/2012 | ANSWER to 23 Amended Complaint by City of Oxford, Mississippi. (Watkins, Paul) | View | Add to request |
| 23 | 06/27/2012 | AMENDED COMPLAINT For Declaratory Judgment Injunctive and Compensatory Relief against All Plaintiffs,, filed by Lamar OCI South Corporation. (Leathers, Jeffrey) | View | Add to request |
| 22 | 06/26/2012 | NOTICE OF SERVICE of Requests for Admissions by Paul Bowie Watkins, Jr on behalf of City of Oxford, Mississippi to Plaintiff. (Watkins, Paul) | View | Add to request |
| 21 | 06/26/2012 | NOTICE OF SERVICE of Interrogatories and Requests for Production by Paul Bowie Watkins, Jr on behalf of City of Oxford, Mississippi to Plaintiff. (Watkins, Paul) | View | Add to request |
| 20 | 06/21/2012 | ORDER granting 19 Motion for Leave to File. Amended complaint to be filed within 14 days. Signed by U.S. Magistrate Judge David A. Sanders on 6/21/12. (def) | View | Add to request |
| 19 | 05/29/2012 | MOTION for Leave to File Amended Complaint by Lamar OCI South Corporation. (Attachments: # 1 Exhibit | View | Add to request |

|    |            | proposed Amended Complaint) (Leathers, Jeffrey) |            |                |
|----|------------|------------------------------------------------|------------|----------------|
| 18 | 05/24/2012 | ORDER granting 17 Motion to Extend CMO. Amendments/ Joinder of Parties due by 5/29/2012. Signed by U.S. Magistrate Judge David A. Sanders on 5/24/12. (def) | View | Add to request |
| 17 | 05/18/2012 | MOTION to Extend CMO Deadlines by Lamar OCI South Corporation. (Leathers, Jeffrey) | View | Add to request |
| 16 | 04/19/2012 | ORDER Governing Pretrial Conference and Preparation of Final Pretrial Order. Signed by Mag. Judge David A. Sanders on 4/19/2012. (egs) | View | Add to request |
| 15 | 04/19/2012 | NOTICE of Final Pretrial Conference set for 5/6/2013 at 10:00 AM in Judge Sanders Chambers before Mag. Judge David A. Sanders. (egs) | View | Add to request |
| 14 | 04/18/2012 | NOTICE of Trial: Non-Jury Trial set for 6/3/2013 09:00 AM in Aberdeen Courtroom 1 before District Judge Sharion Aycock. (gs) | View | Add to request |
| 13 | 04/18/2012 | CASE MANAGEMENT ORDER Final Pretrial Conference set for 5/6/2013 10:00 AM in Judge Sanders Chambers before David A. Sanders. Discovery due by 1/21/2013. Amendments/Joinder of Parties due by 5/18/2012. Plaintiffs Designation of Experts due by 10/22/2012. Defendants Designation of Experts due by 11/22/2012. Motions due by 2/4/2013. Signed by S. Allan Alexander on 4/18/12. (wsm) | View | Add to request |
| 12 | 04/18/2012 | Minute Entry for proceedings held before S. Allan Alexander: Case Management Conference held on 4/18/2012. (wsm) | View | Add to request |
|    | 04/18/2012 | Case Reassigned to David A. Sanders. S. Allan Alexander no longer assigned to the case. (jtm) | Send Runner to Court | |
| 11 | 04/13/2012 | NOTICE OF SERVICE of Initial Disclosures by Paul Bowie Watkins, Jr on behalf of City of Oxford, Mississippi to Plaintiff. (Watkins, Paul) | View | Add to request |
| 10 | 04/13/2012 | NOTICE OF SERVICE of pre-discovery disclosure by Jeffrey Dean Leathers on behalf of Lamar OCI South Corporation | View | Add to request |

| | | to Defendants. (Leathers, Jeffrey) | | |
|---|---|---|---|---|
| 9 | 03/28/2012 | INITIAL ORDER - RULE 16.1 Case Management Conference set for 4/18/2012 10:00 AM in Judge Alexander Chambers before S. Allan Alexander. Signed by S. Allan Alexander on 3/28/12. (wsm) | View | Add to request |
| 8 | 02/03/2012 | NOTICE of Attorney Appearance by Pope S. Mallette on behalf of City of Oxford, Mississippi (Mallette, Pope) | View | Add to request |
| 7 | 02/03/2012 | ANSWER to 1 Complaint and Affirmative Defenses by City of Oxford, Mississippi. (Mallette, Pope) | View | Add to request |
| 6 | 01/27/2012 | NOTICE of Attorney Appearance by Elise Kilpatrick Atkins on behalf of City of Oxford, Mississippi (Atkins, Elise) | View | Add to request |
| 5 | 01/27/2012 | NOTICE of Attorney Appearance by J. Cal Mayo, Jr on behalf of City of Oxford, Mississippi (Mayo, J.) | View | Add to request |
| 4 | 01/27/2012 | NOTICE of Attorney Appearance by Paul Bowie Watkins, Jr on behalf of City of Oxford, Mississippi (Watkins, Paul | View | Add to request |
| 3 | 01/19/2012 | SUMMONS Returned Executed by Jeffrey Dean Leathers on behalf of Lamar OCI South Corporation City of Oxford, Mississippi served on 1/13/2012. (Leathers, Jeffrey) | View | Add to request |
| 2 | 01/09/2012 | Summons Issued as to City of Oxford, Mississippi. (jtm) | View | Add to request |
| 1 | 01/09/2012 | COMPLAINT, Filing fee $ 350, receipt number MSN300007071, filed by Lamar OCI South Corporation. (Attachments: # 1 Civil Cover Sheet) (jtm) | View | Add to request |
| | 01/09/2012 | NOTICE OF ASSIGNMENT. Case assigned to Judge Sharion Aycock and Magistrate Judge S. Allan Alexander. (jtm) | Send Runner to Court | |

TO ORDER COPIES OF ANY DOCUMENTS LISTED
ABOVE, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document**                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.