In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.**<br><br>Plaintiffs,<br><br>v.<br><br>**City of Salina, Kansas.**<br><br>Defendant. | Civil Action No. 6:24-cv-01027-TC-ADM<br><br>Plaintiffs' Motion for Summary Judgment; Request for Oral Argument; Certificate of Service. |

**Plaintiffs' Motion for Summary Judgment**

Plaintiffs Cozy Inn, Incorporated, d/b/a The Cozy Inn, and Stephen Howard, respectfully move this Court for an Order granting them summary judgment, on all of their claims, against the Defendant, the City of Salina, Kansas.

The motion is based on the memorandum in support, which is incorporated here as if set forth fully. As detailed in the memorandum, there is no genuine dispute about any of the material facts, and the Plaintiffs are entitled to judgment as a matter of law, as well as declaratory and injunctive relief. This motion is made pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1

Given the importance of these constitutional issues, the Plaintiffs request oral argument pursuant to Local Rule 7.2

Dated: February 7, 2025.

Kansas Justice Institute

/s/ Samuel G. MacRoberts
Samuel G. MacRoberts, 22781
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
sam@kansasjusticeinstitute.org
jeff@kansasjusticeinstitute.org
(913) 213-5018
Attorneys for Plaintiffs

**Certificate of Service**

The undersigned certifies that on February 7, 2025, the above document(s) were filed using the CM/ECF system, which will send notification of such filing to all participants, including to: Aaron O. Martin, Todd G. Messenger, and Amanda C. Jokerst.

/s/ Samuel G. MacRoberts
Samuel G. MacRoberts