# Exhibit B
# Cozy Photos





