# Exhibit C
# Cozy Proclamation

## Proclamation
## Cozy Inn

Whereas, the Cozy Inn was established in 1922 and is celebrating 100 Years of continued operation at its location of 108 N. 7th Street Salina, Kansas;

Whereas, the Cozy Inn founder Bob Kinkel began frying his onion-laden, coin-sized burgers at 108 N. 7th Street;

Whereas, upon Bob Kinkel's passing in 1960, Cozy Inn was owned and operated by his wife Katherine and her husband Richard Pickering. Upon their passing in 1997, it was operated by Max Holthaus, Gregg Boyle, and Monte Shadwick until 2007. Since 2007, Steve and Kris Howard, the current owners and operators have continued the strong tradition of owning and operating the Cozy Inn;

Whereas, the Cozy Inn survived and thrived through the depression of the 30's, local impact of WWII of the 40's and the advent of the fast food market that has been part of the American way of life for the past 60 years;

Whereas, the Cozy Inn has received the honor of recognition as one of the 8 wonders of Kansas Cuisine;

Whereas, the Cozy Inn is known nationally as one of the last remaining six-stool diners in America;

Whereas, the Cozy Inn has been featured on the Travel Channel's "101 Tastiest Places to Chow Down" and as one of "America's Top Ten Hamburgers";

Whereas, the Cozy Inn was picked by USA Today as "Best Burger Joint in Kansas" and has received the Diamond Award from AAA;

Now, therefore I, Trent W. Davis, M.D., Mayor, do hereby proclaim the month of March 2022 as

### Cozy Inn Month

and encourage all citizens to support a nationally recognized local institution, which has been a fixture of downtown Salina for 100 years. We wish continued success to current and future caretakers of a local landmark.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the City of Salina, Kansas, to be affixed this 7th day of March, 2022.



_____
Trent W. Davis, M.D., Mayor

CITY000026

**CITY OF SALINA, KANSAS**
**REGULAR MEETING OF THE BOARD OF COMMISSIONERS**
March 7, 2022
4:00 p.m.

Mayor Davis asked the Clerk for verification that notice had been sent for today's City Commission meeting. The Clerk replied yes.

The Regular Meeting of the Board of Commissioners was called to order at 4:00 p.m. in Room 107, City-County Building. A roll call was taken followed by the Pledge of Allegiance and a moment of silence.

Those present and comprising a quorum: Mayor Trent W. Davis, M.D. (presiding), Michael L. Hoppock, Greg Lenkiewicz, Bill Longbine and Karl Ryan.

Also present: Mike Schrage, City Manager, Jacob Wood, Deputy City Manager, Shawn Henessee, Assistant City Manager, Greg Bengtson, City Attorney; and JoVonna A. Rutherford, City Clerk.

### AWARDS AND PROCLAMATIONS

(3.1) Recognition of March 7th through March 11th, 2022, as Entrepreneurial Week in the city of Salina. Mitch Robinson, Executive Director of the Salina Community Economic Development Organization, read the proclamation and announced related activities.

(3.2) Recognition of the month of March, 2022, as Cozy Inn Month in the city of Salina. Eric Brown, President of the Salina Area Chamber of Commerce, read the proclamation. Steve Howard, owner of Cozy Inn, announced related activities.

### PUBLIC HEARINGS AND ITEMS SCHEDULED FOR A CERTAIN TIME

None.

### CONSENT AGENDA

(5.1) Approve the minutes of February 28, 2022.

(5.2) Award the bid for Project Number 22013, 2022 Chip Seal, to Circle C Paving and Construction of Goddard in the amount of $149,279.40 with a 5% construction contingency for a total project authorization not to exceed $156,743.37 and authorize the City Manager to execute a contract with Circle C Paving and Construction of Goddard upon fulfillment of all prerequisites under the bid documents.

22-0058  Moved by Commissioner Hoppock, seconded by Commissioner Longbine, to approve consent agenda as presented. Aye: (5). Nay (0). Motion carried.

### ADMINISTRATION

(6.1) Approve Resolution No. 22-8024, amending the City of Salina Classified Pay Plan to add a new classification to the wage/salary schedule.

CITY000027

Jeff Hammond, Director of Parks and Recreation, explained the request, fiscal impact and action options.

A discussion followed regarding finding applicants, labor market, contracts, and location and maintenance of downtown bathrooms.

22-0059   Moved by Commissioner Ryan, seconded by Commissioner Lenkiewicz, to approve Resolution No. 22-8024. Aye: (5). Nay (0). Motion carried.

