# Exhibit D
# Howard Deposition Excerpts

**STEPHEN HOWARD**

1   .

2                   IN THE UNITED STATES DISTRICT COURT

3                       FOR THE DISTRICT OF KANSAS

4   .

5   .

6   COZY INN, INCORPORATED, d/b/a

7   THE COZY INN; STEPHEN HOWARD,

8            Plaintiffs,

9   .

10      vs.          Civil Action No. 6:24-cv-01027-TC-ADM

11  .

12  CITY OF SALINA, KANSAS,

13            Defendant.

14  .

15  .

16                         DEPOSITION OF

17                       STEPHEN HOWARD,

18  taken on behalf of the Defendant, pursuant to

19  Notice to Take Deposition, beginning at 9:07 a.m.

20  on the 7th day of October, 2024, at the law office

21  of Clark, Mize & Linville, 129 South 8th Street,

22  in the City of Salina, County of Saline, and State

23  of Kansas, before Sandra S. Biggs, Kansas CCR No.

24  0716.

25  .

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

STEPHEN HOWARD

1    Heating -- well, before this, let me back up.
2    After Vo-Tech when I graduated, I started a job in
3    Wichita working as a refrigeration technician.
4    And they laid off all the new people in September.
5         So I came back to Salina, and one of the guys
6    I graduated with was a manager with McDonald's.
7    And he goes I can get you working here for a
8    while.  And so all right.  So I started working
9    there, kind of like it.  Then I started working --
10   my hours were set during the day 7 to 1.  So in
11   the afternoon, I went to work for Gage's Plumbing
12   and Heating.  They went out of business.  So I
13   put all my efforts into McDonald's, kind of left
14   that away side.
15        After 14 years, I decided I didn't want to do
16   that no more, and I got hired on with USD 305
17   working as maintenance for the school district and
18   spent a month shy of 14 years with them.
19        And then during this time, about the last ten
20   years from like '97, '98, I was working up at the
21   country club for Max Holthaus.  He was one of the
22   guys that owned The Cozy at that time.  And for
23   years, he was trying to get me down to The Cozy
24   to manage it, but I wouldn't leave my school
25   district job.  And then one night he goes what

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604             Suite 101                  Suite 305
785-273-3063                 Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com          913-383-1131               316-201-1612

## STEPHEN HOWARD

1    about owning it?  I go you really want me in

2    there, don't you?  He goes you're a perfect fit.

3    So he made it to where I couldn't say no.

4         **Q.   All right.  So it sounds like you prior**

5    **to owning the Cozy, you've had some restaurant**

6    **experience when you were working at McDonald's?**

7         A.   Yes.  You could almost say I have 50

8    years in the restaurant industry.  My oldest

9    sister, I grew up a couple miles from what they

10   used to call the Nickerson Farms restaurants.  And

11   she was 14 when she started working there.  I'm

12   six years younger than her, so I've been hanging

13   out up at the restaurant when she was working.

14   And then that was my first job, too, when I turned

15   14 or 15.  And so I've always been in the

16   restaurant industry one way or another.

17        **Q.   Okay.  And so when did you become the**

18   **owner of The Cozy?**

19        A.   April 7th of 2007.

20        **Q.   And did you --**

21        A.   It was a -- it was a -- sorry.  It was a

22   Monday, either October -- either November -- oh,

23   my God, April 6th.  It was a Monday in 2007.

24        **Q.   Okay.  And that's because Max and -- what**

25   **did you say Max's last name was?**



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## STEPHEN HOWARD

1  hearing some hammering.  We have some construction
2  going on, and they like to only start the
3  hammering outside of my door when I am on Zoom.
4  So I'll apologize for that in advance.  Hopefully,
5  it's not too disrupting.
6      So when was Andrea made a shareholder of The
7  Cozy?
8      A.   Maybe two years ago September.  I can't
9  remember the date.
10      Q.   And why was she brought in as a
11  shareholder?
12      A.   She's going to be my successor.
13      Q.   All right.  And you mentioned that
14  Jenni's Liquor, that's in Brookville, Kansas?
15      A.   Yes.
16      Q.   And where do you currently reside?
17      A.   8822 South Sunnyside Road, Brookville,
18  Kansas.
19      Q.   And let's talk about that.  How long have
20  you been living in Brookville, Kansas?
21      A.   Brookville is my high school and my grade
22  school.  We didn't live in Brookville ever.  We
23  lived in the district.  Actually, where I live
24  now, we're not in the district, but we're able to
25  keep my kids -- let me kids graduate there from

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

### STEPHEN HOWARD

1        Q.    Okay.  So when someone comes inside, you

2    can talk to them and suggest how many they should

3    have?

