# Exhibit E
# City Commission
# Meeting Transcript

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 1 of 44
Case 6:24-cv-01027-TC-ADM   Document 105-5   Filed 02/07/25   Page 2 of 45
Transcript of Proceedings – 11/13/2023                    1

Exhibit A

SALINA CITY COMMISSION MEETING

held on

November 13, 2023

Excerpt Transcribed by

AVANELLE L. SULLIVAN

for Dolginoff & Associates, a

Registered Professional Reporter

Certified in Kansas and Missouri.


Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200
Overland Park, KS 66204
(913) 894-4200 • Fax 894-4491

Toll Free (800) 894-1423
www.dolginoffcourtreporters.com
mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 3 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 3 of 45
Transcript of Proceedings – 11/13/2023                    2

```
 1                      APPEARANCES

 2         CITY MANAGER:
           Mike Schrage
 3

 4         VICE MAYOR:
           Bill Longbine
 5

 6         CITY ATTORNEY:
           Greg Bengtson
 7

 8         CITY COMMISSIONERS:

 9         Greg Lenkiewicz
           Trent W. Davis, MD
10         Karl Ryan

11
           DIRECTOR OF COMMUNITY AND
12         DEVELOPMENT SERVICES:

13         Lauren Driscoll

14

15

16   (ph) indicates a phonetic spelling.

17   [sic] indicates the text is as stated.

18   Quoted text is as stated by the speaker.

19

20

21

22

23

24

25
```

**Dolginoff & Associates**
Certified Court Reporters

8001 Conser St, Suite 200
Overland Park, KS 66204
(913) 894-4200 • Fax 894-4491

Toll Free (800) 894-1423
www.dolginoffcourtreporters.com
mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 2 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 4 of 45
Transcript of Proceedings - 11/13/2023                    3

```
 1           (The excerpt of the proceedings

 2    commenced.)

 3           VICE MAYOR LONGBINE:  That brings us

 4    to Citizens Forum.

 5           MR. SCHRAGE:  If I may -- I need to

 6    make sure my microphone is on.

 7           VICE MAYOR LONGBINE:  Oh, you have

 8    other business?

 9           MR. SCHRAGE:  Right.

10           VICE MAYOR LONGBINE:  I was going to

11    skip that.

12           MR. SCHRAGE:  So I have a -- I would

13    like to give you some background on an issue

14    that I'm sure you're aware of that became a

15    topic of conversation over the last week.  And

16    that is the Cozy Inn artwork and mural/sign

17    that's been initiated on the -- I guess it

18    would be the north side of their building.  So

19    I have some background information for you.

20           I would tell you that I think staff

21    made first contact with Mr. Howard, who's here

22    on -- the owner and operator of Cozy's is

23    here.  Made first contact with him last week

24    and then we met with Mr. Howard and his artist

25    this morning and kind of walked through the
```

*Dolginoff & Associates*
Certified Court Reporters

8001 Conser St, Suite 200                    Toll Free (800) 894-1423
Overland Park, KS 66204                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/19/24   Page 4 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 5 of 45
Transcript of Proceedings - 11/13/2023                    4

1   same information that I'm going so share with

2   you at this point.

3          So -- and it started by

4   acknowledging -- and I understand it's become

5   an emotional issue for some and has been a hot

6   topic of conversation in social media and the

7   radio.

8          I want to give Mr. Howard credit.

9   He's adamant that that wasn't his doing, that

10  wasn't his initiation, that wasn't his intent.

11  But it did start, you know, kind of a

12  community conversation.

13         So I want to clarify a couple of

14  things right off the top.  The issue is not

15  about the art.  The issue is not about the

16  artist.  I think there were some comments made

17  that the artist hadn't been approved or the

18  art hadn't been approved.  And that's really

19  not what -- what's at play here.

20         I would tell you as well that there

21  are examples of very similar issues as it

22  relates to what constitutes art, what

23  constitutes a sign, how does free speech get

24  involved, how can signs and art be regulated.

25         That is a difficult issue that's

*Dolginoff & Associates*
*Certified Court Reporters*

8001 Conser St, Suite 200                    Toll Free (800) 894-1423
Overland Park, KS 66204                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491               mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/19/24   Page 5 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 6 of 45
Transcript of Proceedings - 11/13/2023                    5

1   playing itself out coast to coast, so not

2   necessarily unique to Salina.  The important

3   distinction here relates to commercial speech

4   and our ability to regulate commercial speech

5   or signs and then specifically how we do that

6   by way of our -- the codes that we have in

7   place.

8          I won't go into great detail, but

9   there's a U.S. Supreme Court case that

10  provided us clear direction, provided the

11  nation clear direction, that sign regulation

12  has to be content neutral.  And I think some

13  of you are on the planning commission, and the

14  city commission as we worked our way through

15  that a couple years ago trying to modify our

16  code to be sure that we met that content

17  neutral requirement.  So.

18         And that's important in that we don't

19  get to look at a sign and what it says and

20  what it looks like.  We just need to have

21  codes that apply across the board, regardless

22  of any specific content parameters.  And so --

23         And there certainly is a

24  misunderstanding between art and signs and

25  commercial speech.  And I would acknowledge

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                    Toll Free (800) 894-1423
Overland Park, KS 66204                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/19/24   Page 6 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 7 of 45
Transcript of Proceedings - 11/13/2023                    6

1   that signs can be artistic, some more artistic

2   than others.  This one in particular is very

3   artistic in terms of kind of the theme and

4   where it's headed with the image.

5            So despite all the emotion and kind

6   of the confusion surrounding it, we do not

7   regulate based on content, aesthetics, the

8   particular business in question nor social

9   media or a petition process.  We just have to

10  administer based on the codes that are in

11  effect.

12           Our codes in this particular case

13  have been in effect since 1966.  It doesn't

14  mean that they can't be changed, but the codes

15  that we currently have, have been in effect

16  since 1966 and we regulate based on size.

17           So by zoning category, that then

18  dictates, kind of, the mathematical formula

19  that gets applied that then determines the

20  maximum size of signs in total, not just an

21  individual sign, but kind of the aggregate

22  size of those signs that's allowed.

23           And I am going to call on Lauren

24  Driscoll to walk you through the specifics as

25  it relates to Cozy's.  And so that, then, kind

*Dolginoff & Associates*
Certified Court Reporters

8001 Conser St, Suite 200                      Toll Free (800) 894-1423
Overland Park, KS 66204                        www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                  mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 7 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 8 of 45
Transcript of Proceedings – 11/13/2023                              7

1    of sets size limits in proportion to the

2    building or more specifically the building

3    frontage.

