# Exhibit F
# Mural Photos







0091









0098







0103











