# Exhibit G
# Anderson Deposition Excerpts

# LAWRENCE BRADLEY ANDERSON

```
 1   .

 2            IN THE UNITED STATES DISTRICT COURT

 3                   FOR THE DISTRICT OF KANSAS

 4   .

 5   .

 6   COZY INN, INCORPORATED, d/b/a

 7   THE COZY INN; STEPHEN HOWARD,

 8           Plaintiffs,

 9   .

10         vs.       Civil Action No. 6:24-cv-01027-TC-ADM

11   .

12   CITY OF SALINA, KANSAS,

13           Defendant.

14   .

15   .

16                         DEPOSITION OF

17                  LAWRENCE BRADLEY ANDERSON,

18   taken on behalf of the Plaintiffs, pursuant to

19   Notice to Take Deposition, beginning at 9:01 p.m.

20   on the 12th day of September, 2024, at Clark, Mize

21   & Linville, 129 S. 8th Street, in the City of

22   Salina, County of Saline, and State of Kansas,

23   before Sandra S. Biggs, Kansas CCR No. 0716.

24   .

25   .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

1  possible of both public and private projects that
2  are -- might be of interest to the public in the
3  greater downtown area.
4       BY MR. SHAW:
5       Q.   Okay.  So it's safe to say that not
6  everything listed on here was either funded or
7  organized by your department.  Is that correct?
8            MS. JOKERST:  Object to form.
9       A.   That is correct.
10      BY MR. SHAW:
11      Q.   Okay.  Do you see in paragraph 15 where
12 it makes reference to something called the Salina
13 Kanvas Project?
14      A.   Yes.
15      Q.   Do you know what the Salina Kanvas
16 Project is?
17      A.   Could you be more specific?
18      Q.   Are you familiar with what this project
19 does?
20      A.   I'm familiar with the administrative
21 organization of the Salina Kanvas Project and then
22 one of their subsidiaries that they work under
23 with the Boom! mural festival.
24      Q.   Okay.
25      A.   In terms of what exactly they do, no.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street          6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604             Suite 101                 Suite 305
785-273-3063                 Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com          913-383-1131              316-201-1612

1    Q.   Okay.  Do you know who runs the Salina
2  Kanvas Project?
3    A.   I'm familiar with the team of three
4  individuals, but the CEO at the local business
5  that first conceived the Kanvas Project.
6    Q.   Is that CEO you're referring to, is that
7  Travis Young?
8    A.   Yes, it is.
9    Q.   Okay.  And who are the other individuals
10 you referenced there?
11   A.   Two of his employees, Tanner Colvin and
12 Eric Montoy.
13   Q.   Okay.  And do they all work for some
14 business called Vortex Global?
15   A.   Yes.
16   Q.   Okay.  Has Salina Kanvas Project funded
17 the painting of murals around the City of Salina?
18        MS. JOKERST:  Object to form.
19   A.   Yes.
20   BY MR. SHAW:
21   Q.   Okay.
22   A.   As far as -- yes, I think they're
23 responsible for that, yes.
24   Q.   Has any funding from the City of Salina
25 gone to assist in any of their projects?

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street   6420 W. 95th Street   800 E. 1st Street
Topeka, KS 66604      Suite 101             Suite 305
785-273-3063          Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com   913-383-1131          316-201-1612

1  project through our foundation.
2      Q.   Okay.  So if I understand it, there's --
3  I believe you said it was the Salina Arts &
4  Humanities Foundation.  And then there's the --
5  was it Greater Salina Arts?
6      A.   Community Foundation.
7      Q.   Community Foundation.  Okay.  And that
8  501(c)(3) is what accepted donations for the Boom!
9  festival, and your office through the foundation
10 just kind of gave administrative support to that?
11     A.   That is correct.
12     Q.   Okay.  Thank you.  Going back to
13 paragraph 15 here, it references the Mural at the
14 Mill.  Are you familiar with that mural?
15     A.   Yes, I am.
16     Q.   Okay.  And that was funded by Salina
17 Kanvas Project?
18     A.   Yes.
19     Q.   Okay.  And in paragraph seven here, do
20 you see where it makes reference to the 2022
21 Boom!?
22     A.   Yes.
23     Q.   Is that referencing the 2022 Boom!
24 festival?
25          MS. JOKERST:  Object to form and

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604           Suite 101                 Suite 305
785-273-3063               Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com        913-383-1131              316-201-1612

1  foundation.
