# Exhibit H
# Windholz Deposition Excerpts

```
 1   .
 2              IN THE UNITED STATES DISTRICT COURT
 3                  FOR THE DISTRICT OF KANSAS
 4   .
 5   .
 6   COZY INN, INCORPORATED, d/b/a
 7   THE COZY INN; STEPHEN HOWARD
 8           Plaintiffs,
 9   .
10       vs.      Civil Action No. 6:24-cv-01027-TC-ADM
11   .
12   CITY OF SALINA, KANSAS,
13           Defendant.
14   .
15   .
16                    DEPOSITION OF
17                   ANDREA WINDHOLZ,
18   taken on behalf of the Defendant, pursuant to
19   Notice to Take Deposition, beginning at 2:00 p.m.
20   on the 10th day of October, 2024, at Clark, Mize &
21   Linville, 129 S. 8th Street, in the City of
22   Salina, County of Saline, and State of Kansas,
23   before Sandra S. Biggs, Kansas CCR No. 0716.
24   .
25   .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street       6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604          Suite 101                   Suite 305
785-273-3063              Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com       913-383-1131                316-201-1612

ANDREA WINDHOLZ

1   **come into The Cozy is to make a sale?**

2          MR. SHAW:  Objection to form.

3       A.   We just -- we don't really -- we don't
4   really look for people to come in and purchase
5   anything.  We want them to come in and see the
6   history within Salina.  Like we are one of
7   Salina's oldest running businesses, one of
8   Salina's oldest restaurants.  We want people to
9   come in and see our history.  And then, also, we
10  encourage them to shop downtown.  We tell them all
11  the time like we have an amazing ice cream shop
12  right around the corner.  We have really cute
13  boutiques.  We tell people all the time about our
14  local brewery right around the corner from us.  So
15  we just -- we really want them to just come stop
16  in and see what Salina has to offer.

17         BY MS. JOKERST:

18      Q.   **When customers come into The Cozy, do you**
19  **encourage them to buy a burger?**

20      A.   If they come in and they're like -- kind
21  of like, oh, we just ate, blah, blah, blah, and
22  we're like how about if you guys -- I mean we'll
23  give you a burger on us.  You're here, you should
24  try, see what we're all about, see what people
25  talk about.  We don't encourage them to purchase,

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street    6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604       Suite 101                  Suite 305
785-273-3063           Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com    913-383-1131               316-201-1612

1  no.  We like -- we will give a burger to them.
2  We won't make them purchase it most of the time.
3  Like we'll just give it to them to try.
4      Q.  Okay.  But if everyone came into The Cozy
5  and you gave them a free burger, how would that
6  affect The Cozy's business?
7      A.  We don't offer it to everyone.  If we're
8  busy, busy and don't have time to do that, then we
9  won't obviously offer it.  But if they come in and
10 they're like, oh, we're just looking.  We'll be
11 like okay.  Well, let us know if we can get you
12 anything.  We obviously don't give a free burger
13 to everyone that comes in.  It's just like when
14 we're slow and we're talking to people and they're
15 like, oh, we just came in to look.  And we're like
16 okay.  Well, you know, this is what we're about,
17 whatnot.  And they're like, oh, we just ate.  And
18 then we can offer it.  If they turn it down, they
19 turn it down.  But if they would like a burger to
20 munch on and we're not busy at all and there's no
21 one in the store, we'll do it that way.  But we
22 don't give them to everyone.
23     Q.  Okay.  I'm going to talk a little bit
24 about the merchandise sales at The Cozy.  How much
25 merchandise on average does The Cozy sell each

Appino & Biggs Reporting Service, Inc.
5111 SW 21st Street       6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604          Suite 101                  Suite 305
785-273-3063              Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com       913-383-1131               316-201-1612
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

1    A.   I'm sure it was shortly -- shortly after.
2    Q.   Okay.  Did your dad ask you -- well, let
3 me ask this question.  Did your dad show you any
4 renderings of what the display was supposed to
5 look like before it was painted on the wall?
6    A.   No.
7    Q.   Okay.  Did your dad ask you for any
8 input, for your input on the display?
9         MR. SHAW:  Objection to form.
10   A.   No.
11        BY MS. JOKERST:
12   Q.   But from your post on Facebook, and I
13 don't want to put words in your mouth, but was it
14 your opinion that you thought the city was wrong
15 for enforcing the sign code against that display
16 on the north wall.  Is that right?
17        MR. SHAW:  Objection to form.
18   A.   I -- I mean I -- we didn't know there was
19 a sign code when we started this.
20        BY MS. JOKERST:
21   Q.   Okay.  But then you learned there was a
22 sign code?
23        MR. SHAW:  Objection to form.
24   A.   Yeah.  Eventually, we did learn.  We
25 didn't know it was there, because we saw all the

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street    6420 W. 95th Street     800 E. 1st Street
Topeka, KS 66604       Suite 101               Suite 305
785-273-3063           Overland Park, KS 66212 Wichita, KS 67202
www.appinobiggs.com    913-383-1131            316-201-1612

```
1   others that were going around downtown and we just
2   wanted to be a part of it.
3        BY MS. JOKERST:
4        Q.   Okay.  Were you involved in your dad's
5   Certificate of Compatibility application back in
6   2021 for the sign awning?
7        A.   No, because I was not in Salina.
8        Q.   Okay.  So let's see.  When were you not
9   in Salina?  What years were you out of town?
10       A.   2017 to 2022.
11       Q.   Okay.  And where were you residing then?
12       A.   Ellis County.
13       Q.   Okay.  How far away from Salina is that?
14       A.   About an hour and a half.
15       Q.   Okay.  So during that time, were you not
16  working at The Cozy?
17       A.   I know at the beginning of the times of
18  me being out there like 2017 to '19-ish, I did go
19  back and forth every and again to work just for
20  some extra cash.  But other than that, no, I did
21  not work there.
22       Q.   Okay.  And your parents own Jenni's
23  Liquor.  Is that right?
24            MR. SHAW:  Objection to form.
25       A.   Yes, they do.
```



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

78

**CERTIFICATE**

**STATE OF KANSAS**

**COUNTY OF SHAWNEE**

I, Sandra S. Biggs, a Certified Court Reporter, Commissioned as such by the Supreme Court of the State of Kansas, and authorized to take depositions and administer oaths within said State pursuant to K.S.A 60-228, certify that the foregoing was reported by stenographic means, which matter was held on the date, and the time and place set out on the title page hereof and that the foregoing constitutes a true and accurate transcript of the same.

I further certify that I am not related to any of the parties, nor am I an employee of or related to any of the attorneys representing the parties, and I have no financial interest in the outcome of this matter.

Given under my hand and seal this 21st day of October, 2024.

_____Sandra S. Biggs_____
        Sandra S. Biggs, C.C.R No. 0716



Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612