# Exhibit J
# Benson Deposition

**COLIN BENSON**

```
1    .

2              IN THE UNITED STATES DISTRICT COURT

3                 FOR THE DISTRICT OF KANSAS

4    .

5    .

6    COZY INN, INCORPORATED, d/b/a

7    THE COZY INN; STEPHEN HOWARD

8            Plaintiffs,

9    .

10       vs.        Civil Action No. 6:24-cv-01027-TC-ADM

11   .

12   CITY OF SALINA, KANSAS,

13           Defendant.

14   .

15   .

16                        DEPOSITION OF

17                        COLIN BENSON,

18   taken on behalf of the Defendant, pursuant to

19   Notice to Take Deposition, beginning at 9:26 a.m.

20   on the 10th day of October, 2024, at Clark, Mize &

21   Linville, 129 S. 8th Street, in the City of

22   Salina, County of Saline, and State of Kansas,

23   before Sandra S. Biggs, Kansas CCR No. 0716.

24   .

25   .
```



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

**COLIN BENSON**

1      Q.    -- and we're good.  I don't expect you to

2   have, you know, absolute perfect memory of

3   everything that was said.  But okay.  So that's

4   helpful.  So you added the burger.  Do you know

5   if -- I mean kind of thinking back on this looking

6   at these photos that you initially sent Steve, can

7   you recall if Steve was the one who told you he

8   wanted the burger --

9      A.    No.

10      Q.    -- and the lettering?

11      A.    No.  This -- the burger invasion is all

12   me.  I created the whole burger invasion.  He told

13   me his story of the burgers coming from Saline,

14   you know, and everything.  After that, I took it

15   on my note to do the whole wall.

16      Q.    Okay.

17      A.    This was not his -- he was not wanting to

18   do anything like that at first.

19      Q.    Okay.  And what I'm talking about now,

20   though, are these initial photos.  So I don't

21   think, and I'm looking at this, it doesn't appear

22   to me that this was referred to, these initial,

23   and I'm looking at like page 1 and 2, the photo

24   renderings that were sent there that were

25   initially referred to as the burger invasion.  Is

**Appino & Biggs** Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

Case 6:24-cv-01027-TC Document 105-10 Filed 02/07/25 Page 4 of 15

10/10/2024                    60

## COLIN BENSON

1   A.  Yes.

2   Q.  Okay.  And he said he should unload his

3 gun and back off.  Do you see that?

4   A.  Yes.

5   Q.  What did he mean by that?

6   MR. SHAW:  Objection to form.

7   A.  Honestly, I don't know what he was --

8 what he was saying or thinking on that.

9   BY MS. JOKERST:

10   Q.  Okay.  But you responded.  You said LOL,

11 right.  Do you see that?

12   A.  Yes.

13   Q.  Okay.  That means laugh out loud?

14   A.  Yes.

15   Q.  Okay.  So why did you respond LOL if you

16 didn't know what he meant?

17   A.  The whole -- the whole meeting we had was

18 about a sign, and, therefore, there was no mural

19 spoken of any of this with the city.  And to me,

20 it's funny because it is artwork.  I don't work

21 for a sign place.  And all of the negativity maybe

22 would have been the guns, what he was referring

23 to.  But, again, I have no clue what he was

24 thinking.  But I think of my murals as artwork,

25 not signage, even how it is.



5111 SW 21st Street  6420 W. 95th Street  800 E. 1st Street
Topeka, KS 66604   Suite 101     Suite 305
785-273-3063   Overland Park, KS 66212 Wichita, KS 67202
www.appinobiggs.com  913-383-1131   316-201-1612

**COLIN BENSON**

1    Q.    Okay.  Was there -- is there a business
2    inside the building that you painted on?
3    A.    Oh, yes.
4    Q.    Okay.  Do you know what that business
5    was?
6    A.    No.
7    Q.    Okay.  Did the sign that -- or, I'm
8    sorry, the project that you painted at the
9    alleyway in Junction City, did it contain any
10   lettering?
11   A.    No.
12   Q.    Did it contain any identification of the
13   name of a business or product?
14   A.    No.
15   Q.    Okay.  Did -- was that a part of like an
16   art fair or something that was sponsored by the
17   city --
18   A.    No.
19   Q.    -- of Junction City?
20   A.    No.
21   Q.    Okay.
22   A.    Just a -- maybe a cleanup of the city,
23   add some color to, you know, the alleyways.
24   Q.    Okay.  And in Salina, what kind of
25   projects have you done other than The Cozy?

