# Exhibit K
# Blase Deposition Excerpts

```
 1   .
 2                IN THE UNITED STATES DISTRICT COURT
 3                     FOR THE DISTRICT OF KANSAS
 4   .
 5   .
 6   COZY INN, INCORPORATED, d/b/a
 7   THE COZY INN; STEPHEN HOWARD
 8           Plaintiffs,
 9   .
10        vs.      Civil Action No. 6:24-cv-01027-TC-ADM
11   .
12   CITY OF SALINA, KANSAS,
13           Defendant.
14   .
15   .
16                         DEPOSITION OF
17                         JESSICA BLASE,
18   taken on behalf of the Defendant, pursuant to
19   Notice to Take Deposition, beginning at 3:56 p.m.
20   on the 10th day of October, 2024, at Clark, Mize &
21   Linville, 129 S. 8th Street, in the City of
22   Salina, County of Saline, and State of Kansas,
23   before Sandra S. Biggs, Kansas CCR No. 0716.
24   .
25   .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604           Suite 101                 Suite 305
785-273-3063               Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com        913-383-1131              316-201-1612

| | | |
|---|---|---|
| 1 | A. | Um-hum. |
| 2 | Q. | Okay. And what did he tell you that it |
| 3 | was supposed to depict? | |
| 4 | A. | Spaceships that looked like hamburgers. |
| 5 | Q. | Okay. When you talked to Colin about the |
| 6 | painting, was there anyone else around? | |
| 7 | A. | Not that I can remember. |
| 8 | Q. | Okay. Prior to Colin starting the |
| 9 | painting, did he -- I understand that he came into | |
| 10 | The Cozy to talk to Steve about the display. Were | |
| 11 | you around when Colin was in The Cozy talking to | |
| 12 | Steve? | |
| 13 | A. | I was there at work, yes. |
| 14 | Q. | Okay. Did you hear what they were |
| 15 | talking about? | |
| 16 | A. | No. They were mainly in the back. I was |
| 17 | busy working. | |
| 18 | Q. | Okay. Okay. And then at some point, did |
| 19 | someone from the city call The Cozy? | |
| 20 | A. | Someone did call, yes. |
| 21 | Q. | Okay. |
| 22 | A. | I don't know -- I can't remember his |
| 23 | name. I know it was a male. He called, asked if | |
| 24 | Steve was at work. I said he wasn't. He said | |
| 25 | that he needed to call him ASAP and to not paint | |

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604             Suite 101                   Suite 305
785-273-3063                 Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com          913-383-1131                316-201-1612

23

# CERTIFICATE

**STATE OF KANSAS**

**COUNTY OF SHAWNEE**

I, Sandra S. Biggs, a Certified Court Reporter, Commissioned as such by the Supreme Court of the State of Kansas, and authorized to take depositions and administer oaths within said State pursuant to K.S.A 60-228, certify that the foregoing was reported by stenographic means, which matter was held on the date, and the time and place set out on the title page hereof and that the foregoing constitutes a true and accurate transcript of the same.

I further certify that I am not related to any of the parties, nor am I an employee of or related to any of the attorneys representing the parties, and I have no financial interest in the outcome of this matter.

Given under my hand and seal this 21st day of October, 2024.

_Sandra S. Biggs_
_____
Sandra S. Biggs, C.C.R No. 0716



Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street, Topeka, KS 66604, 785-273-3063, www.appinobiggs.com
6420 W. 95th Street, Suite 101, Overland Park, KS 66212, 913-383-1131
800 E. 1st Street, Suite 305, Wichita, KS 67202, 316-201-1612