Exhibit N
Herrs 30(b)(6)
Deposition
Excerpts

# DUSTIN HERRS, AS CORP REP

1    .

2                  IN THE UNITED STATES DISTRICT COURT

3                    FOR THE DISTRICT OF KANSAS

4    .

5    .

6    COZY INN, INCORPORATED, d/b/a

7    THE COZY INN; STEPHEN HOWARD,

8            Plaintiffs,

9    .

10       vs.  Civil Action No.  6:24-cv-01027-TC-ADM

11   .

12   CITY OF SALINA, KANSAS,

13           Defendant.

14   .

15   .

16                          DEPOSITION OF

17                    CORPORATE REPRESENTATIVE

18                          DUSTIN HERRS,

19   taken on behalf of the Plaintiffs, pursuant to

20   Notice to Take Deposition, beginning at 9:27 a.m.

21   on the 30th day of October, 2024, at Clark, Mize &

22   Linville, 129 S. 8th Street, in the City of

23   Salina, County of Saline, and State of Kansas,

24   before Sandra S. Biggs, Kansas CCR No. 0716.

25   .

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

### DUSTIN HERRS, AS CORP REP

1  some examples.

2      **Q.   Okay.**

3      A.   Not all inclusive, but those are some of

4  the ideas.

5      **Q.   Can a painted wall sign be unsecured?**

6          MS. JOKERST:  Object to scope.

7      A.   Probably not.

8  BY MR. SHAW:

9      **Q.   Does the city have any records of the**

10 **number of accidents caused by unsecured signs?**

11         MS. JOKERST:  Object to scope.

12     A.   I don't know.

13 BY MR. SHAW:

14     **Q.   Can a painted wall sign be less secure**

15 **than a painted mural?**

16         MS. JOKERST:  I'll object to scope.

17     A.   No.

18 BY MR. SHAW:

19     **Q.   Okay.  How does the city define the term**

20 **clutter as used in this subsection?**

21         MS. JOKERST:  Object to scope.

22 BY MR. SHAW:

23     **Q.   Let me rephrase it then.  What is a**

24 **cluttered sign?**

25         MS. JOKERST:  I'll object to form of the

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## DUSTIN HERRS, AS CORP REP

1  of signs so that you don't have sign clutter that

2  can become distracting.  It doesn't make it hard

3  to read the signs because the more signs you have,

4  the more information there is, sometimes the

5  harder it is to really soak in information that

6  you're trying to and it can become distracting

7  when you're focusing on signs rather than driving

8  or walking.  And by limiting the number of signs,

9  you reduce clutter.  By limiting the size of

10 signs, you limit signs that might be a

11 distraction.  By limiting or prohibiting, rather,

12 like blinking, flashing, strobing kind of signs --

13      **Q.   Hold on.  Let me stop you.  Is the city**

14 **aware of any facts showing that the sign code, in**

15 **fact, enhances traffic safety, has succeeded in**

16 **its objective?**

17           MS. JOKERST:  Object to scope.

18      A.   I don't know how you would even do a

19 study like that if you have these design

20 standards, because you wouldn't have a before and

21 after picture to evaluate.

22      BY MR. SHAW:

23      **Q.   Is the city aware of any other**

24 **municipality that has conducted any sort of before**

25 **and after of its sign code to show if it has, in**

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## DUSTIN HERRS, AS CORP REP

1    fact, enhanced traffic safety?

2         MS. JOKERST:  Object to scope.

3    A.    Yeah, I don't -- I don't know.

4    BY MR. SHAW:

5    Q.    Okay.  And in a similar vein, is the

6    government aware of any facts that would show that

7    the sign code has, in fact, succeeded in enhancing

8    pedestrian safety?

9         MS. JOKERST:  Object to scope.

10   A.    I think just like with the traffic safety

11   question, you'd have to have a before and after.

12   So you'd have to have -- and since we have the

13   sign code that we've consistently administered,

14   you don't really have a before and after picture.

15   You just have what we have.

16   BY MR. SHAW:

17   Q.    Okay.  And does the government or is the

18   government aware of any facts showing that the

19   sign code has succeeded in promoting property

20   values?

21        MS. JOKERST:  Object to scope.

22   A.    Since the sign code regulations have been

23   administered consistently since their inception

24   which has been a very long time, I don't -- again,

25   you won't -- there's no way to have a before and

**DUSTIN HERRS, AS CORP REP**

1  though, long predates that boom in development.

