# Exhibit O
# Herrs Deposition Excerpts

```
 1   .

 2              IN THE UNITED STATES DISTRICT COURT

 3                  FOR THE DISTRICT OF KANSAS

 4   .

 5   .

 6   COZY INN, INCORPORATED, d/b/a

 7   THE COZY INN; STEPHEN HOWARD,

 8          Plaintiffs,

 9   .

10        vs.      Civil Action No. 6:24-cv-01027-TC-ADM

11   .

12   CITY OF SALINA, KANSAS,

13          Defendant.

14   .

15   .

16                         DEPOSITION OF

17                         DUSTIN HERRS,

18   taken on behalf of the Plaintiffs, pursuant to

19   Notice to Take Deposition, beginning at 1:00 p.m.

20   on the 12th day of September, 2024, at Clark, Mize

21   & Linville, 129 S. 8th Street, in the City of

22   Salina, County of Saline, and State of Kansas,

23   before Sandra S. Biggs, Kansas CCR No. 0716.

24   .

25   .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street      6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604         Suite 101                   Suite 305
785-273-3063             Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com      913-383-1131                316-201-1612

```
 1       A.   I don't recall.
 2       Q.   Were there further discussions within the
 3  planning staff about the Cozy Inn mural?
 4            MS. JOKERST:   Object to form.
 5       A.   I guess I don't understand what you're
 6  asking.
 7       BY MR. SHAW:
 8       Q.   So after this e-mail was sent out on
 9  looks like November 6th --
10       A.   Okay.
11       Q.   -- were there further discussions amongst
12  the planning staff about the Cozy Inn's mural?
13            MS. JOKERST:   Object to form.
14       A.   Yes.
15       BY MR. SHAW:
16       Q.   Did any of those discussions involve
17  reevaluating whether or not it was a sign?
18       A.   No.
19       Q.   Okay.  So by the date of this e-mail, it
20  was determined it was a sign and it was never
21  reconsidered.  Is that correct?
22            MS. JOKERST:   Object --
23       A.   Correct.
24            THE REPORTER:  Can I get that again,
25  Amanda?
```



Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604           Suite 101                   Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131                316-201-1612

1  potentially a modified sign code if a text
2  amendment were created.  Specifically, if text
3  amendment were added that not only counted the
4  exterior wall of the building that faced the
5  street but also the wall that faced the parking
6  lot.  If a text amendment were made to allow that
7  frontage facing the parking lot which is where the
8  painted mural sign is, if that were to be part of
9  the equation, would it be sufficiently large
10 enough to allow the sign that Mr. Howard was
11 painting.
12      **Q.   As the code is currently written, would**
13 **it allow using that side lot line in the**
14 **calculation of frontage?**
15      A.   No.
16      **Q.   Okay.  So it's only the, for lack of a**
17 **better term, the frontage on the front of the**
18 **building?**
19      A.   Correct.
20      **Q.   Okay.**
21      A.   So this would require a text amendment,
22 but we were trying to look at potential options
23 for Mr. Howard.
24      **Q.   All right.  So if I am reading the**
25 **equation down there correctly, is that saying that**

**Appino & Biggs** Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street      6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604         Suite 101                 Suite 305
785-273-3063             Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com      913-383-1131              316-201-1612

```
 1   drafting this letter?
 2        A.   No.
 3        Q.   Okay.  But you were aware that this
 4   letter had been sent to Mr. Howard?
 5        A.   Yes.
 6        Q.   Okay.  Are you familiar with a business
 7   called The Yard?
 8        A.   Yes.
 9        Q.   Okay.  Do you know what line of business
10   The Yard runs?
11        A.   Baseball training.
12        Q.   Okay.  Can you open Exhibit 25, please?
13        A.   Please tell me other people struggle with
14   this.  I'm feeling kind of foolish here.  Oh, it's
15   a big one.  That's why.
16        Q.   Yeah.
17        A.   Okay.  With this being a large document,
18   is there something specific you want me to look
19   at?
20        Q.   Yeah.  So just as you look at those first
21   couple of pages there, can you identify what this
22   document is?
23        A.   It appears to be a staff report for the
24   demolition and renovation of existing buildings
25   located at the northwest corner of 4th Street and
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street         6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604            Suite 101                  Suite 305
785-273-3063                Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com         913-383-1131               316-201-1612

1   Walnut.

2   Q.  What page were you looking at?

3   A.  The agenda page.

4   Q.  Okay.

5   A.  158.

6   Q.  Do you know if you worked on the staff
7   report for this Design Review Board meeting,
8   starting at page 166?

