# Exhibit R
# Schrage Email 11/8/23

Message
---

| | |
|---|---|
| From: | mike.schrage@salina.org [mike.schrage@salina.org] |
| Sent: | 11/8/2023 3:54:03 PM |
| To: | Bill.Longbine@salina.org; greglenkiewicz@gmail.com; mike@landtitlesalina.com; karlryan@ryanmortuary.com; twdavis22@gmail.com |
| CC: | jacob.wood@salina.org; Shawn.Henessee@salina.org |
| Subject: | Cozy Inn Wall Sign |
| Attachments: | Cozy Inn Wall Sign.jpg |

Schrage
EXHIBIT NO. 19
APPINO & BIGGS

Mayor Hoppock & City Commissioners:

If you aren't already aware, Cozy Inn has recently begun painting a _wall sign_ on the south side of their building (see attached photo). While it aesthetically might look similar to murals in the downtown and elsewhere, it contains a commercial message promoting a business and its product which makes it a wall sign subject to the applicable zoning codes which include size limitations among other things.

There is considerable litigation surrounding the topic of art, free speech, commercial speech and disparate treatment of one sign in comparison to another. I know I sound like a broken record, but this is shaping up to become a city-wide precedent without further refinement of our applicable sign codes. Pick whatever example you like, but Applebee's could choose to paint the entirety of all four sides of their building as walls signs citing this as the precedent without further refinement of our codes. Another example is that more prominent brick walls along Santa Fe, Iron, Walnut, etc. could be utilized for commercial advertising signs painted on brick or otherwise.

Maybe we as a community are okay with that, but our current code doesn't reflect that and that is a difficult policy question to be deliberated on.

You may recall that similar questions came up last year related to attempts to classify signs as murals and trying to leverage the various murals installed or proposed to be installed in the downtown. Our immediate solution was to coordinate closely with Boom Salina to confirm that none of their murals would intentionally or unintentionally include commercial speech subject to our sign codes.

Further addressing murals and the commercial speech question was already on Development Services' plan of work for 2024. Lauren Driscoll had already begun to identify consultants versed not only in the planning issues but the legal issues surrounding this topic.

With respect to Cozy Inn, we were not contacted in advance. Rather, we became aware as the painting was observed.

Staff has contacted them and asked them to pause. And, a meeting has been scheduled with them for Monday of next week.

The intended message is that we are willing to try to work with them to frame up the policy questions necessary for the community to decide whether they wish to permit wall signs such as theirs; trying to explain the significance and precedent setting nature of the question at hand; and explaining how their project is classified as a sign and not a mural. We fully anticipate likely responses of its already on social media and everyone loves it and what's the big deal reminiscent of the Toy Parade.

As much as we would like to resolve this quickly, that is just not a realistic expectation given the complexity of the topic, the outside assistance we are going to need and the policy review an adoption process that needs to take place.

In advance of the Monday meeting with staff, Mr. Howard has begun contacted City Commissioners and others. So, I am emailing to provide you with some background in advance. We will remain as customer service oriented as we can, but the crux of the issue is that they began painting a commercial wall sign without contacting us and we now find ourselves

playing catchup while trying to avoid being overly blunt saying it is prohibited by code and squarely placing blame with them.

In anticipation of the likely response that the Bull Durham sign on the Land Title building is commercial speech, it went through a DRB review and approval process based on its historical nature and it does not pertain to a product available for sale.

I would be happy to discuss this further if you have questions or are receiving additional feedback.

I will provide an update following Monday's meeting as well.

*As is our standard advice to the Governing Body related to avoiding interactive communications, this message is intended to share information of general interest to the Governing Body. I have included all Commissioners on this email distribution list to be sure they have the same information. Please, do not initiate interactive communications amongst Commissioners since that would be a violation of the Kansas Open Meetings Act.*

Mike Schrage
City Manager
City of Salina, Kansas
300 West Ash, Room 202
P.O. Box 736
Salina, KS 67402-0736

Phone: 785-309-5700
Fax: 785-309-5711
TDD: 785-309-5747
Website: www.salina-ks.gov



CITY000263