# Exhibit S
# Schrage Talking Points

Message

**From**: mike.schrage@salina.org [mike.schrage@salina.org]
**Sent**: 11/9/2023 3:53:08 PM
**To**: mike@landtitlesalina.com
**Subject**: Cozy Inn Talking Points

Our intended message is

this question is not unique to Salina.

A distinction is commonly made between murals and art when compared to commercial speech.

We regulate the size of commercial signs through a permit process.

We were not contacted in advance and a permit was not applied for.

The proposed sign covers the majority of the wall of his building and far exceeds the size limits currently allowed by our code.

We are willing to work with Mr. Howard

this is going to be a code revision and policy decision that will take some time.

We have scheduled a meeting with Mr. Howard to start those conversations Monday of next week.


Mike Schrage
City Manager
City of Salina, Kansas
300 West Ash, Room 202
P.O. Box 736
Salina, KS 67402-0736

Phone: 785-309-5700
TDD: 785-309-5747
Website: www.salina-ks.gov


Schrage
EXHIBIT NO. 25
APPINO & BIGGS