Exhibit T
Salina City Commission
Meeting Minutes

CITY OF SALINA, KANSAS
REGULAR MEETING OF THE BOARD OF COMMISSIONERS
November 13, 2023
4:00 p.m.

Vice-Mayor Longbine asked the Clerk for verification that notice had been sent for today's City Commission meeting. The Clerk replied yes.

The Regular Meeting of the Board of Commissioners was called to order at 4:00 p.m. in Room 107, City-County Building. A roll call was taken followed by the Pledge of Allegiance and a moment of silence.

Those present and comprising a quorum: Vice-Mayor Bill Longbine (presiding), Trent W. Davis, M.D., Greg Lenkiewicz, and Karl Ryan.

Also present: Mike Schrage, City Manager; Jacob Wood, Deputy City Manager; Shawn Henessee, Assistant City Manager; Greg Bengtson, City Attorney; and Nikki Goding, City Clerk.

**AWARDS AND PROCLAMATIONS**
(3.1) Proclamation of the month of November, 2023, as National Home Care and Hospice Month. Debra Bengston, President of Accessible Home Care and Gentiva Hospice, joined by Lyndsey Webb and Nikki Welsh, read the proclamation and discussed related activities.

**PUBLIC HEARINGS AND ITEMS SCHEDULED FOR A CERTAIN TIME**
None.

**CONSENT AGENDA**
(5.1) Award the bid for updated park trash receptacles in the amount of $147,895.10 and authorize the City Manager to authorize the purchase upon the fulfillment of all prerequisites under the purchasing policy.
(5.2) Award a quote for five (5) gas utility vehicles using cooperative purchasing in the amount of $68,011.76 and authorize the City Manager to authorize the purchase upon fulfillment of all prerequisites under the purchasing policy.
(5.3) Approve the minutes of the meeting of November 6, 2023.

23-0337  Moved by Commissioner Ryan, seconded by Commissioner Davis, to approve the consent agenda as presented. Aye: (4). Nay: (0). Motion carried.

**ADMINISTRATION**
(6.1) Approve Ordinance No. 23-11181 on second reading approving the execution of Amendment No. 1 to the Loan Agreement between the Kansas Department of Health and Environment and the City of Salina for the purpose of financing improvements to the Wastewater Treatment Plant (KWPCRF Project No. C20 2049 01).

Vice-Mayor Longbine stated Ordinance No. 23-11181 was passed on first reading on November 6, 2023. Since that time, no comments have been received.



Schrage
EXHIBIT NO. 33
APPINO & BIGGS

Page 1

CITY000169

CITY000170

I 23-0338 | Moved by Commissioner Ryan, seconded by Commissioner Davis, to approve Ordinance No. 23-11181 on second reading. A roll call vote was taken. Aye: (4). Nay: (0). Motion carried.

(6.2) Approve Ordinance No. 23-11182 on second reading approving the execution of a Loan Agreement between the City of Salina and the State of Kansas for the purpose of financing drinking water service lines inventories to account for any lead service lines (Kansas Water Supply Loan Fund Project No. 3185).

Vice-Mayor Longbine stated Ordinance No. 23-11182 was passed on first reading on November 6, 2023. Since that time, no comments have been received.

23-0339 | Moved by Commissioner Ryan, seconded by Commissioner Davis, to approve Ordinance No. 23-11182 on second reading. A roll call vote was taken. Aye: (4). Nay: (0). Motion carried.

(6.3) Authorize the City Manager to execute agreements with Fire Facilities, Inc. for the cost of materials in the amount of $35,836.00 and JTL Construction in an amount not to exceed $6,600.00 for labor associated with repairs to the City of Salina Fire Department Training Tower, for a total cost not to exceed $42,436.00.

Drew Sprague, Division Chief of Training for the Salina Fire Department, explained the request, fiscal impact, and action options.

A short discussion on the variance of pricing between bids was had, relating to travel expenses for recommended out-of-state repair contractors.

