# Exhibit U Schrage Email 2/20/24

Message

**From**: mike.schrage@salina.org [mike.schrage@salina.org]
**Sent**: 2/20/2024 10:23:56 AM
**To**: travis@vortexglobal.com
**Subject**: Cozy Inn Sign Code Lawsuit

Travis:

I am playing catchup to a federal lawsuit recently filed on behalf of The Cozy Inn equating their sign to the murals painted throughout the downtown.  Apparently, it has hit the news media.  I am in orientation training with the City Commission all day today.  It is too soon to say if or how it might impact the Boom! Salina, but that is something will have to review.  I will reach out to you further once we have had a chance to conduct our legal review and collect our thoughts a bit more.

My intended response is to stress that we have been very mindful of the Reed v Gilbert case as well as applicable case law regarding what constitutes commercial speech subject to sign code regulation.  I say all of that because we have felt confident of our policy and application this point, but it will now have to be litigated; I don't know how long that might take; and I don't know what that might mean about our code enforcement in the interim.

I will reach out just as soon as I know more and can discuss it further with you.
Mike Schrage
City Manager
City of Salina, Kansas
300 West Ash Street, Room 202
Salina, KS 67402
Phone:  785-309-5700
Website:  www.salina-ks.gov



Schrage EXHIBIT NO. 93
APPINO & BIGGS

CITY000218