# Exhibit W
# Sign Permit Submittal Procedures



**DEVELOPMENT SERVICES DEPARTMENT**
City-County Building  ●  300 West Ash Street - Room 205  ●  P.O. Box 736
Salina, Kansas  67402-0736
TELEPHONE (785) 309-5715 OR 309-5720  ●  FAX (785) 309-5713
TDD (785) 309-5747  ●  E-MAIL building.services@salina.org

# SIGN PERMIT SUBMITTAL PROCEDURE

**All Sign Permit Applications Shall Include:**

1. **Site Plan of Zoning Lot*** - Use a scale of at least one inch to 50' or less and show the location of all structures, existing signs on premises and proposed sign(s).  Also show the location of all property lines, streets, driveways and parking areas.  Set-back measurements to property lines of signs and buildings are to be shown.

2. **Shop Drawings** – Submit drawings of proposed sign(s) drawn in detail showing the height, dimensions, proposed copy and structural type of sign.  If sign is double faced, indicate the distance between sign faces.  Also, indicate if sign will be lighted internally, externally or have flashing, pulsating or moving lights or lights which create the illusion of movement.

3. **Inventory of Existing Signs** – Provide the information requested (number, square footage, type and height etc.**) on the attached "Inventory of Existing Signs" form.

4. **Completed Application Form**\*** - Failure to provide all requested information will in most cases cause a delay in the review of the sign permit application.

***\*Zoning Lots*** - A parcel of land that is designated by its owner or developer, at the time of applying for a zoning certificate as a tract all of which is to be used, developed or built upon as a unit under single ownership.  Typically Shopping Centers and Malls are considered one zoning lot.  The total building frontage determines the total allowable sign square footage.

***\*\*Gross Sign Surface Area*** – The gross surface area of a sign shall be the sum of all surface areas of all the sign faces, except that for signs designed as double faced signs, with both faces parallel and the distance between the faces does not exceed two (2) feet, then only one face of the sign shall be considered in determining the gross surface area.  When two (2) or more signs are located on a zoning lot, the gross surface area of all signs on the lot shall not exceed the maximum allowable for the district regulations.  For computing the area of any wall sign which consists of letters, numbers and symbols mounted or painted on a wall, the area shall be deemed to be the area of the smallest rectangular figure which can encompass all of the letters, numbers or symbols.

***\*\*\*Sign Contractor Licensing Requirement*** – No person shall engage in the business of sign hanging, installation, erection, maintenance or repair of signs within the corporate limits of the city without complying with the provisions of the Salina Code which requires that all sign contractors be licensed.

PLF – 012, Rev. 2-12

*"Our Mission is to encourage and promote safe, quality*
*Development and construction in the City of Salina"*

CITY000661

## Classification of Signs by Function and Structural Type

**The following signs are classified by function:**

1. ***Advertising Sign*** – A sign, which directs attention to a business, commodity, service or entertainment conducted, sold, or offered at a location other than the premises on which the sign is located or to which it is affixed (off-premise sign).

2. ***Bulletin Board Sign*** – A sign that indicates the name of an institution or organization on whose premises it is located and which contains the name of the institution or organization, the name or names of persons connected with it, and announcements of persons, events of activities appearing or occurring at the institution. Such signs may also present a greeting or similar message.

3. ***Business Sign*** – A sign which directs attention to a business or profession conducted, or to a commodity or service sold, offered or manufactured, or an entertainment offered, on the premises where the sign is located or to which it is affixed.

4. ***Construction Sign*** – A temporary sign indicating the names of architects, engineers, landscape architects, contractors, and similar artisans involved in the design and construction of a structure or project only during the construction period and only on the premises on which the construction is taking place.

5. ***Identification Sign*** – A sign having the name and address of a building, business, development or establishment. Such signs may be wholly or partly devoted to a readily recognized symbol.

6. ***Nameplate Sign*** – A sign giving the name and/or address of the owner or occupant of a building or premises on which it is located, and where applicable, a professional status.

7. ***Real Estate Sign*** – A sign pertaining to a sale or lease of the lot or tract of land on which the sign is located, or to the sale or lease of one or more structures, or a portion thereof located thereon.

**The following signs are classified by structural type:**

1. ***Awning, Canopy and Marquee Sign*** – A sign that is mounted or painted on, or attached to an awning, canopy or marquee. No such sign shall project more than twenty-four (24) inches above, below, or twelve (12) inches beyond the physical dimensions of the awning, canopy or marquee, and a minimum of eight (8) feet of clearance shall be provided above grade.

2. ***Decorative Sign*** - A sign or display fabricated of canvas, cloth, fabric, plastic, plywood, or other light, impermanent material and designed or intended to be displayed in connection with an event for a short time period.

3. ***Ground Sign*** – Any sign placed upon, or supported by, the ground independently of the principal building or structure on the property. Signs on accessory structures shall be considered ground signs.

4. ***Mobile Sign*** – A sign that is not permanently affixed to the ground or a building and is designed or constructed to be easily moved from one location to another, including signs mounted upon or designed to be mounted on a trailer, even if the sign has had its wheels removed.

5. ***Pole Sign*** – A sign that is mounted on a freestanding pole, the bottom edge of which sign is six (6) feet or more above ground level (10' if it is in the vision triangle).

6. ***Projecting Sign*** – A sign that is wholly or partly dependent upon a building for support and which projects more than twelve (12) inches from such building.

7. ***Roof Sign*** – A sign erected, constructed and maintained wholly upon or projecting above any portion of the roof of a building or having the roof as the principal means of support. A mansard shall be considered part of the wall of the building.

8. ***Wall Sign*** – A sign fastened to or painted on a wall of a building or structure in such a manner that the wall becomes merely the supporting structure or forms the background surface, and which does not project more than twelve (12) inches from such building.

*"Our Mission is to encourage and promote safe, quality Development and construction in the City of Salina"*

CITY000662