# Exhibit Y
# Sign Permit
# Application

Community & Development Services
Planning Division
300 West Ash | Room 205 | PO Box 736
Salina, Kansas 67402-0736

City of

**Salina**

PHONE | 785.309.5720
FAX | 785.309.5713
TDD | 785.309.5747
WEB | www.salina-ks.gov

## SIGN PERMIT APPLICATION

**Site plan, elevation drawings with dimensions, & shop drawings are required with this submittal**

108 N. 7th _____    The Cozy Inn _____
Address Where Sign(s) is / are to be installed        Name of Business

Steve Howard    8822 S Sunnyside Rd  67425  785-462-1163
Name of Business Owner    Mailing Address (if different than above)    Zip Code    Phone Number

west 44.4 ft of the S. 20.8 ft of lot 103 on 7th St located at
Legal Description (attach separate page if necessary)                    108 N. 7th St

Steve Howard    8822 S Sunnysid Rd  67425  785-452-1153
Property Owner of Record    Mailing Address    Zip Code    Phone Number

Same
Owner of ~~Sign~~ mural    Mailing Address    Zip Code    Phone Number

Colin Benson    117 S. Santa Fe  67401  *
Sign Installer / License #    Mailing Address    Zip Code    Phone Number

## PROPOSED SIGN(S)

Class of Work: ☒ New    ☒ Alteration    Estimated Date of Installation: _____

Illumination:    ☐ Internal    ☐ External    ☐ Electronic Message Center    ☒ None

Will any new electrical work be necessary? ☒ NO ☐ YES*- Electrical Contractor: _____

*If YES, **separate permit is required** and will be issued to the electrical contractor at the time the sign permit is issued

Are there overhead power lines within 10 feet of proposed location of sign?    ☒ NO ☐ YES

Type of **Proposed Sign(s)** – Indicate number of signs next to sign type:

☐ Pole    ☐ Ground    ☒ Wall    ☐ Awning    ☐ Canopy    ☐ Marquee

☐ Projecting    ☐ Roof    ☐ Decorative    ☒ Other (Describe): Mural exceeding ~~atts~~ allowable space for mural/sign age

## EXISTING SIGN(S)

☐ Check box if there are no **existing signs** at this address at time of sign permit application or if existing sign(s) will be removed to install new sign(s).

*If box is not checked, provide the information requested in the following table for each existing sign. Do not include signs or square footage of the sign(s) listed as proposed signs above or sign(s) that will be removed to install new sign(s).*

BLF_051_Rev. 05-2017

30(b)6
_____
EXHIBIT NO. **8**

APPINO & BIGGS

See Next Page >

**CITY000020**

City of Salina
Sign Permit Application | Page 2

## INVENTORY OF EXISTING SIGNS

| Type of Sign (Pole, Ground, Wall, Etc.) | Description | Square Footage (Per Individual Sign) | Height (If Applicable) |
|---|---|---|---|
| ✗ text | See Attached | 528 sqft | |
| | | | |
| wall sign | N. facing wall sign | 24 sq ft | |
| Projection sign | 7th St Projection Sign | 24 sq ft | |
| awning sign | 7th St awning sign | 4.88 sq ft | |
| | | | |
| | | | |

Steve Howard
PRINTED Name of Applicant

The Cozy Inn
Applicant's Company / Employer Name

Steveh@Cozyburger.com
Applicant's Email Address

785- 452 - 1153
Applicant's Phone Number

[signature]                11-13-23
SIGNATURE of Applicant            Date

---

### For Office Use Only Below Line

Date Received: _____      Sign Permit Number _____

Is business part of a shopping center or zoning lot with multiple businesses?  ☐ NO  ☐ YES

| Zoning | Square Footage of Signs | Illumination Approved | SPECIAL CONDITIONS: |
|---|---|---|---|
| Historic District | New | Electrical Permit Required? | _____ |
| B.I.D. | Existing | Contr. License Verified? | _____ |
| Vision Triangle | Total | Proposed Set-back | _____ |
| | Total Allowed | Required Set-back | |

| Approved for Issuance By | Date | Permit Fee | Receipt #, Staff Initials |
|---|---|---|---|
| | | | |

BLF-051, Rev. 10.2018

CITY000024



CITY000023