# Exhibit Z
# News Articles




Buy tickets here     October 5 | Downtown Salina

## Art or Advertising?

By Jeff Garretson     |     November 9, 2023



Is the mural art – or a billboard?

That's the question that has work paused on the north wall of the Cozy Inn in downtown Salina. Owner Steve Howard has made a million sliders and a million smiles at Salina's most recognized eatery since he bought the burger joint in 2007.

Now it may take a permit from the Department of Development Services to make him smile over the process he's learning about.

Howard tells KSAL News that he hired a local artist to paint a mural on an exterior wall of the restaurant but was told he needs to apply for a permit when commercial signage is involved.

According to Howard, he was told the work is a billboard because it advertises the burgers he sells inside.

Listen Friday at 8:35am to the KSAL Morning News Extra as Steve Howard joins Jeff and Bob in studio to give us an update.







## Featured Local Savings



Dollar General

Valid Aug 31 - Sep 7
5 Days Left




















0219





See More



* LATEST STORIES

Salina South Soccer opens with win ...

September 3, 2024

Kansas Nationally Ranked at No. 19,...

September 3, 2024



**Week Zero MIAA Football Athletes of...**

⊘ September 3, 2024



ABOUT US

⌂ 131 N. Santa Fe Ave Ste 3, Salina KS, 67401

☎ 785-823-1111

LATEST POST



Troopers Have Busy Labor Day Weeken......

⊘ September 3, 2024



Woman Steals Beer and Flashes Offic......

⊘ September 3, 2024



Verbal Threats, Fist-Fight and 2 Ar......

⊘ September 3, 2024

Sports, Music a Mix for Success at ......

⊙ September 3, 2024

**FCC PUBLIC NOTICES**

» EEO

» KABI

» KSAL-AM

» KSAL-FM

» KYEZ

» FCC Public Notices

**EXTRA**

» Kansas Lottery

» KSAL Line Up

Copyright © 2007 - 2024 All Rights Reserved.

☰ Weather   Local   Livestream                                    🔍

Wichita, KS

ADVERTISEMENT

# Art or an ad?: City of Salina pauses project at historic Cozy Inn restaurant



A Salina restaurant owner had to stop his mural project after speaking with city officials.

By Roman Campa and KWCH Staff
*Published: Nov. 9, 2023 at 10:50 PM CST*

✉ 𝐟 𝕏 📌 in

SALINA, Kan. (KWCH) - Salina's historic Cozy Inn restaurant faces an obstacle from the city with a controversy over an unfinished project. At the heart of the disagreement is the question of what distinguishes a work of art from an advertisement as it applies to city rules.

Salina is seeing a rise in painted murals on local businesses but when the Cozy Inn -- a staple of the city's restaurant community for more than a century -- decided to paint its own mural, it received pushback.

Cozy Inn owner Steve Howard is voicing frustration after being told not to finish the mural on the side of the restaurant that's sold its famous hamburger sliders since 1922.

correctly, I guess."

The City of Salina argues that the work isn't a mural but a sign that advertises for the restaurant. And because it's recognized as a sign, it must fit the required dimensions set by the city.

Howard argues the project is a mural that represents the feeling of Cozy's.

"I don't want change. I want to paint my wall," he said. "I want to get my character up on the wall. Not just my character. the Cozy character truly is the fun of going inside."

Customers are showing their support.

12 News talked with the City of Salina's development team about the Cozy's mural. The group said while the project doesn't follow policy, they are hoping to have a conversation next week with Howard.

"Now, I'm just kinda (like), 'Hey, let me finish my project, please,'" the restaurant owner said.

*Copyright 2023 KWCH. All rights reserved. To report a correction or typo, please email news@kwch.com*

**Revitalize Your Skin with Plexaderm's $14.95 Trial Pack**
As seen on TV. Uncover a radiant transformation as Plexaderm reduces the appearance of under-eye bags and wrinkles in minutes. Results last up to 10 hours! Try it now for only $14.95 + free shipping.
Plexaderm | Sponsored                                                                    Shop Now

**Who Has the Cheapest Car Insurance in Kansas (Check Zip Code)**
Ottoinsurance.com | Sponsored                                                            Learn More

