# Exhibit AA
# On-Hold Letter

DEVELOPMENT SERVICES
PLANNING AND COMMUNITY DEVELOPMENT
Dustin Michelson, Planner I
300 West Ash · P.O. Box 736
Salina, Kansas 67402-0736

TELEPHONE · (785) 309-5720
FAX · (785) 309-5713
TDD · (785) 309-5747
E-MAIL · dustin.michelson@salina.org
WEBSITE · www.salina-ks.gov



City of Salina

February 8, 2024

Steve Howard
The Cozy Inn
108 N. 7th Street
Salina, KS 67401

RE: Existing Painted Wall Sign/Mural at 108 N. 7th Street

Dear Mr. Howard:

We are in receipt of your Certificate of Compatibility application dated November 13, 2023 and your sign permit application (#23-2221-SIGN) dated November 15, 2023, submitted on behalf of The Cozy Inn, requesting approval of an existing painted wall sign/mural at 108 N. 7th Street. As discussed in previous conversations regarding this sign/mural, the total square footage of the signage installed at 108 N. 7th Street exceeds the maximum gross surface area allowed on this property per the C-4 zoning district sign regulations (Sec. 42-521). Additionally, 108 N. 7th Street is located in the Downtown Salina Business Improvement District Number 1, which requires a Certificate of Compatibility to be approved by the Downtown Design Review Board (DRB) before City Staff may issue a permit for any work to construct; demolish; or change the existing exterior design, material, color, texture, finish, or appearance of any building or any other improvement to real property in the Salina Business Improvement District Number 1 (Sec. 2-207).

This letter is to inform you that the City is engaging in a comprehensive review of the City's sign regulations, which will include a review of the regulations pertaining to painted wall signs. As a result of this, and due to the unique nature of the existing signs at The Cozy Inn, our office will be placing your Certificate of Compatibility application and your sign permit application on-hold until our review of the sign regulations is complete. Once we have completed that code review process, Staff will then be able to facilitate a Certificate of Compatibility application to be considered by the DRB, as well as review your sign permit application in the context of any sign regulations that may be revised during our code review. Additionally, during this period, the City will withhold any further zoning enforcement actions regarding the existing signs at The Cozy Inn until City Staff is able to further review the sign permit application under any changes to the sign regulations that may come out of this comprehensive review.

As part of the City's review of the sign regulations, we'll be bringing in an outside consultant who is experienced in assisting municipalities with updates and revisions to their sign regulations, an important component of the process will involve gaining insight from community stakeholders about the existing regulations relating to murals and painted wall signs and potential updates to the codes. Our office is in the process of scheduling a stakeholder meeting for Friday, February 16, 2024, and we will follow up with specific details of the meeting in hopes that you are able to attend.

30(b)6
EXHIBIT NO. 11
APPINO & BIGGS

CITY000031

Page **2** of **2**

Thank you for your cooperation in this matter. If you have any questions, please contact me or Dean Andrew, Zoning Administrator, at (785) 309-5720.

Sincerely,

Dustin Michelson
Planner I

CC:   Dean Andrew, Zoning Administrator