# Exhibit BB
# Michelson
# Deposition Excerpts

## DUSTIN MICHELSON

 1    .

 2              IN THE UNITED STATES DISTRICT COURT

 3                 FOR THE DISTRICT OF KANSAS

 4    .

 5    .

 6    COZY INN, INCORPORATED, d/b/a

 7    THE COZY INN; STEPHEN HOWARD,

 8              Plaintiffs,

 9    .

10         vs.         Civil Action No. 6:24-cv-01027-TC-ADM

11    .

12    CITY OF SALINA, KANSAS,

13              Defendant.

14    .

15    .

16                         DEPOSITION OF

17                    DUSTIN MICHELSON,

18    taken on behalf of the Plaintiffs, pursuant to

19    Notice to Take Deposition, beginning at 5:08 p.m.

20    on the 12th day of September, 2024, at Clark, Mize

21    & Linville, 129 S. 8th Street, in the City of

22    Salina, County of Saline, and State of Kansas,

23    before Sandra S. Biggs, Kansas CCR No. 0716.

24    .

25    .



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## DUSTIN MICHELSON

1   I was given to write the letter was over that.

2       **Q.    Okay.   So you were given information by**

3   **someone else in the Planning Department?**

4       A.    Yes.

5       **Q.    Who would that be?**

6       A.    For the letter?

7       **Q.    Yes.**

8       A.    From Lauren Driscoll --

9       **Q.    Okay.**

10      A.    -- who told me to write the letter.

11      **Q.    All right.   Did she tell you what she**

12   **wanted the letter to say?**

13      A.    Yes.

14        MS. JOKERST:   Object to form.

15        THE WITNESS:   Sorry.

16   BY MR. SHAW:

17      **Q.    What did she tell you that she wanted the**

18   **letter to say?**

19        MS. JOKERST:   Object to form.

20      A.    That I needed to state that we were in

21   receipt of it, that it was over the maximum area

22   by the existing code and the rest of the stuff in

23   the letter.

24      BY MR. SHAW:

25      **Q.    Okay.**



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## DUSTIN MICHELSON

1      A.    I mean I can read right from the letter.

2      Q.    Is it fair to say -- well, let me take a

3  step back.  When you wrote this, did you review

4  either the sign permit application or Certificate

5  of Compatibility application?

6            MS. JOKERST:  Object to form.

7      A.    I likely did.

8  BY MR. SHAW:

9      Q.    Okay.  Did you conduct any independent

10 analysis of the applications?

11           MS. JOKERST:  Object to form.

12     A.    I don't recall if I specifically did any

13 -- any calculate -- like calculating what the

14 signage allowance is or not.

15 BY MR. SHAW:

16     Q.    Were you relying upon figures provided to

17 you by Miss Driscoll?

18     A.    Yes.

19     Q.    Okay.  Do you know why the city -- let me

20 rephrase.  Do you know what about the mural at the

21 Cozy Inn makes it a sign?

22           MS. JOKERST:  Object to form.

23     A.    I don't know specifically on this.

24 BY MR. SHAW:

25     Q.    Okay.  Do you see on the second paragraph

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604              Suite 101                  Suite 305
785-273-3063          Overland Park, KS 66212        Wichita, KS 67202
www.appinobiggs.com        913-383-1131              316-201-1612

## DUSTIN MICHELSON

1  where it says as a result of this and due to the

2  unique nature of the existing signs at the Cozy

3  Inn, our office will be placing your Certificate

4  of Compatibility application and your sign permit

5  application on hold until review of the sign

6  regulation is complete?

7       A.   Yes.

8       Q.   Did Miss Driscoll tell you to place the

9  applications on hold?

10           MS. JOKERST:  Object to form.

11      A.   Yes.

12  BY MR. SHAW:

13      Q.   Okay.  Do you know -- sorry.  Were you

14  going to say something?

15      A.   To clarify, I didn't place the permits on

16  hold.  This letter I was told to communicate what

17  was happening.

18      Q.   Okay.  So do you know who placed the

19  applications on hold?

20      A.   No.

21      Q.   Okay.  You were just told to communicate

22  that to the applicant?

23      A.   Yes.

24      Q.   Okay.  Do you know if the -- either the

25  sign code or the building improvement district

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street       6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604          Suite 101                Suite 305
785-273-3063              Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com       913-383-1131             316-201-1612

## DUSTIN MICHELSON

1    code allow for applications to be placed on hold?

2          MS. JOKERST:  Object to form.

3    A.    No, I don't know.

4    BY MR. SHAW:

5    Q.    Okay.  Can we turn to Exhibit 14, please?

6    Are you familiar with this exhibit?

7    A.    Yes.

8    Q.    What is this exhibit?

9    A.    It's a letter to Mike Sample written by

10   me.

11   Q.    Do you know who Mike sample is?

12   A.    Only based on having putting the name on

13   the letter.

14   Q.    Okay.  Was this letter sent regarding a

15   business known as Blacksmith Coffee?

16   A.    Yes.

17   Q.    Had blacksmith also applied for a sign

18   permit?

19         MS. JOKERST:  Object to form.

20   A.    Yes.

21   BY MR. SHAW:

22   Q.    And in the second paragraph, do you also

23   communicate to this applicant that the application

24   was being placed on hold?

25   A.    Yes.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

33

# CERTIFICATE

**STATE OF KANSAS**

**COUNTY OF SHAWNEE**

I, Sandra S. Biggs, a Certified Court Reporter, Commissioned as such by the Supreme Court of the State of Kansas, and authorized to take depositions and administer oaths within said State pursuant to K.S.A 60-228, certify that the foregoing was reported by stenographic means, which matter was held on the date, and the time and place set out on the title page hereof and that the foregoing constitutes a true and accurate transcript of the same.

I further certify that I am not related to any of the parties, nor am I an employee of or related to any of the attorneys representing the parties, and I have no financial interest in the outcome of this matter.

Given under my hand and seal this 20th day of September, 2024.

_____

Sandra S. Biggs, C.C.R No. 0716



**Appino & Biggs** Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612