# Exhibit EE
# Public Emails

Message

| | |
|---|---|
| **From**: | no.reply@govbuilt.net [no.reply@govbuilt.net] |
| **Sent**: | 2/20/2024 12:58:35 PM |
| **To**: | Michelle.martin@salina.org; lilian.morales@salina.org; marissa.patton@salina.org; holly.mcginnis@salina.org |
| **Subject**: | Citizen Submission for Address: 108 North 7th Street, Salina, KS 67401 Case #: Requests-2024-000048 |

# City of Salina, Kansas

Hello,

A report a concern submission has been submitted. Click here to [View Case](#). Below is the submission information.
**Issue Location:** 108 North 7th Street, Salina, KS 67401
**Type of Issue:** Discrimination
**Comments:** It's rediculous that you're not allowing Cozy to paint a mural on their building. It's anti-American to block them. Shame on the city.
**Submitter:** Adam Borst
**Email:** borst.adam@outlook.com
**Phone:** (178) 553-1973

Thanks,
City of Salina

GovBuilt only provides a platform to complete the application. To contact the City of Salina, Kansas call 785-833-8066.

Message

| | |
|---|---|
| **From**: | James Newton [jrnewton@cox.net] |
| **Sent**: | 3/15/2024 12:43:58 PM |
| **To**: | Trent.Davis@salina.org; mike@landtitlesalina.com; greglenkiewicz@gmail.com; Bill.Longbine@salina.org; Jerry.Ivey@salina.org |
| **Subject**: | Cozy Inn |

Good afternoon.

   I and a lot of others don't quite understand what the big deal is about the Cozy painting on there building. Is the business's north of the Cozy Inn against the painting and get the smell from them cooking? Can't this be solved like human beings instead of wasting my tax dollars? Thanks Jim. 785-404-6721

Message

| | |
|---|---|
| **From**: | Gretchen Hunt [gretchenmhunt@gmail.com] |
| **Sent**: | 3/6/2024 7:50:34 PM |
| **To**: | Bill.Longbine@salina.org; Jerry.Ivey@salina.org; Trent.Davis@salina.org; greglenkiewicz@gmail.com; mike@landtitlesalina.com |
| **Subject**: | Cozy Inn |

I would like to voice that Salina is a town in which I am proud to be from. My family has had business here for many years. We have supported and funded many projects and continue to give back to the community. However, the current politics of the City of Salina are repulsive and embarrassing. A current example is evident in the City prohibiting a proprietor on how they choose to display their business.

The Cozy Inn is a landmark of Salina and the Council would be remiss to not acknowledge this. A mural/sign/billboard or whatever terminology you choose to assign the painting at The Cozy Inn could potentially bring people to town who want to simply see something interesting. Is it not true that the business owner is doing this at his own expense? As well the design is in no way offensive.

I encourage you to prudently change or make an exception to the current code so that this project may continue.

I have never been to the Cozy Inn and witness the building not being kept up, there be trash on the ground, or unkept landscaping. However, this is present at many other businesses in town. Perhaps after you dissolve this issue with The Cozy Inn owner you could focus on businesses cleaning up their property around the city.

Respectfully,

Gretchen M Hunt RN
Descendent of HJ and Paulina Berkley

Message

| | |
|---|---|
| From: | Marsha Taylor [biznotch4life@gmail.com] |
| Sent: | 2/21/2024 7:20:56 AM |
| To: | signs@salina.org |
| Subject: | Cozy Inn |

You could think that the art work on Cozy Inn building is genius. It bring people from out of town and out of state for a Cozy burger. What do most people do after eating?? They walk around visit downtown stores and spend money. It is a great way to bring in people and their money.

Unless you don't extra revenue for Salina!

