# Exhibit II
# Taylor Deposition Excerpts

Charles R Taylor PhD
November 13, 2024

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS


Cozy Inn, Incorporated,           :CIVIL ACTION
d/b/a The Cozy Inn;               :CASE NO.
Stephen Howard,                   :
                                  :6:24-cv-01027-TC-ADM
            Plaintiffs,           :
                                  :
      -vs.-                       :
                                  :
City of Salina, Kansas,           :
                                  :
            Defendants.           :



            NOVEMBER 13, 2024



            ZOOM VIDEOCONFERENCE DEPOSITION OF

CHARLES R. TAYLOR, Ph.D., held via remote teleconference

hosted by U.S. Legal Support, located at 1818 Market

Street, Suite 1400, Philadelphia, Pennsylvania, on

Wednesday, November 13, 2024, at 10:05 a.m., before

Michelle Keys, a Stenographer and Notary Public of the

Commonwealth of Pennsylvania.

Charles R Taylor PhD
November 13, 2024

1   Q.      Do you know what a Kerr area is, K-e-r-r,

2   under the Highway Beautification Act?

3   A.      No.

4   Q.      Do you know what the

5   Highway Beautification's Act requirements for local

6   zoning are?

7   A.      There's -- there's restrictions on height,

8   spacing, and lighting.

9   Q.      But with respect to the local zoning of the

10  property in which the billboard is located, do you

11  know what the restrictions are in the

12  Highway Beautification Act?

13  A.      I don't remember a lot of detail, but there's

14  differences based on whether it's commercial or

15  residential.

16  Q.      Turning back to the disclosure statement for

17  a moment, let me just bring that up.

18              So this is, I suppose, Exhibit A.

19              So can you see this now?

20  A.      Yes.

21  Q.      Here it says that you're an expert in

22  signage; is that right?

23  A.      Yes.

24  Q.      What is a signage expert?

25  A.      It's somebody who studied and has a -- has a

Charles R Taylor PhD
November 13, 2024

1                         CERTIFICATE

2              I HEREBY CERTIFY that the proceedings, evidence,

3    and objections are contained fully and accurately in the

4    stenographic notes taken by me upon the deposition of

5    CHARLES R. TAYLOR, Ph.D., taken on NOVEMBER 13, 2024, and

6    that this is a true and correct transcript of same.

7

8              I FURTHER CERTIFY that I am neither attorney nor

9    counsel for, not related to nor employed by any of the

10   parties to the action in which this deposition was taken;

11   further, that I am not a relative or employee of any

12   attorney or counsel employed in this case, nor am I

13   financially interested in this action.

14

15

16   _____

17             Michelle Keys
             Stenographer
18           and Notary Public

19

20

21             (The foregoing certification of

22     this transcript does not apply to any

23     reproduction of the same by any means

24     unless under the direct control and/or

25     supervision of the certifying reporter.)