In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.** | Civil Action No. |
| Plaintiffs, | Declaration of Jeffrey Shaw in Support of Plaintiffs' Motion for Summary Judgment |
| v. | |
| **City of Salina, Kansas.** | |
| Defendant. | |

**Declaration of Jeffrey Shaw in Support of Plaintiffs' Motion for Summary Judgment**

I, Jeffrey Shaw, submit the following in support of Plaintiffs' Motion for Summary Judgment:

1. I am a citizen of the United States, a resident of Kansas, over the age of 18 years old, and fully competent to make this declaration. I knowingly and voluntarily make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently under oath as to the facts set forth below.

2. I am an active member of the State Bar of Kansas in good standing. I am an attorney at the Kansas Justice Institute, and I represent the Plaintiffs in this case.

3. On August 2, 2024, the parties stipulated that the certified transcript of the November 13, 2023, Salina City Commission meeting (attached as Exhibit E of Plaintiffs' Motino for Summary Judgment and previously filed as Doc. 16-2) is an authentic transcript of the meeting.

4. On October 15, 2024, the parties stipulated to the authenticity of all documents produced by the City of Salina in response to Plaintiffs' First Request for Production of Documents. Some of these documents, such as external emails to Salina officials were only authenticated as authentic copies of what the City received and had in its possession.

1

5. The photographs in Exhibit B have all been authenticated through requests for admission, stipulation, or deposition testimony as authentic representations of The Cozy Inn.

6. The photographs Exhibit F and KK have all been authenticated through requests for admission, stipulation, or deposition testimony as authentic representations of murals in Salina, Kansas.

7. I declare under the penalty of perjury that the above is true and correct.

Dated: February 7, 2025                          /s/ Jeffrey Shaw
                                                 Jeffrey Shaw