IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** | ) |
| **d/b/a The Cozy Inn; Stephen Howard,** | ) |
| | ) |
| **Plaintiffs,** | ) CIVIL ACTION |
| | ) CASE NO.  6:24-cv-01027-TC-ADM |
| **v.** | ) |
| | ) |
| **City of Salina, Kansas,** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, City of Salina, Kansas ("City"), by and through its attorneys of record, Fairfield and Woods, P.C. and Clark, Mize & Linville, Chartered, respectfully requests summary judgment in favor of the City on all claims pursuant to F.R.C.P. 56 and D. Kan. Rule 56.1, and states:

This matter involves Plaintiffs' constitutional challenge to certain provisions of the Salina Code of Ordinances ("Salina Code"), specifically Chapter 42, Article X, with related definitions in Chapter 42, Article XIV ("Sign Code"). As set forth more fully in the accompanying *Defendant's Brief in Support of Defendant's Motion for Summary Judgment* ("Brief"), summary judgment should be granted in the City's favor, dismissing this case for want of jurisdiction because Plaintiffs cannot make a sufficient showing as to the redressability element of the Article III standing requirement. Further, as set forth more fully in the Brief, the Sign Code a content-neutral regulation on its face and as-applied, and easily passes intermediate scrutiny. The Sign Code is content-neutral on its face because the Sign Code is agnostic as to ideas, messages, topics, or viewpoints and contains only "time, place, and manner" restrictions. The Sign Code is content-neutral as applied because it was applied to the letter with respect to the Cozy Sign. The Sign Code passes intermediate scrutiny on its face and as-applied because it advances substantial and

legitimate content-neutral interests of aesthetics, traffic and pedestrian safety, and property values, is narrowly tailored, and leaves open "ample alternative channels for communication of the information."

Moreover, the Sign Code does not constitute an impermissible prior restraint because it includes a brief, specified time period for decision-making, allows for prompt judicial review, and provides sufficient standards to constrain the discretion of the decision-maker. Likewise, the Sign Code is not unconstitutionally vague because it provides people of ordinary intelligence a reasonable opportunity to understand what conduct it prohibits. Finally, if the court determines the sign Code is a commercial speech regulation, then the Sign Code also passes the commercial speech test set forth in *Central Hudson Gas & Elec. Corp. v. Public Service Comm'n of NY*, 447 U.S. 557, 564-67 (1980). Accordingly, Defendant respectfully requests summary judgment in its favor on all claims asserted by Plaintiffs.

Respectfully submitted this 7th day of February, 2025.

| s/ Aaron O. Martin | s/ Todd G. Messenger | s/ Amanda C. Jokerst |
|---|---|---|
| Aaron O. Martin | Todd G. Messenger, | Amanda C. Jokerst |
| Bar Number 24170 | CO Bar Number 38783 | CO Bar Number 47241 |
| Attorney for Defendant City of Salina, Kansas | Pro Hac Vice Attorney for Defendant City of Salina, Kansas | Pro Hac Vice Attorney for Defendant City of Salina, Kansas |
| CLARK, MIZE & LINVILLE, CHARTERED | Fairfield and Woods, P.C. | Fairfield and Woods, P.C. |
| P.O. Box 380 | 1801 California St., Ste. 2600 | 1801 California St., Ste. 2600 |
| Salina, KS 67402-0380 | Denver, CO 80202 | Denver, CO 80202 |
| Tel. (785) 823-6325 | Tel. (303) 830-2400 | Tel. (303) 830-2400 |
| Fax: (785) 823-1868 | Fax: (303) 830-1033 | Fax: (303) 830-1033 |
| Email: aomartin@cml-law.com | Email: tmessenger@fwlaw.com | Email: ajokerst@fwlaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2025, I caused the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** to be electronically filed with the Clerk of the Court

3

using the CM/ECF system, which will send notification of such filing to all counsel of record including: Jeffrey Shaw and Samuel G. MacRoberts

s/ Aaron O. Martin
Aaron O. Martin
