## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** <br> **d/b/a The Cozy Inn; Stephen Howard,** <br><br> Plaintiffs, <br><br> v. <br><br> **City of Salina, Kansas,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) CASE NO.  6:24-cv-01027-TC-ADM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### INDEX OF EXHIBITS TO
### DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

Exhibit A – Dean Andrew Affidavit with Affidavit Exs. 1 and 2

Exhibit B – City's Responses to Plaintiffs' First Set of Interrogatories

Exhibit C – Relevant Sections of Salina Municipal Code

Exhibit D – Dean Andrew Deposition Excerpts

Exhibit E – Dustin Herrs Deposition Excerpts

Exhibit F – Dustin Herrs Affidavit

Exhibit G – Amended Pretrial Order (ECF 101)

Exhibit H – Stephen Howard Deposition Excerpts

Exhibit I – Andrea Windholz Deposition Excerpts

Exhibit J – Colin Benson Deposition Excerpts

Exhibit K – Dustin Herrs 30(b)(6) Deposition Excerpts

Exhibit L – Photo of Cozy Sign (Plaintiffs Bates 58)

Exhibit M – Sign Permit Application

Exhibit N – Dean Andrew 30(b)(6) Deposition Excerpts

Exhibit O – Cozy Inn Sign Analysis

Exhibit P – Michael Schrage Deposition Excerpts

Exhibit Q – Photo of Cozy Sign alleged Final Rendering (Plaintiffs Bates 51)

Exhibit R – Mark White Affidavit with Affidavit Ex. 1

Exhibit S – Photo of sign at Jenni's Liquors (Exhibit Y to S. Howard Depo.)

Exhibit T – Charles Taylor, Ph.D. Deposition Excerpts