9/12/2024                                                                        1
## DUSTIN HERRS

```
 1  .

 2            IN THE UNITED STATES DISTRICT COURT

 3              FOR THE DISTRICT OF KANSAS

 4  .

 5  .

 6  COZY INN, INCORPORATED, d/b/a

 7  THE COZY INN; STEPHEN HOWARD,

 8          Plaintiffs,

 9  .

10     vs.      Civil Action No. 6:24-cv-01027-TC-ADM

11  .

12  CITY OF SALINA, KANSAS,

13          Defendant.

14  .

15  .

16                      DEPOSITION OF

17                      DUSTIN HERRS,

18  taken on behalf of the Plaintiffs, pursuant to

19  Notice to Take Deposition, beginning at 1:00 p.m.

20  on the 12th day of September, 2024, at Clark, Mize

21  & Linville, 129 S. 8th Street, in the City of

22  Salina, County of Saline, and State of Kansas,

23  before Sandra S. Biggs, Kansas CCR No. 0716.

24  .

25  .
```



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

**EXHIBIT E**

## DUSTIN HERRS

```
 1   No 29  Sign Allowance, The Yard                 7
 2   No 30  10/3/23 letter to The Yard
 3       from Salina                                 7
 4   No 31  1/2/24 letter to Gleason and
 5       Son Signs from Salina                       7
 6   No 32  Photos, 095, 123, 91, 301               7
 7   No 33  Photo, 120                               7
 8   No 34  Campbell's Soup photo                    7
 9       .
10       .
11       .
12       .
13       .
14       .
15       .
16       .
17       .
18       .
19       .
20       .
21       .
22       .
23       .
24       .
25       .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

# DUSTIN HERRS

1          (THEREUPON, Herrs Deposition Exhibit

2    No 1 through No 34 were premarked for

3    identification.)

4                     DUSTIN HERRS,

5    called as a witness on behalf of the Plaintiff,

6    was sworn and testified as follows:

7          DIRECT-EXAMINATION

8          BY MR. SHAW:

9          Q.    Good afternoon, Mr. Herrs.  My name is

10   Jeff Shaw.  I represent the Cozy Inn and Stephen

11   Howard in this lawsuit.  With me is Sam McRoberts

12   who also represents the plaintiffs.

13         Have you ever had to sit for a deposition

14   before?

15         A.    I have not.

16         Q.    Okay.  Some basic ground rules.  Because

17   we have a court reporter here trying to make a

18   transcript of this, it's very important that we

19   all try not to talk over each other.  It can be

20   difficult at times.  So let's just all try to give

21   each other a second or two before we start talking

22   so that there's a clear transcript.

23         Along those lines, things like body language

24   and, you know, shrugging, say huh-uh, it just

25   doesn't come through, so try to avid this.  If I



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

## DUSTIN HERRS

1    ask you, oh, is that a yes, is that a no, it's

2    not me trying to kind of be mean about it.  It's

3    trying to get the transcript to clearly reflect

4    what it is your answer is.

5           If at some point your attorney objects to one

6    of my questions, you can go ahead and answer that

7    question unless she specifically tells you do not

8    answer that question.  Otherwise, that's just her

9    kind of noting her objection for the record.  Does

10   that make sense to you?

11          A.   Yes.

12          Q.   Okay.  And is there any reason why you

13   are unable to testify today?

14          A.   No, I can testify today.

15          Q.   Okay.  What is your current job at the

16   City of Salina?

17          A.   I am a city planner for the City of

18   Salina.

19          Q.   Okay.  And how long have you held that

20   position?

21          A.   Since April of 2006.

22          Q.   Okay.  And what was your job before that?

23          A.   Well, I was a student.

24          Q.   Okay.  And where were you a student at?

25          A.   Before coming here, Kansas State


TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

# DUSTIN HERRS

1  University.

2      Q.   Okay.  What did you study there?

3      A.   Planning.

4      Q.   Okay.

5      A.   Regional and Community Planning is the

6  title.

7      Q.   And did you attend any other

8  universities?

9      A.   Fort Hays State.

10     Q.   What did you study there?

11     A.   Geography.

12     Q.   Okay.  So as a planner, who do you report

13 to within the City of Salina?

