10/7/2024                                                        1

## STEPHEN HOWARD

```
 1    .
 2              IN THE UNITED STATES DISTRICT COURT
 3                 FOR THE DISTRICT OF KANSAS
 4    .
 5    .
 6    COZY INN, INCORPORATED, d/b/a
 7    THE COZY INN; STEPHEN HOWARD,
 8           Plaintiffs,
 9    .
10       vs.        Civil Action No. 6:24-cv-01027-TC-ADM
11    .
12    CITY OF SALINA, KANSAS,
13           Defendant.
14    .
15    .
16                      DEPOSITION OF
17                      STEPHEN HOWARD,
18    taken on behalf of the Defendant, pursuant to
19    Notice to Take Deposition, beginning at 9:07 a.m.
20    on the 7th day of October, 2024, at the law office
21    of Clark, Mize & Linville, 129 South 8th Street,
22    in the City of Salina, County of Saline, and State
23    of Kansas, before Sandra S. Biggs, Kansas CCR No.
24    0716.
25    .
```



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

EXHIBIT H

### STEPHEN HOWARD

1      Q.    Okay.  So you call them burgers because
2  they're too small to be called a hamburger?
3      A.    If you will.
4      Q.    Okay.  But essentially, it's the same
5  thing, right?
6      A.    It's the same thing, yes.
7      Q.    Okay.
8      A.    Burger's easier to say.
9      Q.    All right.  So let's talk about the
10 burgers.  What is The Cozy burger made of?
11     A.    90 percent or leaner ground beef, inside
12 round is the trim we use, diced onions, salt and
13 pepper and ketchup, mustard and pickle if you
14 want.  That's the only choice you get.  All the
15 burgers are cooked with onions.
16     Q.    Okay.  And that's what I was going to ask
17 you.  You said chopped onions.  Are those chopped
18 onions put into the patty?
19     A.    Put on top and smacked into it.
20     Q.    Okay.  So it's cooked into the patty
21 itself?
22     A.    Yeah.  Yeah.
23     Q.    All right.  And then you mentioned that
24 the toppings that you offer are pickles?
25     A.    Yep.



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604              Suite 101                Suite 305
785-273-3063           Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com         913-383-1131            316-201-1612

STEPHEN HOWARD

1       Q.    Okay.  And the condiments are ketchup?

2       A.    Yes.

3       Q.    And mustard?

4       A.    Yes.

5       Q.    Okay.  And that's it?

6       A.    That's it.

7       Q.    All right.  And every burger comes with

8  onions?

9       A.    Yes.

10      Q.    Do you ever have people walk up and say I

11 want a burger without onions?

12      A.    Every day.

13      Q.    Okay.  And what do you tell them?

14      A.    If you're willing to try one, you're

15 going to eat four.  If you're not willing to try

16 one, I'm sorry, you're missing out.  A lot of

17 people say, well, I'm allergic.  I'm sorry.  This

18 isn't the place for you then.

19      Q.    So there's no substitutions when it comes

20 to the onions?

21      A.    Right.  Not even if it's for your dog.

22      Q.    Okay.  All right.  So you don't offer

23 cheese?

24      A.    No.

25      Q.    Okay.  No mayonnaise?

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604                  Suite 101                     Suite 305
785-273-3063              Overland Park, KS 66212          Wichita, KS 67202
www.appinobiggs.com            913-383-1131                316-201-1612

## STEPHEN HOWARD

```
 1        A.   No.

 2        Q.   No barbecue sauce?

 3        A.   No.

 4        Q.   No lettuce?

 5        A.   No.

 6        Q.   No tomatoes?

 7        A.   No.

 8        Q.   Okay.

 9        A.   Very simple.

10        Q.   All right.  And how are The Cozy burgers

11   sold?

12        A.   Individually.

13        Q.   Okay.  Are they also sold in sacks?

14        A.   Yes.

15        Q.   Okay.  Tell me about the sacks.  Like

16   what -- are they sold in bundles?  How are they

17   sold in the sacks?

18        A.   Usually in bag of six.

19        Q.   Okay.  Is the bag of six like the most

20   popular bundle that you sell?

21        A.   Divisions of six are.

22        Q.   Okay.  So when you say divisions of six,

23   you mean six, 12?

24        A.   18, 24, 36, 48, 72.

25        Q.   Okay.
```



5111 SW 21st Street          6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604             Suite 101                  Suite 305
785-273-3063                 Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com          913-383-1131              316-201-1612

# STEPHEN HOWARD

1    Q.    Okay.  So when someone comes inside, you

2    can talk to them and suggest how many they should

3    have?

4    A.    Yes.

5    Q.    Okay.  What about at the ordering window?

6    A.    It is -- at the walk-up window, it's not

7    as personal because you don't get the feel of --

8    our entertaining is inside.  You know, all of us

9    talk with everybody, and the conversations are

10   always appropriate.  They are timely.  Walk up --

11   if you use the walk-up window, you're just kind of

12   missing the whole point.

13   Q.    Okay.  Do you feel like you're able to

14   upsell better for customers that come inside?

