10/10/2024                                                                 1

## ANDREA WINDHOLZ

```
 1   .
 2              IN THE UNITED STATES DISTRICT COURT
 3                   FOR THE DISTRICT OF KANSAS
 4   .
 5   .
 6   COZY INN, INCORPORATED, d/b/a
 7   THE COZY INN; STEPHEN HOWARD
 8           Plaintiffs,
 9   .
10       vs.      Civil Action No. 6:24-cv-01027-TC-ADM
11   .
12   CITY OF SALINA, KANSAS,
13           Defendant.
14   .
15   .
16                         DEPOSITION OF
17                       ANDREA WINDHOLZ,
18   taken on behalf of the Defendant, pursuant to
19   Notice to Take Deposition, beginning at 2:00 p.m.
20   on the 10th day of October, 2024, at Clark, Mize &
21   Linville, 129 S. 8th Street, in the City of
22   Salina, County of Saline, and State of Kansas,
23   before Sandra S. Biggs, Kansas CCR No. 0716.
24   .
25   .
```



Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

**EXHIBIT I**

1       A.   Yes.
2       Q.   Do you handle any of the ordering for the
3  meat?
4       A.   Sometimes if my dad is unavailable.
5       Q.   Okay.  All right.  And then I understand
6  you handle the advertising for The Cozy.  Is that
7  right?
8       A.   Most of the time.  Sometimes my dad will
9  do it, but a lot of times I will just because I'm
10 more tech savvy and whatnot.  I run The Cozy Inn
11 Facebook page.
12      Q.   Okay.  And that's what I was going to
13 ask, too.  So what social media accounts does The
14 Cozy have an account for?
15      A.   That I run is just Coz -- is just the
16 Facebook page.  If there's other ones out there,
17 it's not from me.
18      Q.   Okay.  So you don't run a Cozy Inn
19 Instagram account?
20      A.   Huh-uh.
21      Q.   Okay.  And what do you do as part of
22 handling The Cozy Inn Facebook page?  What does
23 that involve?
24      A.   I'll post on there that we're hiring.
25 I'll make posts of like if we're going to close

1   early for a holiday.  Or for like when we had the
2   really bad storm a few months ago, I posted on
3   there that we were closing for the day to let our
4   employees clean up their debris.  It's pretty much
5   there just to update customers.  And also, like
6   when we do fun things like with The Cozy Inn
7   eating contest, I live streamed on there for that.
8   It's just there to like stay with customers and
9   keep them informed and keep them with The Cozy
10  Inn.
11       **Q.   Okay.  Do you also handle the purchasing**
12  **of Cozy merchandise?**
13       A.   I do the ordering, yes.
14       **Q.   Okay.  And what does that entail?**
15       A.   So I'll go through the shirts and I'll
16  see which ones we're running low on, and I'll do
17  the order for that.  And if we're running low on
18  like our hats or koozies, I'll decide -- like here
19  in the next couple weeks, I'll be doing a hoodie
20  order.  So like I'll just go -- I'll go on --
21  I'll e-mail Messenger and tell them what sizes and
22  colors of hoodies I want.  And I'll change the
23  colors of koozies up.  I pretty much have free
24  range on what I bring in as long as it's not like
25  an astronomical price.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street       6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604          Suite 101                  Suite 305
785-273-3063              Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com       913-383-1131               316-201-1612

ANDREA WINDHOLZ

1    Q.   Okay.  Do you help determine what designs
2  go on the T-shirts?
3    A.   For the most part, yes.
4    Q.   Okay.  And how do you determine what
5  designs go on the T-shirts?
6    A.   We don't really change it up.  We really
7  keep it the same.  But we did like any new
8  shirts, new styles, my dad will tell me what he
9  wants and I'll kind of do like a little draw-up of
10 it and be like is this what you're envisioning.
11 And he'll tell me yes or no or maybe do this or
12 whatever.  Then I'll take that into Messenger, and
13 I'll talk to their designer there and we'll come
14 up with the actual design that would go onto
15 something.
16   Q.   Okay.  Is Messenger, is that the vendor
17 that you use?
18   A.   Yes.
19   Q.   Okay.  And I assume they're just like a
20 merchandise vendor.  They screen print on T-shirts
21 or hats?
22        MR. SHAW:  Objection to form.
23   A.   Yes.  They do the printing on the shirts.
24 And then they have Salina Embroidery works with
25 them and they embroider like our hats and stuff

