COLIN BENSON

```
 1   .
 2               IN THE UNITED STATES DISTRICT COURT
 3                   FOR THE DISTRICT OF KANSAS
 4   .
 5   .
 6   COZY INN, INCORPORATED, d/b/a
 7   THE COZY INN; STEPHEN HOWARD
 8         Plaintiffs,
 9   .
10       vs.     Civil Action No. 6:24-cv-01027-TC-ADM
11   .
12   CITY OF SALINA, KANSAS,
13         Defendant.
14   .
15   .
16                       DEPOSITION OF
17                       COLIN BENSON,
18   taken on behalf of the Defendant, pursuant to
19   Notice to Take Deposition, beginning at 9:26 a.m.
20   on the 10th day of October, 2024, at Clark, Mize &
21   Linville, 129 S. 8th Street, in the City of
22   Salina, County of Saline, and State of Kansas,
23   before Sandra S. Biggs, Kansas CCR No. 0716.
24   .
25   .
```



Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

**EXHIBIT J**

```
1       A.   And maybe -- I don't -- I don't remember
2  exactly, but I do, you know, think of the arts
3  committee as being the Arts Center committee, and
4  they are a part of everything that happens
5  downtown Salina.
6       Q.   Okay.
7       A.   So I don't remember exactly who I spoke
8  with about on this day.  Obviously, it was not the
9  city committee on the 11th or 13th, whatever.
10      Q.   13th.
11      A.   Yeah, 13th.  It was not part of that.
12      Q.   Okay.  Is Eric Montoy a representative of
13 the city?
14      A.   He's just part of the Boom! project
15 maybe.
16      Q.   Okay.
17      A.   Or Arts Center part.  Like when they need
18 something done, he would contact me or, again, if
19 I did something wrong, he did contact me about
20 that, you know --
21      Q.   Okay.
22      A.   -- of like signage.
23      Q.   Okay.  All right.  So then let's scroll
24 down to page 16.  It's Bates 354.  Okay.  At the
25 top of that page, Steve sent you -- or it looks
```

```
 1   like Steve sent you a text saying finish the
 2   mural.  It's on me.  Do you see that?
 3        A.   Yes.
 4        Q.   Okay.  And is it on November 7th at 8:42
 5   p.m.?
 6        A.   Yes.
 7        Q.   Okay.  Did Steve send you that text?
 8        A.   Yes.
 9        Q.   Okay.  Did you finish the mural?
10        A.   No.
11        Q.   Okay.  Did you take any action in
12   response to this text you received from Steve?
13        A.   No.
14        Q.   Okay.  So you didn't go back and start
15   working on the mural?
16        A.   No.
17        Q.   Okay.  And why not?
18        A.   It was already a problem.  And until the
19   problem got resolved, I definitely didn't need any
20   repercussion of, you know, anything.
21        Q.   After you received this text from Steve,
22   did you talk to him and say, hey, I'm not going
23   to do any further work on that display?
24        A.   Yes.
25        Q.   Okay.  When did you talk to him?
```



```
 1       A.    I think of what people might like.
 2       Q.    Okay.
 3       A.    A lot of -- a lot of people like flowers.
 4   A lot of people like animals, stuff like that.
 5   And I add color to it to make it bright, exciting,
 6   stuff like, you know, whatever pops into my head
 7   that morning is normally what I put on paper.
 8       Q.    All right.  Let's back to -- or I guess I
 9   want to orient you back to the week of November 6.
10   So you -- we had previously looked at your texts.
11   And on November 6th, you had paused the painting,
12   painted display at The Cozy, right?  And if you
13   want, we can go back to Exhibit L.
14       A.    Yes, yes.
15       Q.    Okay.  And then at some point after
16   November 6, you met with the city?
17             MR. SHAW:  Objection to form.
18       A.    Yes.
19   BY MS. JOKERST:
20       Q.    Okay.  And let's go back to Exhibit L,
21   and we'll go to page 25 of 26, so it's Bates 363.
22   Do you see that dated Monday, November 13th?
23       A.    Yes.
24       Q.    Okay.  And this was the day that you went
25   to the meeting with the city?
```



Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street       6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604          Suite 101                  Suite 305
785-273-3063              Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com       913-383-1131               316-201-1612

```
 1      A.   Yes.
 2      Q.   Okay.  Where was that meeting held?
 3      A.   The Salina Arts Center, I believe, is
 4 what it's called.  Salina Arts Center Museum.
 5      Q.   Was it the Smoky Hill Museum?
 6      A.   Smoky Hill Museum.  There you go.
 7      Q.   Okay.  And who was at that meeting?
 8      A.   Leslie Bishop, Brad Anderson, two city
 9 workers or city people that I do not remember,
10 Michael -- Michael somebody with the -- he was the
11 head of the permit.  Mike, Michael something.  And
12 maybe one or two other people that I don't
13 remember their names.
14      Q.   Was there someone from the city named
15 Dustin Herrs there?
16      A.   What did you say?
17      Q.   Was there someone from the city named
18 Dustin Herrs there?
19      A.   Dustin.  Maybe.
20      Q.   Okay.  Other than people from the city,
21 who was in attendance at that meeting?
22      A.   Steve, myself and two other -- two other
23 people that were sitting against the wall.
24      Q.   Okay.  Was your dad there?
25      A.   Yeah, it was like I don't remember, but I
```

