Community & Development Services
Planning Division
300 West Ash | Room 205 | PO Box 736
Salina, Kansas 67402-0736


City of Salina

PHONE | 785.309.5720
FAX | 785.309.5713
TDD | 785.309.5747
WEB | www.salina-ks.gov

## SIGN PERMIT APPLICATION

Site plan, elevation drawings with dimensions, & shop drawings are required with this submittal

**Address Where Sign(s) is / are to be installed:** 108 N. 7th
**Name of Business:** The Cozy Inn

**Name of Business Owner:** Steve Howard
**Mailing Address (if different than above):** 8822 S Sunnyside Rd
**Zip Code:** 67425
**Phone Number:** 785-452-1163

**Legal Description:** West 44.4 ft of the S. 20.8 ft of lot 103 on 7th St located at 108 N. 7th St.

**Property Owner of Record:** Steve Howard
**Mailing Address:** 8822 S Sunnyside Rd
**Zip Code:** 67425
**Phone Number:** 785-452-1163

**Owner of Sign mural:** Same
**Mailing Address:**
**Zip Code:**
**Phone Number:**

**Sign Installer / License #:** Colin Benson
**Mailing Address:** 117 S. Santa Fe
**Zip Code:** 67401
**Phone Number:** *

### PROPOSED SIGN(S)

**Class of Work:** ☒ New  ☒ Alteration    **Estimated Date of Installation:** _____

**Illumination:** ☐ Internal  ☐ External  ☐ Electronic Message Center  ☒ None

**Will any new electrical work be necessary?** ☒ NO  ☐ YES* - Electrical Contractor: _____

*If YES, **separate permit is required** and will be issued to the electrical contractor at the time the sign permit is issued

**Are there overhead power lines within 10 feet of proposed location of sign?**  ☒ NO  ☐ YES

**Type of Proposed Sign(s)** – Indicate number of signs next to sign type:

☐ Pole   ☐ Ground   ☒ Wall   ☐ Awning   ☐ Canopy   ☐ Marquee

☐ Projecting   ☐ Roof   ☐ Decorative   ☒ Other (Describe): Mural exceeding allowable space for mural/sign age

### EXISTING SIGN(S)

☐ Check box if there are no **existing signs** at this address at time of sign permit application or if existing sign(s) will be removed to install new sign(s).

If box is not checked, provide the information requested in the following table for each existing sign. Do not include signs or square footage of the sign(s) listed as proposed signs above or sign(s) that will be removed to install new sign(s).

See Next Page >

BLF_051_Rev. 05-2017

**EXHIBIT AA**

CITY000020

EXHIBIT M

## INVENTORY OF EXISTING SIGNS

| Type of Sign (Pole, Ground, Wall, Etc.) | Description | Square Footage (Per Individual Sign) | Height (If Applicable) |
|---|---|---|---|
| ✱ Watt | See Attached | 528 sq ft | |
| Wall Sign | N. facing Wall Sign | 24 sq ft | |
| Projection Sign | 7th St Projection Sign | 24 sq ft | |
| Awning Sign | 7th St Awning Sign | 4.88 sq ft | |
| | | | |
| | | | |

Steve Howard
PRINTED Name of Applicant

The Cozy Inn
Applicant's Company / Employer Name

Steveh@Cozyburger.com
Applicant's Email Address

785-452-1153
Applicant's Phone Number

SIGNATURE of Applicant    11-13-23
                          Date

---

### For Office Use Only Below Line

Date Received: _____    Sign Permit Number _____

Is business part of a shopping center or zoning lot with multiple businesses?  ☐ NO  ☐ YES

| Zoning | Square Footage of Signs | Illumination Approved | SPECIAL CONDITIONS: | | |
|---|---|---|---|---|---|
| Historic District | New | Electrical Permit Required? | | | |
| B.I.D. | Existing | Contr. License Verified? | | | |
| Vision Triangle | Total | Proposed Set-back | | | |
| | Total Allowed | Required Set-back | | | |
| Approved for Issuance By | | Date | Permit Fee | Receipt #, Staff Initials | |

BLF-051, Rev. 10.2018

