10/30/2024                                                                 1

**DEAN ANDREW, AS CORP REP**

```
 1   .
 2              IN THE UNITED STATES DISTRICT COURT
 3                   FOR THE DISTRICT OF KANSAS
 4   .
 5   .
 6   COZY INN, INCORPORATED, d/b/a
 7   THE COZY INN; STEPHEN HOWARD,
 8             Plaintiffs,
 9   .
10        vs.     Civil Action No.   6:24-cv-01027-TC-ADM
11   .
12   CITY OF SALINA, KANSAS,
13             Defendant.
14   .
15   .
16                        DEPOSITION OF
17                   CORPORATE REPRESENTATIVE
18                        DEAN ANDREW,
19   taken on behalf of the Plaintiffs, pursuant to
20   Notice to Take Deposition, beginning at 2:10 p.m.
21   on the 30th day of October, 2024, at Clark, Mize &
22   Linville, 129 S. 8th Street, in the City of
23   Salina, County of Saline, and State of Kansas,
24   before Sandra S. Biggs, Kansas CCR No. 0716.
25   .
```



Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

**EXHIBIT N**

```
 1    maybe rather than have him go through each one, is
 2    there anything in there that hasn't been disclosed
 3    by either party?
 4              MS. JOKERST:  No, I don't believe so.
 5              MR. SHAW:  Okay.
 6              MS. JOKERST:  Dean, you have what I sent
 7    you?
 8         A.   It is what you sent me.  It includes the
 9    set of Interrogatories, the responses to those,
10    the Requests For Admissions, the things that I was
11    supposed to be questioned about under the topics
12    list.
13         BY MR. SHAW:
14         Q.   All right.  So we will start off kind of
15    just discussing how the city defines a sign under
16    the sign code.  So if you can open the binder in
17    Exhibit 1 there, we have excerpts of the code.  Go
18    to Section 42-764.
19         A.   The methodology in using something is a
20    sign is determined whether it's a structure or
21    part of a structure or portable display, whether
22    it's either attached to the ground or painted onto
23    a building or structure on the ground.  And then
24    we determined whether it announces, directs
25    attention to or advertises.  And then we confirm
```



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

```
 1   whether it is inside or outside of a building.
 2        Q.   Give me one second here.  So when you,
 3   and when I say you, I mean the city, determine if
 4   a display is used to announce, what methodology
 5   does the city use to make that determination?
 6        A.   We look to see whether it declares some
 7   fact or occurrence or event or some entity.
 8        Q.   And does that announcement have to be of
 9   a commercial nature, or can it be any
10   announcement?
11        A.   It could be any type of announcement.
12        Q.   Okay.  And does the city need to review
13   the proposed display in order to determine if it
14   announces or not?
15        A.   Yes.
16        Q.   Okay.  And when the city determines if a
17   display directs attention to something, what
18   methodology does the city use to make that
19   determination?
20        A.   We look to see if there is something in
21   the visual display that points to or directs
22   attention to a particular location or position or
23   something that's occurring in their building if
24   there is one.
25        Q.   And does it have to direct attention to a
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street       6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604          Suite 101                 Suite 305
785-273-3063              Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com       913-383-1131              316-201-1612