9/11/2024                                                              1

## MICHAEL SCHRAGE

```
 1   .
 2            IN THE UNITED STATES DISTRICT COURT
 3                 FOR THE DISTRICT OF KANSAS
 4   .
 5   .
 6   COZY INN, INCORPORATED, d/b/a
 7   THE COZY INN; STEPHEN HOWARD
 8           Plaintiffs,
 9   .
10        vs.    Civil Action No. 6:24-cv-01027-TC-ADM
11   .
12   CITY OF SALINA, KANSAS,
13           Defendant.
14   .
15   .
16                      DEPOSITION OF
17                     MICHAEL SCHRAGE,
18   taken on behalf of the Plaintiffs, pursuant to
19   Notice to Take Deposition, beginning at 9:09 a.m.
20   on the 11th day of September, 2024, at Clark, Mize
21   & Linville, 129 S. 8th Street, in the City of
22   Salina, County of Saline, and State of Kansas,
23   before Sandra S. Biggs, Kansas CCR No. 0716.
24   .
25   .
```



| 5111 SW 21st Street | 6420 W. 95th Street | 800 E. 1st Street |
| Topeka, KS 66604 | Suite 101 | Suite 305 |
| 785-273-3063 | Overland Park, KS 66212 | Wichita, KS 67202 |
| www.appinobiggs.com | 913-383-1131 | 316-201-1612 |

**EXHIBIT P**

## MICHAEL SCHRAGE

1    MR. MACROBERTS:  That's all I have.
2    MS. JOKERST:  I have a couple of follow-
3 up.
4    CROSS-EXAMINATION
5    BY MS. JOKERST:
6    Q.    Okay.  Mr. Schrage, earlier you mentioned
7 something about a sign handout that was provided
8 to Mr. Howard.  Do you recall mentioning something
9 about that?
10   A.    Yes.
11   Q.    Okay.  What handout were you referring
12 to?
13   A.    My recollection is a sign code analysis
14 that was a summary of the applicable sign code and
15 then staff's analysis of the Cozy zoning category,
16 lot size, math, relative to the size what was
17 being proposed.
18   Q.    Did you prepare that sign analysis?
19   A.    No.
20   Q.    All right.  Do you -- in your position as
21 city manager, do you apply the sign code?
22   MR. MACROBERTS:  I'm sorry.  I just -- I
23 didn't hear the question.
24   BY MS. JOKERST:
25   Q.    I said in your position as city manager,

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street   6420 W. 95th Street   800 E. 1st Street
Topeka, KS 66604      Suite 101             Suite 305
785-273-3063          Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com   913-383-1131          316-201-1612