



CITY001777

EXHIBIT S