Charles R Taylor PhD
November 13, 2024

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Cozy Inn, Incorporated, | :CIVIL ACTION |
| d/b/a The Cozy Inn; | :CASE NO. |
| Stephen Howard, | : |
| | :6:24-cv-01027-TC-ADM |
| Plaintiffs, | : |
| | : |
| -vs.- | : |
| | : |
| City of Salina, Kansas, | : |
| | : |
| Defendants. | : |

NOVEMBER 13, 2024

ZOOM VIDEOCONFERENCE DEPOSITION OF

CHARLES R. TAYLOR, Ph.D., held via remote teleconference

hosted by U.S. Legal Support, located at 1818 Market

Street, Suite 1400, Philadelphia, Pennsylvania, on

Wednesday, November 13, 2024, at 10:05 a.m., before

Michelle Keys, a Stenographer and Notary Public of the

Commonwealth of Pennsylvania.

**EXHIBIT T**

Charles R Taylor PhD
November 13, 2024

1   image that is under the text that says "Don't fear
2   the smell" and over the text that says "The fun is
3   i-n-s" -- because the rest of that word "inside" is
4   to the right of that image.
5               Do you see that image?
6   A.    Yes.
7   Q.    Can you describe to me what that image is?
8   A.    Well, I mean, I read in the complaint that
9   the -- it's -- the artist intended it to be an image
10  of, you know, a burger in the form of a flying
11  saucer squirting ketchup and mustard, and the owner
12  says it's designed to get across a whimsical and fun
13  atmosphere of Cozy Inn.
14  Q.    Did it brand the site?
15  A.    You know, in the sense of communicating that
16  there's, you know, a fun and whimsical atmosphere, I
17  do think that it helps to brand the site.  And I --
18  from -- from the quote I read from the owner, that's
19  exactly what he wants to do with this.
20              Honestly, his -- his signs are
21  conspicuous enough before this.  So there's not much
22  incentive to increase cons- -- conspicuity.  I think
23  it certainly meets the threshold.  So what he's
24  saying makes a lot of sense to me, that he's trying
25  to communicate something about the store atmosphere.

Charles R Taylor PhD
November 13, 2024

| | |
|---|---|
| 1 | it was my belief that he's using it to brand the |
| 2 | site and enhance the store image.  That's why. |
| 3 | Q.     Okay.  Well, the top part of that image is a |
| 4 | top part of a bun. |
| 5 | Can we agree on that? |
| 6 | MR. SHAW:  Objection to scope. |
| 7 | THE WITNESS:  I -- I think this is |
| 8 | art, and art can be abstract.  And I think |
| 9 | this is -- my interpretation is that this |
| 10 | is -- this is an effort by the artist to |
| 11 | create a flying saucer somewhat in the |
| 12 | form of a hamburger. |
| 13 | BY MR. MESSENGER: |
| 14 | Q.     Okay.  Is that image abstract to you as it |
| 15 | stands now today? |
| 16 | MR. SHAW:  Objection to scope. |
| 17 | THE WITNESS:  I would -- I would say |
| 18 | it's -- it's kind of abstract.  I don't |
| 19 | know that I've seen a hamburger with those |
| 20 | kind of indentations on -- on the top. |
| 21 | And it certainly looks to me like it could |
| 22 | be a flying saucer shape. |
| 23 | BY MR. MESSENGER: |
| 24 | Q.     And why would indentations suggest flying |
| 25 | saucer to you? |