# Exhibit T
# Howard Declaration

In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.** <br><br> Plaintiffs, <br><br> v. <br><br> **City of Salina, Kansas.** <br><br> Defendant. | Civil Action No. <br><br> Declaration of Stephen Howard in Support of Plaintiffs' Motion for Summary Judgment |

**Declaration of Stephen Howard in Support of Plaintiffs' Motion for Summary Judgment**

I, Stephen Howard, have personal knowledge of myself, my activities and my intentions as set out in this Declaration. I verify under penalty of perjury under the laws of the United States of America the following concerning myself, my activities, and my intentions are true and correct, as are the factual statements concerning Cozy Inn, Incorporated, d/b/a The Cozy Inn:

1. The Cozy Inn is small. The dining area is about 192 square feet, and only around 40 square feet are accessible to customers.

2. Inside, The Cozy displays historical pictures and articles, including underneath the countertop where customers sit.

3. The Cozy and I are proud of the murals in Salina.

4. In 2023, I decided that The Cozy's plain-white wall didn't reflect my personality or The Cozy's personality.

5. I wanted to participate in this part of Salina culture and I wanted to paint a mural on The Cozy's side wall.

6. My vision and dream for The Cozy's artwork came from the art all over town.

7. I hired Colin Benson to paint a story that would show my personality and The Cozy's personality.

1

8. I am a "Sci-Fi" fan and I liked the idea of having a science fiction themed mural at The Cozy.

9. Once completed, the UFO-themed mural will include whimsical hamburger-esque flying saucers piloted by aliens attacking The Cozy with blasts of ketchup and mustard and will read "Don't Fear the Smell!! The Fun is Inside!!"

10. This is what the finished mural will look like.



11. The mural tells a "story" about travelers, both alien and human: I have a map of the United States inside the store that people can place a pin where they're from or foreign visitors can write in marker what country they're from. And they're excited. They've traveled sometimes hundreds of miles, sometimes thousands of miles. They're excited. They're finally here. Well, guess what, even aliens like Cozy's. They traveled light years to get here.

12. The painting, which was partially inspired by a Sci-Fi video I thought was cool. It is expressive artwork and conveys my character and The Cozy's character.

13. The UFO-themed mural is my vision and dream for The Cozy Inn, and part of my heart and soul.

14. I didn't paint the mural to maximize profits.

15. I prefer when customers come inside to order, rather than use the walk-up window, because the walk-up window is not as personal, and the experience of our entertainment is inside. We talk with everybody. If you use the walk-up window, you're just kind of missing the whole point.

16. Because The Cozy only has 6 stools inside, and unlimited space outside, The Cozy is no better off, financially, if people come inside.

17. Having people come inside is more personal, more fun, more enjoyable for myself and the people who come inside, and it is better for Salina's reputation.

18. Colin Benson started painting The Cozy's mural on Friday, November 3, 2023.

19. On Monday, November 6, 2023, City Planner Dustin Herrs told me that I couldn't finish the display even though there had been no public complaints about it and only city officials took issue with the mural at The Cozy.

20. On the morning of November 13, 2023, Salina officials held a meeting with me and Mr. Benson.

21. Salina told me to submit a sign permit.

22. I submitted the completed sign permit application on November 13, 2023.

23. Salina did not respond to the application within the written code's 10-day deadline.

24. Salina failed to provide a written notice or statement of reasons of denial of the sign permit application.

25. I received a letter dated February 8, 2024, from Salina that put the application "requesting approval of an existing painted wall sign/mural" "on-hold until our review of the sign regulations is complete."

26. I did not consent to Salina placing my application on-hold.

27. I am very passionate about my one-of-a-kind UFO-themed mural.

28. I was moved to tears at a City Commission meeting because Salina wouldn't let me finish my mural or explain myself at the Commission meeting.

29. I speak to countless customers a week and no one have ever told me they dislike my design for my UFO-themed mural. Many people have told me that they like the mural.

30. Not being able to finish the mural made me feel like I didn't have a voice.

31. I don't want to alter the mural's content as shown in the rendition shown above.

32. I want to finish what I started. I didn't get to finish my story. I want to paint my wall.

33.     I will testify at trial or for other purposes consistent with the contents of this declaration.

Dated:_____, 2025

_____
Stephen Howard, individually and on behalf of Cozy Inn, Incorporated, d/b/a The Cozy Inn

4

33. I will testify at trial or for other purposes consistent with the contents of this declaration.

Dated: 2-4, 2025

Stephen Howard, individually and on behalf of Cozy Inn, Incorporated, d/b/a The Cozy Inn