**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **Cozy Inn, Incorporated,** **d/b/a The Cozy Inn; Stephen Howard,** | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION** **CASE NO. 6:24-cv-01027-TC-ADM** |
| **v.** | ) | |
| **City of Salina, Kansas,** | ) | |
| **Defendant.** | ) | |

**INDEX OF EXHIBITS TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 1 – Howard Deposition

Exhibit 2 – Amended PreTrial Order

Exhibit 3 – White Affidavit

Exhibit 4 – Dustin Herrs Deposition

Exhibit 5 – Anderson Deposition

Exhibit 6 – Exhibit V to Howard Depo

Exhibit 7 – Exhibit Y to Howard Depo

Exhibit 8 – Benson Depo

Exhibit 9 – Exhibit C to Benson Depo

Exhibit 10 – Driscoll Depo

Exhibit 11 – Dean Andrew Depo

Exhibit 12 – Response to First Set of Interrogatories

Exhibit 13 – Dean Andrew Corporate (30(b)(6)) Depo

Exhibit 14 – Schrage Depo

Exhibit 15 – Dustin Herrs Corporate (30(b)(6)) Depo

Exhibit 16 – Meeting Transcript

Exhibit 17 – Sign Analysis

Exhibit 18 – Sign Code Excerpts

Exhibit 19 – Response to Requests for Admissions

Exhibit 20 – White Deposition

Exhibit 21 – Dean Andrew Affidavit

Exhibit 22 – Stutts Article

Exhibit 23 – Windholz Deposition

Exhibit 24 – Dustin Herrs Affidavit