.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

.

.

COZY INN, INCORPORATED, d/b/a
THE COZY INN; STEPHEN HOWARD,
Plaintiffs,

.

vs. Civil Action No. 6:24-cv-01027-TC-ADM

.

CITY OF SALINA, KANSAS,
Defendant.

.

.

DEPOSITION OF

STEPHEN HOWARD,

taken on behalf of the Defendant, pursuant to Notice to Take Deposition, beginning at 9:07 a.m. on the 7th day of October, 2024, at the law office of Clark, Mize & Linville, 129 South 8th Street, in the City of Salina, County of Saline, and State of Kansas, before Sandra S. Biggs, Kansas CCR No. 0716.

.

**EXHIBIT 1**

**buy a six-pack. Is that right?**
A. Yeah.
**Q. A 12 pack?**
A. Yeah.
**Q. A 18 pack?**
A. Yes. But that will be three bags of six.
**Q. Okay. Oh, okay. So there's not the bags or the sacks that you put them in, there's just six to a sack?**
A. If the math works out. If somebody orders 20, we may do four bags of five.
**Q. Okay. And that's what I was going to ask. So you can buy in any denomination?**
A. Yeah. One to however many you want.
**Q. Okay.**
A. Even numbers are the most popular.
**Q. Okay. Well, when someone comes in, do you usually recommend that they buy a six-pack?**
A. If I get them to stay inside and eat, then I'll look at you and I'll tell you you'll probably eat three, maybe four and I'll look at the husband or other person, I'll look at Aaron, you'll eat four, maybe five because you want to. You know, because you want to. Anyway, I just try to make it fun.

**Q. Okay. So when someone comes inside, you can talk to them and suggest how many they should have?**

A. Yes.

**Q. Okay. What about at the ordering window?**

A. It is -- at the walk-up window, it's not as personal because you don't get the feel of -- our entertaining is inside. You know, all of us talk with everybody, and the conversations are always appropriate. They are timely. Walk up -- if you use the walk-up window, you're just kind of missing the whole point.

**Q. Okay. Do you feel like you're able to upsell better for customers that come inside?**

A. Yes.

**Q. Okay. Does that increase your sales for customers that come inside?**

A. Not always.

**Q. Okay. But does it typically?**

A. No. Because the walk-up window can get every bit as busy as the inside. And if it's snowing, they're probably going to come inside to order and not the walk-up window which won't be very many because wintertime is slow.

**Q. Okay. Well, what about in the summer?**

A. Summertime's my busy season, and it's about half and half. I don't know, I guess, what...

**Q. Okay. So of your customers, approximately 50 percent use the walk-up window and 50 percent go inside?**

A. I don't have any numbers to prove, but just by experience, yeah, 50/50.

**Q. Okay. Do you ever track that? I know you said you don't have the numbers, but do you ever track that --**

A. No.

**Q. -- in your head?**

A. No.

**Q. No. So it's --**

A. I have a very simple cash register. It tells me how many transactions I do and that's it. Doesn't tell me window or inside.

**Q. Okay. But you said coming up to the walk-up window is impersonal?**

A. Yeah. You're missing the whole point of going to The Cozy Inn.

**Q. Okay. Well, tell me about. What's the whole point of going to The Cozy Inn?**

A. You go inside, you get tagged right away

by the onion smell. And that's the butt of all jokes with The Cozy. Hey, I went to -- you can't -- Aaron can't go to his friend and say, hey, I went to The Cozy Inn today. Did you go inside? No. That's not -- that's not -- that's enough. You can't brag to your friends if you don't go inside.

**Q. Okay.**

A. My opinion.

**Q. And is that because the onion smell in The Cozy is infamous?**

A. Yes.

**Q. Okay. And is the onion smell inside The Cozy distinctive?**

A. Yes.

**Q. And when someone -- let me see how I'm going to ask this. All right. So you had mentioned that -- well, let me ask you this. So the whole purpose or you said something like you want customers to come inside The Cozy, right?**

