.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

.

.

COZY INN, INCORPORATED, d/b/a
THE COZY INN; STEPHEN HOWARD,
Plaintiffs,

.

vs. Civil Action No. 6:24-cv-01027-TC-ADM

.

CITY OF SALINA, KANSAS,
Defendant.

.

.

DEPOSITION OF

LAWRENCE BRADLEY ANDERSON,

taken on behalf of the Plaintiffs, pursuant to Notice to Take Deposition, beginning at 9:01 p.m. on the 12th day of September, 2024, at Clark, Mize & Linville, 129 S. 8th Street, in the City of Salina, County of Saline, and State of Kansas, before Sandra S. Biggs, Kansas CCR No. 0716.

.

.

**EXHIBIT 5**

MS. JOKERST: Object to form.
A. Not -- I'll need to clarify this, but no direct funding from the city that I'm aware of was used to pay for any of the current murals from the first two years. We do provide staff time and/or administrative support for ancillary projects associated with the festival. So it might be staff time in administration, it might be underwriting the cost of a musician on a stage for a performance, but we didn't make direct contributions to the mural or to that project.
BY MR. SHAW:
**Q. Okay. When you say the festival, are you referring to the Boom! Salina mural festival?**
A. Yes, I am.
**Q. Okay. And is it your understanding that the Boom! festival is a project of the Salina Kanvas Project?**
A. Yes, I'm --
**Q. Okay.**
A. -- aware of that or assume that.
**Q. All right. I'll represent to you that the Boom! festival website list Salina Arts & Humanities and it lists for donors and partners. Is that a correct characterization in your eyes of**

appeared to me to follow the form and content and scale of what constituted a sign before I could consider it as art.

BY MR. SHAW:

**Q. All right. So once you first learned about the mural at the side of The Cozy, what did you do after that?**

A. I believe that I either -- I believe that I might have texted Lauren Driscoll in Development Services and/or Leslie Bishop who is the director of Salina Downtown, Incorporated, to see if they were aware of this work.

**Q. Okay. Can you turn to Exhibit 6, please?**

A. Yes.

**Q. Do you recognize this exhibit?**

A. Yes.

**Q. What is it?**

A. It is a photograph of the mural at The Cozy Inn process, and a text message that asked about the Design Review Board.

**Q. So where it says I'm guessing this didn't go through DRB, when you said Design Review Board, that's DRB?**

A. Yes.

**Q. Okay. Do you know who this was sent to?**

A. But I believe that I may have sent that.

**Q. Okay. Do you see at the top where it says Leslie?**

A. Yes.

**Q. Do you believe that that is referring to Leslie Bishop?**

A. Yes.

**Q. And what is Leslie Bishop's role?**

A. Leslie is the director of Salina Downtown, Incorporated.

**Q. Is that a part of the City of Salina?**

A. It is a Business Improvement District funded in part by the City of Salina I think. I can't describe specifically what it is. It is not a department of the city, but they operate with a separate board.

**Q. Got it. Do you know if Leslie is considered a city employee?**

MS. JOKERST: Object to form and foundation.

A. I am fairly confident she is not an employee of the City of Salina.

BY MR. SHAW:

**Q. Okay. But Exhibit 7 you believe to be a text chain between you and Leslie, although, as I**

**recall, you said you don't know who initiated it. Is that correct?**

A. Correct. I'm pretty sure that I initiated the inquiry.

**Q. Okay.**

A. The same we would on any other business that might have a mutual impact.

**Q. Got it. And so if Exhibit 7 is with Leslie Bishop, is it then fair to say that Exhibit 6 would be between you and Lauren Driscoll?**

A. Yes.

**Q. Okay. Why did you inform those two individuals?**

A. I informed Lauren because that -- she is the person responsible for the staff that we rely on to provide us feedback on projects that might be in violation of either a city code or to get guidance on proper procedures to follow, and so that was the reason I reached out to her.

I reached out to Leslie because we work closely, as some of the text flow indicated, on other ancillary projects, including Artwork Alley. Leslie was involved as the business liaison to the businesses where we were going to paint and/or to help keep area merchants informed of our use of

MS. JOKERST: Object to form.

A. The mural entitled Symphony of Sunflowers is located on the right side of the -- of the illustration and is parallel with the bottom frame of the photograph and the top.

BY MR. SHAW:

**Q. Okay.**

A. And it kind of contains five large sunflowers, leaves and some birds, I think.

**Q. All right. If you could go to Exhibit 28 which would be the last one in your binder.**

A. Okay.

**Q. Does this exhibit depict a larger photograph of Symphony of Sunflowers?**

A. Yes, it does.

**Q. And in addition to the sunflowers you described earlier, does it also contain music notes?**

A. Yes.

**Q. Okay. Do you know what building this mural is painted on?**

A. What do you mean by what building?

**Q. Do you know what goes on inside this building?**

MS. JOKERST: Object to form and

foundation.

A. I don't know specifically what happens inside that building. I know next door is a symphony rehearsal hall.

BY MR. SHAW:

**Q. Okay.**

A. And I've used the back of that building. We used it as a store room for our Artwork Alley paint storage, but I don't recall that I've ever been in that building.

**Q. Okay.**

A. I think there may be a studio of some kind, a music studio possibly, but I can't say for sure.

**Q. Okay. Do you know who owns that building?**

MS. JOKERST: Object to form and foundation.

A. I believe it's owned by Gus and Hannah Applequist.

BY MR. SHAW:

**Q. Who are they?**

A. Gus is a -- well, it was formally -- I don't know that he plays now, but he owns Fili Creative, a multi-media video production firm in

BY MR. SHAW:
**Q. Okay. All right. Let's move on to Exhibit 16.**
A. Okay. 16. Okay. This looks like a collection of screenshots from the Salina Arts & Humanities public art resource pages at our website.
**Q. Okay. And does this exhibit feature a specific piece of public art?**
A. It does.
**Q. And what piece of public art is that?**
MS. JOKERST: Object to form.
A. It references a photo mural at Fire Station No. 2.
BY MR. SHAW:
**Q. Okay. And is this one of the pieces of art that is like actually in the Salina Arts & Humanities Department's portfolio, I guess would be the word?**
MS. JOKERST: Form.
A. Yes.
BY MR. SHAW:
**Q. Okay. And so this was owned and funded by Salina Arts & Humanities?**
MS. JOKERST: Object to form.