mage # 872912431009990

ont Image

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

19377

COZY INN INC.
8822 S. SUNNYSIDE RD
BROOKVILLE, KS 37425

FIRST BANK KANSAS
235 S. SANTA FE AVE.
SALINA, KS 67401

83-1465/1011

11/19/2023

PAY TO THE ORDER OF Colin Benson $ **500.00

Five hundred and 00/100************************************************************************************** DOLLARS

Colin Benson

Security features included. Details on back.

WHEN HEAT IS APPLIED IMAGE FADES

MEMO

AUTHORIZED SIGNATURE MP

[redacted] 3640⑈

k Image

ENDORSE HERE

X

CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

2023-11-22
121845
2055

Padlock design is a certification mark of the Check Payment Systems Association

Warning:
Absence of the following Security Features may indicate alteration

EXHIBIT 6

Galaxy S22

EXHIBIT
V

12:14 ring ring 5G 65%

Rick Ben...

Monday, Aug 19 • 3:32 PM

3:32 89° 85° 4G 65%

Posts Photos Videos

1d ·

**The Amazing Ex-Mayor...** is with **City of Salina, KS Government**. • **Follow**

Aug 11 ·

On Monday the City Commission will go into Executive Session with Special Legal Counsel to discuss Cozy Inn v City of Salina. There is the possibility that action will be taken following the closed door session. Translation: City Commission will huddle with their attorneys for about an hour, make their decision in private session, return to public meeting, have little to no discussion and make their decision public. (Of course they have already talked about this issue in their individual weekly private meetings with the city manager, so they might not need a full hour). There will be no opportunity for the public to know anything in depth or to make informed comments. Also, end of the meeting and after a long private

3:32 PM

Text...

12:15 ring ring • 5G 64%

Rick Ben...

informed comments. Also, end of the
meeting and after a long private

3:32 PM

Last week

Anything become of it

Not to me

Sad!

3:37 PM

I know Yeah Sorry

Text...

12:21 ring ring • 5G 63%

Sam Wal...

Friday, Dec 29 • 5:30 PM

12:27 • 89%

Posts Photos




11 3 comments

Like Comment Send Share

**Kris Hitchcock-Howard**
15h ·

Andrea Windholz

**Lmao Mommy**

Tuesday, • 9:46 AM

Text...

12:34 ring ring • 5G 61%

Colin Be...

Tuesday, Oct 24 • 11:44 AM

Texting with Colin (SMS/MMS

This is Colin btw






Text...

12:35 ring ring • 5G 61%

Colin Be...




Tuesday, Oct 24 • 4:08 PM

We are thinking leaning an onion slice on the bu[illegible]er

Text...

12:35 ring ring • 5G 61%

Colin Be...

That pic with arrow has the WOW factor just lean a slic of onion against it!! Tha will be perfect

👍

Wednesday, Oct 25 • 8:18 AM



Text...

12:35 ring ring 5G 61%

Colin Be...

Wednesday, Oct 25 • 8:18 AM




What about a cut onion

Wednesday, Oct 25 • 10:17 AM



Text...

12:35 ring ring • 5G 61%

Colin Be...

Wednesday, Oct 25 • 10:17 AM




Love the one with the larger onion!!!

The ring

Text...

12:36 61%

Colin Be...

The ring?

Wednesday, Oct 25 • 12:20 PM

No other one

Tuesday, Oct 31 • 11:34 AM




Text...

12:36 61%

Colin Be...

Should be a good week/end to get it done .went back to original with chopped onions. Heard through the Rick vine.

Text...

12:36 ring ring • 5G 61%

Colin Be...




It's the burger invasion. Over the top I know , but fun!

Tuesday, [obscured] 1 • 1:13 PM

Text...

12:36 ring ring • 5G 61%

Colin Be...

Tuesday, Oct 31 • 1:13 PM

I like it!! Wife thinks it's too much

Wednesday, Nov 1 • 4:10 PM

Lets go for it!!!

