


**EXHIBIT 7**

EXHIBIT
Y

CITY001777


JENNI'S
Liquor
AREA 40
BROOKVILLE, KS
Jenni's Liquor
Jul 1 ·
Like
Comment
Share