.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

.

.

COZY INN, INCORPORATED, d/b/a
THE COZY INN; STEPHEN HOWARD
Plaintiffs,

.

vs. Civil Action No. 6:24-cv-01027-TC-ADM

.

CITY OF SALINA, KANSAS,
Defendant.

.

.

DEPOSITION OF

COLIN BENSON,

taken on behalf of the Defendant, pursuant to Notice to Take Deposition, beginning at 9:26 a.m. on the 10th day of October, 2024, at Clark, Mize & Linville, 129 S. 8th Street, in the City of Salina, County of Saline, and State of Kansas, before Sandra S. Biggs, Kansas CCR No. 0716.

.

.

**EXHIBIT 8**

A. They are very busy at that window, and I set up prior, and there was just too many people to try to work.

**Q. Okay.**

A. So I tried to get over there basically when they were closing, late at night or obviously Sunday they close early, I believe.

**Q. Okay. So you would have -- when you said you would have drawn it out, would you have finished the outline at night?**

A. Drawn it out as put the design on the building without any paint.

**Q. Okay. Okay. So is that kind of like what you would do with a tattoo when you have like the purple like outline?**

A. Yes. Stencil.

**Q. Yes. Okay. So you would stencil out the entire display first. Is that right?**

A. Yes.

**Q. Okay. And then you would go in and start painting it?**

A. Yes.

**Q. Okay. So it looks like on November 5th of 2023, did you have the entire display already stenciled out on the wall?**

A. On the -- on the 5th, I did, obviously had it on the wall, yes.

**Q. Okay. And then you had started painting?**

A. Yes, on the 5th.

**Q. Okay. And so you're not exactly sure but maybe like a day or two before the 5th is when you would have started working on it?**

A. Being on a Sunday, like I said, they're very busy during the day, so it would have probably been the night before or maybe, you know, two days before --

**Q. Okay.**

A. -- is what I'm thinking.

**Q. Okay. So if this was the status of the sign on Sunday, November 5th, when was it estimated that you would have been finished with painting the entire display?**

A. I believe I gave Steve a week, like the following week I would have had it done.

**Q. Okay. So estimate, so if that was like the 5th and that was a Sunday, so by Sunday the 12th it would have been done?**

A. Yes.

**Q. Okay. Approximately?**

A. Yes, approximately. To put it exactly, I

think he might have showed up later, because it was like a closed door open door deal. Like they said it was closed door and then they allowed people to come in, if that makes sense.

**Q. Okay.**

A. So, yeah. So I believe he did walk in at the end.

**Q. Okay. And what was discussed at that meeting?**

A. There were sign permits put in front of us before I even got into the room or put on the table, and it was about why we didn't get a sign permit is what I remember.

**Q. Okay. So did the city inform you at that meeting that they considered the display a sign?**

A. Correct.

**Q. Did the city inform you at the meeting that the display was too large to qualify for a sign permit?**

A. Correct.

**Q. Okay. Did the city give you a handout that had like an analysis about the sign and the size?**

A. Yes, I believe so.

**Q. Okay.**

A. Of what he was able -- maybe they just told us of what he was able to do on the side of the building.

**Q. Okay. Let's take a look at Exhibit G in that binder. All right. Do you see that?**

A. Yes.

**Q. Is that something that you received?**

A. Yes, I believe this is -- this is part of that.

**Q. Okay. So you recognize this document?**

A. Yes.

**Q. Okay. And this document's entitled The Cozy Inn Sign Analysis?**

A. Yes.

**Q. Okay. And is this what you received from the city during that Smoky Hill Museum meeting?**

A. Yes.

MS. JOKERST: I will move to formally admit Exhibit G into the deposition record. All right.

BY MS. JOKERST:

**Q. So they gave this -- a copy to you. Did they also give a copy to Steve?**

A. I believe so.

**Q. Okay. Did you say anything while you**

**were at that meeting?**

A. Yes.

**Q. Okay. What did you say?**

A. I don't believe it was a signage being put up. I believe it's a mural. It had nothing to do with what we were there for. And I was shut down pretty quick. So that was about all I had to say.

**Q. Okay. Did they explain to you at the Smoky Hill Museum, and by they I'm talking about representatives of the city, why they considered it a sign?**

A. Yes.

**Q. Okay. What did they tell you?**

A. The hamburgers are basically the same thing he sells and, therefore, it would be signage.

**Q. Okay. Prior to this meeting at Smoky Hill Museum, had you already heard that the city considered that display a sign?**

A. No.

**Q. Okay. So Steve didn't tell you the conversations -- did Steve talk to you about the conversations he'd had with the city prior to that meeting?**

formally admit Exhibit B into the deposition record.

BY MS. JOKERST:

**Q. Let's have you look at Exhibit C. There's two pages there. I'll just have you flip through them. Okay. Are these -- what's in this document? Are these your Facebook posts?**

A. Yes. Those are Facebook posts that I put out there about the mural.

**Q. Okay. And are these true and accurate depictions of the post that you placed on Facebook?**

A. Absolute -- yes.

MS. JOKERST: Okay. I'll move to formally admit Exhibit C into the record, the deposition record.

BY MS. JOKERST:

**Q. Okay. So let's look at page 2. And we've talked about there before on the other exhibit. This one's a little more clearer, so we'll look at this one. This is your post from November 5th, 2023 and you said, oh, you can smell the love I'm throwing down on the Cozy?**

THE REPORTER: She's on C.

A. Oh, C. My bad.

A. Yes.
**Q. Is there any depiction of a UFO driver on that burger?**
A. No. And may I say something?
**Q. Not while -- not while there's a question pending.**
A. My bad, yeah.
**Q. Or there isn't a question pending. So do you have -- we talked about before, you started -- or by November 5th, you had completed the outline. You had stated that earlier?**
A. Yes.
**Q. Okay. And you had stopped painting the wall on November 6th, right?**
A. Yes.
**Q. Okay. So I want to turn your attention to Exhibit L, page 362?**
A. There we go. Yeah.
**Q. And at the top of that -- at the top of that page, do you see where it says November 10th, 12:38 p.m.?**
A. Yes.
**Q. Okay. So by November 10th, you had stopped painting on The Cozy wall, right?**
A. Yes.