5:19

Colin Benson



2 · 2 Shares

Like · Comment · Share

**Colin Benson**
Nov 9, 2023 ·

Thanks to everyone who has reached out about this mural project. There are laws set to keep others from doing whatever on walls and we know this now and that's great . the process will take care of this. Everyone needs to be on the same page instead of the bashing. Thank you all for the support.

150 · 15 Comments 2 Shares

Like · Comment · Share

**Colin Benson**
Nov 8, 2023 ·

Letting y'all know what's up with my new mural project at cozy's. and Doug Rempp said it for me.Unapproved artist lol.....

> **Doug Rempp**
> Nov 8, 2023 ·
>
> For those keeping track, nothing came out of today's meeting.
> ... See More



Home · Watch · Friends · Marketplace · Notifications · Menu

5:21 37

Colin Benson

**Colin Benson**
Nov 5, 2023 ·

Oh u can smell the love I'm throwning down on the Cozy....




370 54 Comments 74 Shares

Home Watch Friends Marketplace Notifications Menu