# Chapter 1 - GENERAL PROVISIONS

* * *

## Sec. 1-2. Definitions and rules of construction.

In the construction of this Code and of all ordinances, the following definitions and rules of construction shall be observed, unless they are inconsistent with the manifest intent of the board of commissioners or the context clearly requires otherwise:

* * *

(14) Or, and. The word "or" may be read as "and" and the word "and" as "or," where the sense requires it.

* * *

(Code 1966, § 1-2)

State law reference(s)—Rules of statutory construction, K.S.A. 77-201.

## Sec. 1-11. Severability.

If for any reason any chapter, article, section, subsection, sentence, clause or phrase of this Code or the application thereof to any person or circumstances, is declared to be unconstitutional or invalid or unenforceable, such decision shall not affect the validity of the remaining portions of this Code.

(Code 1966, § 1-9)

# Chapter 42 - ZONING REGULATIONS

* * *

# ARTICLE X. SIGNS

# DIVISION 1. GENERALLY

## Sec. 42-500. Purpose.

This article promotes the public health, safety and welfare of the community through a comprehensive system of reasonable, effective, consistent, content-neutral and nondiscriminatory sign standards and requirements, narrowly drawn to:

(1) Ensure that all signs installed in the city are compatible with the character and visual environment of the community and promote the goals, objectives and policies of the comprehensive plan;

(2) Balance public and private objectives by allowing adequate avenues for both commercial and non-commercial messages;

(3) Improve pedestrian and traffic safety by promoting the free flow of traffic and the protection of pedestrians and motorists from injury and property damage caused by, or which may be fully or partially attributable to, unsecured, cluttered, distracting, and/or illegible signage;

(4) Protect the aesthetic appearance of the city's natural and built environment for its citizens and visitors;



EXHIBIT 18

(5) Prevent property damage, personal injury, and litter caused by signs that are improperly constructed or poorly maintained;

(6) Protect property values, the local economy, and quality of life by preserving and enhancing the appearance of the streetscape; and

(7) Provide for the placement of temporary signs in limited circumstances, without regard to the communicative content of the sign.

(8) Provide consistent design standards that enable the fair and consistent enforcement of these sign regulations.

(9) Enhance the city's ability to maintain its public rights-of-way.

(Ord. No. 17-10882, § 1, 7-10-17)

### Sec. 42-501. Permits.

No sign, except for normal repair and for signs listed in sections 42-504 and 42-505, shall be painted, constructed, erected, remodeled, relocated or expanded until a zoning certificate (sign permit) for such sign has been obtained pursuant to the procedure set forth in this article.

(Code 1966, § 36-900)

### Sec. 42-502. Zoning certificate (sign permit) required.

(a) The zoning certificate (sign permit) must be obtained from the office of the zoning administrator.

(b) A zoning certificate (sign permit) shall be either issued or refused by the zoning administrator within ten (10) days after the receipt of an application therefore or within such further period as may be agreed to by the applicant. No zoning certificate for any sign shall be issued unless the sign complies with the regulations of this article.

(c) A zoning certificate (sign permit) shall become null and void four (4) months after the date on which it is issued unless within such four-month period, construction, building, moving, remodeling or reconstruction of a structure or sign is commenced or a use is commenced.

(Code 1966, § 36-901)

### Sec. 42-503. Sign standards.

(a) The gross surface area of a sign shall be the sum of all surface areas of all sign faces, except that for signs designed as double faced signs, with both faces parallel and the distance between the faces does not exceed two (2) feet, then only one (1) face of the sign shall be considered in determining the gross surface area. When two (2) or more signs are located on a zoning lot, the gross surface area of all signs on the lot shall not exceed the maximum allowable for the district regulations. For computing the area of any wall sign which consists of letters, numbers and symbols mounted or painted on a wall, the area shall be deemed to be the area of the smallest rectangular figure which can encompass all of the letters, numbers or symbols.

(b) Sign height shall be measured from ground level at the base of or below the sign to the highest element of the sign.

(c) All signs must conform to the regulations and design standards of the building code of the city and all wiring of all electrical signs must conform to the electrical code of the city.

