.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

.
.

COZY INN, INCORPORATED, d/b/a
THE COZY INN; STEPHEN HOWARD
Plaintiffs,

.

vs. Civil Action No. 6:24-cv-01027-TC-ADM

.

CITY OF SALINA, KANSAS,
Defendant.

.
.

DEPOSITION OF
ANDREA WINDHOLZ,

taken on behalf of the Defendant, pursuant to Notice to Take Deposition, beginning at 2:00 p.m. on the 10th day of October, 2024, at Clark, Mize & Linville, 129 S. 8th Street, in the City of Salina, County of Saline, and State of Kansas, before Sandra S. Biggs, Kansas CCR No. 0716.

.
.

**EXHIBIT 23**

A. Yes.
**Q. Do you handle any of the ordering for the meat?**
A. Sometimes if my dad is unavailable.
**Q. Okay. All right. And then I understand you handle the advertising for The Cozy. Is that right?**
A. Most of the time. Sometimes my dad will do it, but a lot of times I will just because I'm more tech savvy and whatnot. I run The Cozy Inn Facebook page.
**Q. Okay. And that's what I was going to ask, too. So what social media accounts does The Cozy have an account for?**
A. That I run is just Coz -- is just the Facebook page. If there's other ones out there, it's not from me.
**Q. Okay. So you don't run a Cozy Inn Instagram account?**
A. Huh-uh.
**Q. Okay. And what do you do as part of handling The Cozy Inn Facebook page? What does that involve?**
A. I'll post on there that we're hiring. I'll make posts of like if we're going to close

early for a holiday. Or for like when we had the really bad storm a few months ago, I posted on there that we were closing for the day to let our employees clean up their debris. It's pretty much there just to update customers. And also, like when we do fun things like with The Cozy Inn eating contest, I live streamed on there for that. It's just there to like stay with customers and keep them informed and keep them with The Cozy Inn.

**Q. Okay. Do you also handle the purchasing of Cozy merchandise?**

A. I do the ordering, yes.

**Q. Okay. And what does that entail?**

A. So I'll go through the shirts and I'll see which ones we're running low on, and I'll do the order for that. And if we're running low on like our hats or koozies, I'll decide -- like here in the next couple weeks, I'll be doing a hoodie order. So like I'll just go -- I'll go on -- I'll e-mail Messenger and tell them what sizes and colors of hoodies I want. And I'll change the colors of koozies up. I pretty much have free range on what I bring in as long as it's not like an astronomical price.

**Q. Okay. Do you help determine what designs go on the T-shirts?**

A. For the most part, yes.

**Q. Okay. And how do you determine what designs go on the T-shirts?**

A. We don't really change it up. We really keep it the same. But we did like any new shirts, new styles, my dad will tell me what he wants and I'll kind of do like a little draw-up of it and be like is this what you're envisioning. And he'll tell me yes or no or maybe do this or whatever. Then I'll take that into Messenger, and I'll talk to their designer there and we'll come up with the actual design that would go onto something.

**Q. Okay. Is Messenger, is that the vendor that you use?**

A. Yes.

**Q. Okay. And I assume they're just like a merchandise vendor. They screen print on T-shirts or hats?**

MR. SHAW: Objection to form.

A. Yes. They do the printing on the shirts. And then they have Salina Embroidery works with them and they embroider like our hats and stuff

like that. And then we get our koozies and stuff printed from Messenger as well.

BY MS. JOKERST:

**Q. Okay. So when's like the last time you guys have updated a T-shirt design?**

A. From my knowledge, I think my dad kept everything the same even when he bought it.

**Q. Okay.**

A. I'm not sure if he came up with any of the designs. I really -- I honestly don't know. I was nine.

**Q. Okay.**

A. So I'm assuming -- I mean, obviously, the logo itself stayed the same, but the designs on the shirts, I don't know if he came up with them or if they were already like that when he bought it.

**Q. Okay. Or than ordering merchandise, what do you do in your role -- let me reask that. Other than handling the Facebook account and ordering merchandise, what do you do in your role as handling the advertising for The Cozy?**

A. I -- I pretty much just kind of pay attention to what Salina, Downtown Salina is doing. And if we're able to participate, then I

will bring that up to dad. Or I will e-mail Chamber of Commerce maybe and kind of see what we could do to be a part of it. We just like to stay with the times of Downtown Salina and keep with just our name out there, letting them know that we're a part of Salina and we love being part of Downtown Salina. Like it's so much fun.

**Q. Okay. Do you also coordinate radio advertisement?**

A. Yes. I talk on the radio, yes.

**Q. Okay. You talk on the radio?**

A. Um-hum.

**Q. When you say that, do you do like radio interviews or do you have like a recording of yourself for a part of an advertisement?**

A. I have talked on the radio before, like answered -- like interview.

**Q. Okay.**

A. And then right now it's just a recording.

**Q. Okay. What does the recording say?**

A. It's pretty much saying football season is here and school's back in session, so let Cozy's help you with your tailgating and, you know, late night dinner needs. I think that's what one says. And the other one, I cannot recall

what it says. I recorded it a couple months ago.
**Q. Okay.**
A. A month ago.
**Q. And do either of these recordings have like a jingle that says mosey on in to The Cozy?**
A. Yes.
**Q. Okay. Do they both have it?**
A. Yes. I think each one has a different part of the jingle, but they both have it.
**Q. Okay. Does the jingle say more than mosey on in to The Cozy?**
A. It -- yeah. So for the most part, it says that -- I honestly haven't heard the entire jingle in a very long time, so I could not tell you. But I know that like the beginning of it's just like really upbeat and like -- yeah. It says it at the beginning, at the end. And in the middle, I cannot tell you what it says. I'm sorry.
**Q. Okay. So as part of like the radio advertisement, you record the audio. Do you also coordinate with the radio station regarding when the ads will air?**
A. They try to -- they kind of tell me like we're going to air it a little bit more during

envelope, and that way my dad knows to take it home and pay it. If I take it out, then we could lose it.

