**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **Cozy Inn, Incorporated,** <br> **d/b/a The Cozy Inn; Stephen Howard,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **City of Salina, Kansas,** <br><br> **Defendant.** | ) | **CIVIL ACTION** <br> **CASE NO. 6:24-cv-01027-TC-ADM** |

**AFFIDAVIT OF DUSTIN HERRS**

I, Dustin Herrs, a City Planner II for the City of Salina, Kansas, being first duly sworn, declare under penalty of perjury as follows:

1. I am over 18 years of age and have personal knowledge of the following facts set forth in this Affidavit, and, if called as a witness, I could testify competently to them.

2. I am a City Planner II for the City of Salina. I have been a City Planner for the City of Salina since April 2006.

3. I have an undergraduate degree in Geography from Fort Hays State University.

4. I have a Master's degree in Regional and Community Planning, which I received from Kansas State University.

5. I am certified by the American Institute of Certified Planners ("AICP").

6. My AICP certification requires 32 continuing education credit hours every two years.

7. Some of the continuing education credit hours I have taken as part of my certification are related to planning law classes and include education on sign regulations.

**EXHIBIT 24**

Signed: ________________________
Dustin Herrs

STATE OF Kansas )
) ss.
COUNTY OF Saline )

Subscribed and sworn to before me by Dustin Herrs on the 7 day of February, 2025.

Witness my hand and official seal. My commission expires: 4/29/2028

(Seal)

SHANDI L. WICKS
Notary Public - State of Kansas
My Appt. Expires 4/29/2028

Shandi L Wicks
Notary Public