In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.**<br><br>Plaintiffs,<br><br>v.<br><br>**City of Salina, Kansas.**<br><br>Defendant. | Civil Action No. 6:24-cv-01027-TC-ADM<br><br>Plaintiffs' Motion to Correct or Supplement Plaintiffs' Memorandum in Support of their Motion for Summary Judgment; Exhibit MM; Corrected Index of Exhibits. |

**Plaintiffs' Motion to Correct or Supplement
Plaintiffs' Memorandum in Support of their Motion for Summary Judgment**

1. Plaintiffs have discovered an error in their Memorandum in Support of their Motion for Summary Judgment, Doc. 105, and seek now to correct and supplement the record.

2. In paragraphs 180 and 181 of the statement of facts, Plaintiffs cited to and quoted Defendant's Answers to Plaintiffs' Second Set of Interrogatories. Unfortunately, Plaintiffs labeled this as Ex. DD, instead of Ex. MM. Ex. DD refers to Defendant's Amended Response to First Set of Interrogatories. Due to this mistake, Plaintiffs failed to list Ex. MM on the Index of Exhibits and did not file Ex. MM as an attachment to Doc. 105.

3. Plaintiffs file this motion to correct paragraphs 180 and 181 to change the citation to Ex. MM. No other changes are needed to the Memorandum in Support of Plaintiffs' Motion for Summary Judgment. Plaintiffs also seek to supplement the record by attaching Ex. MM and a Corrected Index of Exhibits as attachments to this motion.

4. After discovering this error on February 25, 2025, Plaintiffs immediately informed Defendant of the error and of Plaintiffs intention to correct the record. Defendant does not object to this correction. Defendant filed its Response to Plaintiffs Motion for Summary Judgment on February 28, 2025.

1

| | |
|---|---|
| Dated: March 5, 2025. | Kansas Justice Institute |
| | /s/ Jeffrey Shaw |
| | Samuel G. MacRoberts, 22781 |
| | Jeffrey Shaw, 29767 |
| | 12980 Metcalf Avenue, Suite 130 |
| | Overland Park, Kansas 66213 |
| | sam@kansasjusticeinstitute.org |
| | jeff@kansasjusticeinstitute.org |
| | (913) 213-5018 |
| | Attorneys for Plaintiffs |

## Certificate of Service

The undersigned certifies that on March 5, 2025, the above document(s) were filed using the CM/ECF system, which will send notification of such filing to all participants, including to: Aaron O. Martin, Todd G. Messenger, and Amanda C. Jokerst.

/s/ Jeffrey Shaw
Jeffrey Shaw