**Cozy Inn, Inc, et al. v. City of Salina, Kansas - Civil Action No. 6:24-cv-01027-TC-ADM**

**Plaintiffs' Motion for Summary Judgment – Corrected Index of Exhibits**

| Exhibit | Title |
|---|---|
| Exhibit A | Howard Declaration |
| Exhibit B | Cozy Photos |
| Exhibit C | Cozy Proclamation |
| Exhibit D | Howard Deposition |
| Exhibit E | Commission Transcript |
| Exhibit F | Mural Photos |
| Exhibit G | Anderson Deposition |
| Exhibit H | Windholz Deposition |
| Exhibit I | Schrage Email 11/9/23 |
| Exhibit J | Benson Deposition |
| Exhibit K | Blase Deposition |
| Exhibit L | Schrage Deposition |
| Exhibit M | Driscoll Deposition |
| Exhibit N | Herrs 30(b)(6) Deposition |
| Exhibit O | Herrs Deposition |
| Exhibit P | Andrew Deposition |
| Exhibit Q | Andrew 30(b)(6) Deposition |
| Exhibit R | Schrage Email 11/8/23 |
| Exhibit S | Talking Points |
| Exhibit T | City Commission Minutes |
| Exhibit U | Schrage Email 2/20/24 |
| Exhibit V | Art Center DRB Packet |
| Exhibit W | Sign Permit Submittal Procedures |
| Exhibit X | Defendant's Response to First Set of Interrogatories |
| Exhibit Y | Sign Permit Application |
| Exhibit Z | News Articles |
| Exhibit AA | On-Hold Letter |
| Exhibit BB | Michelson Deposition |
| Exhibit CC | Yard DRB Packet |
| Exhibit DD | Defendant's Amended Response to First Set of Interrogatories |
| Exhibit EE | Public Emails |
| Exhibit FF | White Deposition |
| Exhibit GG | Content Neutral Sign Codes |
| Exhibit HH | Taylor Declaration & Report |
| Exhibit II | Taylor Deposition |
| Exhibit JJ | Plaintiffs' First Amended Response to First Set of Interrogatories |
| Exhibit KK | Photos of Murals Around Salina |
| Exhibit LL | Shaw Declaration |
| Exhibit MM | Defendant's Answers to Second Set of Interrogatories |