IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** | ) |
| **d/b/a The Cozy Inn; Stephen Howard,** | ) |
| | ) |
| Plaintiffs, | ) CIVIL ACTION |
| | ) CASE NO. 6:24-cv-01027-TC-ADM |
| v. | ) |
| | ) |
| **City of Salina, Kansas,** | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO CORRECT OR SUPPLEMENT DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [ECF 109]

Defendant, City of Salina, Kansas ("City"), by and through its attorneys Fairfield and Woods, P.C. and Clark, Mize & Linville, Chartered, respectfully requests to Correct or Supplement Defendant's Response to Plaintiffs' Motion for Summary Judgment [ECF 109], and in support thereof states as follows:

1. The City has discovered errors in its Response to Plaintiffs' Motion for Summary Judgment [ECF 109], and now seeks to correct and supplement the record.

2. As Exhibits to the Response, the City included the deposition transcript of Dean Andrew (Exhibit 11) and of Dean Andrew's 30(b)(6) deposition (Exhibit 13). Unfortunately, in two instances the City cited to Exhibit 11, when the reference was to Exhibit 13.

   a. In Response to Statement of Fact Paragraph 39, the City cited to Exhibit 11 at 12:16-24. This citation should be to Exhibit 13 at 12:16-24.

   b. In Response to Statement of Fact Paragraph 85, the City cited to Exhibit 11 at 26:18-25, 27:1-16. This citation should be to Exhibit 13 at 26:18-25, 27:1-16.

3. The City seeks to correct the record, identifying the Exhibit citation in Response to Statement of Fact Paragraphs 39 and 85 as Exhibit 13. Additionally, the City seeks to supplement

Exhibit 13 to include pages 26 and 27 of the deposition transcript.

4. In Response to Statement of Fact Paragraph 160, the City cited to Exhibit 13 at 76:2-12. Upon review, the City noticed that page 76 of the deposition transcript was not included in Exhibit 13. The City seeks to correct and supplement the record by adding page 76 of the deposition transcript to Exhibit 13.

5. Finally, in Additional Material Fact No. 1, the City cited to "Mark White Aff'd at ¶ 6" but unfortunately did not identify it as Exhibit 3, as noted in the Index of Exhibits. The City seeks to correct and supplement the record to identify the exhibit citation in Additional Material Fact No. 1 as Exhibit 3 (Mark White Affidavit).

6. The City seeks to also supplement the record by attaching to this motion an updated Exhibit 13, with the additional deposition pages as noted herein.

7. After discovering these errors, the City informed Plaintiffs' counsel of its intent to correct and supplement the record. Plaintiffs do not object to the correction. The City filed its Response to Plaintiffs' Motion for Summary Judgment on February 28, 2025.

Dated this 28th day of March, 2025.

| s/ Aaron O. Martin | s/ Todd G. Messenger | s/ Amanda C. Jokerst |
|---|---|---|
| Aaron O. Martin<br>Bar Number 24170<br>Attorney for Defendant City of Salina, Kansas<br>CLARK, MIZE & LINVILLE, CHARTERED<br>P.O. Box 380<br>Salina, KS 67402-0380<br>Tel. (785) 823-6325<br>Fax: (785) 823-1868<br>Email: aomartin@cml-law.com | Todd G. Messenger,<br>CO Bar Number 38783<br>Pro Hac Vice Attorney for Defendant City of Salina, Kansas<br>Fairfield and Woods, P.C.<br>1801 California St., Ste. 2600<br>Denver, CO 80202<br>Tel. (303) 830-2400<br>Fax: (303) 830-1033<br>Email: tmessenger@fwlaw.com | Amanda C. Jokerst<br>CO Bar Number 47241<br>Pro Hac Vice Attorney for Defendant City of Salina, Kansas<br>Fairfield and Woods, P.C.<br>1801 California St., Ste. 2600<br>Denver, CO 80202<br>Tel. (303) 830-2400<br>Fax: (303) 830-1033<br>Email: ajokerst@fwlaw.com |

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28 2025, I caused the foregoing **DEFENDANT'S MOTION TO CORRECT OR SUPPLEMENT DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [ECF 109]** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record including: Jeffrey Shaw and Samuel G. MacRoberts

s/ Aaron O. Martin
Aaron O. Martin
