In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.** | Civil Action No. 6:24-cv-01027-TC-ADM |
| Plaintiffs, | Plaintiffs' Notice Regarding Non-Party Injunctive Relief; Certificate of Service. |
| v. | |
| **City of Salina, Kansas.** | |
| Defendant. | |

**Plaintiffs' Notice Regarding Non-Party Injunctive Relief**

In *Trump v. CASA, Inc.*, issued after briefing closed, the United States Supreme Court found that universal injunctions applying to non-parties "likely exceed the equitable authority that Congress has granted to federal courts." No. 24A884, 2025 WL 1773631, at *4 (U.S. June 27, 2025).

In light of the Court's holding in *Trump v. CASA*, and in the interest of efficiency and economy, the Plaintiffs withdraw their request for injunctive relief for "other[s] similarly situated." *See* Doc. 16 at ¶ 312; *see also*, Doc. 101 at ¶ 5.b. All other requested relief remains unchanged.

<u>Dated: June 30, 2025.</u>

Kansas Justice Institute

<u>/s/ Jeffrey Shaw</u>
Samuel G. MacRoberts, 22781
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
jeff@kansasjusticeinstitute.org
(913) 213-5121
Attorneys for Plaintiffs

**Certificate of Service**

The undersigned certifies that on June 30, 2025, the above document(s) were filed using the CM/ECF system, which will send notification of such filing to all participants.

/s/ Jeffrey Shaw
Jeffrey Shaw

2