In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.** | Civil Action No. 6:24-cv-01027-TC-ADM |
| Plaintiffs, | Plaintiffs' Final Witness Disclosures Pursuant to Fed. R. Civ. Pro. 26(a)(3); Certificate of Service. |
| v. | |
| **City of Salina, Kansas.** | |
| Defendant. | |

**Plaintiffs' Final Exhibit Disclosures Pursuant to Fed. R. Civ. P. 26(a)(3)**

Plaintiffs provide the following disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Court's Trial Order (Doc. 116). Plaintiffs reserve the right to supplement these disclosures and to introduce new information in connection with any amended pleading, answer, motion, hearing, and/or trial proceedings.

| Exhibit # | Bates/Ref. | Description | I.D. | Offered | Admitted |
|---|---|---|---|---|---|
| 1 | 0049 | Photo of Cozy Inn Before Mural | | | |
| 2 | 0051 | Photo of planned Cozy Inn Mural | | | |
| 3 | 50, 54, 58, 59, 60 | Photos of incomplete Cozy Inn mural | | | |
| 4 | 0065 | Photo of Cozy Inn dining area | | | |
| 5 | CITY000026-30 | Salina Cozy Inn Proclamation | | | |
| 6 | 0005-0048 | Salina November 13, 2023, City Commission Meeting Transcript | | | |
| 7 | 0073-0077 | Greater Downtown Artwork List | | | |
| 8 | CITY000221-260 | Schrage Email - 11/9/23 | | | |
| 9 | CITY000261-263 | Schrage Email - 11/8/23 | | | |

| 10 | CITY000220 | Schrage Talking Points Email | | | |
|---|---|---|---|---|---|
| 11 | CITY000169-176 | Salina November 13, 2023, City Commission Meeting Minutes | | | |
| 12 | CITY000218 | Schrage Email 2/20/24 | | | |
| 13 | 0127-0156 | Design Review Board April 23, 2015 Packet – Salina Art Center | | | |
| 14 | CITY000661-662 | Salina Sign Permit Submittal Procedures | | | |
| 15 | | Defendant's Response to First Set of Interrogatories | | | |
| 16 | CITY000020, CITY000024, CITY000023 | Cozy Inn Sign Permit Application | | | |
| 17 | 0217-0227 | Jeff Garretson, Art or Advertising?, KSAL.com, November 9, 2023 | | | |
| 18 | 0250-0271 | Nate King, Cozy Inn Hamburgers 'sign' put on hold pending city approval, Salina Post, November 19, 2023 | | | |
| 19 | 0279-0281 | Charles Rankin, 'Mural at the Mill' celebrates completion with ribbon-cutting in downtown Salina, Salina Journal, October 21, 2021 | | | |
| 20 | 0316-325 | Olivia Bergmeier, Blacksmith Coffee continues conversation on small building signs in town, Salina Post, January 25, 2024 | | | |
| 21 | 0302 | Roman Campa, Art or an ad?: City of Salina pauses project at historic Cozy Inn restaurant, KWCH | | | |
| 22 | 0303-0315 | Asia Cymone Smith, City puts pause on Salina mural, restaurant owner says, 'I believe | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | we'll work through this', KSN.com, November 14, 2023 | | | |
| **23** | 0157-0210 | Design Review Board Packet January 14, 2021 – The Yard | | | |
| **24** | 0211-0216 | Design Review Board Minutes January 14, 2021 Meeting – The Yard | | | |
| **25** | | Defendant's Amended Response to First Set of Interrogatories | | | |
| **26** | Ex. GG of Plaintiffs' Memorandum in Support of their Motion for Summary Judgment | Mark White, *Content Neutral Sign Codes After Reed and Austin*, (Sign Research Foundation 2022) | | | |
| **27** | Ex. HH of Plaintiffs' Memorandum in Support of their Motion for Summary Judgment | Expert Report of Charles R. Taylor, Ph.D. | | | |
| **28** | CITY000031-32 | On-Hold Letter | | | |
| **29\*[1]** | Ex. Y of Plaintiffs' Response to Salina's Motion for Summary Judgment | 4/17/17 Salina City Commission Meeting Minutes | | | |
| **30\*** | Ex. Z of Plaintiffs' Response to Salina's Motion for | 4/17/17 Salina City Commission Meeting Documents | | | |

