In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.**<br><br>Plaintiffs,<br><br>v.<br><br>**City of Salina, Kansas.**<br><br>Defendant. | Civil Action No. 6:24-cv-01027-TC-ADM<br><br>Plaintiffs' Amended Final Witness Disclosures Pursuant to Fed. R. Civ. Pro. 26(a)(3); Certificate of Service. |

**Plaintiffs' Amended Final Witness Disclosures Pursuant to Fed. R. Civ. Pro. 26(a)(3)**

The Plaintiffs provide the following disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Court's Trial Order (Doc. 116). The Plaintiffs reserve the right to supplement these disclosures and to introduce new information in connection with any amended pleading, answer, motion, hearing, and/or trial proceedings.

| | Name and Contact Information | Subject Matter & Synopsis of Facts |
|---|---|---|
| 1 | Plaintiff Steve Howard c/o Kansas Justice Institute, by and through counsel<br><br>[expected to call] | Mr. Howard has knowledge of, and is expected to testify about, the events, issues, and allegations in the Amended Complaint (Doc. 16), Amended Pretrial Order (Doc. 101), summary judgment filings (Doc. 105, 108, 112), and other filings. Mr. Howard is the majority owner and operator of The Cozy Inn and the Plaintiff in this action. Mr. Howard retained artist Colin Benson to paint a mural on the wall of The Cozy Inn. Representatives of the City of Salina instructed Mr. Howard to halt work on the mural and instructed him to submit applications for a sign permit and a certificate of compatibility. Mr. Howard met with City officials on several occasions and attended a portion of a City Commission meeting on November 13, 2023. Mr. Howard received a letter from the City placing his applications for a sign permit and a certificate of compatibility "on-hold". Mr. Howard has knowledge of, and is expected to testify about The Cozy Inn, the design and purpose of the mural at The Cozy, and his interactions with the City of Salina. |
| 2 | Plaintiff Cozy Inn, Incorporated, 30(b)(6) | The Cozy Inn corporate representative has knowledge of, and is expected to testify about, the events, issues, and allegations in |

|   | | |
|---|---|---|
|   | c/o Kansas Justice Institute, by and through counsel<br><br>[may call as needed] | the Amended Complaint (Doc. 16), Amended Pretrial Order (Doc. 101), summary judgment filings (Doc. 105, 108, 112), and other filings. The Cozy Inn, through Mr. Howard, retained artist Colin Benson to paint a mural on the wall of The Cozy Inn. Representatives of the City of Salina instructed The Cozy Inn to halt work on the mural and to submit applications for a sign permit and a certificate of compatibility. The Cozy Inn received a letter from the City placing the applications for a sign permit and a certificate of compatibility "on-hold". The corporate representative has knowledge of, and is expected to testify about The Cozy Inn, the design and purpose of the mural, and the City's interactions with Plaintiff Cozy Inn |
| 3 | Andrea Windholz<br>c/o The Cozy Inn<br>108 N. 7th Street, Salina, KS 67401<br>785-825-2699<br><br>[may call as needed] | Ms. Windholz is a minority owner of The Cozy Inn and the daughter of Mr. Howard. She is a manager at The Cozy Inn and is expected to take over for her father when he retires. She is expected to testify about The Cozy Inn as well as the design and purpose of the mural at The Cozy. |
| 4 | Colin Benson<br>303-842-7183<br>c/o True Love Tattoo<br>117 S. Santa Fe Ave., Salina, KS 67401<br><br>[expected to call] | Mr. Benson is an artist and was hired by Mr. Howard to paint the mural on the side of The Cozy Inn which is the subject of this lawsuit. In consultation with Mr. Howard, he created numerous draft designs for the mural, as well as the final draft design of the mural which is the subject of this lawsuit. He began painting the mural on or about November 3, 2023. Between November 6, 2023, and November 13, 2023, Mr. Benson attended a meeting with Plaintiff Mr. Howard and City officials at the Smoky Hill Museum to discuss the mural. Mr. Benson has painted numerous other murals in Salina and elsewhere. Mr. Benson likely has knowledge about some of the facts referenced in the Amended Complaint (Doc. 16), Amended Pretrial Order (Doc. 101), summary judgment filings (Doc. 105, 108, 112), and other filings. |
| 5 | Jess Blase<br>c/o The Cozy Inn<br>108 N. 7th Street, Salina, KS 67401<br>785-825-2699<br><br>[may call as needed] | Ms. Blase is an employee of The Cozy Inn. On or about November 6, 2023, she answered a phone call from an unknown City official. Ms. Blase took a message that the City was requesting Mr. Howard to contact Dustin Herrs. She conveyed this message to Mr. Howard. Ms. Blase has seen the incomplete mural on the wall of The Cozy Inn. Ms. Blase likely has knowledge about some of the facts referenced in the Amended Complaint (Doc. 16), Amended Pretrial Order (Doc. 101), summary judgment filings (Doc. 105, 108, 112), and other filings. |
| 6 | Charles R. Taylor, Ph.D. – Expert Witness | Plaintiffs retained Charles R. Taylor, Ph.D., as an expert. Professor Taylor is the John A. Murphy Professor of Marketing |

