IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** )<br>**d/b/a The Cozy Inn; Stephen Howard,** )<br>)<br>      **Plaintiffs,** ) **CIVIL ACTION**<br>) **CASE NO. 6:24-cv-01027-TC-ADM**<br>**v.** )<br>)<br>**City of Salina, Kansas,** )<br>)<br>      **Defendant.** ) | |

**Defendant's Final Witness List Disclosure Pursuant to F.R.C.P. 26(a)(3) and the Trial Order (ECF 116)**

Defendant, the City of Salina, submits the following Final Witness List Disclosure pursuant to F.R.C.P. 26(a)(3) and the Trial Order (ECF 116). Defendant reserves the right to supplement this list and these disclosures and to introduce new information in connection with any pleading, motion, hearing, order, and/or trial proceeding.

| Witness | Subject Matter/Synopsis of Testimony | Live or Deposition | Will Call or May Call |
|---|---|---|---|
| 1. Lauren Driscoll c/o Fairfield and Woods, P.C. | If called to testify, Ms. Driscoll is expected to testify regarding her education, certifications and experience, her role as the Director of Community and Development Services, the circumstances around the City's discovery of the Cozy Sign, the applicable provisions of the City's Sign Code, the City's application of the Sign Code to the Cozy Sign, the City's informing Mr. Howard that the Cozy Sign is a sign and was too big to qualify for a Sign Permit, and her interactions with Mr. Howard. Ms. Driscoll is expected to testify that the City was in contact with Mr. Howard regarding the Cozy Sign between November 6-13, 2023, and at a meeting with Mr. Howard, the City informed him | Live | May Call |

| | | | |
|---|---|---|---|
| | the Cozy Sign was a sign and was too big to qualify for a sign permit. The City provided Mr. Howard with the Cozy Inn Sign Analysis Memorandum. On November 13, 2023 at a City Commission meeting, at which Mr. Howard was present, she explained how the City applied the Sign Code, by its letter, to the Cozy Sign. She is expected to testify regarding her intent and the circumstances surrounding statements made at the November 13, 2023 City Commission meeting. Ms. Driscoll is expected to testify regarding the circumstances surrounding the Cozy Inn sign permit application submitted on or about November 13, 2023. | | |
| 2. Dean Andrew<br><br>2160 Shalimar Drive<br>Salina, KS 67401<br>785-643-5394 | Mr. Andrew is expected to testify regarding his education and experience and his role as the Zoning Administrator. He is expected to testify regarding the applicable provisions of the City's Sign Code, the Cozy Sign, the City's application of the Sign Code to the Cozy Sign, and that the City informed Mr. Howard the Cozy Sign was a sign and was too big to qualify for a sign permit by November 13, 2023. Mr. Andrew is expected to testify regarding the definition of Sign in the Sign Code, the Sign Code's purpose statement, the standards set forth in the Sign Code, the interpretation of the applicable provisions of the Sign Code, as well as the facts and evidence regarding how the Sign Code advances its stated purposes. In addition, Mr. Andrew was designated as a 30(b)(6) representative for the City, and may testify consistently with, and within the scope of such 30(b)(6) testimony. | Live | Will Call |
| 3. Dustin Herrs<br>c/o Fairfield and Woods, P.C. | Mr. Herrs is expected to testify regarding his education, certification and experience and his role as a City Planner. Mr. Herrs is expected to testify regarding his review of the Cozy Sign on November 6, 2023, his interactions and communications with Mr. Howard, the Cozy Sign, the applicable provisions of the Sign Code, and the City's | Live | Will Call |

| | | | |
|---|---|---|---|
| | application of the Sign Code to the Cozy Sign.  Mr. Herrs is expected to testify that on November 6, 2023, he informed Mr. Howard the Cozy Sign was a sign and was too big to qualify for a sign permit.  Mr. Herrs is expected to testify that he participated in preparing the Cozy Inn Sign Analysis and that the Cozy Inn Sign Analysis was provided to Mr. Howard when City officials met with Mr. Howard at the Smoky Hill Museum, on or about November 13, 2023.  Mr. Herrs is expected to testify regarding the circumstances surrounding the Cozy Inn sign permit application submitted on or about November 13, 2023. Mr. Herrs is expected to testify regarding the Sign Code's purpose statement and the standards set forth in the Sign Code, as well as the facts and evidence regarding how the Sign Code advances its stated purposes.  In addition, Mr. Herrs was designated as a 30(b)(6) representative for the City, and may testify consistently with, and within the scope of such 30(b)(6) testimony. | | |
| 4.  Steve Howard<br><br>c/o Kansas Justice Institute | If called to testify, Mr. Howard is expected to testify regarding his ownership of the Cozy Inn, the Cozy Sign, and his interactions and communications with the City regarding the Cozy Sign. He is expected to testify that he engaged Colin Benson to paint a hamburger sign on the side wall at the Cozy Inn.  That Colin Benson started the Cozy Sign on November 3, 2023.  That on November 6, 2023 the City informed him the Cozy Sign was a sign and was too big to qualify for a sign permit, that at the time he submitted the sign permit application, on or about November 13, 2023, he understood the Cozy Sign was too big to qualify for a Sign Permit.  That he first spoke with Kansas Justice Institute counsel regarding representation in this matter on November 11, 2023.  That he received the Cozy Inn Sign Analysis Memorandum.  That he was | Live | May Call |

