# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| Cozy Inn, Incorporated, | ) |
|---|---|
| d/b/a The Cozy Inn; Stephen Howard, | ) |
| | ) |
| Plaintiffs, | ) CIVIL ACTION |
| | ) CASE NO. 6:24-cv-01027-TC-ADM |
| v. | ) |
| | ) |
| City of Salina, Kansas, | ) |
| | ) |
| Defendant. | ) |

**Defendant's Final Exhibit List Disclosure Pursuant to F.R.C.P. 26(a)(3) and the Trial Order (ECF 116)**

Defendant, the City of Salina, submits the following Final Exhibit List Disclosure pursuant to F.R.C.P. 26(a)(3) and the Trial Order (ECF 116). Defendant reserves the right to supplement this list and these disclosures and to introduce new information in connection with any pleading, motion, hearing, order, and/or trial proceeding.

| No. | Description | I.D. | Off. | Adm. |
|---|---|---|---|---|
| 801 | Salina Code §§ 42-764, 42-781, 42-637, 42-500, 42-501, 42-502(b), 42-521(4)(b), 1-11, 42-597, 42-581 (Texts of these provisions compiled as PDF document) | | Will offer | |
| 802 | K.S.A. § 12-101 | | May offer | |
| 803 | Other Jurisdictions Municipal Code Citations (ECF113-11; Ex. J to City's Reply ISO Motion for Summary Judgment) | | May offer | |

| No. | Description | I.D. | Off. | Adm. |
|---|---|---|---|---|
| 804 | Excerpts of "Regulating Digital Signs and Billboards" APA National Planning Conference (Bates Stamp City001585, 001600-01,001615-17) (ECF-107-2) | | May offer | |
| 805 | Rocky Mountain Sign Law Blog – "San Diego's Motion for Summary Judgment Granted in Mural Case" (Bates Stamp City 001510-11) (ECF-107-2) | | May offer | |
| 806 | Art or Signage? The Regulation of Outdoor Murals and the First Amendment (Bates Stamp City 00673-702) (ECF-107-2) | | May offer | |
| 807 | Salina Ordinance Number 17-10882 (ECF 107-2) | | May offer | |
| 808 | Photos of Cozy Signs at Cozy Inn (Plaintiffs' Bates 50, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64; City Bates 000079) | | Will offer | |
| 809 | Photo of Cozy Sign alleged final rendering (Plaintiffs' Bates 51) | | May offer | |
| 810 | Cozy Inn Sign Permit Application (City 000020, 23, 24) | | May offer | |
| 811 | Mark White Expert Report | | May offer | |
| 812 | Photos contained in Mark White Expert Report at pg. 6, 14, 15 | | May offer | |
| 813 | Cozy Inn Sign Analysis (City00001-3) | | Will Offer | |
| 814 | 2021 Application for Sign Awning (City 00006-8) | | May offer | |
| 815 | June 21, 2021 Letter to Howard (City 00009-10) | | May offer | |

| No. | Description | I.D. | Off. | Adm. |
|---|---|---|---|---|
| 816 | Audio Files of Cozy Inn Advertisements (Produced by Plaintiffs on 11/04/2024) (Cozy Inn Back 2 School; Cozy Inn Fall; Cozy Inn Full Sing-15; Cozy Inn Full Sing-30; Cozy Inn New Specials; Holiday Gift Cards; Salina's Best Tasting Burger 2012). | | May offer | |
| 817 | Jenni's Liquor Sign Photos (City 001789, 1796, 1798) | | May offer | |
| 818 | Colin Benson Facebook Posts re Cozy Inn (City 1782 – Also produced by Mr. Benson in response to SDT at Benson Depo Ex. N p. 1) | | May offer | |
| 819 | Colin Benson Facebook Posts re Jenni's Liquors (City 001777, 1779, 1782, 1784, 1786, 1787 – Also produced by Mr. Benson in response to SDT at Benson Depo Ex. N p. 2, 4). | | May offer | |
| 820 | Cozy Inn Facebook Post showing hamburgers (City 001783) | | May offer | |
| 821 | Jenni's Liquor Facebook Post re Jenni's Sign (City 001778) | | May offer | |
| 822 | Andrew Windholz Facebook Posts (City001811, 1796, 1801, 1804, 1805) | | May offer | |
| 823 | Photos of Cozy Inn Billboards (Plaintiffs' Bates 389-90) | | May offer | |
| 824 | Tim Unruh, *Cozy Inn a global treasure in downtown Salina*, Salina Post (March 7, 2022), available at https://salinapost.com/posts/0ba8fc2d-d1f7-4605-a9b4-e5d50a63efe7 (as cited in ECF 16) | | May offer | |
| 825 | Transcript of City Commission Meeting dated November 13, 2023 (ECF 16-2) | | May offer | |

