In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.**<br><br>Plaintiffs,<br><br>v.<br><br>**City of Salina, Kansas.**<br><br>Defendant. | Civil Action No. 6:24-cv-01027-TC-ADM<br><br>Plaintiffs' Objection to Defendant's Final Exhibit Disclosures (Doc. 126); Certificate of Service. |

**Plaintiffs' Objections to Defendant's Final Exhibit Disclosures (Doc. 126)**

| No. | Description | Objections |
|---|---|---|
| 801 | Salina Code §§ 42-764, 42-781, 42-637, 42-500, 42-501, 42-502(b), 42-521(4)(b), 1-11, 42-597, 42-581 (Texts of these provisions compiled as PDF document) | None |
| 802 | K.S.A. § 12-101 | None |
| 803 | Other Jurisdictions Municipal Code Citations (ECF113-11; Ex. J to City's Reply ISO Motion for Summary Judgment) | None |
| 804 | Excerpts of "Regulating Digital Signs and Billboards" APA National Planning Conference (Bates Stamp City001585, 001600-01,001615-17) (ECF-107-2) | Hearsay FRE 802. The contents of the exhibit cannot be offered for the truth of the matter asserted in the exhibit. If, however, this exhibit is offered for the limited purpose of supporting the assertion that the exhibit was in Dean Andrew's file and was considered by him in anticipation of the City of Salina's 2017 amendment to the sign code, set forth in Ordinance Number 17-10882, then Plaintiffs have no objection. |
| 805 | Rocky Mountain Sign Law Blog – "San Diego's Motion for Summary Judgment | Hearsay FRE 802. The contents of the exhibit cannot be offered for the truth of the matter asserted in the exhibit. If, however, this exhibit is |

1

| | | |
|---|---|---|
| | Granted in Mural Case" (Bates Stamp City 001510-11) (ECF-107-2) | offered for the limited purpose of supporting the assertion that the exhibit was in Dean Andrew's file and was considered by him in anticipation of the City of Salina's 2017 amendment to the sign code, set forth in Ordinance Number 17-10882, then Plaintiffs have no objection. |
| 806 | Art or Signage? The Regulation of Outdoor Murals and the First Amendment (Bates Stamp City 00673-702) (ECF-107-2) | Hearsay FRE 802. The contents of the exhibit cannot be offered for the truth of the matter asserted in the exhibit. If, however, this exhibit is offered for the limited purpose of supporting the assertion that the exhibit was in Dean Andrew's file and was considered by him in anticipation of the City of Salina's 2017 amendment to the sign code, set forth in Ordinance Number 17-10882, then Plaintiffs have no objection. |
| 807 | Salina Ordinance Number 17-10882 (ECF 107-2) | None |
| 808 | Photos of Cozy Signs at Cozy Inn (Plaintiffs' Bates 50, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64; City Bates 000079) | None |
| 809 | Photo of Cozy Sign alleged final rendering (Plaintiffs' Bates 51) | None |
| 810 | Cozy Inn Sign Permit Application (City 000020, 23, 24) | None |
| 811 | Mark White Expert Report | Hearsay FRE 802; See Plaintiffs' pending *Daubert* motion (Doc. 97) |
| 812 | Photos contained in Mark White Expert Report at pg. 6, 14, 15 | See Plaintiffs' pending *Daubert* motion (Doc. 97); the photo on pg. 6 is allegedly taken from Salina's 2010 Comprehensive Plan, under the Best Evidence Rule FRE 1002, the best evidence is the Comprehensive Plan, not a single image taken out of context, it also lacks foundation FRE 602; the image on pg. 14 lacks foundation FRE 602; the second image on pg. 15 lacks foundation FRE 602 |
| 813 | Cozy Inn Sign Analysis (City00001-3) | Hearsay FRE 802 & Hearsay within Hearsay FRE 805; Best Evidence Rule FRE 1002. This exhibit asserts various measurements of The Cozy and |

| | | |
|---|---|---|
| | | the mural, but Salina officials testified that they have never physically measured The Cozy Inn, its signs, or the mural. Herrs Dep. 24:20-22. Instead, the cited measurements allegedly came from City land records and computer software records, but no such records were produced as part of the evidentiary record, even though Plaintiff requested them in discovery. Herrs 30(b)(6) Dep. 93:17—94:1, 96:8-22; *see* Plaintiffs' Third Request for Production of Documents RPD 6. |
| 814 | 2021 Application for Sign Awning (City 00006-8) | None |
| 815 | June 21, 2021, Letter to Howard (City 00009-10) | Hearsay FRE 802 & Hearsay within Hearsay FRE 802; Best Evidence Rule FRE 1002. This exhibit asserts various measurements of The Cozy, but Salina officials testified that they have never physically measured The Cozy Inn. Herrs Dep. 24:20-22. Instead, the cited measurements allegedly came from City land records and computer software records, but no such records were produced as part of the evidentiary record, even though Plaintiff requested them in discovery. Herrs 30(b)(6) Dep. 93:17—94:1, 96:8-22; *see* Plaintiffs' Third Request for Production of Documents RPD 6. |
| 816 | Audio Files of Cozy Inn Advertisements (Produced by Plaintiffs on 11/04/2024) (Cozy Inn Back 2 School; Cozy Inn Fall; Cozy Inn Full Sing-15; Cozy Inn Full Sing-30; Cozy Inn New Specials;  Holiday Gift Cards; Salina's Best Tasting Burger 2012). | None |
| 817 | Jenni's Liquor Sign Photos (City 001789, 1796, 1798) | None |
| 818 | Colin Benson Facebook Posts re Cozy Inn (City 1782 – Also produced by Mr. Benson in response to SDT at Benson Depo Ex. N p. 1) | None |

