In the United States District Court
for the
District of Kansas

| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.** | Civil Action No. 6:24-cv-01027-TC-ADM |
|---|---|
| Plaintiffs, | Plaintiffs' Objections to Defendant's Final Witness Disclosures (Doc. 125); Certificate of Service. |
| v. | |
| **City of Salina, Kansas.** | |
| Defendant. | |

**Plaintiffs' Objections to Defendant's Final Witness Disclosures (Doc. 125)**

|   | Name and Contact Information | Objections |
|---|---|---|
| 1 | Lauren Driscoll | None |
| 2 | Dean Andrew | None |
| 3 | Dustin Herrs | None |
| 4 | Steve Howard | None |
| 5 | Mark White | Plaintiffs renew the objections to Mr. White as articulated in the pending *Daubert* motion (Doc. 97). |
| 6 | Mike Schrage | None |
| 7 | Colin Benson | None |
| 8 | Dustin Michelson | None |
| 9 | Brad Anderson | None |
| 10 | Andrea Windholz | None |
| 11 | Any witnesses necessary for foundation. | None |
| 12 | Any witness necessary for impeachment or rebuttal. | None |
| 13 | Any witness identified by any other party. | None |
| 14 | Any witness necessary to authenticate documents. | None |

Dated: August 19, 2025.

Kansas Justice Institute
/s/ Jeffrey Shaw
Samuel G. MacRoberts, 22781
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Sam@KansasJusticeInstitute.org
Jeff@KansasJusticeInstitute.org
(913) 213-5018
Attorney for Plaintiffs

1

**Certificate of Service**

The undersigned certifies that on August 19, 2025, the above document(s) were filed using the CM/ECF system, which will send notification of such filing to all participants.

<u>/s/ Jeffrey Shaw</u>
Jeffrey Shaw
