# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** | ) |
| d/b/a The Cozy Inn; Stephen Howard, | ) |
| | ) |
| Plaintiffs, | ) CIVIL ACTION |
| | ) CASE NO. 6:24-cv-01027-TC-ADM |
| v. | ) |
| | ) |
| **City of Salina, Kansas,** | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S OBJECTIONS TO PLAINTIFFS' EXHIBIT DISCLOSURE AND LIST PURSUANT TO F.R.C.P. 26(a)(3)(B) AND ECF 116.

Defendant, City of Salina, Kansas ("City"), by and through its attorneys Fairfield and Woods, P.C. and Clark, Mize & Linville, Chartered, respectfully submits its objections to Plaintiffs' Exhibit Disclosure and List pursuant to F.R.C.P. 26(a)(3)(B) and ECF 116 as follows:

| Exhibit # | Bates/Ref. | Description | OBJECTION |
|---|---|---|---|
| 1 | 0049 | Photo of Cozy Inn Before Mural | Objection – FRE 401, 402, 602, 901, foundation. |
| 2 | 0051 | Photo of planned Cozy Inn Mural | No objection. |
| 3 | 50, 54, 58, 59, 60 | Photos of incomplete Cozy Inn mural | No objection. |
| 4 | 0065 | Photo of Cozy Inn dining area | Objection – FRE 401, 402, 602, 901, foundation. |
| 5 | CITY000026-30 | Salina Cozy Inn Proclamation | No objection to bate 26 (the Proclamation), Objection to Bates 27-30 (meeting minutes) – FRE 401, 402, 403 (if found relevant), 602, 801, 802, 901 |
| 6 | 0005-0048 | Salina November 13, 2023, City Commission Meeting Transcript | Objection – FRE 401, 402, 403 (if found relevant), 602, 801, 802, foundation |
| 7 | 0073-0077 | Greater Downtown Artwork List | Objection – FRE 401, 402, 403 (if found relevant), 602, 801, 802, 805, 901, foundation |

| | | | |
|---|---|---|---|
| 8 | CITY000221 - 260 | Schrage Email - 11/9/23 | Objection – FRE 401, 402, 403 (if found relevant), 602, 801, 802, 805, 901, foundation (this exhibit appears to include the attachments to email) |
| 9 | CITY000261 - 263 | Schrage Email - 11/8/23 | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation (this exhibit appears to include the attachment to email). |
| 10 | CITY000220 | Schrage Talking Points Email | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| 11 | CITY000169 - 176 | Salina November 13, 2023, City Commission Meeting Minutes | Objection – FRE 106 (if found relevant), 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, foundation |
| 12 | CITY000218 | Schrage Email 2/20/24 | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| 13 | 0127-0156 | Design Review Board April 23, 2015 Packet – Salina Art Center | Objection – FRE 106 (if found relevant), 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, foundation |
| 14 | CITY000661 - 662 | Salina Sign Permit Submittal Procedures | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation (this exhibit appears to include the attachment to email). |
| 15 | | Defendant's Response to First Set of Interrogatories | Objection – Foundation, FRE 401, 402, 403 (if found relevant), 602, 801, 802 |
| 16 | CITY000020, CITY000024, CITY000023 | Cozy Inn Sign Permit Application | No objection |
| 17 | 0217-0227 | Jeff Garretson, Art or Advertising?, KSAL.com, November 9, 2023 | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, foundation |
| 18 | 0250-0271 | Nate King, Cozy Inn Hamburgers 'sign' put on hold pending city approval, Salina Post, November 19, 2023 | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, foundation |
| 19 | 0279-0281 | Charles Rankin, 'Mural at the Mill' celebrates completion with ribbon-cutting in downtown Salina, Salina Journal, October | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, foundation |

