**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **Cozy Inn, Incorporated,** | **)** |
| **d/b/a The Cozy Inn; Stephen Howard,** | **)** |
| | **)** |
| **Plaintiffs,** | **) CIVIL ACTION** |
| | **) CASE NO. 6:24-cv-01027-TC-ADM** |
| **v.** | **)** |
| | **)** |
| **City of Salina, Kansas,** | **)** |
| | **)** |
| **Defendant.** | **)** |

**DEFENDANT'S OBJECTIONS TO PLAINTIFFS' WITNESS DISCLOSURE AND LIST**

Defendant, City of Salina, Kansas ("City"), by and through its attorneys Fairfield and Woods, P.C. and Clark, Mize & Linville, Chartered, respectfully submits its objections to Plaintiffs' Witness Disclosure and List. These objections, which Defendant submits are not required by ECF 116, F.R.C.P. 26(a)(3)(B), or the United States District Court, District of Kansas local rules, are provided in an abundance of caution given Plaintiffs' filed objections (ECF 129). Defendant submits these objections to inform the Court of evidentiary witness issues that have materialized. Defendant reserves its right under the Federal Rules of Evidence and the Federal Rules of Civil Procedure respecting objections to witnesses in due course.

| | **Name and Contact Information** | **Objection** |
|---|---|---|
| 1 | Plaintiff Steve Howard c/o Kansas Justice Institute, by and through counsel<br><br>[expected to call] | |
| 2 | Plaintiff Cozy Inn, Incorporated, 30(b)(6) | Objection – No individual has been identified pursuant to F.R.C.P. 26(a)(3)(A)(i). This disclosure refers to a deposition rule, and no 30(b)(6) deposition of the Cozy Inn took place. The Cozy Inn owners and manager – Steve Howard and Andrea Windholz were deposed and are |

| | | |
|---|---|---|
| | | otherwise identified on Plaintiffs' disclosure. |
| 3 | Andrea Windholz c/o The Cozy Inn 108 N. 7th Street, Salina, KS 67401 785-825-2699 [may call as needed] | |
| 4 | Colin Benson 303-842-7183 c/o True Love Tattoo 117 S. Santa Fe Ave., Salina, KS 67401 [expected to call] | |
| 5 | Jess Blase c/o The Cozy Inn 108 N. 7th Street, Salina, KS 67401 785-825-2699 [may call as needed] | |
| 6 | Charles R. Taylor, Ph.D. – Expert Witness | Objection – Rule 702 Motion is pending. Further, Charles Taylor, Ph.D. was identified and disclosed only as a Rebuttal Expert witness and he may testify only in rebuttal to Mark White (Defendant's expert witness), should Mark White testify. |
| 7 | Mike Schrage c/o defense counsel [expected to call] | |
| 8 | Lauren Driscoll c/o defense counsel [expected to call] | |
| 9 | Dustin Michelson c/o defense counsel [expected to call] | |
| 10 | Dean Andrew c/o defense counsel [expected to call] | |
| 11 | Dustin Herrs c/o defense counsel [expected to call] | |
| 12 | Brad Anderson c/o defense counsel [expected to call] | |
| 13 | Government Representative under Rule 30(b)(6) c/o defense counsel [expected to call] | Objection – No individual has been identified pursuant to F.R.C.P. 26(a)(3)(A)(i). This disclosure refers to a deposition rule. Dean Andrew and Dustin Herrs were designated and deposed under Rule 30(b)(6). Mr. Andrew and Mr. Herrs have been otherwise identified as witnesses by Plaintiffs and Defendant. |
| 14 | Bill Longbine | Objection – Bill Longbine is an elected City Commissioner. He was not deposed in this |

| | | |
|---|---|---|
| | [may call as needed] | matter, and he is listed as a witness only for the purpose of testifying to statements he made as a City Commissioner at a City Commission meeting.  High ranking government officials are not required to testify absent extraordinary circumstances. *See In re Office of the Utah Attorney General*, 56 F.4th 1254 (10th Cir. 2022). Plaintiffs cannot make the requisite showing that "(1) the official has first-hand knowledge related to the claim being litigated; (2) the testimony will likely lead to the discovery of admissible evidence[;] (3) the deposition is essential to the party's case[;] and (4) the information cannot be obtained from an alternative source or via less burdensome means." *Id*. at 1264. |
| 15 | Karl Ryan<br><br>[may call as needed] | Objection – Karl Ryan was an elected City Commissioner.  He was not deposed in this matter, and he is listed as a witness only for the purpose of testifying to statements he made as a City Commissioner at a City Commission meeting.  High ranking government officials are not required to testify absent extraordinary circumstances. *See In re Office of the Utah Attorney General*, 56 F.4th 1254 (10th Cir. 2022). Plaintiffs cannot make the requisite showing that "(1) the official has first-hand knowledge related to the claim being litigated; (2) the testimony will likely lead to the discovery of admissible evidence[;] (3) the deposition is essential to the party's case[;] and (4) the information cannot be obtained from an alternative source or via less burdensome means." *Id*. at 1264. |
| 16 | Custodian of Records,<br>City of Salina<br>c/o defense counsel [may call as needed] | Objection – No individual has been identified pursuant to F.R.C.P. 26(a)(3)(A)(i). |
| | Plaintiffs reserve the right to call the custodians of all records produced in | Objection – this disclosure is improper under F.R.C.P. 26(a)(3)(A)(i) and (iii). |

| discovery or other foundational witnesses. | |
|---|---|

Dated this 19th day of August, 2025.

| s/ Aaron O. Martin | s/ Todd G. Messenger | s/ Amanda C. Jokerst |
|---|---|---|
| Aaron O. Martin | Todd G. Messenger, | Amanda C. Jokerst |
| Bar Number 24170 | CO Bar Number 38783 | CO Bar Number 47241 |
| Attorney for Defendant City of Salina, Kansas | Pro Hac Vice Attorney for Defendant City of Salina, Kansas | Pro Hac Vice Attorney for Defendant City of Salina, Kansas |
| CLARK, MIZE & LINVILLE, CHARTERED | Fairfield and Woods, P.C. | Fairfield and Woods, P.C. |
| P.O. Box 380 | 1801 California St., | 1801 California St., |
| Salina, KS 67402-0380 | Ste. 2600 | Ste. 2600 |
| Tel. (785) 823-6325 | Denver, CO 80202 | Denver, CO 80202 |
| Fax: (785) 823-1868 | Tel. (303) 830-2400 | Tel. (303) 830-2400 |
| Email: aomartin@cml-law.com | Fax: (303) 830-1033 | Fax: (303) 830-1033 |
| | Email: tmessenger@fwlaw.com | Email: ajokerst@fwlaw.com |

### CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, I caused the foregoing **DEFENDANT'S OBJECTIONS TO PLAINTIFFS' WITNESS DISCLOSURE AND LIST** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record including: Jeffrey Shaw and Samuel G. MacRoberts

s/ Aaron O. Martin

Aaron O. Martin