# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **COZY INN, INC, ET AL.,** | ) | Case Number: | **24-1027** |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| **CITY OF SALINA, KANSAS,** | ) | | |
| | ) | | |
| Defendant(s). | ) | Date of Hearing: | **8/21/25** |
| _____ | ) | | |

## CIVIL MINUTE SHEET – TELEPHONE CONFERENCE

| JUDGE: | Hon. Toby Crouse, United States District Judge |
|---|---|
| COURT REPORTER: | Kelli Stewart |
| COURTROOM DEPUTY: | Traci Anderson |
| TIME IN COURT: | 10 mins. |

**APPEARANCES:**

- PLAINTIFFS' COUNSEL:    **Samuel MacRoberts / Jeffrey Shaw**
- DEFENDANT'S COUNSEL:    **Todd Messenger/Amanda Jokerst/Aaron Martin**

The parties participated in a telephone conference regarding their currently scheduled trial. It was discussed that their trial is the fourth trial scheduled to start on October 7, 2025. Upon agreement of the parties and in light of the anticipation that all the issues presented in the parties' summary judgment papers are legal questions that can be resolved without a trial, the parties' remaining pretrial obligations are suspended and the current trial setting is cancelled. An in-person status conference is set to occur at 9:00 a.m. on October 22, 2025 to address any remaining claims surviving the anticipated summary judgment ruling. In the event the parties seek a separate hearing—either sooner or later—the parties may move for a different setting for their status conference.