In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.** | Civil Action No. 6:24-cv-01027-TC-ADM |
| Plaintiffs, | Plaintiffs' Motion for Attorneys' Fees and Costs; Certificate of Service. |
| v. | |
| **City of Salina, Kansas.** | |
| Defendant. | |

**Plaintiffs' Motion for Attorneys' Fees and Costs**

Plaintiffs Cozy Inn, Incorporated, and Steven Howard, move this Court to award reasonable attorneys' fees pursuant to 42 U.S.C. § 1988, Fed. R. Civ. P. 54(d)(2), and D. Kan. Rule 54.2, as the prevailing parties in this action.

The Plaintiffs filed suit under 42 U.S.C. § 1983 on February 19, 2024, Doc. 1, and filed an amended complaint on April 10, 2024, Doc. 16. The government filed a motion to dismiss on May 9, 2024. Doc. 26. The Plaintiffs responded on May 30, 2024. Doc. 31. The parties filed cross motions for summary judgment on February 7, 2025. Docs. 104, 105, 106, 107. On June 20, 2025, the government's motion to dismiss was denied without prejudice. Doc. 119.

On November 19, 2025, this Court issued a Memorandum and Order finding in favor of Plaintiffs on their First Amendment content discrimination and prior restraint claims and issued a declaratory judgment in favor of the Plaintiffs on these claims. Doc. 136. The Court ruled against Plaintiffs on their void for vagueness claim. Doc. 136. A corresponding judgment has not yet issued. Out of an abundance of caution, the Plaintiffs are filing this motion within fourteen days of the Memorandum and Order.

The Plaintiffs are the prevailing party under 42 U.S.C. § 1988 and are eligible to recover attorneys' fees for their First Amendment content discrimination and prior restraint claims.

Pursuant to Fed. R. Civ. P. 54(d)(2)(B)(iii), the Plaintiffs fairly estimate the attorneys' fees will be approximately $87,545.50 as of the date of the filing of this motion.[1] The Plaintiffs are not seeking non-taxable costs, but will be seeking taxable costs later, which are estimated to be $15,097.70.

The Plaintiffs have exercised substantial and significant billing judgment but are committed to, and will in fact, continue to discuss this motion for fees and costs with the government.[2]

Pursuant to D. Kan. Rule 54.2(e), a memorandum in support, with accompanying records and evidence, will be filed following consultation with the government per D. Kan. Rule 54.2(a).

Dated: December 3, 2025.    Kansas Justice Institute

/s/ Samuel G. MacRoberts
Samuel G. MacRoberts, 22781
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
sam@kansasjusticeinstitute.org
jeff@kansasjusticeinstitute.org
(913) 213-5018
Attorneys for Plaintiffs

---

[1] Because the final amount of the Plaintiffs' attorneys' fees and costs request will depend on the time spent on the potential appeal of this matter, and any further work related to attorneys' fees if an agreement can't be reached, the Plaintiffs request that the appropriate amounts be adjusted at the end of the attorneys' fees briefing process or due within 45 days from the date of a final resolution of any appeal, including a petition for a writ of certiorari in the United States Supreme Court.
[2] The parties have already begun discussing this motion.

## Certificate of Service

The undersigned certifies that on December 3, 2025, the above document(s) were filed using the CM/ECF system, which will send notification of such filing to all participants.

/s/ Samuel G. MacRoberts
Samuel G. MacRoberts
