IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** </br> **d/b/a The Cozy Inn; Stephen Howard,** </br> </br> Plaintiffs, </br> </br> v. </br> </br> **City of Salina, Kansas,** </br> </br> Defendant. | ) </br> ) </br> ) </br> ) CIVIL ACTION </br> ) CASE NO.  6:24-cv-01027-TC-ADM </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**NOTICE OF APPEAL**

Defendant, City of Salina, Kansas, by and through its attorneys Fairfield and Woods, P.C., and Clark, Mize & Linville, Chartered, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on November 19, 2025.

Respectfully submitted this 18th day of December, 2025.

*s/ Aaron O. Martin*
Aaron O. Martin
Bar Number: 24170
Attorney for Defendant,
City of Salina, Kansas
Clark, Mize & Linville, Chartered
P.O. Box 380
Salina, KS  67402-0380
Tel.: (785) 823-6325
Fax: (785) 823-1868
Email: aomartin@cml-law.com

*s/ Todd G. Messenger*
Todd G. Messenger
CO Bar Number: 38783
*Pro Hac Vice* Attorney for Defendant, City of Salina, Kansas
Fairfield and Woods, P.C.
1801 California St., Ste. 2600
Denver, CO  80202
Tel.: (303) 830-2400
Fax: (303) 830-1033
Email: tmessenger@fwlaw.com

*s/ Amanda C. Jokerst*
Amanda C. Jokerst
CO Bar Number: 47241
*Pro Hac Vice* Attorney for Defendant, City of Salina, Kansas
Fairfield and Woods, P.C.
1801 California St., Ste. 2600
Denver, CO  80202
Tel.: (303) 830-2400
Fax: (303) 830-1033
Email: ajokerst@fwlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of December, 2025, I caused the foregoing NOTICE OF APPEAL to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record including: Jeffrey Shaw and Samuel G. MacRoberts.

                                                                                           *s/ Aaron O. Martin*
                                                                                           Aaron O. Martin