IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Cozy Inn, Incorporated,** <br> **d/b/a The Cozy Inn; Stephen Howard,** <br><br> Plaintiffs, <br><br> v. <br><br> **City of Salina, Kansas,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) CASE NO.  6:24-cv-01027-TC-ADM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION TO APPROVE STIPULATION DURING PENDENCY OF APPEAL AND STAY THE EFFECT OF MEMORANDUM AND ORDER (DOC. 136) DURING THE PENDENCY OF APPEAL PURSUANT TO FED. R. CIV. P. 62

Defendant City of Salina, Kansas ("City"), by and through its attorneys Fairfield and Woods, P.C. and Clark, Mize & Linville, Chartered, and Plaintiffs, Cozy Inn, Incorporated d/b/a The Cozy Inn and Stephen Howard ("Plaintiffs") by and through their attorneys, the Kansas Justice Institute, hereby submit the following Joint Motion to Approve Stipulation During Pendency of Appeal and Stay the Effect of Memorandum and Order (Doc. 136) During the Pendency of Appeal Pursuant to Fed. R. Civ. P. 62 ("Joint Motion"):

**BACKGROUND**

1. On February 19, 2024, Plaintiffs filed a lawsuit against the City. (Doc. 1)

2. On April 19, 2024, the parties agreed to maintain the *status quo* during the pendency of the civil action Case No. 6:24-CV-01027-TC-ADM ("Civil Action") and filed a "Stipulation" to that effect with the Court. (Doc. 21) Specifically, without prejudice to the City's defenses as to the merits of this matter, the City agreed to not take any enforcement action against the Plaintiffs respecting the partially-completed display located at 108 North Seventh Street,

Salina, Kansas that is the subject matter of Plaintiffs' Verified Complaint (Doc. 1) ("Cozy Display"), during the pendency of the Civil Action. The parties further agreed that, without prejudice to Plaintiffs' claims as to the merits of this matter, Plaintiffs would maintain the *status quo* regarding the Cozy Display, and Plaintiffs would take no further action to modify or complete the display during the pendency of the Civil Action.

3. On November 19, 2025, the Court entered a Memorandum and Order (Doc. 136) ("Order") in which it granted in part and denied in part the Parties' Motions for Summary Judgment (Docs. 104 and 106).

4. The City is filing a Notice of Appeal concurrently with this Joint Motion.

## **LEGAL SUPPORT FOR JOINT MOTION**

5. The Order granted declaratory relief to the Plaintiffs on First Amendment grounds. However, the Order assumes that the City will comply "with the declaratory judgments issued against it." Order at 35.

6. By this Joint Motion, the City seeks, and Plaintiffs consent to, a stay of the Order that the City submits effectively serves as an injunction. As such, Fed. R. Civ. P. 62(d) authorizes this Court to stay the effect of the Order during the pendency of the appeal.

7. By way of the attached Stipulation During Pendency of Appeal, the Parties have agreed to terms that secure the Plaintiffs' rights to complete the display at The Cozy Inn during the pendency of the appeal. The Parties submit that a bond is not necessary.

WHEREFORE, Defendant City of Salina and Plaintiffs The Cozy Inn and Steve Howard respectfully request that this Court stay the effect of the Memorandum and Order, approve the attached Stipulation During Pendency of Appeal, and grant such further relief as the Court deems

2

just and proper.

Respectfully submitted this _18th___ day of December, 2025.

*Signed by:* Jeff Shaw
Samuel G. MacRoberts
Bar Number 22781
Jeffrey Shaw
Bar Number 29767
Attorneys for Plaintiffs, Cozy Inn
Incorporated d/b/a The Cozy Inn;
Stephen Howard
Kansas Justice Institute
12980 Metcalf Avenue, Suite 130
Overland Park, KS 66213
Tel. (913)213-5121
Fax:(913)213-5018
Email: jeff@kansasjusticeinstitute.org;
sam.macroberts@kansasjusticeinstitute.org

*DocuSigned by:* Aaron O. Martin
Aaron O. Martin,
Bar Number 24170
Attorney for Defendant, City of Salina
CLARK, MIZE & LINVILLE, CHARTERED
P.O. Box 380
Salina, KS 67402-0380
Tel. (785) 823-6325
Email: aomartin@cml-law.com

*DocuSigned by:*
Todd G. Messenger
CO Bar Number 38783
Amanda C. Jokerst,
CO Bar Number 47241
Pro Hac Vice Attorneys for Defendant,
City of Salina
Fairfield and Woods, P.C.
1801 California St, Suite 2600
Denver, CO 80202
Tel. (303) 830-2400
Fax: (303) 830-1033
Email: tmessenger@fwlaw.com;
ajokerst@fwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this _18th____ day of December, 2025, I caused the foregoing **JOINT MOTION TO APPROVE STIPULATION DURING PENDENCY OF APPEAL AND STAY THE EFFECT OF MEMORANDUM AND ORDER (DOC. 136) DURING THE PENDENCY OF APPEAL PURSUANT TO FED. R. CIV. P. 62** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Jeffrey Shaw.
Samuel G. MacRoberts
Kansas Justice Institute
12980 Metcalf Avenue, Suite 130
Overland Park, KS 66213
Telephone: 913-213-5121; 913-213-5018
E-mail: jeff@kansasjusticeinstitute.org; sam.macroberts@kansasjusticeinstitute.org

*Attorneys for Plaintiffs*

                                                                    /s/   Aaron O. Martin
                                                                    Aaron O. Martin