UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**COZY INN, INC, ET AL.,** ) Case Number: **24-1027**
)
Plaintiffs, )
)
**CITY OF SALINA, KANSAS,** )
)
Defendant(s). ) Date of Hearing: **12/23/25**
_____ )

**CIVIL MINUTE SHEET – TELEPHONE CONFERENCE**

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TIME IN COURT: | **10 mins.** |

**APPEARANCES:**
- PLAINTIFFS' COUNSEL:     **Samuel MacRoberts**
- DEFENDANT'S COUNSEL:     **Todd Messenger/Aaron Martin**

The parties participated in a telephone conference regarding their pending motions:

| 12/03/2025 | view138 | MOTION for Attorney Fees *and Costs* by Plaintiffs Cozy Inn, Incorporated, Stephen Howard (MacRoberts, Samuel) (Entered: 12/03/2025) |
|---|---|---|
| 12/18/2025 | view140 | Joint MOTION to Stay Case re 136 Order on Motion to Exclude Expert Testimony,, Order on Motion for Summary Judgment, by Defendant Salina, Kansas, City of (Attachments: # 1 Exhibit Stipulation During Pendency of Appeal)(Martin, Aaron) (Entered: 12/18/2025) |

The parties discuss the pending motions and the issue of the absence of a separate Judgment.

The Court sets a Telephone Conference for 1/6/26 at 2:30 p.m. The parties are to call into the conference line: CONFERENCE NO: 785-337-8299; Access Code: 890 312 185 at that time.