## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **COZY INN, INC, ET AL.,** | ) | Case Number: | **24-1027** |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| **CITY OF SALINA, KANSAS,** | ) | | |
| | ) | | |
| Defendant(s). | ) | Date of Hearing: | **1/6/26** |
| _____ | ) | | |

### CIVIL MINUTE SHEET – TELEPHONE CONFERENCE

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TIME IN COURT: | **30 mins.** |

**APPEARANCES:**
- PLAINTIFFS' COUNSEL:     **Samuel MacRoberts / Jeff Shaw**
- DEFENDANT'S COUNSEL:   **Todd Messenger / Aaron Martin / Katherine Goldstein**

**PROCEEDINGS:**

The parties discuss issues related to their pending motions:

| 12/03/2025 | view138 | MOTION for Attorney Fees *and Costs* by Plaintiffs Cozy Inn, Incorporated, Stephen Howard (MacRoberts, Samuel) (Entered: 12/03/2025) |
|---|---|---|
| 12/18/2025 | view140 | Joint MOTION to Stay Case re 136 Order on Motion to Exclude Expert Testimony,, Order on Motion for Summary Judgment, by Defendant Salina, Kansas, City of (Attachments: # 1 Exhibit Stipulation During Pendency of Appeal)(Martin, Aaron) (Entered: 12/18/2025) |

The Court will prepare and file a separate judgment, consistent with the memorandum and order, Document 136 filed on November 19, 2025, in favor of plaintiffs Cozy Inn, Inc., d/b/a, The Cozy Inn and Stephen Howard on Claims 1 and 2 and in favor of Defendant City of Salina, Kansas on Claim 3.

The joint motion, Doc. 140, is denied without prejudice as reflected on the record.

Plaintiffs orally move to stay the motion for attorney fees, Doc. 138.  The City does not oppose.  The Court GRANTS the oral motion.