## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

| | | |
|---|---|---|
| **SKYLER B. O'HARA**<br>CLERK<br>E-MAIL: Skyler_OHara@ksd.uscourts.gov<br>(913) 735-2220 | Kansas City, Kansas | 204 U.S.COURTHOUSE<br>401 N. MARKET<br>WICHITA, KS 67202 |
| **STEPHANIE MICKELSEN**<br>CHIEF DEPUTY CLERK<br>E-MAIL: Stephanie_Mickelsen@ksd.uscourts.gov<br>(913) 735-2235 | January 7, 2026 | 490 U.S.COURTHOUSE<br>444 NE QUINCY<br>TOPEKA, KS 66683 |

Clerk, U.S. Court of Appeals
  for the Tenth Circuit

District Court Case No.:  6:24-cv-01027-TC

Circuit Appeal No.:    25-03225

Dear Clerk,

Please be advised that the record is complete for the purposes of appeal.

_____  The transcript was filed this date.

\_\_✗\_\_\_  A transcript is not necessary for this appeal.

_____  The necessary transcript is already on file in the U.S. District Court.

_____  The necessary transcript was ordered previously in Appeal No. _____.

Sincerely,

SKYLER B. O'HARA, CLERK

By: s/ C. Abraham
_____

Cc: Counsel of Record (**SEE NOTICE OF ELECTRONIC FILING**)