**In the United States District Court
for the District of Kansas**

———————

Case No. 24-cv-01027-TC

———————

COZY INN, INCORPORATED, D/B/A
THE COZY INN,
STEPHEN HOWARD,

*Plaintiffs*

v.

CITY OF SALINA, KANSAS,

*Defendant*

———————

## JUDGMENT IN A CIVIL CASE

☐  Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒  Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**Pursuant to the Court's Memorandum and Order filed on November 19, 2025, Doc. 136, and modified by a telephone conference held on January 6, 2026, the Court finds in favor of plaintiffs Cozy Inn, Inc., d/b/a, The Cozy Inn and Stephen Howard on Claims 1 and 2 and in favor of Defendant City of Salina, Kansas on Claim 3.**

Date:  January 7, 2026         SKYLER B. O'HARA
                               CLERK OF THE DISTRICT COURT

                               By:   s/  Traci Anderson
                                       Deputy Clerk