In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard.**<br><br>Plaintiffs,<br><br>v.<br><br>**City of Salina, Kansas.**<br><br>Defendant. | Civil Action No. 6:24-cv-01027-TC-ADM<br><br>Notice of Withdrawal of Plaintiffs' Motion for Attorneys' Fees; Certificate of Service. |

## Notice of Withdrawal of Plaintiffs' Motion for Attorneys' Fees

Because the parties have agreed that they will bear their own attorneys' fees and costs and have also agreed that the parties will not pursue attorneys' fees or costs as to further proceedings, the Plaintiffs are withdrawing their motion for attorneys' fees and costs. *See* Doc. 138.

Kansas Justice Institute

Dated: October 29, 2026.

/s/ Samuel G. MacRoberts
Samuel G. MacRoberts, 22781
Jeffrey Shaw, 29767
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
sam@kansasjusticeinstitute.org
(913) 213-5018
Attorneys for Plaintiffs

## Certificate of Service

The undersigned certifies that on October 29, 2026, the above document(s) were filed using the CM/ECF system, which will send notification of such filing to all participants, including to: Todd G. Messenger and Amanda C. Jokerst.

/s/ Samuel G. MacRoberts
Samuel G. MacRoberts