**In the United States District Court for the District of Kansas**

---

Case No. 24-cv-01027-TC

---

COZY INN, INCORPORATED, ET AL.,

*Plaintiffs*

v.

CITY OF SALINA, KANSAS,

*Defendant*

---

## ORDER

Familiarity with the factual and procedural background of this case is presumed. *See* Doc. 136. Following an order that, among other things, granted their motion for summary judgment, Cozy Inn, Inc., and Steven Howard, moved for attorney fees and costs under 42 U.S.C. § 1988 and Fed. R. Civ. P. 54(d)(2). Doc. 138. That motion was stayed, on their unopposed oral request, while the City of Salina's appeal proceeds in the Tenth Circuit. Doc. 145. They have now filed a notice withdrawing the motion, stating that the parties have agreed to bear their own attorney fees and costs and will not seek fees or costs in connection with any further proceedings. Doc. 151. The pending appeal does not preclude resolution of the motion. A request for attorney fees is collateral to the merits as it neither affects the finality of the judgment nor falls within the scope of the appeal, and the district court retains jurisdiction to dispose of it while the appeal is pending. *See Ray Haluch Gravel Co. v. Cent. Pension Fund of Int'l Union of Operating Eng'rs & Participating Emp'rs*, 571 U.S. 177, 183–86 (2014); *Budinich v. Becton Dickinson & Co.*, 486 U.S. 196, 202–03 (1988); *see also Hutchinson v. Beckworth*, 474 F. App'x 736, 739 (10th Cir. 2012) ("A notice of appeal divests the district court of jurisdiction over matters *involved in the appeal,* but it retains jurisdiction to consider collateral matters such as sanctions… Thus, the district court retained jurisdiction to entertain [the motion for attorney fees] even while the appeal was pending.) Considering the parties' agreement and Cozy Inn and Howard's

withdrawal, the stay entered on January 6, 2026, is lifted and the pending Motion for Attorneys' Fees and Costs, Doc. 138, is DENIED as moot.

It is so ordered.

Date: October 30, 2026

s/ Toby Crouse
Toby Crouse
United States District Judge