    (6.2) Approve Ordinance No. 22-11101, on first reading, amending the Salina Finance Ordinance to remove portions of Section 2-240 and 2-241 to make the establishment and amendment of Petty Cash and Working Cash (Change) funds for all funds except utilities related funds an item actionable by resolution.

Debbie Pack, Director of Finance and Administration, explained the request, fiscal impact and action options.

22-0060   Moved by Commissioner Lenkiewicz, seconded by Commissioner Hoppock, to approve Ordinance No. 22-11101 on first reading. Aye: (5). Nay (0). Motion carried.

**DEVELOPMENT BUSINESS**

    (7.1) Property 6, LLC

        (7.1a) Approve Ordinance No. 22-11104, on first reading, amending Section 42-415.2 to add travel center and/or truck stop, short term recreational vehicle parking area accessory to hotel, motel, truck stop or travel plaza and mini warehouses to the list of conditional uses allowed in the South Ninth Street Corridor Overlay District.

        (7.2b) Approve Ordinance No. 22-11105, on first reading, changing the zoning district classification from A-1 (Agricultural) zoning district to PC-5 (Planning Service Commercial) zoning district on a 25.10 acre tract of land located at the southwest corner of 9th Street and Water Well Road.

Mike Hoppock recused himself from the meeting.

Dean Andrew, Director of Planning, explained the request, fiscal impact and action options.

A discussion followed which included mini warehouses, Planning Commission denial of mini warehouses, aesthetics of mini warehouses, space for warehouses and RV parking, flood zone and drainage.

Mark Augustine, Property 6, LLC, Salina, Kansas, provided his thoughts on the aesthetics of the proposed project, current use of nearby property, letters of support, sustainable use and the need for additional storage in south Salina.

Additional discussion followed concerning possible actions to be taken by the Governing Body.

Norman Mannel, Salina, Kansas, suggested the planting of trees next to the property in question.

Dalton McDowell, Salina, Kansas, expressed his concern with expansion in south Salina and response time of the fire department.

A brief discussion ensued related to the development process and fire department coverage.

Chad Farber, Salina, Kansas, stated the main concern seemed to be with aesthetics from the interstate and suggested the project could be a benefit to the city.

Further discussion ensued on support of the project and the aesthetics of the project.

22-0061   Moved by Commissioner Ryan, seconded by Commissioner Lenkiewicz, to approve Ordinance No. 22-11104, amended to add mini-warehouses to the list of conditional uses in the South Ninth Street Corridor Overlay District, on first reading. Aye: (4). Nay (0). Motion carried.

22-0062   Moved by Commissioner Ryan, seconded by Commissioner Lenkiewicz, to approve Ordinance No. 22-11105 to include mini-warehouses as a permitted use in the district, on first reading. Aye: (4). Nay (0). Motion carried.

Commissioner Hoppock rejoined the meeting.

### OTHER BUSINESS

Commissioner Longbine revisited Resolution No. 22-8027 related to citizens forum and shared a concern with when executive sessions are scheduled. It was discussed that executive sessions were placed at the end of the meeting, as they were not an actual agenda item, and would remain at the end of the meeting.

Commissioner Longbine also acknowledged the loss of life and homes in Reno County over the past weekend.

### CITIZENS FORUM

Debrah Corrales, Salina, Kansas, provided information on and referenced articles related to pitbulls.

Norman Mannel, Salina, Kansas, stated his concerns on water shortage.

Dalton McDowell, Salina, Kansas, suggested the use of brine in lieu of salt to treat roads.

Ben Windholz, Salina, Kansas, provided his thoughts on Resolution No. 22-8027, related to citizens forum.

Chad Farber, Salina, Kansas, piggybacked on Mr. Windholz's statements and further provided his thoughts on the matter.

CITY000029

Carol Reed, Salina, Kansas, agreed with Mr. Windholz and Mr. Farber related to Resolution No. 22-8027. Ms. Reed also inquired about an Implicit Bias Test, touched on immoral content of books in the school system and provided a copy of a statute related to promoting obscenity to minors.

Cheri Harp, Salina, Kansas, suggested the community was not concentrating on children and it was detrimental to have immoral books in the school system.

Mayor Davis provided information on submission of written information to the Governing Body.

**ADJOURNMENT**

22-0063   Moved by Commissioner Ryan, seconded by Commissioner Hoppock, that the regular meeting of the Board of City Commissioners be adjourned. Aye: (5). Nay: (0). Motion carried. The meeting adjourned at 5:34 p.m.

Trent W. Davis, M.D., Mayor

[SEAL]

ATTEST:

JoVonna A. Rutherford, City Clerk

Page 4