4        A.    Yes.

5        Q.    Okay.  What about at the ordering window?

6        A.    It is -- at the walk-up window, it's not

7    as personal because you don't get the feel of --

8    our entertaining is inside.  You know, all of us

9    talk with everybody, and the conversations are

10   always appropriate.  They are timely.  Walk up --

11   if you use the walk-up window, you're just kind of

12   missing the whole point.

13       Q.    Okay.  Do you feel like you're able to

14   upsell better for customers that come inside?

15       A.    Yes.

16       Q.    Okay.  Does that increase your sales for

17   customers that come inside?

18       A.    Not always.

19       Q.    Okay.  But does it typically?

20       A.    No.  Because the walk-up window can get

21   every bit as busy as the inside.  And if it's

22   snowing, they're probably going to come inside to

23   order and not the walk-up window which won't be

24   very many because wintertime is slow.

25       Q.    Okay.  Well, what about in the summer?

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

### STEPHEN HOWARD

1    A.    Summertime's my busy season, and it's

2    about half and half.  I don't know, I guess,

3    what...

4        Q.    Okay.  So of your customers,

5    approximately 50 percent use the walk-up window

6    and 50 percent go inside?

7        A.    I don't have any numbers to prove, but

8    just by experience, yeah, 50/50.

9        Q.    Okay.  Do you ever track that?  I know

10   you said you don't have the numbers, but do you

11   ever track that --

12       A.    No.

13       Q.    -- in your head?

14       A.    No.

15       Q.    No.  So it's --

16       A.    I have a very simple cash register.  It

17   tells me how many transactions I do and that's it.

18   Doesn't tell me window or inside.

19       Q.    Okay.  But you said coming up to the

20   walk-up window is impersonal?

21       A.    Yeah.  You're missing the whole point of

22   going to The Cozy Inn.

23       Q.    Okay.  Well, tell me about.  What's the

24   whole point of going to The Cozy Inn?

25       A.    You go inside, you get tagged right away

**Appino & Biggs** Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

**STEPHEN HOWARD**

1        Q.    Okay.   So if someone came -- you're

2    asking people to come inside The Cozy to purchase

3    something, correct?

4        A.    Yes.

5        Q.    Okay.   And I mean because it would be --

6    how would you as a business make money if people

7    just came into The Cozy and just congregated there

8    and didn't buy anything, right?

9        A.    Well, that would be a problem.   I don't

10   have very much room.

11       Q.    Okay.   What's the square foot for the

12   customers?

13       A.    Maybe 40 square feet.

14       Q.    40 square feet where the customers can

15   sit?

16       A.    Yeah.   I have six stools.

17       Q.    Okay.   And another than the six stools,

18   is there really anyplace else for people to hang

19   out inside The Cozy?

20       A.    Behind the stools against the wall.

21       Q.    Okay.

22       A.    I've fit 12 to 15 people in there before.

23       Q.    Okay.

24       A.    Some sitting and most standing.

25       Q.    Okay.   So other than the six people who

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

**STEPHEN HOWARD**

1    it's there.

2        Q.   At some point, were you displaying that,

3    though?

4        A.   Oh, yeah.

5        Q.   Okay.

6        A.   Just up until last week somebody knocked

7    it off.  I asked one of my people, I said what

8    happened to that picture that was there.  And they

9    said, well, it fell and broke.  It's in the

10   office.

11       Q.   So I want to talk to you about the

12   painting on the side of The Cozy.  And what I'm

13   talking about is the sign that's the subject of

14   this lawsuit?

15           MR. SHAW:  Objection to form.

16           MS. JOKERST:  Well, it wasn't a question.

17   I was telling him what I'm referring to.

18   BY MS. JOKERST:

19       Q.   When did you first get the idea of

20   painting that side wall at the Cozy?