4            So in this particular case, Cozy

5    currently has three permitted signs, and they

6    use up 84 percent of their allowable space by

7    our current code.  The proposed sign, in

8    combination with those other three signs,

9    would put them at about nine times the

10   allowable size.  So it really becomes a

11   function of the size of that artwork and

12   signage relative to our current code

13   provisions.

14           In terms of possible next steps, we

15   discussed these with Mr. Howard and his

16   artist.  First and foremost is submitting a

17   sign application, so we have the specifics of

18   what they intend and we can take a look at

19   that relative to the code.

20           But we do know just from what's on

21   the sign and the renderings that have been

22   shared, it's going to be more than just

23   submitting an application for approval.  We do

24   have a disconnect between what they intend and

25   what our code currently allows.

**Dolginoff & Associates**
*Certified Court Reporters*

8001 Conser St, Suite 200
Overland Park, KS 66204
(913) 894-4200 • Fax 894-4491

Toll Free (800) 894-1423
www.dolginoffcourtreporters.com
mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 8 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 9 of 45
Transcript of Proceedings - 11/13/2023                    8

1        A couple of other options that are

2    just generally available in the zoning code

3    are applying for a variance or proposing a

4    code amendment.  We discussed the variance

5    process, and there is a statutory set of

6    criteria that the board of zoning adjustment

7    has to reach findings on all five of them,

8    that they're met.

9        And that makes it a little -- makes

10   it problematic in terms of this particular

11   instance.  It has to be unique and -- there

12   has to be something unique in terms of an

13   insurmountable challenge or something that the

14   code might not have taken into account.  There

15   has to be an undue hardship -- some of those

16   standards are pretty high bars.

17       And we told Mr. Howard, we are not

18   saying you can't apply for a variance.  We're

19   not saying what the outcome might be.  But

20   knowing what we know about kind of that

21   criteria and our history, it doesn't seem

22   likely that a variance would be granted.

23       In fact, staff shared that our only

24   knowledge of a sign variance that has been

25   approved relates to a location where the

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                    Toll Free (800) 894-1423
Overland Park, KS 66204                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM Document 16-2 Filed 04/19/24 Page 9 of 44

1    ground falls off so quickly from the roadway,

2    that it had to be allowed to be taller than

3    the code might have allowed just to get in a

4    normal scale relative to the driving surface.

5             The other option, the code amendment,

6    we have a process whereby someone can make

7    application or request a code amendment.

8    Looking at it in first blush, probably to

9    accommodate what's being -- what Mr. Howard

10   desires, we need to increase the allowable

11   square footage nine to 10 times what our code

12   currently says or we would need to come up

13   with some allowance to cover an entire -- a

14   wall pretty much in its entirety or possibly

15   even all four sides of the building in its

16   entirety.

17            And that starts to get very

18   customized, very detailed.  And the key factor

19   there is, it has to be applicable across the

20   board.  We can't -- we're not in a position to

21   create a carve-out specific to a particular

22   business.

23            And so whatever we come up with would

24   need to allow the proposed sign.  It would

25   need to apply equally to others in a similar

*Dolginoff & Associates*
Certified Court Reporters

8001 Conser St, Suite 200                          Toll Free (800) 894-1423
Overland Park, KS 66204                        www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                  mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 10 of 44
Case 6:24-cv-01027-TC-ADM   Document 105-5   Filed 02/07/25   Page 11 of 45
Transcript of Proceedings - 11/13/2023                    10

```
 1   situation, again, regardless of its content,
 2   regardless of its aesthetics, regardless of
 3   the specific business.
 4          And I would reiterate, it's all on
 5   the basis of a commercial message.  So while
 6   we may have one sign that feels much more
 7   artistic than another, these size limits could
 8   just be pricing and a more typical business
 9   sign text than kind of an art -- artistic
10   flair.
11          I don't -- I think it's lost on you;
12   that's a pretty significant policy decision.
13   It's going to take some work.  We will --
14   we're prepared to staff that through in terms
15   of code drafting, running it through the
16   necessary committees for recommendation.  But
17   then it ultimately would end up back at the
18   city commission level for consideration of an
19   amendment to our code.
20          As I said, we're -- we're definitely
21   willing to do that.  It won't be quick.  I
22   think there is a lot that we might be able to
23   learn from other communities, and if they've
24   been able to find a creative way to come up
25   with codes that kind of address the balance
```

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200
Overland Park, KS 66204
(913) 894-4200 • Fax 894-4491

Toll Free (800) 894-1423
www.dolginoffcourtreporters.com
mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 12 of 44
Case 6:24-cv-01027-TC-ADM   Document 105-5   Filed 02/07/25   Page 12 of 45
Transcript of Proceedings - 11/13/2023                    11

 1    that we're trying to strike here.

 2          Part of the conversation will be

 3    while -- while it may be acceptable in this

 4    particular location, does it open it up for

 5    other locations.  And so we would need to

 6    provide -- spend some time kind of looking at

 7    all the possible scenarios so that the

 8    planning commission and the city commission

 9    have a good understanding of what that code

10    change might allow.

11          And so we have learned -- had some

12    contacts and planning.  And we'd already

13    identified the need to take a look at this and

14    had it on our plan of work for 2024.  It

15    wasn't necessarily on the plan of work for the

16    coming week or before year end, but she is

17    aware of some planners that specialize in

18    this.  Reached out to one of them last week to

19    try to see if we can expedite some of that

20    conversation.

21          We're hoping to have a proposal back

22    in the next week or two.  But the preliminary

23    conversation -- Lauren can speak to this

24    better than I can -- is their schedule is such

25    that their -- even if we engaged them and can

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                              Toll Free (800) 894-1423
Overland Park, KS 66204                          www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                     mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 12 of 44
Case 6:24-cv-01027-TC-ADM   Document 105-5   Filed 02/07/23   Page 13 of 45

Transcript of Proceedings - 11/13/2023                    12

1   get something in place, it's probably a couple

2   months out before they're able to, you know,

3   work on our specific project.

4          The last thing that I would say --

5   then I want to turn it over to Lauren, and

6   then I know Mr. Howard is here as well -- is

7   part of the conversation we had with the

8   artist and Mr. Howard this morning was last

9   week, staff's contact with him was not

10  intended to be enforcement, per se, with a

11  violation citation, but just agree to pause on

12  proceeding with the project until we can sort

13  through the codes, until we can have the

14  conversation we had this morning.

15         I think that's still a possibility.

16  The artist indicated this morning their

17  preference was, they washed the building in

18  preparation for painting.  They don't

19  necessarily want to leave it half finished.

20  And if it's going to take into the spring

21  before they have an answer, their preference

22  is to paint it white and just prep it to start

23  over again.