2       A.   Not specifically.
3       BY MR. SHAW:
4       Q.   **Okay.  Do you know what department?**
5       A.   Development Services.
6       Q.   **Okay.  All right.  Shift gears now to**
7  **talk specifically about The Cozy Inn.  When did**
8  **you first learn about the mural on the side of The**
9  **Cozy Inn?**
10           MS. JOKERST:  Object to form.
11      A.   I don't remember the specific date, but I
12 remember one of two things happening first.  I
13 either saw a picture on social media of the work
14 in progress, or on a downtown drive, I came down
15 7th Street and saw it first and then saw it on
16 social media.  But those two things happened at
17 about -- within hours of each other.  I just don't
18 remember --
19      BY MR. SHAW:
20      Q.   **Okay.**
21      A.   -- which order.
22      Q.   **It's my understanding that your office is**
23 **like a hundred yards or so away from The Cozy Inn.**
24 **Is that correct?**
25      A.   That is correct.



1   **recall, you said you don't know who initiated it.**
2   **Is that correct?**
3       A.   Correct.  I'm pretty sure that I
4   initiated the inquiry.
5       **Q.   Okay.**
6       A.   The same we would on any other business
7   that might have a mutual impact.
8       **Q.   Got it.  And so if Exhibit 7 is with**
9   **Leslie Bishop, is it then fair to say that Exhibit**
10  **6 would be between you and Lauren Driscoll?**
11      A.   Yes.
12      **Q.   Okay.  Why did you inform those two**
13  **individuals?**
14      A.   I informed Lauren because that -- she is
15  the person responsible for the staff that we rely
16  on to provide us feedback on projects that might
17  be in violation of either a city code or to get
18  guidance on proper procedures to follow, and so
19  that was the reason I reached out to her.
20          I reached out to Leslie because we work
21  closely, as some of the text flow indicated, on
22  other ancillary projects, including Artwork Alley.
23  Leslie was involved as the business liaison to the
24  businesses where we were going to paint and/or to
25  help keep area merchants informed of our use of

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604             Suite 101                   Suite 305
785-273-3063                 Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com          913-383-1131                316-201-1612

1  to reach Colin and work with SDI, was just to be
2  of help for a staff that had a lot of -- a lot of
3  things in the air at that time.  And so having
4  known Steve for a number of years, I reached out
5  to see if I could be of any assistance or help
6  diffuse some of the negativity that was going on
7  around the notice to suspend any further work on
8  the mural.
9       Q.   Okay.  Do you see here where you -- the
10 sentence where it says he just wants his vision
11 and dream to be permitted?
12      A.   Yes.
13      Q.   And vision and dream are in quotation
14 marks.  What did he describe his vision and dream
15 as being?
16           MS. JOKERST:  Object to form and
17 foundation.
18      A.   Again, I can't remember kind of the
19 introductory thing that led to our conversation --
20 or to that comment, but he just said why can't you
21 just let me paint what I want to paint.  This is
22 my vision and this is my dream for The Cozy Inn,
23 and Colin has captured what I wanted to say.  And
24 you've got art all over town.  Why can't this, you
25 know, be there.  And so that's where the vision

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

1  and dream came.  He was very passionate about this
2  work and said similar things in two other meetings
3  that I attended on -- one other meeting, I guess,
4  that I attended that he said a similar thing.
5       BY MR. SHAW:
6       **Q.   Is it fair to say that Mr. Howard**
7  **believed that this was artwork?**
8            MS. JOKERST:  Object to form and
9  foundation.
10      A.   I don't know what he -- yes, I think he
11 may have considered it to be art.
12      BY MR. SHAW:
13      **Q.   Do you believe he was trying to express**
14 **some of his character and personality and ideas**
15 **through artwork on the wall?**
16           MS. JOKERST:  Object to form and
17 foundation.
18      A.   I can't speak to his character or
19 personality.
20      BY MR. SHAW:
21      **Q.   Okay.**
22      A.   That wasn't ever made clear.
23      **Q.   You mention here in the e-mail that Steve**
24 **wanted to have some friends attend Monday's**
25 **meeting.  Was that a reference to the Monday**

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street          6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604             Suite 101                  Suite 305
785-273-3063                 Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com          913-383-1131               316-201-1612

## LAWRENCE BRADLEY ANDERSON

1          MS. JOKERST:  Object to form.
2      A.   The mural entitled Symphony of Sunflowers
3  is located on the right side of the -- of the
4  illustration and is parallel with the bottom frame
5  of the photograph and the top.
6      BY MR. SHAW:
7      **Q.   Okay.**
8      A.   And it kind of contains five large
9  sunflowers, leaves and some birds, I think.
10     **Q.   All right.  If you could go to Exhibit 28**
11  **which would be the last one in your binder.**
12     A.   Okay.
13     **Q.   Does this exhibit depict a larger**
14  **photograph of Symphony of Sunflowers?**
15     A.   Yes, it does.
16     **Q.   And in addition to the sunflowers you**
17  **described earlier, does it also contain music**
18  **notes?**
19     A.   Yes.
20     **Q.   Okay.  Do you know what building this**
21  **mural is painted on?**
22     A.   What do you mean by what building?
23     **Q.   Do you know what goes on inside this**
24  **building?**
25          MS. JOKERST:  Object to form and

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street      6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604         Suite 101                 Suite 305
785-273-3063             Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com      913-383-1131              316-201-1612

1    foundation.
2        A.   I don't know specifically what happens
3    inside that building.  I know next door is a
4    symphony rehearsal hall.