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

**COLIN BENSON**

1    A.    The Riverfest -- the Smoky Hill
2  Riverfestival.
3    **Q.    Okay.**
4    A.    I've done the mural there 20 years.
5    **Q.    Okay.  Every year for 20 years?**
6    A.    Every year.
7    **Q.    Okay.  The Riverfest, is that something**
8  **that's done by the City of Salina?**
9    A.    Yes.  It's held by the city.
10    **Q.    Okay.  Are you paid for that work?**
11    A.    Yes.
12    **Q.    Okay.  And so does the City of Salina**
13  **like contract you to do work for that festival?**
14    A.    Yes.
15    **Q.    Okay.  And they've done that for 20**
16  **years?**
17    A.    Yes.
18    **Q.    Okay.  Who do you work with on that**
19  **project?**
20    A.    The new director.  I'm trying to remember
21  her name.  Leslie Bishop is the main director of
22  the Arts Center.  Then it was Crystal.  I don't
23  remember her last name that goes through the
24  Riverfestival part.
25    **Q.    Okay.  And Crystal works for the city?**

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

**COLIN BENSON**

1      A.    Yeah.

2      Q.    They reached out to you.  And did you fly

3  back from -- or travel back from Denver to Salina

4  to do that?

5      A.    Yes.

6      Q.    Okay.  All right.  So we've got Sharp

7  Performance, Cozy, Riverfest.  Anything else in

8  Salina?

9      A.    Bike Tek.

10     Q.    What's that?

11     A.    Bike.  Yeah, Bike Tek.

12     Q.    Bike Tek?

13     A.    Um-hum.

14     Q.    Okay.  What did you do there?

15     A.    Pedals on one side and cranks on the

16  other.

17     Q.    Okay.  And was that on the outside of the

18  building?

19     A.    Absolutely.

20     Q.    Okay.  All right.  For Bike Tek, did they

21  -- did they also just reach out to you by word of

22  mouth or how did they get in touch with you?

23     A.    I've known the owner since a kid -- since

24  I was a kid.

25     Q.    Okay.  So they already knew that you

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

**COLIN BENSON**

1      A.    Yes.

2      Q.    Okay.  Where was that meeting held?

3      A.    The Salina Arts Center, I believe, is

4  what it's called.  Salina Arts Center Museum.

5      Q.    Was it the Smoky Hill Museum?

6      A.    Smoky Hill Museum.  There you go.

7      Q.    Okay.  And who was at that meeting?

8      A.    Leslie Bishop, Brad Anderson, two city

9  workers or city people that I do not remember,

10  Michael -- Michael somebody with the -- he was the

11  head of the permit.  Mike, Michael something.  And

12  maybe one or two other people that I don't

13  remember their names.

14      Q.    Was there someone from the city named

15  Dustin Herrs there?

16      A.    What did you say?

17      Q.    Was there someone from the city named

18  Dustin Herrs there?

19      A.    Dustin.  Maybe.

20      Q.    Okay.  Other than people from the city,

21  who was in attendance at that meeting?

22      A.    Steve, myself and two other -- two other

23  people that were sitting against the wall.

24      Q.    Okay.  Was your dad there?

25      A.    Yeah, it was like I don't remember, but I

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604             Suite 101                   Suite 305
785-273-3063              Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131              316-201-1612

## COLIN BENSON

1  think he might have showed up later, because it

2  was like a closed door open door deal.  Like they

3  said it was closed door and then they allowed

4  people to come in, if that makes sense.

5        Q.    Okay.

6        A.    So, yeah.  So I believe he did walk in at

7  the end.

8        Q.    Okay.  And what was discussed at that

9  meeting?

10       A.    There were sign permits put in front of

11 us before I even got into the room or put on the

12 table, and it was about why we didn't get a sign

13 permit is what I remember.

14       Q.    Okay.  So did the city inform you at that

15 meeting that they considered the display a sign?

16       A.    Correct.

17       Q.    Did the city inform you at the meeting

18 that the display was too large to qualify for a

19 sign permit?

20       A.    Correct.

21       Q.    Okay.  Did the city give you a handout

22 that had like an analysis about the sign and the

23 size?

24       A.    Yes, I believe so.

25       Q.    Okay.

**Appino & Biggs** Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

**COLIN BENSON**

1   were at that meeting?

2       A.   Yes.

3       Q.   Okay.  What did you say?

4       A.   I don't believe it was a signage being

5   put up.  I believe it's a mural.  It had nothing

6   to do with what we were there for.  And I was

7   shut down pretty quick.  So that was about all I

8   had to say.

9       Q.   Okay.  Did they explain to you at the

10  Smoky Hill Museum, and by they I'm talking about

11  representatives of the city, why they considered

12  it a sign?

13      A.   Yes.

14      Q.   Okay.  What did they tell you?

15      A.   The hamburgers are basically the same

16  thing he sells and, therefore, it would be

17  signage.

18      Q.   Okay.  Prior to this meeting at Smoky

19  Hill Museum, had you already heard that the city

20  considered that display a sign?

21      A.   No.

22      Q.   Okay.  So Steve didn't tell you the

23  conversations -- did Steve talk to you about the

24  conversations he'd had with the city prior to that

25  meeting?

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604             Suite 101                  Suite 305
785-273-3063                 Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com          913-383-1131              316-201-1612

**COLIN BENSON**

1    formally admit Exhibit B into the deposition

2    record.