2  Is that correct?

3          MS. JOKERST:  Object to scope.

4      A.   It does.  And it predate -- the BID is

5  not as old as the sign code, but it also predates

6  the recent reinvestment, but I do think it

7  contributes to it.

8      BY MR. SHAW:

9      Q.   Okay.  Section 42-500, when was that

10  enacted?

11          MS. JOKERST:  Object to scope.

12      A.   2017.

13      BY MR. SHAW:

14      Q.   Was there a different purpose section in

15  effect before 2017?

16          MS. JOKERST:  Object to scope.

17      A.   I don't know.  I didn't research that.

18      BY MR. SHAW:

19      Q.   Okay.  Is the city aware of any facts

20  showing that painted wall signs are more harmful

21  to aesthetics than painted murals?

22          MS. JOKERST:  Object to scope.

23      A.   No.

24      BY MR. SHAW:

25      Q.   Is the city aware of any facts that would

Appino Biggs Reporting Service, Inc.    TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street    6420 W. 95th Street    800 E. 1st Street
Topeka, KS 66604       Suite 101              Suite 305
785-273-3063           Overland Park, KS 66212 Wichita, KS 67202
www.appinobiggs.com    913-383-1131           316-201-1612

## DUSTIN HERRS, AS CORP REP

1   show that painted wall signs are more detrimental
2   to pedestrian safety than painted murals?
3           MS. JOKERST:  Object to scope.
4       A.   Any specific studies or like...
5   BY MR. SHAW:
6       Q.   Any facts that would show that a painted
7   wall sign is more detrimental to traffic -- to
8   pedestrian safety than painted murals?
9           MS. JOKERST:  Object to scope.
10      A.   No.
11  BY MR. SHAW:
12      Q.   Is the government aware of any facts that
13  would show that painted wall signs are more
14  detrimental to traffic safety than painted murals?
15          MS. JOKERST:  Object to scope.
16      A.   I think the fact that signs by their
17  definition attract your eye in a way to announce,
18  direct attention to or advertise does change the
19  character of a sign in relationship to or
20  contrasted to a mural, a painted mural and that
21  that could have impacts on traffic safety.
22  BY MR. SHAW:
23      Q.   So you say it could have impacts on
24  traffic safety.  Is the city aware of any facts
25  showing that it, in fact, does have impacts on

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

**DUSTIN HERRS, AS CORP REP**

1   traffic safety?

2           MS. JOKERST:  Object to scope.

3      A.   I didn't research that in preparation.

4      BY MR. SHAW:

5      Q.   Okay.  And same question there for is the

6   government aware of any facts showing that painted

7   wall signs have a more detrimental affect on

8   property values than paint murals?

9           MS. JOKERST:  Object to scope.

10     A.   Yeah, I wasn't aware to research that

11  particular topic, so I haven't prepared for that.

12     BY MR. SHAW:

13     Q.   All right.  So we're mainly talking about

14  the sign code here, Section 42-500 and subsequent

15  sections here.  I want to pivot now to the

16  Business Improvement District regulations, so

17  that's Section 2 -- I think like 201 of the city

18  code?

19     A.   I don't have that one.

20     Q.   You don't have it?

21     A.   No, I don't.

22     Q.   Oh, okay.  So --

23     A.   Which -- I guess where are we at because

24  like I'm trying to figure out --

25     Q.   I'm talking about the BID code section

## DUSTIN HERRS, AS CORP REP

1      Q.    And is this the e-mail you sent to the

2    planning group that you're referring to right now?

3      A.    Yes.

4      Q.    Okay.  So it was there on November 6th

5    that Mr. Anderson informed Miss Driscoll?

6      A.    That's my understanding.

7      Q.    All right.  And what action did the city

8    take upon learning about the mural being painted

9    at The Cozy Inn?

10     A.    I contacted Mr. Howard and invited him to

11   come to my office to speak about it.  He did.  He

12   accepted my invitation.  He came to my office and

13   we talked.  I explained to him our concerns with

14   the sign that he was in the process of painting on

15   his north wall of The Cozy Inn property and

16   explained to him the sign limitations that are in

17   the C-4 district and how it appeared his sign was

18   exceeding the maximum allowable sign area for the

19   C-4 district.

20     Q.    And that was all on November 6th?

21     A.    That was on November 6th.

22     Q.    All right.  When you first contacted Mr.

23   Howard, had the city already determined that the

24   mural at the Cozy Inn was a sign?

25     A.    Yes.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

**DUSTIN HERRS, AS CORP REP**

1    Q.    When was that determination made?

2    A.    On the 6th of November.

3    Q.    And who made that determination?

4    A.    It was -- I assign it to a collective

5    decision.  We pulled up a photograph of it and --

6    Q.    Can I stop you real quick.  When you say

7    we pulled up, who is we?

8    A.    Sure.  It would have been the planning

9    staff that was in that meeting at the time which

10   would have been Miss Driscoll, it would have been

11   myself, it would have been Mr. Andrew and Mr.

12   Michelson.

13   Q.    Okay.  So go on.  That group of people

14   you just mentioned and you were at a meeting.  You

15   pulled up a picture of the kind of the mural.

16   Then what happened?

17   A.    And we viewed it and it had met the

18   definition of a sign.  And we were all like we

19   need to get ahold of Mr. Howard right away, make

20   sure he's aware of this in case he wasn't aware of

21   this, like we didn't want him to get the whole

22   sign up and then that be a problem, so we wanted

23   him to be aware of it as soon as possible since

24   he was in the process of having the sign painted.

25   So we contacted him right away just so that he

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

**DUSTIN HERRS, AS CORP REP**

1    A.    You could make the determination by
2    walking up to it which I followed up with.
3        Q.    **Fine.  So I'll rephrase that.  Could the**
4    **city have made that determination without having**
5    **seen the mural at the Cozy Inn, whether it's in a**
6    **picture or in real life?**
7        A.    I don't know.
8        Q.    **I'm sorry.  What was that?**
9        A.    I'm not sure.
10       Q.    **Okay.**
11       A.    I mean we typically review signs by
12   looking at the dimensions of the signs that are
13   being proposed, and usually, its self-evident that
14   it's a sign because it fits those attributes
15   because of the character and elements of the sign
16   which you have to look at to determine.
17       Q.    **Just so I'm clear --**
18       A.    Sure.
19       Q.    **-- I'm not sure I was following.**
20       A.    All right.
21       Q.    **You have to be able to look at the**
22   **potential sign to determine if it is a sign?**
23       A.    Yes.  You have to look at the character
24   and elements of the sign.
25       Q.    **Okay.  Did the city determine that the**

Appino & Biggs Reporting Service, Inc.
5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

## DUSTIN HERRS, AS CORP REP

1   mural at the Cozy Inn announces something?

2       A.    Yes.

3       Q.    What did the city determine that it

4   announced?

5       A.    It proclaims or declares to not fear the

6   smell.

7       Q.    Okay.  Was any other part of the mural

8   determined to be an announcement?

9       A.    I mean The Fun is inside is making a

10  proclamation of a sort, so that would be an

11  announcement.  It's announcing that there's

12  burgers here because there's burgers on -- on the

13  pictorials, representations of the sign.

14      Q.    Were any other elements of the mural

15  considered an announcement by the city?

16      A.    I think those are the main ones that jump

17  out at you anyway.

18      Q.    All right.  Did the city determine that

19  The Cozy mural directs attention to something?

20      A.    Yes.  There's an arrow that points

21  towards the pickup window and the entry door into

22  the restaurant.

23      Q.    Okay.  Did the city determine any element

24  of the mural other than the arrow directed

25  attention?



5111 SW 21st Street        6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604           Suite 101                 Suite 305
785-273-3063               Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com        913-383-1131              316-201-1612

## DUSTIN HERRS, AS CORP REP

1     A.    Well, The Fun is inside directs you to

2  inside, invites you inside and to go inside.

3     **Q.    Okay.  And did any other elements of the**

4  **mural direct attention to something?**

5     A.    Those would be the main ones I could

6  think of.

7     **Q.    Okay.  And did the city determine that**

8  **The Cozy mural advertises something?**

9     A.    Yeah.  So one of the products that they

10  sell is burgers, and it has pictorial

11  representations of burgers on the outside of the

12  building.

13     **Q.    Okay.  Is any other element of the mural**

14  **an advertisement in the city's estimation?**

15     MS. JOKERST:  I'll object to form.

16     A.    I mean the whole thing kind of works

17  together as a cohesive composition for the sign --

18  for the sign as an advertisement, because there's

19  a lot of burgers and there's a lot of ketchup and

20  mustard.

21     BY MR. SHAW:

22     **Q.    Okay.  So then is it the city's position**

23  **the entire mural is an advertisement?**

24     A.    The city's position is the entire

25  painting is a sign that has advertisement in it.

**Appino & Biggs** Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

**DUSTIN HERRS, AS CORP REP**

1   **painting would qualify as a sign under the code,**

2   **it would need to see a rendition of the proposed**

3   **painting?**

4               MS. JOKERST:   Object to form and scope.

5        A.    We would need to see a rendering of the

6   proposed sign if it wasn't already there.   I mean

7   we'd have to see -- see it in some way to

8   determine if the character and elements fit the

9   definition of a sign.

10       BY MR. SHAW:

11       **Q.    All right.   If you could flip now to**

12  **Exhibit 8.**

13       A.    Are we done with 40?   Keep it out or put

14  it away.

15       **Q.    You can keep it out.**

16       A.    Okay.

17       **Q.    We'll have to put it back.**

18       A.    Sure.   Okay.   I'm at Exhibit 8.

19       **Q.    Okay.   Is Exhibit 8 a copy of a Sign**

20  **Permit Application submitted by Mr. Howard on**

21  **behalf of The Cozy Inn?**

22       A.    Yes.

23       **Q.    And what day did the city receive this**

24  **application?**

25       A.    It is dated 11/13/23 if that's the day we

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

# DUSTIN HERRS, AS CORP REP

1  different in this rendering than what's on the

2  wall currently.

3      BY MR. SHAW:

4      **Q.    What's on the wall currently is not**

5  **complete, though.  Is that correct?**

6      A.    Correct.  So that's why I don't know.

7      **Q.    Okay.  Is it the city's position that the**

8  **mural depicted in that image does not depict**

9  **burger-esque flying saucers piloting by aliens?**

10     A.    The city's position is that we are

11  indifferent to if it depicts burgers that are

12  floating around, if they're being thrown around,

13  if they're flying around, if they're being piloted

14  by aliens or something, it doesn't matter to us.

15     **Q.    All right.  When that rendition was**

16  **submitted to the city, did the city reevaluate**

17  **whether or not the mural at the Cozy Inn was a**

18  **sign?**

19     A.    No.

20     **Q.    Did the city grant this permit**

21  **application?**

22     A.    We put this permit application on hold

23  and did not process it.

24     **Q.    Okay.  Just so I'm clear, by putting it**

25  **on hold and not processing it, does that mean this**

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604              Suite 101                  Suite 305
785-273-3063          Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com         913-383-1131            316-201-1612

## DUSTIN HERRS, AS CORP REP

1   **application was neither granted or denied?**

2       A.    Correct.  So when we met with Mr. Howard,

3   we informed him, and when I say when we met with

4   him, when we met with him on November -- I've got

5   to get that, November 6 of 2023, we informed him

6   that his proposed sign exceeded the sign maximum

7   limitation in the C-4 district and that staff was

8   unable to approve.  And in talking with him about

9   potential options, we expressed that we could

10  potentially look at a text amend, and that was

11  expressed at the meeting that we had with him

12  later at the Smoky Hill Museum.  And he seemed

13  responsive to the idea of exploring a text

14  amendment which would be a public process to

15  potentially change the sign code to potentially

16  allow signage like what Mr. Howard was proposing.

17  And so we had -- even though we were not able to

18  approve the sign and we informed Mr. Howard of

19  that, we were open to trying to come up with a

20  potential sign amendment that could allow

21  something similar to what he was being -- what he

22  was proposing.

23      **Q.    So at that meeting, you mentioned at the**

24  **Smoky Hill Museum?**

25      A.    Um-hum.



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

**DUSTIN HERRS, AS CORP REP**

1    Q.   Did the city tell Mr. Howard to submit a
2    Sign Permit Application?

3    A.   Yes.

4    Q.   And at that same meeting, did the city
5    tell Mr. Howard to submit a Certificate of
6    Compatibility Application?

7    A.   Yes.  So we wanted to have the sign
8    application to know what his final vision was so
9    that when we were working with the public we knew
10   what the target was.  Like this was his idea.  We
11   would have something real and applicable that when
12   we were looking at potentially amending the sign
13   code to apply it and say does this fit within the
14   sign code, do we want it to fit in the sign code
15   and to make sure that if we wanted this to be a
16   permitted sign, when I say we, I mean the
17   community at large because this would be a public
18   conversation, what regulations would be
19   appropriate and so that we had a target or a goal
20   if this was something we wanted to permit to
21   create our sign code around or our sign code
22   amendment around.

23   Q.   So if I'm understanding, the city wanted
24   to get his final, I guess, rendering so that they
25   could have an idea of what his vision was which

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## DUSTIN HERRS, AS CORP REP

1   would enable a code amendment to incorporate that

2   vision?  Is that what you're saying?

3       A.    Potentially.  Yes.  I mean that was going

4   to be a public conversation.  It wasn't going to

5   be a decision by staff, but it was going to be a

6   public conversation that we would have with a

7   consultant that we had engaged in to go through

8   this exercise to see if this is something that the

9   city and the community wanted for the community in

10  the downtown area or just anywhere in the

11  community.

12      Q.    You just mentioned a consultant.  Is that

13  Wendy Moeller that you're referring to?

14      A.    Yes, that is correct.

15      Q.    Had she been retained on the date that

16  that meeting at the Smoky Hill Museum took place?

17            MS. JOKERST:  Object to form and scope.

18      A.    I do not believe so.

19  BY MR. SHAW:

20      Q.    Okay.

21      A.    She was hired at a later date with the

22  understanding that Mr. Howard wanted to work

23  through a public process of potentially looking at

24  a sign code amendment that could allow his sign.

25      Q.    When was this application placed on hold?

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604           Suite 101                Suite 305
785-273-3063               Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com        913-383-1131             316-201-1612

### DUSTIN HERRS, AS CORP REP

1     A.    Well, when it came in, it was essentially
2     put on hold because we couldn't approve it.
3     **Q.    Okay.  So the city placed it on hold**
4     **immediately?**
5     A.    Yes, because we could not approve it and
6     we were looking at other solutions, potential
7     solutions.  City staff did not have the authority
8     under the current sign code to permit the sign.
9     And in order to permit the sign, it would require
10    an amendment to the sign code.
11    **Q.    So if you could turn to Exhibit -- give**
12    **me one moment, Exhibit 9.  Is Exhibit 9 a**
13    **Certificate of Compatibility Application filed by**
14    **The Cozy Inn?**
15    A.    Yes.
16    **Q.    And is it for a Certificate of**
17    **Compatibility for the mural at the Cozy Inn?**
18    A.    Yes.
19         MR. SHAW:  We'll admit Exhibit 9.
20    BY MR. SHAW:
21    **Q.    Was this submitted by Mr. Howard at the**
22    **same time as the Sign Permit Application?**
23    A.    It appears so.  It has the same November
24    13th, 2023 date on it.
25    **Q.    Okay.  Was a -- I'm going to say DRB, but**

**Appino & Biggs** Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## DUSTIN HERRS, AS CORP REP

1    A.    Yes.

2    Q.    Was The Cozy Inn ever provided with a

3    written statement of the reasons of denial?

4          MS. JOKERST:  Object to form and scope.

5    A.    The Cozy Inn was informed before the

6    application was even applied for and the sign

7    permit was applied for that the sign was -- did

8    not conform to the C-4 regulations and is not

9    something the staff had the authority to permit.

10   BY MR. SHAW:

11   Q.    Was that a written statement?

12   A.    It was not a written statement.  It was a

13   verbal statement in a meeting that I had with Mr.

14   Howard on November 6th and then also at a later

15   meeting that took place at the Smoky Hill Museum.

16   Q.    Was The Cozy Inn provided with any

17   recommendations about potential changes to the

18   project that might allow it to be approved?

19   A.    I did mention to Mr. Howard that he could

20   reduce the signage -- the size of the signage to

21   an area that would fit within the 63 total square

22   feet that he had, that he could either reduce the

23   proposed sign down to the remaining nominally 10

24   square feet that he has or he could remove some

25   existing signs as well but reduce his total

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

133

# CERTIFICATE

**STATE OF KANSAS**

**COUNTY OF SHAWNEE**

I, Sandra S. Biggs, a Certified Court Reporter, Commissioned as such by the Supreme Court of the State of Kansas, and authorized to take depositions and administer oaths within said State pursuant to K.S.A 60-228, certify that the foregoing was reported by stenographic means, which matter was held on the date, and the time and place set out on the title page hereof and that the foregoing constitutes a true and accurate transcript of the same.

I further certify that I am not related to any of the parties, nor am I an employee of or related to any of the attorneys representing the parties, and I have no financial interest in the outcome of this matter.

Given under my hand and seal the 13th day of November, 2024.

_Sandra S. Biggs_
_____
Sandra S. Biggs, C.C.R No. 0716



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612