9   A.  Thank you.  I may have.  I don't
10  remember --

11  Q.  Okay.

12  A.  -- specifically.

13  Q.  Can you go to page 170?

14  A.  Yes.

15  Q.  Would you read the section titled
16  Proposed Replacement Construction, and it runs
17  onto the next page.

18  A.  Okay.  Okay.  So how far do you want me
19  to read?

20  Q.  Until that section ends.  So when it
21  sentences Zoning Issues, you can stop.

22  A.  Okay.  Okay.

23  Q.  Based on this proposed replacement
24  construction that the staff report describes, how
25  many buildings are there at this facility?

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

1   A.  Three, A, B and C.
2   **Q.  All right.  And are buildings A and C**
3   **existing buildings that were being refurbished?**
4       MS. JOKERST:  Object to form.
5   A.  I don't recall.  I'd have to -- is there
6   an attachment that describes that?
7       BY MR. SHAW:
8   **Q.  Maybe.**
9   A.  Okay.  I have it.  Building A and
10  building C are existing.
11  **Q.  Okay.**
12  A.  Building B was proposed.
13  **Q.  All right.  And there on page 170, is it**
14  **saying that building B would be built in between**
15  **those two buildings?**
16  A.  Yes.
17  **Q.  Are you looking at the site plan?  What**
18  **page?**
19  A.  183.
20  **Q.  183.  Okay.**
21  A.  Aaron, I need some more water.
22  **Q.  All right.  So, page 183, that is a**
23  **overhead site plan.  Is that a correct**
24  **description?**
25  A.  Yes.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street       6420 W. 95th Street           800 E. 1st Street
Topeka, KS 66604          Suite 101                     Suite 305
785-273-3063              Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com       913-383-1131                  316-201-1612

1    **just say they owned that parking lot and they**
2    **built a structure like this adjacent to the Cozy.**
3    **Would that be -- would that transform the mural**
4    **where it currently is to being inside of a**
5    **building?**
6         A.   I'd have to --
7              MS. JOKERST:  Object to form and
8    foundation.
9         A.   I'd have to see the plans for that.
10        BY MR. SHAW:
11        **Q.   I see.  The murals depicted in Exhibit 32**
12   **here, do they depict baseball?**
13        A.   Yes.
14        **Q.   And I believe you testified that The Yard**
15   **is a baseball training facility?**
16        A.   Correct.
17        **Q.   Does this mural announce The Yard?**
18             MS. JOKERST:  Object to form and
19   foundation.
20        A.   (Pause).
21        BY MR. SHAW:
22        **Q.   Are you thinking or --**
23        A.   No, I am.
24        **Q.   Okay.**
25        A.   I'm just -- in what way?

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

```
 1            MS. JOKERST:  Object to form.
 2       BY MR. SHAW:
 3       Q.   Do you know if a Certificate of
 4  Compatibility was ever applied for this mural?
 5            MS. JOKERST:  Object to form.
 6       A.   No.
 7       BY MR. SHAW:
 8       Q.   Do you know if a violation was ever -- or
 9  a citation was ever given to The Yard over this
10  mural?
11            MS. JOKERST:  Object to form.
12       A.   This sign is not in violation, because it
13  is a sign oriented toward the inside of building
14  B.
15       BY MR. SHAW:
16       Q.   Does the sign code use orientation at all
17  in the regulation of signs?
18            MS. JOKERST:  Object to form.
19       A.   That specific word?
20       BY MR. SHAW:
21       Q.   Yes.
22       A.   I don't know.
23       Q.   Does it use that concept?
24       A.   Yes.
25       Q.   Do you know where?
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street   6420 W. 95th Street   800 E. 1st Street
Topeka, KS 66604      Suite 101             Suite 305
785-273-3063          Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com   913-383-1131          316-201-1612

1   Q.   So is it the staff's opinion that
2   buildings A, B and C are all one building?
3   A.   No, they are adjacent buildings.
4   Q.   So they're adjacent buildings.  Which
5   building is the mural in Exhibit 32 located inside
6   of?
7   A.   The north wall of building B.
8   Q.   I see.  So the north wall of building B
9   is this brick wall several feet away from building
10  B?
11  A.   They are --
12       MS. JOKERST:  Object to form.
13  A.   They are adjacent and connected.
14  BY MR. SHAW:
15  Q.   Do you know if the structure of building
16  B actually touches building A?
17  A.   There are elements of B that touch
18  building A, yes.
19  Q.   Is that element just netting?
20       MS. JOKERST:  Object to form.
21  A.   I don't know.
22  BY MR. SHAW:
23  Q.   Can you turn to Exhibit 25 and
24  specifically page 183 of Exhibit 25?
25       MS. JOKERST:  Did you say 183?

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

DUSTIN HERRS

1        MR. SHAW:  Yes, 183.
2        MS. JOKERST:  Thank you.
3     BY MR. SHAW:
4     Q.    Are you there?
5     A.    I have it, yes.
6     Q.    Is this rendering depicting a gap between
7  buildings A and B?
8        MS. JOKERST:  Object to form and
9  foundation.
10    A.    Building B appears to be adjacent to
11 building
12    A.
13    BY MR. SHAW:
14    Q.    When you say adjacent, what does that
15 mean?
16    A.    Directly next to.
17    Q.    Okay.  Does it mean touching?
18    A.    Like overlapping.  They do touch.
19    Q.    Do the physical buildings touch?
20       MS. JOKERST:  Object to form.
21    BY MR. SHAW:
22    Q.    Or I'll ask it this way.  Do you see
23 building B, does it depict where the pillars are?
24    A.    Yes.
25    Q.    Are any of those pillars touching

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street          6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604             Suite 101                  Suite 305
785-273-3063                 Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com          913-383-1131               316-201-1612

1          BY MR. SHAW:
2          **Q.   As well as the side wall that is depicted**
3     **there.**
4          A.   Okay.  So as I recall, this property is
5     zoned I-2 which doesn't --
6               THE REPORTER:  I-2?
7               THE WITNESS:  I-2.
8               THE REPORTER:  Thank you.
9          A.   Which is our light industrial zoning
10    district and has different sign allowances and
11    requirements and regulations than Mr. Howard's,
12    for example.  And one of the differences is
13    there's not a limitation that I recall on the
14    number of signs you can have.  And so what was
15    done is a rectangular box around the various
16    elements and those were all added together into an
17    aggregate.
18         BY MR. SHAW:
19         **Q.   So you didn't do the entire mural, just**
20    **the elements of the mural individually?**
21         A.   Correct.
22              MS. JOKERST:  Object to form and
23    foundation.
24         BY MR. SHAW:
25         **Q.   Did you perform a similar analysis at the**

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street      6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604         Suite 101                Suite 305
785-273-3063             Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com      913-383-1131             316-201-1612

**DUSTIN HERRS**

1  **Cozy' mural where you took the different elements**
2  **and calculated them individually?**
3          MS. JOKERST:  Object to form and
4  foundation.
5      A.   No, because Cozy Inn was already up
6  against their limit of the total signs they could
7  have, and so I was trying to figure out a way to
8  allow an additional sign.  But I knew that if I
9  did an analysis of all the different elements,
10 one, it would be very, very difficult and, two, it
11 would be unpermitable because the regulations have
12 limits on number of signs in the C-4 district.
13     BY MR. SHAW:
14     **Q.   If you had measured the Sharp mural as**
15 **basically the whole wall, the rectangle the way**
16 **you did with the Cozy, would it have been within**
17 **the size limits for that district?**
18         MS. JOKERST:  Object to form.
19     A.   I don't know.
20     BY MR. SHAW:
21     **Q.   Okay.  How did you measure the frontage**
22 **of this building?**
23     A.   It has two frontages.  It has frontages
24 on 9th Street and the street to the east as well
25 -- or excuse me, yeah, to the east.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

149

# CERTIFICATE

**STATE OF KANSAS**

**COUNTY OF SHAWNEE**

I, Sandra S. Biggs, a Certified Court Reporter, Commissioned as such by the Supreme Court of the State of Kansas, and authorized to take depositions and administer oaths within said State pursuant to K.S.A 60-228, certify that the foregoing was reported by stenographic means, which matter was held on the date, and the time and place set out on the title page hereof and that the foregoing constitutes a true and accurate transcript of the same.

I further certify that I am not related to any of the parties, nor am I an employee of or related to any of the attorneys representing the parties, and I have no financial interest in the outcome of this matter.

Given under my hand and seal this 20th day of September, 2024.

_____Sandra S. Biggs_____
Sandra S. Biggs, C.C.R No. 0716