I 23-0340 | Moved by Commissioner Ryan, seconded by Commissioner Davis, to authorize the City Manager to execute agreements with Fire Facilities, Inc. for the cost of materials and with JTL Construction for labor associated with repairs to the Training Tower, and to authorize the City Manager to reallocate the 2023 sub-CIP funds in the amount of $42,000 planned initially for bailout harnesses to Training Tower repairs. Aye: (4). Nay: (0). Motion carried.

(6.4) Award the low bid for construction of the new Sanitation equipment storage building.

Jim Kowach, Public Works Operations Manager, explained the request, fiscal impact, and action options.

The ensuing discussion focused mainly on the pros and cons of bonding versus paying up front in cash for the building construction and how the City will recoup funds from paying cash.

Mike McCall with M Squared Architects advised starting construction sooner rather than later as metal prices are set to rise again very soon.

E 23-0341 | Moved by Commissioner Davis, seconded by Commissioner Ryan, to approve the target sanitation fund balance be increased from $500,000.00 to $750,000.00 and approve the low base bid and add-alternate 1 bid for the new Sanitation building and authorize the City Manager to execute a contract in the amount of $812,242.00 with Ponton Construction, Inc. from Salina, Kansas, funding out of cash reserves in the Sanitation Fund. Aye: (4). Nay: (0). Motion carried.

Page 2

CITY000172

(6.5) Approve Charter Ordinance No. 43 on first reading exempting the City of Salina from certain parts of Chapter 308 (Senate Bill 508) of the Session Laws of 1937, as amended by Chapter 250 (Senate Bill 341) of the Session Laws of 1939, an act authorizing certain cities of the first class to convey certain property to the Board of Education of such city.

Shawn Henessee, Assistant City Manager, explained the request, fiscal impact, and action options.

A brief discussion on anecdotal history of the property was had among the City Commissioners and staff.

Greg Bengtson, City Attorney, highlighted that the residences bordering the land in question to the south are not part of this action.

23-0342  Moved by Commissioner Ryan, seconded by Commissioner Davis, to approve Charter Ordinance No. 43 on first reading. A two-thirds vote was necessary to advance the motion. Aye: (4). Nay: (0). Motion carried.

**DEVELOPMENT BUSINESS**

None.

**OTHER BUSINESS**

Commissioner Longbine asked for updates on a proposed Safe Haven baby box at the Salina Fire Department, for which Fire Chief Tony Sneidar provided an update.

City Manager Mike Schrage brought forward discussion on a mural being painted on the side of Cozy's Inn. There had been misunderstandings surrounding the mural as its content falls under sign provisions in the City Code rather than art, and City staff met with the owner of Cozy's to discuss options. After background details were provided by Lauren Driscoll, Director of Community and Development Services, the City Commission felt it may be in the best interest of those involved to bring in outside consultants who are experts in sign codes and art as advertisement to find a way forward that's amenable to the public while still respecting Supreme Court rulings and code provisions.

**CITIZENS FORUM**

Norman Mannel, Salina, Kansas, shared his thoughts on governments regulating private businesses.

Ken Reitz, Salina, Kansas, gave his feelings on artists and murals around town.

Johnny Keller, Salina, Kansas, made a point that the murals around Salina serve to bring people into the City, effectively working much the same as the Cozy's mural aims to bring in customers to their business. He wondered if there was a way to evaluate situations such as this one on a case-by-case basis.

Page 3

CITY000174

I 23-0343

EXECUTIVE SESSION

ADJOURNMENT

Moved by Commissioner Ryan, seconded by Commissioner Davis, that the regular meeting of the Board of City Commissioners be adjourned. Aye: (4). Nay: (0). Motion carried. The meeting adjourned at 5:44 p.m.

Michael L. Hoppock, Mayor

[SEAL]

ATTEST:

Nikki Goding, City Clerk

Page 4

CITY000176