**Empty Alaska Cruises Departing From Kansas That Seniors Can Book For Dirt Cheap**
Favorite Searches | Sponsored

**See Why Seniors Are Switching To These SUVs (The Prices Might Surprise You)**
Seniors: Discover Discounts & Savings On New SUVs With These Searches.
Frequent Searches | Sponsored                                                            Learn More

**Only 18% of Americans Can Pass This Quiz.**
Think you can tell these American states apart from each other? Lets find out
QuizGriz | Sponsored                                                                     Go To Quiz

**These Barefoot Shoes are Leaving Neuropathy Experts Baffled**
Barefoot Vitality | Sponsored                                                            Learn More

Weather    Local    Livestream

ADVERTISEMENT

## Most Read

▶ **1 dead, 2 injured in UTV crash near Hoisington**



**5 injured in rollover crash near Colwich**



▶ **Augusta community supporting couple as each faces cancer battle**



**A toddler cried non-stop during a flight. Two strangers locked her in the bathroom**



▶ **'She was literally unrecognizable': Augusta man recalls finding mother dead in year-long investigation**



**Officials identify man found frozen in cave nearly 50 years ago**

Weather    Local    Livestream



▶ **Woman hospitalized after Aggieville incident**

**Grandmother going on trip with husband dies after man jumps off overpass, lands on their car**



## Latest News



**Miss Pre-teen Kansas earns Helping Hand to support foster kids**



▶ **WSU Tech Esports team recognized as national champions**



**Standoff in Greensburg ends peacefully**



**Small changes the next few days**





**WSU Tech Esports team recognized as national champions**



**KHP Labor Day DUI arrests drop, speeding warnings increase**



**Get ready for delays: I-70 closure to force traffic down county roads**

News
Sports
FactFinder
Contact Us

Aviation
Weather
Extra

**KWCH**
2815 E. 37th Street North
Wichita, KS 67219
(316) 838-1212

KWCH Public Inspection File    KSCW Public Inspection File    kwchpublicfile@kwch.com - (316) 831-6056

FCC Applications    Terms of Service    Privacy Policy    EEO Statement    Advertising

Closed Captioning/Audio Description    Digital Marketing

At Gray, our journalists report, write, edit and produce the news content that informs the communities we serve. Click here to learn more about our approach to artificial intelligence.

A Gray Local Media Station © 2002–2024





**NOV 19, 2023**

Copy Link



# Cozy Inn Hamburgers 'sign' put on hold pending city approval

*Posted Nov 19, 2023 7:02 PM*



*Cozy Inn Hamburgers' new "sign" was put on pause by the City of Salina because restaurant, Steve Howard, did not follow procedures set in place by the Salina City Design and Review Board. Photo by Olivia Bergmeier*

**By NATE KING**

*Salina Post*

In a bid to show off the sights, sounds and smells of Cozy Inn Hamburgers restaurant, owner Steve Howard rushed to get a new "sign" painted on the north exterior wall of his restaurant.

On the heels of BOOM 2023, a privately funded and crowd-sourced mural festival held annually in town, Howard sought to add his creative spirit to one of downtown's most iconic buildings while drawing people inside Salina's smallest burger joint.

"It's not a billboard; it's artwork," Howard said. "It's my expression. It's my character going on my wall. I want to paint my wall."

The inspiration behind the "sign" stems from a couple Howard met when they visited The Cozy Inn for the first time.

"I had a couple come to the walk-up window, and I said, 'You need to come inside and experience the fun, experience the Cozy Inn,'" Howard said. "They said, 'Oh no, we were told not to go inside.' And I wanted to say so bad, but I didn't, 'You're 60-something years old, and you're still letting people tell you what to do?'"

Howard, the sole financier of the mural, sought the help of a local muralist Colin Benson to bring his greasy masterpiece to life. Work began on Nov. 3, one day before the much-anticipated Salina Crossroads Marathon.

According to Salina Downtown Inc. Executive Director Leslie Bishop Howard failed to complete the required paperwork mandated by the city of Salina.

"It's not just the Cozy Inn but all of the businesses in the downtown area have to fill out an application with the city for any changes to the exterior, whether it be an awning, a sign, that kind of thing," Bishop said. "That one piece (the application) did not happen in this case, and Steve has alluded to that and admitted to that."

Not long after Benson sketched the initial outlines and painted on the mustard and ketchup, videos made their way to social media, which alerted city staff.

"I think Sunday had a lot to play with that. People just videotaped and called, and then someone had to come in and say, 'Hey, this is what's happening there,'"Howard said. "Then I got a call from Dustin Herrs from Salina City Planning, and he's saying it's a billboard."

Howard said the mural is not a billboard.

"I don't have social media. I never reached out to anybody about anything — other than the artist," Howard said. "I'm not trying to stir anything out. I just want to paint a wall."

Bishop said Salina Downtown Inc. supports Howard.

"We're behind him 100%, and we will write Steve a letter of support if he needs it," Bishop said. "Today, we met with some city officials, and we're filling out all the proper paperwork."

Bishop also reiterated that the muralist is not the issue — the issue lies with filing the necessary

paperwork.

"Colin is fine to do this mural that it has nothing to with him as an artist, and he doesn't even have to be approved by the city. The mural itself needs to be approved before work can begin," Bishop said.

Howard said more than 45,000 customers visit the Cozy Inn location in downtown Salina every year.

"That is a lot of people coming to downtown," Howard said."This mural is going to just be one more thing to make people go 'Wow!'"

## Salina City commission eager to build consensus

During the Monday Salina City Commission meeting, Salina City Manager Mike Schrage provided context for why a code violation citation was issued.

City of Salina Codes Article X Section 42-521 for C-3 and C-4 commercial districts dictate a business's total area for advertisements or signs on its exterior.

The Cozy Inn is categorized in a C-4 commercial district, which Schrage said indicates a

"mathematical formula." The product of the formula determines a business's allotted sign space.

Each commercial zone has a unique formula that determines sign space — other zones, like C-5, 6 and 7, allow for four square feet of sign space for each foot of linear street space.

"Our codes in this particular case have been in effect since 1966 — that doesn't mean they can't be changed," Shrage said.

Schrage said Cozy's Hamburgers currently has three signs, which utilize 84% of their total sign allotment. The new mural would put it nine times over the allowable size.

"First and foremost is submitting a sign application so we have the specifics of what they intend, and we can look at that relative to the code," Schrage said.

Schrage clarified that city staff did not contact Howard with violation enforcement in mind.

"[It was] agreed to a pause on proceeding with the project so we can sort through the codes," Schrage said.

Based on the "sign" and art renderings Howard provided the city, Schrage said there is a disconnect between what Cozy intends and what the code allows.

Schrage outlined two possible avenues Cozy Inn can pursue to become compliant with or change the code. The first option is to go through a variance process with the Board of Zoning Adjustment, which Schrage said is rigorous.

The variance process requires the Board of Zoning Adjustments to reach conclusions based on five criteria, which can be problematic for Cozy Inn's case.

"There has to be something unique in terms of insurmountable challenge or something that the code might not have taken into account," Schrage said.

Schrage referenced a single case where city staff granted variance due to geographical challenges limiting the advertisement's effectiveness.

The other option is to amend the city code.

"We have a process whereby someone can make application requests for code amendment," Schrage

said. "To accommodate what Mr. Howard desires, we need to increase the allowable square footage nine to 10 times what our code currently says."

Amending the code leads to possible future approvals to cover an exterior wall entirely or even all four sides of the business.

"That starts to get very customized, very detailed, and the key factor is that it has to be applicable across the board," Schrage said.

The code currently cannot bend to specific businesses, but an amendment could allow for consistent flexibility for downtown buildings' advertisements.

Schrage reminded commissioners that this type of exception could set a precedent for future, possibly less artistic signs. While The Cozy Inn's case is unique, amending the code for the mural would take time.

"That's pretty significant policy decision. It's going to take some work," Schrage said.

Schrage said city staff is prepared for code drafting and running the code amendment through the necessary committees for recommendations.

"The artist indicated this morning [Monday] they washed the building in preparation for painting and don't necessarily want to leave it half finished," Schrage said. "If it's going to take into the spring before they [the muralist] have an answer, their preference is to paint it white and start over again."

Repainting the exterior wall white is likely the cleanest way from a code standpoint but is not required to continue the process.

Lauren Driscoll, director of community and development services for the city of Salina, provided commissioners with criteria that categorize something as a sign. The definition of a sign includes anything with writing, including letters, numbers, words and a pictorial representation.

"This includes illustrations or decorations," Driscoll said.

Driscoll further defined a sign as a message or image meant to attract the public's attention, including a

painting on a wall located on the exterior of a building.

"From that pure definition, this starts to tick all the boxes that make it a sign before we even get into a discussion of commercial speech versus non-commercial speech," Driscoll said.

The Office of Community Development received numerous calls asking about other signs in the community and whether or not they comply, Driscoll said.

Driscoll explained that in downtown, a business has three square feet of signage for every foot of frontage it has.

The formula utilizes the "frontage" length of a building, meaning the horizontal distance the building's foot takes up on a given street. The Cozy Inn's frontage area is only 20.8 feet, which amounts to a total sign area allowed of about 63 square feet.

"The Cozy building is a very little building," Driscoll said. "[Cozy Inn has used] 52.88 square feet, leaving just over 10 square feet of remaining surface area of signage allowed for the building."

In the Cozy's situation, when applying the square footage analysis to the new sign, it's approximately 528 square feet which is significantly greater than the allotted amount in the C-4 district.

Driscoll said downtown has a unique challenge, its various-sized and shaped buildings and can begin a domino effect from decisions made by Zoning and Planning.

Driscoll continued, "How the buildings work together, the scale of messaging of signage really does matter in that environment plus the C-4 district is also very pedestrian focused. For example, Ninth Street is not a pedestrian environment, but everything in the C-4 district is scaled for both cars and people. So that also has to do with some of our sign regulations."

During her remarks, Driscoll gave the example of a coffee house with a dove and peace sign to illustrate the point further.

"For example, if the coffee house has a dove with an olive branch and it says the word peace on the side of it, that's not a sign because even though the word peace is there, you're not selling peace inside, and

coffee may do that for some people, but in general, the dog, the olive branch, the peace is not part of a commercial transaction."

Driscoll contrasted her example by saying if the coffee house had a steaming cup of coffee, those images would draw you into the use of the building.

A different case focused on a mural depicting peaceful and calm scenes but still advertised the business it was painted on.

"There's actually a case law example of a mural, which is actually a sign of a bunch of puppies playing in a field, and it's across from a dog park," Driscoll said. "The mural happens to be on a building that is a doggy daycare. That was deemed commercial signage."

The case law involved a business named Wag More Dogs located next to a dog park in Arlington County, VA, where federal courts deemed the mural as an advertisement.

Salina Vice-Mayor Bill Longbine commented that The Cozy Inn is an essential staple in Salina's food

industry and that Howard's intentions for the artwork were not an advertisement.

"I think if this had been anything other than a 101-year-old, historic institution, it wouldn't be an issue," Vice-Mayor Bill Longbine said. "I really believe he intended to get in on the whole mural trend."

Salina City Commissioner Trent Davis said even with Cozy Inn's history in the community, allowing the mural to go up outside of city regulations would create a precedent for other businesses to use benevolently or maliciously.

Davis brought up an example of an adult store using sexually explicit imagery of their products on a building.

"Or if we had same-sex couples over the rainbow bridge on the side of the building, saying, 'Salina Friends of the LGBTQ Community, we'd have folks coming up on the other side saying, Well, how can you allow that?'" Davis said. "I mean, that's clearly a sign. So whatever we do, it's got to be something that stands the test, no matter who's coming up to the podium."

City Commissioner Greg Lenkiewicz stressed the importance of consistency for Planning and Zoning regulations but understands the artistic value and weight that Cozy Inn wants to add to the community.

"Unfortunately, we find ourselves in a situation where I think we all appreciate the art, but we are bound by laws [codes] of our governing body," Lenkiewicz said. "We can't just arbitrarily decide, yes, this rule we're not going to enforce, and this rule, we're going to apply. There's a sense of fairness and uniformity to how we do things."

Salina City Attorney Greg A. Bengtson said most of what a city regulates is subject to a relatively simple test of whether there is a nexus between the regulation and a legitimate public purpose.

"The Supreme Court has told us now when you are evaluating anything in the commercial speech category, it undergoes what is called an intermediate scrutiny level," Bengston said. "It's higher than that just rational Nexus."

Bengston provided counsel to city commissioners explaining what could be done in order to address the

issue in a legal and timely manner.

"We are in an area where we as your local general counsel recognize…. I think there are efficiencies even in terms of the cost of having the specialized expert handling those sorts of questions, rather than you all having to wonder if we've figured that out or not," Bengston said.

Commissioner Karl Ryan voiced his support for hiring an outside consultant, citing the need for wisdom and experience surrounding codes for signage.

"There are people that have been following this law for periods of time and it's important that we have their wisdom and experience and I'm sure it'll be much cheaper than us plowing a new road in," Ryan said. "I have a lot of confidence in our staff and figuring any kind of problem out and providing remedies but it looks like we'll get much quicker answers if we buy some expertise."

Driscoll explained that changing code takes time including public input.

"One of the things that takes a little time versus me sitting in my office just going in one line at a time, is

there needs to be public process," Driscoll said.

Driscoll said the issue regarding signs and commercial speech is not confined to downtown.

"I mean, this is something that we're seeing, not just downtown but in the other areas. And I think to have time to have conversations with those folks and ask, how are these rules feeling and fitting as we've changed as a community over the last few years is an important part of that process."

According to Driscoll, Howard submitted the sign permit application Monday evening. A decision was not made by the commission on Monday regarding hiring an outside expert to answer questions commissioners may have.

**Salina Post will update this story as more information becomes available.**

 Local



Ad removed. _Details_

### Taylor Swift, 34, Takes Off Makeup, Leaves Us With No Words

Finance Nemo | Sponsored

### Everybody Wanted To Date Her In The 80's, This Is Her Recently

Everybody Wanted To Date Her In The 80's, This Is Her Recently

SportzBonanza | Sponsored

Read More

### Journal - Brown

A hand-stitched, elegant cover for your daily notebook or travel journal.

Satchel & Page | Sponsored

Buy now

### 27 One-Hit-Wonders Every '70s Kid Remembers, Ranked In Order

**Magazine.Todo** | Sponsored

Read More

### Images That Prove History Repeats Itself

These Images Will Make You Feel Like History Goes In Circles

**PlayJunkie** | Sponsored

Read More

### Shawshank Redemption Cast Explain What Most Fans Never Figured Out

Shawshank Redemption Cast Explain What Most Fans Never Figured Out

**PlayJunkie** | Sponsored

Read More

### Seniors: New Electric Cars Come With Tiny Price Tags (Take A Look)

**New electric cars** | Search Ads | Sponsored

### Tori Spelling's Inheritance Makes The Headlines

**Magazine.Todo** | Sponsored

Read More

### The New 'Pocket' Scarf is Becoming Summer Trending Item 2024

It's so comfy...

**FashionInUSA** | Sponsored

Learn More

### Carly Simon Finally Confirms Who "You're So Vain" Is Really About

**Magazine.Todo** | Sponsored

Read More

### These Never-Driven Trucks In Olathe Are Selling For Dirt Cheap

**Unsold Trucks** | Search Ads | Sponsored

### I Tried the $0.87 Generic Viagra and Here's What Happened!

**Public Health Forum by Friday Plans** | Sponsored

### Empty Alaska Cruises Departing From Kansas That Seniors Can Book For Dirt Cheap

Favorite Searches | Sponsored

---

### Microphone Robot Lamp: The Coolest Gift for Music Lovers in 2024

Can be used as a desk lamp & a good decoration on the table or at home

Microphone Robot Desk Lamp | Sponsored                    Learn More

### 220-Year Search For Oak Island Treasure Is Over

The Discovered Oak Island Treasure Has The Brothers That Found It Completely Stunned

BeautifulTrendsToday | Sponsored                          Read More

---

### Who Has the Cheapest Car Insurance in Kansas (Check Zip Code)

Ottoinsurance.com | Sponsored                             Learn More

---

### White House urges developers to dump C and C++

InfoWorld | Sponsored

---

### Olathe: Unsellable pergolas go for almost nothing

Pergola | Search Ads | Sponsored

---

### Sheriff: Kan. driver was passing vehicles on the highway shoulder

Salina Post

### Saline County Jail Bookings, Sept. 2 and 3

Salina Post

---

### The New Sierra 1500 Is So Cheap Now (Take A Look)

FavoriteSearches | Sponsored

---

### Why CVS Hides This Cheap 87¢ ED Medication

Public Health Forum by Friday Plans | Sponsored

### Most Powerful Historical Pictures Ever Captured

Most Powerful Historical Pictures Ever Captured

**TravelerDreams** | Sponsored

Read More

---

### Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack

This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.

**Online Shopping Tools** | Sponsored

### 37 Funny Southern Signs Too Funny Not To Laugh At

**Magazine.Todo** | Sponsored

Read More

---

### The Guest That Johnny Carson Couldn't Stand

The One Guest Johnny Carson Couldn't Stand

**TheDancingCucumber** | Sponsored

Read More

### He is chosen as the best guitarist of all time

He is chosen as the best guitarist of all time

**SportzBonanza** | Sponsored

Read More

### Decades Later Carly Simon Finally Confirms Who "You're So Vain" Is Really About

**Magazine.Todo** | Sponsored

Read More

Copyright © 2024 Salina Post – Powered by Eagle Radio

v4.5.0 | FCC Public Files | FCC Applications | EEO Public File| Contest Rules

# SALINA JOURNAL

NEWS

# 'Mural at the Mill' celebrates completion with ribbon-cutting in downtown Salina

 **Charles Rankin**
Salina Journal

Published 2:01 p.m. CT Oct. 21, 2021

Standing high about the skyline of downtown, "Mural at the Mill," the latest piece in the Salina Kanvas Project is now complete.

The mural, which was placed on the 100-foot tall H.D. Lee Flour Mill on North Santa Fe Avenue, was completed by Guido Van Helten of Australia, who has done similar, large-scale projects around the world.

## A vision for Salina

The Kanvas Project was the vision of Travis Young, CEO of Vortex Global. He said the hope is that the work done will be something to bring more murals and street art to the downtown area and to Salina as a whole.

"We want Salina to be a destination versus a spot to fill up with gas along the interstate", Young said on the project's website. "This will help bolster business opportunities and support the amazing institutions we already have here in Salina."

Young said his idea for the Kanvas project came after seeing the street art community while living in York, England before moving back to Salina.

He told his friends he was moving and asked them if there was a way to bring some of that culture with him.

"Maybe I can get one of your artists to paint something downtown, because we have these great big silos that are in disuse," Young told his friends in England.

At that point he was introduced to the work of Van Helten.

"It's been in my mind ever since," Young said.

He said when he moved here, things downtown were not ripe for this kind of work, but when the revitalization of the area and the Salina 2020 movement began to take shape, he knew it was time to get this project going.

"Once it got started and you started to see the difference, I was like, '(I need to) call Guido,'" Young said.

He said Van Helten came, agreed to do the work and started the process after a donation from John and Kim Vanier to underwrite the project.

## A mural about the future

Young said Van Helten spent time in the city, trying to get a feel for what the Salina community was about.

"It didn't matter if he was at a ball diamond, at a church or if he was just talking to people in the street, it all came down to one thing," Young said. "(Salina's) a great place to raise a family. That's where he was inspired by the children, by what they were doing."

The mural itself is of Salina children playing "Ring Around the Rosie." The entire mill building is encircled by the children, using a photocollage of them taken by one of the kids themselves.

"That makes it even more phenomenal, that it has this tight connection to the community, as it being a great place to raise a family," Young said.

## An big attraction to bringing people to Salina

During the celebration, Eric Brown, president and CEO of the Salina Area Chamber of Commerce, said things like the mural are a "catalyst" for the community, not only with its size, but because of the number of people and organizations that make them happen.

"We have so many assets in this community that are so much bigger than just one individual," Brown said.

Brown said this mural is something that will bring people to the community.

"We're already seeing people stopping by, coming off the interstate, taking pictures," Brown said.

He said the Kansas Department of Transportation shows 16 million cars passing along the interstate system every year. By bringing those people into the city with attractions like this, Brown said that increase the money that comes to the community.

"People coming down to take a picture, they're going to hit maybe the coffee shop, eat lunch downtown or maybe even shop at the local box stores," Brown said.

He said it will also put "heads in beds" and help to bring in revenue with the transient guest tax.

Finally, Brown said this mural, in its message and in its culmination to completion, is all about this community.

"Art is really in the eye of the beholder," Brown said. "When you look at this, this talks about the community spirit. It talks about what's happening. A lot of the things that happen downtown, down south (and) across the community don't happen by one individual or one group."

He said the game the children are playing is one engrained in the culture of society and speaks to how people come together.

"If they aren't playing together, they aren't happy and aren't smiling," Brown said. "We see the smiles."

77°                                                                                                    SIGN UP



STATE / REGIONAL

## City puts pause on Salina mural, restaurant owner says, 'I believe we'll work through this'

by: Asja Cymone Smith
Posted: Nov 13, 2023 / 10:25 PM CST
Updated: Nov 14, 2023 / 02:29 PM CST

SHARE    

SALINA, Kan. (KSNW) — The Cozy Inn restaurant in Salina has been told to pause work on a mural on the side of the building. The City says the painting violates Salina's sign code policy.

The Cozy Inn owner, Steve Howard, says the art was intended to share the culture of the over 100-year-old restaurant.

"When you order at the walk-up window, you don't get the true character … 'the show,' as you could say," explained Howard.

×

ADVERTISING



STREAMING EXCLUSIVELY

Stream Furiosa: A Mad Max Saga

Max · Sponsored                    Sign Up

**Development around Riverfront could finally be on the way** ›

The artwork on the outside is meant to tell that story.

"You never know where the conversation is going to go in here, so my finished product on this mural are spaceships. They're hamburgers, but they're UFOs," he said.

Howard says downtown Salina has a growing popularity of murals. In October, they hosted Boom! Salina, where artists decorated the streets with artwork.

ADVERTISEMENT

"I thought I was doing the right thing for Salina downtown because it's all artsy. I didn't know it'd be this big of an issue," he explained.

However, the city manager says it's not just art.

"It includes a message that pertains to the good or service for sale, and that makes it a sign and makes it subject to the sign code," said Mike Schrage, Salina City Manager.

The current code states businesses in the C-4 district, like The Cozy Inn, are limited to four signs, which must fit into the zoning lot restrictions. Schrage says the mural is nearly 10 times larger than what the code allows.

ADVERTISEMENT

READ NEXT ›                                                                    ✕

**Why flags will be at half-staff on Wednesday**

READ NEXT ›

Next story in 5                                              Cancel

"It shouldn't matter where it is, what it is, as long as it's art. And I think it's art. I think that's pretty much art," said Benson.

In the City Commission meeting on Monday, there was a discussion about a solution to the unfinished art. Some commissioners considered bringing in an outside consultant to clarify the difference between a sign and art.

ADVERTISEMENT

Most Commissioners agreed that the 57-year-old code could use changes to adjust the growing artwork in Salina. They say they want to collaborate with The Cozy Inn to find a solution.

"Whatever we do in the way of a change in zoning code needs to apply to everyone. It can't be business specific or particular to that sign," explained Schrage.

**New area in downtown Hays allows for drinking outside of bars, restaurants  ›**

There is no timeline for a possible change to the city sign code. Until a decision is made, the project is paused indefinitely.

"Even if it is next year, I get it. But man, it just kind of puts a thorn in my side going man, it's not finished," said Benson. He says he is willing to paint the wall back to white until they figure out how to proceed.

ADVERTISEMENT

"That wall's been blank for so many years. Just white wall, and I just want to add character to it," said Howard.

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SPONSORED CONTENT

Privacy Policy

Revitalize Your Skin with Plexaderm's $14.95 Trial Pack

Plexaderm

Shop Now

Doctors Picks of Best Blood Pressure Monitors of 2024

READ NEXT >

Why flags will be at half-staff on Wednesday

READ NEXT >

**Next story in 5**



**Discover Youthful Radiance with Plexaderm - $14.95 Trial**
Plexaderm

Shop Now

**Top 10 Blood Pressure Monitors of 2024 Reviewed by Doctors**
DocReviews

Learn More

**Nina Hartley Steps Out With Her New Look And Stun Fans**
Investment Guru

**Images That Prove History Repeats Itself**
PlayJunkie

Read More

**The New 'Pocket' Scarf is Becoming Summer Trending Item 2024**
FashionInUSA

Learn More

**Fake Reality Shows That People Believed Were Real**
Babamail

Read More

**Who Has the Cheapest Car Insurance in Kansas (Check Zip Code)**
Ottoinsurance.com

Learn More

**27 One-Hit-Wonders Every '70s Kid Remembers, Ranked In Order**
Magazine,Todo

Read More

SUBSCRIBE NOW

# Daily News



Enter Your Email

SIGN UP NOW ❯

READ NEXT >

**Why flags will be at half-staff on Wednesday**



READ NEXT >

**Next story in 5**



### All the fall nail colors trending this season

NAIL COLOR & CARE  /  2 Days Ago

Fall is here! Embrace the new season and its trends with the best fall nail colors of 2024.



**READ NEXT >**

**Why flags will be at half-staff on Wednesday**



**READ NEXT >**

**Next story in 5**



**Is there a difference between cheap and expensive ...**

COOKWARE  /  5 Days Ago

Learn the difference here between cheap and expensive cast-iron cookware and how you can get started cooking all your favorite meals with it.

View All BestReviews

**TOP STORIES**



Senior center in Wichita making crafts to honor fallen ...

READ NEXT >

Why flags will be at half-staff on Wednesday



READ NEXT >

Next story in 5



**4-year-old Kansan learns hard work through gardening**

**Ellis County opening winter shelter in Hays**

Top Stories

**MORE STORIES**

 **4 people killed on Chicago-area L train likely didn't …**

 **As Mexican protesters block Congress over judicial …**

 **Phoenix weathers 100 days of 100-plus degree temps …**

 **Shooting of San Francisco 49ers rookie renews attention …**

 **Christmas in Venezuela kicks off in October, President …**

 **Salvagers abandon effort to tow burning oil tanker …**

 **Senior center in Wichita making crafts to honor fallen …**

 **'1000-Lb Sisters' star arrested on drug charges**

More Stories

Download the KSN News App and stay up-to-date wherever you are. You can even watch KSN News live for

READ NEXT >

Why flags will be at half-staff on Wednesday

READ NEXT >

Next story in 5

**KSN-TV Video**

Senior center in Wichita making crafts to hono...
1 hour ago

WSU Tech esports team wins national...
3 hours ago

Controversy arises at City Council meeting...
4 hours ago

Juvenile critically injured after being hit...
4 hours ago

Continuing coverage: Bird flu in dairy cattle ...
3 hours ago

Who pays at short-te...

More Videos

READ NEXT >

**Why flags will be at half-staff on Wednesday**

READ NEXT >

Next story in 5

**TRENDING STORIES**

1  **Why flags will be at half-staff on Wednesday**

2  **Detour off I-70 has emergency crews ready for anything**

3  **I-70 closed Wednesday, detour in northwest Kansas**

4  **Police give update on woman injured near Aggieville**

5  **Travis Kelce speaks on retirement ahead of season …**

6  **Dodge City facility addresses mental and addiction …**

### Wichita Gas Prices

Metro  State  National

|         | Price | 1-Week | 1-Year |
|---------|-------|--------|--------|
| Regular | $3.09 | -$0.08 | $-0.46 |
| Diesel  | $3.36 | -$0.04 | -$0.65 |

Source: AAA                    Updated on 9/3

**BESTREVIEWS.COM - TOP PICKS TO MAKE EVERYONE HAPPY**

 **Ulta's 21 Days of Beauty sale is happening now**
Holiday • 2 days ago

 **Amazon's best back-to-school deals for middle schoolers**
Holiday • 1 week ago

 **Five Below is practically giving their 'spooky cute' …**
Holiday • 1 week ago

 **Amazon's Big Deal Days is returning — and only Prime …**
Holiday • 1 week ago

 **Walmart has 75% off pet essentials in this week's …**
Holiday • 2 weeks ago

 **Target's new Graveyard Décor Collection is a '90s …**
Holiday • 2 weeks ago

[ View All BestReviews Picks ]

**READ NEXT >**

**Why flags will be at half-staff on Wednesday**



**READ NEXT >**

**Next story in 5**



Home

News

Contests

News App

Live Video

Weather

Weather App

Connect 3 Now!

833 N Main St. Wichita, KS 67203

FCC Public File (KSNC)

FCC Public File (KSNK)

FCC Children's Programming

FCC Public File (KSNW)

FCC Public File (KSNG)

EEO Report

Get News App





Get Weather App





Stay Connected

READ NEXT >

**Why flags will be at half-staff on Wednesday**

READ NEXT >

**Next story in 5**

Content Licensing

Nexstar Digital

Journalistic Integrity

Sitemap

Do Not Sell or Share My Personal Information

© 1998 - 2024 Nexstar Media Inc. | All Rights Reserved.

**READ NEXT >**

**Why flags will be at half-staff on Wednesday**



**READ NEXT >**

**Next story in 5**

0295