Message

| | |
|---|---|
| **From**: | Manjeet Ranu [porcupineblur@me.com] |
| **Sent**: | 2/20/2024 5:11:38 PM |
| **To**: | signs@salina.org |
| **Subject**: | Cozy Inn |

Please adapt City regulations to accommodate their mural. The business is historically and culturally significant. And tasty. Thank you.

-Manjeet Ranu, AICP

CITY000090

Message

**From**: Mike Stanley [mikestanley028@gmail.com]
**Sent**: 3/20/2024 4:31:18 PM
**To**: Jerry Ivey [Jerry.Ivey@salina.org]
**Subject**: Cozy Inn Hamburgers & Artwork

Jerry,

Just an opinion. I think Salina should leave Cozy Inn alone. Looks like a lot of taxpayer money is being spent here.  Everyone knows what they do. The mural they were working on could be advertising, but then again could be about their long history in Salina.

I am also not a fan of high dollar artwork. I read in the Salina Journal $20K was spent on an art piece. Tax and Spend has its limits. We do not need to try and emulate those on the federal level.

I think we need to keep spending in check.

Thanks,

Mike Stanley

Message

| | |
|---|---|
| **From**: | Brenda Collins [bscollins.77@hotmail.com] |
| **Sent**: | 3/6/2024 10:26:09 PM |
| **To**: | trent.davis@salina.org; mike@landtitlesalina.com; greglenkiewicz@gmail.com; bill.longbine@salina.org; jerry.ivey@salina.org |
| **Subject**: | Cozy inn mural |

I personally do not see what the big deal is about the mural. I believe we should allow him to finish it. It brings business to your downtown area which means more tax dollars for Salina. We have bigger issues to worry about in Salina - streets needing redone, street lights that do not work properly, etc. When those problems are taken care of maybe then you can concern yourselves about hassling the poor business owners over stupid things like this.
Also I do not appreciate my tax dollars being spent on murals. At least this business owner is paying for it himself.

Brenda Collins.

Sent via the Samsung Galaxy S22 Ultra 5G, an AT&T 5G smartphone
Get Outlook for Android

Message

**From**: stevenm2397@yahoo.com [stevenm2397@yahoo.com]
**Sent**: 2/20/2024 4:08:38 PM
**To**: signs@salina.org
**Subject**: Cozy Inn Sign Mural

We live in Derby Kansas, however, we lived in Abilene for 11 years. I taught at Roosevelt-Lincoln Middle School for those 11 years. My wife and I frequented the Cozy Inn for their burgers and because of their history.
We are both now retired and have traveled in 35 +/- states since our retirement. We enjoy passing through towns and cities and seeing Murals, having many times gone around the block to get a closer view. Cozy Inn has been around, if I have my history correct, since 1922. It is a historic place in Kansas; in Salina. We know there are other murals in Salina. Why not allow this one? We believe it simply adds to the charisma of Cozy Inn and Salina.
Thank you for this consideration.
Steve and Emily Murphy

Sent from my iPhone

Message

| | |
|---|---|
| **From**: | Chris Knight [kadvantage@gmail.com] |
| **Sent**: | 11/14/2023 8:48:22 AM |
| **To**: | Trent.Davis@salina.org; mike@landtitlesalina.com; greglenkiewicz@gmail.com; Bill.Longbine@salina.org; karlryan@ryanmortuary.com |
| **Subject**: | Downtown art and business |

I am surprised at the uproar over the COzy inn, one of Salina landmarks. I have seen the art or advertising and it is something that should be allowed. It is their Business to make decisions about. It should not be up to a group that has a dictatorship over what meets their standards. It is not their business. Everyone will be there taking selfies in front of it and drawing more people to the Downtown.
Chris Knight

Message
---

**From**: scott.gardner@salina.org [scott.gardner@salina.org]
**Sent**: 2/20/2024 3:16:18 PM
**To**: Signs@salina.org
**Subject**: FW:

I just got this.

Respectfully,

*Scott Gardner*
Director CT, CPI, Media
City of Salina
Phone: (785) 309-5755

---

**From:** Scott Smith <my2boys01@gmail.com>
**Sent:** Tuesday, February 20, 2024 4:14 PM
**To:** Signs <Signs@salina.org>
**Subject:**

You are about to become another Kansas town in National Spotlight as a laughing stick over the Muriel on Cozy Inns building. Is Thia how you spend your tax payers hard earned money? I don't know who the uptight individual(s) are, but try loosening your belt and go smell the flowers and leave small business owners and citizens alone who are expressing their right to free speech and expression.

Message

| | |
|---|---|
| **From**: | jamto4599 [jamto4599@yahoo.com] |
| **Sent**: | 2/21/2024 6:51:48 PM |
| **To**: | signs@salina.org |
| **Subject**: | Let them have their mural!! |

Let them have their mural! Cozy Inn is a wonderful bit of history and a draw for the city of Salina. This mural would cause no harm or any negative impact. Thank You

Sent from my Verizon, Samsung Galaxy smartphone

Message

**From**: Mary Weigel [weigelmj@icloud.com]
**Sent**: 2/22/2024 9:55:04 AM
**To**: signs@salina.org
**Subject**: Mural madness

```
Sent from my iPhone
We were sad to read about the dilemma of the mural at Cozy inn. Both of us grew up in Salina with Cozy
Inn being part of our childhood. Passing thru  or visiting Salina we usually always buy frozen ones to
bring home after enjoying fresh ones. To focus on the sign as advertising in our opinion is an overstep.
```

So many things in this world bring filth, madness, lack of tolerance. Let's accept this as a sign of dedication to building and maintaining a strong link to Salina thru many generations. Fight this to the end, we want that mural!!
Don and Mary Weigel

Message

**From**: Amy Lagerman [amyl0321@yahoo.com]
**Sent**: 3/6/2024 9:13:11 PM
**To**: Trent.Davis@salina.org
**Subject**: Mural

Hello,
I will not be able to attend the meeting concerning the mural on the side of Cozy's. But here is my opinion.
First, I think that the this whole issue is ridiculous and waste of time.
Second, why is the city ok to pay thousands upon thousands on murals (from outside artist) but not from a local that isn't costing us anything? Because of "wording"?
Third, what is the difference between this mural compared to side of Scholtzkeys?
In conclusion, it's a private citizen painting HIS property. If you take away his RIGHT it just puts Salina & commissioners in a horrible light. (And let's face it, you guys already have bad relations with the community)
Sincerely,

Amy Lagerman

Yahoo Mail: Search, Organize, Conquer

Message
---

| | |
|---|---|
| **From**: | Helen Solle Conner [helenmsolle@gmail.com] |
| **Sent**: | 3/19/2024 8:02:40 AM |
| **To**: | signs@salina.org |
| **Subject**: | Murals and Signage can commingle |

As someone who lives in a city where signage and murals have existed next to one another for decades I understand the nuisances of the Cozy Inn signage discussion, but ultimately the murals will win.

Street murals (even when depicting the contents of a building's business) drive foot traffic by their very nature. People love the creative approach, AND they want a picture with the mural.

This very scenario played out here and became a completely revitalized downtown neighborhood and saved a couple dangerous areas on our bike trails from being abandoned.

When our local artists community started there were three old murals from the 1900s and 1970's that were refurbished, then an art gallery added a new one, and then after the loss of one our most beloved artists a mural dedicated to him went on another gallery wall.

Those 5 murals became a lifeline for businesses. Those 5 simple murals (2 of which would fail YOUR current signage regulations) began to generate foot traffic within days of paint brushes being picked up. News stories about the interest in them drove more folks downtown to peek.

THEN a few of our local artists went our amazing Arts Council proposed a mural festival - which we have now been holding each October for 9 years.

The SHINE Muralfest brings together artists from our local community and internationally recognized artists from across the world and we get the joy of 40 new works of public art each year! We now have more than 600 murals in our city, and more are planned every day.

It has completely transformed our community from downtown to our inner city bike trails. Crime in blighted and industrial areas has dropped SIGNIFICANTLY within the last 7 years of the project.

It also generates enough revenue that many of our artists have had to move on to other parts of the city, because the rest of the city wants one - and real estate values have tripled downtown since foot traffic has increased and crime has plummeted!

I'm a web developer and I built a website with 3 artists who were sign painters - that became muralists! They opened a gallery, sell supplies, and now teach sold out spray painting classes to students of all ages! A homegrown success story.

It's a simple win win for EVERYONE, and I HOPE your community will embrace the creativity the Cozy Inn mural has shown, and inspire others in your community.

Best wishes for you all.

Thanks for reading!
Helen Solle

CITY000139

Message

**From**: jerry.ivey@salina.org [jerry.ivey@salina.org]
**Sent**: 3/4/2024 7:43:40 AM
**To**: bretzr@st-tel.net
**Subject**: RE: visitor input

Thanks for emailing us your comments. Unfortunately we cant comment on this issue right now, because of the lawsuit on it.

Jerry Ivey
Salina City Commission
785-577-1058

**From:** Roberta Bretz
**Sent:** Tuesday, February 27, 2024 12:17 PM
**To:** Davis, Trent; Hoppock, Mike; Lenkiewicz, Greg; Longbine, Bill; Ivey, Jerry
**Subject:** visitor input

Dear Commissioners,

I just read a story about the Cozy Inn in Salina.

We love the Cozy Inn. What a wonderful example of a hard-working, enduring business. It is a definite asset to Salina.

I want to encourage you to just support your businesses --- especially your long-time, faithful businesses.

Please just let them finish their very cute, creative mural and not waste their time on 'arguments'. All these years they've served your community and millions of us who have come your way.

Thank you.

Sincerely, Roberta Bretz

Message

**From**: Keely Denning [kjdenning@outlook.com]
**Sent**: 11/13/2023 10:41:23 PM
**To**: Trent.Davis@salina.org; mike@landtitlesalina.com; greglenkiewicz@gmail.com; Bill.Longbine@salina.org; karlryan@ryanmortuary.com
**Subject**: Signs

Hello all,
I watched the issue concerning Cozy building.
I do enjoy the the bright colors in the area of which is rather a drab area of downtown.
What were laws concerning signs at the time Cozy Burgers opened? The business has always been in that spot, and I wonder if they are grandfathered into the law of when they opened.
Just to the north, one building had an old advertisement painted on the wall for Bull Durham Tobacco. At the time the mural was done, I believe tobacco was sold in that building.
If a business that has been in the same place for as many years as Cozy has been, they should be able to be grandfathered, which eliminates the issue of other stores painting murals in advertising.

Is Vernon's Jewelry as old of business as Cozy?

Keely Denning
Salina

Sent from my iPad

Message

| | |
|---|---|
| **From:** | Kate Copp [kathybishop.copp@gmail.com] |
| **Sent:** | 3/6/2024 9:10:47 PM |
| **To:** | bill.longbine@salina.org |
| **CC:** | jerry.ivy@salina.org; trent.davis@salina.org; greglenkiewicz@gmail.com; mike@landtitlesalina.com |
| **Subject:** | The Cozy Inn |

100% let the painting go up on the Cozy Inn! The graphics are so amazing and fun! It would definitely bring folks off of 9th to check out the sign and maybe become a great place to take photos in front of which could also mean they would then explore downtown Salina. I always tell folks in my fb groups that are traveling I-70 to exit on 9th and hang a left on Iron to experience Cozies! The city and business owners want more taxes and money...and a very cool mural that the city does NOT have to pay for just might bring more money to downtown merchants. The Cozy Inn is an iconic Salina business.

Kathy Copp

834 Manor Rd, Salina, KS