14     A.   Dean Andrew, Zoning administrator.

15     Q.   Okay.  Do you have anyone that reports to

16 you?

17     A.   No.

18     Q.   Okay.  Are there other planners?

19     A.   We have other planners.

20     Q.   Okay.  How many approximately, if you

21 know?

22     A.   There are two other planners.

23     Q.   Okay.  Is one of them Dustin Michelson?

24     A.   Michelson.

25     Q.   Michelson.  Okay.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

1    Board of Zoning Appeals for a variance to have

2    exceptional signage.

3         BY MR. SHAW:

4         **Q.    Okay.  All right.  Let's kind of do the**

5    **same thing with a Certificate of Compatibility**

6    **application.  That gets submitted.  What happens**

7    **next for the city?**

8         A.    Yeah.  So the Downtown Design Review

9    Board is a board of appointed members, and so

10   there's public hearings involved.  We would do a

11   public notification to the surrounding property

12   owners of the nature of the Certificate of

13   Compatibility request.  We do a staff report that

14   would then be sent to the members, and we would

15   present that staff report at a DRB meeting and

16   they would review the proposed signage for a

17   Certificate of Compatibility based on the downtown

18   design guidelines.

19        **Q.    It's my understanding the Certificate of**

20   **Compatibility is not just for signage.  Is that**

21   **correct?**

22        A.    Correct.

23        **Q.    Is it for kind of any external change to**

24   **property?**

25        A.    Yes.



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

## DUSTIN HERRS

1      A.    Are you referring to the Cozy Inn sign

2  analysis?

3      Q.    **Are you on Exhibit 3?**

4      A.    I could maybe use some assistance.  Okay.

5  Here we go.  Here we go.  Thank you.  Okay.  I do

6  recognize Exhibit 3.

7      Q.    **All right.  What is Exhibit 3?**

8      A.    It is an e-mail from myself to Lauren

9  Driscoll regarding a interaction I had with Mr.

10 Howard.

11     Q.    **Okay.  Is the e-mail also going to the**

12 **Plan Group?**

13     A.    Oh, it is.  Sorry.  Yes, it is.

14     Q.    **Who all is included in the Plan Group?**

15           MS. JOKERST:  Object to form and

16 foundation.

17     A.    At this point in time, it would have been

18 planning staff, it would have been the development

19 coordinator and perhaps our administrative staff

20 supervisor.  I'm not a hundred percent certain.

21     BY MR. SHAW:

22     Q.    **Okay.  Was this written after you had**

23 **spoken to Steve Howard in your office?**

24     A.    Yes.

25     Q.    **Okay.  So do you see where you say,**

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

# DUSTIN HERRS

1        A.    Yes.

2        BY MR. SHAW:

3        Q.    On the page 319 there, does the article

4   attribute quotes to you?

5        A.    Yes.

6        Q.    All right.  Does the article attribute a

7   quote to you saying that the purpose of the sign

8   code is to aim to prevent sign wars between

9   businesses?

10            MS. JOKERST:  Object to form.

11       A.    Yes.

12       BY MR. SHAW:

13       Q.    Is that an accurate quote from you?

14            MS. JOKERST:  Object to form.

15       A.    It's not the only -- the only

16   characteristic or purpose of sign regulations.

17       BY MR. SHAW:

18       Q.    Okay.

19       A.    But it is --

20       Q.    It's --

21       A.    -- one factor.

22       Q.    I'm sorry for talking over you.  Did you

23   say it's a factor?

24       A.    Yes.

25       Q.    Okay.  What is a sign war?


Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604              Suite 101                  Suite 305
785-273-3063          Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com        913-383-1131             316-201-1612

# DUSTIN HERRS

1          MS. JOKERST:  Object to form.

2      A.    A sign war could be a scenario where you

3  have a number of businesses along a corridor.  And

4  in order to become more prominent, they erect

5  signs that are larger than the signs around them

6  and so then -- or larger than the businesses

7  around them.  And the businesses around them in

8  turn erect signs that are taller or larger than

9  the original sign.  And then more people have

10  larger, bigger signs and additional signage, and

11  it goes on to the point where the signage loses

12  its effectiveness.  You lose the trees for the

13  forest, becomes confusing, becomes cluttered and

14  there's so much signage that none of it is really

15  effective any longer.

16          BY MR. SHAW:

17      Q.    I see.  And is that a term used in the

18  city code?

19          MS. JOKERST:  Object to form.

20          BY MR. SHAW:

21      Q.    Is sign wars a term used in the city

22  code?

23      A.    No.  It was a term I use in an allegory

24  form.

25      Q.    Okay.  So you did use the term sign wars

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

1   **when speaking to the reporter for this article,**

2   **correct?**

3        A.    Correct.

4        **Q.    That is a correct quotation?**

5        A.    Correct.

6        **Q.    And you said you were using it as -- did**

7   **you say it was an allegory or...**

8        A.    In the example of the scenario I gave

9   you, a description of the scenario I gave you.

10       **Q.    All right.  And so one of the aims of the**

11  **sign code is to prevent these sign wars?**

12            MS. JOKERST:  Object to form.

13       A.    One of the aims is to protect both the

14  aesthetic feel and quality of life of the

15  community through it's aesthetics as well as

16  making sure that you don't create any safety

17  hazards which a lot of sign clutter and large

18  amounts of signage could potentially result in.

19       BY MR. SHAW:

20       **Q.    Do you think a mural can potentially**

21  **result in safety hazards?**

22            MS. JOKERST:  Object to form and

23  foundation.

24       A.    Which kind of mural?

25       BY MR. SHAW:



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

# DUSTIN HERRS

1    Q.    Okay.  All right.  There's another quote

2  attributed to you in that next paragraph.  Can you

3  please review that?

4    A.    Yes.

5    Q.    Is that an accurate quotation?

6    A.    Yes.

7    Q.    And the sign wars quotation is also

8  accurate?

9    A.    Yes.

10    Q.    Okay.  Can you go to Exhibit 14, please.

11  Are you familiar with what this document is?

12    A.    This looks like a sign permit in LAMA.

13    Q.    When it says at the top the date of

14  2/5/2024, do you know is that the date that LAMA

15  says the permit was submitted or is that the just

16  the date this was generated?

17        MS. JOKERST:  Object to form.

18    A.    I have no idea.

19  BY MR. SHAW:

20    Q.    Okay.  So when you look at this, does it

21  have any field in there somewhere saying like

22  assigned to, you know, Dustin Herrs, for instance?

23    A.    When I receive a sign permit for review

24  in our LAMA database, it looks nothing like this

25  from my seat.  The window I see is nothing like

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604              Suite 101                  Suite 305
785-273-3063          Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com        913-383-1131              316-201-1612

## DUSTIN HERRS

1      A.   I would characterize this mural as a sign

2  given that it's with The Yard.

3      Q.   Okay.

4      A.   So cut to the chase.  If that's where

5  you're going, like this is a sign.

6      Q.   I do want to hit each of the --

7      A.   Yeah.

8      Q.   -- three categories, but yes.  So does it

9  announce The Yard?

10     A.   No.

11     Q.   Does it direct attention to The Yard?

12     A.   Maybe.  Probably.

13     Q.   Does it advertise The Yard?

14     A.   No.

15     Q.   This does not advertise The Yard?

16     A.   I think it's -- there's a certain Nexus.

17  I think it would fall under the definition of a

18  sign.  I don't know if it advertises anything.  I

19  mean maybe come play, have fun.  Maybe but...

20     Q.   Do you believe the mural at the Cozy Inn

21  advertises the Cozy Inn?

22     A.   Yes.

23     Q.   Okay.  Why does that advertise the Cozy

24  Inn?

25     A.   Because it has burgers and is pointing to

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

# DUSTIN HERRS

1    an arrow inviting you inside.

2         **Q.   So is the arrow the determining factor**

3    **there?**

4         A.   I think it's --

5              MS. JOKERST:  Object to form.

6         A.   I think it's the summation of all the

7    information there.

8              BY MR. SHAW:

9         **Q.   All right.  So a hamburger themed mural**

10   **at the Cozy Inn is an advertisement, but a**

11   **baseball theme mural at The Yard is not and**

12   **advertisement.  That is your understanding?**

13        A.   It could be.

14             MS. JOKERST:  Object to form.

15             BY MR. SHAW:

16        **Q.   Okay.  All right.  As a whole, you would**

17   **classify this as a sign, correct?**

18        A.   Correct.

19             MS. JOKERST:  Object to form.

20             BY MR. SHAW:

21        **Q.   Do you know if a sign permit was ever**

22   **applied for at this mural?**

23        A.   No.

24             MS. JOKERST:  Object to form.

25             BY MR. SHAW:



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604                Suite 101                   Suite 305
785-273-3063            Overland Park, KS 66212        Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## DUSTIN HERRS

1          MR. SHAW: Okay. All right. I have no

2    further questions for you.

3          MS. JOKERST:  I have a couple follow-ups.

4    CROSS-EXAMINATION

5    BY MS. JOKERST:

6          Q.    Mr. Herrs, did you provide the Cozy Inn

7    sign analysis to Mr. Howard?

8          A.    Yes, when we met at the Smoky Hill

9    Museum.  I believe I did if I remember correctly.

10         Q.    Did Mr. Howard ever propose an

11   alternative measurement for his sign?

12         A.    I don't believe so.

13         Q.    And I want to turn your attention to

14   Exhibit 3 if you can pull that up.  Just let me

15   know when you're there.

16         A.    I am there.

17         Q.    Okay.  If you look about halfway down

18   where it says I informed Steve that as it is

19   currently written, do you see that?

20         A.    Yes.

21         Q.    Okay.  And do you see the date there is

22   November 6 of 2023?

23         A.    Yes.

24         Q.    So on November 6, 2023, did you tell Mr.

25   Howard that the sign on the side of the Cozy would

**Appino & Biggs** Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## DUSTIN HERRS

1    that?

2        A.    I do.

3        Q.    Do you see any other traditional burger

4    condiments depicted in that area of the sign?

5        A.    Pickles, onions, ketchup, mustard.

6        Q.    And what about the sign as a whole?  I

7    guess look towards the right, just scan the whole

8    thing.  Do you see condiments throughout the sign?

9        A.    Yeah.  I see ketchup and mustard and

10   other pickles floating around.

11       Q.    And those little like white things, that

12   big burger in the middle, you can kind of -- or,

13   I'm sorry, towards the left in the middle, Don't

14   Fear the Smell and The Fun is inside, and then you

15   can kind of see it like on the one to the top

16   right, those little white -- I don't know how to

17   describe them, little white --

18       A.    Looks like team.

19       Q.    -- morsels?

20             THE REPORTER:  What did you say, Amanda?

21             MS. JOKERST:  Morsels.

22             THE REPORTER:  Thank you.

23   BY MR. SHAW:

24       Q.    Do you know what those are?

25       A.    No.



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604              Suite 101                  Suite 305
785-273-3063          Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131            316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

## DUSTIN HERRS

1       A.    Okay. I'm there.

2       Q.    Okay. Under that it says current

3 allowable sign area, 63 square feet. Do you see

4 that?

5       A.    I do.

6       Q.    Is that the allowable sign area in total

7 for the Cozy?

8       A.    That is correct.

9       Q.    Okay. And then down on the proposed

10 hamburger sign analysis, do you see there where it

11 says the Cozy Inn is approximately -- or, I'm

12 sorry, the proposed hamburger sign on the north

13 wall of the Cozy Inn is approximately 528 square

14 feet?

15       A.    Yes.

16       Q.    And is that the measurement that you took

17 to determine how large that painted wall sign is?

18       A.    Yes.

19       Q.    And if you look at the current signage,

20 it says total sign area, 52.88 square feet. Do

21 you see that?

22       A.    I do.

23       Q.    Okay. Is that the total signage that the

24 Cozy currently had not including this wall sign?

25       A.    That is correct.

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street     6420 W. 95th Street     800 E. 1st Street
Topeka, KS 66604         Suite 101             Suite 305
785-273-3063       Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com      913-383-1131        316-201-1612

# DUSTIN HERRS

1      Q.    So if you subtracted that total sign

2   area, that 52.88, from the approximately 528

3   square feet --

4      A.    Um-hum.

5      Q.    -- would that still be small enough to

6   fit within that 63 square foot allowance?

7      A.    No.  Say the question again.

8      Q.    Yeah.  If you --

9      A.    I'm trying to --

10     Q.    -- subtracted -- so say that that 52.88

11  square feet wasn't there.  There were no other

12  signs.  You didn't calculate any other sign

13  allowance against their total allowable sign

14  area --

15     A.    I see what you're saying.

16     Q.    -- would the Cozy painted wall sign still

17  be small enough to fit within their allowable sign

18  area of 63 square feet?

19     A.    Okay.  So to rephrase your question, if

20  the Cozy painting sign on the building, if that

21  was the only sign that was there, would it fit

22  within the 63 square feet?

23     Q.    Correct.

24     A.    No.

25     Q.    And look at where it says the Cozy Inn

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

1   has the ability to install a fourth sign with no

2   more than 10.12 square feet of area.  Do you see

3   that?

4        A.    I do.

5        Q.    Okay.  If the Cozy was somehow able to

6   shrink that sign, like the exact sign that they

7   have down to 10.1 square feet, would they be able

8   to get a sign permit?

9        A.    Yes.

10        Q.    Okay.  And if you were able to -- okay.

11   So Mr. Shaw asked you a couple questions, right,

12   about, well, what if you did this when you were

13   measuring or if you seem to maybe not include the

14   projection sign or the window or the awning.  So

15   if you did any of those things, say you, you know,

16   tried to -- went and parse out like every window

17   or awning, do you think that you'd be able to

18   parse that enough to get 528 square feet down to

19   10.12 square feet?

20        A.    No.

21        Q.    Does the City of Salina just regulate the

22   Cozy sign?

23        A.    No.

24        Q.    Okay.  Do they regulate all signs?

25        A.    Yes.

Appino & Biggs Reporting Service, Inc.

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

**DUSTIN HERRS**

1    same sign allowances as other people in downtown

2    central business zoning district, which is our C-4

3    zoning district.  People in the C-5 zoning

4    district are allowed the same sign allowances as

5    other people in the C-5 district.  People in

6    residential zoning districts are allowed to have

7    the same sign allowances as other people in

8    residential zoning districts of that same

9    district.

10        **Q.    And I want to speak specifically to sign**

11   **clutter.  How does regulating signs in the**

12   **aggregate advance -- prevent sign clutter?**

13        MR. SHAW:  Objection.

14        A.    If signs are not regulated in the

15   aggregate, you could have one sign that's larger

16   than others.  Then other people get larger signs.

17   And if you get a whole bunch of signage, an

18   excessive amount of signage both in terms of

19   number of signs and size of signs, it can lose its

20   effect and become distracting and potentially

21   cause safety problems.  It could also damage the

22   aesthetic of the community, the quality of life of

23   the community.  And so the goal of the sign

24   regulations is to permit and allow ample amount of

25   signage for each property while still establishing

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## DUSTIN HERRS

1   a balance that makes that signage effective and

2   attractive without becoming a safety concern.

3        BY MS. JOKERST:

4        Q.    And I want to direct your attention to

5   Exhibit 31, and specifically page 2, item 8?

6        A.    Okay.  I'm on page -- or Exhibit 31.

7        Q.    Yep, Exhibit 31, page 2, item 8.  It's on

8   the top of that page.

9        A.    Okay.  Sure.

10       Q.    The wall sign helps make the JRI

11  Hospitality Field at The Yard more recognizable

12  from 4th Street.  Do you see that?

13       A.    Yes.

14       Q.    Okay.  So earlier Mr. Shaw was asking you

15  questions about this and the application, and you

16  said you thought that the application was related

17  to a JRI sign that was in on the vestibule portion

18  inside of The Yard.  Do you recall that?

19       A.    I do.

20       Q.    Okay.  Now, I want you to read No. 8.

21       A.    Um-hum.

22       Q.    Okay.  So you're going to read that, the

23  wall sign helps make the JRI Hospitality Field at

24  The Yard more recognizable from 4th Street.  Now,

25  I want you to turn to Exhibit 32 and go to that

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612