15   A.    Yes.

16   Q.    Okay.  Does that increase your sales for

17   customers that come inside?

18   A.    Not always.

19   Q.    Okay.  But does it typically?

20   A.    No.  Because the walk-up window can get

21   every bit as busy as the inside.  And if it's

22   snowing, they're probably going to come inside to

23   order and not the walk-up window which won't be

24   very many because wintertime is slow.

25   Q.    Okay.  Well, what about in the summer?

Appino & Biggs Reporting Service, Inc.    TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

### STEPHEN HOWARD

1    A.    Summertime's my busy season, and it's

2    about half and half.  I don't know, I guess,

3    what...

4    **Q.    Okay.  So of your customers,**

5    **approximately 50 percent use the walk-up window**

6    **and 50 percent go inside?**

7    A.    I don't have any numbers to prove, but

8    just by experience, yeah, 50/50.

9    **Q.    Okay.  Do you ever track that?  I know**

10   **you said you don't have the numbers, but do you**

11   **ever track that --**

12   A.    No.

13   **Q.    -- in your head?**

14   A.    No.

15   **Q.    No.  So it's --**

16   A.    I have a very simple cash register.  It

17   tells me how many transactions I do and that's it.

18   Doesn't tell me window or inside.

19   **Q.    Okay.  But you said coming up to the**

20   **walk-up window is impersonal?**

21   A.    Yeah.  You're missing the whole point of

22   going to The Cozy Inn.

23   **Q.    Okay.  Well, tell me about.  What's the**

24   **whole point of going to The Cozy Inn?**

25   A.    You go inside, you get tagged right away

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

**STEPHEN HOWARD**

1  by the onion smell.  And that's the butt of all

2  jokes with The Cozy.  Hey, I went to -- you can't

3  -- Aaron can't go to his friend and say, hey, I

4  went to The Cozy Inn today.  Did you go inside?

5  No.  That's not -- that's not -- that's enough.

6  You can't brag to your friends if you don't go

7  inside.

8       Q.   Okay.

9       A.   My opinion.

10      Q.   And is that because the onion smell in

11  The Cozy is infamous?

12      A.   Yes.

13      Q.   Okay.  And is the onion smell inside The

14  Cozy distinctive?

15      A.   Yes.

16      Q.   And when someone -- let me see how I'm

17  going to ask this.  All right.  So you had

18  mentioned that -- well, let me ask you this.  So

19  the whole purpose or you said something like you

20  want customers to come inside The Cozy, right?

21      A.   Yes.

22      Q.   Okay.  And you want them to come inside

23  of the Cozy because you want them to order food

24  inside, correct?

25      A.   Yes.


Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

### STEPHEN HOWARD

1      Q.    Okay.  So if someone came -- you're

2  asking people to come inside The Cozy to purchase

3  something, correct?

4      A.    Yes.

5      Q.    Okay.  And I mean because it would be --

6  how would you as a business make money if people

7  just came into The Cozy and just congregated there

8  and didn't buy anything, right?

9      A.    Well, that would be a problem.  I don't

10  have very much room.

11     Q.    Okay.  What's the square foot for the

12  customers?

13     A.    Maybe 40 square feet.

14     Q.    40 square feet where the customers can

15  sit?

16     A.    Yeah.  I have six stools.

17     Q.    Okay.  And another than the six stools,

18  is there really anyplace else for people to hang

19  out inside The Cozy?

20     A.    Behind the stools against the wall.

21     Q.    Okay.

22     A.    I've fit 12 to 15 people in there before.

23     Q.    Okay.

24     A.    Some sitting and most standing.

25     Q.    Okay.  So other than the six people who

## STEPHEN HOWARD

1  a good time.

2      Q.   You want them to -- the entertainment

3  piece is you want them to remember you or remember

4  The Cozy so that they can come back?

5      A.   Yes.

6      Q.   Okay.  And is that so when they come back

7  they can then purchase more products from you?

8      MR. SHAW:  Objection to form.

9      A.   Yeah.

10  BY MS. JOKERST:

11      Q.   Okay.  Do you -- are you selling cupcakes

12  at The Cozy?

13      A.   Not anymore.

14      Q.   Okay.  But you were for a time?

15      A.   I was.

16      Q.   Okay.  How did that come to be?

17      A.   I found a bakery, a baker out of Blue

18  Skye Brewery and I was like, hey, would you want

19  to make some for me.  So she goes okay.  And so

20  she was -- I'd order cupcakes from her.

21      Q.   Okay.  And was it -- I guess how was that

22  set up?  Did you -- you bought them from her and

23  then you resold them at The Cozy?

24      A.   Yes.

25      Q.   Okay.  So it was not -- you didn't like

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## STEPHEN HOWARD

1   Q.   Okay.  And I'm done referencing Exhibit A

2   for now.

3       In the community of Salina, is it known that

4   if you go inside The Cozy, you'll carry that onion

5   aroma with you after you leave?

6   A.   Yes.

7       MR. SHAW:  Objection to form.

8   BY MS. JOKERST:

9   Q.   And is that why the painting on the side

10  of The Cozy says Don't Fear the Smell?

11  A.   Yes.

12  Q.   So the phrase Don't Fear the Smell, it's

13  referring to that distinctive onion aroma, right?

14  A.   Right.

15  Q.   Okay.  And does The Cozy reference that

16  distinctive onion aroma in its advertising?

17      MR. SHAW:  Objection to form.

18  A.   Sometimes.

19  BY MS. JOKERST:

20  Q.   Okay.  How does it do that?

21  A.   Some people ask me to hold their shirt or

22  their hat above the grill so they get the extra

23  steam on it.

24  Q.   That's a unique request.

25  A.   Yeah.



STEPHEN HOWARD

1      A.    Yes.

2      Q.    And in 2021, you applied for a

3   Certificate of Compatibility permit for an awning

4   at The Cozy.  Is that right?

5      A.    Yes.

6      Q.    Okay.

7      A.    As far as the date goes, I don't know.

8   But, yes, I did do that.

9      Q.    It was 2021?

10      A.    Ish.  I don't remember.

11      Q.    Okay.  Well, why did you apply for a

12   Certificate of Compatibility permit for the

13   awning?

14      A.    Because I was told to.

15      Q.    Okay.  Who told you that?

16      A.    I don't know.

17      Q.    You don't know who told you to apply for

18   it?

19      A.    And then I was just going to put up a red

20   awning to match what was going on beside me which

21   they never ended up putting up their awnings

22   anyway.  And then I thought before that awning was

23   made, I thought, man, that's wasted space.  Put

24   The Cozy Inn on it so people finally -- they know

25   that they're there.  And then that became a sign

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604             Suite 101                   Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                316-201-1612

## STEPHEN HOWARD

1    to the city.  So that's when somebody said, hey,

2    you've got writing on it now.  Now, you've got to

3    do this.

4         Q.   Okay.  So someone at the city told you to

5    apply for the Certificate of Compatibility for the

6    awning?

7         A.   Yes.

8         Q.   Okay.  And then did you fill out that

9    permit?

10        A.   That one I did, yes.

11        Q.   Okay.  Was there another permit that you

12   didn't fill out?

13        A.   No.

14        Q.   So I want to direct your attention to

15   Exhibit H.  You can flip there.  Are you there?

16        A.   Yeah.

17        Q.   All right.  So go ahead and take a look

18   at this.  You can see property, address, name of

19   business.  It says Cozy Inn.  Top of that page

20   says Certificate of Compatibility Application.  At

21   the bottom, it says property owner's signature and

22   4/27/21.  Do you see that?

23             MR. SHAW:  Objection to form.

24        A.   Where are you looking?

25             BY MS. JOKERST:



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

### STEPHEN HOWARD

1    A.    No.

2    Q.    Okay.  And here it says that Design

3  Review Board held a meeting on May 13th, 2021 to

4  review Certificate of Compatibility Application

5  No. CC21-6 filed by you on behalf of The Cozy Inn.

6  Do you see that?

7    A.    Yes.

8    Q.    Okay.  And -- all right.  Go down to page

9  2, if you want to flip to page 2 at the top

10 there.  Okay.  And do you see it says in

11 approving this Certificate of Compatibility

12 Application, the Design Review Board attached the

13 following condition of approval.  Do you see that?

14   A.    Yes.

15   Q.    Okay.  So they approved this Certificate

16 of Compatibility Application?

17         MR. SHAW:  Objection to form.

18   A.    Are you waiting on an answer?

19 BY MS. JOKERST:

20   Q.    Yeah.

21   A.    What did you ask me?

22   Q.    I said so they did approve the

23 Certificate of Compatibility Application for the

24 awning, right?

25   A.    Yes.



5111 SW 21st Street       6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604          Suite 101                  Suite 305
785-273-3063              Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com       913-383-1131                316-201-1612

# STEPHEN HOWARD

1           MR. SHAW:  Objection to form.

2       BY MS. JOKERST:

3       Q.   Okay.  And underneath that, there's 1, 2,

4   and then right under that it says because.  Do you

5   see that?

6       A.   Um-hum.

7       Q.   Okay.  And it says because the proposed

8   awning will contain lettering, including The Cozy

9   Inn name, staff classifies this type of awning as

10  a sign which requires a sign permit.  Do you see

11  that?

12      A.   Yes.

13      Q.   Okay.  So when they approved this

14  Certificate of Compatibility Application, they

15  told you you needed to apply for a sign permit?

16          MR. SHAW:  Objection to form.

17      A.   Apparently.

18      BY MS. JOKERST:

19      Q.   Okay.  Well, it's right there.

20      A.   Yeah.

21      Q.   So did they tell you to apply for a sign

22  permit?

23          MR. SHAW:  Objection to form.

24      A.   Okay.

25      BY MS. JOKERST:



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

# STEPHEN HOWARD

1          Q.    Well, that's a yes or no question.    Did

2     the city tell you to apply for a sign permit for

3     the awning?

4               MR. SHAW:    Objection to form.

5          A.    Yes.

6     BY MS. JOKERST:

7          Q.    Okay.    Mr. Howard, you've -- The Cozy Inn

8     has participated in community events throughout

9     Salina, right?

10         A.    Yes.

11         Q.    Okay.    And it's participated in some

12    community events that are hosted by the city.    Is

13    that right?

14         A.    Probably.

15         Q.    Okay.    Well, the Smoky Hill Museum, it

16    has a street fair?

17         A.    Yes.

18         Q.    Are you familiar with that?

19         A.    Yes.

20         Q.    Okay.    And then The Cozy Inn as part of

21    that street fair held an eating contest?

22         A.    Yes.

23         Q.    Is that right?

24         A.    Yes.

25         Q.    Okay.    And The Cozy Inn has been

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

**STEPHEN HOWARD**

1    it's there.

2        Q.    At some point, were you displaying that,

3    though?

4        A.    Oh, yeah.

5        Q.    Okay.

6        A.    Just up until last week somebody knocked

7    it off.  I asked one of my people, I said what

8    happened to that picture that was there.  And they

9    said, well, it fell and broke.  It's in the

10   office.

11       Q.    So I want to talk to you about the

12   painting on the side of The Cozy.  And what I'm

13   talking about is the sign that's the subject of

14   this lawsuit?

15            MR. SHAW:  Objection to form.

16            MS. JOKERST:  Well, it wasn't a question.

17   I was telling him what I'm referring to.

18       BY MS. JOKERST:

19       Q.    When did you first get the idea of

20   painting that side wall at the Cozy?

21       A.    October of last year.

22       Q.    So October of 2023?

23       A.    Yeah.

24       Q.    Okay.  And what led to that idea?

25       A.    Well, I had a couple about my age come to

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

STEPHEN HOWARD

1        BY MS. JOKERST:

2        Q.   All right.  And I hate to flip you around

3    here, but let's go back down to page 346?

4        A.   Okay.

5        Q.   All right.  So I want to talk about the

6    arrow.  Why was the arrow included in the

7    painting?

8        A.   Showing people where the front door is.

9        Q.   Okay.  So it was directing people to the

10   front door?

11       A.   Yes.

12       Q.   Okay.  All right.  So when did Colin

13   start working on the painting on the side wall?

14       A.   I thought it was the 3rd.

15       Q.   November 3rd?

16       A.   November 3rd.

17       Q.   Okay.  And before November 3rd, he came

18   by to talk to you about the final draft of what

19   he was going to paint on the wall?

20       A.   Yes.

21       Q.   Okay.  And that's when he brought like

22   the printout of it?

23       A.   Yes.

24       Q.   Okay.  So you had agreed to pay Colin for

25   the work, right?



5111 SW 21st Street          6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604             Suite 101                  Suite 305
785-273-3063                 Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com          913-383-1131               316-201-1612

## STEPHEN HOWARD

```
 1        A.    Yes.
 2        Q.    Okay.  And what was the agreed upon
 3   amount?
 4        A.    $500.
 5        Q.    Okay.  And who purchased the paint that
 6   was used?
 7        A.    Colin did.
 8        Q.    Okay.  Do you know where he purchased it
 9   from?
10        A.    I do not.
11        Q.    Okay.  Who supplied all the supplies that
12   Colin needed to do the painting?
13        A.    He did.
14        Q.    He did.  Okay.  And what were the terms
15   of the payment?  Did you agree when you were going
16   to pay Colin?
17        A.    No.
18        Q.    You didn't have --
19        A.    He started in without payment.
20        Q.    Okay.  He started without payment?
21        A.    Right.
22        Q.    Okay.  And you said he started on what
23   you thought was November 3rd of 2023.
24   Approximately how long was the painting supposed
25   to take before it was completed?
```



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## STEPHEN HOWARD

1     A.    He said on the text, might be over the

2  weekend.

3     Q.    Okay.  So was he going to be done --

4  predicted to be done by Monday?

5     A.    He thought he was, but he actually fell

6  behind.  So he goes, yeah, I'll probably be done

7  Wednesday.  So that would be 6, 7, 8.

8     Q.    Okay.  All right.  So Colin started work

9  on the painting.  And then what happened?

10    A.    He started painting the wall.

11    Q.    Okay.  He started painting the wall.  And

12  then -- and then at some point did he stop paint

13  the wall?

14    A.    Monday.

15    Q.    Okay.  And why did he stop painting the

16  wall?

17    A.    Because I asked him to.

18    Q.    Okay.  And why did you ask him to stop?

19    A.    Because I was told I couldn't do it.

20    Q.    Okay.  Who told you that?

21    A.    City of Salina.

22    Q.    Okay.  Was it a specific person?

23    A.    I don't remember who I talked to.

24    Q.    Was it Dustin Herrs?

25    A.    I did go his office, but it wasn't him --

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

### STEPHEN HOWARD

1   I don't know who called.  I didn't receive the
2   first phone call.  I just called him back.  Yes,
3   it was Dustin, though.
4       Q.    Okay.  So Dustin Herrs told you to stop?
5       A.    Yes.
6       Q.    Okay.  And why did he tell you to stop?
7       A.    That's where you're going to lose me, all
8   this sign stuff.  I have no idea what code is and
9   this and this and this.  He lost me.
10      Q.    Okay.  Did he tell you that the painting
11  was a sign?
12      A.    His opinion.
13      Q.    Okay.  But he told you that it was the
14  city's opinion that the painting was a sign?
15      A.    Yes.
16      Q.    Okay.  Did he tell you that the painting
17  was too large to qualify for a sign permit?
18      A.    Something like that, yes.
19      Q.    Okay.  And is that why you reached an
20  agreement to stop work on the painting?
21          MR. SHAW:  Objection to form.
22      A.    I thought I had to get permission.  So I
23  don't know if I paid my $35 permit fee that day
24  or if even if it's that commission meeting night
25  that I went.  I don't remember.



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## STEPHEN HOWARD

1      BY MS. JOKERST:

2          Q.    Okay.  But you were told by the City of

3      Salina that that painting was too big to qualify

4      for a sign permit, right?

5          A.    Yes.

6          Q.    Okay.

7          A.    But I thought I was just painting a

8      mural.

9          Q.    Okay.  But the city told you that it was

10     a sign?

11         A.    Yes.

12         Q.    So before Colin Benson went out and

13     started painting the side wall, did you think to

14     apply for a sign permit?

15         A.    No.

16         Q.    Okay.  Did you think to apply for a

17     Certificate of Compatibility?

18         A.    No.

19         Q.    Okay.  So you -- before Colin started

20     painting, you did not apply for a sign permit?

21         A.    No.

22         Q.    Before Colin started paint, you did not

23     apply for a Certificate of Compatibility, right?

24         A.    No.

25         Q.    Okay.  Well, in 2021 with the awning

# STEPHEN HOWARD

1    Amanda.  We're going to exchange the colored ones.

2             MS. JOKERST:  Okay.  Perfect.

3             THE REPORTER:  Thank you.

4             MS. JOKERST:  Yeah.  All right.  Are we

5    ready?

6             THE REPORTER:  Yes.

7         BY MS. JOKERST:

8         Q.   Okay.  Mr. Howard, are you on Exhibit S?

9         A.   Yes.

10        Q.   Okay.  I'd like to direct your attention

11   to the second page, and it's page 54.  And I

12   should say the Bates number on it is 54.

13        A.   Yes.

14        Q.   Okay.  You might have to turn it.  I

15   don't know how it's positioned there, but you

16   might have to turn it a quarter --

17        A.   I have.

18        Q.   -- so you can see it the right side up.

19        A.   I have.

20        Q.   Okay.  Is this the painting that's on the

21   wall at The Cozy?

22        A.   Currently.

23        Q.   Okay.  And is this the current state of

24   what that painting looks like?

25        A.   Yes.  As of November 6th, he has not

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## STEPHEN HOWARD

1   touched the wall.

2       Q.   Okay.  And so the Don't Fear the Smell,

3   The Fun is inside is on the wall, right?

4       A.   Yes.

5       Q.   Okay.  The arrow pointing to the door is

6   on the wall, right?

7       A.   Yes.

8       Q.   Okay.  The big burger is in the middle,

9   right?

10      A.   Yes.

11      Q.   Okay.  You can see the ketchup and

12  mustard on the burger.  Is that right?

13      A.   Yes.

14      Q.   Okay.  And I want you to look down to the

15  left of the big burger on the left side of that

16  bench.  Do you see that?

17      A.   Yes.

18      Q.   Okay.  That's a smaller -- that's a

19  depiction of a smaller burger, right?

20      A.   Right.

21      Q.   Okay.  And I want you to go to kind of --

22  say kind of like to the ride or right underneath

23  the arrow, the point of the arrow, do you see

24  that?

25      A.   Yes.



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

STEPHEN HOWARD

1      Q.    Okay.   And that's also a depiction of a
2   burger?
3      A.    Yes.
4      Q.    Okay.   I want you to go directly to the
5   right of the big hamburger.  Do you see that
6   smaller depiction of the burger?
7      A.    Yes.
8      Q.    Okay.   And straight up from there, above
9   where it says the smell, that's another depiction
10  of a smaller burger, right?
11     A.    Yes.
12     Q.    Okay.   Okay.   And on the depiction of the
13  big burger in the middle, that's ketchup on that
14  burger, right?
15     A.    Yes.
16     Q.    Okay.   And on the right side of the big
17  burger, that is a depiction of mustard on the
18  burger, right?
19     A.    Yes.
20     Q.    Okay.   And it looks like this outline is
21  complete.   Is that right?
22     A.    Not quite.
23     Q.    Okay.   But Colin had started painting it
24  in, right?
25     A.    Yes.   I don't know what day this picture

Appino Biggs Reporting Service, Inc.

5111 SW 21st Street    6420 W. 95th Street    800 E. 1st Street
Topeka, KS 66604       Suite 101              Suite 305
785-273-3063           Overland Park, KS 66212 Wichita, KS 67202
www.appinobiggs.com    913-383-1131           316-201-1612

### STEPHEN HOWARD

1      Q.    Okay.  All right.  So is there -- we

2   don't need to look at the exhibits anymore at this

3   time.  Is there a jingle about the infamous onion

4   aroma at The Cozy?

5            MR. SHAW:  Objection to form.

6      A.    On the radio?

7   BY MS. JOKERST:

8      Q.    On the radio.  Okay.  So do you do radio

9   advertising for The Cozy?

10     A.    Yes.

11     Q.    Okay.  And the radio advertising contains

12  a jingle?

13     A.    Part of it.

14     Q.    Okay.  And the jingle relates to the

15  aroma, onion aroma emanating from The Cozy?

16     A.    No.  My ads finish with mosey into The

17  Cozy Inn.

18     Q.    Okay.

19     A.    It's a catchy jingle.

20     Q.    I'm sorry?

21     A.    It's a catchy jingle.

22     Q.    Okay.  So your ads say mosey into the

23  Cozy?

24     A.    Yeah.

25     Q.    Okay.  So your radio --



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

### STEPHEN HOWARD

```
1              MR. SHAW:  Objection to form.
2         BY MS. JOKERST:
3         Q.   Okay.  All right.  So then you had
4    mentioned that you also showed up at the -- you
5    also showed up at the Smokey -- or, I'm sorry, the
6    city commission meeting, right?
7         A.   Yes.
8         Q.   Okay.  And that was on November 13th?
9         A.   That's the day I paid my sign -- my
10   permit.
11        Q.   Okay.  Did you go down to the -- to the
12   meeting on the day that you submitted your permit
13   application?
14        A.   Yes.
15        Q.   Okay.  So let's talk about that.  So you
16   -- you filled out a sign permit -- or scratch
17   that.  I'm going to turn our direction or your
18   attention to Exhibit AA.
19        A.   Okay.
20        Q.   Okay.  Is this the sign permit
21   application you submitted for the wall sign?
22        A.   What's the date on it?
23        Q.   The date is on page 2 if you want to
24   look.
25        A.   Yeah, I did.
```

**Appino & Biggs** Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

# STEPHEN HOWARD

1          MR. SHAW:  What was your pending

2     question?

3          BY MS. JOKERST:

4          Q.   I asked if this was the sign permit

5     application he submitted for the wall sign?

6          MR. SHAW:  Objection to form.

7     A.   Yes.

8          BY MS. JOKERST:

9          Q.   Okay.  And is this a true and accurate

10    depiction of the sign permit application you

11    submitted?

12    A.   Yes.

13         MS. JOKERST:  Okay.  I will move to

14    formally Exhibit AA into the deposition record.

15         BY MS. JOKERST:

16         Q.   Mr. Howard, who filled this sign permit

17    out?

18    A.   I believe it was Leslie Bishop.

19         Q.   Okay.  Leslie Bishop filled this out for

20    you.  And how did she come to fill out for you?

21    A.   I asked for help filling it out.

22         Q.   Okay.  So did you contact Leslie Bishop?

23    A.   Yes.

24         Q.   Okay.  And what did you say to Leslie

25    Bishop?



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604            Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

STEPHEN HOWARD

```
 1      A.   I don't remember.  I just said I don't --
 2  I think I said I don't remember -- I don't
 3  understand any of this.
 4      Q.   Okay.  And you just asked her for help to
 5  fill it out?
 6      A.   Yes.
 7      Q.   Okay.  So I want you to look at page 2 on
 8  that signature of applicant.  Is that your
 9  signature?
10      A.   Yes.
11      Q.   Okay.  And I want you to look back up on
12  page 1.  Towards the bottom of page 1, it says
13  Proposed Signs in the middle.  On the bottom right
14  the box Other is checked?
15           MR. SHAW:  Objection to form.
16           MS. JOKERST:  I'm just directing him to
17  it.
18  BY MS. JOKERST:
19      Q.   Do you see that there where the Other box
20  is checked?
21      A.   Yeah.  There's --
22      Q.   An X in it?
23      A.   Wall and Other, yeah.
24      Q.   Okay.  Next to that, do you see where it
25  says mural exceeding allowable space for
```

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

STEPHEN HOWARD

1  mural/signage?

2      A.   Yes.

3      Q.   Okay.  So when you submitted this

4  application, you had conceded that the painting on

5  the wall exceeded the allowable space for signage?

6           MR. SHAW:  Objection to form.

7      A.   I didn't see that that she wrote that.

8  BY MS. JOKERST:

9      Q.   Okay.  You signed it, right?

10     A.   I signed it, yes.

11     Q.   Okay.  So you submitted it to the city in

12  that format?

13     A.   Yeah.

14     Q.   Okay.  All right.  I want to direct your

15  attention to Exhibit F, and this is in black and

16  white, so it's not supposed to be in color.

17     A.   Okay.

18     Q.   Okay.  Is this the Certificate of

19  Compatibility Application you submitted?

20     A.   Yes.

21     Q.   Okay.  Who filled this application out?

22     A.   I don't know.  I signed it.

23     Q.   Okay.  Well, did you fill it out?

24     A.   That's not my writing.

25     Q.   Okay.  Did Leslie fill this out?



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604              Suite 101                  Suite 305
785-273-3063            Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131             316-201-1612

# STEPHEN HOWARD

```
 1        BY MS. JOKERST:
 2        Q.   Well, did you have a meeting with Brad
 3   Anderson that wasn't at the Smoky Hill Museum?
 4        A.   I don't remember.
 5        Q.   Okay.  Well, did Colin?
 6        A.   I don't know.
 7        Q.   Okay.  Well, what was he talking about
 8   when he said he was all riled up?
 9             MR. SHAW:  Objection to form.
10        A.   I don't know.
11        BY MS. JOKERST:
12        Q.   Okay.  So on November 6th, you told Colin
13   to stop the mural, right?
14        A.   Yes, that was Monday.
15        Q.   You told him stop the sign -- stop the
16   painting on the wall at The Cozy?
17        A.   Yes, on the 6th.
18        Q.   Okay.  And you've said nothing's been
19   done since the 6th, right?
20        A.   Right.
21        Q.   Okay.  So I want to direct your attention
22   to page 354 of Exhibit V, as in Victor?
23        A.   Okay.
24        Q.   Okay.  And on November 7th, you sent
25   Colin Benson and text and said finish the mural.
```

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

**STEPHEN HOWARD**

1  **It's on me?**

2          MR. SHAW:  Objection to form.

3      BY MS. JOKERST:

4      **Q.    Did you send that to Colin?**

5      A.    Yes.

6      **Q.    Okay.  Why did you say that?**

7      A.    Because I was drunk.

8      **Q.    Okay.  And you wanted him to finish the**

9  **painting?**

10     A.    Yeah.  I was being emotional.

11     **Q.    Okay.**

12     A.    Had no meaning behind it.  Obviously, he

13 did not finish.

14     **Q.    Okay.  And then you sent him a YouTube**

15 **video, right?**

16     A.    That was sent to me.  I don't recall even

17 opening it.

18     **Q.    Well, look at those blue bubbles?**

19     A.    Yes.

20     **Q.    So you said finish the mural.  It's on**

21 **me, right?**

22     A.    Yes.

23     **Q.    And then the other blue bubble, that's**

24 **from you as well, right?**

25     A.    Yes.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street       6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604          Suite 101                 Suite 305
785-273-3063              Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com       913-383-1131              316-201-1612

**STEPHEN HOWARD**

1      Q.    Okay.  So that's the YouTube link?

2      A.    Yeah, I don't know.

3      Q.    Okay.  Well, do you remember you sent him

4  a YouTube link to a clip from Animal House?

5      A.    I don't know if I remember that, but I

6  think I saw that.

7      Q.    Okay.  Why did you send him the clip from

8  Animal House?

9      A.    Because it was funny.

10      Q.    Okay.  All right.  So I want to direct

11  your attention to page 35 -- I'm sorry, Bates 356.

12  It's page about 22 of Exhibit V.  Okay.  And you

13  say -- you sent Colin a text that says starts with

14  so find Doug Rempp.  Okay.  I want you to scroll

15  down to the next one, the next page, 357.  And

16  then you say here, yep.  He should unload his gun

17  and back off.  Do you see that?

18      A.    Yes.

19      Q.    Okay.  So you sent that text message to

20  Colin?

21      A.    Yes.

22      Q.    Okay.  And what did you mean by he should

23  unload his gun and back off?

24      A.    I don't remember why I would have said

25  that.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604             Suite 101                   Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                316-201-1612

**STEPHEN HOWARD**

1    Q.    Okay.  Does Jenni's Liquor sell any food?

2    A.    No.  Candy bars, snacks, sunflower seeds.

3    Q.    All right.  And how long have you owned

4    Jenni's Liquor?

5    A.    Maybe 2020.

6    Q.    Okay.

7    A.    Maybe 2021, June is when we took over,

8    one of those years.

9    Q.    All right.  And on the wall at Jenni's

10   Liquor, you had a similar display painted.  Is

11   that right?

12         MR. SHAW:  Objection to form.

13   A.    Yes.

14   BY MS. JOKERST:

15   Q.    Okay.  But it's not the exact same

16   display, right?

17   A.    No.

18   Q.    Okay.  So I want to direct your attention

19   to Exhibit Y.

20         MR. SHAW:  I will object to the use of

21   all these photos as they were not timely disclosed

22   in accordance with the scheduling order.

23         MS. JOKERST:  Okay.  And I recall just

24   note for the record on the purpose of this is that

25   is our position they should have been disclosed

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## STEPHEN HOWARD

1     Q.   Okay.

2     A.   -- can't figure things out like that.

3     Q.   So your wife responded to the question is

4  this a Cozy reference and said yes, right?

5     A.   She's her own person.

6     Q.   Okay.  But she responded and she said

7  yes, right?

8     A.   Yes.

9     Q.   Okay.  And that's because this painting

10  is a reference to The Cozy wall sign, right?

11          MR. SHAW:  Objection to form.

12     A.   Sure, if you look at it like that.

13  BY MS. JOKERST:

14     Q.   Okay.  Well, your wife looked at it like

15  that?

16          MR. SHAW:  Objection to form.

17  BY MS. JOKERST:

18     Q.   Right?

19     A.   I just had fun with it.

20     Q.   Okay.  But I'm saying your wife looked at

21  it that way, right?

22          MR. SHAW:  Objection to form.

23     A.   Yes.

24  BY MS. JOKERST:

25     Q.   Okay.  And so do you also look at it that

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

**STEPHEN HOWARD**

1   way as a reference to The Cozy?

2        A.   It's a continuation of my story.

3        Q.   Okay.  You're talking about your story as

4   it relates to the painting at The Cozy?

5             MR. SHAW:  Objection to form.

6        A.   The ships had to come from somewhere.

7        BY MS. JOKERST:

8        Q.   Okay.  Well, that's a yes or no question.

9   You're saying that it relates to your story as it

10  relates to the painting that's at The Cozy, right?

11            MR. SHAW:  Objection to form.

12       A.   Yes.

13            MS. JOKERST:  All right.  I will formally

14  move to admit Exhibit Y into the deposition

15  record.

16            MR. SHAW:  We will renew our objection.

17            MS. JOKERST:  Okay.  And we can, again,

18  just for the court reporter, that can be noted,

19  and that does not affect that the entire exhibit

20  will be included with the deposition testimony.

21       BY MS. JOKERST:

22       Q.   All right.  So I want to talk to you a

23  little bit about the painting that's on the wall

24  at Jenni's Liquor.  I mean how did that come into

25  existence?

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## STEPHEN HOWARD

1     A.    I've got a crazy mind.

2     **Q.    Okay.  It was your idea?**

3     A.    Yes.

4     **Q.    Okay.  So did you talk to Colin Benson**

5  **about it?**

6     A.    After I asked the mayor if I could do

7  that, the mayor of Brookville.

8     **Q.    Oh so you asked the mayor of Brookville**

9  **for --**

10    A.    If I could paint a mural.

11    **Q.    Okay.  So you asked the mayor of**

12  **Brookville whether or not you could paint that,**

13  **and what did the mayor of Brookville say?**

14    A.    You don't want to know, but, of course,

15  he said yes.

16    **Q.    Okay.  Well, I don't want to know.  Why**

17  **don't I want to know?**

18    A.    He goes I don't care what the fuck you do

19  on your wall.

20    **Q.    Okay.  And so you decided that you were**

21  **going to work with Colin again?**

22    A.    Yes.

23    **Q.    Okay.  Did you call Colin up, did you**

24  **text Colin?  How did you get in touch with Colin?**

25    A.    Probably called him.



5111 SW 21st Street    6420 W. 95th Street    800 E. 1st Street
Topeka, KS 66604    Suite 101    Suite 305
785-273-3063    Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com    913-383-1131    316-201-1612

### STEPHEN HOWARD

1   Rick Benson about the lawsuit?

2          MR. SHAW:  Objection to form.

3      A.    Pretty much about everything.

4      BY MS. JOKERST:

5      Q.    Okay.  Well, you told him that you

6   thought the lawsuit was bullshit, right?

7          MR. SHAW:  Objection to form.

8      A.    He thought it was.

9      BY MS. JOKERST:

10     Q.    Okay.  Well, what part of the lawsuit do

11  you think is bullshit?

12         MR. SHAW:  Objection to form.

13     A.    None of it.  None of it.

14     BY MS. JOKERST:

15     Q.    Okay.  Well, you said that you don't

16  understand the sign code, right?

17     A.    Right.

18     Q.    Okay.  But then you told Rick Benson that

19  this was bullshit?

20         MR. SHAW:  Objection to form.

21     A.    I guess.

22     BY MS. JOKERST:

23     Q.    Okay.  So what I'm trying to understand

24  is when you were telling him this is bullshit,

25  what's the this you were talking about?

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## STEPHEN HOWARD

1              MR. SHAW:  Objection to form.

2         A.   That it went this far.

3         BY MS. JOKERST:

4         Q.   Okay.  Have you read the Salina sign

5    code?

6         A.   No.

7         Q.   Okay.

8         A.   I wouldn't understand it.

9         Q.   Okay.  But you haven't even tried to read

10   it?

11        A.   No.

12        Q.   Okay.  And you don't care about reading

13   it, do you?

14             MR. SHAW:  Objection to form.

15        A.   No.

16        BY MS. JOKERST:

17        Q.   Okay.  Have you spoken to anyone

18   associated with Blacksmith Coffee about their sign

19   on the Ohio Street building?

20        A.   I did.

21        Q.   Okay.  Who did you talk to?

22        A.   I don't remember.  Some girl.

23        Q.   Some girl.  Was she a worker, an owner?

24        A.   I think a worker.

25        Q.   Okay.  And how did you strike up a

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604           Suite 101                 Suite 305
785-273-3063               Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com        913-383-1131              316-201-1612