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street         6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604            Suite 101                  Suite 305
785-273-3063                Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com         913-383-1131               316-201-1612

ANDREA WINDHOLZ

1  like that.  And then we get our koozies and stuff
2  printed from Messenger as well.
3       BY MS. JOKERST:
4       Q.  Okay.  So when's like the last time you
5  guys have updated a T-shirt design?
6       A.  From my knowledge, I think my dad kept
7  everything the same even when he bought it.
8       Q.  Okay.
9       A.  I'm not sure if he came up with any of
10 the designs.  I really -- I honestly don't know.
11 I was nine.
12      Q.  Okay.
13      A.  So I'm assuming -- I mean, obviously, the
14 logo itself stayed the same, but the designs on
15 the shirts, I don't know if he came up with them
16 or if they were already like that when he bought
17 it.
18      Q.  Okay.  Or than ordering merchandise, what
19 do you do in your role -- let me reask that.
20 Other than handling the Facebook account and
21 ordering merchandise, what do you do in your role
22 as handling the advertising for The Cozy?
23      A.  I -- I pretty much just kind of pay
24 attention to what Salina, Downtown Salina is
25 doing.  And if we're able to participate, then I

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604             Suite 101                   Suite 305
785-273-3063                 Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com          913-383-1131                316-201-1612

ANDREA WINDHOLZ

1  will bring that up to dad.  Or I will e-mail
2  Chamber of Commerce maybe and kind of see what we
3  could do to be a part of it.  We just like to
4  stay with the times of Downtown Salina and keep
5  with just our name out there, letting them know
6  that we're a part of Salina and we love being part
7  of Downtown Salina.  Like it's so much fun.
8       Q.   Okay.  Do you also coordinate radio
9  advertisement?
10      A.   Yes.  I talk on the radio, yes.
11      Q.   Okay.  You talk on the radio?
12      A.   Um-hum.
13      Q.   **When you say that, do you do like radio**
14  **interviews or do you have like a recording of**
15  **yourself for a part of an advertisement?**
16      A.   I have talked on the radio before, like
17  answered -- like interview.
18      Q.   Okay.
19      A.   And then right now it's just a recording.
20      Q.   Okay.  What does the recording say?
21      A.   It's pretty much saying football season
22  is here and school's back in session, so let
23  Cozy's help you with your tailgating and, you
24  know, late night dinner needs.  I think that's
25  what one says.  And the other one, I cannot recall

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

```
 1   what it says.  I recorded it a couple months ago.
 2        Q.   Okay.
 3        A.   A month ago.
 4        Q.   And do either of these recordings have
 5   like a jingle that says mosey on in to The Cozy?
 6        A.   Yes.
 7        Q.   Okay.  Do they both have it?
 8        A.   Yes.  I think each one has a different
 9   part of the jingle, but they both have it.
10        Q.   Okay. Does the jingle say more than
11   mosey on in to The Cozy?
12        A.   It -- yeah.  So for the most part, it
13   says that -- I honestly haven't heard the entire
14   jingle in a very long time, so I could not tell
15   you.  But I know that like the beginning of it's
16   just like really upbeat and like -- yeah.  It says
17   it at the beginning, at the end.  And in the
18   middle, I cannot tell you what it says.  I'm
19   sorry.
20        Q.   Okay.  So as part of like the radio
21   advertisement, you record the audio.  Do you also
22   coordinate with the radio station regarding when
23   the ads will air?
24        A.   They try to -- they kind of tell me like
25   we're going to air it a little bit more during
```


5111 SW 21st Street      6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604         Suite 101                Suite 305
785-273-3063             Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com      913-383-1131             316-201-1612

1   envelope, and that way my dad knows to take it
2   home and pay it.  If I take it out, then we could
3   lose it.
4       Q.   Okay.  Do you -- does The Cozy have like
5   an advertising plan?
6       A.   Could I ask what you mean by that?
7       Q.   Yeah.  Do you or do you and your dad, I
8   guess, get together and set out what kind of
9   advertising you're planning to do for The Cozy?
10      A.   Oh, yeah.  We will sit there and we'll
11  talk at Cozy's or something.  Like, hey, I heard
12  this was going on.  Do you want to do something
13  for it?  Or there's like indoor football.  We
14  always advertise there.  We do a lot for them and
15  whatnot.  And then so, yeah, we just -- we keep
16  our eye out for things that we're able to get our
17  name out there with and do that.  We do a lot of
18  -- yeah, a lot of the just local advertisements
19  and whatnot.
20      Q.   Okay.  For indoor football, is that the
21  Salina Liberty team?
22      A.   Um-hum, yes.
23      Q.   Yes.  Okay.  And what kind of advertising
24  do you do with them?
25      A.   We have like a banner that they hang in

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street    6420 W. 95th Street    800 E. 1st Street
Topeka, KS 66604       Suite 101              Suite 305
785-273-3063           Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com    913-383-1131           316-201-1612

```
 1   there, and we also throw burgers into the stands
 2   at the football games.
 3        Q.   Okay.  Do you launch them in one of those
 4   little machines?
 5        A.   I wish.  No.  It's -- they hand throw it.
 6        Q.   Okay.
 7        A.   As hard they I can.
 8        Q.   Okay.  So what does the banner say that
 9   you hang?  And I'm assuming you hang that banner
10   in the stadium?
11        A.   Yes.  It's just our logo.
12        Q.   Okay.
13        A.   Like it's just the red logo, and then it
14   says since 1922, like literally, whatever you see
15   on line for our logo is what the banner is.
16        Q.   Okay.  So is it the red like neon sign
17   logo?
18        A.   Yes.
19        Q.   Okay.  Anything else like that that you
20   do?  I don't know if you have any other sports
21   teams there, soccer teams, anything local to the
22   area where you advertise with a specific
23   organization or event?
24        A.   Not that I know of, no.
25        Q.   Okay.  And then you participate in
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street    6420 W. 95th Street    800 E. 1st Street
Topeka, KS 66604       Suite 101              Suite 305
785-273-3063           Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com    913-383-1131           316-201-1612

## ANDREA WINDHOLZ

1  wear.  It's just something that sets us a little
2  different and makes it look a little nicer and put
3  together.
4       Q.   Okay.  So I know you said that you sit
5  down and talk with your dad about what kind of
6  advertising you want to do.  Do you write out a
7  plan for the year?  Is there anything that you put
8  on paper about that?
9       A.   No.
10      Q.   Okay.  Do you do any TV commercials?
11      A.   No.
12      Q.   Do you buy any billboards?
13      A.   Yes.
14      Q.   Okay.  Tell me about that.
15      A.   We have three of them.  One when you're
16 coming from I have to think of my direction, east
17 to west, there's one.  And that one I think is
18 just -- it has like the four original workers that
19 we have framed in Cozy's, and then it just has
20 like something that says what we are and what we
21 do and that we're like the best burger joint in
22 Kansas voted by U.S.A. Today.  And there's two
23 coming from west to east.  One of them is just
24 like the one on the east side.  And then the
25 other one is closer to Salina.  It says you're

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street   6420 W. 95th Street   800 E. 1st Street
Topeka, KS 66604      Suite 101              Suite 305
785-273-3063          Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com   913-383-1131           316-201-1612

1    almost there and it's pretty much the gist of it.
2        Q.   Okay.  And when you're talking about east
3    and west, are you referring to spaces that are off
4    of I-70?
5        A.   Yes.
6        Q.   Okay.  So the one that says you're almost
7    there, is it just lettering or is there other
8    images on that billboard?
9        A.   I think that one has the four original
10   workers on it as well.  I haven't been from -- I
11   haven't been from Hays to Salina in a little bit,
12   so I cannot remember.  But that one is like you're
13   almost there, and has like the four original
14   workers I think and then our logo and then where
15   to exit.
16       Q.   Okay.  And what about the last one?  Does
17   that also just have the logo on it or what's on
18   that one?
19       A.   The one that's also on the west side?
20       Q.   Um-hum, yes.
21       A.   Okay.  That one I think is the one that
22   says like best burger joint in Kansas, has our
23   logo and then where to exit -- or where to exit
24   off of to go to.
25       Q.   Okay.  And were you responsible for

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street      6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604         Suite 101                 Suite 305
785-273-3063             Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com      913-383-1131              316-201-1612

ANDREA WINDHOLZ

```
 1      Q.   Did you help him at all in filling out
 2  the Certificate of Compatibility application?
 3      A.   No.
 4      Q.   What was your dad's opinion about the
 5  city determining that the painting was a sign?
 6           MR. SHAW:  Objection to form.
 7      A.   I'm -- I'm sure he was upset.  I'm not --
 8  I don't remember his exact reaction.
 9       BY MS. JOKERST:
10      Q.   Well, did he tell you anything about his
11  opinion?
12      A.   Oh, I mean sure he was upset, but he
13  really didn't say much.  He was just kind of
14  bummed that the city put a stop to it and was --
15  yeah.  He was just -- he was probably -- he was
16  just upset.  He didn't really tell me too much.
17  And if he did, I don't remember.
18      Q.   When's the last time you talked to your
19  dad about the display that's painted on the wall
20  at The Cozy?
21      A.   I mean we get asked questions about it
22  all the day -- all the time.  But since all this
23  started, we really haven't talked too much about
24  it.
25      Q.   Okay.  Well, let's go back to Exhibit B
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street       6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604          Suite 101                 Suite 305
785-273-3063              Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com       913-383-1131              316-201-1612

```
 1        BY MS. JOKERST:
 2        Q.   Have you ever worked at Jenni's Liquor?
 3        A.   No.
 4        Q.   Do you help out with the Jenni's Liquor
 5   Facebook page?
 6        A.   Yes.
 7        Q.   Okay.  Do you run that Facebook page?
 8        A.   Yes.
 9        Q.   Do your parents pay you for that service?
10        A.   No.
11        Q.   And are you familiar with the burger
12   display that was painted on the wall at Jenni's
13   Liquors?
14             MR. SHAW:  Objection to form.
15        A.   I am aware of it, yes.
16        BY MS. JOKERST:
17        Q.   Okay.  How are you familiar with that
18   display?
19        A.   I just know the concept of it.  I've seen
20   it a couple times, but I haven't been out there
21   and really looked at it.
22        Q.   Okay.  How do you know the concept of it?
23        A.   They told me it.
24        Q.   Okay.  Who is they?
25        A.   My parents.
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street       6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604          Suite 101                 Suite 305
785-273-3063              Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com       913-383-1131              316-201-1612

ANDREA WINDHOLZ

1    Q.  Okay.  And when did they tell you about
2  that display?
3    A.  I don't remember.  I don't even remember
4  when they finished it.
5    Q.  Approximately like the summer of 2024?
6    A.  I'm sure once they figured out that they
7  were going to do it I knew about it, but I don't
8  remember when I first found out about it.
9    Q.  Okay.  And what did your parents tell you
10 about that display?
11        MR. SHAW:  Objection to form.
12   A.  They were just going to tell -- they were
13 just trying to tie it to Jenni's -- tie what's
14 painted on Jenni's to Cozy's just because it's
15 both of my parents' restaurants -- or restaurants.
16 I guess Jenni's isn't a restaurant.  It's a liquor
17 store.  But it's both their businesses, both their
18 businesses, so they were just trying to tie them
19 together.
20        BY MS. JOKERST:
21   Q.  All right.  And so you haven't gone out
22 there to view it in person?
23   A.  Huh-uh.  If I've gone out there, it
24 wasn't to look at that.  It would be my dad took
25 something of mine.  Like the last time I was out

## ANDREA WINDHOLZ

```
 1   questions.
 2              MR. SHAW:  Sounds good.
 3              MS. JOKERST:  All right.  We'll go off
 4   the record.
 5              (THEREUPON, a recess was taken.)
 6        BY MS. JOKERST:
 7        Q.   Okay.  Miss Windholz, have you ever read
 8   the Salina sign code?
 9        A.   No.
10        Q.   Have you ever attempted to read the
11   Salina sign code?
12        A.   No.
13        Q.   And did you have any discussions with
14   your dad about the design of the painted display
15   on the north wall at The Cozy?
16        A.   No.
17        Q.   You said that at some point you saw a
18   rendering of the design of the display on the
19   north wall at The Cozy.  Is that right?
20        A.   I saw like what it's supposed to look
21   like finished.
22        Q.   Okay.  And when did you see that
23   rendering?
24        A.   I don't remember.
25        Q.   Okay.  Did you see that rendering before
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604             Suite 101                   Suite 305
785-273-3063                 Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com          913-383-1131                316-201-1612