1  think he might have showed up later, because it
2  was like a closed door open door deal.  Like they
3  said it was closed door and then they allowed
4  people to come in, if that makes sense.
5       Q.   Okay.
6       A.   So, yeah.  So I believe he did walk in at
7  the end.
8       Q.   Okay.  And what was discussed at that
9  meeting?
10      A.   There were sign permits put in front of
11 us before I even got into the room or put on the
12 table, and it was about why we didn't get a sign
13 permit is what I remember.
14      Q.   Okay.  So did the city inform you at that
15 meeting that they considered the display a sign?
16      A.   Correct.
17      Q.   Did the city inform you at the meeting
18 that the display was too large to qualify for a
19 sign permit?
20      A.   Correct.
21      Q.   Okay.  Did the city give you a handout
22 that had like an analysis about the sign and the
23 size?
24      A.   Yes, I believe so.
25      Q.   Okay.


Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street   6420 W. 95th Street   800 E. 1st Street
Topeka, KS 66604      Suite 101              Suite 305
785-273-3063          Overland Park, KS 66212 Wichita, KS 67202
www.appinobiggs.com   913-383-1131           316-201-1612

```
1       A.   Of what he was able -- maybe they just
2  told us of what he was able to do on the side of
3  the building.
4       Q.   Okay.  Let's take a look at Exhibit G in
5  that binder.  All right.  Do you see that?
6       A.   Yes.
7       Q.   Is that something that you received?
8       A.   Yes, I believe this is -- this is part of
9  that.
10      Q.   Okay.  So you recognize this document?
11      A.   Yes.
12      Q.   Okay.  And this document's entitled The
13 Cozy Inn Sign Analysis?
14      A.   Yes.
15      Q.   Okay.  And is this what you received from
16 the city during that Smoky Hill Museum meeting?
17      A.   Yes.
18           MS. JOKERST:  I will move to formally
19 admit Exhibit G into the deposition record.  All
20 right.
21      BY MS. JOKERST:
22      Q.   So they gave this -- a copy to you.  Did
23 they also give a copy to Steve?
24      A.   I believe so.
25      Q.   Okay.  Did you say anything while you
```

1    so it became the whole wall.
2        Q.   Okay.  And did you discuss the display at
3    Jenni's Liquor with Mr. Howard?
4        A.   Yes.
5        Q.   Okay.  Did you provide him with any
6    renderings of what you were going to do on this
7    wall?
8        A.   Yes.
9        Q.   Okay.  And did he have feedback for you
10   about what he wanted to include?
11       A.   Yes.
12       Q.   Okay.  What was that feedback?
13       A.   The burger invasion that we talked about
14   previously on The Cozy's, he wanted to take it to
15   his hometown.  And that's when I created the
16   porthole and the burgers coming through it.
17       Q.   Okay.  So what is the porthole supposed
18   to do?  You said the burgers coming through it,
19   what do you mean by that?
20       A.   They're, again, as you can see on the
21   exhibit, they're driven by aliens.  So they're
22   actually spacecrafts and they would come through a
23   porthole through different dimensions.  And the
24   dimension would be The Cozy's.
25       Q.   Okay.  So they were going to -- so are

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

```
 1   sure.
 2        BY MR. SHAW:
 3        Q.   Yeah.  It was a bad question.  It doesn't
 4   show the entire Cozy wall?
 5        A.   It does not show the entire building.
 6        Q.   And had you and Steve decided to have the
 7   mural cover the entire building?
 8        A.   Yes.
 9        Q.   Okay.  And so this rendition that's here
10   on this page, that wasn't the complete, I guess,
11   vision of what the mural would look like.  Is that
12   correct?
13        A.   Correct.
14             MS. JOKERST:  Object to form.  Did we get
15   my objection on the record.
16             THE REPORTER:  Yes.  You might pause just
17   a little bit before you answer, because we've got
18   that lag.
19             THE WITNESS:  Oh.
20             THE REPORTER:  Thank you.
21        BY MR. SHAW:
22        Q.   And was the intention for all of the
23   burgers in the mural to all be UFOs?
24        A.   Yes.
25             MS. JOKERST:  Object to form.
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612