A. Yes.

**Q. Okay. And you want them to come inside of the Cozy because you want them to order food inside, correct?**

A. Yes.

**Q. Okay. So if someone came -- you're asking people to come inside The Cozy to purchase something, correct?**
A. Yes.
**Q. Okay. And I mean because it would be -- how would you as a business make money if people just came into The Cozy and just congregated there and didn't buy anything, right?**
A. Well, that would be a problem. I don't have very much room.
**Q. Okay. What's the square foot for the customers?**
A. Maybe 40 square feet.
**Q. 40 square feet where the customers can sit?**
A. Yeah. I have six stools.
**Q. Okay. And another than the six stools, is there really anyplace else for people to hang out inside The Cozy?**
A. Behind the stools against the wall.
**Q. Okay.**
A. I've fit 12 to 15 people in there before.
**Q. Okay.**
A. Some sitting and most standing.
**Q. Okay. So other than the six people who**

**Q. Okay. Well, how many times have you had 12 to 15 people sitting in The Cozy congregating in there for longer than 30 minutes?**

A. Yesterday.

**Q. Okay. So --**

A. It was -- we get very, very, very busy. And most of -- well over 90 percent of my customers come off the interstate.

**Q. Okay. And you had mentioned something about, you know, you -- it's about so you have a greeter there, the person that's doing the customer interaction that it's about being fun and welcoming the customer, right?**

A. Yes.

**Q. Okay. Well, what types of things does the greeter do to make it fun?**

A. We've got to be entertainers. You know, whatever rolls off your tongue, great, you know. We say the same thing all day long every day. Sometimes it changes up a little bit. Where are you guys from? So we'll feed off that. You know, we talk about where they're from.

**Q. Okay. Do you invite them to purchase some of the merchandise that's for sale inside.**

A. No, they usually ask.

**Q. Okay.**

A. Do you have shirts? Do you guys sell shirts, you know? We say, yeah, everything we sell is right behind you.

**Q. All right. And you said you have to be entertainers. What do you mean by that? Explain to me how they can be entertainers.**

A. The best -- it -- I don't know. I watch TV. I consider ourselves actors. I'm not acting now. This is what I do every day.

**Q. Okay. So you don't know what it means to be an entertainer but you want people at the cash register to be entertainers?**

MR. SHAW: Objection to form.

A. I don't know how to answer that.

BY MS. JOKERST:

**Q. Okay. So is it you want to be customer service oriented?**

A. Yes.

**Q. Okay. Do you want to make the customer happy?**

A. I want to be remembered.

**Q. Okay. Well, what do you mean by that, you want to be remembered?**

A. I want them to come back. They had such

a good time.
**Q. You want them to -- the entertainment piece is you want them to remember you or remember The Cozy so that they can come back?**
A. Yes.
**Q. Okay. And is that so when they come back they can then purchase more products from you?**
MR. SHAW: Objection to form.
A. Yeah.
BY MS. JOKERST:
**Q. Okay. Do you -- are you selling cupcakes at The Cozy?**
A. Not anymore.
**Q. Okay. But you were for a time?**
A. I was.
**Q. Okay. How did that come to be?**
A. I found a bakery, a baker out of Blue Skye Brewery and I was like, hey, would you want to make some for me. So she goes okay. And so she was -- I'd order cupcakes from her.
**Q. Okay. And was it -- I guess how was that set up? Did you -- you bought them from her and then you resold them at The Cozy?**
A. Yes.
**Q. Okay. So it was not -- you didn't like**

A. Yes.
**Q. And in 2021, you applied for a Certificate of Compatibility permit for an awning at The Cozy. Is that right?**
A. Yes.
**Q. Okay.**
A. As far as the date goes, I don't know. But, yes, I did do that.
**Q. It was 2021?**
A. Ish. I don't remember.
**Q. Okay. Well, why did you apply for a Certificate of Compatibility permit for the awning?**
A. Because I was told to.
**Q. Okay. Who told you that?**
A. I don't know.
**Q. You don't know who told you to apply for it?**
A. And then I was just going to put up a red awning to match what was going on beside me which they never ended up putting up their awnings anyway. And then I thought before that awning was made, I thought, man, that's wasted space. Put The Cozy Inn on it so people finally -- they know that they're there. And then that became a sign

to the city. So that's when somebody said, hey, you've got writing on it now. Now, you've got to do this.

**Q. Okay. So someone at the city told you to apply for the Certificate of Compatibility for the awning?**

A. Yes.

**Q. Okay. And then did you fill out that permit?**

A. That one I did, yes.

**Q. Okay. Was there another permit that you didn't fill out?**

A. No.

**Q. So I want to direct your attention to Exhibit H. You can flip there. Are you there?**

A. Yeah.

**Q. All right. So go ahead and take a look at this. You can see property, address, name of business. It says Cozy Inn. Top of that page says Certificate of Compatibility Application. At the bottom, it says property owner's signature and 4/27/21. Do you see that?**

MR. SHAW: Objection to form.

A. Where are you looking?

BY MS. JOKERST:

A. No.
**Q. Okay. And here it says that Design Review Board held a meeting on May 13th, 2021 to review Certificate of Compatibility Application No. CC21-6 filed by you on behalf of The Cozy Inn. Do you see that?**
A. Yes.
**Q. Okay. And -- all right. Go down to page 2, if you want to flip to page 2 at the top there. Okay. And do you see it says in approving this Certificate of Compatibility Application, the Design Review Board attached the following condition of approval. Do you see that?**
A. Yes.
**Q. Okay. So they approved this Certificate of Compatibility Application?**
MR. SHAW: Objection to form.
A. Are you waiting on an answer?
BY MS. JOKERST:
**Q. Yeah.**
A. What did you ask me?
**Q. I said so they did approve the Certificate of Compatibility Application for the awning, right?**
A. Yes.

MR. SHAW: Objection to form.
BY MS. JOKERST:
**Q. Okay. And underneath that, there's 1, 2, and then right under that it says because. Do you see that?**
A. Um-hum.
**Q. Okay. And it says because the proposed awning will contain lettering, including The Cozy Inn name, staff classifies this type of awning as a sign which requires a sign permit. Do you see that?**
A. Yes.
**Q. Okay. So when they approved this Certificate of Compatibility Application, they told you you needed to apply for a sign permit?**
MR. SHAW: Objection to form.
A. Apparently.
BY MS. JOKERST:
**Q. Okay. Well, it's right there.**
A. Yeah.
**Q. So did they tell you to apply for a sign permit?**
MR. SHAW: Objection to form.
A. Okay.
BY MS. JOKERST:

**Q. Well, that's a yes or no question. Did the city tell you to apply for a sign permit for the awning?**

MR. SHAW: Objection to form.

A. Yes.

BY MS. JOKERST:

**Q. Okay. Mr. Howard, you've -- The Cozy Inn has participated in community events throughout Salina, right?**

A. Yes.

**Q. Okay. And it's participated in some community events that are hosted by the city. Is that right?**

A. Probably.

**Q. Okay. Well, the Smoky Hill Museum, it has a street fair?**

A. Yes.

**Q. Are you familiar with that?**

A. Yes.

**Q. Okay. And then The Cozy Inn as part of that street fair held an eating contest?**

A. Yes.

**Q. Is that right?**

A. Yes.

**Q. Okay. And The Cozy Inn has been**

A. My mural.
**Q. Okay. Well, what specifically did you talk about?**
A. The wording I wanted. I wrote it on a piece of paper. I don't know if that's -- it didn't last very long.
**Q. You wrote down what you wanted the painting to say on a piece of paper?**
A. Yes.
**Q. Did you show that to Colin?**
A. Yes.
**Q. Okay. Do you still have?**
A. And he just kind of -- no.
**Q. No?**
A. He just took that and ran with it.
**Q. Okay. So you gave it to Colin?**
A. Either that or he looked at it and got the idea and threw it away.
**Q. Okay. What did you write down on that piece of paper?**
A. Don't Fear the Smell. The Fun is inside along with a burger in the middle of it.
**Q. Okay. Anything else?**
A. No.
**Q. Okay. And so why did you write down**

**Don't Fear the Smell, The Fun is inside?**
A. To just pointing out that by not going inside, the people aren't getting the true meaning.
**Q. Okay.**
A. They're not feeling their character.
**Q. And then why on that piece of paper did you include the burger?**
A. I don't know.
**Q. Well, was it to identify the product that's for sale at The Cozy?**
MR. SHAW: Objection to form.
A. I don't know.
BY MS. JOKERST:
**Q. Well, there's got to be a reason why you put that burger on that piece of paper to show to Colin, right?**
MR. SHAW: Objection to form.
A. I don't know.
BY MS. JOKERST:
**Q. Okay. Well, you weren't just doodling for fun. I mean you were showing Colin something that you wanted to pay him $500 to paint on your wall, right?**
MR. SHAW: Objection to form.

**were good to go with him?**
A. Yeah. I didn't know him.
**Q. You didn't know Colin before this?**
A. No.
**Q. Okay. Did he tell you a little bit about like his background when he came over and introduced himself?**
A. Yeah. He's a tattoo guy.
**Q. Okay.**
A. And he gave me a first rendering. And I go just look at that wall like a sleeve. I said if you want to run with something, just run with it. And that's how it got started.
**Q. Like a tattoo sleeve?**
A. Yeah.
**Q. Okay. Before -- or I guess when he stopped by, did he -- well, that first time, I'm talking about when he first stopped by, did he show you any paintings of things he's done in the past, any images, samples?**
A. Nope.
**Q. No. Did you check out his website or look him up and see what he's done in the past?**
A. No.
**Q. Okay. So you just trusted Colin?**

A. Yes.
BY MS. JOKERST:
**Q. Okay. All right. So did you say something to Rick Benson about the presentation of the onions on the painting?**
A. Probably.
**Q. Okay. And then he -- well, and then you heard from Colin Benson on October 31st went back to original with chopped onions. Heard through the Rick vine. Is that right?**
A. Yes.
**Q. Okay. All right. So I want you to scroll down to 346. It's the next page there on Exhibit V. Okay. And it looks like here Colin sent you another photo?**
A. Yes.
**Q. Okay. And was this another rendering of the proposed painting?**
A. Yes.
**Q. Okay. So this one looks a bit different from the one he sent you on October 31st, right?**
A. Yes.
**Q. Okay. There's a lot of stuff added to it?**
A. Yes.

**Q. Okay. So what changed between when he sent you these renderings that just had the burger and the Don't Fear the Smell, The Fun is inside to when he sent you this one?**
A. Probably after I told him to look at that like a sleeve.
**Q. Okay.**
A. Like a tattoo.
**Q. Okay. You talked to Colin?**
A. Um-hum.
**Q. And you told him to look at it like a sleeve?**
A. Yes. That was before this picture.
**Q. Okay. What did you mean when you told Colin to look at it like a sleeve?**
A. Like somebody's arm, arm tattoo.
**Q. Okay. Did you mean that you wanted more imagery on it?**
A. Yeah.
**Q. Okay. And so let's take a look at this. So this is the one, this photo rendering, right underneath it, Colin says it's the burger invasion. Over the top I know but fun. Do you see that?**
A. Yes.

Q. Okay. And then on the next page, 347, you stated -- I'll wait till you get there. Sorry. You stated I like it. Wife thinks it's too much. Do you see that?
A. Um-hum, yes.
Q. That's what you told Colin?
A. Yes.
Q. Okay. So you said that on October 31st to Colin, right?
A. Yes.
Q. Okay. So then on November 1st, you said let's go for it to Colin?
A. Yes.
Q. So what changed between October 31st and November 1st?
A. I don't know.
Q. Well, did something happen because you went from saying wife thinks it's too much to let's go for it?
A. Because I liked it. My wife didn't like it.
Q. Okay. So let's scroll back up to 346. And do you have the color copy of this exhibit now?
A. Yes.

Q. Okay. So I want you to take a look at this rendering. When you said on November 1st let's go for it, was this the rendering that you approved?
A. I guess, yes.
Q. Okay. So this rendering still has that burger in the center, right?
A. Yes.
Q. Okay. And it still has Don't Fear the Smell, The Fun is inside, right?
A. Yes.
Q. Okay. And it has the arrow. Do you see that?
A. Um-hum.
Q. Is that a yes?
A. Yes.
Q. Okay. And it has the little squiggly lines emanating from the burger?
A. Yes.
Q. Okay. But there's some added stuff in this one, right?
A. Yes.
Q. Okay. So would you say that this is similar to that original drawing that you gave Colin as it relates to that center imagery?

A. Yes.
**Q. Okay. But, now, there's more to it, right?**
A. To the wall?
**Q. To the wall.**
A. Yes.
**Q. More to the painting?**
A. Yes.
**Q. Okay. So this rendering has additional burgers on it, right?**
A. Spaceships, yes.
**Q. Well, I want you to take a look at this one, we're looking at 346. See down by the ordering window?**
A. Yeah.
**Q. That's a burger, right?**
A. Yes.
**Q. Okay. I want you to look to the left, far left on like the left side of the bench. Do you see that?**
A. Yes.
**Q. That's a burger, too, right?**
A. Soon to be a ship.
**Q. Well, it's -- what do you mean soon to be a ship?**

A. He just hadn't painted the aliens on it, yet.
**Q. Okay. Well, this is the rendering?**
A. It was one of them.
**Q. Well, this is the rendering that you approved?**
A. Right. There's another one after this.
**Q. Well, but this is the rendering that you approved?**
A. Yes.
**Q. Okay. And so when you look at that burger on the left by the bench, that's just a burger, right?**
A. Yes.
**Q. Okay. And I want you to look at the top. So the big burger in the middle. Go up above the Don't Fear the Smell and a little to the right. That's a burger, too, right?**
A. Yes.
**Q. Okay. And I want you to go back to that main big burger, up, so Don't Fear the Smell and to the left, that's a smaller burger to the top left of the big burger, right?**
A. Looks like it.
**Q. Okay. And I want you to go straight to**

**the right of the big burger. There's a smaller burger right next to it, right?**
A. Yes.
**Q. Okay. And now, are there images of pickles depicted in this rendering?**
A. Similar.
**Q. Well, what do you mean similar?**
A. I suppose they look like pickles.
**Q. Okay. Well, let's look at that big burger in the middle. That's a burger. I mean you said that. So what's that green thing in the middle, a pickle?**
A. Looks like it.
**Q. Okay. So that's a pickle in the middle of that burger?**
A. Yes.
**Q. Okay. And is there ketchup and mustard depicted on that burger?**
A. It's colors I chose.
**Q. Okay. Well, is it ketchup and mustard depicted on that burger?**
A. Ketchup is red. Mustard is yellow.
**Q. Okay. So it's ketchup and mustard depicted on that burger?**
MR. SHAW: Objection to form.

A. Yes.
BY MS. JOKERST:
Q. And are those chopped onions depicted on that burger?
A. Yes.
Q. Okay. And is there imagery of splotches of ketchup throughout this rendering?
A. Yes.
Q. Okay. And is there imagery of splotches of mustard throughout this rendering?
A. Yes.
Q. Okay. And I want you to look to -- well, actually, no, let me do that. All right. Let's go to -- okay. Let's go back to 347. I just want to orient you on dates. All right. Are you there on 347?
A. Yes.
Q. Okay. So do you see where it says November 1st, you said let's go for it?
A. Yes.
Q. Okay. So that's when you approved the painting?
A. Yes.
Q. Okay. And then underneath that it says November 1st, 6:26 p.m., do you see that?

BY MS. JOKERST:
**Q. All right. And I hate to flip you around here, but let's go back down to page 346?**
A. Okay.
**Q. All right. So I want to talk about the arrow. Why was the arrow included in the painting?**
A. Showing people where the front door is.
**Q. Okay. So it was directing people to the front door?**
A. Yes.
**Q. Okay. All right. So when did Colin start working on the painting on the side wall?**
A. I thought it was the 3rd.
**Q. November 3rd?**
A. November 3rd.
**Q. Okay. And before November 3rd, he came by to talk to you about the final draft of what he was going to paint on the wall?**
A. Yes.
**Q. Okay. And that's when he brought like the printout of it?**
A. Yes.
**Q. Okay. So you had agreed to pay Colin for the work, right?**

**Q. Okay. Well, there's no indication that it's anything other than a burger, right?**
MR. SHAW: Objection to form.
A. I didn't get to finish my story.
BY MS. JOKERST:
**Q. Okay.**
A. The mural.
**Q. All right. Well, Mr. Howard, that's the burger you drew up and sent to Colin and said this is what I want in that initial rendering, right?**
MR. SHAW: Objection to form.
A. I did not draw a burger. I drew a circle.
BY MS. JOKERST:
**Q. You drew a circle that was supposed to indicate a burger?**
A. Yeah.
**Q. Right?**
A. Yes.
**Q. Okay. And you didn't tell Colin, oh, this is the mothership, right?**
A. After the fact, after he started.
**Q. After he started?**
A. Yes.
**Q. Okay. But when you were doing the**

**design, you said I want a hamburger and I want Don't Fear the Smell, The Fun is inside, right?**

A. Right.

**Q. You didn't tell him I want a mothership, right?**

MR. SHAW: Objection to form.

A. It's the beginning of their story.

BY MS. JOKERST:

**Q. Okay. But what I'm asking you is when you originally gave that idea to Colin, you didn't tell him that you wanted that big hamburger to be a mothership, right?**

MR. SHAW: Objection to form.

A. Not yet.

BY MS. JOKERST:

**Q. Okay. So at the time you gave the initial idea to Colin, you did not tell him that you wanted the burger to be a mothership, right?**

A. Right.

**Q. Okay. And when you look at this photo on page 54, you said, well, not yet that there wouldn't be -- there's not an indication of an UFO on there. Where's the space between Don't Fear the Smell and the top of that burger --**

MR. SHAW: Objection to form.

**Q. Okay. All right. So is there -- we don't need to look at the exhibits anymore at this time. Is there a jingle about the infamous onion aroma at The Cozy?**

MR. SHAW: Objection to form.

A. On the radio?

BY MS. JOKERST:

**Q. On the radio. Okay. So do you do radio advertising for The Cozy?**

A. Yes.

**Q. Okay. And the radio advertising contains a jingle?**

A. Part of it.

**Q. Okay. And the jingle relates to the aroma, onion aroma emanating from The Cozy?**

A. No. My ads finish with mosey into The Cozy Inn.

**Q. Okay.**

A. It's a catchy jingle.

**Q. I'm sorry?**

A. It's a catchy jingle.

**Q. Okay. So your ads say mosey into the Cozy?**

A. Yeah.

**Q. Okay. So your radio --**

to. That's when I walked out. Open discussion. What part of that do I not know?

BY MS. JOKERST:

**Q. Okay. Well, they didn't say that you couldn't talk --**

A. Yes.

**Q. -- in that meeting, right?**

A. Yes. Because I asked that question. Can I talk before her? She was standing right there.

**Q. Yeah, but you said before Lauren. Did you ask if you could talk after Lauren?**

A. No.

**Q. Okay. You just left?**

A. I just left.

**Q. Okay. But after you met with the city at the Smoky Hill Museum, were you interested in pursuing a code-based solution which might include an amendment to the sign code that would have allowed the wall sign as you proposed it?**

MR. SHAW: Objection to form.

A. That's why I went to the commission meeting.

BY MS. JOKERST:

**Q. Okay. Because you were interested in a code-based solution?**

MR. SHAW: Objection to form.
A. I was.
BY MS. JOKERST:
**Q. Okay. Okay. And in that February 8th, 2024 letter, you were made aware in writing from the city that they were undergoing a potential code amendment with an outside consultant, right?**
MR. SHAW: Objection to form.
A. Yes.
BY MS. JOKERST:
**Q. Okay. Did you ever ask the city when they expected to be done with that amendment?**
A. No.
**Q. Okay. Were you aware that the city was looking at finishing that amendment potentially around May of 2024?**
A. Yeah, I had gotten wind of that, yes.
**Q. Okay. And I don't want to know anything that your attorneys told you. But when you said you got wind from it, did you learn that for someone other than your attorney?**
A. Yes.
**Q. Okay. And who was that?**
A. I don't know. Somebody from the city.
**Q. Okay. Someone from the city told you**

**Q. Okay. Does Jenni's Liquor sell any food?**
A. No. Candy bars, snacks, sunflower seeds.
**Q. All right. And how long have you owned Jenni's Liquor?**
A. Maybe 2020.
**Q. Okay.**
A. Maybe 2021, June is when we took over, one of those years.
**Q. All right. And on the wall at Jenni's Liquor, you had a similar display painted. Is that right?**
MR. SHAW: Objection to form.
A. Yes.
BY MS. JOKERST:
**Q. Okay. But it's not the exact same display, right?**
A. No.
**Q. Okay. So I want to direct your attention to Exhibit Y.**
MR. SHAW: I will object to the use of all these photos as they were not timely disclosed in accordance with the scheduling order.
MS. JOKERST: Okay. And I recall just note for the record on the purpose of this is that is our position they should have been disclosed

**Q. Where are they traveling?**
A. I don't know.
**Q. All right. And this is an accurate depiction of the painting that's on the wall at Jenni's Liquor?**
A. Say again.
**Q. Is this an accurate depiction of the painting that's on the wall at Jenni's Liquor?**
A. It's similar.
**Q. Okay. All right. I want to direct your attention to page 2. Okay. What is this photo of?**
A. That's a sign.
**Q. Okay. This it a sign for Jenni's Liquor?**
A. Yes.
**Q. Okay. Is that an accurate depiction of the sign for Jenni's Liquor?**
A. Similar.
**Q. Okay. Do you have any reason to dispute that this photo is not an accurate depiction of that Jenni's Liquor sign?**
A. Page 1?
**Q. No, page 2.**
A. Okay. What was your question?
**Q. Do you have any reason to dispute that**

**Q. Okay.**
A. -- can't figure things out like that.
**Q. So your wife responded to the question is this a Cozy reference and said yes, right?**
A. She's her own person.
**Q. Okay. But she responded and she said yes, right?**
A. Yes.
**Q. Okay. And that's because this painting is a reference to The Cozy wall sign, right?**
MR. SHAW: Objection to form.
A. Sure, if you look at it like that.
BY MS. JOKERST:
**Q. Okay. Well, your wife looked at it like that?**
MR. SHAW: Objection to form.
BY MS. JOKERST:
**Q. Right?**
A. I just had fun with it.
**Q. Okay. But I'm saying your wife looked at it that way, right?**
MR. SHAW: Objection to form.
A. Yes.
BY MS. JOKERST:
**Q. Okay. And so do you also look at it that**

**way as a reference to The Cozy?**
A. It's a continuation of my story.
**Q. Okay. You're talking about your story as it relates to the painting at The Cozy?**
MR. SHAW: Objection to form.
A. The ships had to come from somewhere.
BY MS. JOKERST:
**Q. Okay. Well, that's a yes or no question. You're saying that it relates to your story as it relates to the painting that's at The Cozy, right?**
MR. SHAW: Objection to form.
A. Yes.
MS. JOKERST: All right. I will formally move to admit Exhibit Y into the deposition record.
MR. SHAW: We will renew our objection.
MS. JOKERST: Okay. And we can, again, just for the court reporter, that can be noted, and that does not affect that the entire exhibit will be included with the deposition testimony.
BY MS. JOKERST:
**Q. All right. So I want to talk to you a little bit about the painting that's on the wall at Jenni's Liquor. I mean how did that come into existence?**

**Rick Benson about the lawsuit?**

MR. SHAW: Objection to form.

A. Pretty much about everything.

BY MS. JOKERST:

**Q. Okay. Well, you told him that you thought the lawsuit was bullshit, right?**

MR. SHAW: Objection to form.

A. He thought it was.

BY MS. JOKERST:

**Q. Okay. Well, what part of the lawsuit do you think is bullshit?**

MR. SHAW: Objection to form.

A. None of it. None of it.

BY MS. JOKERST:

**Q. Okay. Well, you said that you don't understand the sign code, right?**

A. Right.

**Q. Okay. But then you told Rick Benson that this was bullshit?**

MR. SHAW: Objection to form.

A. I guess.

BY MS. JOKERST:

**Q. Okay. So what I'm trying to understand is when you were telling him this is bullshit, what's the this you were talking about?**

MR. SHAW: Objection to form.
A. That it went this far.
BY MS. JOKERST:
**Q. Okay. Have you read the Salina sign code?**
A. No.
**Q. Okay.**
A. I wouldn't understand it.
**Q. Okay. But you haven't even tried to read it?**
A. No.
**Q. Okay. And you don't care about reading it, do you?**
MR. SHAW: Objection to form.
A. No.
BY MS. JOKERST:
**Q. Okay. Have you spoken to anyone associated with Blacksmith Coffee about their sign on the Ohio Street building?**
A. I did.
**Q. Okay. Who did you talk to?**
A. I don't remember. Some girl.
**Q. Some girl. Was she a worker, an owner?**
A. I think a worker.
**Q. Okay. And how did you strike up a**