Wednesday, Nov 1 • 6:26 PM

Ok, I'll swing in tomorrow to make we're on the

Text...

12:37 ring ring • 5G 61%

Colin Be...

Ok, I'll swing in tomorrow to make sure we're on the same page. Thank you again for the opportunity , it will be so fun and ama ng

Text...

12:37 ring ring • 5G 60%

Colin Be...

Great!!!! I am excited!!

Monday, Nov 6 • 3:22 PM

Hey Steve, just seeing what's going on Dad told me this morning when I set up t[illegible]t I

Text...

12:37 ring ring • 5G 60%

Colin Be...

Hey Steve, just seeing what's going on Dad told me this morning when I set up that I probably should wait until I heard from yo[illegible]o find

Text...

12:38 ring ring • 5G 60%

Colin Be...

from you to find out what this permit BS is about. So just let me know. Thank you and have a good day.

Sta[illegible]tuned....

Text...

12:38 ring ring • 5G 60%

Colin Be...

Tuesday, Nov 7 • 1:15 PM

What's up Steve sorry I was all riled up after talking with the committee of the arts Director. I didn't know it [illegible]s

Text...

12:38 ring ring • 60%

Colin Be...

Director. I didn't know it was through them so when you get a minute call me if you want.

Tuesday, Nov 7 • 8:42 PM

Finish the mural!!!! It's on me!...

Text...

12:39 60%

Colin Be...

Tuesday, Nov 7 • 8:42 PM

Finish the mural!!!! It's on me!!!!!

https://youtu.be/ROxvT8KKdFw?si=hv4mKdfoepG-69ff

Text...

12:39 ring ring 5G 60%

Colin Be...

Should watch this

Wednesday, Nov 8 • 9:13 AM

Good stuff Yep loved that movie.

Wednesday, Nov 8 • 8:17 PM

So fin Doug

Text...

12:40 ring ring • 5G 60%

Colin Be...

So find Doug Rempp on FB read what he put on about the mural then read the comments especially Brad Johnson

Text...

12:40 ring ring 5G 60%

Colin Be...

Ÿep!!!!!!! He should unload his gun and back off!!!!

Lol a sign is removable what does he think a mural is. Wow what a b[illegible]nch of shit

3:28 PM

Text...

Sorry man

12:40 60%

Colin Be...

Lol a sign is removable what does he think a mural is. Wow what a bunch of shit

8:28 PM

Sorry man

Not yo[illegible] fault

this [illegible] ridiculous

Text...

12:40 ring ring 5G 60%

Colin Be...

Not your fault this is so fuking ridiculous

Yes sir. The bigwigs are pissed off because it will be the coolest fucking [mural] in town and will

Text...

12:41 59%

Colin Be...

Yes sir. The bigwigs are pissed off because it will be the coolest fucking mural in town and will get probably the most recogni[illegible]n and

they s

that money on

Text...

12:41 ring ring 5G 59%

Colin Be...

the most recognition and they spent all that money on all these artist outa country. I should change my name to Miguel.

WE are going to

Text...

by the way this

12:41 ring ring • 5G 59%

← Colin Be...

Friday, Nov 10 • 12:38 PM




This was a nite shot that I colored up so the ladder is in it and the color is off a b .

Text...

12:42 ring ring • 5G 59%

Colin Be...

Monday, Nov 13 • 8:20 AM

Hey Steve, which building is it?

Monday, Nov 13 • 9:54 AM

What was the short haired lady's name

Monday, Nov 20 • 9:59 AM

Text...

12:42 ring ring • 5G 59%

Colin Be...

Monday, Nov 20 • 9:59 AM

I have a chk here at cozy f[o]
ya

Right on , I was gonna stop by and say hey anyway

Thursday, [N]... 23 • 5:15 PM

Text...

Home

**The Cozy Inn**
November 5, 2023 ·

New art coming soon!




**Colin Benson**
November 5, 2023 ·

Oh u can smell the love I'm throwning down on the Cozy....

Like Comment Send Share

Most relevant

Write a comment...

**Jay Prater, CBM KAKE** · Follow
Sweet!
#iknowwhatyouhadforlunch
#scratchandsniff... See more

44w Like Reply Edited 2

View all 4 replies

**Kira Treffer**
Awesome mural! Can't wait to see the finish! The burgers are one of a kind! 😋

44w Like Reply 5

**Kim Bailey**
LET COZY INN PAINT/FINISH!!!! Est. just 2 short years after City! For 101 years, they have been a staple of our community. They attract business worldwide! Either grandfather them in or allow exemption!!!

43w Like Reply 9

View all 2 replies

**Blackberry Babe - Recipes by Michelle Goth** · Follow
I really hope you get to finish this!

43w Like Reply

**Josiah D D'Albini**
Earlier this year I stopped in on my way to a conference, and was using a work car. Took a few weeks for the smell to come out. One of the best smells there is!

44w Like Reply 18

**Mary Barnyard Mare Powell**
I LOVE IT! don't back down and keep the art up! Your place is an ICON and that art work is perfect!

43w Like Reply 3

**Sue Ellen Dawdy**
Young or old this place makes everyone smile. Warms the hearts of us old folk that love the nostalgia Burgers are the Bomb!! We love you Cozies!! 🍔 ❤️

43w Like Reply 3

**Steve Blosser**
A video I did a couple years back while out of town, hungry for a Cozy Burger...



43w Like Reply 2

The Cozy Inn replied · 6 Replies

**Roger Hill**
With Collin Benson doing the artwork, you know it's going to be awesome!!!

44w Like Reply 4

**Viki Leah Barrett**
This is great! My favorite burger place! Love the updates but please don't change the original burgers!

44w Like Reply

View 1 reply

**Luis Garcia**




44w Like Reply

**Eldora Russell Fox**
No doubt we followed that smell for blocks and had the best food ever. Start of the best birthday ever and I'm almost 60

44w Like Reply 2

**Jean Hebenstreich Stvartak**
Rooting for you guys! The city needs to get a grip...it's your building, a cool mural!

25w Like Reply

**Jamie Fulsom**
LOVE IT, City of Salina needs to pull their head out!

43w Like Reply 2

View 1 reply

**Curtis Martin**
The city needs to back off it's your building and I don't see what the problem is other than they need glasses to see with...
Best hamburger's in the world..
We stop in every time we are in town... Praying for you guys a great win..

25w Like Reply

**Kenneth Larson**
Always a dozen to go.

44w Like Reply 2

**Loretta Lynn Haley**
Mural is just getting started and I can already imagine how awesome it is going to look!!! Love those Cozy's!!🥰🥰

44w Like Reply

**Erica Mendoza**
**Garden City Area Chamber of Commerce**, we should make our town full of art 🎨 around the buildings like this?!

44w Like Reply Edited 2

View all 2 replies

**Joe Sierminski**
Awesome Mural, look great in SALINA! Thanks for serving our community!!!!!!

43w Like Reply 5

**Bill Tegtmeyer**
Can you add scratch and sniff smell-o-rama??

44w Like Reply 2

**Cheryl Higle**
Can't wait to see it finished. Love the burgers !!




44w Like Reply

**Mary Ann Myers**
LOVE! I grew up on Cozy Burgers!!😋

44w Like Reply

**Regina Silver-Troxell**
This is going to look great.

44w Like Reply

**Chris Hernandez**
There pretty good especially if you like hot soft onions. Alot like White Castle.

Joe Crick
You could not find a better artist for this. Way to go Colin!
44w Like Reply

Dawn Monasmith Brady
That is Awesome! One of my favorite places!
44w Like Reply

Darla Denning
I love it!!!!!!!
43w Like Reply

Denise Zeigler-Bisel
**Sandy Stegeman Grace Teresa Borthwick Suellentrop**, there ya go! Maybe just don't go inside, the window is great 😂😂
44w Like Reply
View all 2 replies

Mark Windholz
Oh wow! That's awesome.
44w Like Reply

Kyle Olson
That's soooo cool!
44w Like Reply

Sherrie Richards
We need to go to salina some time
44w Like Reply

Linda Dionne Gatton
That's great!
44w Like Reply

Top fan
Douglas A. Gilstrap
That looks great!!!
44w Like Reply

Gary Horner
Very cool
44w Like Reply

Haivyn Nelson
**Blake Green**
44w Like Reply

Scott Brown
That is fantastic!
44w Like Reply

Lloyd Kathy Jones
How exciting
44w Like Reply

Neal P. Knight
Can't wait to see it and eat a h...

Tim Souders
Can't share it
44w Like Reply

Lori Saferite Werner
I hope you get to finish!!
29w Like Reply

Shane Konzem
Going to look amazing.
44w Like Reply

Eric Nevils
👏👏👏👏👏👏👏
44w Like Reply

Mark Welchans
Nice cant wait to see it
44w Like Reply

Kelly Robb
Kevin Robb Bill Robb
44w Like Reply

Tayler Dawn
Kim Monasmith-Pinkall
44w Like Reply

Dianna Porter
Ryan D Sopapilla.
44w Like Reply

Heather Yost
Charles Yost
44w Like Reply

Edward Scott Rosson
Margaret Claire
44w Like Reply

Kara Bastian
Boaz Pan
44w Like Reply 2

Donna Cheswick Hines
💗💗💗
44w Like Reply

Kim Amador Berry
❤️🍔
43w Like Reply

Kathy Albertson Stimpson
Wonderful! So are the burgers!
44w Like Reply

Ryan Norman
Make sure any first timers don't mistake that yellow for cheese! Love it.
44w Like Reply 7

View 1 reply

Norton KS · Follow
Awesome
44w Like Reply

Serena Brummett
**Brian Brummett Alex Brummett**
44w Like Reply

Patrick Perez
City of Salina needs to stop harassing the Cozy, it's thier building, paint it how you see fit, I'd sign a petition to support the business against the City.
43w Like Reply Edited 2

David Lee Nelson
Stay strong!!!!
43w Like Reply

Ollie Dickson
Great 👍
44w Like Reply

Kris Smilko
Basically the local government trying to extort more money from a local business, is why this has stalled. Shame on the city of Salina.
42w Like Reply

Mary Barnyard Mare Powell
Practice Civil Disobedience and make that mural happen! You are ICONIC! That mural is PERFECT!
43w Like Reply 2

Shannon Powell
Have there been any updated on this art if they was able to continue with it or not?
31w Like Reply

Paula Marie Kelley
**Darien Allen Kelley**
44w Like Reply

Sherry Edson Sammons
The Yard



27w Like Reply

**Bruce Kesl**
Ooh that smell
Can't you smell that smell
Ooh that smell... **See more**

44w Like Reply

View 1 reply

**Doug Crisp**
LET THE COZY PAINT !!!

28w Like Reply

**Lanny Mong**
Did the city try; or did they stop this mural?



41w Like Reply

**Sherry Edson Sammons**
The Yard in downtown Salina is a great place for athletes to gain greater skills in baseball and softball. It is certainly an asset to Salina. They also have two very large murals depicting the sport that indicate and advertise their business. This is ... **See more**



27w Like Reply

**Jen Montenegro Day**
**Frank Waugh, CBM KAKE**

44w Like Reply

Sandy Gerber
PROJECT PAUSED AT THE COZY INN: Is this art or an advertisement? That question is at the crux of a controversy in Salina involving the city and a historic staple of its restaurant community. https://tinyurl.com/mv92c2ud

43w Like Reply

View all 2 replies

Kris Smilko
https://www.msn.com/.../cozy-inn-files.../ar-BB1iCiU0

28w Like Reply

Most relevant is selected, so some comments may have been filtered out.