* * *

(Code 1966, § 36-903; Ord. No. 90-9381, §§ 2, 9, 5-14-90; Ord. No. 04-10218, § 1, 10-11-04; Ord. No. 19-11020, § 2, 12-2-19)

## Sec. 42-504. - Exemptions generally.

The following signs shall be exempt from the requirements of this article:

* * *

(2) Signs placed or authorized by the city, county, state, or federal government for the protection of the public health, safety, and general welfare, including, but not limited to, the following:

a. Emergency and warning signs necessary for public safety;

b. Traffic and wayfinding signs;

c. Signs showing the location of public facilities including public and private hospitals and emergency medical services; and

d. Any sign, posting, notice, or similar sign placed by or required by a governmental agency in carrying out its responsibilities to protect the public health, safety, and general welfare;

* * *

(Code 1966, § 36-903; Ord. No. 90-9381, §§ 2, 9, 5-14-90; Ord. No. 04-10218, § 1, 10-11-04; Ord. No. 19-11020, § 2, 12-2-19)

## Sec. 42-505. Exemption from zoning certificate requirement.

The following signs shall be exempt from the zoning certificate (sign permit) requirements of section 42-502, but shall comply with all of the other requirements of this article and of the applicable district regulations;

(1) Illuminated nameplate signs not exceeding two (2) square feet in gross surface area accessory to a single-family or two-family dwelling;

(2) Illuminated identification signs not exceeding forty (40) square feet in gross surface area accessory to a multiple-family dwelling;

(3) Illuminated bulletin board signs not exceeding forty (40) square feet in gross surface area accessory to a church, school or public or nonprofit institution; subject to the provisions of section 42-503(d);

(4) Illuminated business signs when located on property used for agricultural purposes and pertaining to the sale of agricultural products produced on the premises.

(Code 1966, § 36-904)

* * *

## Sec. 42-507. Same—Structural types.

The following signs are classified as types:

* * *

(17) *Wall sign.* A sign fastened to or painted on a wall of a building or structure in such a manner that the wall becomes merely the supporting structure or forms the background surface, and which does not project more than twelve (12) inches from such building.

* * *

(Ord. No. 88-9283, § 1, 11-14-88; Ord. No. 90-9381, §§ 3, 9, 5-14-90; Ord. No. 07-10396, § 1, 7-9-07; Ord. No. 17-10882, § 3, 7-10-17)

* * *

### Sec. 42-510. Abandoned signs.

Any sign which no longer advertises a bona fide business conducted, product sold or service provided shall be deemed to be abandoned and shall be removed at the expense of the owner. Sign panels shall be removed within ninety (90) days of the vacation of the premises or discontinuance of the advertised activity. Sign frames and poles shall be removed within one (1) year of vacation of the premises or discontinuance of the advertised activity unless new sign panels are installed advertising a bona fide activity. Provided however, an appeal for an extension of up to one (1) year for removal of sign frames and poles may be granted by the design review board or board of zoning appeals when found to be justified. The installation of new sign panels on the same sign frame and pole shall not require the issuance of a new sign permit. If however, a new permit shall be required then the sign shall comply with the provisions of this article.

(Ord. No. 90-9381, § 7, 5-14-90; Ord. No. 98-9897, § 1, 11-2-98)

### Sec. 42-511. Sign substitution.

The owner of any sign which is otherwise allowed by this article may substitute noncommercial copy in lieu of any other commercial or noncommercial copy. This substitution of copy may be made without any additional approval or permitting. The purpose of this provision is to prevent any inadvertent favoring of any particular commercial or noncommercial message over any other noncommercial message. This provision prevails over any more specific provision to the contrary.

(Ord. No. 17-10882, § 5, 7-10-17)

* * *

## *DIVISION 2. DISTRICT REGULATIONS*

* * *

### Sec. 42-521. C-3 and C-4 commercial districts.

The following sign regulations shall apply in the C-3 shopping center and C-4 central business districts:

* * *

(4) *Maximum gross surface area:*

* * *

b. In the C-4 district, three (3) square feet of sign area for each lineal foot of building frontage for allowable signage other than a ground/pole sign or a projecting sign; where no building frontage exists, one (1) square foot of sign area for each lineal foot of street frontage. Irrespective of building or street frontage, no property or zoning lot shall be restricted to less than thirty-six (36) square feet of sign area. No more than sixty-seven (67) percent of allowable sign area may be displayed on any building wall or street frontage. In regards to projecting signs and ground/ pole signs, the following maximum area limitations shall apply:

| Building Frontage | Projecting Signs* | Ground/Pole Signs |
|---|---|---|
| 25 feet or less | 30 sq. ft. | 45 sq. ft. |
| 26—50 feet | 36 sq. ft. | 54 sq. ft. |
| 51 feet or more | 48 sq. ft. | 72 sq. ft. |

*The maximum area for a projecting sign on a building wall without street frontage shall be four (4) square feet.

(5) *Maximum height.* In the C-3 and C-4 districts, ground/pole signs may not exceed thirty (30) feet in height above grade. In the C-4 district, projecting or wall signs may not project above the lowest point of the roof of the structure to which it is attached.

(Ord. No. 90-9381, §§ 5, 9, 5-14-90; Ord. No. 07-10425, § 1, 12-03-07)

* * *

# ARTICLE XII. - NONCONFORMING USES, BULK AND SIGNS

## Sec. 42-576. Applicability.

This article applies only to lots, buildings, structures, signs and nonbuilding uses in existence on February 14, 1977. The lawful use of any premises existing on February 14, 1977 may be continued as hereinafter provided although neither such use nor bulk conforms to this chapter.

(Code 1966, § 36-1100)

* * *

## Sec. 42-581. Nonconforming signs.

(a) *When deemed nonconforming; exception.* All existing signs which are not specifically permitted or which do not comply with all of the provisions of this chapter for the zoning district in which they are located as of April 17, 1990, shall be considered nonconforming signs. Provided, however, theatre marque signs in existence on April 17, 1990, and located in the C-4 district shall be deemed lawfully conforming signs, except for requirements pertaining to safety, structural integrity, and maintenance and shall not be subject to the abandonment requirements set forth in section 42-510.

(b) *Repairs and damage.* Nonconforming signs may not, after February 14, 1977, be enlarged, structurally altered or extended unless such sign shall be made to comply with all of the provisions of this chapter, except that normal repairs and repainting of nonconforming signs are permitted. When a permanent nonconforming sign is destroyed or damaged by any means to the extent of fifty (50) percent or more of its present day replacement value, it shall not thereafter be restored unless such sign shall be made to conform to all of the provisions of this chapter.

(c) *Removal of nonconforming signs.* Any sign that does not conform to the sign regulations for the zoning district in which it is located shall be removed in accordance with the following schedule:

(1) A sign having a total area of twenty-four (24) square feet or less which is located in any residential district shall be removed within two (2) years from the date such sign became nonconforming with respect to this chapter.

(2) All other signs located in any residential district shall be removed within four (4) years from the date such sign became nonconforming with respect to this chapter.

* * *

(Code 1966, § 36-1105; Ord. No. 90-9381, §§ 6, 9, 5-14-90)

* * *

# ARTICLE XIII. - ADMINISTRATIVE PROVISIONS

* * *

## Sec. 42-597. Board of zoning appeals.

(a) *Authorization*. The board of zoning appeals for the city is hereby established in accordance with K.S.A. 12-714.

(b) *Membership*. The board shall consist of seven (7) members who shall be appointed by the mayor with the approval of the board of city commissioners. All members shall be residents of the city. None of the members appointed shall hold any other elected or appointed office or position in the city government, except that one member shall be a member of the planning commission.

(c) *Power and duties*. The board shall have the power to:

(1) Hear and decide appeals where it is alleged there is an error in any order, requirement, decision or determination made by the zoning administrator in the enforcement of the zoning regulations. The board may reverse or may modify the order, requirement, decision or determination and to that end shall have all the powers of the administrative official from whom the appeal is taken.

(2) Authorize in specific cases a variance from the specific terms of these zoning regulations which shall not be contrary to the public interest where, due to special conditions, a literal enforcement of the provisions of the regulations will result in unnecessary hardship for the applicant. The board shall be limited to granting variances on matters including, but not limited to, building height, setbacks, lot size and lot coverage, as provided by the zoning regulations. A request for a variance may be granted after a public hearing upon a finding by the board that all of the following conditions have been met:

a. The variance requested arises from such condition which is unique to the property in question and which is not ordinarily found in the same zone or district, and is not created by an action or actions of the property owner or applicant.

b. The granting of the permit for variance will not adversely affect the rights of adjacent property owners or residents.

c. The strict application of the provisions of the zoning regulations from which the variance is requested will constitute an unnecessary hardship upon the property owner represented in the application.

d. The variance requested will not adversely affect the public health, safety, morals, order, convenience, prosperity, or general welfare.

e. Granting the variance desired will not be opposed to the general spirit and intent of the zoning regulations.

(3) In permitting a variance, the board may impose appropriate conditions and safeguards including, but not limited to, planting screens, fencing, construction commencement and completion dates, lighting, road access restrictions, parking requirements or any other requirement which the board deems appropriate under the circumstances, upon a finding that they are necessary to fulfill the purpose and intent of the zoning regulations.

(4) The board is not authorized to issue the following types of variances:

a. A variance which would allow a use not otherwise permitted in the zoning district.

b. A variance to a zoning ordinance definition.

c. A variance to expand or enlarge a nonconforming use.

d. A variance that would increase residential density above the maximum allowed in a zoning district.

e. A variance that would create a zero lot line setback.

f. A variance to the owner of a substandard lot where such lot was created in violation of the zoning regulations.

g. A variance that would increase the number of permitted signs on a zoning lot.

(d) *Commencement of proceeding before the board*.

(1) *Appeals*.

a. By whom: appeals to the board may be taken by any person aggrieved, or by any officer, department, or board of the city, or any governmental agency or body affected by any decision or interpretation of the zoning administrator. Such appeal shall be filed with the secretary of the board within thirty (30) days from the date of the decision by the zoning administrator, and such appeal shall specify, in writing, the grounds for appeal of the administrator's decision. The zoning administrator, when notified by the board of zoning appeals, shall transmit to the board all the papers constituting the record upon which the action appealed from was taken, within the time period established by the rules of the board.

b. Effect of appeal: an appeal stays all proceedings in furtherance of the action appealed from, including a permittee's right to proceed with development or other activities under a building permit, the issuance of which is a subject of the appeal.

(2) *Variances*. Any person may apply to the board for a variance by filing an application with the secretary of the board. The application shall include the following:

a. The name, address, telephone number and signature of the property owner and applicant.

b. The name and address of the architect, professional engineer or contractor, if any.

c. A site plan of the property showing the following:

1. Property lines of the subject property.

2. Size and location of existing structures and the distance between all existing and proposed structures on the property.

3. Setbacks for all existing and proposed structures on the property.

4. Any other dimension and/or information that may be relevant to the request.

d. A survey or verification that property and structure dimensions on the site plan are correct.

e. The names and addresses of the record owners of all property adjoining the property in question.

f. A narrative statement of how the statutory requirements in K.S.A. 12-715 are met.

(3) *Representation*. An applicant must appear in person at the public hearing, or be represented by an agent or attorney, in order for the board to act on the application.

(e) *Written decisions*. The board shall render its decision and findings in writing within thirty (30) days of the conclusion of the hearing. Decisions shall be filed in a public office designated by the board of commissioners and shall be a public record.

(f) *Dissatisfaction with the determination of the board*. Any person, official or governmental body dissatisfied with any order or determination of the board of zoning appeals may bring an action in district court to determine the reasonableness of any such order or determination.

(Code 1966, § 36-1201; Ord. No. 88-9244, § 1, 4-11-88)

* * *

## ARTICLE XIV. - DEFINITIONS

* * *

### Sec. 42-637. Building.

*Building* is any covered structure built for the support, shelter or enclosure of persons, animals, chattels or moveable property of any kind, and which is permanently affixed to the land.

(Code 1966, § 36-1301(21))

* * *

### Sec. 42-764. Sign.

*Sign* is any writing (including letters, words or numerals), pictorial representation (including illustrations or decorations), emblem (including devices, symbols, or trademarks), flag, banner, streamer, pennant, string of lights, or display calculated to attract the attention of the public, or any other figure of similar character which:

(1) Is a structure or any part thereof, or a portable display, or is attached to, painted on, or in any other manner represented on a building or other structure or on the ground;

(2) Is used to announce, direct attention to, or advertise; and

(3) Is not located inside a building.

(Code 1966, § 36-1301(145))

* * *

### Sec. 42-781. Sign, wall.

*Wall sign* is a sign fastened to or painted on a wall of a building or structure in such a manner that the wall becomes merely the supporting structure or forms the background surface, and which does not project more than twelve (12) inches from such building.

(Code 1966, § 36-1301(162))

* * *

### Sec. 42-783. Structure.

*Structure* is anything constructed or erected with a fixed location on the ground, or attached to something having a fixed location on the ground. Among other things, structures include buildings, walls, sheds, towers, and

bins. For purposes of this chapter, residential air conditioning condensation units and similar cooling system apparatus, or so-called "window" or "room" conditioners shall not be considered as structures.

(Code 1966, § 36-1301(164); Ord. No. 86-9119, § 5, 2-3-86; Ord. No. 87-9184, § 4, 5-11-87; Ord. No. 18-10939, § 2, 6-11-18