**Q. Okay. Do you -- does The Cozy have like an advertising plan?**

A. Could I ask what you mean by that?

**Q. Yeah. Do you or do you and your dad, I guess, get together and set out what kind of advertising you're planning to do for The Cozy?**

A. Oh, yeah. We will sit there and we'll talk at Cozy's or something. Like, hey, I heard this was going on. Do you want to do something for it? Or there's like indoor football. We always advertise there. We do a lot for them and whatnot. And then so, yeah, we just -- we keep our eye out for things that we're able to get our name out there with and do that. We do a lot of -- yeah, a lot of the just local advertisements and whatnot.

**Q. Okay. For indoor football, is that the Salina Liberty team?**

A. Um-hum, yes.

**Q. Yes. Okay. And what kind of advertising do you do with them?**

A. We have like a banner that they hang in

there, and we also throw burgers into the stands at the football games.

**Q. Okay. Do you launch them in one of those little machines?**

A. I wish. No. It's -- they hand throw it.

**Q. Okay.**

A. As hard they I can.

**Q. Okay. So what does the banner say that you hang? And I'm assuming you hang that banner in the stadium?**

A. Yes. It's just our logo.

**Q. Okay.**

A. Like it's just the red logo, and then it says since 1922, like literally, whatever you see on line for our logo is what the banner is.

**Q. Okay. So is it the red like neon sign logo?**

A. Yes.

**Q. Okay. Anything else like that that you do? I don't know if you have any other sports teams there, soccer teams, anything local to the area where you advertise with a specific organization or event?**

A. Not that I know of, no.

**Q. Okay. And then you participate in**

wear. It's just something that sets us a little different and makes it look a little nicer and put together.

**Q. Okay. So I know you said that you sit down and talk with your dad about what kind of advertising you want to do. Do you write out a plan for the year? Is there anything that you put on paper about that?**

A. No.

**Q. Okay. Do you do any TV commercials?**

A. No.

**Q. Do you buy any billboards?**

A. Yes.

**Q. Okay. Tell me about that.**

A. We have three of them. One when you're coming from I have to think of my direction, east to west, there's one. And that one I think is just -- it has like the four original workers that we have framed in Cozy's, and then it just has like something that says what we are and what we do and that we're like the best burger joint in Kansas voted by U.S.A. Today. And there's two coming from west to east. One of them is just like the one on the east side. And then the other one is closer to Salina. It says you're

almost there and it's pretty much the gist of it.

**Q. Okay. And when you're talking about east and west, are you referring to spaces that are off of I-70?**

A. Yes.

**Q. Okay. So the one that says you're almost there, is it just lettering or is there other images on that billboard?**

A. I think that one has the four original workers on it as well. I haven't been from -- I haven't been from Hays to Salina in a little bit, so I cannot remember. But that one is like you're almost there, and has like the four original workers I think and then our logo and then where to exit.

**Q. Okay. And what about the last one? Does that also just have the logo on it or what's on that one?**

A. The one that's also on the west side?

**Q. Um-hum, yes.**

A. Okay. That one I think is the one that says like best burger joint in Kansas, has our logo and then where to exit -- or where to exit off of to go to.

**Q. Okay. And were you responsible for**

BY MS. JOKERST:
**Q. Have you ever worked at Jenni's Liquor?**
A. No.
**Q. Do you help out with the Jenni's Liquor Facebook page?**
A. Yes.
**Q. Okay. Do you run that Facebook page?**
A. Yes.
**Q. Do your parents pay you for that service?**
A. No.
**Q. And are you familiar with the burger display that was painted on the wall at Jenni's Liquors?**
MR. SHAW: Objection to form.
A. I am aware of it, yes.
BY MS. JOKERST:
**Q. Okay. How are you familiar with that display?**
A. I just know the concept of it. I've seen it a couple times, but I haven't been out there and really looked at it.
**Q. Okay. How do you know the concept of it?**
A. They told me it.
**Q. Okay. Who is they?**
A. My parents.

**Q. Okay. And when did they tell you about that display?**

A. I don't remember. I don't even remember when they finished it.

**Q. Approximately like the summer of 2024?**

A. I'm sure once they figured out that they were going to do it I knew about it, but I don't remember when I first found out about it.

**Q. Okay. And what did your parents tell you about that display?**

MR. SHAW: Objection to form.

A. They were just going to tell -- they were just trying to tie it to Jenni's -- tie what's painted on Jenni's to Cozy's just because it's both of my parents' restaurants -- or restaurants. I guess Jenni's isn't a restaurant. It's a liquor store. But it's both their businesses, both their businesses, so they were just trying to tie them together.

BY MS. JOKERST:

**Q. All right. And so you haven't gone out there to view it in person?**

A. Huh-uh. If I've gone out there, it wasn't to look at that. It would be my dad took something of mine. Like the last time I was out

questions.
MR. SHAW: Sounds good.
MS. JOKERST: All right. We'll go off the record.
(THEREUPON, a recess was taken.)
BY MS. JOKERST:
**Q. Okay. Miss Windholz, have you ever read the Salina sign code?**
A. No.
**Q. Have you ever attempted to read the Salina sign code?**
A. No.
**Q. And did you have any discussions with your dad about the design of the painted display on the north wall at The Cozy?**
A. No.
**Q. You said that at some point you saw a rendering of the design of the display on the north wall at The Cozy. Is that right?**
A. I saw like what it's supposed to look like finished.
**Q. Okay. And when did you see that rendering?**
A. I don't remember.
**Q. Okay. Did you see that rendering before**