---

[1] Exhibits marked with an asterisk may be offered depending on the evidence, testimony, objections, or argument offered by Defendant.

| | | | | | |
|---|---|---|---|---|---|
| | Summary Judgment | | | | |
| 31* | Ex. AA of Plaintiffs' Response to Salina's Motion for Summary Judgment | 5/15/17 Salina City Commission Meeting Minutes | | | |
| 32* | Ex. BB of Plaintiffs' Response to Salina's Motion for Summary Judgment | 5/15/17 Salina City Commission Meeting Documents | | | |
| 33* | Ex. CC of Plaintiffs' Response to Salina's Motion for Summary Judgment | 6/26/17 Salina City Commission Meeting Minutes | | | |
| 34* | Ex. DD of Plaintiffs' Response to Salina's Motion for Summary Judgment | 6/26/17 Salina City Commission Meeting Documents | | | |
| 35* | Ex. EE of Plaintiffs' Response to Salina's Motion for Summary Judgment | 7/10/17 Salina City Commission Meeting Minutes | | | |
| 36* | Ex. FF of Plaintiffs' Response to Salina's Motion for Summary Judgment | 7/10/17 Salina City Commission Meeting Documents | | | |

| 37 | | Defendant's Answers to Second Set of Interrogatories | | | |
| 38 | 0004 | Email from Kai Morgan, Permit Technician for Defendant City of Salina, to Plaintiffs, dated November 15, 2023, regarding application for sign permit and Certificate of Compatibility. | | | |
| 39 | | Small Business Administration, *The Signage Sourcebook* (2003). Available for download at https://www.signreference.org/essential-sign-library/. | | | |
| 40 | Ex. H of Deposition of Charles R. Taylor, Ph.D. | Charles R. Taylor, *et al.*, *On-Premises Signs as Storefront Marketing Devices and Systems* (2005). Available for download at https://www.signreference.org/essential-sign-library/. | | | |
| 41 | 0326-0330 | Salina Arts & Humanities Public Art Fire Station # 2 | | | |
| 42 | 0331-0334 | Salina Arts & Humanities Public Art Frequently Asked Questions | | | |
| 43 | 0082 | Photo of Mural at the Mill 1 | | | |
| 44 | 0083 | Photo of KU Medical School Mural | | | |
| 45 | 0085 | Photo of mural in Salina 1 | | | |
| 46 | 0086 | Photo of mural in Salina 2 | | | |
| 47 | 0088 | Photo of Mural at the Mill 2 | | | |
| 48 | 0091 | Photo of The Yard Mural 1 | | | |
| 49 | 0093 | Photo of Bull Durham Mural | | | |
| 50 | 0095 | Photo of The Yard Mural 2 | | | |

| | | | | | |
|---|---|---|---|---|---|
| **51** | 0098 | Photo of Salina Art Center Mural | | | |
| **52** | 0099 | Photo of Fire Station #2 Mural | | | |
| **53** | 0100 | Photo of Schlotzsky's Mural | | | |
| **54** | 0101 | Photo of American Flag Mural | | | |
| **55** | 0102 | Photo of Cross Mural | | | |
| **56** | 0103 | Photo of Sharp Training Mural | | | |
| **57** | 0104 | Photo of boy holding globe mural | | | |
| **58** | 0105 | Photo of butterfly mural | | | |
| **59** | 0106 | Photo of fox mural | | | |
| **60** | 0107 | Photo of Dionysus mural | | | |
| **61** | 0108 | Photo of Amelia Earhart mural | | | |
| **62** | 0110 | Photo of lineman mural | | | |
| **63** | 0111 | Photo of mural in Salina 3 | | | |
| **64** | 0112 | Photo of plant mural | | | |
| **65** | 0113 | Photo of 67401 mural | | | |
| **66** | 0114 | Photo of mural in Salina 4 | | | |
| **67** | 0115 | Photo of Artwork Alley | | | |
| **68** | 0116 | Photo of mural in Salina 5 | | | |
| **69** | 0117 | Photo of mural in Salina 6 | | | |
| **70** | 0118 | Photo of mural in Salina 7 | | | |
| **71** | 0119 | Photo of mural in Salina 8 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 72 | 0120 | Photo of Symphony of Sunflowers mural | | | |
| 73 | 0121 | Photo of mural in Salina 9 | | | |
| 74 | 0122 | Photo of mural in Salina 10 | | | |
| 75 | 0123 | Photo of The Yard Mural 3 | | | |
| 76 | 0124 | Photo of The Yard Mural 4 | | | |
| 77 | 0125 | Photo of mural in Salina 11 | | | |
| 78 | 0296 | Photo of Original Grande mural 1 | | | |
| 79 | 0297 | Photo of Original Grande mural 2 | | | |
| 80 | 0298 | Photo of Original Grande mural 3 | | | |
| 81 | 0299 | Photo of Original Grande mural 4 | | | |
| 82 | 0300 | Photo of Bike Tek mural | | | |
| 83 | 0301 | Photo of The Yard Mural 5 | | | |
| 84 | CITY000084 | Email from Borst Adam | | | |
| 85 | CITY000087 | Email from James Newton | | | |
| 86 | CITY000088 | Email from Gretchen Hunt | | | |
| 87 | CITY000089 | Email from Marsha Taylor | | | |
| 88 | CITY000090 | Email from Manjeet Ranu | | | |
| 89 | CITY000092 | Email from Mike Stanley | | | |
| 90 | CITY000093 | Email from Brenda Collins | | | |
| 91 | CITY000094 | Email from Steven M | | | |
| 92 | CITY000098 | Email from Chris Knight | | | |

| | | | | | |
|---|---|---|---|---|---|
| 93 | CITY000130 | Email from Scott Smith | | | |
| 94 | CITY000133 | Email from jamto4599@yahoo.com | | | |
| 95 | CITY000134 | Email from Mary Weigel | | | |
| 96 | CITY000137 | Email from Amy Lagerman | | | |
| 97 | CITY000138-139 | Email from Helen Solle | | | |
| 98 | CITY000159 | Email from Roberta Bretz | | | |
| 99 | CITY000165 | Email from Keely Denning | | | |
| 100 | CITY000166 | Email from Kate Copp | | | |
| 101* | https://www.youtube.com/watch?v=nvazH1iWz14&t=8s | Video of November 13, 2023, City Commission meeting posted on Salina's YouTube channel, will only be offered if Defendant objects to the admissibility of Exhibit 6, Salina November 13, 2023, City Commission Meeting Transcript | | | |
| 102 | | Defendant's Response to Requests for Admissions | | | |
| 103 | 0078 | "Check Out Salina Murals!" billboard | | | |
| 104 | Exhibit 39 of Deposition of Dean Andrew | Water Tower Mural | | | |
| 105 | 0228-0249 | Tim Unruh, *Cozy Inn a global treasure in downtown Salina*, Salina Post March 7, 2022. | | | |
| 106 | 0272-0276 | Jeff Garretson, Ghost Mural Revamp, KSAL.com, October 23, 2019. | | | |
| 107 | 0277-0278 | Charles Rankin, *If walls could talk: Artist works to restore historic ad*, Salian Journal, October 17, 2019 | | | |
| 108 | 0282-0284 | C. Jayden Smith, New downtown baseball and softball | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | facility hopes to boost Salina community, Salina Journal, June 10, 2021. | | | |
| **109** | Exhibit 38 of Deposition of Dean Andrew | Andy Warhol Campbell's Soup Can Painting | | | |
| **110** | https://library.municode.com/ks/salina/codes/code_of_ordinances | Salina City Code | | | |

a.  Documents marked as exhibits by Defendant.

b.  Deposition and other transcripts for impeachment purposes.

c.  Evidence necessary for rebuttal purposes.

d.  Both Plaintiffs' and Defendant's motions for summary judgment and *Daubert* motions are currently pending with the Court. Depending on the resolution of those motions, this exhibit list may need to be amended.

Kansas Justice Institute

Dated: August 12, 2025.

/s/ Jeffrey Shaw
Samuel G. MacRoberts, 22781
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Sam@KansasJusticeInstitute.org
Jeff@KansasJusticeInstitute.org
(913) 213-5018
Attorney for Plaintiffs

**Certificate of Service**

The undersigned certifies that on August 12, 2025, the above document(s) were filed using the CM/ECF system, which will send notification of such filing to all participants.

/s/ Jeffrey Shaw
Jeffrey Shaw