| | | |
|---|---|---|
| | c/o Kansas Justice Institute, by and through counsel<br><br>[expected to call] | and a Senior Research Fellow at the Center for Marketing and Consumer Insights at Villanova University. Professor Taylor is an expert in signage and will provide expert testimony about the report and deposition testimony of Defendant's retained expert, Mark White. He has authored an expert rebuttal report and is expected to testify consistent with the facts and opinions detailed in his report. *See* Doc. 105-34. Mr. Taylor will provide opinion evidence consistent with Federal Rule of Evidence 702, 703, and 705. |
| 7 | Mike Schrage<br>c/o defense counsel<br><br>[expected to call] | Mr. Schrage was the City Manager of Defendant City of Salina, but has retired after this case was filed. Mr. Schrage was involved with the decision to enforce the mural-sign code regime against the mural at The Cozy Inn. Between November 6, 2023, and November 13, 2023, Mr. Schrage attended a meeting with Plaintiff Mr. Howard and artist Mr. Benson at the Smoky Hill Museum. At the November 13, 2023, Salina City Commission public meeting, Mr. Schrage briefed the City Commission on the mural at The Cozy Inn and the City's decision to enforce the mural-sign code regime against The Cozy Inn. Mr. Schrage made numerous public comments, and drafted numerous private emails, regarding the mural at The Cozy Inn and the City's response to the mural. Mr. Schrage has knowledge about the dozens of other murals around Salina. Mr. Schrage is expected to testify about the events, issues, and allegations in the Amended Complaint (Doc. 16), discovery responses, Amended Pretrial Order (Doc. 101), summary judgment filings (Doc. 105, 108, 112), and other filings. |
| 8 | Lauren Driscoll<br>c/o defense counsel<br><br>[expected to call] | Ms. Driscoll is the Director of Community and Development Services for Defendant City of Salina. Ms. Driscoll oversees the City's planning, zoning, code compliance, building inspections, and permitting. Ms. Driscoll was involved with the decision to enforce the mural-sign code regime against the mural at The Cozy Inn. Between November 6, 2023, and November 13, 2023, Ms. Driscoll attended a meeting with Plaintiff Mr. Howard and artist Mr. Benson at the Smoky Hill Museum. At the November 13, 2023, Salina City Commission public meeting, Ms. Driscoll briefed the City Commission on the mural at The Cozy Inn and the City's decision to enforce the mural-sign code regime against The Cozy Inn. Ms. Driscoll made numerous public comments, and drafted numerous private emails, regarding the mural at The Cozy Inn and the City's response to the mural. Ms. Driscoll has knowledge about the dozens of other murals around Salina. Ms. Driscoll is expected to testify about the events, issues, and allegations in the Amended Complaint (Doc. 16), |

| | | |
|---|---|---|
| | | discovery responses, Amended Pretrial Order (Doc. 101), summary judgment filings (Doc. 105, 108, 112), and other filings. |
| 9 | Dustin Michelson<br>c/o defense counsel<br><br>[expected to call] | Mr. Michelson holds the position of Planner I with the Defendant City of Salina. Mr. Michelson signed a letter, dated February 8, 2024, which advised Mr. Howard that the City believed his mural exceeded the maximum surface area allowed in the C-4 zoning district and that the City believed the mural requires a certificate of compatibility and a sign permit. This letter placed Mr. Howard's application for a sign permit and certificate of compatibility "on-hold." Mr. Michelson signed and sent a similar "on-hold" letter to Blacksmith Coffee regarding a mural that Salina had classified as a sign. Mr. Michelson has knowledge about the dozens of other murals around Salina. Mr. Michelson is expected to testify about the events, issues, and allegations in the Amended Complaint (Doc. 16), discovery responses, Amended Pretrial Order (Doc. 101), summary judgment filings (Doc. 105, 108, 112), and other filings. |
| 10 | Dean Andrew<br>c/o defense counsel<br><br>[expected to call] | Mr. Andrew held the position of Zoning Administrator with the Defendant City of Salina, but he retired after this case was filed. Mr. Andrew interprets the City's zoning code and is responsible for administering the City's mural-sign code regime and was involved with the decision to enforce the mural-sign code regime against the mural at The Cozy Inn. Under the City Code, Mr. Andrew is responsible for granting or denying sign permit applications within 10 days. Mr. Andrew was carbon copied on the February 8, 2024, letter that was sent by Mr. Michelson on behalf of Defendant to Mr. Howard placing the sign permit application "on-hold". Mr. Andrew worked with Mr. Michelson to draft the "on-hold" letter. Mr. Andrew has knowledge about the dozens of other murals around Salina. Mr. Andrew is expected to testify about the events, issues, and allegations in the Amended Complaint (Doc. 16), discovery responses, Amended Pretrial Order (Doc. 101), summary judgment filings (Doc. 105, 108, 112), and other filings. |
| 11 | Dustin Herrs<br>c/o defense counsel<br><br>[expected to call] | Mr. Herrs holds the position of Planner with the Defendant City of Salina. Mr. Herrs was involved with the decision to enforce the mural-sign code regime against the mural at The Cozy Inn. On or about November 6, 2023, Mr. Herrs met with Mr. Howard regarding the mural and advised Mr. Howard to file applications for a sign permit and Certificate of Compatibility. Between November 6, 2023, and November 13, 2023, Ms. Driscoll attended a meeting with Plaintiff Mr. Howard and artist Mr. Benson at the Smoky Hill Museum. Mr. Herrs explained to the media that the purpose of Salina's mural-sign code regime is |

|    |                                                                                          |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
|----|------------------------------------------------------------------------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                                                                                          | to prevent "sign wars" and to "protect the aesthetic character of your community." Mr. Herrs has knowledge about the dozens of other murals around Salina. Mr. Herrs is expected to testify about the events, issues, and allegations in the Amended Complaint (Doc. 16), discovery responses, Amended Pretrial Order (Doc. 101), summary judgment filings (Doc. 105, 108, 112), and other filings.                                                                                                                                          |
| 12 | Brad Anderson<br>c/o defense counsel<br><br>[expected to call]                           | Mr. Anderson holds the position of Executive Director of Salina Arts & Humanities with the Defendant City of Salina. Mr. Anderson is the City employee who first noticed the mural at The Cozy Inn and reported it to the Director of Community and Development Services, Lauren Driscoll. Between November 6, 2023, and November 13, 2023, Mr. Anderson attended a meeting with Plaintiff Mr. Howard and artist Mr. Benson at the Smoky Hill Museum. Mr. Anderson has knowledge about the dozens of other murals around Salina. Mr. Anderson is expected to testify about the events, issues, and allegations in the Amended Complaint (Doc. 16), discovery responses, Amended Pretrial Order (Doc. 101), summary judgment filings (Doc. 105, 108, 112), and other filings. |
| 13 | Government Representative under Rule 30(b)(6)<br>c/o defense counsel<br><br>[expected to call] | The 30(b)(6) representative will testify about how the City interprets and enforces the City's mural-sign code regime, the decision to classify the mural at The Cozy Inn as a sign, the City's interactions with The Cozy Inn regarding the mural, and the City's statements regarding the mural at The Cozy Inn. The 30(b)(6) representative has knowledge about the dozens of other murals around Salina. The 30(b)(6) representative is expected to testify about the events, issues, and allegations in the Amended Complaint (Doc. 16), discovery responses, Amended Pretrial Order (Doc. 101), summary judgment filings (Doc. 105, 108, 112), and other filings. |
| 14 | Bill Longbine<br><br>[may call as needed]                                                | Mr. Longbine is currently a Salina City Commissioner and was the Vice-Mayor at the time Salina decided to enforce the mural-sign code regime against The Cozy Inn. As Vice-Mayor, Mr. Longbine presided over the November 13, 2023, City Commission meeting where the mural at The Cozy Inn was discussed. Plaintiffs intend to introduce a transcript of the November 13, 2023, meeting, including statements made by Mr. Longbine, as an exhibit at trial. Plaintiffs only intend to call Mr. Longbine to testify if the transcript is not accepted into evidence. |
| 15 | Karl Ryan<br><br>[may call as needed]                                                    | Mr. Ryan was a Salina City Commissioner at the time Salina decided to enforce the mural-sign code regime against The Cozy Inn. As City Commissioner, Mr. Ryan attended the November                                                                                                                                                                                                                                                                                                                                                         |

Case 6:24-cv-01027-TC    Document 124    Filed 08/12/25    Page 6 of 7

| | | |
|---|---|---|
| | | 13, 2023, City Commission meeting where the mural at The Cozy Inn was discussed. Plaintiffs intend to introduce a transcript of the November 13, 2023, meeting, including statements made by Mr. Ryan, as an exhibit at trial. Plaintiffs only intend to call Mr. Ryan to testify if the transcript is not accepted into evidence. |
| 16 | Custodian of Records, City of Salina c/o defense counsel [may call as needed] | As necessary to authenticate records. |

a. Plaintiffs reserve the right to call the custodians of all records produced in discovery or other foundational witnesses.

b. Plaintiffs reserve the right to call witnesses listed by any other party.

c. Plaintiffs reserve the right to call any necessary rebuttal witnesses.

d. Both Plaintiffs' and Defendant's motions for summary judgment and *Daubert* motions are currently pending with the Court. Depending on the resolution of those motions, this witness list may need to be amended.

e. Plaintiffs expect to call all witnesses for live testimony.

Kansas Justice Institute

Dated: August 12, 2025.

/s/ Jeffrey Shaw
Samuel G. MacRoberts, 22781
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Sam@KansasJusticeInstitute.org
Jeff@KansasJusticeInstitute.org
(913) 213-5018
Attorney for Plaintiffs

6

## Certificate of Service

The undersigned certifies that on August 12, 2025, the above document(s) were filed using the CM/ECF system, which will send notification of such filing to all participants.

/s/ Jeffrey Shaw
Jeffrey Shaw