| | | | |
|---|---|---|---|
| | aware the City regulated signs, but he has not read the Sign Code and does not plan on reading the Sign Code. He is expected to testify regarding the other signs at the Cozy Inn, the Jenni's Liquor signs, and the other channels of communication the Cozy Inn utilizes, such as merchandise, social media, billboards, radio advertisements, and banners at sporting events.  He is also expected to testify regarding his communications with Colin Benson, as well as the various renditions of the Cozy Sign. | | |
| 5.  Mark White – Expert<br>200 NE Missouri Road, Suite 200<br>Lee's Summit, MO 64086<br><br>816-221-8700 | Mr. White is a retained expert.  He is an expert in urban and regional planning, zoning, form-based zoning and New Urbanism, and land use.  If called to testify, Mr. White is expected to testify consistently with, and in support of, his opinions and statements as detailed in his expert report dated August 16, 2024.  Mr. White is expected to testify regarding his education and experience.  He is expected to provide opinion evidence consistent with F.R.E. 702, 703, and 704. | Live | May Call |
| 6.  Mike Schrage<br><br>1812 Cayhill Court<br>Warrensburg, MO 64093<br>785-643-2094 | If called to testify, Mr. Schrage is expected to testify regarding his education and experience and his role as City Manager.  He is expected to testify regarding his knowledge of the circumstances surrounding the Cozy Sign, his knowledge of the City's application of the Sign Code to the Cozy Sign, and the meeting with Mr. Howard at the Smoky Hill Museum on or about November 13, 2023.  He is expected to testify regarding his intent and the circumstances surrounding his statements regarding the Cozy Sign and the Sign Code to the City Commission on November 13, 2023.  He is also expected to testify regarding his intent and circumstances surrounding statements he provided to the media regarding the Cozy Sign and the Sign Code.  He is expected to testify regarding his intent and circumstances surrounding his various communications | Live | May Call |

| | regarding the Sign Code, the Cozy Sign, and the application of the Sign Code to the Cozy Sign. | | |
|---|---|---|---|
| 7.  Colin Benson<br><br>c/o True Love Tattoo<br>117 S. Santa Fe Ave.<br>Salina, KS 67401<br><br>303-842-7183 | If called to testify, Mr. Benson is expected to testify regarding the Cozy Sign, his painting of the Cozy Sign, and his communications with Mr. Howard regarding the Cozy Sign.  Mr. Benson is expected to testify regarding Mr. Howard's request that he paint a hamburger sign, the renditions of the Cozy Sign and the timing of the different renditions of the Cozy Sign.  Mr. Benson is expected to testify that he started painting the sign on November 3, 2023, and that by November 6, 2023, Mr. Howard instructed him to stop painting the Cozy Sign.  He is expected to testify regarding the meeting with City personnel at the Smoky Hill Museum, which took place on or about November 13, 2023.  He is expected to testify that at that meeting he and Mr. Howard received the Cozy Inn Sign Analysis Memorandum, and that he and Mr. Howard were informed the Cozy Sign was a sign and was too big to qualify for a sign permit.  Mr. Benson is expected to testify regarding the Jenni's Liquor signs and his communications with Mr. Howard regarding the same. | Live | May Call |
| 8.  Dustin Michelson<br><br>c/o Fairfield and Woods, P.C. | If called to testify Mr. Michelson is expected to testify regarding a letter he drafted to Mr. Howard dated February 8, 2024. | Live | May Call |
| 9.  Brad Anderson<br><br>c/o Fairfield and Woods, P.C. | If called to testify Mr. Anderson is expected to testify regarding his role as the Executive Director of Salina Arts & Humanities and his discovery of the Cozy Sign. He is expected to testify regarding his intent and the circumstances surrounding his communications regarding the Cozy Sign, the application of the Sign Code to the Cozy Sign, and the Sign Code. | Live | May Call |
| 10.  Andrea Windholz | If called to testify Ms. Windholz is expected to testify regarding her work at, and ownership of, the Cozy Inn and the | Live | May Call |

| | | | |
|---|---|---|---|
| c/o Kansas Justice Institute | Cozy Sign. She is expected to testify regarding the Cozy Inn's advertising, and the Cozy Inn's sale of merchandise. She is expected to testify regarding the other signs at the Cozy Inn, the Jenni's Liquor signs, and the other channels of communication the Cozy Inn utilizes, such as merchandise, social media, billboards, radio advertisements, and banners at sporting events. | | |
| | Any witness necessary for foundation. | | |
| | Any witness necessary for impeachment or rebuttal. | | |
| | Any witness identified by any other party. | | |
| | Any witness necessary to authenticate documents. | | |

Dated this 12th day of August, 2025.


s/ Aaron O. Martin            s/ Todd G. Messenger            s/ Amanda C. Jokerst

Aaron O. Martin                Todd G. Messenger,              Amanda C. Jokerst
Bar Number 24170               CO Bar Number 38783             CO Bar Number 47241
Attorney for Defendant City    Pro Hac Vice Attorney for       Pro Hac Vice Attorney for
of Salina, Kansas              Defendant City of Salina,       Defendant City of Salina,
CLARK, MIZE &                  Kansas                          Kansas
LINVILLE, CHARTERED            Fairfield and Woods, P.C.       Fairfield and Woods, P.C.
P.O. Box 380                   1801 California St.,            1801 California St.,
Salina, KS 67402-0380          Ste. 2600                       Ste. 2600
Tel. (785) 823-6325            Denver, CO 80202                Denver, CO 80202
Fax: (785) 823-1868            Tel. (303) 830-2400             Tel. (303) 830-2400
Email:                         Fax: (303) 830-1033             Fax: (303) 830-1033
aomartin@cml-law.com           Email:                          Email:
                               tmessenger@fwlaw.com            ajokerst@fwlaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2025, I caused the foregoing **Defendant's Final Witness List Disclosure Pursuant to F.R.C.P. 26(a)(3) and the Trial Order (ECF 116)** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record including: Jeffrey Shaw and Samuel G. MacRoberts

s/ Aaron O. Martin
Aaron O. Martin