| No. | Description | I.D. | Off. | Adm. |
|-----|-------------|------|------|------|
| 826 | Dustin Herrs Email dated 11/7/2023 – Ex. 3 of Depo; City 000219 | | May offer | |
| 827 | Definition of *Sign*, MERRIAM-WEBSTER DICTIONARY (https://www.merriam-webster.com/dictionary/signs) (PDF of text) | | May offer | |
| 828 | Steve Howard Text Messages with Colin Benson (Plaintiffs Bates 339-364; Benson Depo. Ex. N at p. 6 (produced by Mr. Benson in Response to SDT)) | | May offer | |
| 829 | Colin Benson Text Messages re Jenni's Liquor Sign (produced by Mr. Benson in response to SDT; Benson Depo. Ex. N at pg. 5) | | May offer | |
| 830 | Kris Howard Facebook Comment re Jenni Liquors sign related to Cozy Inn (City 001789) | | May offer | |
| 831 | Verified Amended Complaint (ECF 16) with verification (ECF 16-1) | | May offer | |
| 832 | Plaintiffs' Responses to Defendant's First Set of Interrogatories | | May offer | |
| 833 | Plaintiffs' Response to Defendant's First set of Requests for Production of Documents | | May offer | |
| 834 | Plaintiffs' Responses to Defendant's First Set of Requests for Admission | | May offer | |
| 835 | Plaintiffs' First Amended Responses to Defendant's First Set of Requests for Admission | | May offer | |
| 836 | Defendant's Responses to Plaintiffs' First Set of Interrogatories | | May offer | |

| No. | Description | I.D. | Off. | Adm. |
|---|---|---|---|---|
| 837 | Defendant's Amended Responses to Plaintiffs' First Set of Interrogatories | | May offer | |
| 838 | Defendant's Response to Plaintiffs' Second Set of Interrogatories | | May Offer | |
| 839 | Defendant's Responses to Plaintiffs' Requests for Admission | | May offer | |
| 840 | Defendant's Amended Responses to Plaintiffs' Request for Admission | | May offer | |
| 841 | Amended Pre-Trial Order (ECF 101) | | May offer | |
| 842 | Photos of Cozy Merchandise For Sale at Cozy Inn (Howard Deposition Ex. S pg. 7, 8) | | May offer | |
| 843 | The Role of Driver Distraction in Traffic Crashes, Jane C. Stutts, Ph.D. et al., PDF pages 1-25 (to include title page, pg. i-iv, and pg. 1-18) ECF 113-13 (C. Taylor Deposition Ex. G) | | May offer | |
| 844 | An Analysis of Driver Inattention Using a Case Crossover Approach on 100-Car Data: Final Report (C. Taylor Depo. Ex. J) | | May offer | |
| 845 | Photos of The Yard found at Plaintiffs' bates 95 and 301 (showing covered structure from 4th Street and covered structure connected to brick building) | | May offer | |
| 846 | Ordinance Number 08-10432 (Andrew Depo. Ex. 43) | | May offer | |
| 847 | Emails between Lauren Driscoll, Dean Andrew and Dustin Herrs dated November 9, 2023 (City 000348) | | May offer | |
| 848 | Staff Report for Application CC21-6 (City 000015-19) | | May offer | |

| No. | Description | I.D. | Off. | Adm. |
|---|---|---|---|---|
| 849 | Plaintiffs' First Amended Response to Defendant's First Set of Interrogatories | | May offer | |
| 850 | Plaintiffs' Second Amended Responses to Defendant's First Set of Interrogatories | | May offer | |
| | Any demonstrative exhibits which may be necessary. | | May offer | |
| | Any documents disclosed or produced by any party or non-party. | | May offer | |
| | Any exhibit listed by any party or non-party. | | May offer | |
| | Any documents necessary for rebuttal purposes. | | May offer | |
| | Any documents necessary for impeachment purposes. | | May offer | |
| | Any documents necessary to lay foundation. | | May offer | |
| | Any documents necessary for authentication. | | May offer | |

Dated this 12th day of August, 2025.

| s/ Aaron O. Martin | s/ Todd G. Messenger | s/ Amanda C. Jokerst |
|---|---|---|
| Aaron O. Martin<br>Bar Number 24170<br>Attorney for Defendant City of Salina, Kansas<br>CLARK, MIZE & LINVILLE, CHARTERED<br>P.O. Box 380<br>Salina, KS 67402-0380<br>Tel. (785) 823-6325<br>Fax: (785) 823-1868<br>Email: aomartin@cml-law.com | Todd G. Messenger,<br>CO Bar Number 38783<br>Pro Hac Vice Attorney for Defendant City of Salina, Kansas<br>Fairfield and Woods, P.C.<br>1801 California St., Ste. 2600<br>Denver, CO 80202<br>Tel. (303) 830-2400<br>Fax: (303) 830-1033<br>Email: tmessenger@fwlaw.com | Amanda C. Jokerst<br>CO Bar Number 47241<br>Pro Hac Vice Attorney for Defendant City of Salina, Kansas<br>Fairfield and Woods, P.C.<br>1801 California St., Ste. 2600<br>Denver, CO 80202<br>Tel. (303) 830-2400<br>Fax: (303) 830-1033<br>Email: ajokerst@fwlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025, I caused the foregoing **Defendant's Final Exhibit List Disclosure Pursuant to F.R.C.P. 26(a)(3) and the Trial Order (ECF 116)** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record including: Jeffrey Shaw and Samuel G. MacRoberts

s/ Aaron O. Martin
Aaron O. Martin