3

| | | |
|---|---|---|
| 819 | Colin Benson Facebook Posts re Jenni's Liquors (City 001777, 1779, 1782, 1784, 1786, 1787 – Also produced by Mr. Benson in response to SDT at Benson Depo Ex. N p. 2, 4). | Hearsay FRE 802 |
| 820 | Cozy Inn Facebook Post showing hamburgers (City 001783) | None |
| 821 | Jenni's Liquor Facebook Post re Jenni's Sign (City 001778) | Hearsay FRE 802 |
| 822 | Andrea Windholz Facebook Posts (City001811, 1796, 1801, 1804, 1805) | Untimely Disclosure Fed. R. Civ. P. 37(c)(1). Per the Scheduling Order (Doc. 29) all initial and supplemental disclosures were due 40 days before the October 18, 2024, close of discovery, which was September 8, 2024.  These exhibits were not disclosed until September 26, 2024.  See Certificate of Service (Doc. 67).<br><br>Hearsay FRE 802 & Hearsay within Hearsay FRE 805; Lacks Foundation FRE 602 |
| 823 | Photos of Cozy Inn Billboards (Plaintiffs' Bates 389-90) | None |
| 824 | Tim Unruh, *Cozy Inn a global treasure in downtown Salina*, Salina Post (March 7, 2022), available at https://salinapost.com/posts/0ba8fc2d-d1f7-4605-a9b4-e5d50a63efe7  (as cited in ECF 16) | None |
| 825 | Transcript of City Commission Meeting dated November 13, 2023 (ECF 16-2) | None |
| 826 | Dustin Herrs Email dated 11/7/2023 – Ex. 3 of Depo; City 000219 | Hearsay FRE 802 & Hearsay within Hearsay FRE 805; Best Evidence Rule FRE 1002. This exhibit asserts various measurements of The Cozy and the mural, but Salina officials testified that they have never physically measured The Cozy Inn, its signs, or the mural. Herrs Dep. 24:20-22. Instead, the cited measurements allegedly came from City land records and computer software records, but |

4

| | | no such records were produced as part of the evidentiary record, even though Plaintiff requested them in discovery. Herrs 30(b)(6) Dep. 93:17—94:1, 96:8-22; *see* Plaintiffs' Third Request for Production of Documents RPD 6. |
|---|---|---|
| 827 | Definition of *Sign*, MERRIAM-WEBSTER DICTIONARY (https://www.merriam-webster.com/dictionary/signs) (PDF of text) | None |
| 828 | Steve Howard Text Messages with Colin Benson (Plaintiffs Bates 339-364; Benson Depo. Ex. N at p. 6 (produced by Mr. Benson in Response to SDT)) | Hearsay FRE 802 & Hearsay within Hearsay FRE 805 |
| 829 | Colin Benson Text Messages re Jenni's Liquor Sign (produced by Mr. Benson in response to SDT; Benson Depo. Ex. N at pg. 5) | Hearsay FRE 802 & Hearsay within Hearsay FRE 805 |
| 830 | Kris Howard Facebook Comment re Jenni Liquors sign related to Cozy Inn (City 001789) | Untimely Disclosure Fed. R. Civ. P. 37(c)(1). Per the Scheduling Order (Doc. 29) all initial and supplemental disclosures were due 40 days before the October 18, 2024, close of discovery, which was September 8, 2024. These exhibits were not disclosed until September 26, 2024. See Certificate of Service (Doc. 67).<br><br>Hearsay FRE 802 & Hearsay within Hearsay FRE 805; Lack of Foundation FRE 602 |
| 831 | Verified Amended Complaint (ECF 16) with verification (ECF 16-1) | None |
| 832 | Plaintiffs' Responses to Defendant's First Set of Interrogatories | None |
| 833 | Plaintiffs' Response to Defendant's First set of Requests for Production of Documents | None |
| 834 | Plaintiffs' Responses to Defendant's First Set of Requests for Admission | None |

5

| 835 | Plaintiffs' First Amended Responses to Defendant's First Set of Requests for Admission | None |
|---|---|---|
| 836 | Defendant's Responses to Plaintiffs' First Set of Interrogatories | Hearsay FRE 802 & Hearsay within Hearsay FRE 805 |
| 837 | Defendant's Amended Responses to Plaintiffs' First Set of Interrogatories | Hearsay FRE 802 |
| 838 | Defendant's Response to Plaintiffs' Second Set of Interrogatories | Hearsay FRE 802 & Hearsay within Hearsay FRE 805 |
| 839 | Defendant's Responses to Plaintiffs' Requests for Admission | Hearsay FRE 802 & Hearsay within Hearsay FRE 805 |
| 840 | Defendant's Amended Responses to Plaintiffs' Request for Admission | Hearsay FRE 802 |
| 841 | Amended Pre-Trial Order (ECF 101) | To the extent that Defendant uses its factual contentions in this exhibit to prove the truth of the matter asserted, that would be objectionable hearsay under FRE 802. |
| 842 | Photos of Cozy Merchandise For Sale at Cozy Inn (Howard Deposition Ex. S pg. 7, 8) | None |
| 843 | The Role of Driver Distraction in Traffic Crashes, Jane C. Stutts, Ph.D. et al., PDF pages 1-25 (to include title page, pg. i-iv, and pg. 1-18) ECF 113-13 (C. Taylor Deposition Ex. G) | Best Evidence Rule FRE 1002.  ECF 113-13 is not an accurate reproduction of Taylor Deposition Ex. G.  Plaintiffs do not object to the complete Taylor Deposition Ex. G. |
| 844 | An Analysis of Driver Inattention Using a Case Crossover Approach on 100-Car Data:  Final Report (C. Taylor Depo. Ex. J) | None |
| 845 | Photos of The Yard found at Plaintiffs' bates 95 and 301 (showing covered structure from 4th Street and covered structure connected to brick building) | None |
| 846 | Ordinance Number 08-10432 (Andrew Depo. Ex. 43) | None |
| 847 | Emails between Lauren Driscoll, Dean Andrew and Dustin Herrs dated November 9, 2023 (City 000348) | Hearsay FRE 802 & Hearsay within Hearsay FRE 802; Best Evidence Rule FRE 1002. This exhibit asserts various measurements of The Cozy, but |

| | | Salina officials testified that they have never physically measured The Cozy Inn. Herrs Dep. 24:20-22. Instead, the cited measurements allegedly came from City land records and computer software records, but no such records were produced as part of the evidentiary record, even though Plaintiff requested them in discovery. Herrs 30(b)(6) Dep. 93:17—94:1, 96:8-22; *see* Plaintiffs' Third Request for Production of Documents RPD 6. |
|---|---|---|
| 848 | Staff Report for Application CC21-6 (City 000015-19) | Hearsay FRE 802 & Hearsay within Hearsay FRE 802; Best Evidence Rule FRE 1002. This exhibit asserts various measurements of The Cozy, but Salina officials testified that they have never physically measured The Cozy Inn. Herrs Dep. 24:20-22. Instead, the cited measurements allegedly came from City land records and computer software records, but no such records were produced as part of the evidentiary record, even though Plaintiff requested them in discovery. Herrs 30(b)(6) Dep. 93:17—94:1, 96:8-22; *see* Plaintiffs' Third Request for Production of Documents RPD 6. |
| 849 | Plaintiffs' First Amended Response to Defendant's First Set of Interrogatories | None |
| 850 | Plaintiffs' Second Amended Responses to Defendant's First Set of Interrogatories | None |
| | Any demonstrative exhibits which may be necessary. | None |
| | Any documents disclosed or produced by any party or non-party. | This is not a proper disclosure under Fed. R. Civ. P. 26(a)(3) or the Trial Order (Doc. 116). Plaintiffs object to any unidentified exhibit offered under this disclosure. |
| | Any exhibit listed by any party or non-party. | None |
| | Any documents necessary for rebuttal purposes. | None |

7

| | | |
|---|---|---|
| | Any documents necessary for impeachment purposes. | None |
| | Any documents necessary to lay foundation. | None |
| | Any documents necessary for authentication. | None |

Under Fed. R. Civ. Pro. 26(a)(3)(B), objections under Federal Rule of Evidence 402 and 403 need not be raised at this time. Depending on the context in which Defendant attempts to introduce exhibits, Plaintiffs reserve the right to object under FRE 402 and 403.

Kansas Justice Institute

Dated: August 19, 2025.            /s/ Jeffrey Shaw
                                   Samuel G. MacRoberts, 22781
                                   Jeffrey Shaw, 29767
                                   12980 Metcalf Avenue, Suite 130
                                   Overland Park, Kansas 66213
                                   Sam@KansasJusticeInstitute.org
                                   Jeff@KansasJusticeInstitute.org
                                   (913) 213-5018
                                   Attorney for Plaintiffs

**Certificate of Service**

The undersigned certifies that on August 19, 2025, the above document(s) were filed using the CM/ECF system, which will send notification of such filing to all participants.

/s/ Jeffrey Shaw
Jeffrey Shaw