| | | 21, 2021 | |
|---|---|---|---|
| 20 | 0316-325 | Olivia Bergmeier, Blacksmith Coffee continues conversation on small building signs in town, Salina Post, January 25, 2024 | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, foundation |
| 21 | 0302 | Roman Campa, Art or an ad?: City of Salina pauses project at historic Cozy Inn restaurant, KWCH | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, foundation |
| 22 | 0303-0315 | Asia Cymone Smith, City puts pause on Salina mural, restaurant owner says, 'I believe we'll work through this', KSN.com, November 14, 2023 | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, foundation |
| 23 | 0157-0210 | Design Review Board Packet January 14, 2021 – The Yard | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, foundation |
| 24 | 0211-0216 | Design Review Board Minutes January 14, 2021 Meeting – The Yard | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, foundation |
| 25 | | Defendant's Amended Response to First Set of Interrogatories | Objection – Foundation, FRE 401, 402, 403 (if found relevant), 602, 801, 802 |
| 26 | Ex. GG of Plaintiffs' Memorandum in Support of their Motion for Summary Judgment | Mark White, Content Neutral Sign Codes After Reed and Austin, (Sign Research Foundation 2022) | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| 27 | Ex. HH of Plaintiffs' Memorandum in Support of their Motion for Summary Judgment | Expert Report of Charles R. Taylor, Ph.D. | Objection – FRE 401, 402, 403 (If found relevant), 602, 702, 703, 801, 802, 901, foundation |
| 28 | CITY000031-32 | On-Hold Letter | Objection – 602, 801, 802, 901 |
| 29*[1] | Ex. Y of Plaintiffs' | 4/17/17 Salina City Commission Meeting Minutes | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, |

3

| | | | |
|---|---|---|---|
| | Response to Salina's Motion for Summary Judgment | | 901, 1002 foundation, failure to timely disclose pursuant to F.R.C.P. 26, 37(c)(1) and ECF 29. |
| **30*** | Ex. Z of Plaintiffs' Response to Salina's Motion for Summary Judgment | 4/17/17 Salina City Commission Meeting Documents | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, foundation, failure to timely disclose pursuant to F.R.C.P. 26, 37(c)(1) and ECF 29. |
| **31*** | Ex. AA of Plaintiffs' Response to Salina's Motion for Summary Judgment | 5/15/17 Salina City Commission Meeting Minutes | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, 1002, foundation, failure to timely disclose pursuant to F.R.C.P. 26, 37(c)(1) and ECF 29. |
| **32*** | Ex. BB of Plaintiffs' Response to Salina's Motion for Summary Judgment | 5/15/17 Salina City Commission Meeting Documents | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, 1002, foundation, failure to timely disclose pursuant to F.R.C.P. 26, 37(c)(1) and ECF 29. |
| **33*** | Ex. CC of Plaintiffs' Response to Salina's Motion for Summary Judgment | 6/26/17 Salina City Commission Meeting Minutes | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, 1002, foundation, failure to timely disclose pursuant to F.R.C.P. 26, 37(c)(1) and ECF 29. |
| **34*** | Ex. DD of Plaintiffs' Response to Salina's Motion for Summary Judgment | 6/26/17 Salina City Commission Meeting Documents | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, foundation, failure to timely disclose pursuant to F.R.C.P. 26, 37(c)(1) and ECF 29. |
| **35*** | Ex. EE of Plaintiffs' Response to Salina's | 7/10/17 Salina City Commission Meeting Minutes | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, 1002, foundation, failure to timely disclose pursuant to F.R.C.P. |

| | Motion for Summary Judgment | | 26, 37(c)(1) and ECF 29. |
|---|---|---|---|
| **36*** | Ex. FF of Plaintiffs' Response to Salina's Motion for Summary Judgment | 7/10/17 Salina City Commission Meeting Documents | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, 1002, foundation, failure to timely disclose pursuant to F.R.C.P. 26, 37(c)(1) and ECF 29. |
| **37** | | Defendant's Answers to Second Set of Interrogatories | Objection – Foundation, 403 (if found relevant), 602, 801, 802. 901 |
| **38** | 0004 | Email from Kai Morgan, Permit Technician for Defendant City of Salina, to Plaintiffs, dated November 15, 2023, regarding application for sign permit and Certificate of Compatibility. | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation, |
| **39** | | Small Business Administration, The Signage Sourcebook (2003). Available for download at https://www.signreference.org/essential-sign-library/. | Objection – FRE 401, 402, 403 (If found relevant), 602, 702, 703, 801, 802, 805, 901, foundation, failure to timely disclose pursuant to F.R.C.P. 26, 37(c)(1) and ECF 29. |
| **40** | Ex. H of Deposition of Charles R. Taylor, Ph.D. | Charles R. Taylor, et al., On-Premises Signs as Storefront Marketing Devices and Systems (2005). Available for download at https://www.signreference.org/essential-sign-library/. | Objection – FRE 401, 402, 403 (If found relevant), 602, 702, 703, 801, 802, 805, 901, foundation, failure to timely disclose pursuant to F.R.C.P. 26, 37(c)(1) and ECF 29. |
| **41** | 0326-0330 | Salina Arts & Humanities Public Art Fire Station # 2 | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation. failure to timely disclose pursuant to F.R.C.P. 26, 37(c)(1) and ECF 29. |
| **42** | 0331-0334 | Salina Arts & Humanities Public Art Frequently Asked Questions | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| **43** | 0082 | Photo of Mural at the Mill 1 | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| **44** | 0083 | Photo of KU Medical School Mural | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |

| | | | |
|---|---|---|---|
| 45 | 0085 | Photo of mural in Salina 1 | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 46 | 0086 | Photo of mural in Salina 2 | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 47 | 0088 | Photo of Mural at the Mill 2 | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 48 | 0091 | Photo of The Yard Mural 1 | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 49 | 0093 | Photo of Bull Durham Mural | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 50 | 0095 | Photo of The Yard Mural 2 | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 51 | 0098 | Photo of Salina Art Center Mural | Objection – FRE 401, 402, 403 (If found relevant), 602, 901 (as to left side of photo), foundation |
| 52 | 0099 | Photo of Fire Station #2 Mural | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 53 | 0100 | Photo of Schlotzsky's Mural | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 54 | 0101 | Photo of American Flag Mural | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 55 | 0102 | Photo of Cross Mural | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 56 | 0103 | Photo of Sharp Training Mural | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 57 | 0104 | Photo of boy holding globe mural | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 58 | 0105 | Photo of butterfly mural | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 59 | 0106 | Photo of fox mural | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 60 | 0107 | Photo of Dionysus mural | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 61 | 0108 | Photo of Amelia Earhart mural | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 62 | 0110 | Photo of lineman mural | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 63 | 0111 | Photo of mural in Salina 3 | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 64 | 0112 | Photo of plant mural | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |

| | | | |
|---|---|---|---|
| 65 | 0113 | Photo of 67401 mural | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 66 | 0114 | Photo of mural in Salina 4 | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 67 | 0115 | Photo of Artwork Alley | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 68 | 0116 | Photo of mural in Salina 5 | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 69 | 0117 | Photo of mural in Salina 6 | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 70 | 0118 | Photo of mural in Salina 7 | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 71 | 0119 | Photo of mural in Salina 8 | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 72 | 0120 | Photo of Symphony of Sunflowers mural | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 73 | 0121 | Photo of mural in Salina 9 | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 74 | 0122 | Photo of mural in Salina 10 | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 75 | 0123 | Photo of The Yard Mural 3 | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 76 | 0124 | Photo of The Yard Mural 4 | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 77 | 0125 | Photo of mural in Salina 11 | Objection – FRE 401, 402, 403 (If found relevant), 602, foundation |
| 78 | 0296 | Photo of Original Grande mural 1 | Objection – FRE 401, 402, 403 (If found relevant), 602, 901, foundation |
| 79 | 0297 | Photo of Original Grande mural 2 | Objection – FRE 401, 402, 403 (If found relevant), 602, 901, foundation |
| 80 | 0298 | Photo of Original Grande mural 3 | Objection – FRE 401, 402, 403 (If found relevant), 602, 901, foundation |
| 81 | 0299 | Photo of Original Grande mural 4 | Objection – FRE 401, 402, 403 (If found relevant), 602, 901, foundation |
| 82 | 0300 | Photo of Bike Tek mural | Objection – FRE 401, 402, 403 (If found relevant), 602, 901, foundation |
| 83 | 0301 | Photo of The Yard Mural 5 | Objection – 401, 402, 602 |
| 84 | CITY000084 | Email from Borst Adam | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |

| | | | |
|---|---|---|---|
| 85 | CITY000087 | Email from James Newton | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| 86 | CITY000088 | Email from Gretchen Hunt | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| 87 | CITY000089 | Email from Marsha Taylor | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| 88 | CITY000090 | Email from Manjeet Ranu | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| 89 | CITY000092 | Email from Mike Stanley | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| 90 | CITY000093 | Email from Brenda Collins | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| 91 | CITY000094 | Email from Steven M | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| 92 | CITY000098 | Email from Chris Knight | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| 93 | CITY000130 | Email from Scott Smith | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| 94 | CITY000133 | Email from jamto4599@yahoo.com | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| 95 | CITY000134 | Email from Mary Weigel | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| 96 | CITY000137 | Email from Amy Lagerman | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| 97 | CITY000138 - 139 | Email from Helen Solle | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| 98 | CITY000159 | Email from Roberta Bretz | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
| 99 | CITY000165 | Email from Keely Denning | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |

| 100 | CITY000166 | Email from Kate Copp | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 901, foundation |
|---|---|---|---|
| 101* | https://www.youtube.com/watch?v=nvazH1iWz14&t=8s | Video of November 13, 2023, City Commission meeting posted on Salina's YouTube channel, will only be offered if Defendant objects to the admissibility of Exhibit 6, Salina November 13, 2023, City Commission Meeting Transcript | Objection – FRE 401, 402, 403 (if found relevant), 602, 801, 802, foundation |
| 102 | | Defendant's Response to Requests for Admissions | Objection – Foundation, FRE 401, 402, 403 (if found relevant), 602, 801, 802 |
| 103 | 0078 | "Check Out Salina Murals!" billboard | Objection – FRE 401, 402, 403 (If found relevant), 602, 901, foundation |
| 104 | Exhibit 39 of Deposition of Dean Andrew | Water Tower Mural | Objection – FRE 401, 402, 403 (If found relevant), 602, 901, foundation failure to timely disclose pursuant to F.R.C.P. 26, 37(c)(1) and ECF 29. |
| 105 | 0228-0249 | Tim Unruh, Cozy Inn a global treasure in downtown Salina, Salina Post March 7, 2022. | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, foundation |
| 106 | 0272-0276 | Jeff Garretson, Ghost Mural Revamp, KSAL.com, October 23, 2019. | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, foundation |
| 107 | 0277-0278 | Charles Rankin, If walls could talk: Artist works to restore historic ad, Salian Journal, October 17, 2019 | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, foundation |
| 108 | 0282-0284 | C. Jayden Smith, New downtown baseball and softball facility hopes to boost Salina community, Salina Journal, June 10, 2021. | Objection – FRE 401, 402, 403 (If found relevant), 602, 801, 802, 805, 901, foundation |
| 109 | Exhibit 38 of Deposition of Dean Andrew | Andy Warhol Campbell's Soup Can Painting | Objection – FRE 401, 402, 403 (If found relevant), 602, 901, foundation failure to timely disclose pursuant to F.R.C.P. 26, 37(c)(1) and ECF 29. |
| 110 | https://library.municode.com | Salina City Code | Objection – FRE 401, 402, 403 (If found relevant), 602, 901, foundation |

9

| | /ks/salina/co<br>d<br>es/code_of_o<br>r<br>dinances | | |
|---|---|---|---|

Defendant objects to Plaintiffs' disclosure of "evidence necessary for rebuttal purposes" to the extent such evidence/exhibit has not been identified by Plaintiffs or Defendant in the F.R.C.P. 26(a)(3)(A) disclosures.

Defendant also generally objects to Plaintiffs' use of the term "mural" and descriptions of the Cozy Sign as a mural.

Dated this 19th day of August, 2025.

| s/ Aaron O. Martin | s/ Todd G. Messenger | s/ Amanda C. Jokerst |
|---|---|---|
| Aaron O. Martin<br>Bar Number 24170<br>Attorney for Defendant City of Salina, Kansas<br>CLARK, MIZE & LINVILLE, CHARTERED<br>P.O. Box 380<br>Salina, KS 67402-0380<br>Tel. (785) 823-6325<br>Fax: (785) 823-1868<br>Email: aomartin@cml-law.com | Todd G. Messenger,<br>CO Bar Number 38783<br>Pro Hac Vice Attorney for Defendant City of Salina, Kansas<br>Fairfield and Woods, P.C.<br>1801 California St., Ste. 2600<br>Denver, CO 80202<br>Tel. (303) 830-2400<br>Fax: (303) 830-1033<br>Email: tmessenger@fwlaw.com | Amanda C. Jokerst<br>CO Bar Number 47241<br>Pro Hac Vice Attorney for Defendant City of Salina, Kansas<br>Fairfield and Woods, P.C.<br>1801 California St., Ste. 2600<br>Denver, CO 80202<br>Tel. (303) 830-2400<br>Fax: (303) 830-1033<br>Email: ajokerst@fwlaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2025, I caused the foregoing **DEFENDANT'S OBJECTIONS TO PLAINTIFFS' EXHIBIT DISCLOSURE AND LIST PURSUANT TO F.R.C.P. 26(a)(3)(A)(ii) AND ECF 116** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record including: Jeffrey Shaw and Samuel G. MacRoberts

s/ Aaron O. Martin<br>Aaron O. Martin