21       A.   October of last year.

22       Q.   So October of 2023?

23       A.   Yeah.

24       Q.   Okay.  And what led to that idea?

25       A.   Well, I had a couple about my age come to

**Appino & Biggs** Reporting Service, Inc.

5111 SW 21st Street       6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604          Suite 101                 Suite 305
785-273-3063              Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com       913-383-1131              316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

**STEPHEN HOWARD**

1    Colin Benson?  Tell me about that.

2        A.   Well, I had a contractor doing some work

3    at my house, and I told him I said like to find

4    an artist to paint my north wall.  I said, you

5    know, I'd pay 500 bucks for someone to paint it.

6    I had no idea that his boy -- him and his boy's

7    an artist.

8        Q.   Okay.  So was that Rick Benson you were

9    talking to?

10       A.   Yes.

11       Q.   Okay.  So you told Rick Benson that you

12   wanted to paint the wall?

13       A.   Yes.

14       Q.   Is that right?

15       A.   Yes.

16       Q.   Okay.

17       A.   And I told him I said I'd pay somebody

18   500 bucks to paint a story on my wall.

19       Q.   Okay.  What did Rick Benson say to you

20   then?

21       A.   Nothing.  A couple days later Colin

22   showed up at the restaurant, introduced himself

23   and there you go.  That's the beginning.

24       Q.   Okay.  So when Colin came over and

25   introduced himself, what did you guys talk about?



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## STEPHEN HOWARD

1      A.    Yes.

2      BY MS. JOKERST:

3      Q.    Okay.   Okay.   So why did you include the

4      burger?

5      A.    Because I wanted to.

6      Q.    Okay.   Is that because it references the

7      product that's available for sale at The Cozy?

8            MR. SHAW:   Objection to form.

9      A.    I don't know the rules.   I don't know the

10     codes.   I just wanted to paint a mural.   I

11     thought I was falling in line with the City of

12     Salina.

13     BY MS. JOKERST:

14     Q.    Okay.   Well, I'm not asking you about the

15     codes.   So we're not there.   I'm asking you why

16     you included the burger on the paper that you gave

17     to Colin Benson?

18     A.    It was part of my idea.

19     Q.    Okay.   And was your idea to advertise The

20     Cozy?

21           MR. SHAW:   Objection to form.

22     A.    No.

23     BY MS. JOKERST:

24     Q.    Okay.   Then why did you include the

25     burger on that?



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604                   Suite 101                  Suite 305
785-273-3063              Overland Park, KS 66212        Wichita, KS 67202
www.appinobiggs.com            913-383-1131              316-201-1612

STEPHEN HOWARD

1      Q.    You don't remember what you talked about?

2      A.    No.  It's been over a year ago.

3      Q.    Okay.  Well, not quite a year ago, right,

4  because that's October.  It's October now.  Well,

5  you've said this painting was your heart and soul,

6  right?

7      A.    In a way.

8      Q.    In a way.  Okay.

9      A.    It's a story.

10     Q.    Okay.  But it's important to you, right?

11     A.    Yes.

12     Q.    Okay.  So weren't the conversations you

13  had with Colin Benson about this painting, weren't

14  those important?

15          MR. SHAW:  Objection to form.

16     A.    Why would I think that I needed to

17  remember that?

18     BY MS. JOKERST:

19     Q.    Well, usually when something is important

20  it can be memorable.  So that's why I was kind of

21  asking you, you know, if these were important.  Is

22  there something that might refresh your

23  recollection about the communications you had with

24  Colin if they were in person versus text?

25     A.    No.  My wife would tell people I'd forget

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## STEPHEN HOWARD

1        Q.    Okay.  And then on the next page, 347,

2   you stated -- I'll wait till you get there.

3   Sorry.  You stated I like it.  Wife thinks it's

4   too much.  Do you see that?

5        A.    Um-hum, yes.

6        Q.    That's what you told Colin?

7        A.    Yes.

8        Q.    Okay.  So you said that on October 31st

9   to Colin, right?

10       A.    Yes.

11       Q.    Okay.  So then on November 1st, you said

12   let's go for it to Colin?

13       A.    Yes.

14       Q.    So what changed between October 31st and

15   November 1st?

16       A.    I don't know.

17       Q.    Well, did something happen because you

18  went from saying wife thinks it's too much to

19  let's go for it?

20       A.    Because I liked it.  My wife didn't like

21  it.

22       Q.    Okay.  So let's scroll back up to 346.

23  And do you have the color copy of this exhibit

24  now?

25       A.    Yes.

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

STEPHEN HOWARD

1    was taken on.

2         Q.    Okay.  Well, I don't know, either,

3    because I'll represent to you that this was

4    disclosed by you in this case, by your attorneys.

5    So I can't tell you specifically.  But when you

6    look at this, does this look like what the

7    painting looks like on your wall right now?

8         A.    I don't know.  I see it every day, but I

9    don't know.

10        Q.    Okay.  Well, is there a more up-to-date

11   photo of what the wall looks like right now?

12        A.    Not in my possession.

13        Q.    Okay.  All right.  So let's stay on the

14   photo on page 54 of Exhibit S.  Okay.  The big

15   burger in the middle.  There's no UFO or alien

16   depiction on that, right?

17        A.    Right.

18        Q.    Okay.

19        A.    Not yet.

20        Q.    Not yet, but there's never been a

21   rendering that shows an alien depicted on that

22   one, right?

23             MR. SHAW:  Objection to form.

24        A.    That's the mothership.

25        BY MS. JOKERST:

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## STEPHEN HOWARD

1        Q.    Okay.  Well, there's no indication that

2    it's anything other than a burger, right?

3            MR. SHAW:  Objection to form.

4        A.    I didn't get to finish my story.

5    BY MS. JOKERST:

6        Q.    Okay.

7        A.    The mural.

8        Q.    All right.  Well, Mr. Howard, that's the

9    burger you drew up and sent to Colin and said this

10   is what I want in that initial rendering, right?

11           MR. SHAW:  Objection to form.

12       A.    I did not draw a burger.  I drew a

13   circle.

14   BY MS. JOKERST:

15       Q.    You drew a circle that was supposed to

16   indicate a burger?

17       A.    Yeah.

18       Q.    Right?

19       A.    Yes.

20       Q.    Okay.  And you didn't tell Colin, oh,

21   this is the mothership, right?

22       A.    After the fact, after he started.

23       Q.    After he started?

24       A.    Yes.

25       Q.    Okay.  But when you were doing the

## STEPHEN HOWARD

1   depiction of what's on the wall right now?

2       A.   Yes.

3       Q.   Okay.  And let's go down to the next

4   page, page 6.  It's marked 0065.  Do you recognize

5   this photo?

6       A.   Yes.

7       Q.   Okay.  What does this photo depict?

8       A.   The inside of my restaurant.

9       Q.   Okay.  Is that an accurate depiction of

10  the inside of The Cozy restaurant?

11      A.   Other than the price change.

12      Q.   Okay.  Other than that, the stools --

13      A.   Yeah.

14      Q.   -- the countertop, all look the same?

15      A.   Yes.

16      Q.   And I'll move you down to the next page?

17           MR. SHAW:  I'm going to renew my

18  objection to the use of these last two photographs

19  as they were not disclosed in accordance with the

20  scheduling order.

21  BY MS. JOKERST:

22      Q.   Okay.  Mr. Howard, is this -- what is --

23  what's this photo depicting?

24      A.   Part of my menu board.

25      Q.   Okay.  That's a menu board that's on the

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

**STEPHEN HOWARD**

1    **Hill Museum on November 13th?**

2         A.    I don't remember.

3         **Q.    You don't remember.    But you do remember**

4    **going to a meeting at the Smoky Hill Museum?**

5         A.    Yes.

6         **Q.    Okay.    Do you remember who was at that**

7    **meeting?**

8         A.    Maybe.

9         **Q.    Okay.    There was city personnel at that**

10   **meeting?**

11        A.    Yeah.    Lauren Driscoll, Mike Schrage and

12   Brad Anderson, I believe.

13        **Q.    Okay.    And was Dustin Herrs there?**

14        A.    I don't remember.

15        **Q.    Okay.    Other than city staff, were there**

16   **other people present?**

17        A.    There were.

18        **Q.    Okay.    Who else was present?**

19        A.    My wife.

20        **Q.    Okay.**

21        A.    And Kris and Grant Johanson.

22        **Q.    Okay.    Kris and Grant?**

23        A.    Um-hum.    I think that's it.

24        **Q.    Okay.    Well, was Colin Benson there?**

25        A.    Oh, yeah, he was right beside me.

Appino & Biggs Reporting Service, Inc.    TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street    6420 W. 95th Street    800 E. 1st Street
Topeka, KS 66604      Suite 101            Suite 305
785-273-3063          Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com   913-383-1131         316-201-1612

## STEPHEN HOWARD

```
1        A.    They know what's going on.

2        Q.    Okay.

3        A.    That's about it.

4        Q.    So your employees are aware of what's

5   going on?

6        A.    Yes.

7        Q.    Okay.  And were your employees there

8   while Colin was painting the wall sign?

9        A.    I don't remember --

10             MR. SHAW:  Objection to form.

11       A.    -- who was there.

12  BY MS. JOKERST:

13       Q.    Was he there painting business hours?

14       A.    He started Friday night.  I don't

15  remember how early he started Saturday or Sunday

16  but, yeah, he had customers talking to him.

17       Q.    Okay.  So customers stopped and talked to

18  him?

19       A.    Yes.

20       Q.    Did any of your employees talk to him?

21       A.    Only when he comes inside to eat.

22       Q.    Okay.

23       A.    They probably talk about tattoos.

24       Q.    Okay.  I want to talk about the wall side

25  -- or the painting on the side of the wall.  The
```

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604               Suite 101                  Suite 305
785-273-3063            Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131            316-201-1612

STEPHEN HOWARD

```
 1   come up with a story.
 2        Q.    And is that what made you want to create
 3   another mural at Jenni's Liquor?
 4        A.    Yes.
 5        Q.    Okay.  Is there any other part of the
 6   story that you feel like expressing?
 7        A.    No.
 8        Q.    Okay.  And how do you feel that you have
 9   been told you cannot complete the Mural at the
10   Mill Cozy Inn?
11        A.    By voice and letter.
12        Q.    I'm sorry.  I didn't hear you.
13        A.    I've been told and gotten a letter.
14        Q.    I mean how does it make you feel when you
15   were told that you could not complete the mural?
16        A.    That I didn't have a voice.
17        Q.    Okay.  Why did you decide you wanted to
18   have a mural with burger-esque flying saucers?
19        A.    I'm into Wi-Fi -- Sci-Fi.
20        Q.    Okay.  So you like science fiction?
21        A.    Yes.
22        Q.    All right.  And so you just liked the
23   idea have having a science fiction themed mural?
24        A.    A few years ago, I had a customer from
25   Salina did a video of aliens landing on -- coming
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

**STEPHEN HOWARD**

1    to Salina in their ships.  It's really cool.  I

2    think I might have sent it to you, Sam.  And then

3    they beam onto the roof of Cozy, and they beam

4    down and then they beam up with burgers and then

5    they fly away.

6         **Q.    Okay.  And is the Cozy a reference -- is**

7    **the Cozy Inn mural a reference to travelers?**

8         A.    Yes.

9         **Q.    Okay.  How does it refer to travelers?**

10        A.    Okay.  I have a map inside the store that

11   people write in -- they pin where they're from or

12   they have -- they write in marker what country

13   they're from.  And they're excited.  They've

14   traveled sometimes hundreds of miles, sometimes

15   thousands of miles.  They're excited.  They're

16   finally here.  Well, guess what, even aliens like

17   Cozy's.  They traveled light years to get here.

18   Over 90 percent of my business are travelers.  I

19   don't know if I said that.

20        **Q.    And the rendering that was attached to**

21   **your sign permit application, is that what you**

22   **desire for Mr. Benson to paint on the side of the**

23   **wall if he's allowed to complete the mural?**

24        A.    Yes.

25             MR. SHAW:  Okay.  I have no further

**Appino & Biggs** Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

259

# CERTIFICATE

**STATE OF KANSAS**

**COUNTY OF SHAWNEE**

I, Sandra S. Biggs, a Certified Court Reporter, Commissioned as such by the Supreme Court of the State of Kansas, and authorized to take depositions and administer oaths within said State pursuant to K.S.A 60-228, certify that the foregoing was reported by stenographic means, which matter was held on the date, and the time and place set out on the title page hereof and that the foregoing constitutes a true and accurate transcript of the same.

I further certify that I am not related to any of the parties, nor am I an employee of or related to any of the attorneys representing the parties, and I have no financial interest in the outcome of this matter.

Given under my hand and seal th
17th day of October, 2024.



_____

Sandra S. Biggs, C.C.R No. 0716

**Appino & Biggs** Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612