24         So.  That's certainly probably the

25  cleanest way from a code standpoint.  But that

*Dolginoff & Associates*
Certified Court Reporters

8001 Conser St, Suite 200
Overland Park, KS 66204
(913) 894-4200 • Fax 894-4491

Toll Free (800) 894-1423
www.dolginoffcourtreporters.com
mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 13 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/23   Page 14 of 45
Transcript of Proceedings - 11/13/2023                    13

 1    wasn't something that we said that they

 2    necessarily had to do.

 3            With that, what I'd like to do is

 4    give Lauren an opportunity to walk you through

 5    the math and the code provision specific to

 6    the Cozy sign as a little bit of background.

 7            MR. HOWARD:  Can I just say --

 8            MR. LONGBINE:  Well, now, let Ms.

 9    Driscoll -- let Ms. Driscoll bring the code.

10            MS. DRISCOLL:  Are you sure?

11            VICE MAYOR LONGBINE:  Yeah.  No, you

12    don't need to leave, Mr. Howard.  We just got

13    procedure here.

14            MR. HOWARD:  Okay.

15            VICE MAYOR LONGBINE:  Go ahead,

16    Lauren.

17            MS. DRISCOLL:  Jacob, if you wouldn't

18    mind popping that analysis up.  Staff learned

19    about the sign late on Sunday night, contacted

20    Mr. Howard Monday morning and just asked if we

21    could have -- if he could pause in -- in the

22    creation of his sign so that we could get a

23    chance to look at it.

24            Without an application, we had no

25    measurements, things like that.  Needed a

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                    Toll Free (800) 894-1423
Overland Park, KS 66204                    www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491              mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 14 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 15 of 45
Transcript of Proceedings - 11/13/2023                14

1   chance to look at it.  And could already see

2   on social media a lot of people had already

3   seen it, loved it, wanted more of it.

4           So we also looked and needed a little

5   time to research to see if there are any

6   exceptions to -- somebody asked us if really,

7   you know, institutional-type buildings get an

8   exception to sign codes.  How -- how do you

9   give that kind of variance.  Did some

10  research -- that's why we asked for the pause

11  so that we could meet with him this morning.

12          MR. SCHRAGE:  Sorry to interrupt, but

13  just to clarify.  Sunday -- not yesterday --

14          MS. DRISCOLL:  Correct.

15          MR. SCHRAGE:  -- Sunday, the week

16  prior.

17          MS. DRISCOLL:  Right.  Sunday before.

18  But without a lot of details, staff needed

19  just a little time to do some research, which

20  is what we had asked him and he said that that

21  was fine.

22          As part of some of that research,

23  also quick -- did a side analysis.  This is

24  typically something we would do when we would

25  get a new sign permit in the door.  In this

**Dolginoff & Associates**
*Certified Court Reporters*

8001 Conser St, Suite 200
Overland Park, KS 66204
(913) 894-4200 • Fax 894-4491

Toll Free (800) 894-1423
www.dolginoffcourtreporters.com
mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 15 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/23   Page 16 of 45
Transcript of Proceedings - 11/13/2023                    15

1    case the question is, is it a sign.

2          If you look at our definition of a

3    sign, a sign is anything in writing including

4    letters, words and numbers -- there are

5    letters involved in this application -- or in

6    this particular sign -- pictoral

7    representation.  This includes illustrations

8    or decorations; that is also part of this

9    sign.

10         And these are calculated to attract

11   the attention of the public or any figures,

12   similar in character which, one, could include

13   being painted on -- so they are painted on to

14   the wall; two, used to announce, direct

15   attention to or advertise something.  It's

16   welcoming you to come into the building --

17   that's part of the sign -- and is not located

18   inside the building.  It is of course on the

19   exterior side wall of the structure.

20         So from that pure definition, this

21   starts to tick all the boxes that make it a

22   sign, before we even get into a discussion of

23   commercial speech, noncommercial speech.

24         When we look at sign regulation, we

25   go to the sign code, which is in the city

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                    Toll Free (800) 894-1423
Overland Park, KS 66204                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 16 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 17 of 45
Transcript of Proceedings - 11/13/2023                    16

1    zoning code, Chapter 42.  And then we look at

2    what zone the property falls into.

3            So I've gotten quite a few calls over

4    the last few days of people asking, well, what

5    about that one?  What about that sign?  What

6    about that sign?

7            Well, they're in different zoning

8    districts.  So the rules are going to be

9    different for those.

10           This particular property is in C4,

11   which is the central business district

12   downtown.  And beyond things that are typical

13   to any zoning district, identifying functional

14   types of signs, structural permits, numbers of

15   signs, most notable by most people when it

16   comes to signage is the maximum gross surface

17   area.  So how big can the sign be.

18           We also do a collective surface area.

19   So you can have a couple smaller signs that

20   could equal that full surface area amount of

21   signage.  So, for instance, in the downtown,

22   you can have 3 square feet of signage for

23   every foot of frontage.

24           Well, the Cozy building is a very

25   little building.  It only has 20.8 feet -- so

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                                    Toll Free (800) 894-1423
Overland Park, KS 66204                                  www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                            mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 17 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 18 of 45
Transcript of Proceedings - 11/13/2023                    17

1    let's round it up to 21 -- even to 21 linear

2    feet of frontage.  So if we take 21 times 3,

3    you get 63 square feet.

4            So by the time we take their north

5    facing wall sign, which is 24 square feet,

6    their 7th Street projecting sign, which is

7    24 square feet and then their 7th Street

8    awning sign, which is another 4.88 square

9    feet, you get 52.88 square feet, leaving us

10   just over 10 square feet of remaining surface

11   area of signage allowed for the building.

12           In Cozy'a situation, if you take the

13   sign that's on the side of the building and

14   you do the square footage analysis on that,

15   it's approximately 528 square feet, which is

16   significantly greater than the allotted amount

17   in the C4 district.  So that's really the

18   challenge here.

19           And I would love to say from the

20   staff perspective, if there was one line that

21   I could change and make this simple, I really

22   would.  But one of the things that makes the

23   downtown unique is there's kind of a domino

24   effect; right?  We have a lot of different

25   shaped buildings.  We have very limited or no

**Dolginoff & Associates**
Certified Court Reporters

8001 Conser St, Suite 200                          Toll Free (800) 894-1423
Overland Park, KS 66204                            www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                      mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 18 of 44
Case 6:24-cv-01027-TC-ADM   Document 105-5   Filed 02/07/25   Page 19 of 45
Transcript of Proceedings - 11/13/2023                    18

 1   setbacks in many situations.

 2          So how the buildings work together,

 3   the scale of messaging, of signage, really

 4   does matter in that environment.  Plus the C4

 5   is also very pedestrian focused.

 6          Where, for instance, you know,

 7   driving down 9th Street, that's not a

 8   pedestrian environment.  But everything in the

 9   C4 is scaled for both car and people.  So that

10   also has to do with some of our sign

11   regulations and kind of how they came to be.

12          So we did have this conversation with

13   Mr. Howard this morning.  We kind of saw this

14   coming, the excitement of all the art with

15   Boom Festival has gotten people looking at

16   blank walls differently.  But that doesn't

17   necessarily change the definition of a sign.

18          Even if we changed our definition, we

19   still have to be mindful of kind of what the

20   Supreme Court decisions have done to reflect

21   that sign code and how murals and signs can

22   exist cohesively in a community.

23          And it takes a bigger, broader

24   conversation.  So we had planned to start that

25   this spring knowing we had a lot of creative

*Dolginoff & Associates*
Certified Court Reporters

8001 Conser St, Suite 200                              Toll Free (800) 894-1423
Overland Park, KS 66204                              www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                        mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 19 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 20 of 45
Transcript of Proceedings - 11/13/2023                19

 1    minds wanting to share, but also wanting to

 2    get everybody on the same page of what the

 3    outcome would look like.

 4            In reaching out to specialists -- and

 5    I will say, if we could do this in-house right

 6    now, I would.  But this is a very unique and

 7    specialized area of code.  It also, in order

 8    to do it in a time efficient manner, you kind

 9    of need to -- this needs to be your -- your

10    thing.

11            It's kind of like when you hire a

12    specialist, a subject-matter expert to do

13    something.  They can do it quicker than other

14    people.  You know, that's -- that's their

15    system or that's the tool that they always

16    work on.

17            And we want this done in a timely

18    manner.  Clearly it's kind of come to a

19    precipice where people are noticing this.  And

20    I do think bringing a subject matter expert

21    in -- a couple of them that I've talked to

22    said, you know, two, three months they could

23    have a good public process that lets everybody

24    have a chance to speak on this, to find code

25    that will work in the community and get

**Dolginoff & Associates**
Certified Court Reporters

8001 Conser St, Suite 200
Overland Park, KS 66204
(913) 894-4200 • Fax 894-4491

Toll Free (800) 894-1423
www.dolginoffcourtreporters.com
mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 20 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 21 of 45
Transcript of Proceedings - 11/13/2023                    20

1    something to bring forward to you all.

2           So I think that's pretty reasonable.

3    I'm hoping they can start January, February at

4    the latest.  But I do think that this is a

5    situation in which it would be reasonable to

6    get somebody who could really kind of help us

7    move this along in addition to everything else

8    we got going on.

9           MR. SCHRAGE:  And if I could add one

10   thing to that.  In addition to being the

11   subject matter expert, I think this a really

12   good example where it's going to take some

13   creativity on our part.  It's going to take

14   some balancing of considerations.

15          And someone that's been in these

16   similar conversations in multiple communities

17   and facilitated, you know, kind of public

18   discussions about that I think can add a lot

19   of value versus us just kind of working in a

20   vacuum trying to figure this out from scratch.

21          MS. DRISCOLL:  Well, and they're

22   going to have to turn visual materials around

23   quickly.  I mean, in amongst everything that's

24   coming in and out of the office every day,

25   somebody stopping, and every time we talk

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                                    Toll Free (800) 894-1423
Overland Park, KS 66204                                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                                mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 21 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 22 of 45
Transcript of Proceedings - 11/13/2023                    21

1    about a scaling of something or, you know,

2    how -- how a different change in rules would

3    look, you're going to need to kind of create

4    new visuals to go over with the group to say,

5    okay, well, that's what it looks like here,

6    that's what it looks like here and that's what

7    it looks like here in the C4.

8            Is that what you were hoping this

9    rule change would do?  And so people are going

10   to have to see those visuals.  And somebody

11   being able to produce those in a timely manner

12   is also part of kind of what helps move this

13   along, rather than staff in amongst phone

14   calls and other day-to-day things, trying to

15   produce those materials, plus research code,

16   plus rewrite and do all of those others

17   things.

18           MR. SCHRAGE:  So we -- in what little

19   time we have had, we brainstormed a little bit

20   about, okay, what's unique about that

21   location.  Could it be acceptable.

22           And I think the conversation was not

23   just absolute objection to it, but it then

24   quickly becomes, well, how do we write

25   something that that's acceptable but it

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                                    Toll Free (800) 894-1423
Overland Park, KS 66204                                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                                mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM  Document 16-2  Filed 04/10/24  Page 23 of 44
Case 6:24-cv-01027-TC  Document 105-5  Filed 02/07/23  Page 23 of 45

Transcript of Proceedings - 11/13/2023                    22

1    doesn't expand beyond what the community might

2    have in mind for other building faces in the

3    downtown.

4         I think we can get there.  But I do

5    think an outside subject matter expert could

6    certainly help us.

7         COMMISSIONER RYAN:  Well, I would

8    agree you're taking the right approach to dive

9    in, given the proliferation of mural art

10   everywhere -- and it seems Salina is really

11   interested in that, we're kind of ahead of

12   things in trying to develop that.

13        But I'm -- yeah, I would be anxious

14   to hear what the better brains are doing with

15   that.  Because I can understand the city's

16   point of view of --

17        I mean, if this code is as old as

18   1966, it deserves to be reviewed in this

19   modern concept.  Because I can see dividing a

20   signage like this -- I mean, look at any Apple

21   ad in the world that -- it's very much art but

22   still a portion of it communicates the

23   commercial message.

24        I could see much of the mural part be

25   considered art, and then focus on the actual

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                    Toll Free (800) 894-1423
Overland Park, KS 66204                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 23 of 44
Case 6:24-cv-01027-TC-ADM   Document 105-5   Filed 02/07/25   Page 24 of 45
Transcript of Proceedings - 11/13/2023                         23

1    portion that's the message as the commercial

2    aspect.  So a fine line there between artistic

3    minds and people that administer code, so.

4              MS. DRISCOLL:  And I think

5    representation is one thing also that you'll

6    see when you read case law about this is,

7    expressly related solely to the economic

8    interest, to the speaker and the audience, or

9    speech that possesses commercial transaction

10   when the -- I'm going to use the coffee house

11   for instance.  This is actually from a Supreme

12   Court case.

13             If the coffee house has a dove with

14   an olive branch and it says the word "peace"

15   on the side of it, that -- that's not a sign.

16   Because even though the word "peace" is there,

17   you're not selling peace inside.  I mean,

18   coffee may do that for some people.

19             But in general, the dove, the olive

20   branch, the peace are not part of a commercial

21   transaction that would take place in that

22   building or draw you to that building for a

23   commercial transaction.

24             Where if we had a steaming cup of

25   coffee and a coffee pot on the side, those are

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200
Overland Park, KS 66204
(913) 894-4200 • Fax 894-4491

Toll Free (800) 894-1423
www.dolginoffcourtreporters.com
mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM  Document 16-2  Filed 04/10/24  Page 24 of 44
Case 6:24-cv-01027-TC-ADM  Document 105-5  Filed 02/07/25  Page 25 of 45
Transcript of Proceedings - 11/13/2023                    24

 1  things that draw you in to the use of that
 2  building.  Even without a word, that
 3  illustration can suggest that commercial
 4  transaction.
 5         There's actually case law example of
 6  a mural, which is actually a sign, of a bunch
 7  of puppies playing in a field.  It's across
 8  from a dog park.  And the mural happens to be
 9  on a building that is a doggy day care.  Never
10  said a word.  But it's dogs; they do doggy day
11  care.  That was deemed commercial signage.
12         VICE MAYOR LONGBINE:  I think it's --
13  go ahead.
14         COMMISSIONER RYAN:  I'm sorry.  I was
15  just kind of following up on my -- are there
16  communities that have public boards or
17  entities that decide what's an artistic aspect
18  and what would be a commercial?  I mean, that
19  seems very hard to me to distinguish in given
20  instances.
21         MS. DRISCOLL:  I do.  I think that is
22  one of the biggest challenges.  I think part
23  of what we have to focus on is really
24  location, size, and scale of signage and work
25  from there, rather than what is the content or

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                    Toll Free (800) 894-1423
Overland Park, KS 66204                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 25 of 44
Case 6:24-cv-01027-TC-ADM   Document 105-5   Filed 02/07/25   Page 26 of 45
Transcript of Proceedings - 11/13/2023                              25

1    does it look like art, does it feel like art.

2    Because that's definitely where we get into

3    the trouble zone.  And that's definitely

4    where, you know, cities that try to regulate

5    to that messaging side of things typically end

6    up getting sued.

7              MR. SCHRAGE:  Yeah.  You probably

8    recall time, place, and manner is a typical

9    refrain of, well, you can relate.  And then

10   Reed v Gilbert is another U.S. Supreme Court

11   case that very clearly makes it known that

12   you're not supposed to regulate based on

13   content.  So.

14             MS. DRISCOLL:  But the other option

15   is we may end up having to have a process for

16   the murals.  So it's like if you can't say

17   this is one thing, do you identify the others?

18   I mean, that's part of the conversation I

19   think needs to be had.

20             Sometimes saying something isn't

21   something -- maybe you need a process to

22   identify what something is.  So.  I think

23   there's some different things we have to look

24   at.

25             COMMISSIONER DAVIS:  Just from a


Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                    Toll Free (800) 894-1423
Overland Park, KS 66204                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 26 of 44
Case 6:24-cv-01027-TC-ADM   Document 105-5   Filed 02/07/25   Page 27 of 45
Transcript of Proceedings - 11/13/2023                     26

1  definition standpoint, if this same painting

2  was, let's say, on the side of one of the

3  grain elevators, downtown, away from where it

4  is now, would it -- then be considered

5  commercial -- commercial signage?

6        MR. SCHRAGE:  And the reason I laugh,

7  is now we're into off-premise signs.  There

8  are -- there is signage that's not on a -- at

9  the actual business location that directs

10 attention elsewhere.

11       COMMISSIONER DAVIS:  Yeah, I kind of

12 remember that discussion from --

13       MR. SCHRAGE:  So --

14       COMMISSIONER DAVIS:  Okay.  I'll

15 withdraw that question.

16       MR. SCHRAGE:  But it -- you know,

17 there's a lot of what-ifs.  There certainly is

18 a circumstance where a steaming cup of coffee

19 on the side of a coffee house is a sign and a

20 steaming cup of coffee on the other side of

21 town unrelated to anything going on might not

22 be a sign.

23       You know, as we -- as we looked at

24 murals, we had some conversation about this

25 very question.  And the first reaction was,

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                          Toll Free (800) 894-1423
Overland Park, KS 66204                         www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491              mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM  Document 16-2  Filed 04/10/24  Page 27 of 44
Case 6:24-cv-01027-TC-ADM  Document 105-5  Filed 02/07/25  Page 28 of 45
Transcript of Proceedings - 11/13/2023                    27

 1  well, if it includes lettering, or if it

 2  includes wording.

 3          But it really -- if the wording's not

 4  commercial in any way or doesn't have an

 5  attachment to a commercial operation, that in

 6  and of itself isn't a disqualifier.

 7          COMMISSIONER DAVIS:  Case in point

 8  being the Target logo.  You know, some of the

 9  buildings, they don't even put the word

10  "Target" on it.

11          MR. SCHRAGE:  Right.

12          COMMISSIONER DAVIS:  They just

13  have --

14          MR. SCHRAGE:  Well, Lauren's made the

15  example in prior conversations, the gas pump

16  and the different icons that you see on

17  directional signs on the side of the

18  interstate.  No words, but it's still

19  conveying a message.

20          VICE MAYOR LONGBINE:  Well, I think

21  if this had been anything other than a

22  101-year old historic institution, it wouldn't

23  be an issue.

24          And, you know, I'm sorry Mr. Howard

25  wouldn't stay and join the conversation here.

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200            Toll Free (800) 894-1423
Overland Park, KS 66204              www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491        mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 28 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 29 of 45
Transcript of Proceedings - 11/13/2023                    28

 1   But I really believe if he intended to get in

 2   on the whole mural trend -- and it is -- you

 3   pointed out well the distinction between art

 4   and murals and commercial sign.

 5          So I guess my thoughts all along as

 6   I've studied this issue is what would it take

 7   for him to turn this into a mural rather than

 8   a sign.

 9          MR. SCHRAGE:  So as I prepared my

10   overview, I shared it with legal counsel to

11   just make sure I wasn't saying anything

12   incorrectly.  And as might be expected, they

13   responded two to three levels deeper in terms

14   of legal analysis and court cases.

15          And I say all that because we end --

16   that ends up being a legal question of, if

17   there are no words but it's still, you know,

18   related to the business activity of the

19   building, I think there's case law out there

20   that says that's still a commercial message

21   and it's still a sign.

22          And then the added difficulty is --

23   and there's examples in court cases of this as

24   well -- as soon as you start that treatment,

25   whatever it might be, for one intended

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                    Toll Free (800) 894-1423
Overland Park, KS 66204                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 29 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 30 of 45
Transcript of Proceedings - 11/13/2023                    29

1   location or purpose, then the expectation is,

2   I'm the same as them.  I deserve the same

3   treatment.

4          And that's the precedent-setting

5   nature that we have to really pay attention to

6   as we revise the code.

7          COMMISSIONER DAVIS:  Then I think the

8   other flip side of that is, you know -- and I

9   do -- I did drive by and it's a really nice

10  drawing.  But we don't spend our time

11  regulating things that we like.  Our codes

12  make us be impartial when we have to deal with

13  things that we don't like.

14         And if everybody in town liked it,

15  we'd probably push it through and -- but the

16  next time -- you know, this may be a poor

17  example to use.  But, you know, if a sexually

18  explicit supply store wanted to come by and

19  they had, you know, pictures of their

20  paraphernalia on the side of the building,

21  judging from comments during our last

22  election, a lot of folks would be upset over

23  that.

24         Or if we had same-sex couples, you

25  know, with a rainbow picture on the side of

**Dolginoff & Associates**
Certified Court Reporters

8001 Conser St, Suite 200
Overland Park, KS 66204
(913) 894-4200 • Fax 894-4491

Toll Free (800) 894-1423
www.dolginoffcourtreporters.com
mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 30 of 44
Case 6:24-cv-01027-TC-ADM   Document 105-5   Filed 02/07/25   Page 31 of 45
Transcript of Proceedings - 11/13/2023                    30

1    the building saying, you know, Salina,

2    friendly to the LGBTQ community, folks -- you

3    know, we'd have folks coming up on the other

4    side saying, well, how can you allow that?  I

5    mean, that's clearly a sign.

6             So, you know, whatever we do, it's

7    got to be something that will stand the test,

8    no matter who's coming up to the podium.  And

9    it makes it more difficult -- I think it's a

10   beautiful sign, but.

11            And I've said it before, we have

12   rules for a reason.  There are times -- you

13   know, if a rule always has to be overridden or

14   we give exceptions, then there's probably

15   something wrong with the rule.

16            But we even need to look at finding a

17   way to change the rule.  But, again, you know,

18   you have to understand that someone else that

19   you don't like may come by and use that

20   same -- same rule.

21            MR. SCHRAGE:  All right.  So building

22   on that hypothetical just a little bit,

23   without additional clarification, allowing one

24   building to have 100 percent of the side wall

25   as a sign, we -- you could do your frontage on

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                          Toll Free (800) 894-1423
Overland Park, KS 66204                            www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                      mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM Document 16-2 Filed 04/10/24 Page 31 of 44
Case 6:24-cv-01027-TC Document 105-5 Filed 02/07/25 Page 32 of 45
Transcript of Proceedings - 11/13/2023                    31

1    Santa Fe, a hundred percent a sign.

2            I don't think that's the intent.  And

3    that's -- those are the kind of things that

4    when we make a code amendment, we need to

5    parse out so that we don't have unintended

6    consequences.

7            COMMISSIONER DAVIS:  And, you know,

8    if we wanted to have a sign frontage district,

9    you know, where the front of every building

10   had to be a sign, you know, so it looked like

11   you weren't going into a store but you were

12   going into a sign, we could do that.  I mean,

13   what is it -- which city in Texas is Weird --

14   Austin?

15           MR. SCHRAGE:  Keep Austin Weird.

16           COMMISSIONER DAVIS:  Austin and

17   Portland would probably take objection to us

18   stealing their fun.  But, again, that just has

19   to be the nature of that particular district.

20           MR. SCHRAGE:  It's not lost on staff,

21   this is a result of the enthusiasm and the

22   energy that is the mural festival.  And

23   speaking with Mr. Howard, I'm confident that

24   he viewed it as his mural and didn't make a

25   distinction between it being a sign in our

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                                    Toll Free (800) 894-1423
Overland Park, KS 66204                                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                                mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 32 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 33 of 45
Transcript of Proceedings - 11/13/2023                    32

1  estimation and it being a mural.

2          And I have vague knowledge to the

3  artist, that -- his artwork is high energy.

4  You know, it -- it pops.  We just got to find

5  a way to balance that with the sign code.

6          VICE MAYOR LONGBINE:  Well, I think

7  we should be able to work through this without

8  bringing in outside consultants.  It shouldn't

9  be that complicated.

10         MR. SCHRAGE:  I don't -- you might

11 find us bringing a consultant in on this one.

12         VICE MAYOR LONGBINE:  I do agree with

13 Commissioner Davis' point, though, that, you

14 know, we got these ordinances and regulations

15 and we need to be consistent.  You know,

16 someone could put something very derogatory or

17 offensive to society as a whole, and that's

18 why we have these ordinances.

19         COMMISSIONER DAVIS:  And I guess even

20 then we can't prevent.  All we can do is

21 regulate the size of the sign.

22         COMMISSIONER LENKIEWICZ:  It's a bit

23 of a quandry.  And I -- coming back to the

24 subject matter, expert -- I mean, you

25 mentioned -- I'm sorry.  I did not mean to do

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                          Toll Free (800) 894-1423
Overland Park, KS 66204                            www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                      mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 32 of 44
Case 6:24-cv-01027-TC-ADM   Document 105-5   Filed 02/07/25   Page 34 of 45
Transcript of Proceedings - 11/13/2023                    33

 1   that to you.  But it sounds like it will

 2   expedite the situation, which is what we want

 3   to see happen.

 4          I mean, I can't speak for the other

 5   members of the Commission, but I'm getting a

 6   general sensibility of we want to work with

 7   this business owner.  We want to figure out if

 8   there is any middle ground, which sounds very

 9   questionable at this point.  We'd like to get

10   there.

11          But, you know, for the general

12   public, this sensibility that we're just up

13   here, you know, thumbs up, thumbs down and,

14   you know, this is art, this is not art, I

15   mean, it's a lot more complicated than that.

16          And, unfortunately, we find ourselves

17   in a situation where I think we all appreciate

18   the art.  But we are bound by -- by laws that

19   we -- you know, we're a governing body and

20   that we -- we're -- we can't just arbitrarily

21   decide, yes, this rule we're not going to

22   enforce, and, you know, this rule we're going

23   to apply, and there's the sense of fairness

24   and uniformity to how we do things.

25          And it's really not a good spot to be



Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                    Toll Free (800) 894-1423
Overland Park, KS 66204                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM Document 16-2 Filed 04/10/24 Page 34 of 44
Case 6:24-cv-01027-TC Document 105-5 Filed 02/07/25 Page 35 of 45
Transcript of Proceedings - 11/13/2023         34

1  right now, to be honest.  I don't like this.
2  And it reminds me a lot of my law enforcement
3  years, a lot of similarities.  But
4  unfortunately, that's part of our job and it's
5  going to take time.  And hopefully we find
6  some middle ground.
7        But the concept of private property
8  rights and, hey, this is something I own and I
9  want to do what I will with it.  That's not
10 lost on me either, as a -- as a business
11 owner.  I get it.  It's just we are -- we're
12 in a bit of a quandary, I'll say it again.
13       COMMISSIONER DAVIS:  If we had a
14 different set of rules for downtown or if we
15 called it an arts district or whatever, we
16 would not be able to have a separate board
17 decide the artistic merits.  It would still --
18 you'd still have to have a regulation -- not
19 necessarily worded like this, but it would
20 still be you either fit or you don't.
21       MR. SCHRAGE:  We do have a design
22 review board that applies some architectural
23 and aesthetic standards within -- in that
24 district.  But that's about as far as I'm
25 comfortable going without some legal advice

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200
Overland Park, KS 66062
(913) 894-4200 • Fax 894-4491

Toll Free (800) 894-1423
www.dolginoffcourtreporters.com
mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 35 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 36 of 45
Transcript of Proceedings - 11/13/2023          35

1   beyond that.

2          It certainly isn't -- as Commissioner

3   Lenkiewicz pointed out, it's not thumbs up,

4   thumb down on the particular art.  It's --

5          COMMISSIONER DAVIS:  Just the

6   structure and appearance of the building.

7          MR. SCHRAGE:  -- some broader

8   guidance and is it within that guidance.

9          MS. DRISCOLL:  Well, boards and

10  commissions make their decisions based on the

11  criteria that's outlined in code.  So when

12  they make a decision, you have to be able to

13  tie findings back to that.

14         So the body finds that as per this

15  section of code, it did not meet it.  The body

16  finds it did meet that section of code.  So

17  it's never really arbitrary, right, when the

18  board reviews things.  I mean, there is

19  criteria which they make the decision to.

20         So when we say, like, can we have a

21  board that decides if it's art or not art,

22  that's a great example of can you really find

23  that criteria.  That's where we stick to time,

24  place, and manner.

25         The board can decide, is that, you

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                    Toll Free (800) 894-1423
Overland Park, KS 66204                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                mail@dolginoffcourtreporters.com

```
 1    know, the right size for that space.  Is that
 2    the right material for that space.
 3              When we get into downtowns, we start
 4    talking about, you know, historic materials,
 5    historic architecture.  And that's kind of a
 6    unique line that we walk in our downtown.
 7    We're not a purist when it comes to historical
 8    integrity like some downtowns which is --
 9    that's -- we have a lot of cool stuff going
10    on, which means we can bring some other things
11    in.  But you still have to be mindful, of some
12    of those components.
13              So those are things that can be part
14    of that decision.  But as far as kind of
15    content or, you know, the flavor of the
16    message, I mean, outside of outright
17    profanity -- Mr. Bengtson?
18              MR. BENGTSON:  Well, if I may,
19    Vice Mayor and commissioners, to all the
20    points being made, most of what a municipality
21    or city regulates is subject to a relative --
22    relatively simple test of whether there is a
23    nexus between the regulation and a legitimate
24    public purpose.  Most of the code is subject
25    to that sort of test.
```

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200
Overland Park, KS 66204
(913) 894-4200 • Fax 894-4491

Toll Free (800) 894-1423
www.dolginoffcourtreporters.com
mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM    Document 16-2    Filed 04/10/24    Page 37 of 44
Case 6:24-cv-01027-TC-ADM    Document 105-5    Filed 02/07/25    Page 38 of 45
Transcript of Proceedings - 11/13/2023                    37

1    When you get into First Amendment

2    regulation, anything that is protected by

3    First Amendment, it gets more specific.  The

4    Supreme Court has told us now when you are

5    evaluating anything in the commercial speech

6    category, it undergoes what is called an

7    intermediary -- intermediate scrutiny level.

8         It's higher than that just rational

9    nexus.  There has to be a specific public

10   purpose.  It has to be narrowly tailored to

11   meet that.  That's the type of analysis that

12   under -- that -- or critique that anything

13   that you do that regulates commercial speech

14   would undergo if challenged.

15        Now, we know also, however, that when

16   you're looking at art as a form of expression

17   that has been determined to be protected under

18   the First Amendment, that undergoes what is

19   called a strict scrutiny.  It's a higher level

20   test.  So that's the sort of distinctions that

21   Ms. Driscoll is speaking of.

22        And I think the only other point I

23   would make, to your point Vice Mayor,

24   understand I'm not sure if your thought was

25   related to cost or time or whatever it might

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200
Overland Park, KS 66204
(913) 894-4200 • Fax 894-4491

Toll Free (800) 894-1423
www.dolginoffcourtreporters.com
mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM Document 16-2 Filed 04/10/24 Page 38 of 44
Case 6:24-cv-01027-TC-ADM Document 105-5 Filed 02/07/25 Page 39 of 45
Transcript of Proceedings - 11/13/2023                     38

```
 1   have been.  But the only thing I would say, we
 2   are in an area where we, as your local general
 3   counsel recognize, particularly with both the
 4   speed and accuracy with which we would like to
 5   address this, that at least from the legal
 6   standpoint, I think there are efficiencies
 7   even in terms of cost of having the
 8   specialized expert handling those sorts of
 9   questions rather than you all having to wonder
10   if we've figured that out or not.
11         So, you know, I think there are
12   efficiencies.  And I know from Ms. Driscoll's
13   work at state and national levels, she has
14   reason to be familiar with folks who are
15   expert in these areas.  And from our
16   standpoint as legal counsel, we welcome that
17   sort of expertise on such a -- such an
18   important set of issues.
19         VICE MAYOR LONGBINE:  What's the
20   commission's thoughts on that?  Bring a
21   consultant in?
22         COMMISSIONER RYAN:  No.  I'm
23   completely on board with a consultant, yeah.
24   I think that there are people that have been
25   following this law for periods of time and
```

**Dolginoff & Associates**
Certified Court Reporters

8001 Conser St, Suite 200                          Toll Free (800) 894-1423
Overland Park, KS 66204                            www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                      mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 39 of 44
Case 6:24-cv-01027-TC-ADM   Document 105-5   Filed 02/07/25   Page 40 of 45
Transcript of Proceedings - 11/13/2023                    39

 1   that it's important that we have their wisdom

 2   and experience.  And I'm sure it will be much

 3   cheaper than us, you know, plowing a new road.

 4         I mean, I have a lot of confidence in

 5   our staff in figuring any kind of problem out

 6   and providing remedies.  But it looks like

 7   we'll get much quicker answers if we buy some

 8   expertise.

 9         COMMISSIONER DAVIS:  I agree.  And

10   that doesn't mean that creative minds in town

11   can't still work up some other solutions.

12         MS. DRISCOLL:  Oh, definitely.  And,

13   I mean, one of the things that takes a little

14   time vers, you know, me sitting in my office

15   just going one line at a time, is that we need

16   public process.  I mean, there are definitely

17   a group of stakeholders here.  They're

18   artists.  They're downtown business owners.

19   They're downtown building owners.  There's

20   nondowntown businesses and buildings.

21         So, I mean, this is -- this is

22   something that we're seeing not just downtown

23   but in the other areas.  And I think to have

24   time to have conversations with those folks

25   and ask, you know, how are these rules feeling

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                    Toll Free (800) 894-1423
Overland Park, KS 66204                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 40 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 41 of 45
Transcript of Proceedings - 11/13/2023                    40

 1    and fitting as we've changed as a community

 2    over the last few years is an important part

 3    of that process.  So definitely getting those

 4    creative minds to the table.

 5            VICE MAYOR LONGBINE:  Well, I did

 6    learn a lot from the PowerPoint presentation

 7    that was forwarded to us and things I hadn't

 8    thought of.  So this is a learning experience

 9    for all of us, I think.

10            MS. DRISCOLL:  And it's -- to Greg's

11    point, it's also like an ever-changing field.

12    I mean, every time somebody gets sued, a

13    different city, that's a different

14    interpretation of that case law.

15            So that's the other thing is having

16    somebody who's doing this day in and day out,

17    following and applying those things.  And

18    there's a -- I will say from 20-some years of

19    experience, there's a difference between

20    having read it and read somebody else's code,

21    then trying to borrow pieces of that and put

22    that into your own, vers somebody who has

23    applied this in other places and can kind of

24    come in and say, well, here's several

25    different examples; how do they apply to your

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                    Toll Free (800) 894-1423
Overland Park, KS 66204                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 42 of 44
Case 6:24-cv-01027-TC-ADM   Document 105-5   Filed 02/07/25   Page 42 of 45
Transcript of Proceedings - 11/13/2023                    41

1  place, which can -- can be very helpful.

2          And sometimes just a new set of eyes

3  to see things differently than we have before.

4          VICE MAYOR LONGBINE:  Well, I hope

5  patience can prevail.  This really did take

6  off.  And I want to remind people, this had

7  nothing to do with the city collecting permit

8  fees.

9          MS. DRISCOLL:  No.  And I have -- I

10 will say we have not issued a violation

11 notice.  We simply called and asked for a

12 brief pause so we could research and asked for

13 a meeting.  That is the sum total of it.

14         This morning we met with the business

15 owner like we would any other business owner

16 in town, wanted to talk through these things,

17 and came in willing to talk about how the code

18 could be different.

19         Still haven't issued a violation

20 notice.  Haven't -- haven't done any of those

21 things.  Had a normal conversation.

22         In fact, as I was coming down the

23 stairs, Mr. Howard did drop off his permit

24 along with his application fee.  We'll use

25 that to kind of be in the system, work through

*Dolginoff & Associates*
Certified Court Reporters

8001 Conser St, Suite 200                    Toll Free (800) 894-1423
Overland Park, KS 66204                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM    Document 16-2    Filed 04/10/24    Page 42 of 44
Case 6:24-cv-01027-TC    Document 105-5    Filed 02/07/23    Page 43 of 45

Transcript of Proceedings - 11/13/2023                    42

1   it to see, you know, if he'd like to move

2   forward with that.  But at least that's on

3   record.

4          And as we go forward with the

5   ordinance changes, if he'd like to wait and

6   see how that applies, we can do that as well.

7          VICE MAYOR LONGBINE:  Well, I hope

8   citizens realize that a lot has been put into

9   this already.  And we want to see it work out

10  and be successful.  I think I can speak for a

11  lot of citizens that we'd just like it to be

12  worked out.  So.

13         UNIDENTIFIED SPEAKER:  I think we're

14  doing great things here in town.  And I look

15  forward to the collaborative aspect of this.

16  Certainly, our value set here in Salina as

17  midwesterners is different than Seattle or in

18  Florida or D.C.  So I think it's important we

19  have this -- conversations and do what's right

20  for our place here.

21         MS. DRISCOLL:  Hm-hmm.

22         VICE MAYOR LONGBINE:  Anything else?

23         MR. SCHRAGE:  That was longer than I

24  expected but good conversation.

25         VICE MAYOR LONGBINE:  It was.

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200                    Toll Free (800) 894-1423
Overland Park, KS 66204                      www.dolginoffcourtreporters.com
(913) 894-4200 • Fax 894-4491                mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 43 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 44 of 45
Transcript of Proceedings - 11/13/2023                    43

 1          MR. SCHRAGE:  So we'll keep moving

 2   forward.

 3          VICE MAYOR LONGBINE:  Yes, it was.

 4   Okay.  That will bring us to Citizen's Forum.

 5          Anything that's not on the agenda,

 6   welcome to come and share and keep your

 7   comments three minutes.

 8          (The excerpt of the proceedings

 9   concluded.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Dolginoff & Associates
Certified Court Reporters

8001 Conser St, Suite 200
Overland Park, KS 66204
(913) 894-4200 • Fax 894-4491

Toll Free (800) 894-1423
www.dolginoffcourtreporters.com
mail@dolginoffcourtreporters.com

Case 6:24-cv-01027-TC-ADM   Document 16-2   Filed 04/10/24   Page 44 of 44
Case 6:24-cv-01027-TC   Document 105-5   Filed 02/07/25   Page 45 of 45
Transcript of Proceedings - 11/13/2023                    44

```
 1              C E R T I F I C A T E

 2

 3        I, Avanelle L. Sullivan, a Certified

 4   Shorthand Reporter of the State of Kansas, do

 5   hereby certify that I appeared at the time and

 6   place first hereinbefore set forth, that I took

 7   down in shorthand the entire proceedings had at

 8   said time and place, and that the foregoing

 9   constitutes a true, correct, and complete

10   transcript of my said shorthand notes.

11        Witness my hand and seal this 16th day of

12   November, 2023.

13

14

15

16                  Avanelle L. Sullivan

17                  Certified Shorthand Reporter

18                  State of Kansas

19

20

21

22

23

24

25
```

Avanelle Sullivan
State of Kansas
Certified Shorthand Reporter

**Dolginoff & Associates**
Certified Court Reporters

8001 Conser St, Suite 200
Overland Park, KS 66204
(913) 894-4200 • Fax 894-4491

Toll Free (800) 894-1423
www.dolginoffcourtreporters.com
mail@dolginoffcourtreporters.com