5        BY MR. SHAW:
6        **Q.   Okay.**
7        A.   And I've used the back of that building.
8    We used it as a store room for our Artwork Alley
9    paint storage, but I don't recall that I've ever
10   been in that building.
11       **Q.   Okay.**
12       A.   I think there may be a studio of some
13   kind, a music studio possibly, but I can't say for
14   sure.
15       **Q.   Okay.  Do you know who owns that**
16   **building?**
17       MS. JOKERST:  Object to form and
18   foundation.
19       A.   I believe it's owned by Gus and Hannah
20   Applequist.
21       BY MR. SHAW:
22       **Q.   Who are they?**
23       A.   Gus is a -- well, it was formally -- I
24   don't know that he plays now, but he owns Fili
25   Creative, a multi-media video production firm in

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

1   Salina, and Hannah is a percussionist with the
2   Salina Symphony.  And I believe she also has some
3   private students.
4        Q.   Okay.  And the private students that she
5   has, do those lessons take place in this building
6   with the mural on it?
7             MS. JOKERST:  Object to form and
8   foundation.
9        A.   I don't know where she teaches her
10  private students or if she even has any now.  I
11  haven't kept up with that.
12       BY MR. SHAW:
13       Q.   You said you believed a music studio of
14  some sort was present in this building.  Is that
15  correct?
16            MS. JOKERST:  Object to form and
17  foundation.
18       A.   Yes.
19       BY MR. SHAW:
20       Q.   Would the musical notes in this mural
21  relate to that business?
22            MS. JOKERST:  Object to form and
23  foundation.
24       A.   I am thankfully not a musician, and I
25  can't read a note.  I just love listening to

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street         6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604            Suite 101                  Suite 305
785-273-3063                Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com         913-383-1131               316-201-1612

1      BY MR. SHAW:
2          Q.   Okay.  All right.  Let's move on to
3    Exhibit 16.
4          A.   Okay.  16.  Okay.  This looks like a
5    collection of screenshots from the Salina Arts &
6    Humanities public art resource pages at our
7    website.
8          Q.   Okay.  And does this exhibit feature a
9    specific piece of public art?
10         A.   It does.
11         Q.   And what piece of public art is that?
12              MS. JOKERST:  Object to form.
13         A.   It references a photo mural at Fire
14   Station No. 2.
15         BY MR. SHAW:
16         Q.   Okay.  And is this one of the pieces of
17   art that is like actually in the Salina Arts &
18   Humanities Department's portfolio, I guess would
19   be the word?
20              MS. JOKERST:  Form.
21         A.   Yes.
22         BY MR. SHAW:
23         Q.   Okay.  And so this was owned and funded
24   by Salina Arts & Humanities?
25              MS. JOKERST:  Object to form.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street    6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604       Suite 101                Suite 305
785-273-3063           Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com    913-383-1131             316-201-1612

```
 1        Q.   I'm sorry.  I wanted the picture of the
 2   Mural at the Mill, not the article about it.
 3   Let's go back to Exhibit 2.  Sorry about that.
 4        A.   2?
 5        Q.   Yeah.
 6        A.   Okay.  Okay.
 7        Q.   And then in paragraph 2, that depicts --
 8   I'm sorry.  I'm all mixed up.  Give me one
 9   second.
10             MS. JOKERST:  What exhibit number are you
11   on?
12             BY MR. SHAW:
13        Q.   Let me just start this over.  You're
14   familiar with the Mural at the Mill, correct?
15        A.   Yes, I am.
16        Q.   Do you know if any business activity is
17   currently occurring at that building?
18        A.   I am aware that the building is vacant
19   and not engaged in a commercial activity.
20        Q.   And the Mural at the Mill depicts
21   children playing Ring Around The Rosie.  Is that
22   correct?
23             MS. JOKERST:  Object to form.
24        A.   That is correct.
25             BY MR. SHAW:
```



5111 SW 21st Street　　6420 W. 95th Street　　800 E. 1st Street
Topeka, KS 66604　　　Suite 101　　　　　　　Suite 305
785-273-3063　　　　　Overland Park, KS 66212　Wichita, KS 67202
www.appinobiggs.com　　913-383-1131　　　　　316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

99

# CERTIFICATE

**STATE OF KANSAS**

**COUNTY OF SHAWNEE**

I, Sandra S. Biggs, a Certified Court Reporter, Commissioned as such by the Supreme Court of the State of Kansas, and authorized to take depositions and administer oaths within said State pursuant to K.S.A 60-228, certify that the foregoing was reported by stenographic means, which matter was held on the date, and the time and place set out on the title page hereof and that the foregoing constitutes a true and accurate transcript of the same.

I further certify that I am not related to any of the parties, nor am I an employee of or related to any of the attorneys representing the parties, and I have no financial interest in the outcome of this matter.

Given under my hand and seal this 20th day of September, 2024.

_____Sandra S. Biggs_____
Sandra S. Biggs, C.C.R No. 0716