3          BY MS. JOKERST:

4          Q.    Let's have you look at Exhibit C.

5    There's two pages there.  I'll just have you flip

6    through them.  Okay.  Are these -- what's in this

7    document?  Are these your Facebook posts?

8          A.    Yes.  Those are Facebook posts that I put

9    out there about the mural.

10         Q.    Okay.  And are these true and accurate

11   depictions of the post that you placed on

12   Facebook?

13         A.    Absolute -- yes.

14         MS. JOKERST:  Okay.  I'll move to

15   formally admit Exhibit C into the record, the

16   deposition record.

17         BY MS. JOKERST:

18         Q.    Okay.  So let's look at page 2.  And

19   we've talked about there before on the other

20   exhibit.  This one's a little more clearer, so

21   we'll look at this one.  This is your post from

22   November 5th, 2023 and you said, oh, you can smell

23   the love I'm throwing down on the Cozy?

24         THE REPORTER:  She's on C.

25         A.    Oh, C.  My bad.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## COLIN BENSON

1      Q.   Okay.  So why did you send this rendering
2  to Mr. Howard?
3      A.   This is -- this is the ending of all of
4  it.  The mothership is the big burger, and
5  basically the lights weren't done on that.  But
6  this is the end rendering of all the spaceship
7  burgers on the whole building.
8      Q.   Okay.  But this is different than the
9  rendering that you started painting on the
10  building, right?
11      A.   No.
12      Q.   Well, you told me that you had outlined
13  everything by the 5th, right?
14      A.   On that section.  I wasn't able to do the
15  whole building.
16      Q.   Okay.  On that section --
17      A.   Yeah, I started doing the section.
18      Q.   Okay.  But you're talking about the
19  section on the left, right?
20      A.   Yeah, the big burger, yes.
21      Q.   Yeah.  Okay.  So let's take a look at
22  Exhibit F.  Okay.  Go ahead and take -- there's
23  four photos there.  Do you recognize these photos?
24      A.   Absolutely.
25      Q.   Okay.  What are they?

**COLIN BENSON**

1    Q.    Okay.   That's painted in, right?

2    A.    Partial.

3    Q.    Okay.   Well what -- what's not painted in

4    there?

5    A.    The meat, the pickles, pretty much none

6    of the top because that -- the cockpits are all

7    see through, so I have to paint everything before

8    I can do a see through cockpit on top of it

9    because it's transparent.   Therefore, if I would

10   paint through transparency, it wouldn't be

11   transparent.   So I would paint the burger first.

12   Then I add the cool details and stuff afterwards

13   as kind of the rendering of the very last Exhibit

14   N.

15   Q.    Okay.   Well, aren't the cockpits at

16   Jenni's Liquor, those are transparent, right?

17   A.    Yeah.

18   Q.    Okay.   So then why were those outlined in

19   the painting at Jenni's Liquor?   So let's take a

20   look at that.   I want you to take a look at

21   Exhibit I.

22   A.    I used the background color as they're

23   see through.

24   Q.    Okay.   But I want you to look at Exhibit

25   I.   That stencil is complete, right?


Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604             Suite 101                   Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                316-201-1612

**COLIN BENSON**

1        A.    Yes.

2        Q.    And there's no outline there of any

3   depiction that could be considered a UFO driver

4   of, is there?

5        A.    No.

6        Q.    Okay.  One second.  And on the big burger

7   in the middle, there's no outline of a depiction

8   of what could be a UFO driver there, right?

9        A.    No, there is not.

10       Q.    So I want to go back to.  Actually --

11             MS. JOKERST:  Okay.  I actually don't

12   have any further questions.

13       RECROSS-EXAMINATION

14   BY MR. SHAW:

15       Q.    Was it your intention when this mural was

16   finished to have cockpits and aliens on the burger

17   UFOs?

18             MS. JOKERST:  Object to form.

19   BY MR. SHAW:

20       Q.    You may answer.

21       A.    Every single one.

22       Q.    Okay.

23       A.    I stated earlier that it was the mother

24   ship, and it was going to have lights and

25   everything.  When you do transparent stuff, you

**Appino & Biggs** Reporting Service, Inc.    TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

147

# CERTIFICATE

**STATE OF KANSAS**

**COUNTY OF SHAWNEE**

I, Sandra S. Biggs, a Certified Court Reporter, Commissioned as such by the Supreme Court of the State of Kansas, and authorized to take depositions and administer oaths within said State pursuant to K.S.A 60-228, certify that the foregoing was reported by stenographic means, which matter was held on the date, and the time and place set out on the title page hereof and that the foregoing constitutes a true and accurate transcript of the same.

I further certify that I am not related to any of the parties, nor am I an employee of or related to any of the attorneys representing the parties, and I have no financial interest in the outcome of this matter.

Given under my hand and seal the 21st day of October, 2024.

_____
Sandra S. Biggs, C.C.R No. 0716



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION